**No. 23-1300**

IN THE

# UNITED STATES COURT OF APPEALS
### FOR THE FEDERAL CIRCUIT

INCYTE CORPORATION,

*Appellant,*

v.

SUN PHARMACEUTICAL INDUSTRIES, INC.,

*Appellee.*

**Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board, No. PGR2021-00006**

## CORRECTED NON-CONFIDENTIAL JOINT APPENDIX

William M. Jay
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036
(202) 346-4190

Daryl L. Wiesen
Emily L. Rapalino
Gerard J. Cedrone
Harrison C. Gunn
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210

*Counsel for Sun Pharmaceutical
Industries, Inc.*

Mark J. Feldstein
Jason R. Romrell
Drew D. Christie
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4000

J. Derek McCorquindale
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
1875 Explorer Street
Reston, VA 20190-6023

*Counsel for Incyte Corporation*

# TABLE OF CONTENTS

| Paper/ Exhibit No. PGR2021-00006 | Description | Appx No. |
|---|---|---|
| 68 | Final Written Decision | Appx1 |
| 70 | Denying Petitioner's Request for Rehearing of Final Written Decision | Appx64 |
| N/A | Certified List | Appx81 |
| 1001 | US 10,561,659 | Appx171 |
| 1 | Petition for Post-Grant Review | Appx191 |
| 20 | Decision Granting Institution of Post-Grant Review | Appx488 |
| 37 | Patent Owner's Response | Appx659 |
| 44 | Petitioner's Reply to Patent Owner's Response | Appx817 |
| 51 | Patent Owner's Sur-Reply to Petitioner's Reply to Patent Owner Response to Petition | Appx924 |
| 67 | Other: Hearing transcript | Appx1366 |
| 69 | Petitioner's Request for Rehearing | Appx1457 |
| 71 | Petitioner's Notice of Appeal | Appx1479 |
| 1002 | US 9,249,149 - Silverman | Appx1564 |
| 1003 | Xing | Appx1586 |
| 1004 | Ruxolitinib Prescribing Information | Appx1597 |
| 1005 | US 9,198,911 - Christiano | Appx1607 |
| 1006 | US 2014/0135350 - Ni | Appx1852 |
| 1007 | Patterson Declaration | Appx1872 |
| 1011 | Yarnell | Appx2097 |
| 1012 | Pieri | Appx2102 |
| 1014 | Divito | Appx2113 |
| 1018 | Xing Online Version | Appx2174 |
| 1020 | O'Shea 2015 | Appx2196 |
| 1021 | Jabbari 2015 | Appx2221 |
| 1027 | Craiglow 2016 | Appx2256 |
| 1033 | Gant | Appx2279 |
| 1034 | Backgrounder | Appx2299 |

| Paper/ Exhibit No. PGR2021-00006 | Description | Appx No. |
|---|---|---|
| 1035 | Kerekes | Appx2305 |
| 1036 | Shao 2006 | Appx2315 |
| 1037 | O'Driscoll | Appx2319 |
| 1038 | Foster | Appx2324 |
| 1043 | Barratt | Appx2393 |
| 1044 | Stringer | Appx2483 |
| 1045 | Silverman File History | Appx2492 |
| 1047 | '659 File History | Appx3034 |
| 1053 | Xu 2015 | Appx4798 |
| 1055 | Shilling | Appx4817 |
| 1059 | Shi 2011 | Appx4851 |
| 1060 | Shi 2012 | Appx4862 |
| 1068 | Jabbari 2016 | Appx4988 |
| 1071 | Clark | Appx5039 |
| 1089 | Cassella | Appx5306 |
| 1120 | Guengerich Declaration | Appx6893 |
| 1137 | Shao & Hewitt 2010 | Appx7542 |
| 1138 | Concert 2013 10-K | Appx7549 |
| 1161 | Damsky Declaration | Appx7957 |
| 1171 | Montellano Depo Transcript | Appx8292 |
| 1176 | IPR2017-01256, Paper 119, FWD | Appx8624 |
| 2008 | Exhibit 2008 - F.M. Delamere et al., Interventions for Alopecia Areata (Review), 2 Cochrane Database Syst. Rev. (2008) | Appx8781 |
| 2019 | Exhibit 2019 - W. Damsky et al., The emerging role of Janus kinase inhibitors in the treatment of autoimmune and inflammatory diseases, J. Allergy Clin. Immunol. (2020) | Appx8941 |
| 2020 | Exhibit 2020 - Statutory Disclaimer in a Patent Under 37 C.F.R. § 1.321(a), dated February 12, 2021 (Application No. 16/098,338) | Appx8954 |

| Paper/ Exhibit No. PGR2021-00006 | Description | Appx No. |
|---|---|---|
| 2021 | Exhibit 2021 - Xeljanz® (Tofacitinib) Highlights of Prescribing Information (Rev. 09/2020) | Appx8956 |
| 2022 | Exhibit 2022 - S. Banerjee et al., JAK–STAT Signaling as a Target for Inflammatory and Autoimmune Diseases: Current and Future Prospects, Drugs (2017) | Appx9028 |
| 2023 | Exhibit 2023 - Austedo® (Deutetrabenazine) Highlights of Prescribing Information (Rev. 12/2020) | Appx9054 |
| 2025 | Exhibit 2025 - Mandate, Concert Pharm., Inc. v. Incyte Corp, No. 19-2011 (Fed. Cir. April 16, 2020) | Appx9064 |
| 2026 | Exhibit 2026 - Concert Pharmaceuticals Inc. Press Release: Concert Pharmaceuticals Reports Positive CTP-543 Results from Phase 2 Alopecia Areata Trial (September 3, 2019) | Appx9065 |
| 2037 | Exhibit 2037 - U. Blume-Peytavi and A. Vogt, Translational Positioning of Janus Kinase (JAK) Inhibitors in Alopecia Areata, Ebio Medicine 2:282- 283 (2015) ("Blume-Peytavi") | Appx9311 |
| 2039 | Exhibit 2039 - L. Hsu and A. Armstrong, JAK Inhibitors: Treatment Efficacy and Safety Profile in Patients with Psoriasis, Journal of Immunology Research (2014) ("Hsu") | Appx9313 |
| 2040 | Exhibit 2040 - H. Guo et al., The Role of Lymphocytes in the Development and Treatment of Alopecia Areata, Expert Rev. Clin. Immunol. 11(12)1335-1351 (2015) ("Guo") | Appx9321 |
| 2041 | Exhibit 2041 - M. K. Hordinsky, Current Treatments for Alopecia Areata, The Journal of Investigative Dermatology Symposium, 17:44-46 (2015) ("Hordinsky 2015") | Appx9352 |
| 2054 | Exhibit 2054 - Deposition Transcript of Jerry Shapiro, M.D., dated July 21, 2021 | Appx9410 |
| 2055 | Exhibit 2055 - Deposition Transcript of Dr. Steven Patterson, dated July 30, 2021 | Appx9613 |
| 2056 | Exhibit 2056 - M. Hordinsky and A. Donati, Alopecia Areata: An Evidence-Based Treatment Update, Am. J. Clin. Dermatol., 15:231-246 (2014) ("Hordinsky 2014") | Appx9900 |
| 2058 | Exhibit 2058 - F. Anzegruber et al., Transient Efficacy of Tofacitinib in Alopecia Areata Universalis, Case Rep. Dermatol., 8:102-106 (2016) ("Anzegruber 2016") | Appx9916 |

| Paper/ Exhibit No. PGR2021-00006 | Description | Appx No. |
|---|---|---|
| 2059 | Exhibit 2059 - Declaration of Justin Ko, M.D., M.B.A. (dated Aug. 12, 2021) | Appx9921 |
| 2062 | Exhibit 2062 - E. Olsen et al., Ruxolitinib cream for the treatment of patients with alopecia areata: A 2-part, double-blind, randomized, vehiclecontrolled phase 2 study 2020, J. Am. Acad. Dermatol., 82(2):412- 419 (Feb. 2020) ("Olsen 2020") | Appx9975 |
| 2068 | Exhibit 2068 - Declaration of Paul Ortiz de Montellano (dated Aug. 11, 2021) | Appx10013 |
| 2075 | Exhibit 2075 - Declaration of F. Peter Guengerich, Ph.D. In Support of Petition for Inter Partes Review of Claims 1-15 of U.S. Patent No. 9,249,149, IPR2017-01256 (dated April 7, 2017) | Appx10089 |
| 2120 | Exhibit 2120 - R. Fleischmann et al., Placebo Controlled Trial of Tofacitinib Monotherapy in Rheumatoid Arthritis | Appx10582 |
| 2130 | Exhibit 2130 - Incyte Corporation Form 10-K, dated February 12, 2016 | Appx10728 |
| | **CONFIDENTIAL** Declaration of Jim Lee, M.D., Ph.D. | Appx11356 |
| | **CONFIDENTIAL** Declaration of Keith Mikkelson, Pharm.D., MBA | Appx11367 |
| | O. Wouters, et al., Estimated Research and Development Investment Needed to Bring a New Medicine to Market | Appx11382 |
| | Research and Development in the Pharmaceutical Industry. Congressional Budget Office (April 2021) | Appx11403 |
| | P. Smith, et al., Developing a JAK Inhibitor for Targeted Local Delivery: Ruxolitinib Cream | Appx11446 |
| | A Study with Ruxolitinib Phosphate Cream Applied Topically to Subjects with Alopecia Areata (AA) (U.S. National Library of Medicine) | Appx11458 |
| | E. Olsen, et al., Ruxolitinib Cream for the Treatment of Patients with Alopecia Areata: A 2-Part Double-Blind, Randomized, Vehicle-Controlled Phase 2 Study | Appx11465 |
| | Concert Pharmaceuticals' (CNCE) CEO Roger Tung on Q3 2017 Results – Earnings Call Transcript (Nov. 9, 2017) | Appx11474 |
| | Concert Pharmaceuticals, Inc. Form 10-K (Dec. 31, 2020) | Appx11480 |

| Paper/ Exhibit No. PGR2021-00006 | Description | Appx No. |
|---|---|---|
| | Concert Pharma Surges as U.S. Patent Office Upholds Key Patent (May 12, 2022) | Appx11691 |
| | Concert Pharmaceuticals Announces Proposed Public Offering of Common Stock (May 31, 2022) | Appx11694 |
| | N. Sharma, How Acquiring Concert Pharmaceuticals Can Boost Sun Pharma's Specialty Pipeline (BusinessToday Jan. 20, 2023) | Appx11695 |
| | G. Masson, Concert Joins Sun Pharma's Symphony for $576M with Aim of Bringing Alopecia Treatment to Market (Questex Jan. 19, 2023) | Appx11698 |
| | M. Armstrong & A. Brown, Sun Hopes to Make Concert's Alopecia Project Shine (Evaluate Jan. 19, 2023) | Appx11700 |
| | Sun Completes Acquisition of Concert Pharmaceuticals (Mar. 6, 2023) | Appx11702 |
| | H. Schmidt, Sun Pharmaceutical Industries Acquires Concert Pharma for $576M (PharmaNews Intelligence Jan. 19, 2023) | Appx11709 |
| | Incyte Is a Biopharmaceutical Company on a Mission to Solve On (incyte.com) | Appx11713 |
| | License, Development and Commercialization Agreement by and Between Incyte Corp. and Eli Lilly and Company (Dec. 2009) | Appx11716 |
| | Concert Pharmaceuticals, Inc. (Nov. 2022) | Appx11843 |
| | M. Beyersdorf, The Internet Is Forever: Costs of Oversharing Online (Wolf Greenfield May 23, 2019) | Appx11845 |
| | P. Taylor, Lilly's Olumiant Okayed in Alopecia, with Pfizer, Concert in Hot Pursuit (PharmaPhorum June 14, 2022) | Appx11848 |
| | M. Sanghvi, Sun Pharma Bags a Potential Derma Segment Winner with Latest Buy, Says Jefferies (BQPrime Mar. 14, 2023) | Appx11856 |
| | US 9,662,335 | Appx11859 |
| | **CONFIDENTIAL** Supplemental Declaration of Jim Lee, M.D., Ph.D. | Appx12059 |
| | Sun Pharma Announces US FDA Filing Acceptance of New Drug Application (NDA) for Deuruxolitinib (Press Release – Oct. 6, 2023) | Appx12071 |

**CONFIDENTIAL MATERIALS OMITTED**

The materials omitted from the Non-Confidential Joint Appendix contain confidential business information, a protective order for which was granted on October 17, 2023, by the United States Court of Appeals for the Federal Circuit and which **restricts access of Incyte Corporation's confidential information to the Court and Sun outside counsel of record only**. *See Incyte Corporation v. Sun Pharmaceutical Industries, Inc.*, No. 23-1300, D.I. 47 (Order on Motion) (Fed. Cir. Oct. 17, 2023). The materials omitted from pages Appx11360, Appx11361, Appx11362, Appx11363, Appx11364, Appx11365, Appx11375, Appx11376, Appx11377, Appx11378, Appx11379, Appx12060, Appx12061, Appx12062, Appx12063, Appx12064, Appx12065, Appx12066, Appx12067, Appx12068, and Appx12069 describe chemical structures, therapeutic applications, timelines, and development stages of pharmaceutical compounds used to treat autoimmune disorders such as Alopecia Areata; materials omitted from pages Appx11362, Appx11365, Appx11372, Appx12061, and Appx12064 describe Incyte Corporation's financial information in the form of dollar amounts invested in specific projects.



US 20140135350A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2014/0135350 A1**

Ni et al. (43) **Pub. Date:** **May 15, 2014**

(54) **SUSTAINED-RELEASE DOSAGE FORMS OF RUXOLITINIB**

(71) Applicant: **Incyte Corporation**, Wilmington, DE (US)

(72) Inventors: **Yong Ni**, Wilmington, DE (US); **Bhavnish Parikh**, Avondale, PA (US); **Krishnaswamy Yeleswaram**, Landenberg, PA (US); **Susan Erickson-Viitanen**, West Chester, PA (US); **William V. Williams**, Havertown, PA (US)

(73) Assignee: **Incyte Corporation**, Wilmington, DE (US)

(21) Appl. No.: **14/079,901**

(22) Filed: **Nov. 14, 2013**

**Related U.S. Application Data**

(60) Provisional application No. 61/726,893, filed on Nov. 15, 2012, provisional application No. 61/769,408, filed on Feb. 26, 2013.

**Publication Classification**

(51) **Int. Cl.**
    *A61K 9/20* (2006.01)
    *A61K 31/519* (2006.01)
(52) **U.S. Cl.**
    CPC ............ *A61K 9/2054* (2013.01); *A61K 31/519* (2013.01)
    USPC ...................................... **514/265.1**

(57) **ABSTRACT**

The present invention relates to sustained-release formulations and dosage forms of ruxolitinib, or a pharmaceutically acceptable salt thereof, which are useful in the treatment of Janus kinase-associated diseases such as myeloproliferative disorders.

Incyte Exhibit 1006, Page 1 of 20

TABLE 1a

| Component | Function | Percentage |
|---|---|---|
| Ruxolitinib phosphate[a] | Active ingredient | 12.2 |
| Microcrystalline cellulose, NF | Filler | 22.0 |
| Hypromellose, USP (Methocel K15M) | Sustained release matrix former | 4.0 |
| Hypromellose, USP (Methocel K4M) | Sustained release matrix former | 16.0 |
| Lactose monohydrate, NF | Filler | 42.3 |
| Colloidal silicon dioxide, NF | Glidant | 1.0 |
| Magnesium stearate, NF | Lubricant | 0.5 |
| Stearic acid, NF | Lubricant | 2.0 |
| Total | | 100 |

[a]On a free base basis, conversion factor for phosphate salt to free base is 0.7575.

Protocol

[0121] Step 1. Add microcrystalline cellulose, ruxolitinib phosphate, lactose monohydrate, and hypromelloses to a suitable blender and mix.
Step 2. Transfer the mix from Step 1 to a suitable granulator and mix.
Step 3. Add purified water while mixing.
Step 4. Screen the wet granules from Step 3.
Step 5. Transfer the granules from Step 4 into a suitable dryer and dry until LOD is no more than 3%.
Step 6. Screen the granules from Step 5.
Step 7. Mix colloidal silicon dioxide with granules in Step 6 in a suitable blender.
Step 8. Mix stearic acid and magnesium stearate with the blend in Step 7 and continue blending.
Step 9. Compress the final blend in Step 8 on a suitable rotary tablet press.

Formulation SR-1

[0122] An alternate 25 mg sustained-release formulation of ruxolitinib phosphate has been prepared as described below. The formulation components are provided in Table 1b. Percentages are by weight.

TABLE 1b

| Component | Function | Percentage |
|---|---|---|
| Ruxolitinib phosphate[a] | Active ingredient | 12.2 |
| Microcrystalline cellulose, NF | Filler | 42.3 |
| Hypromellose, USP (Methocel K100LV) | Sustained release matrix former | 10.0 |

TABLE 1b-continued

| Component | Function | Percentage |
|---|---|---|
| Hypromellose, USP (Methocel K4M) | Sustained release matrix former | 12.0 |
| Lactose monohydrate, NF | Filler | 20.0 |
| Colloidal silicon dioxide, NF | Glidant | 1.0 |
| Magnesium stearate, NF | Lubricant | 0.5 |
| Stearic acid, NF | Lubricant | 2.0 |
| Total | | 100 |

[a]On a free base basis, conversion factor for phosphate salt to free base is 0.7575.

Protocol

[0123] Step 1. Add microcrystalline cellulose, ruxolitinib phosphate, lactose monohydrate, and hypromelloses to a suitable blender and mix.
Step 2. Transfer the mix from Step 1 to a suitable granulator and mix.
Step 3. Add purified water while mixing.
Step 4. Screen the wet granules from Step 3.
Step 5. Transfer the granules from Step 4 into a suitable dryer and dry until LOD is no more than 3%.
Step 6. Screen the granules from Step 5.
Step 7. Mix colloidal silicon dioxide with granules in Step 6 in a suitable blender.
Step 8. Mix stearic acid and magnesium stearate with the blend in Step 7 and continue blending.
Step 9. Compress the final blend in Step 8 on a suitable rotary tablet press.

Formulation C—Immediate Release

[0124] Immediate-release dosage forms of ruxolitinib phosphate can be obtained commercially in 5, 10, 15, 20, and 25 mg doses as the drug product Jakafi® (ruxolitinib phosphate (tablets)) (NDA no. N202192). The commercially available dosage forms are the same as used in the Phase 3 COMFORT-1 and COMFORT-II studies.

Example 2

Bioavailability Study of Sustained Release Formulation

[0125] A relative bioavailability study of the sustained release and immediate formulations of ruxolitinib phosphate was conducted in healthy adult volunteers. Subjects in the fasted state were given a single oral dose of immediate-release formulation (25 mg, see Example 1) or a single oral dose of sustained-release formulation (25 mg, see Example 1). Plasma concentrations of ruxolitinib were measured and are compared in FIG. 1. Table 2a provides comparative pharmacokinetic (PK) data.

TABLE 2a*

| Treatment | n | $C_{max}$ (nM) | $T_{max}$ (h) | $C_{12h}$ (nM) | $C_{max}/C_{12h}$ | $t_{1/2}$ (h) | $AUC_{0-t}$ (nM * h) | $AUC_{0-∞}$ (nM * h) | Cl/F (L/h) |
|---|---|---|---|---|---|---|---|---|---|
| 25 mg IR | 9 | 1100 ± 332 | 0.94 ± 0.46 | 45.6 ± 38.1 | 40 ± 24 | 2.8 ± 0.72 | 4340 ± 1990 | 4350 ± 1990 | 22.8 ± 10.3 |
| | | 1060 | 0.86 | 32.1 | 33 | 2.7 | 3930 | 3940 | 20.7 |
| 25 mg SR-1 | 8 | 333 ± 76.1 | 2.4 ± 0.98 | 121 ± 46.8 | 3.0 ± 1.0 | 5.3 ± 1.8 | 3110 ± 840 | 3180 ± 864 | 27.2 ± 6.72 |
| | | 325 | 2.2 | 114 | 2.9 | 5.1 | 3020 | 3090 | 26.4 |
| 25 mg SR-2 | 8 | 394 ± 126 | 2.9 ± 1.6 | 104 ± 43.2 | 4.7 ± 3.1 | 6.1 ± 2.1 | 3520 ± 1260 | 3740 ± 1400 | 24.6 ± 9.02 |
| | | 377 | 2.5 | 98.5 | 3.9 | 5.8 | 3330 | 3520 | 23.2 |

Incyte Exhibit 1006, Page 13 of 20

Appx1864

shown in FIG. **2** were 39.4% and 43.9% at 12 weeks and 24 weeks, respectively. The percentage of spleen volume responders in the sustained-release study at week 16 was

are compared in FIG. **4** between sustained release (SR) and immediate release (IR) formulations. Comparative pharmacokinetic parameters are provided below in Table 4a.

TABLE 4a*

| Formula and Regimen | n | $C_{max}$ (nM) | $T_{max}$ (h) | $C_{min}$ (nM) | $t_{1/2}$ (h) | $AUC_{(0-\tau)}$ (nM * h) | $AUC_{(0-t)}$ (nM * h) | Cl/F (L/h) |
|---|---|---|---|---|---|---|---|---|
| SR | 39 | 397 ± 175 | 2.35 ± 1.75 | 32 ± 40.6 | 7.33 ± 3.73 | 3650 ± 2450 | 2060 ± 1140 | 32.0 ± 18.0 |
| 25 mg QD[a] | | 368 | 1.88 | — | 6.42 | 3020 | 1810 | 27.1 |
| IR 25 mg | 27 | 1481 ± 575 | 0.83 ± 0.45 | 47 ± 54 | 1.94 ± 0.50 | 4363 ± 2066 | 4148 ± 1885 | 22.7 ± 10.1 |
| BID[b] (1A) | | 1374 | 0.74 | — | 1.88 | 3949 | 3778 | 20.7 |
| IR 25 mg QD[b] (2A) | 6 | 1417 ± 150 | 0.84 ± 0.38 | 0 ± 0 | 1.60 ± 0.36 | 3567 ± 777 | 3291 ± 604 | 23.9 ± 5.5 |
| | | 1410 | 0.78 | — | 1.57 | 3404 | 3243 | 23.4 |
| IR 25 mg BID[b] (2C) | 7 | 1650 ± 506 | 0.79 ± 0.49 | 85 ± 102 | 1.96 ± 0.59 | 4939 ± 2566 | 4444 ± 1918 | 19.9 ± 8.1 |
| | | 1578 | 0.68 | 43 | 1.90 | 4463 | 4120 | 18.3 |
| SR 25 mg single dose[c] | 8 | 394 ± 126 | 2.9 ± 1.6 | — | 6.1 ± 2.1 | 3740 ± 1400 | — | 24.6 ± 9.02 |
| | | 377 | 2.5 | — | 5.8 | 3520 | — | 23.2 |

[a]From SR study described in Example 3
[b]From IR study described below (Description of Open-Label Study in MF patients)
[c]From single dose study described in Example 2 ($AUC_{(0-\tau)}$ will be $AUC_{(0-\infty)}$)
*Values are mean ± SD and geometric mean.

28.9%. Similarly, the percentages of total symptom score responders in COMFORT-I as shown in FIG. **3** were 46.3% and 45.9% at 12 weeks and 24 weeks, respectively. The percentage of total symptom score responders in the sustained release study as shown in FIG. **3** was 36.8%.

[0135] Data relating to mean platelet count and mean hemoglobin levels (Hgb) is presented below in Table 3 together with comparative data from the COMFORT-I study. As can be seen from the data, the mean change from baseline platelet count in the SR patients was about half of what was observed in COMFORT-I. Similar results are seen for hemoglobin levels. Data is shown as mean±SD.

TABLE 3

| Parameter | Sustained-Release Study | COMFORT-I Study (active) | COMFORT-I Study (placebo) |
|---|---|---|---|
| N | 41 | 155 | 154 |
| Mean Baseline platelet count, ×10⁹/L | 274 ± 193 | 321 ± 202 | 280 ± 152 |
| Mean Baseline Hgb in patient with no transfusions, g/L | 105 ± 17 | 108 ± 20 | 106 ± 22 |
| | Week 16 | Week 12 | Week 12 |
| Mean total daily dose, mg | 34 | 30.4 | 0 |
| Mean change from baseline platelet count, ×10⁹/L | −65 ± 101 | −131 ± 143 | −9 ± 75 |
| Mean change from baseline Hgb, g/L | −7.4 ± 13.3 | −13.2 ± 15.5 | 0.3 ± 11.5 |

### Example 4

#### Comparison of Steady State Plasma Concentrations of Ruxolitinib between SR and IR Formulations in MF Patients

[0136] Steady state plasma concentrations of ruxolitinib in myelofibrosis (MF) patients receiving repeating 25 mg doses

Description of Open-Label Study in MF patients

General Description

[0137] This was an open-label study exploring the safety, tolerability, and efficacy of ruxolitinib, administered orally to patients with primary myelofibrosis (PMF) and post polycythemia vera/essential thrombocythemia myelofibrosis (Post-PV/ET MF). The study was comprised of 3 parts: Part 1-dose escalation and expansion, bid dosing, Part 2—alternative dosing schedules (A, B and C), and Part 3-three independent patient groups (Group I, II and III). Eight dose regimens were evaluated in 3 parts. The Part 1 evaluated two dose levels of 25 mg bid and 50 mg bid. Part 2 studied five dose regimens of 10 mg bid, 25 mg bid, 25 mg qd, 50 mg qd and 100 mg qd and Part 3 assessed six dose regimens of 10 mg bid, 15 mg bid, 25 mg bid, 50 mg qd, 100 mg qd and 200 mg qd. A total of 154 subjects were enrolled; 32 subjects enrolled in Part 1, 29 subjects in Part 2 and 93 subjects in Part 3. See Table 4b (qd=once per day; bid=twice per day).

[0138] In Part 1, the pharmacokinetic blood samples were collected at pre-dose and 0.5, 1, 1.5, 2, 4, 6 and 9 hours post-dose on Days 1 and 15 of Cycle 1 and at pre-dose on Day 1 of Cycles 2 and 3, using lavender top (K3EDTA) Vacutainer® tubes. In Part 2, the pharmacokinetic samples were collected at pre-dose and 0.5, 1, 1.5, 2, 4, 6 and 9 hours post-dose on Day 15 of Cycle 1 and at pre-dose on Day 1 of Cycles 2 and 3. In Part 3, the pharmacokinetic samples were collected at pre-dose and 2 hours after administration of the morning dose of ruxolitinib on Day 15 of Cycle 1 and Day 1 of Cycles 2 and 3.

[0139] Plasma concentration data from Cycle 1 for subjects in Part 1 and 2 were used for non-compartmental analysis while all plasma concentration data were used for population PK analysis.

[0140] Following fasting, oral, first-dose or multiple-dose administration of ruxolitinib phosphate tablets, the drug was absorbed rapidly, typically attaining peak plasma concentrations within 0.3 to 2 hours after administration in all subjects. Plasma concentrations subsequently declined in a monophasic or biphasic fashion.

Incyte Exhibit 1006, Page 15 of 20

[0141] The mean $C_{max}$ and AUC increased approximately linearly proportional to dose from 10 mg to 100 mg. The pharmacokinetics of ruxolitinib in MF patients was similar to that in healthy volunteers.

Detailed Description of Clinical Trial

[0142] This multicenter, open-label, non-randomized, dose escalation clinical study was conducted by M.D. Anderson Cancer Center, Houston, Tex. and Mayo Clinic, Rochester, Minn., according to Protocol INCB 18424-251, and 154 patients with PMF or Post-PV/ET MF were enrolled and received at least a single dose according to the study plan in Table 4b. The study was comprised of 3 parts: Part 1—dose escalation and expansion cohort, bid dosing, Part 2—alternative dosing schedules (A, B and C), and Part 3-three independent patient groups (Group I, II and III). Schedules A, B and C in Part 2 were once daily (qd) dosing regimens, low dose regimen of 10 mg bid and induction/maintenance regimen, respectively. Part 3 was studied in three separate groups of patients to further evaluate the safety and efficacy of selected starting dose levels and to explore dose modification on an individual patient basis as appropriate. Dose hold and withdrawal for safety were defined in terms of platelet count and absolute neutrophil count (ANC) while provision for dose increase was provided based on inadequate efficacy defined by change in spleen size.

[0143] Ruxolitinib phosphate tablets (5 and 25 mg) were administered as oral doses with water in an outpatient setting. Doses ranged from 10 mg bid to 50 mg bid, and from 25 mg qd to 200 mg qd. The individual patient participation was expected to be approximately 12-24 months; patients might continue on therapy indefinitely if they did not meet any of the withdrawal criteria, did not have disease progression and are receiving some clinical benefit.

[0144] In Part 1, the pharmacokinetic blood samples were collected at pre-dose and 0.5, 1, 1.5, 2, 4, 6 and 9 hours post-dose on Days 1 and 15 of Cycle 1 and at pre-dose on Day 1 of Cycles 2 and 3, using lavender top (K3EDTA) Vacutainer® tubes. In Part 2, the pharmacokinetic samples were collected at pre-dose and 0.5, 1, 1.5, 2, 4, 6 and 9 hours post-dose on Day 15 of Cycle 1 and at pre-dose on Day 1 of Cycles 2 and 3. In Part 3, the pharmacokinetic samples were collected at pre-dose and 2 hours after administration of the morning dose on Day 15 of Cycle 1 and Day 1 of Cycles 2 and 3.

TABLE 4b

| Part | Schedule | Dose Regimen |
| --- | --- | --- |
| 1 | A | 25 mg bid |
| 1 | B | 50 mg bid |
| 2 | A | 25 mg qd |
| 2 | A | 50 mg qd |
| 2 | A | 100 mg qd |
| 2 | B | 10 mg bid |
| 2 | C | 25 mg bid |
| 3 | I | 50 mg qd |
| 3 | I | 10 mg qd |
| 3 | I | 25 mg bid |
| 3 | II | 100 mg qd |
| 3 | II | 200 mg qd |
| 3 | III | 10 mg bid |
| 3 | III | 15 mg bid |

[0145] Plasma samples were shipped to Incyte Corporation and assayed by a validated, GLP, LC/MS/MS method with a linear range of 1 to 1000 nM and a limit of quantification of 1 nM.

[0146] Generally, the actual time post-dose was used for pharmacokinetic analyses. However, the dose information on Cycle 1 Day 15 for patients in Part 2 and three additional patients in Part 1 were not collected. The nominal time were used for pharmacokinetic analyses for these patients. The dose information on Cycle 1 Day 15 for four additional patients was questionable. Hence, the nominal time were used for these patients also. Plasma concentrations at 12 hours post dose for bid or 24 hours post dose for qd on Cycle 1, Day 15 were imputed by sample at pre-dose on Cycle 1 Day 15 to calculate steady state $AUC_{0-\tau}$.

[0147] Standard noncompartmental pharmacokinetic methods were used to analyze the ruxolitinib plasma concentration data using WinNonlin version 6.0 (Pharsight Corporation, Mountain View, Calif.). Thus, $C_{max}$ and $T_{max}$ were taken directly from the observed plasma concentration data. For single dose, the terminal phase disposition rate constant ($\lambda_z$) was estimated using a log-linear regression of the concentration data in the terminal disposition phase, and $t_{1/2}$ was estimated as $\ln(2)/\lambda_z$. $AUC_{0-t}$ was estimated using the linear-trapezoidal rule for increasing concentrations and the log-trapezoidal rule for decreasing concentrations, and the total $AUC_{0-\infty}$ was calculated as $AUC_{0-t}+C_t/\lambda_z$. The oral-dose clearance (Cl/F) was estimated as $Dose/AUC_{0-\infty}$, and the terminal-phase volume of distribution ($V_z/F$) was estimated as $Dose/[AUC_{0-\infty}*\lambda_z]$.

[0148] For the multiple-dose data, $\lambda_z$ was estimated using a log-linear regression of the concentration data in the terminal disposition phase, and $t_{1/2}$ was estimated as $\ln(2)/\lambda_z$. The AUC over one dosing interval ($AUC_{0-12h}$ for q12 h administration, or $AUC_{0-24h}$ for q24 h administration) was estimated using the linear trapezoidal rule for increasing concentrations and the log-trapezoidal rule for decreasing concentrations. The Cl/F was estimated as Dose/AUC, and $V_z/F$ was estimated as $Dose/[AUC*\lambda_z]$. Additionally, the $C_{min}$ and $AUC_{0-\tau}$ (Area under the steady-state plasma concentration-time curve from time zero to the time of the last sample obtained) were calculated for the multiple-dose data.

[0149] The PK parameters of ruxolitinib were summarized for each dose group using descriptive statistics, and the log-transformed ruxolitinib PK parameters were compared among the dose groups using a 1-factor analysis of variance. The dose-proportionality of $C_{max}$ and AUC was evaluated using a power function regression model (eg, $C_{max}=\alpha \cdot Dose^{\beta}$).

[0150] The pharmacokinetics of ruxolitinib in MF patients was similar to that in healthy volunteers.

Example 5

Comparative Efficacy of Sustained Release and Immediate Release Formulations

[0151] Enlarged spleen is a common and prominent symptom of myelofibrosis. Reduction in spleen volume serves as a measure for assessing the effectiveness of a given treatment. Table 5a reports the mean reduction in spleen volume in MF patients enrolled in the sustained-release study (See Example 3) at 16 weeks of treatment, while Table 5b reports the mean reduction in spleen volume in MF patients enrolled in the COMFORT-I study (immediate release, see Comparative

Example A) at 24 weeks of treatment. As can be seen from the data, both the sustained-release and immediate release treatment regimens were effective in reducing spleen volume.

TABLE 5a

Spleen Volume (cm³) from Sustained-Release Study
Percent Change from Baseline to Week 16 (%)

| | |
|---|---|
| n | 40 |
| Mean | −22.3 |
| STD | 20.79 |
| Median | −21.7 |
| (MIN, MAX) | (−64.6, 43.6) |

TABLE 5b

Spleen Volume (cm³) from COMFORT I (Immediate-Release)

| | Treatment Group Percent Change from Baseline | | | |
|---|---|---|---|---|
| | To Week 12 (%) | | To Week 24 (%) | |
| | Ruxolitinib (N = 155) | Placebo (N = 154) | Ruxolitinib (N = 155) | Placebo (N = 154) |
| n | 148 | 132 | 139 | 106 |
| Mean | −32.0 | 8.4 | −31.6 | 8.1 |
| STD | 15.58 | 14.61 | 18.92 | 15.31 |
| Min | −74.4 | −26.2 | −75.9 | −46.4 |
| Median | −31.7 | 6.1 | −33.0 | 8.5 |
| Max | 3.8 | 64.6 | 25.1 | 48.8 |

[0152] Effectiveness of a treatment regimen in an MF patient can also be assessed by Total Symptom Score. In calculating Total Symptom Score, symptoms of MF were assessed using a symptom diary (modified MFSAF v2.0 diary) where subjects recorded answers to queries regarding MF symptoms on a handheld device. Symptoms assessed included filling up quickly/early satiety, abdominal discomfort, abdominal pain, inactivity, night sweats, itching, and bone/muscle pain.

[0153] Table 5c reports the Total Symptom Score results in the sustained-release study (see Example 3) while Table 5d reports the Total Symptom Score results in the COMFORT-I study (immediate-release, see Comparative Example A) at 24 weeks. As can be seen from the data, both the SR and IR regimens were effective at treating MF in patients.

TABLE 5c

Total Symptom Scores from Sustained-Release Study
Percent Change from Baseline to Week 16

| | |
|---|---|
| n | 38 |
| Mean | −50.4 |
| STD | 31.16 |
| Median | −48.6 |
| (MIN, MAX) | (−100.0, 12.7) |

TABLE 5D

Total Symptom Score from COMFORT I Study (Immediate-Release)

| | Treatment Group | | | |
|---|---|---|---|---|
| | Ruxolitinib | Placebo Percent Change from Baseline | Ruxolitinib | Placebo |
| | To Week 16 | | To Week 24 | |
| | (N = 155) | (N = 154) | (N = 155) | (N = 154) |
| n | 140 | 129 | 129 | 103 |
| Mean | −40.5 | 37.8 | −46.1 | 41.8 |
| STD | 54.31 | 93.92 | 48.55 | 99.26 |
| Min | −100.0 | −82.5 | −100.0 | −100.0 |
| Median | −51.1 | 12.7 | −56.2 | 14.6 |
| Max | 292.5 | 464.8 | 108.3 | 511.6 |

Example 6

Comparison of Adverse Events in Patients Enrolled in the Sustained-Release Study and COMFORT-I (Immediate-Release) Study

[0154] Data for adverse events relating to anemia, thrombocytopenia, neutropenia, and all Grade 3 or higher adverse events are compared for the sustained-release and COMFORT-I (immediate-release) studies (see Example 3 and Comparative Example A for descriptions of the studies) in Table 6a. Adverse events are graded according to CTCAE criteria which can be found online at ctep.cancer.gov/protocolDevelopment/electronic applications/ctc.htm or evs.nci.nih.gov/ftp1/CTCAE/CTCAE_4.03_2010-06-14_QuickReference_5x7.pdf. A Grade 3 adverse event generally corresponds to a reaction that is severe or medically significant, but not immediately life-threatening where hospitalization or prolongation of hospitalization is indicated and where the reaction is disabling to the extent of limiting self care. Higher Grades are 4 (life-threatening requiring urgent intervention) and 5 (death). For anemia, Grade 3 corresponds to Hgb<8.0 g/dL; <4.9 mmol/L; <80 g/L, where a transfusion is indicated. For thrombocytopenia (decreased platelet count), Grade 3 corresponds to <50,000-25,000/mm³; <50.0-25.0× 10⁹/L. The sustained-release data was evaluated for patients over the course of 16 weeks. Mean duration of exposure to ruxolitinib in the COMFORT-I was approximately 242 days. Typically, the majority of hematologic adverse events occur within the first few months of therapy as observed in the COMFORT-I study.

[0155] As can be seen from the data in Table 6a, adverse events relating to anemia, thrombocytopenia, neutropenia, and all events that were considered Grade 3 or higher occurred less frequently in the sustained-release study compared with the COMFORT-I immediate-release study.

TABLE 6a

Percent of Patients with Selected Grade 3 or Higher Adverse Events

| Adverse Event | SR Study | COMFORT I Ruxolitinib | COMFORT I Placebo |
|---|---|---|---|
| All ≥Grade 3 Adverse Events | 17.1% | 47.1% | 44.4% |

Incyte Exhibit 1006, Page 17 of 20

Appx1868

TABLE 6a-continued

| Percent of Patients with Selected Grade 3 or Higher Adverse Events | | | |
|---|---|---|---|
| Adverse Event | SR Study | COMFORT I Ruxolitinib | COMFORT I Placebo |
| Anemia | 0% | 15.5% | 4.6% |
| Thrombocytopenia | 2.4% | 8.4% | 2.0% |
| Neutropenia | 0% | 1.3% | 0.7% |

**[0156]** The occurrence of blood-related adverse events are further compared in Tables 6b and 6c which report the number and percentage of patients in the studies exhibiting certain reactions including anemia and thrombocytopenia. The sustained-release data was evaluated for patients over the course of 16 weeks. Mean duration of exposure to ruxolitinib in the COMFORT-I study was approximately 242 days. The vast majority of hematologic adverse events occur within the first few months of therapy as observed in the COMFORT-I study. As can be seen from the data in the tables, the number and percentage of patients exhibiting blood-related adverse events is lower in the sustained-release study. Additionally, the severity of the adverse events is lesser in the sustained-release study.

TABLE 6b

Treatment-Related Haematologic Adverse Events By Organ Class, Preferred Term, and Maximum Severity in the Sustained - Release Study (First 16 Weeks)*

| MedDRA System Organ Class/ | Ruxolitinib (N = 41) | | | | |
|---|---|---|---|---|---|
| MedDRA Preferred Term | Mi | Mo | Se | LT | Any |
| Number (%) of Subjects With Any Adverse Events | 16 | 9 | 7 | 0 | 32 (78.0) |
| Blood and lymphatic system disorders | 3 | 4 | 1 | 0 | 8 (19.5) |
| Anaemia | 0 | 2 | 0 | 0 | 2 (4.9) |
| Thrombocytopenia | 3 | 2 | 1 | 0 | 6 (14.6) |

*Mi (mild), Mo (moderate), Se (severe), LT (life threatening)

TABLE 6c

Treatment-Related Adverse Events By MedDRA System Organ Class, Preferred Term, and Maximum Severity in COMFORT I*

| MedDRA System Organ Class/ | Ruxolitinib (N = 155) | | | | | | Placebo (N = 151) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MedDRA Preferred Term | Mi | Mo | Se | LT | FT | Any | Mi | Mo | Se | LT | FT | Any |
| Number (%) of Subjects With Any Adverse Events | 20 | 58 | 55 | 9 | 9 | 151 (97.4) | 23 | 58 | 53 | 4 | 10 | 148 (98.0) |
| Blood and lymphatic system disorders | 20 | 28 | 27 | 10 | 0 | 85 (54.8) | 18 | 21 | 15 | 2 | 0 | 56 (37.1) |
| Anaemia | 4 | 20 | 16 | 8 | 0 | 48 (31.0) | 4 | 10 | 7 | 0 | 0 | 21 (13.9) |
| Thrombocytopenia | 21 | 19 | 11 | 2 | 0 | 53 (34.2) | 6 | 5 | 2 | 1 | 0 | 14 (9.3) |

*Mi (mild), Mo (moderate), Se (severe), LT (life threatening), FT (fatal)

Comparative Example A

COMFORT I Clinical Trial—Immediate Release Formulation

**[0157]** A Phase 3 clinical trial was completed showing efficacy of ruxolitinib in myelofibrosis patients. In this double-blind trial, patients with intermediate-2 or high risk myelofibrosis were randomly assigned to twice-daily oral, immediate-release (see Example 1) ruxolitinib (155 patients) or placebo (154 patients). The starting dose of ruxolitinib depended on the baseline platelet count: 15 mg twice daily for a platelet count of 100×109 to 200×109 per liter and 20 mg twice daily for a count that exceeded 200×109 per liter. The dose was adjusted for lack of efficacy or excess toxicity. The primary end point was the proportion of patients with a reduction in spleen volume of 35% or more at 24 weeks, assessed by means of magnetic resonance imaging. Secondary end points included the durability of response, changes in symptom burden (assessed by the total symptom score), and overall survival.

**[0158]** The proportion of patients with a reduction of 35% or more in spleen volume at week 24 (primary end point) was 41.9% in the ruxolitinib group as compared with 0.7% in the placebo group. The proportion of patients with a reduction of 50% or more in the total symptom score from baseline to week 24, a pre-specified secondary end point, was significantly higher in the ruxolitinib group than in the placebo group (45.9% vs. 5.3%; odds ratio, 15.3; 95% CI, 6.9 to 33.7; $P<0.001$).

**[0159]** The study showed that ruxolitinib was associated with reductions in splenomegaly and symptoms that are prominent manifestations of myelofibrosis and appeared to be associated with an improvement in overall survival. Additionally, the most common toxic effects of anemia and thrombocytopenia were generally managed with dose modification. Details regarding this study are provided in Verstovsek, S., et al. "A double-blind, placebo-controlled trial of ruxolitinib for myelofibrosis," N. Eng. J. Med., 2012, Mar. 1:366(9):799-807, which is incorporated herein by reference in its entirety.

Comparative Example B

COMFORT II Clinical Trial—Immediate Release Formulation

**[0160]** A Phase 3 clinical trial was completed showing the superiority of ruxolitinib treatment in myelofibrosis patients compared with best available therapy. Continuous ruxolitinib therapy, as compared with the best available therapy, was associated with marked and durable reductions in splenomegaly and disease-related symptoms, improvements in role functioning and quality of life, and modest toxic effects.

**[0161]** Myelofibrosis patients were randomly assigned, in a 2:1 ratio, to receive ruxolitinib or the best available therapy, which included any commercially available agents (as mono-

therapy or in combination) or no therapy at all and which could be changed during the treatment phase. The starting dose of ruxolitinib tablets was 15 mg twice daily of an immediate release formulation (See Example 1) if the baseline platelet count was 200×109 per liter or less and 20 mg orally twice daily if the baseline platelet count was greater than 200×109 per liter.

[0162] The primary end point was a reduction of 35% or more in spleen volume from baseline at week 48. At week 48, most of the patients in the ruxolitinib group had a reduction in spleen volume. Only patients in the ruxolitinib group met the criterion for the primary end point, at least a 35% reduction in spleen volume from baseline at 48 weeks (28%, vs. 0% in the group receiving the best available therapy; P<0.001). Patients in the ruxolitinib group, as compared with patients receiving the best available therapy, had improved quality of life and role functioning. At week 48, patients receiving ruxolitinib had marked reductions in myelofibrosis associated symptoms, including appetite loss, dyspnea, fatigue, insomnia, and pain, whereas patients receiving the best available therapy had worsening symptoms.

[0163] Thrombocytopenia and anemia occurred more frequently in the patients receiving ruxolitinib than in those receiving the best available therapy, but these events were generally manageable with dose modifications, transfusions of packed red cells, or both. Additional details of the study are provided in Harrison, C. et al., "JAK inhibition with ruxolitinib versus best available therapy for myelofibrosis," N. Eng. J. Med., 2012, Mar. 1; 366(9):787-98 which is incorporated herein by reference in its entirety.

[0164] Various modifications of the invention, in addition to those described herein, will be apparent to those skilled in the art from the foregoing description. Such modifications are also intended to fall within the scope of the appended claims. Each reference, including all patent, patent applications, and publications, cited in the present application is incorporated herein by reference in its entirety.

What is claimed is:

1. A sustained-release dosage form comprising at least one active ingredient which is ruxolitinib, or a pharmaceutically acceptable salt thereof, wherein said ruxolitinib, or pharmaceutically acceptable salt thereof, is present in said dosage form in an amount of about 10 to about 60 mg on a free base basis.

2. The sustained-release dosage form of claim 1 wherein said ruxolitinib, or pharmaceutically acceptable salt thereof, is present in said dosage form in an amount of about 25 mg on a free base basis.

3. The sustained-release dosage form of claim 1, wherein said active ingredient is ruxolitinib phosphate.

4. The sustained-release dosage form of claim 1, wherein administration of said dosage form to a human results in a mean peak plasma concentration ($C_{max}$) of ruxolitinib of about 700 nM or less.

5. The sustained-release dosage form of claim 1, wherein administration of said dosage form to a human results in a mean peak plasma concentration ($C_{max}$) of ruxolitinib of about 200 to about 700 nM.

6. The sustained-release dosage form of claim 1, wherein administration of said dosage form to a human results in a mean peak plasma concentration ($C_{max}$) of ruxolitinib of about 300 to about 400 nM.

7. The sustained-release dosage form of claim 1, wherein administration of said dosage form to a human state results in

a mean time to peak plasma concentration ($T_{max}$) of ruxolitinib of about 1.5 hours or more.

8. The sustained-release dosage form of claim 1, wherein administration of said dosage form to a human results in a mean time to peak plasma concentration ($T_{max}$) of ruxolitinib of about 1.5 hours to about 5 hours.

9. The sustained-release dosage form of claim 1, wherein administration of said dosage form to a human results in a ratio of mean peak plasma concentration ($C_{max}$) to mean 12-hour plasma concentration ($C_{12h}$) of ruxolitinib of about 10 or less.

10. The sustained-release dosage form of claim 1, wherein administration of said dosage form to a human results in a ratio of mean peak plasma concentration ($C_{max}$) to mean 12-hour plasma concentration ($C_{12h}$) of ruxolitinib of about 4 or less.

11. The sustained-release dosage form of claim 1, wherein administration of said dosage form to a human results in a mean half-life ($t_{1/2}$) of from about 3.5 hours to about 11 hours.

12. The sustained-release dosage form of claim 1, wherein administration of said dosage form to a human results in a mean half-life ($t_{1/2}$) of from about 4 hours to about 8 hours.

13. The sustained-release dosage form of claim 1, wherein administration of a single dose of said dosage form to a human results in mean bioavailability ($AUC_{0-\infty}$) of ruxolitinib of about 3000 to about 4000 nM*h.

14. The sustained-release dosage form of claim 1, wherein administration of a single dose of said dosage form to a human results in mean bioavailability ($AUC_{0-\infty}$) of ruxolitinib of about 3100 to about 3800 nM*h.

15. The sustained-release dosage form of claim 1 comprising one or more cellulosic ethers.

16. The sustained-release dosage form of claim 15 comprising hydroxypropyl methylcellulose.

17. The sustained-release dosage form of claim 15 comprising from about 10% to about 30% by weight of hydroxypropyl methylcellulose.

18. The sustained-release dosage form of claim 1 which is in the form of a tablet or capsule.

19. The sustained-release dosage form of claim 1, comprising 25 mg of ruxolitinib on a free base basis, or a pharmaceutically acceptable salt thereof, wherein administration to a patient results in a mean ruxolitinib plasma level of about 75 to about 500 nM for at least about 8 hours.

20. The sustained-release dosage form of claim 19 comprising 12-13% ruxolitinib phosphate by weight on a free base basis and 19-13% by weight of one or more hypromelloses.

21. The sustained-release dosage form of claim 19 comprising 12.2% ruxolitinib phosphate by weight on a free base basis and 20% by weight or 22% by weight of one or more hypromelloses.

22. The sustained-release dosage form of claim 1, wherein administration to a patient results in a ruxolitinib plasma level of about 75 to about 500 nM for at least about 8 hours.

23. The sustained-release dosage form of claim 1, wherein administration to a patient results in a ruxolitinib plasma level of about 75 to about 500 nM for at least about 12 hours.

24. The sustained-release dosage form of claim 1 comprising 25 mg ruxolitinib phosphate on a free base basis, wherein administration of said dosage form to a patient for at least 16 weeks results in a mean decrease in mean base platelet count of no more than about $100×10^9/L$.

Incyte Exhibit 1006, Page 19 of 20

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL
BOARD

INCYTE CORPORATION,
Petitioner

v.

CONCERT PHARMACEUTICALS, INC.,
Patent Owner

Patent No. 10,561,659

**Declaration of Steven Patterson, Ph. D.**

I declare that all statements made herein of my knowledge are true, that all statements made herein on information and belief are believed to be true, and that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

By: /Steven Patterson/

Date: 27 Oct 2020

Incyte Exhibit 1007, Page 1 of 156

tissues. These enzymes are typically oxidases, the majority of which come from the family of cytochrome P450s, also known as P450s.[60]

46. A common metabolic oxidation reaction catalyzed by cytochrome P450 is the oxidation of a C–H group to form a C–OH group.[61] Figure 2, below, illustrates this process.



*Figure 2*

## 2. Deuterium Kinetic Isotope Effect

47. Deuterium is a stable isotope of hydrogen, having twice the mass of the most abundant hydrogen isotope, protium. Because of the larger nucleus in deuterium, replacing protium (H) in a C–H bond with D to form a C–D bond results in an increase in bond strength.[62] This causes what is termed the kinetic

---

[60] EX1048 at 191–192.

[61] EX1038 at 2–3.

[62] EX1038 at 4.

isotope effect ("KIE") or sometimes deuterium isotope effect ("DIE") for deuterium specifically.[63]

48. Due to the greater amounts of energy required to break the stronger C–D bond, oxidative metabolism of a C–D bond is slower than that of a C–H bond.[64, 65] A simplified diagram of this is shown in Figure 3:



*Figure 3*

_____

[63] EX1033 at 5.

[64] EX1033 at 6.

[65] EX1038 at 2–3.

25

49. Aside from being heavier than hydrogen, however, deuterium is nearly identical in all other respects.[66, 67] "[A] deuterated drug is… virtually indistinguishable in *all* of its biological properties with the useful exception of those processes involving bond-breaking at the specific C−H site(s) that are oxidatively labile."[68] As a result, the overall size and shape of a deuterated

---

[66] EX1033 at 8–9.

[67] EX1038 at 5 ("[R]eplacement of one or a few hydrogens in a drug molecule by deuterium [is] the smallest structural change that can be made….").

[68] EX1033 at 8.

26

compound—which dictates its PD and physiochemical properties—are nearly identical to the hydrogen analog.[69, 70, 71, 72]

50. Contrasting deuterium with fluorine, another tool to block oxidative metabolism, is illustrative. Unlike deuterium, there are several significant

---

[69] EX1054 at 10 ("CTP-499 (deuterium-modified HDX) is… structurally identical to the primary major active metabolite of pentoxifylline (HDX), except for the deuterium modification. These molecules have similar physical, chemical, and pharmacological properties; however, deuterium modification has been shown to stabilize the compound in vivo and as a result may enhance its antifibrotic and anti-inflammatory effects.").

[70] EX1037 at 4 ("Aside from their different pharmacokinetics, however, these deuterated compounds are virtually indistinguishable from their hydrogen equivalent drugs, says Auspex Pharmaceuticals [CEO] Mike Grey. Deuterated drugs are made by the careful substitution of a handful of key hydrogen atoms with the heavier, stable, non-radioactive isotope deuterium. 'The resulting molecules therefore have the same physicochemical properties such as melting point and solubility as the originator drugs – and bind to the target receptor proteins in exactly the same way,' he explains.").

[71] EX1002 at 2:12–20.

27

differences between fluorine and hydrogen, e.g., size and electronegativity.[73] As a result, while substitution of a fluorine group may beneficially increase a drug's AUC by inhibiting metabolism, it may also affect, for example, potency at the target receptor or rate of absorption, potentially reducing overall clinical efficacy despite gains in metabolic stability.[74]

51. Thus, the targeted effect of deuterium on reducing metabolism makes it an attractive strategy for seeking to improve drugs known to be safe and effective, especially FDA-approved drugs.[75, 76] By starting with a drug already proven to be

_____

[72] EX1053 at 3 ("As expected, the deuterated analogs of nintedanib remain in an almost equal inhibitory activity against the three kinases tested compared with its parent drug.").

[73] EX1033 at 8.

[74] EX1033 at 8.

[75] EX1038 at 5 ("The attraction of specific deuterium substitution as a parameter in drug design is based on the facts that not only is the replacement of one or a few hydrogens in a drug molecule by deuterium the smallest structural change that can be made but also such a change will have negligible steric consequences or influence on physicochemical properties….").

[76] EX1033 at 7–9.

28

safe and effective, deuterium can increase metabolic stability while leaving the other desirable properties unchanged.[77, 78, 79] By February 4, 2016, several companies were dedicated to using deuterium to improve known drugs.[80, 81]

52. Slowing metabolism via deuterium offers several potential benefits. For example, greater metabolic stability can lead to lower overall doses and/or reduced

---

[77] EX1033 at 8−9, 16−17.

[78] EX1038 at 2 ("The ideal starting point for a metabolism-directed design study involves a drug in clinical or experimental use with a known target, metabolism profile, and origin of toxicity.").

[79] EX1011 at 5 ("At Concert, 'we've never seen any biologically relevant differences in target selectivity or potency of a drug when we deuterate it,' Tung says.").

[80] EX1041 at 1–3.

[81] EX1011 at 3–4.

frequency of administration relative to the protium analog.[82, 83, 84] In turn, a

reduction in dose and frequency results in lower toxicity and greater patient

---

[82] EX1053 at 1–2 ("[D]euteration can reduce the rate of systemic clearance

resulting in a longer half-life. It can even maintain similar systemic exposure with

decreased peak levels and increased trough levels. Finally, decreased pre-systemic

metabolism results in higher bioavailability of unmetabolized drug, which means a

smaller dosage can achieve the same exposure.").

[83] EX1044 at 1 ("The goal of such [deuterium substitution] strategies includes

extension of elimination half-life, optimization of dose and dosing regimen….").

[84] EX1041 at 2 ("Deutetrabenazine is also dosed twice instead of three times

daily…. Ivacaftor is dosed twice daily, whereas CTP-656 [deuterated ivacaftor]

can be dosed just once a day.").

compliance.[85, 86] By May 4,2016, using deuterium in this manner was well documented in the literature.[87, 88, 89, 90, 91]

---

[85] EX1048 at 386 ("[T]he requirement of frequent dosing can reduce adherence to a regimen and influence clinical outcome….").

[86] EX1006 at [0005] ("Accordingly, there is a need for new and improved formulations of ruxolitinib that not only mitigate adverse side-effects in patients, but still achieve therapeutic efficacy, and also facilitate administration of the drug such as by reducing the number of doses required to achieve a therapeutic effect.")

[87] EX1035 at 5–6 ("[T]he replacement of hydrogen atoms at metabolically labile sites with deuterium atoms can result in a slower metabolism due to the kinetic isotope effect.").

[88] EX1039 (showing greater AUC while retaining binding affinity, specificity, and pharmacological activity of the protium parent drug).

[89] EX1036 at 1 ("Our approach to tramadol analogs took advantage of the primary kinetic isotope effect to slow CYP450-mediated metabolism…. Replacing hydrogen with deuterium at metabolically active sites can result in a slower metabolism due to the reduced rate of cleavage of a C–D bond relative to a C–H bond. This approach has been shown to be effective for a number of pharmacological agents including amphetamine, butethal, and morphine.").

31

53. As of May 4, 2016, these effects had been shown in numerous clinical studies of deuterated drugs in human patients.[92, 93, 94]

54. Further, the development of deuterated analogs of FDA-approved drugs benefits from the wealth of data available for the FDA-approved drug, reducing

---

[90] EX1086 at 3 ("D3-L-DOPA (3.2, 4.8 and 6.4 mg/kg) were administered. The doses used correspond to 4, 6, 8 and 10 mg/kg methylester L-DOPA.").

[91] EX1044 at 1 ("For many years, scientists have used the kinetic deuterium isotope effect, whereby C-H bonds are substituted for more stable C-D bonds…. [T]his approach offers an opportunity to modulate the in vivo disposition and pharmacokinetics of molecules while maintaining selectivity and potency for a given target.").

[92] EX1040.

[93] EX1085 at 1 ("In this Phase 1 trial, CTP-656 provided several advantages compared to Kalydeco including a reduced rate of clearance, longer half-life, substantially increased exposure and greater plasma levels at 12 and 24 hours.").

[94] EX1053 at 2 ("Many studies have already reported several deuterium-labeled entities, and some of these have entered clinical trials including CTP-354, CTP-449, SD-254, and SD-809.").

32

much of the time and expense associated with traditional drug development.[95, 96] Indeed, deuterium-focused companies point to the "[g]reatly reduced R&D risk, time and expense…; and [r]apid phase 1 proof-of-concept," as reasons for modifying known drugs with deuterium.[97]

55. In this regard, deuterium modification is more akin to drug repositioning (i.e., use of a known drug in a different dosage or for a different indication) than *de novo* drug development.[98] For example, deuterated drugs can rely on formulations developed for the protio drug upon which they are based.[99]

56. Another important aspect is in designing dose regimes, where deuterated drugs can utilize the known PK-PD relationships, safety information, and exposure

---

[95] EX1033 at 16, Fig. 11.

[96] EX1044 at 8 ("Compared with drug development activities for nonlabeled small-molecule drugs, drug development activities for deuterium-substituted analogs are not foreseen to be significantly different from their nonlabeled counterpart.").

[97] EX1034 at 2.

[98] EX1033 at 16–17.

[99] EX1033 at 16–17.

125. Similarly, *Pieri* reported near-complete hair regrowth in an alopecia universalis patient using 15 mg of ruxolitinib administered twice-daily, and *Craiglow* reported that administration of 0.6% topical ruxolitinib caused near-complete regrowth of the eyebrows, and 10% regrowth of scalp hair.[174, 175]

B.  **Motivation to Use Compound (I)**

1.  **Substitution of Ruxolitinib for Deuterated Ruxolitinib (Claims 1–21)**

126. By May 4, 2016, a POSA would have been motivated to use a deuterated analog of ruxolitinib in a disease known to be treated by ruxolitinib as an at least equally efficacious alternative to ruxolitinib itself.

127. For example, *Silverman* states that "[d]espite the beneficial activities of ruxolitinib, there is a continuing need for new compounds to treat the aforementioned diseases and conditions,"[176] and that *Silverman* "provides a method of treating a disease that is beneficially treated by ruxolitinib in a subject in need thereof, comprising the step of administering to the subject an effective amount of a compound or a composition of this invention."[177] As the CEO of another

---

[174] EX1012 at 6.

[175] EX1027 at 1.

[176] EX1002 at 3:19–21.

[177] EX1002 at 20:57–61.

60

deuterium-modification company explained, "[t]he easiest way to find a drug is to start with one."[178]

128. Thus, a POSA would have been motivated to use *Silverman*'s Compound 111 ('659 Patent's Compound (I)) for diseases known to be treated by ruxolitinib. This would have included treating AA, for which ruxolitinib had shown clinical efficacy.

129. The known potential benefits of substituting a deuterated compound in place of its hydrogen analog would have further motivated the use of a deuterated analog of ruxolitinib in place of ruxolitinib.[179]

130. As S*ilverman* explains:[180]

> [T]he increased bond strength imparted by deuterium can positively impact the ADME properties of a drug, creating the potential for improved drug efficacy, safety, and/or tolerability. At the same time, because the size and shape of deuterium are essentially identical to those of hydrogen, replacement of hydrogen by deuterium would not be expected to affect the biochemical potency and selectivity of the drug as compared to the original chemical entity that contains only hydrogen.

---

[178] EX1011 at 5.

[179] § V.C, above.

[180] EX1002 at 2:12–20.

61

Incyte Exhibit 1007, Page 61 of 156

**Appx1932**

131. This disclosure was consistent with the state of the art, which by May 4, 2016, included a litany of references teaching the use of deuterium to improve upon known drugs.[181]

132. For example, Concert's marketing materials explained the benefits of deuterium substitution including reduction of overall dose and $C_{max}$ (maximum plasma concentration of drug achieved), and enhanced efficacy by increasing bioavailability, AUC (area under the curve), and $C_{min}$ (minimum plasma concentration) with minimal impact on $C_{max}$.[182, 183]

133. Moreover, the art taught that ruxolitinib would have benefitted from improvement. Specifically, *Ni* disclosed that "there is a need for new and improved formulations of ruxolitinib that not only mitigate adverse side-effects in patients, but still achieve therapeutic efficacy, and also facilitate administration of the drug

---

[181] § V.C, above.

[182] EX1034 at 2.

[183] EX1037 at 4 ("'Certainly, the implication is you can use a lower dose of [deuterated venlafaxine] to achieve the same effect and hopefully as the side effects are dose-related one hopes to see lower incidence of side effects.'").

62

## 2. Claimed Compound (I) (Claims 1–21)

151. A POSA would have been particularly motivated to use Compound (I), which had been disclosed and specifically claimed, was deuterated at ruxolitinib's metabolic hotspots, and was reported to have improved metabolic properties *in vitro*.[216]

152. A POSA would have been motivated to use claimed Compound (I) as it was one of three compounds specifically called out in Claim 7 of *Silverman*, which points to two $D_4$-ruxolitinib species and $D_8$-ruxolitinib (i.e., claimed Compound (I)).[217] As discussed, *Silverman* identifies the claimed Compound (I) as "Compound 111."[218]

153. Compound (I) further stood out from the other deuterated analogs in *Silverman* as it was deuterated at ruxolitinib's primary sites of metabolism, i.e., its "metabolic hotspots."[219, 220] The motivation to select a compound deuterated at ruxolitinib's primary sites of metabolism was intuitive: placing deuterium at the

---

[216] § V.C, above.

[217] EX1002 at 36:66–37:40.

[218] EX1002 at 8:4–40, 37:26–43.

[219] EX1034 at 4–5.

[220] EX1055 at 4–6.

71

sites of metabolism increases the impact of the KIE (whereas placing it at a location on the molecule that is not metabolized would not have been expected to have an effect).[221] Indeed, Concert's marketing materials explicitly directed deuterating at hotspots "identified from literature reports of *in vivo* metabolism."[222]

154. As shown by Shilling et al., metabolism on ruxolitinib's cyclopentyl ring accounted for the vast majority of the compound's metabolism.[223] For this reason, a POSA would have been motivated to use Compound (I), which was deuterated exclusively at the cyclopentyl ring.

155. Data submitted by Concert (in a declaration from Dr. Vinita Uttamsingh) during prosecution of *Silverman* were consistent with the expectation of having deuterated ruxolitinib's metabolic hotspots and further pointed a POSA

---

[221] EX1053 at 3 ("Our approach was based on the primary kinetic isotope effect. As nintedanib's major metabolic pathways are methyl ester cleavage and oxidative N-demethylation, we therefore replaced the hydrogen atoms at the active sites with deuterium….")

[222] EX1034 at 4.

[223] EX1055 at 4–6.

to Compound (I). [224] The data showed that Compound (I) was among the compounds showing the greatest potential for improvement in metabolic stability.[225, 226, 227] Indeed, of the three compounds addressed in Dr. Uttamsingh's declaration, Compound (I) showed the greatest potential for improvement in metabolic stability.

156. More specifically, in the supersome assays submitted by Concert, the $D_4$ compounds exhibited half-lives ($t_{1/2}$) 23% and 29% longer than ruxolitinib,

---

[224] EX1056 at 1 ("Thus, *in vitro* metabolism data is used in a prospective manner to choose those compounds for further development that are expected to possess commercially acceptable pharmacokinetic properties (e.g., half-life permitting once-per-day administration regimens, low oral clearance to reduce dose, etc.)").

[225] EX1045 at 416 ("I believe that the increase observed in this assay is substantial for Compounds 103, 107, and 111 and clearly shows that these compounds are metabolically more stable than ruxolitinib….").

[226] Concert relies upon this same data in the '659 Patent. EX1001 at 19:60–21:28.

[227] EX1034 at 5 ("metabolic stabilization [seen *in vitro*] offers the potential to create D-torcetrapib NCE's with more favorable pharmacokinetics for once-a-day dosing.").

while the $D_8$ Compound (I) had an 80% longer $t_{1/2}$.[228] In the HLM assays, the $D_4$ compounds exhibited 30% and 25% longer half-lives than ruxolitinib, while Compound (I) had a 75% longer $t_{1/2}$.[229, 230]

157. $D_9$-ruxolitinib "Compound 127" in *Silverman* showed numerically greater increase in *in vitro* stability, relative to ruxolitinib, than $D_8$-ruxolitinib (Compound (I)).[231] This would not have directed a POSA away from Compound (I), however, since the 75−80% $t_{1/2}$ improvement for the $D_8$ "Compound 111" over ruxolitinib is substantial.[232]

---

[228] EX1045 at 407, table 1.

[229] EX1045 at 407, table 2.

[230] HLMs are subcellular fractions of liver cells that contain drug metabolizing enzymes specifically, CYPs, monoxygenases (FMO), esterases, amidases, and epoxide hydrolases, as well as the phase II enzymes such as UGTs. Supersomes are engineered microsomes containing a specific enzyme or enzymes that typically are known or suspected to be responsible for the metabolism of an agent of choice. Supersomes are used to test the rate at which a compound is metabolized by that enzyme or enzymes relative to a reference compound.

[231] EX1002 at 35:5−20, Table 3.

[232] EX1045 at 377, 416.

158. Thus, a POSA would have been motivated to use the claimed Compound (I) as it stood out from the other compounds in *Silverman* because it (1), was deuterated at ruxolitinib's metabolic hotspots, (2) showed superior *in vitro* data compared to other compounds specifically claimed and (3) was itself specifically claimed.

### 3. At least 95% and 97% Incorporation of Deuterium (Claims 1–21)

159. All of the claims of the '659 Patent require "at least" 95% deuterium incorporation, while dependent Claims 13, 17, and 20 further require at least 97% deuterium incorporation. As explained above, a POSA would have been motivated to use Compound (I) to treat AA and, as explained below, would have been motivated to use Compound (I) containing at least 95% and at least 97% deuterium incorporation to do so.

160. First, *Silverman*, which disclosed Compound (I), taught that "a compound of this invention has an isotopic enrichment factor for each designated deuterium atom of… at least 6333.3 (95% deuterium incorporation)… [and] at least 6466.7 (97% deuterium incorporation)."[233]

---

[233] EX1002 at 4:7–17.

Incyte Exhibit 1007, Page 75 of 156

>99% incorporation in the deuterated analogs 2-[2$_H$]Quinoxaline, J-[2$_H$]phthalazine, and 2-[2$_H$]quinoline.[243]

165. Thus, a POSA would have been motivated to use greater than 97% deuterium incorporation in Compound (I) to treat AA.

### 4. Non-Deuterium Atoms at Natural Isotopic Abundance

166. Claim 7 of the '659 Patent requires any atom in Compound (I) "not designated as deuterium is present at its natural isotopic abundance."

167. A POSA would have been motivated, with a reasonable expectation of success, to have any atom in Compound (I) not designated as deuterium at its natural isotopic abundance because *Silverman* explicitly taught this for Compound (I).[244, 245]

168. Moreover, as described above, the POSA as of May 4, 2016, would have known that deuterium is intended to be placed at a compounds "metabolic

---

[243] EX1058 at 2 (synthesizing 99%, 99%, and 98% deuterium analogs)

[244] EX1002, 12:20−21 ("[W]herein any atom not designated as deuterium is present at its natural isotopic abundance.").

[245] EX1002, 9:28−30 ("In another set of embodiments, any atom not designated as deuterium in any of the embodiments set forth above is present at its natural isotopic abundance.").

Incyte Exhibit 1007, Page 78 of 156

Appx1949

hotspots" to affect the position of the molecule that is subject to metabolism.[246] At positions not subject to metabolism, the default would have been to simply leave the molecule unmodified. Where, as here, there was no reason to modify a position other than a metabolic hotspot, the POSA's default would have been to leave the non-designated positions at their natural isotopic abundance.

169. Thus, a POSA would have been motivated to use Compound (I) wherein any atom not designated as deuterium is present at its natural isotopic abundance.

---

[246] § VII.B.2, above.

Incyte Exhibit 1007, Page 79 of 156

**Appx1950**

### 5. Total Dose of 16 mg/day and 24 mg/day (Claims 1–7 and 9–21)

170. Except for Claim 8 (which is directed to a pharmaceutical composition), all claims of the '659 Patent are directed to methods of treatment using total daily doses of 16 or 24 mg of Compound (I).[247, 248] More specifically:

- independent Claim 1 requires administration of "16 mg/day or 24 mg/day;"

- independent Claim 9 requires 8 mg twice daily for a total of 16 mg/day; and

- independent Claim 11 requires 12 mg twice daily for a total of 24 mg/day.

---

[247] Claim 10, which recites "wherein Compound (I) is administered as 10.5 mg of the phosphate salt twice per day," corresponds to a daily dose of 21 mg of the Compound (I) phosphate salt which is equivalent to 16 mg/day of Compound (I). The difference in mass is due to the presence of the phosphate salt. Claim 12, which recites "wherein Compound (I) is administered as 15.8 mg of the phosphate salt twice per day," similarly corresponds to a total dose of 24 mg/day of Compound (I).

[248] Claim 8 recites a pharmaceutical composition containing 8 mg or 12 mg of Compound (I). As explained further below, the dosages of these claimed pharmaceutical compositions would have been obvious for the same reason that 8 mg/day and 12 mg/day treatment, using BID dosing, would have been obvious.

171. Doses of 16 and 24 mg per day of claimed Compound (I) would have been obvious.

172. First, the claimed dosages fall within and would have been obvious from narrow effective dose ranges taught by *Silverman*.[249] *Silverman* taught that "an effective amount of a compound of this invention," including *Silverman*'s Compound 111, "can range from... 10 mg to 25 mg [and] 10 mg to 20 mg…."[250, 251] As noted previously, *Silverman*'s Compound 111 is the same as Compound (I) in the '659 Patent.

173. The selection of doses within these narrow ranges of effective doses—e.g., a dose of 16 mg or 24 mg—would have been a matter of routine optimization for the POSA. For example, knowing that dose can affect both efficacy and side effects, it would have been routine for the POSA to optimize the dose within these ranges to balance efficacy and side effects.

---

[249] EX1002 at 20:9–18.

[250] EX1002 at 20:9–18.

[251] As noted previously, *Silverman*'s Compound 111 is the same as Compound (I) in the '659 Patent.

Incyte Exhibit 1007, Page 81 of 156

Appx1952

174. *Silverman* also taught that "guidance for selecting an effective dose can be determined by reference to the prescribing information for ruxolitinib,"[252] which taught ranges consistent with *Silverman* and guided optimizing individual patient dosages.

175. According to *Ruxolitinib Prescribing Information*, the recommended total daily dose ranges from 5 to 50 mg, including specific doses of 10 mg (5 mg BID), 20 mg (10 mg BID), 30 mg (15 mg BID), and 40 mg (20 mg BID), depending on the patient.[253] The claimed daily doses of 16 mg and 24 mg fall within the range of these doses. As with the ranges from *Silverman*, selection of 16 mg and 24 mg from *Ruxolitinib Prescribing Information*'s narrow range would have required no more than routine optimization.

176. Furthermore, *Ruxolitinib Prescribing Information* would have provided guidance on individual optimization of patient dosages.[254] For example, it taught myelofibrosis starting doses of 10, 30, and 40 mg/day (using BID dosing) and then titrating doses up or down "based on safety and efficacy."[255] *Ruxolitinib*

---

[252] EX1002 at 20:25–27.

[253] EX1004 at 4–5.

[254] EX1004 at 4–5.

[255] EX1004 at 4–5.

82

*Prescribing Information* also would have provided further guidance on dose adjustments due to interactions with other drugs, such as where another drug results in alteration of ruxolitinib's metabolism.[256]

177. The motivation of a POSA to optimize doses for AA within the range of *Ruxolitinib Prescribing Information*, as taught by *Silverman*, is reflected in *Silvestri*. *Silvestri* reported on the treatment of AA where "on March 2015, Ruxolitinib 5 mg daily was started and gradually raised up to 20 mg per day. Over a four Months-period we observed a progressive regrowth of hair until a complete recovery."[257]

---

[256] EX1004 at 5.

[257] EX1017 at 31.

Incyte Exhibit 1007, Page 83 of 156

Appx1954

178. Second, the POSA would have been further guided to the claimed dosages by the dose-response data available by May 4, 2016.[258, 259]

179. As the name implies, dose-response relationships correlate dose with an effect, which can be the desired clinical outcome (e.g., a change in symptoms) or non-clinical/biochemical markers (such as biomarkers).[260, 261] These relationships provide reasonable insight into what dose is required to achieve a given effect, and,

---

[258] EX1033 at 8–9 (explaining that "pharmacology model results," "PK/PD relationship," "Minimum efficacious plasma concentration," "Dose-proportionate exposure," and "Exposure profile responsible for efficacy (e.g., AUC vs $C_{max}$ effect)" will "not generally exhibit a clinically measurable change when switching from a C−H bond to a C−D bond").

[259] Dose-response relationships are also referred to as "exposure-response" or, more generally, "PK-PD" relationships.

[260] EX1070 at 2.

[261] EX1069 at 18–19 ("All of these measurements can be expected to show exposure-response relationships that can guide therapy, suggest efficacy or safety, dose and dosing intervals, or suggest a hypothesis for further study").

Incyte Exhibit 1007, Page 84 of 156

Appx1955

in turn, are used to guide dosing in clinical trial design and patient-level administration.[262]

180. Here, the data for ruxolitinib in AA patients showed that total daily doses of 30 and 40 mg resulted in complete or near-complete hair regrowth.[263] Given the strong response at these doses, and the linearly proportional PK of ruxolitinib, a POSA would have reasonably expected that AA efficacy would be achieved with lower doses and would have been motivated to use lower doses to

---

[262] EX1069 at 12 ("exposure-response studies can examine the relationships between randomly assigned dose or plasma concentration and PD response (biomarker, surrogate, or clinical endpoint) or examine the relationship between attained plasma concentration and PD response.").

[263] § V.B, above.

reduce the potential for side effects (such as those recognized by *Ruxolitinib Prescribing Information*).[264, 265, 266]

181. Several other data points also would have directed the POSA to, and reasonably suggested that efficacy would be achieved at, lower doses.

182. For example, the POSA would have recognized that dose equivalence relying on data from drugs within the same class or with an otherwise related

---

[264] EX1071 at 2 ("JAK signaling is downstream of multiple cytokines implicated in the pathogenesis of inflammatory diseases, and therefore, efficacy can be observed at doses that partially and reversibly modulate the signaling of multiple pathways. Higher doses that fully inhibit multiple pathways may drive greater efficacy but would likely be immunosuppressive.").

[265] EX1059 at 9 ("INCB018424 systemic exposures are proportional to dose over the range of 5 to 200 mg.").

[266] EX1004 at 7 ("Mean ruxolitinib $C_{max}$ and total exposure (AUC) increased proportionally over a single dose range of 5 to 200 mg.").

chemical structure as a reference point would have reasonably suggested lower doses.[267, 268]

183. Baricitinib would have served as a reasonable reference point; it is within the same class and structurally similar to ruxolitinib (differing only by the substitution on the ethylcyano moiety), has the same mechanism of action (inhibition of JAK 1/2), and, like ruxolitinib, exhibits a proportional dose-response relationship.[269, 270, 271]

---

[267] EX1077 at 5 ("The 'similar drug' is usually of the same chemical class, with similar or related chemical structure. This situation is not uncommon in industry where one or more predecessor compounds in the same chemical class and with similar toxicological profiles may have been clinically investigated prior to the current drug under investigation.").

[268] EX1075 at 2, 4–5 ("For two drugs with overtly similar action… the individual dose-effect curves allow an assessment of doses that produce the same effect.").

[269] EX1072 at 1 ("Baricitinib… is a potent and selective small molecule inhibitor of JAK1/2 enzymes.").

[270] EX1072 at 6 ("[B]aricitinib exhibited linear PK characteristics with the plasma $C_{max}$ and AUC values rising proportionally to dose.").

[271] EX1071 at 9–10.

87

184. Also like ruxolitinib, baricitinib had been used to treat AA. Jabbari et al., (2015) reported "remarkable improvement in the patient's AA" following treatment with 7 mg of baricitinib QD.[272] Due to the similarities between baricitinib and ruxolitinib, a POSA would have reasonably expected similar AA results at the equivalent dose of ruxolitinib.

185. Given the similarity in their PK profiles, the POSA could have reasonably obtained the expected approximate dose equivalence by comparing $IC_{50}$-weighted drug concentration.[273, 274] That is, starting from the level of JAK inhibition provided by a dose of baricitinib, the dose of ruxolitinib required to achieve an equivalent level of inhibition could reasonably have been calculated.

---

[272] EX1021 at 2.

[273] These relationships had been reported for both drugs based on human PK data. EX1059 at 4; EX1072 at 4.

[274] A POSA would have used average inhibition (as opposed to $C_{max}$ or $C_{min}$), as it was the reported driver of efficacy for ruxolitinib. (EX1081 at 5; EX1059 at 10). It also would have been a conservative approach for predicting a minimally effective dose for ruxolitinib, as dose equivalent estimates based on $C_{max}$ result in lower estimates for ruxolitinib. (Calculated equivalents based on $C_{max}$ are shown in Appendix I.)

88

The data for ruxolitinib and baricitinib are approximately comparable as their respective dosing studies (Shi 2011, Shi 2014) used the same methodology and their $IC_{50}$s were both measured via the same pSTAT3 assay.[275, 276] (pSTAT3 is an intermediate messenger in the JAK/STAT signaling pathway shown to be

---

[275] EX1059 at 2–4.

[276] EX1072 at 2–4.

Incyte Exhibit 1007, Page 89 of 156

Appx1960

associated with AA and had been used extensively as a proxy for JAK activity.)[277, 278, 279, 280]

---

[277] EX1078 at 16 ("The phosphorylated STAT3 assay was chosen because it is a more robust assay compared with the phosphorylated STAT5 assay and because it is an optimal assay for measuring JAK1 inhibition. As the potency of ruxolitinib in inhibiting JAK1 and JAK2 is very similar, the pSTAT3 assay would indicate levels of inhibition for both JAK1 and JAK2. The time points for analysis were post-ruxolitinib dosing (peak) and prior to the next ruxolitinib dose (trough).").

[278] EX1059 at 1, 4 ("The pharmacodynamics of [ruxolitinib], evaluated by the inhibition of phosphorylated STAT3 following cytokine stimulation in whole blood, showed good correlation with [ruxolitinib] plasma concentrations.").

[279] EX1072 at 1, 3 ("The pharmacodynamics of baricitinib, evaluated by the inhibition of STAT3 phosphorylation following cytokine stimulation in the whole blood ex vivo, was well correlated with baricitinib plasma concentrations.") (citing EX1059).

[280] EX1003 at 9 ("JAK activation was shown by the presence of phosphorylated signal transducer and activator of transcription (STAT) proteins (pSTAT1, pSTAT3 and to a lesser extent pSTAT5) in human and mouse alopecic hair follicles, but not in normal hair follicles.").

90

186. As shown further in Appendix I, at equal $AUC_{0-\infty}$ and scaled by their $IC_{50}$s, the POSA, as of May 4, 2016, would have expected a dose of ruxolitinib to be approximately three times the equivalent baricitinib dose.[281] More specifically:

$$Dose_{rux} = 2.92 * Dose_{bari}^{1.02}$$

187. For example, for the 7 mg baricitinib dose, the equivalent ruxolitinib dose could have been reasonably approximated to be 21 mg (i.e., 2.92 x $7^{1.02}$).

188. Alternatively, a POSA could have reasonably estimated an equivalent dose by further accounting for non-linearity in the concentration-response relationship by including the Hill Coefficients (exponential curve-fitting parameters) for both baricitinib and ruxolitinib.[282] Because the Hill Coefficient is 1 for ruxolitinib and close to 1 for baricitinib, this alternative estimate provides very similar results.[283, 284]

189. Grabovsky et al., for example, shows the approximate equivalent drug concentration relationship for two drugs with the same maximum effect at $AUC_{\infty}$

---

[281] EX1059 at 6; EX1072 at 6.

[282] EX1080 at 2, 5.

[283] EX1059 at 6.

[284] EX1072 at 6.

Incyte Exhibit 1007, Page 91 of 156

Appx1962

(100% inhibition) but different regression slopes (i.e., the Hill Coefficient) and IC$_{50}$s.[285]

190. As detailed in Appendix I, the ruxolitinib drug concentration (*b*) providing the same effect as a baricitinib drug concentration (*a*) would have been understood by the POSA to be approximately: [286]

$$b = ruxIC_{50} \left[ \frac{a}{bariIC_{50}} \right]^{\left( \frac{1}{0.87} \right)}$$

191. As also shown in Appendix I, further accounting for the individual dose-concentration relationships provided by Shi 2011 (ruxolitinib) and Shi 2014 (baricitinib), 7 mg of baricitinib is approximately equivalent to 23 mg of ruxolitinib—i.e., an approximately 1:3 ratio.[287]

192. Accordingly, the POSA would have reasonably expected ~21–23 mg of ruxolitinib to provide the same "remarkable improvement" in AA that had been seen with 7 mg of baricitinib. Given that the POSA would have reasonably expected that Compound (I) would have the same biological effects as ruxolitinib,

---

[285] EX1080 at 5.

[286] As shown in Appendix I, *a* and *b* represent the average plasma concentration provided by a single dose of baricitinib and ruxolitinib.

[287] Appendix I.

92

the POSA would likewise have reasonably expected ~21–23 mg of Compound (I) to provide at least "remarkable improvement" in AA.

193. Comparison to baricitinib would have also reasonably informed the POSA of the approximate lower bound of the effective range (i.e., minimum effective dose). In this regard, data showing 2 mg doses of baricitinib to have clinical effects in RA and PS—AA's "sister diseases" having overlapping etiologies (e.g., mediated by the JAK/STAT pathway and characterized by a prominent IFN-γ signature)—reasonably suggested at least some clinical efficacy

93

at doses as low as ~6–7 mg for ruxolitinib and the at least equally effective

*Silverman* Compound 111.[288, 289, 290, 291, 292, 293]

---

[288] EX1082 at 13 ("Studies in etiologically or pathophysiologically related conditions, or studies of a symptom common to several diseases (e.g., pain) can support each other….").

[289] EX1014 at 1–2.

[290] EX1005 at 12:43–53, 122:1–23, 175:12–17, 113:16–21 ("GWAS studies revealed a number of risk loci shared by with other forms of autoimmunity, such as rheumatoid arthritis (RA)… and psoriasis (PS)….").

[291] EX1050 at 1 ("JAK inhibition has myriad effects on T-lymphocytes, and therefore it is not surprising that this medication may be useful in the treatment of many inflammatory diseases.").

[292] EX1002 at 19:42–50 ("an agent useful in the treatment or prevention of a disease or condition selected from myelofibrosis… psoriasis and alopecia areata").

[293] EX1072 at 1 ("Many of the pro-inflammatory cytokines implicated in the pathogenesis of RA, including IL-6 and IFN-γ, utilize cell signaling that involves the JAK/signal transducers and activators of transcription (STAT) pathways. Inhibition of JAK-STAT signaling can target multiple RA-associated cytokine

94

194. For example, in a study of baricitinib for RA, a total daily dose of 2 mg of baricitinib resulted in a reduction of all measured symptoms compared to placebo.[294] Similarly, in a study of baricitinib for psoriasis, the same total daily dose of 2 mg resulted in an improvement in PASI-50, PASI-75, PASI-90 scores compared with placebo.[295] Using the same methodology described above, a POSA would have reasonably expected that the equivalent dose of ruxolitinib would be approximately ~6–7 mg.[296]

195. That ~6–7 mg dose would have been in line with the minimum effective dose for ruxolitinib in its approved indications.[297] For example, the

---

pathways and thereby reduce inflammation, cellular activation, and proliferation of key immune cells….”).

[294] EX1073 at 4, Table 2.

[295] EX1074 at 5, Fig 3.

[296] Full calculations are found in Appendix I.

[297] EX1082 at 5 (“[Data] may be available from a number of studies of a drug in closely related indications that bear on a determination of its effectiveness for a new use. Similarly, there may be studies of a drug in different populations, studies of a drug alone or in combination, and studies of different doses and dosage forms, all of which may support a particular new use of a drug”).

95

minimum effective ruxolitinib dose for MF was around 10 mg/day, which resulted in a 10.4% *decrease* in spleen volume compared with a 9.2% *increase* in the placebo group.[298]

196. While 10 mg/day was not the optimum dose for all MF patients, a clinical effect (spleen volume decrease), consistent with an at least minimally effective dose, was seen. Because ruxolitinib's mechanism of action in MF and AA is the same (JAK inhibition), a POSA would have likewise reasonably expected clinical effect in AA patients at 5 mg BID (10 mg/day) of ruxolitinib (and Compound (I)).[299, 300]

197. Taking these data together, a POSA would have reasonably expected that (1) clinically-relevant JAK inhibition and AA treatment with ruxolitinib (and Compound (I)) doses as low as 10 mg/day and (2) "remarkable improvement" in

---

[298] EX1083 at 3–4.

[299] EX1004 at 7.

[300] EX1012 at 6 ("cytolytic damage to the hair follicle in AA is caused by autoreactive CD8+ T cells that expand and self-maintain through a cascade of cytokines including interferon gamma, interleukin-2 and -15; these cytokine's receptors signal through JAK1 and JAK2… therefore, they are inhibited by ruxolitinib").

AA patients starting at approximately 21–23 mg/day and continuing up to 40 mg/day. Accordingly, a POSA would have reasonably expected some treatment of AA at the low end of the range (10 mg/day) with dose selection within the range up to 40 mg/day being a matter of routine optimization.[301]

198. Finally, the POSA would have been additionally motivated to lower doses of Compound (I) compared to ruxolitinib based on the expectation that deuteration would have improved the metabolic stability of ruxolitinib and thus reduced the effective dose relative to ruxolitinib.

199. As discussed, achieving equivalent efficacy at a lower dose was one of the primary goals of deuterium modification as of May 4, 2016.[302] Other deuterated

---

[301] Those in the field were titrating ruxolitinib up within this range for the treatment of AA. EX1017 at 31 ("on March 2015, Ruxolitinib 5 mg daily was started and gradually raised up to 20 mg per day. Over a four Months-period we observed a progressive regrowth of hair until a complete recovery.")

[302] § V.C, above.

compounds used a similar relative reduction in dose compared with their parent compounds.[303, 304]

200. For dose selection of the claimed Compound (I) specifically, a POSA would have accounted for the 75-80% longer *in vitro* half-life, relative to ruxolitinib, due to inhibited CYP-450 metabolism, and expected a longer *in vivo* half-life. Given the expected longer half-life for Compound (I), the POSA would have reasonably expected that equal AA efficacy would be achieved at doses lower than those shown to be effective for ruxolitinib. This would have further motivated use of Compound (I) at doses lower than the 30 mg and 40 mg ruxolitinib doses already shown to be effective in treating AA.

201. *Ruxolitinib Prescribing Information* would have further motivated the POSA to use Compound (I) at doses lower than the 30 mg and 40 mg ruxolitinib doses already shown to be effective in treating AA.

---

[303] EX1084 at 1 ("Once-daily dosing of 50 mg of CTP-730 [deuterated apremilast] administered for 7 days in the Phase 1 trial demonstrated similar steady-state exposure to historical data for 30 mg of apremilast administered twice daily.").

[304] EX1086 at 1 ("The equipotent dose of D3-L-DOPA was estimated to be 60% of L-DOPA.").

98

202. *Ruxolitinib Prescribing Information* showed increased exposure where CYP-450 metabolism is inhibited via co-administration with CYP inhibitors.[305, 306]

203. The effect of deuteration in Compound (I), relative to ruxolitinib, would have been analogous to co-administration of a CYP3A4 inhibitor at least in that the metabolism would be inhibited relative to ruxolitinib, leading to reduced clearance and increased exposure for a given dose. For this reason, *Ruxolitinib Prescribing Information* would have motivated a POSA to treat AA using a lower dose of Compound (I) relative to the dose of ruxolitinib.

204. In summary, selecting doses of 16 and 24 mg of Compound (I) for AA from the narrow ranges in *Silverman* and/or *Ruxolitinib Prescribing Information* would have been a matter of routine optimization, by, for example, the titration methods taught by *Ruxolitinib Prescribing Information* and the expected metabolism-inhibiting effect of deuteration. The extensive dose-response data from both ruxolitinib and baricitinib, which followed the ranges taught by *Ruxolitinib Prescribing Information* and *Silverman*, would have further directed the POSA to these ranges and aided in the optimization within. Based on the expectation of

---

[305] § V.C, above.

[306] EX1004 at 5, 7–8.

99

clinical efficacy, a POSA would have been motivated to use Compound (I) as claimed in total daily doses of 16 mg and 24 mg to treat AA.

### 6. QD and BID Dosing (Claims 1−7 and 9−21)

205. All of the method of treatment claims (Claims 1−7 and 9−21) of the '659 Patent can be practiced with QD and/or BID dosing. As explained above, a POSA would have been motivated to administer total daily doses of Compound (I) of 16 mg and 24 mg to treat AA. As explained below, treatment with these daily dosages administered via QD and BID dosing would also have been obvious.

206. *Silverman* alone provided sufficient motivation for administering the claimed total doses QD and BID. In fact, QD and BID dosing are the only dosing regimens mentioned for individual doses within the range encompassing the claimed 16 and 24 mg/day doses.[307] Similarly, *Xing* specifically disclosed the treatment of AA with ruxolitinib administered BID.[308]

---

[307] EX1002 at 20:15−18 (The reference fully discloses Compound (I) and further taught both once-daily and twice daily administration of Compound (I) at ranges that encompass all of the claimed doses: "a dose of 10 mg, 20 mg, 40 mg, and 50 mg is *administered once a day*… a dose of 5 mg, 10 mg, 20 mg, 40 mg, and 50 mg is *administered twice a day*.").

[308] EX1003 at 5, 10.

207. Moreover, as with the claimed amounts, a POSA would have been guided by the dosing frequency for ruxolitinib in determining the frequency at which to dose deuterated ruxolitinib. *Ruxolitinib Prescribing Information* taught QD and BID administration.[309]

208. Additionally, a POSA would have been motivated to use once-daily administration due to the effect of deuterium. Reducing the frequency of administration—known to increase adherence, and in turn, improve clinical outcomes—was a common goal of modifying a drug with deuterium.[310] Other deuterated drugs taken into the clinic had been administered at a dosing frequency lower than their hydrogen analogs. For example, tetrabenazine was dosed three times a day while deutetrabenazine was dosed twice daily, and ivacaftor was dosed twice daily, while deuterated ivacaftor was administered once a day.[311, 312]

---

[309] EX1004 at 5.

[310] §§ V.C, VII.A, above.

[311] EX1041 at 2.

101

209. Thus, the explicit disclosures of *Silverman*, and the state of the art as a whole, would have motivated a POSA to administer Compound (I) as claimed in once and twice-daily to treat AA.

### 7. Administered as 10.5 mg and 15.8 mg of a phosphate salt (Claims 10 and 12)

210. Claim 10 depends from independent Claim 9 and recites "wherein Compound (I) is administered as 10.5 mg of the phosphate salt twice per day;" Claim 12 depends from Claim 11 and recites "wherein Compound (I) is administered as 15.8 mg of the phosphate salt twice per day." Since the administered drug is the phosphate salt of Compound (I), these amounts correspond to the combined masses of Compound (I) and its phosphate counterion. That is, 10.5 mg corresponds to 8 mg of Compound (I) with 2.5 mg of phosphate and 15.8 mg corresponds to 12 mg of Compound (I) with 3.8 mg of phosphate.[313, 314]

211. For the reasons discussed above, the claimed doses of 8 mg and 12 mg of Compound (I) administered twice-daily (BID) to treat AA would have been obvious.[315] Administration as a phosphate salt also would have been obvious.

---

[313] EX1001 at 16:59–17:15 (5.3 mg "equivalent" to 4 mg Compound (I) free base).

[314] EX1001 at 17:20–35 (10.5 mg "equivalent" to 8 mg Compound (I) free base).

[315] §§ VII.B.5–VII.B.6, above.

102

212. *Silverman* disclosed Compound (I) and taught its use as a "pharmaceutically acceptable salt" throughout the specification and explained that "Such pharmaceutically acceptable salts thus include… phosphate…."[316, 317]

213. Finally, a POSA would have been motivated to use the phosphate salt of deuterated ruxolitinib because ruxolitinib itself is administrated as a phosphate salt.[318] For instance, *Ruxolitinib Prescribing Information* discloses, "[a]ctive ingredient: ruxolitinib phosphate," that "Ruxolitinib phosphate is a kinase inhibitor," and that "[e]ach tablet contains ruxolitinib phosphate."[319] As deuterium does not affect the physiochemical properties of a compound,[320] a POSA would have been motivated to use the same salt known to work for ruxolitinib.[321]

---

[316] EX1002 at 4:62–5:21 ("Such pharmaceutically acceptable salts thus include… phosphate….").

[317] Claim 7 of *Silverman* recites Compound (I) "or a pharmaceutically acceptable salt."

[318] EX1004 at 7.

[319] EX1004 at 7.

[320] § V.C.2, above.

[321] Salt form selection does not "generally exhibit a clinically measurable change when switching from a C-H bond to a C-D bond." EX1033 at 5.

103

214. Thus, the disclosures of *Silverman* and/or *Ruxolitinib Prescribing Information* would have motivated the POSA to administer Compound (I) as claimed as a phosphate salt to treat AA.

### 8. Oral Administration (Claims 3, 16, and 19)

215. Claims 3, 16, and 19 depend from Claims 1, 9, and 11, respectively, and recite "wherein the compound is administered orally." As discussed above, a POSA would have been motivated to administer Compound (I) as claimed to treat AA. As explained below, oral administration would also have been obvious.

216. *Silverman* disclosed Compound (I) and taught that "[t]he pharmaceutical compositions of the invention include those suitable for oral… administration."[322]

217. Furthermore, as with the limitations discussed above, a POSA would have been guided by the form of administration for ruxolitinib. *Ruxolitinib Prescribing Information* made clear that ruxolitinib is intended for oral administration, disclosing, for example, "JAKAFI® (ruxolitinib) tablets, for oral

---

[322] EX1002 at 17:18–25 ("[T]he compound is administered orally. Compositions of the present invention suitable for oral administration may be presented as discrete units such as capsules, sachets, or tablets.").

104

use;" "Jakafi is dosed orally;" and "Jakafi (ruxolitinib) Tablets are for oral administration."[323]

218. Finally, *Xing* disclosed that oral administration of ruxolitinib was effective for treating AA.[324]

219. Thus, a POSA would have been motivated to orally administer Compound (I) as claimed to treat AA.

### 9. Administration to Humans (Claim 21)

220. Claim 21 depends from independent Claim 1 and recites "wherein the subject is a human." For the reasons discussed above, a POSA would have been motivated to administer Compound (I) as claimed to treat AA.[325] As explained below, administration to humans would also have been obvious.

221. *Silverman* disclosed Compound (I) and made clear that the compound was intended to be administered to humans. For example, *Silverman* repeatedly referred to "patients" throughout the specification; cited numerous references describing the use of pharmaceuticals in humans; defined "pharmaceutically acceptable" as "a component that is… suitable for use in contact with the tissues of

---

[323] EX1004 at 4, 6–7.

[324] EX1003 at 5, 10.

[325] §§ VII.B.1–VII.B.8, above.

humans;" and specifically stated that "[i]n another embodiment, the mammal is a human."[326, 327, 328]

222. Moreover, as with the limitations discussed above, a POSA would have been guided by the administration of ruxolitinib. *Ruxolitinib Prescribing Information*—describing the use of FDA-approved ruxolitinib—clearly taught administration to humans, and specifically described data from a "mass balance study in humans."[329, 330]

223. Finally, *Xing* disclosed effective treatment of AA with ruxolitinib in a clinical trial in humans.[331]

224. Thus, a POSA would have been motivated to administer Compound (I) as claimed to humans to treat AA.

---

[326] EX1002 at 1:20–3:21.

[327] EX1002 at 4:50−53.

[328] EX1002 at 5:51−52.

[329] EX1004 at 7.

[330] The clinical trials described throughout *Ruxolitinib Prescribing Information* are also in humans. EX1004 at 8−10.

[331] EX1003 at 10.

**10.** **A pharmaceutical composition comprising a pharmaceutically acceptable carrier or diluent and 8 mg or 12 mg of Compound (I) (Claim 8)**

225. Claim 8 requires a pharmaceutical composition comprising a pharmaceutically acceptable carrier or diluent and 8 mg or 12 mg of at least 95% incorporated Compound (I). As discussed further in section IX, Claim 8 is anticipated by *Silverman*. It would have been further obvious over the Ground 1 References.

226. For reasons explained above, there would have been motivation to administer Compound (I) as claimed to treat AA.[332] To aid in such administration, pharmaceuticals typically were combined with carriers and/or diluents.[333] Thus, looking no further at the reference's disclosures, a POSA would have been motivated to use a pharmaceutical composition comprising a "pharmaceutically acceptable carrier or diluent" combined with 8 mg and 12 mg of Compound (I).

227. Furthermore, *Silverman* disclosed Compound (I) and explained that "[t]he invention also provides… pharmaceutical compositions comprising an effective amount of a compound of Formula I… or a pharmaceutically acceptable

---

[332] §§ VII.B.1–VII.B.9, above.

[333] EX1087 at 7.

107

salt of said compound… [and] a pharmaceutically acceptable carrier."[334]

Compound (I) is encompassed by Formula I and the claimed 8 mg and 12 mg fall within the ranges of "5 mg to 10 mg" and "10 mg to 20 mg," which *Silverman* disclosed were "effective amount[s]."[335, 336] Formulations containing doses in this range would have been obvious. *Silverman* also disclosed use of the compounds in pharmaceutical compositions throughout the specification and specifically claims "[a] pharmaceutical composition comprising the compound of claim 1."[337, 338] Claim 1 encompasses Compound (I).[339]

228. Moreover, as with the limitations discussed above, a POSA would have been guided by the administration of ruxolitinib. *Ruxolitinib Prescribing Information* explained that Jakafi® contains "ruxolitinib free base together with microcrystalline cellulose, lactose monohydrate… colloidal silicon dioxide,

_____

[334] EX1002 at 16:23–27.

[335] § V.D.7, above.

[336] EX1002 at 20:9–15.

[337] § V.D.7, above.

[338] EX1002 at 36:15–54.

[339] § V.D.7, above.

Incyte Exhibit 1007, Page 108 of 156

sodium starch glycolate, povidone and hydroxypropyl cellulose,"[340] which are pharmaceutical carriers and/or diluents. *Silverman* specifically disclosed several of the same carriers and diluents, noting "useful diluents include lactose," and listed "cellulose-based substances," and "colloidal silica," as "[p]harmaceutically acceptable carriers, adjuvants and vehicles that may be used in the pharmaceutical compositions of this invention."[341]

229. Finally, administration in a single 8 mg or 12 mg composition (as opposed to, for example, eight 1 mg compositions) would have been the obvious choice given the issues of adherence and compliance discussed above.[342] And a POSA already would have known from *Ruxolitinib Prescribing Information* that pharmaceutical compositions within this range (5, 10, and 20 mg) could be readily formulated.[343]

---

[340] EX1004 at 7.

[341] EX1002 at 16:32−45, 17:32−33.

[342] §§ V.C.2, VII.B.6, above.

[343] EX1004 at 4 (listing "Tablets: 5 mg, 10 mg, 15 mg, 20 mg and 25 mg" under "Dosage Forms and Strengths.").

Incyte Exhibit 1007, Page 109 of 156

Appx1980

230. Thus, there was motivation for a pharmaceutical composition comprising a pharmaceutically acceptable carrier or diluent and 8 mg and 12 mg of at least 95% incorporated Compound (I).

### 11. Administered as a Tablet (Claim 4)

231. Claim 4 depends from independent Claim 1 and recites "wherein the compound is administered in a pharmaceutical formulation which is a tablet." For the reasons discussed above, a POSA would have been motivated to administer Compound (I) as claimed to treat AA.[344] As explained below, administration as a tablet also would have been obvious.

232. *Silverman* disclosed Compound (I) and taught that "formulations may conveniently be presented in unit dosage form, e.g., tablets," and that "[c]ompositions of the present invention suitable for… may be presented as… tablets."[345]

233. Furthermore, as with the limitations discussed above, a POSA would have been guided by the administration of ruxolitinib. Administration of ruxolitinib in a tablet formulation was referenced throughout the *Ruxolitinib Prescribing*

---

[344] §§ VII.B.1–VII.B.6, above.

[345] EX1002 at 17:3–7, 17:19–25.

110

*Information.*[346] For example, under "Dosage Forms and Strengths" *Ruxolitinib Prescribing Information* listed "tablets" of 5, 10, 15, 20, and 25 mg and explained that "Jakafi (ruxolitinib) Tablets are for oral administration… [e]ach tablet contains" ruxolitinib phosphate with carriers and diluents.[347]

234. Thus, a POSA would have been motivated to administer Compound (I) as claimed in a tableted pharmaceutical formulation to treat AA.

C.    **Reasonable Expectation of Success**

235. A POSA would have reasonably expected at least 95% and at least 97% deuterium incorporated Compound (I) to be clinically effective in treating AA at the claimed doses, forms, and frequency. At the very least, a POSA would have reasonably expected success in achieving the claimed subject matter—i.e., "treating" AA as defined in the '659 Patent.[348, 349]

236. Ruxolitinib had been clinically successful in treating AA patients.[350] This clinical success was consistent with ruxolitinib's mechanism of action (JAK

---

[346] EX1004 at 4, 6−7, 9−10.

[347] EX1004 at 7.

[348] EX1001 at 5:66−6:5.

[349] § VI.C.1, above.

[350] §§ V.B, VII.A, above.

inhibition), preclinical data that showed ruxolitinib could treat AA, and the success of other JAK inhibitors in treating AA.[351]

237. A POSA also would have reasonably expected Compound (I) to be at least as effective in treating AA as ruxolitinib.[352] As explained above, deuterium "is virtually indistinguishable in all of its biological properties with the useful exception of those processes involving bond-breaking at the specific C–H site(s) that are oxidatively labile."[353, 354] Indeed, Concert's CEO stated that Concert had "never seen any biologically relevant differences in target selectivity or potency of a drug when [they] deuterate it."[355]

238. In terms of its PK properties, a POSA would have expected that Compound (I)'s metabolic stability *in vivo* would have been at least equivalent or potentially improved relative to ruxolitinib's. With no change in metabolic stability, the POSA would have expected Compound (I) to achieve all-but-identical

---

[351] §§ V.B, VII.A, above.

[352] §§ V.C, VII.B, above.

[353] EX1033 at 8.

[354] §§ V.C, VII.B.1, above.

[355] EX1011 at 5.

clinical outcomes in AA patients as ruxolitinib.[356] With increased metabolic stability (i.e., longer $t_{1/2}$), the POSA would have expected Compound (I) to provide equal efficacy as ruxolitinib at a lower dose and/or with less frequent administration.

239. The reasonable expectation of metabolic stability at least equal to ruxolitinib would have been consistent with the state of the art.[357] This expectation would have been particularly strong given that the claimed Compound (I) had been reported to have increased metabolic stability (relative to ruxolitinib) *in vitro*.[358] Microsome assays have long been ubiquitous in drug development—the data from these assays alone would have provided a POSA with a reasonable expectation that Compound (I) would be at least as stable in human patients.[359] And, as discussed, the microsome assays would have been particularly predictive because of the specific characteristics of ruxolitinib.[360]

---

[356] § V.C, above.

[357] §§ V.C, VII.B, above.

[358] § VII.B.1, above.

[359] § VII.B.1, above.

[360] §§ V.C.2, VII.B.1, above.

Incyte Exhibit 1007, Page 113 of 156

Appx1984

240. Regarding the dose limitations, a POSA also would have had a reasonable expectation that total daily doses of 16 mg and 24 mg would treat AA. Both doses fall within the narrow ranges taught by *Silverman* for Compound (I). These ranges were consistent with those disclosed by *Ruxolitinib Prescribing Information* for FDA-approved ruxolitinib.[361]

241. Furthermore, the dose-response relationships for ruxolitinib and baricitinib would have provided further reasonable expectation that doses of 16 mg and 24 mg would treat AA. Given ruxolitinib's linear proportional dose response and its strong response at total doses of 30 mg and 40 mg, a POSA would have reasonably expected that lower doses of Compound (I) would result in "regrowth of hair, prevention of further hair loss, or diminishing the rate of hair loss."[362, 363] This was consistent with data from closely-related baricitinib, which showed that a POSA could reasonably expect efficacy at total daily doses of ~21−23 mg and that

---

[361] EX1002 at 20:25−27 ("[G]uidance for selecting an effective dose can be determined by reference to the prescribing information for ruxolitinib.")

[362] EX1001 at 6:3−5.

[363] § VII.B.5, above.

Incyte Exhibit 1007, Page 114 of 156

**Appx1985**

ruxolitinib would reasonably be expected to "treat" AA (i.e., have some clinical effect) down to ~6−7 mg per day.[364]

242. The POSA's reasonable expectation of success for Compound (I) at these doses would have been even higher because the deuterated analog would be expected to be metabolized slower than ruxolitinib.[365] The expectation that lower doses of Compound (I) could treat AA at lower doses than ruxolitinib was consistent with Concert's *in vitro* data (showing increased stability compared to ruxolitinib), *Ruxolitinib Prescribing Information* (which showed increased exposure where CYP metabolism is inhibited), and deuterated drugs in the prior art that provided equivalent efficacy at doses lower than their parent compounds.[366]

243. Similarly, a POSA would have reasonably expected that QD and BID dosing would treat AA. BID dosing was disclosed by *Silverman* for Compound (I), reported to treat AA by *Xing*, was in the recommended starting dosing frequency for ruxolitinib (as disclosed by *Ruxolitinib Prescribing Information*), and had been reported to be effective in treating AA in several other references.[367]

_____

[364] § VII.B.5, above.

[365] § V.C, above.

[366] § VII.B.5, above.

[367] §§ V.B, VII.A, VII.B.5, above.

Incyte Exhibit 1007, Page 115 of 156

Appx1986

244. *Silverman* also disclosed QD dosing of Compound (I) in the narrow ranges encompassing 16 mg and 24 mg and provided a reasonable expectation that once-daily administration could treat AA.[368] *Silverman*'s disclosure was consistent with that of *Ruxolitinib Prescribing Information*, which taught QD dosing where, as here, CYP metabolism is inhibited.[369] And *Silverman* and *Ruxolitinib Prescribing Information* were consistent with the art as a whole, which demonstrated that deuterated drugs could achieve equivalent results with reduced frequency of administration.[370]

245. Finally, the "oral administration," "pharmaceutical composition," "phosphate salt," and "tablet" claim limitations all recite basic, well-established practices in drug design and development. These limitations were disclosed by *Silverman* for Compound (I) and had been used to treat AA with ruxolitinib.[371] As evidenced by these disclosures, the POSA would have had a reasonable expectation of success for the claims reciting these features.

---

[368] EX1002 at 20:09–18.

[369] EX1004 at 5.

[370] §§ V.C.2, VII.B.6, above.

[371] §§ VII.B.7–VII.B.11, above.

Incyte Exhibit 1007, Page 116 of 156

Appx1987

246. Thus, a POSA would have had a reasonable expectation of success in treating AA in humans with Compound (I), including at the claimed doses, dosing frequencies, as a pharmaceutical composition, and in tablet form.

## VIII. Ground 2: Claims 1–21 Would Have Been Obvious From *Silverman*, *Christiano*, and *Ni*

247. Claims 1–21 would have also been obvious over *Silverman*, *Christiano*, and *Ni*.[372]

### A.    Compound (I) for the Treatment of AA (Claims 1–7 and 9–21)

248. *Christiano* disclosed the use of JAK inhibitors for the treatment of hair loss disorders[373] and specifically claimed the use of ruxolitinib to treat AA.[374] In support, *Christiano* demonstrated success with ruxolitinib (and other JAK inhibitors) against AA in mouse models and provided other data supporting proof

---

[372] *Silverman* (EX1002), *Christiano* (EX1005, *Ni* (EX1006). Collectively the "Ground 2 References."

[373] EX1005 at 1:63–2:8 ("[T]he invention encompasses a method of treating a hair-loss disorder in a mammalian subject… the inhibitor is INCB 018424… the hair-loss disorder comprises… alopecia areata….").

[374] EX1005 at 271:30–272:44.

Incyte Exhibit 1007, Page 117 of 156

Appx1988

of concept.[375] These teachings were supported by the state of the art, where numerous references showed that ruxolitinib was effective for treating AA.[376]

249. As explained, *Silverman* disclosed at least 97% incorporated Compound (I)[377] and that it "provides a method of treating a disease that is beneficially treated by ruxolitinib."[378] A POSA would have been motivated to substitute deuterated ruxolitinib from *Silverman* in place of ruxolitinib in *Christiano* to provide at least equally efficacious treatment for a disease known to be treated by ruxolitinib.[379]

250. A POSA would also have been further motivated to replace ruxolitinib with Compound (I) due to the potential benefits of deuterium substitution, including the potential for achieving equivalent efficacy at a lower overall dose and/or dosing frequency.[380] Indeed, *Ni* taught that ruxolitinib would benefit from

---

[375] For example, EX1005 at 4:22−12:39.

[376] §§ V.B, VII.A, above.

[377] §§ V.D.7, VII.B−VII.B.3, above.

[378] EX1002 at 20:57−61.

[379] §§ VII.A−VII.B.3, above.

[380] §§ V.C, VII.B−VII.B.3, above.

the potential benefits of deuterium substitution.[381, 382] Moreover, as discussed, a POSA would have been still further motivated to use deuterated ruxolitinib as the effects of deuterium seen *in vitro* were unlikely to be masked *in vivo*.[383]

251.  A POSA would have selected Compound (I) from amongst the other deuterated analogs disclosed by *Silverman*, as it was (1) deuterated at ruxolitinib's "metabolic hot spots," (2) Concert's *in vitro* data demonstrated that it was amongst the compounds in *Silverman* with the greatest potential for improved metabolism relative to ruxolitinib. and (3) specifically claimed.[384]

252. A POSA would have used at least 97% incorporated Compound (I) to achieve the greatest potential effect of deuterium substitution. This motivation was reflected by practice in the art, which demonstrated the use of greater than 97% incorporation in the synthesis of deuterated pharmaceuticals. [385] Likewise, a POSA

---

[381] EX1006 at [0005], [0151], [0153], [0155].

[382] § VII.B.1, above.

[383] § VII.B.1, above.

[384] § VII.B.2, above.

[385] § VII.B.3, above.

119

would have been motivated to leave the other positions unmodified—i.e., at their natural isotopic abundance, as taught by Silverman for Compound (I).[386,387]

253. A POSA also would have reasonably expected that 97% incorporated Compound (I) would be effective to treat AA.[388] *Christiano* disclosed that "Proof-of-concept with oral delivery has been demonstrated in a Jak-dependent disease (myelofibrosis) and in a dermatological disease driven by local cytokine production (psoriasis models)"[389] and that "[t]o block signaling of cytokine receptors, topical/oral JAK1/2 inhibitor (Incyte) [ruxolitinib], which has already demonstrated safety and efficacy in patients with psoriaisis [sic] and RA, can be used."[390] This expectation was further supported by the state of the art, where numerous references reported successful treatment of AA with ruxolitinib.[391] As a POSA would have expected at least equal efficacy with deuterated ruxolitinib, the

---

[386] EX1002 at 8:4–42, 9:28–30, 12:20–21.

[387] § VII.B.4, above.

[388] §§ V.B, VII.C, above.

[389] EX1005 at 122:13–16.

[390] EX1005 at 96:64–67.

[391] §§ V.B, VII.C, above.

POSA likewise would have expected that at least 97% incorporated Compound (I) would also treat AA. [392]

### B. The Claimed Dosing Regimen (Claims 1–7 and 9–21)

254. The claimed method of treating hair loss disorder using Compound (I) doses (16 mg and 24 mg), their phosphate equivalents (10.5 mg and 15.8 mg), and frequency of administration (QD and BID) would also have been obvious over the Ground 2 References.

255. Regarding total daily doses of 16 mg and 24 mg, *Silverman* taught that ranges of "10 mg to 20 mg" and "10 mg to 25 mg" were effective amounts of Compound (I) [393] and further directed that dosing of Compound (I) could be guided by the established dosing of ruxolitinib. [394] *Ni* disclosed "ruxolitinib phosphate can be obtained commercially in 5, 10, 15, 20, and 25 mg doses as the drug product Jakafi® (ruxolitinib phosphate (tablets)) (NDA no. N202192)." [395] Selecting the claimed 16 mg and 24 mg from amongst these narrow ranges would have required

---

[392] §§ V.C, VII.B.1–VII.B.3, above.

[393] EX1002 at 20:09–18.

[394] EX1002 at 20:25–27.

[395] EX1006 at [0124].

no more than routine optimization by one of skill in the art.[396] For example, *Christiano* disclosed that "[t]oxicity and therapeutic efficacy of therapeutic compositions of the present invention can be determined by standard pharmaceutical procedures…."[397]

256. As discussed, the motivation and reasonable expectation of success were bolstered by (1) the strong hair growth seen at 30 mg and 40 mg of ruxolitinib, which together with its known linear dose-exposure profile, suggested that lower doses would at least treat AA; (2) the dose-response data for ruxolitinib in MF patients and baricitinib in RA and PS patients, which reasonably suggested that doses of ruxolitinib as low as ~6–7 to ~21–23 mg/day would provide clinically relevant JAK inhibition; and (3) the expected effect of deuterium in slowing metabolism of ruxolitinib, which all suggested that efficacy equivalent to that seen with ruxolitinib could be achieved with lower doses of its deuterated counterpart, Compound (I).[398]

---

[396] § VII.B.5.

[397] EX1005 at 103:51−56.

[398] § VII.B.5, above.

Incyte Exhibit 1007, Page 122 of 156

**Appx1993**

257. Regarding twice-daily administration, *Silverman* disclosed BID dosing of Compound (I),[399] *Ni* disclosed BID dosing of FDA-approved ruxolitinib,[400] and *Christiano* disclosed BID dosing of ruxolitinib to treat AA.[401] Moreover, a POSA would have been motivated to use BID dosing because it had already been demonstrated to work for ruxolitinib in the treatment of AA.[402]

258. Similarly, *Silverman* disclosed QD dosing for Compound (I),[403] *Ni* disclosed QD dosing of FDA-approved ruxolitinib,[404] and *Christiano* disclosed QD dosing of ruxolitinib to treat AA.[405] The POSA would have been further motivated to reduce the frequency of administration from the BID (repeatedly shown to work

---

[399] EX1002 at 20:17−18.

[400] EX1006 [0157] ("patients… were randomly assigned to twice-daily oral, immediate-release"); [0137], [0143], [0157], [0161].

[401] EX1005 at 93:40−44 ("Compounds can be administered once or twice daily to a subject in need thereof…."); 122:26−29.

[402] §§ V.B, VII.B.6, above.

[403] EX1002 at 20:15−17.

[404] EX1006 at [0143] ("Ruxolitinib phosphate tablets (5 and 25 mg) were administered as oral doses… qd.").

[405] EX1005 at 93:40−44; 3:59−64.

123

for ruxolitinib to treat AA) to QD at least to improve patient compliance.[406] Achieving equivalent efficacy with less frequent administration was one of the primary goals of deuteration and was reflected by practice in the art.[407]

259. The motivation and reasonable expectation of success for doses of 16 mg and 24 mg BID applied equally to 10.5 mg and 15.8 mg of Compound (I) administered as a phosphate salt. *Silverman* disclosed administration of Compound (I) as a phosphate salt[408] and *Ni* disclosed FDA-approved ruxolitinib as a phosphate salt.[409] Given that the art taught that "salt selection" is generally not effected by deuterium, a POSA would have used the same salt as was shown to be effective for ruxolitinib.[410]

---

[406] § VII.B.6, above.

[407] §§ VII.B.6, V.C, above.

[408] EX1002 at 5:6–24.

[409] EX1006 at [0124] ("Immediate-release dosage forms of ruxolitinib phosphate can be obtained commercially in 5, 10, 15, 20, and 25 mg doses as the drug product Jakafi® (ruxolitinib phosphate (tablets))."); [0126].

[410] § VII.B.7, above.

124

C. **Oral Administration of a Tablet to Humans (Claims 3, 4, 16, 19, and 21)**

260. Administration of Compound (I) orally, as a tablet, to humans would also have been obvious over the Ground 2 References. As explained, *Silverman* taught oral administration of Compound (I) as a tablet to humans.[411] Moreover, given that these limitations would not have been expected to change with deuteration, a POSA would have been motivated to use the same methods of administration that were shown to be effective for ruxolitinib.[412] *Ni* disclosed that FDA-approved ruxolitinib is administered orally,[413] as tablets[414] to humans[415] and

---

[411] §§ V.D.7, VII.B.8–VII.B.9, VII.B.11, above.

[412] §§ VII.B.8–VII.B.9, VII.B.11, above.

[413] EX1006 at [0127] ("Dosing was administered orally….").

[414] EX1006 at [0124] ("[R]uxolitinib phosphate can be obtained commercially in 5, 10, 15, 20, and 25 mg doses as the drug product Jakafi® (ruxolitinib phosphate (tablets)).").

[415] EX1006 at [0003] (disclosing use of ruxolitinib in humans); [0120]–[0164] (disclosing exemplary clinical studies in humans).

*Christiano* disclosed oral administration[416] of tableted ruxolitinib[417] to human AA patients.[418] The motivation and reasonable expectation for oral, tableted administration to humans were reinforced by the state of the art, which showed that these methods of administration could effectively treat AA.[419]

### D. A Pharmaceutical Composition (Claim 8)

261. The pharmaceutical composition of Claim 8 also would have been obvious because combination of active compounds with carriers and/or diluents was routine practice. Moreover, *Silverman* disclosed Compound (I) and explained that "[t]he invention also provides… pharmaceutical compositions comprising an effective amount of a compound of Formula I… or a pharmaceutically acceptable

---

[416] EX1005 at 100:56–61 ("[The] pharmaceutical composition of the invention is formulated to be compatible with its intended route of administration. Examples of routes of administration include parenteral, e.g., … oral….").

[417] EX1005 at 101:52–55 ("For the purpose of oral therapeutic administration, the active compound can be incorporated with excipients and used in the form of tablets, troches, or capsules.").

[418] EX1005 at 78:37–39 ("JAK1/2 inhibitors in clinical development include a) INCB018424….").

[419] §§ VII.B.8–VII.B.9, VII.B.11, VII.C, above.

Incyte Exhibit 1007, Page 126 of 156

Appx1997

salt of said compound… [and] a pharmaceutically acceptable carrier."[420]

Compound (I) is encompassed by Formula I and the claimed 8 mg and 12 mg fall within the ranges of "5 mg to 10 mg" and "10 mg to 20 mg," which *Silverman* disclosed are "effective amount[s]." [421, 422]

262. *Christiano* disclosed ruxolitinib for AA and "pharmaceutical compositions suitable for administration, for example the inhibitor and a pharmaceutically acceptable carrier."[423] Similarly, *Ni* disclosed the use of ruxolitinib with the same carriers and diluents that a POSA would have known had been used in commercially-available Jakafi®.[424, 425] A POSA would have been motivated to combine *Silverman* with *Christiano* and/or *Ni*, at least because the POSA would have used the compositions demonstrated to work for FDA-approved ruxolitinib.[426]

---

[420] EX1002 at 16:23–27.

[421] § V.D.7, above.

[422] EX1002 at 20:9–15.

[423] EX1005 at 100:25–30.

[424] EX1006 at [0098], p. 8 (table 1).

[425] EX1004 at 7.

[426] § VII.B.10, above.

Incyte Exhibit 1007, Page 127 of 156

**Appx1998**

263. The use of the claimed combination as a single 8 mg and 12 composition (as opposed to, for example, eight 1 mg compositions) would have been obvious because it would have been more convenient for the patient. And there was a reasonable expectation of success for the claimed compositions as the POSA knew from *Ni* and the art as a whole that such compositions could be readily formulated.[427]

## IX. Ground 3: Claim 8 is anticipated by *Silverman*

264. *Silverman* taught the pharmaceutical composition as recited in Claim 8 of the '659 Patent.

265. Claim 8 of the '659 Patent recites:

A pharmaceutical composition comprising a pharmaceutically acceptable carrier or diluent and 8 mg or 12 mg of a compound represented by the following structural formula:



Compound (I)

---

[427] § VII.B.10, above.

Incyte Exhibit 1007, Page 128 of 156

Appx1999



# C&EN

## CHEMICAL & ENGINEERING NEWS

**DEUTERATED DRUGS**
Firms try hydrogen isotope to improve medicines **P.36**

**PRELIMINARY PROGRAM**
ACS national meeting in Washington, D.C. **P.47**

SEL/EMS

TP
1
C42

UCLA LIBRARY
JUL 08 2009

LOS ANGELES CA 90095-7230
PO BOX 957230
EMS SERIALS 11020 KINROSS
YRER
63007          087-25
12/25/20096300
352
0001
4587-34
***********************FIRM 90095

# ENGINEERING PLASTICS
On an economic hot seat **P.15**

PUBLISHED BY THE AMERICAN CHEMICAL SOCIETY

# HEAVY-HYDROGEN DRUGS TURN HEADS, AGAIN

### Firms seek to improve drug candidates by selective DEUTERIUM SUBSTITUTION

AMANDA YARNELL, C&EN BOSTON

**IN THE DRUG INDUSTRY,** as in fashion, occasionally what's old becomes new again: The latest retro rage in the pharmaceutical world is deuterium substitution, a drug-design strategy that has faded in and out of vogue over the years. Now, firms large and small are banking on its potential to improve existing drugs.

The strategy aims to take advantage of the edge deuterium has on hydrogen in terms of atomic mass. Carrying a neutron that hydrogen lacks, deuterium forms bonds with carbon that vibrate at a lower frequency and are thus stronger than C–H bonds. If a particular C–H bond in a drug molecule is known to be readily broken during metabolism, swapping that hydrogen for a heavier deuterium can in some instances slow the process down. So, the theory goes, heavy-hydrogen versions of drugs may sometimes last longer in the body and outshine the all-hydrogen originals.

Biochemists have long exploited this phenomenon—dubbed the kinetic isotope effect—to study drug metabolism. Several small start-ups are now aiming to leverage it to improve upon existing medicines.

The idea gained traction in the pharma world earlier this month, when Glaxo-SmithKline agreed to pay Lexington, Mass.-based Concert Pharmaceuticals $35 million up front for three compounds in early stages of development, including a deuterated version of Bristol-Myers Squibb's HIV protease inhibitor Reyataz (C&EN, June 8, page 29). Concert will also make deuterated versions of three lead compounds in GSK's pipeline. As part of the deal, Concert stands to receive up to $1 billion in milestone payments in addition to double-digit royalty percentages if the deal leads to a marketed product.

"This deal is a sign of industry's validation of our deuteration strategy," says Roger Tung, Concert's chief executive officer. If the partnership leads to new medicines, it should finally solidify deuteration's place in the medicinal chemist's toolbox, he adds.

**THE STRATEGY** is far from new. Decades ago, chemists at the University of California, Berkeley, attempted to block enzymatic oxidation of morphine by deuterating it (*Science* 1961, 134, 1078). They succeeded—only to find that in doing so they had significantly reduced the opioid's effectiveness by slowing the formation of its active metabolite. More recently, medicinal chemists at Marlborough, Mass.-based Sepracor tried to extend the half-life of the pain medication tramadol by replacing hydrogen with deuterium at sites in the molecule known to undergo metabolism in vivo (*Bioorg. Med. Chem. Lett.* 2006, 16, 691). Deuteration stymied the formation of several undesirable metabolites in vitro but failed to extend the drug's duration of action in rats, says Liming Shao, the firm's senior director of medicinal chemistry.

"There are a reasonably limited number of cases where this strategy will work," Tung concedes. When hunting for targets, his team looks for drugs that give rise to undesirable metabolites, are cleared from the bloodstream too quickly, are metabolically broken down in the intestines or liver before reaching the bloodstream, or interfere with the clearance of other medications a patient is taking. But Tung notes that the only way to know whether deuteration of those compounds will make a clinically relevant difference is to make the analogs and test them.

Michael Grey, CEO of Vista, Calif.-based Auspex Pharmaceuticals, points to the antidepression drug venlafaxine as one case in which deuteration has made such a difference. Venlafaxine is a serotonin-norepinephrine reuptake inhibitor bearing a methoxy group that is rapidly converted to a hydroxyl group in the liver. The drug also has a dimethylamine group that is quickly trimmed back to a primary amine. Last October, Auspex announced initial Phase I clinical trial results for its deuterated version of venlafaxine in 16 healthy volunteers. The data showed that the compound, designated as SD-254, was metabolized half as fast as venlafaxine and persisted at effective levels in the body far longer, Grey says.

"We see a significant opportunity for SD-254 in neuropathic pain, an indication for which venlafaxine has shown promis-



**HEAVY HITTER**
The cytochrome P450 enzyme CYP2D6 metabolizes the methylenedioxy portion of the antidepressant paroxetine (Paxil) to a carbene that then irreversibly inhibits the enzyme by binding its heme iron active site. Pharma firm Concert reduced formation of this carbene metabolite by doubly deuterating the methylenedioxy bridge.

CYP2D6          Paroxetine

RIBBON STRUCTURE COURTESY OF PAUL ROWLAND

Incyte Exhibit 1011, Page 3 of 5
Appx2099

mosapride. Both companies have more than 100 other patent applications pending for deuterated versions of existing drugs. Meanwhile, Reno, Nev.-based Protia, founded by Anthony W. Czarnik, has filed hundreds of patent applications on "deuterium enriched" versions of all kinds of common medicines. The firm was recently granted the first of those, for deuterium-enriched analogs of the incontinence medication oxybutynin.

All that patenting activity has led some to wonder whether the "Sepracor effect" will take hold: Years ago, Sepracor's success in patenting single isomers of blockbuster racemic drugs led to industry-wide changes in patenting behavior, with companies quickly seeking to claim chiral versions of their compounds. It's too early to tell whether this is happening with deuteration, says patent lawyer Justin J. Hasford of Finnegan, Henderson, Farabow, Garrett & Dunner. "But if a pharmaceutical company thinks this is a good strategy, it definitely will seek to patent deuterated versions of its compounds," he predicts.



**SD-254**

Pointing to the subtlety of the chemical changes involved in swapping hydrogen for deuterium, both Tung and Grey predict that the Food & Drug Administration will allow their firms to streamline clinical testing of deuterated drugs, reducing the time and cost of bringing the drugs to market.

Czarnik suggests, however, that the biological consequences might not be as subtle as the chemical change. Because deuterium and hydrogen differ both in size and hydrophobicity, "you should be able to find deuterated drugs that bind more tightly to their biological targets," he says. "The question is whether this effect is large enough to measure and to matter."

**AS EVIDENCE** for this kind of tighter binding, Czarnik points to data showing that the protease inhibitor gabexate can be separated from tetradeuterated gabexate on columns containing immobilized protease enzymes such as trypsin or thrombin, but not on columns containing immobilized bovine serum albumin or lysozyme, to which gabexate binds only nonspecifically. Emboldened by this data, Czarnik's new company, Deuteria Pharmaceuticals, has built a library of combinatorially deuterated atorvastatins, which they are now screening for the ability to inhibit atorvastatin's biological target, HMG-CoA reductase. Atorvastatin is the active ingredient in Pfizer's Lipitor, the world's biggest-selling drug.

At Concert, "we've never seen any biologically relevant differences in target selectivity or potency of a drug when we deuterate it," Tung says. He calls his firm's recent deal with GSK "transformative." In particular, he says, it ensures Concert's financial future in a tough business climate, giving the fledgling firm the kind of resources it typically would only be able to recruit if it had moved compounds into Phase II clinical trials. "That's really unusual," Tung says.

Tung, who helped discover the HIV protease inhibitors fosamprenavir and amprenavir early in his career at Vertex, is quick to point out that it's always been difficult to bring drugs to market, and it's getting harder all the time. "What we're doing is reducing the risk" of failure in drug development, he says. Auspex' Grey agrees, echoing something that Nobel Prize-winning pharmacologist James W. Black once said: "The easiest way to find a drug is to start with one." ∎



Celebrate your R&D efforts at the

# CPhI Innovation Awards **2009**



Are you an exhibitor at CPhI, ICSE or BioPh in Madrid, 13-15 October 2009? And does your company have an innovation that you want the whole pharmaceutical community to know about? Then now is the time to participate in the CPhI Innovation Awards!

Innovation and invention are fundamental to the success of every organisation in the pharmaceutical sector. Especially in difficult economic times it is crucial to show the industry what your company is capable of! The CPhI Innovation Awards offers the opportunity for companies to showcase the very best of their R&D efforts to a huge international audience, gain a lot of free publicity, honour your team members, and for the winners to celebrate their success throughout the year.

Entry is only open to companies exhibiting at CPhI, ICSE and BioPh 2009. Visit www.cphi.com for more information.

**Make sure you send in your entry before 31 July 2009!**



CPhI worldwide
where excellence gathers

BioPh ICSE

www.cphi.com

Incyte Exhibit 1011, Page 5 of 5



American journal of hematology.
v. 90, no. 1 (Jan. 2015)
General Collection
W1 AM452J
2015-09-22 08:28:18

American
Journal of

# Hematology

Volume 90
Issue 1
January 2015

PROPERTY OF THE
NATIONAL
LIBRARY OF
MEDICINE

AJH

WILEY Blackwell
ISSN 0361-8609

Incyte Exhibit 1012, Page 1 of 7

Appx2102

# IMAGES IN HEMATOLOGY
## AJH Educational Material

This material may be protected by Copyright law (Title 17 U.S. Code)




# Ruxolitinib-induced reversal of alopecia universalis in a patient with essential thrombocythemia

Lisa Pieri, Paola Guglielmelli, and Alessandro M. Vannucchi*




**Image 1.** Image in Panel A was taken from the 2007 family album depicting the patient on the beach with her 3-year old daughter (on the left). She was used to wear a hat in any occasion when outside home as she felt much ashamed of the alopecia. However, it is possible to appreciate the hairless skull, eyelashes, and eyebrows. Panel B is a picture taken at the last clinic visit in September 2014 when we asked the patient permission to take a photo for the purpose of this report. Resolution of alopecia universalis is manifest.

Ruxolitinib is an inhibitor of activated JAK1 and JAK2 approved for the treatment of patients with myelofibrosis [1]. Disregulated activation of Janus kinase/signal transducer and activator of transcription (JAK/STAT) signaling, caused by activating mutations of *JAK2*, myeloproliferative leukemia virus oncogene, the thrombopoietin receptor (*MPL*), and calreticulin (*CALR*), is implicated in the uncontrolled proliferation of hematopoietic progenitors and the generation of a proinflammatory reaction responsible for symptomatic burden [2]. Ruxolitinib is under scrutiny in other hematologic and solid malignances as well as in rheumatoid arthritis and psoriasis. Recent data suggest that the list of autoimmune disorders in which ruxolitinib may be efficacious should include alopecia areata (AA) [3]. It is assumed that the cytolitic damage to the hair follicle in AA is caused by autoreactive CD8+ T cells that expand and self-maintain through a cascade of cytokines including interferon gamma, interleukin-2 and -15; these cytokine's receptors signal through JAK1 and JAK2 (JAK1/JAK3 for interferon), therefore, they are inhibited by ruxolitinib [4]. Topical administration of ruxolitinib promoted a full coat of hair in a mouse model of AA, and three individuals with AA receiving 20 mg ruxolitinib twice daily exhibited near-complete hair regrowth within 3–5 months [3].

A 24-year old lady was diagnosed with essential thrombocythemia in 1992 because of sustained thrombocytosis ($650 \times 10^9$/L) and consistent bone marrow biopsy. She remained untreated until 2006, when platelet count was $1,200 \times 10^9$/L and she complained of severe microvascular symptoms; at that time, she was found *JAK2*V617F mutated. We prescribed interferon-alpha, that was withdrawn soon for intolerance. She refused hydroxyurea and anagrelide on several occasions, notwithstanding severe complains. Finally, in 2009, she was enrolled in a phase II trial (NCT00726232) with ruxolitinib [5]; she is still on therapy at 15 mg twice daily after 71 months with control of platelet count, complete resolution of symptoms, and no side effects.

On March 2002, the patient had been diagnosed as suffering from AA, eventuating into alopecia universalis in 2006 with loss of eyelashes and eyebrows (Image 1A). Then, after 10 months of receiving ruxolitinib, she presented an undeniable improvement of alopecia with progressively

Department of Experimental and Clinical Medicine, University of Florence, Florence, Italy

Conflict of interest: A.M. Vannucchi reports advisory board and lecture honoraria and institutional research support from Novartis

*Correspondence to: Alessandro M. Vannucchi, Laboratorio Congiunto Malattie Mieloproliferative Croniche, Department of Experimental and Clinical Medicine, University of Florence, Largo Brambilla 3, 50134 Florence, Italy. E-mail: amvannucchi@unifi.it

Received for publication: 7 October 2014; Accepted: 9 October 2014

Am. J. Hematol. 90:82–83, 2015.

Published online: 12 October 2014 in Wiley Online Library (wileyonlinelibrary.com).

DOI: 10.1002/ajh.23871

© 2014 Wiley Periodicals, Inc.

This material was copied at the NLM and may be Subject US Copyright Laws

doi:10.1002/ajh.23871

Incyte Exhibit 1012, Page 6 of 7
Appx2107

extending areas of hair regrowth shortly leading to almost complete recovery, that is, durable at 50+ months (Image 1B). At the time of hair regrowth in the patient, we suspected an association with ruxolitinib administration, but could not substantiate it. After the seminal report of Xing et al., it is now clear that the remission of alopecia universalis was a highly desirable "side effect" of therapy in our patient receiving ruxolitinib for other reasons.

## ☐ References

1. Gotlib J. JAK inhibition in the myeloproliferative neoplasms: Lessons learned from the bench and bedside. ASH Education Program Book 2013; 2013:529–537.
2. Cazzola M, Kralovics R. From Janus kinase 2 to calreticulin: The clinically relevant genomic landscape of myeloproliferative neoplasms. Blood 2014;123:3714–3719.
3. Xing L, Dai Z, Jabbari A, et al. Alopecia areata is driven by cytotoxic T lymphocytes and is reversed by JAK inhibition. Nat Med 2014;20: 1043–1049.
4. Vannucchi AM. From palliation to targeted therapy in myelofibrosis. N Engl J Med 2010;363: 1180–1182.
5. Verstovsek S, Passamonti F, Rambaldi A, et al. A phase 2 study of ruxolitinib, an oral JAK1 and JAK2 inhibitor, in patients with advanced polycythemia vera who are refractory or intolerant to hydroxyurea. Cancer 2014;120:513–520.



This material was copied at the NLM and may be Subject US Copyright Laws

Incyte Exhibit 1012, Page 7 of 7

Appx2108

This material is protected by Copyright law (Title 17 U.S. Code)

# Inhibiting Janus kinases to treat alopecia areata

Sherrie J Divito & Thomas S Kupper

**Alopecia areata is an immune-mediated, nonscarring form of hair loss. A new study using human clinical samples and a mouse model demonstrates that CD8αβ+NKG2D+ T effector memory cells mediate alopecia areata in part through Janus kinase (JAK) signaling and that alopecia areata might be treated with JAK inhibitors.**

Alopecia areata (AA) has a worldwide prevalence of ~0.1–0.2%, and two-thirds of affected individuals are 30 years old or younger at the time of disease onset[1]. Although not life threatening, the disease is an affliction, particularly to people with more extensive disease including complete hair loss of the scalp (alopecia totalis) and body (alopecia universalis). Individuals with AA are subject to dramatic changes in their appearance caused by sporadic hair loss. Only recently has evidence for an immunological basis of AA become evident[1]. In this issue of *Nature Medicine*, Xing et al.[2] present evidence regarding the autoimmune mechanism underlying AA in a mouse model and in samples from subjects with the disease. They show that AA is mediated by CD8+NKG2D+ T cells via an interleukin-15 (IL-15) positive feedback loop with follicular epithelial cells, mediated in part through the JAK signaling pathway. Furthermore, they show that this provides a very promising avenue for therapy in human patients.

It is known that AA is a T cell–mediated autoimmune disorder, and people with AA have higher rates of other autoimmune diseases[1]. Hair loss is induced through interference and arrest of the growth phase of the hair cycle (anagen), leading to premature follicle senescence rather than direct immune-mediated follicle destruction (reviewed in ref. 1). As is the case for other immune-mediated skin diseases, an animal model exists for AA that recapitulates human disease well[3,4]. Owing to a complex polygenic trait[5], roughly 15% of susceptible C3H/HeJ mice spontaneously develop AA by 1 year of age[3]. Affected skin can be grafted onto disease-free syngeneic mice, resulting in nearly 100% transfer of the disease to graft recipients[4]. In the C3H/HeJ model, mice typically develop one or multiple foci of alopecia, and occasionally universal alopecia, similar to human disease, and a peribulbar T cell infiltrate is observed in mouse and human diseased skin[6].

A previous genome-wide association study (GWAS) of subjects with AA showed a strong association of predisposition to AA with certain polymorphisms of ligands for the natural killer cell–activating receptor NKG2D. The study further demonstrated increased expression of these ligands in the hair follicle and showed infiltrating CD8+NKG2D+ T cells in affected skin[7]. Xing et al.[2] therefore investigated the expression and function of NKG2D in T cells in the mouse model of AA. Biopsies of lesional skin in the AA mouse model revealed CD8αβ+NKG2D+ T cells with an activated T effector memory cell phenotype (CD62lowCD44hi). Likewise, cutaneous lymph nodes had a robust CD8+NKG2D+ T cell population in affected mice. These CD8+NKG2D+ T cells also expressed CD103, a subunit of the αEβ7 integrin ligand for epithelial cadherin, which would allow T cells to migrate to epithelial sites such as skin. The AA phenotype could be adoptively transferred to normal recipient mice via transfer of whole lymph node preparations or positively selected CD8+NKG2D+ T cells, but not by adoptive transfer of NKG2D-depleted T cells. These studies thus indicated that CD8+NKG2D+ T cells are both necessary and sufficient for disease.

The previous GWAS also implicated members of the γc cytokine-receptor pathway in AA[7]. Xing et al.[2] therefore performed comparative genomics of the transcriptional profiles of skin from both AA model mice and humans with AA, which provided evidence for the involvement of γc cytokine and receptor family members, including IL-2, IL-7, IL-15 and IL-21, and interferon-γ (IFN-γ) response elements. Expression of the IL-2 receptor, and a role for IFN-γ, in AA had been previously demonstrated[8–10]. Xing et al.[2] also detected increased expression of IL-15 and its chaperone receptor IL-15Rα in hair follicles and of the receptor IL-15Rβ on infiltrating T cells of affected skin. Systemic administration via intraperitoneal injection of antibodies to IL-2, IL-15R or IFN-γ, but not IL-21, blocked AA development. Whereas IFN-γ, IL-15 and IL-2 are well-known mediators of CD8+ T cell induction, maintenance and function (reviewed in ref. 11), IL-21 has broad actions on many immune cell types, potentially

complicating its role in AA[12]. Notably, blocking antibodies against IL-2, IL-15R and IFN-γ, when given individually, did not reverse established AA in mice. Thus, the authors' data indicate a role for IL-2, IL-15, IFN-γ and possibly IL-21 signaling in AA.

The involvement of IFN-γ and the γc cytokine family in AA suggests a role for downstream signaling via JAK molecules. This is supported by the authors' gene expression data, which showed increased *JAK1* and *JAK3* expression in diseased human and mouse skin[2]. The authors further investigated the role of JAKs in AA in mice using small-molecule inhibitors of JAK both systemically (orally or subcutaneously) and topically, which arrested and reversed AA. Global transcriptional analysis validated these findings by showing reduced inflammation in skin of mice treated with small-molecule inhibitors of JAK.

Finally, in preliminary data from a clinical trial, the oral JAK1/2 inhibitor ruxolitinib, a US Food and Drug Administration (FDA)-approved drug for the treatment of myelofibrosis, reversed established AA in three patients[2]. This resulted in a reduction in inflammation within the patients' skin biopsies. In serendipitous independent support of these observations, it was recently reported that a patient receiving treatment for psoriasis with tofacitinib, a JAK1/3 inhibitor, currently approved by the FDA for use in rheumatoid arthritis, experienced dramatic remission of his longstanding alopecia universalis[13]. Given these observations, and their molecular findings, the authors proposed a positive feedback loop in AA in which skin-infiltrating CD8+NKG2D+ T cells produce IFN-γ, which induces IL-15 and IL-15Rα production by follicular epithelial cells, which in turn activates and sustains the CD8+NKG2D+ effector T cell response and autoimmunity. JAK inhibitors would serve to inhibit this loop (**Fig. 1**).

Interestingly, despite the evidence supporting a role for cytotoxic T lymphocytes in AA, AA does not result in hair follicle destruction, as mentioned above—that is, it is a nonscarring alopecia[1]. Might nonlethal injury of hair follicle epithelial cells, mediated by CD8+NKG2D+ T cells, trigger the pathway of anagen arrest–mediated hair loss? Is the putative autoantigen

Sherrie J. Divito and Thomas S. Kupper are at the Department of Dermatology, Brigham and Women's Hospital, Harvard Medical School, Boston, Massachusetts, USA.
e-mail: tkupper@partners.org

Incyte Exhibit 1014, Page 1 of 2



Debbie Maizels/Nature Publishing Group

**Figure 1** Positive feedback loop in AA. Xing *et al.*[2] show that CD8+ NKG2D+T cells infiltrate the dermis and localize to the hair follicle bulb, where they form immune synapses with follicular epithelial cells through major histocompatibility complex (MHC) class I–peptide complexes and NKG2DL. Activated CD8+ T cells release IFN-γ, which binds the IFN-γR on the surface of the follicular epithelial cell, which in turn signals via JAK1 and JAK2 to promote production of IL-15, a mediator of CD8+ T cell induction, and its chaperone IL-15Rα. This binds the IL-15R complex (IL-2Rβ and γc) on the CD8+ T cell surface, causing signaling via JAK1 and JAK3 to enhance the production of IFN-γ and amplify the feedback loop. Ruxolitinib and tofacitinib are small-molecule JAK inhibitors that interfere with this feedback loop; ruxolitinib inhibits JAK1 and JAK2, and tofacitinib inhibits JAK3 more strongly than JAK1. These inihbitors are able to alleviate the AA symptoms. STAT1, signal transducer and activator of transcription-1; TCR, T cell receptor; STAT5, signal transducer and activator of transcription-5.

in this disease preferentially expressed by anagen hair follicles? One effective treatment for AA is the induction of contact hypersensitivity (CHS) in skin by topically applied diphenylcyclopropenone[1]. Moreover, the only pre-tofacitinib hair growth on the patient with psoriasis and alopecia universalis was within his psoriatic plaques[13]. How do the immunologic pathways in CHS or psoriasis short-circuit the pathogenic process in AA that leads to anagen arrest and interfere with this purported positive feedback loop? The stage is now set to answer these questions experimentally.

Treatment of AA with topical JAK1/2 (IFN-γ pathway) and JAK3 (γc cytokines) inhibitors seems a very promising approach, particularly for localized disease, although a topical JAK inhibitor with sufficient skin penetration has not yet been developed. Because of their extensive nature, alopecia totalis and alopecia universalis will probably require oral therapy. The JAK1/2 inhibitor ruxolitinib has been used systemically successfully in myelofibrosis[14], and the JAK 1/3 inhibitor tofacitinib has been used for rheumatoid arthritis[15], another autoimmune disease with NKG2D ligand

(NKG2DL)-mediated recruitment of CD8+ NKG2D+ T cells[16]. The efficacy of ruxolitinib for treatment of AA in this study by Xing *et al.*[2] is striking, although only three patients were treated. The use of these drugs to treat AA must be validated in a larger clinical trial, and the risk-benefit ratio discussed, before their widespread clinical use. However, the authors' elegant synergy of genetic data from GWAS, of human and mouse data, and new *in vivo* and *in vitro* studies dissecting the mechanism of disease have led to this very promising path for therapy.

**COMPETING FINANCIAL INTERESTS**
The authors declare no competing financial interests.

1. Gilhar, A., Etzioni, A. & Paus, R. *N. Engl. J. Med.* **366**, 1515–1525 (2012).
2. Xing, L. *et al. Nat. Med.* **20**, 1043–1049 (2014).
3. Sundberg, J.P., Cordy, W.R. & King, L.E. Jr. *J. Invest. Dermatol.* **102**, 847–856 (1994).
4. McElwee, K.J., Boggess, D., King, L.E. Jr & Sundberg, J.P. *J. Invest. Dermatol.* **111**, 797–803 (1998).
5. Sundberg, J.P., Silva, K.A., Li, R., Cox, G.A. & King, L.E. *J. Invest. Dermatol.* **123**, 294–297 (2004).
6. McElwee, K.J. *et al. Pathobiology* **66**, 90–107 (1998).
7. Petukhova, L. *et al. Nature* **466**, 113–117 (2010).
8. Gilhar, A., Kam, Y., Assy, B. & Kalish, R.S. *J. Invest. Dermatol.* **124**, 288–289 (2005).
9. Freyschmidt-Paul, P. *et al. Br. J. Dermatol.* **155**, 515–521 (2006).
10. Brajac, I., Gruber, F., Petrovecki, M. & Malnar-Dragojevic, D. *Acta Dermatovenerol. Croat.* **12**, 154–156 (2004).
11. Weng, N.P., Liu, K., Catalfamo, M., Li, Y. & Henkart, P.A. *Ann. NY Acad. Sci.* **975**, 46–56 (2002).
12. Spolski, R. & Leonard, W.J. *Nat. Rev. Drug Discov.* **13**, 379–395 (2014).
13. Craiglow, B.G. & King, B.A. *J. Invest. Dermatol.* doi:10.1038/jid.2014.260 (17 July 2014).
14. Quintás-Cardama, A. *et al. Blood* **115**, 3109–3117 (2010).
15. Ghoreschi, K. *et al. J. Immunol.* **186**, 4234–4243 (2011).
16. Andersson, A.K. *et al. Arthritis Rheum.* **63**, 2617–2629 (2011).

Incyte Exhibit 1014, Page 2 of 2

Appx2114



nature
medicine

© 2014 Nature America, Inc. All rights reserved.

npg

# Alopecia areata is driven by cytotoxic T lymphocytes and is reversed by JAK inhibition

Luzhou Xing[1,7], Zhenpeng Dai[2,7], Ali Jabbari[2,7], Jane E Cerise[2,3], Claire A Higgins[2], Weijuan Gong[2], Annemieke de Jong[2], Sivan Harel[2], Gina M DeStefano[2,4], Lisa Rothman[2], Pallavi Singh[2], Lynn Petukhova[2], Julian Mackay-Wiggan[2], Angela M Christiano[2,5,8] & Raphael Clynes[1,2,6,8]

Alopecia areata (AA) is a common autoimmune disease resulting from damage of the hair follicle by T cells. The immune pathways required for autoreactive T cell activation in AA are not defined limiting clinical development of rational targeted therapies[1]. Genome-wide association studies (GWAS)[2] implicated ligands for the NKG2D receptor (product of the *KLRK1* gene) in disease pathogenesis. Here, we show that cytotoxic CD8+NKG2D+ T cells are both necessary and sufficient for the induction of AA in mouse models of disease. Global transcriptional profiling of mouse and human AA skin revealed gene expression signatures indicative of cytotoxic T cell infiltration, an interferon-γ (IFN-γ) response and upregulation of several γ-chain (γc) cytokines known to promote the activation and survival of IFN-γ–producing CD8+NKG2D+ effector T cells. Therapeutically, antibody-mediated blockade of IFN-γ, interleukin-2 (IL-2) or interleukin-15 receptor β (IL-15Rβ) prevented disease development, reducing the accumulation of CD8+NKG2D+ T cells in the skin and the dermal IFN response in a mouse model of AA. Systemically administered pharmacological inhibitors of Janus kinase (JAK) family protein tyrosine kinases, downstream effectors of the IFN-γ and γc cytokine receptors, eliminated the IFN signature and prevented the development of AA, while topical administration promoted hair regrowth and reversed established disease. Notably, three patients treated with oral ruxolitinib, an inhibitor of JAK1 and JAK2, achieved near-complete hair regrowth within 5 months of treatment, suggesting the potential clinical utility of JAK inhibition in human AA.

Alopecia areata is a T cell–mediated autoimmune disease characterized phenotypically by hair loss and, histologically, by infiltrating T cells surrounding the hair follicle bulb (reviewed in ref. 1). Previous studies have shown that transfer of total T cells (but not B cells or sera) can cause the disease in human xenograft models[3], as well as in C3H/HeJ mice[4], a mouse strain that develops spontaneous AA

with considerable similarity to human AA. Broad-acting intralesional steroids are the most commonly used therapy for AA, with varying success. Progress in developing effective, rationally targeted therapies has been limited by our lack of mechanistic understanding of the underlying key T cell inflammatory pathways in AA.

We[2] and others[5] have previously identified a cytotoxic subset of CD8+NKG2D+ T cells within the infiltrate surrounding human AA hair follicles, as well as concomitant upregulation in the follicle itself of the 'danger signals' ULBP3 (ref. 2) and MICA[5], two NKG2D ligands (NKG2DLs) whose importance in disease pathogenesis has also been suggested by genome-wide association studies[2].

To determine the contribution of CD8+NKG2D+ T cells to AA pathogenesis, we used the C3H/HeJ mouse model[6], which spontaneously develops alopecia and recapitulates many pathologic features of human AA[7]. In lesional skin biopsies from alopecic mice, CD8+NKG2D+ T cells infiltrate the epithelial layers of the hair follicle, which overexpress the NKG2DLs, H60 and Rae-1, analogous to what has been observed in skin biopsies of human AA[2] (**Fig. 1a,b** and **Supplementary Fig. 1a,b**). Flow cytometric analysis of the CD45+ leukocyte population in the skin revealed a marked increased number of CD8+NKG2D+ T cells in the skin of diseased C3H/HeJ mice, in conjunction with cutaneous lymphadenopathy and increased total cellularity, as compared with disease-free C3H/HeJ mice (**Fig. 1c,d**). Other cell types, including CD4+ T cells[4] and mast cells[8], were present in much smaller numbers (**Supplementary Fig. 1c** and data not shown).

The immunophenotype of the skin-infiltrating CD8+ T cells in mice with AA was similar to that of the CD8+NKG2D+ population found in the cutaneous lymph nodes: CD8αβ+ effector memory T cells (T$_{EM}$, CD8hiCD44hiCD62LlowCD103+) bearing several natural killer (NK) immunoreceptors, including CD49b and NKG2A, NKG2C and NKG2E (**Fig. 1e** and **Supplementary Fig. 1d**). These CD8+ T$_{EM}$ cells expressed high levels of IFN-γ and exhibited NKG2D-dependent cytotoxicity against ex vivo–expanded syngeneic dermal sheath target cells (**Fig. 1f**). Gene expression analysis of the CD8+NKG2D+ T cells isolated from alopecic C3H/HeJ lymph node cells using

[1]Department of Pathology, Columbia University, New York, New York, USA. [2]Department of Dermatology, Columbia University, New York, New York, USA. [3]Department of Psychiatry, Columbia University, New York, New York, USA. [4]Department of Epidemiology, Columbia University, New York, New York, USA. [5]Department of Genetics and Development, Columbia University, New York, New York, USA. [6]Department of Medicine, Columbia University, New York, New York, USA. [7]These authors contributed equally to this work. [8]These authors jointly directed this work. Correspondence should be addressed to A.M.C. (amc65@columbia.edu) or R.C. (rc645@columbia.edu).

Received 22 December 2013; accepted 30 June 2014; published online 17 August 2014; doi:10.1038/nm.3645

Incyte Exhibit 1018, Page 1 of 9



Appx2174

RNA-seq demonstrated a transcriptional profile characteristic of effector cytotoxic T lymphocytes (CTLs)[9,10] and identified several additional NK-specific transcripts (**Supplementary Table 1** and **Supplementary Fig. 2**).

We next evaluated the requirement of these CD8+ $T_{EM}$ cells in disease pathogenesis. Transfer of cytotoxic CD8+NKG2D+ cells or total lymph node cells from diseased mice induced AA in all five healthy C3H/HeJ recipients by 14 weeks after transfer, whereas lymph node cell populations depleted of NKG2D+ cells were unable to transfer disease (**Fig. 1g**). Thus, CD8+NKG2D+ T cells are the dominant cell type in the dermal infiltrate and are necessary and sufficient for T cell–mediated transfer of AA.

To characterize the transcriptional profile of AA lesional skin from C3H/HeJ mice as well as human AA, we performed Affymetrix microarray analyses to identify differentially expressed genes in skin between individuals with AA and skin from control individuals without disease (**Supplementary Fig. 3** and **Supplementary Tables 2** and **3**) Three gene expression signatures were identified in lesional skin: IFN response genes, such as those encoding the IFN-inducible chemokines CXCL-9, CXCL-10 and CXCL-11 (**Supplementary Figs. 3** and **4**), several key CTL-specific transcripts, such as those encoding CD8A and granzymes A and B, and $\gamma_c$ cytokines and their receptors, such as the transcripts for interleukin-2 (IL-2) and IL-15, in both human and mouse AA skin. As IL-2Rα was previously shown



**Figure 1** CD8+NKG2D+ cytotoxic T lymphocytes accumulate in the skin and are necessary and sufficient to induce disease in AA mice. (**a**) Immunofluorescence staining of NKG2D ligand (H60) in the hair follicle inner root sheath (marked by K71). Scale bar, 100 μm. (**b**) CD8+NKG2D+ cells in hair follicles of C57BL/6, healthy C3H/HeJ and C3H/HeJ AA mice. Top scale bar, 100 μm; bottom scale bar, 50 μm. (**c**) Cutaneous lymphadenopathy and hypercellularity in C3H/HeJ AA mice. (**d**) Frequency (number shown above boxed area) of CD8+NKG2D+ T cells in the skin and skin-draining lymph nodes in alopecic mice versus ungrafted mice. (**e**) Immunophenotype of CD8+NKG2D+ T cells in cutaneous lymph nodes of C3H/HeJ alopecic mice. (**f**) Left, Rae-1t–expressing dermal sheath cells grown from C3H/HeJ hair follicles. Right, dose-dependent specific cell lysis induced by CD8+NKG2D+ T cells isolated from AA mice cutaneous lymph nodes in the presence of blocking anti-NKG2D antibody or isotype control. Effector to target ratio given as indicated. Data are expressed as means ± s.d. (**g**) Hair loss in C3H/HeJ mice injected subcutaneously with total lymph node (LN) cells, CD8+NKG2D+ T cells alone, CD8+NKG2D− T cells or lymph node cells depleted of NKG2D+ cells (5 mice per group). Mice are representative of two experiments. ***$P < 0.001$ (Fisher's exact test). For **c**,**d**,**f**, $n$ and number of repeats are detailed in the **Supplementary Methods**.

© 2014 Nature America, Inc. All rights reserved.

npg

Incyte Exhibit 1018, Page 2 of 9

Appx2175

to be expressed on infiltrating lymphocytes surrounding human AA hair follicles[11], we performed immunofluorescence analysis for both IL-15 and its chaperone receptor IL-15Rα to identify the source of IL-15 in the skin. We detected a marked upregulation of both components in AA hair follicles in both human and mouse AA and found IL-15Rβ expressed on infiltrating CD8[+] T cells in humans (**Supplementary Figs. 5** and **6**).

IL-2 and IL-15 are well-known drivers of cytotoxic activity by IFN-γ–producing CD8[+] effector T cells and NK cells[12,13] and have been implicated in the induction and/or maintenance of autoreactive

© 2014 Nature America, Inc. All rights reserved.

npg



**Figure 2** Prevention of AA by blocking antibodies to IFN-γ, IL-2 or IL-15Rβ. C3H/HeJ grafted mice were treated systemically from the time of grafting. (**a–h**) AA development in C3H/HeJ grafted mice treated systemically from the time of grafting with antibodies to IFN-γ (**a,b**), IL-2 (**d,e**) and IL-15Rβ (**g,h**). Frequency (number shown above boxed area) of CD8[+]NKG2D[+] T cells in the skin of mice treated with antibodies to IFN-γ (**b**), IL-2 (**e**) and IL-15Rβ (**h**) compared to PBS-treated mice. (*$P < 0.05$, **$P < 0.01$, ***$P < 0.001$, statistical methods described in the **Supplementary Methods**. Immunohistochemical staining of skin biopsies showing CD8 and MHC class I and II expression in skin of mice treated with isotype control antibody or with antibodies to IFN-γ (**c**), IL-2 (**f**) or IL-15Rβ (**i**). Scale bars, 100 μm. For each experiment, $n$ and number of repeats are detailed in the **Supplementary Methods**.

Incyte Exhibit 1018, Page 3 of 9

Appx2176

CD8[+] T cells[14–16]. To test the efficacy of IFN-γ– and γ$_c$-targeted therapies *in vivo*, we used the well-established model of AA, in which skin grafts from mice with spontaneous AA are transferred onto the backs of unaffected 10-week-old recipient C3H/HeJ mice. In this model, AA develops reliably in 95-100% of grafted recipients within 6–10 weeks[7], allowing us to test interventions aimed at either preventing or reversing disease.

The role of IFN-γ in AA was previously investigated using both knockout studies and administration of IFN-γ, where IFN-γ–deficient mice were resistant and exogenous IFN-γ precipitated disease[17,18]. Administration of neutralizing antibodies to IFN-γ at the time of grafting prevented AA development in grafted recipients and abrogated major histocompatibility complex (MHC) upregulation and CD8[+]NKG2D[+] infiltration in the skin (**Fig. 2a–c**). Likewise, a role

for IL-2 in AA pathogenesis was previously established using genetic experiments in which IL-2 haploinsufficiency on the C3H/HeJ background conferred resistance to disease by about 50% using the graft model[19], and this role is supported by our genome-wide association studies in humans[2]. Systemically administered blocking antibodies to either IL-2 (**Fig. 2d–f**) or IL-15Rβ (**Fig. 2g–i**) prevented AA in grafted mice, blocked the accumulation of CD8[+]NKG2D[+] T cells in the skin and abrogated MHC upregulation. However, IL-21 blockade failed to prevent the development of AA in grafted C3H/HeJ mice (**Supplementary Fig. 7**). Notably, none of these blocking antibodies given alone was able to reverse established AA (data not shown).

We next asked whether we could recapitulate the effects of type I cytokine blockade by intervening downstream using small-molecule



**Figure 3** Systemic JAK1/2 or JAK3 inhibition prevents the onset of AA in grafted C3H/HeJ mice. (**a–j**) AA development in C3H/HeJ grafted mice treated systemically from the time of grafting with ruxolitinib (JAK1/2i) (**a,b**) or tofacitinib (JAK3i) (**f,g**) (**P < 0.01). Frequency (number shown above boxed area) of CD8[+]NKG2D[+] T cells in skin and cutaneous lymph nodes of mice treated with PBS or with JAK1/2i (**c**) or JAK3i (**h**) (***P < 0.001, statistical methods described in **Supplementary Methods**). Immunohistochemical staining of skin biopsies showing CD8 and MHC class I and II expression in skin of mice treated with PBS or with JAK1/2i (**d**) or JAK3i (**i**). ALADIN score of transcriptional analysis from mice treated with PBS or with JAK1/2i (**e**) or JAK3i (**j**), given as log$_2$ mean expression Z-scores as indicated in the **Supplementary Methods**. Hair regrowth after an additional 12 weeks after treatment withdrawal is also shown. (**a,f**). Scale bars, 100 μm. For each experiment, *n* and number of repeats are detailed in the **Supplementary Methods**.

© 2014 Nature America, Inc. All rights reserved.

Incyte Exhibit 1018, Page 4 of 9

inhibitors of JAK kinases, which signal downstream of a wide range of cell surface receptors. In particular, IFN-γ receptors and γc family receptors signal through JAK1/2 and JAK1/3, respectively[20]. JAK activation was shown by the presence of phosphorylated signal transducer and activator of transcription (STAT) proteins (pSTAT1, pSTAT3 and to a lesser extent pSTAT5) in human and mouse alopecic hair follicles, but not in normal hair follicles (**Supplementary Fig. 8**). In *in vitro*–cultured dermal sheath cells from C3H/HeJ mice, exogenous IFN-γ increased STAT1 activation, whereas IFN-γ plus TNF-α increased surface IL-15 expression (**Supplementary Fig. 9a,b**).

Ruxolitinib, a US Food and Drug Administration (FDA)–approved small-molecule inhibitor of the JAK1/2 kinases (JAK selectivity is JAK1 = JAK2>Tyk2>>>JAK3)[21] critical for IFN-γR signaling inhibited these responses (**Supplementary Fig. 9a,b**). In cultured CTL effectors from C3H/HeJ mice, the FDA-approved small-molecule JAK3 inhibitor tofacitinib (JAK3>JAK1>>JAK2 selectivity)[22] blocked IL-15–triggered pSTAT5 activation (**Supplementary Fig. 9c**). Tofacitinib also blocked killing of dermal sheath cells (**Supplementary Fig. 9d**) and IL-15-induced upregulation of granzyme B and IFN-γ expression (**Supplementary Fig. 9e**).



**Figure 4** Reversal of established AA with topical small-molecule inhibitors of the downstream effector kinases JAK1/2 or JAK3, and clinical results of patients with AA. (**a**) Three mice per group with long-standing AA (at least 12 weeks after grafting) treated topically on the dorsal back with 0.5% JAK1/2i (center), 0.5% JAK3i (bottom) or vehicle alone (Aquaphor, top) by daily application for 12 weeks. This experiment was repeated three times. Hair regrowth at an additional 8 weeks after treatment withdrawal is also shown. (**b**) Time course of hair regrowth index shown as weeks after treatment. (**c**) The frequency (number shown above boxed area) of CD8+NKG2D+ T cells in the skin of mice treated with JAK1/2i or JAK3i compared to vehicle control mice (mean ± s.e.m., *n* = 3 per group, *P < 0.05, **P < 0.01, statistical methods described in the **Supplementary Methods**). NS, not significant. (**d**) The ALADIN score shows treatment-related loss of CTL and IFN signatures, given as log2 mean expression Z-scores as indicated in the **Supplementary Methods**. (**e**) Immunohistochemical staining of mouse skin biopsies shows treatment-related loss of expression of CD8 and MHC class I and II markers. Scale bar, 100 μm. (**f**) Treatment of patient 3 with AA, who had hair loss involving >80% of his scalp at baseline, with ruxolitinib and hair regrowth after 12 weeks of oral treatment. (**g**) Clinical correlative studies of biopsies obtained before treatment (baseline) and after 12 weeks of treatment of patient 2, including immunostains for CD4, CD8 and human leukocyte antigen (HLA) class I (A, B, C) and class II (DP, DQ, DR). Scale bar, 200 μm. (**h,i**) RNA microarray analysis from treated patients 1 and 2 with AA (before treatment versus after treatment versus 3 normal subjects) presented as a heatmap (**h**) and as a cumulative ALADIN index (**i**). KRT, hair follicle keratins.

© 2014 Nature America, Inc. All rights reserved.

Incyte Exhibit 1018, Page 5 of 9

Appx2178

To test whether inhibition of these signaling pathways would be therapeutically effective *in vivo*, we systemically administered ruxolitinib (**Fig. 3a–c**) and tofacitinib (**Fig. 3f–h**) at the time of grafting and found that they prevented the development of AA and the expansion of CD8⁺NKG2D⁺ T cells in all grafted recipients. The skin of mice treated with either drug showed no histological signs of inflammation (**Fig. 3d,i**). Global transcriptional analysis of whole-skin biopsies showed that both drugs also blocked the dermal inflammatory signature, as measured by Alopecia Areata Disease Activity Index (ALADIN, **Fig. 3e,j**), and Gene Expression Dynamic Index (GEDI) analysis (**Supplementary Fig. 10**)[23].

We next asked whether systemic tofacitinib treatment could reverse established disease by initiating therapy 7 weeks after grafting, a time point at which all mice had developed extensive AA. Systemic therapy resulted in substantial hair regrowth all over the body, reduced the frequency of CD8⁺NKG2D⁺ T cells and reversed histological markers of disease (**Supplementary Fig. 11**), all of which persisted 2–3 months after the cessation of treatment.

Next, to test a more clinically relevant route of delivery, we asked whether topical administration of protein tyrosine kinase inhibitors could reverse established AA in mice with kinetics similar to those of systemic delivery. In established disease, we found that topical ruxolitinib and topical tofacitinib were both highly effective in reversing disease in treated lesions (applied to back skin). A full coat of hair emerged in the ruxolitinib- or tofacitinib-treated mice by 7 weeks of treatment (data not shown), and we observed complete hair regrowth within 12 weeks following topical therapy (**Fig. 4a,b**). Topical therapy was associated with a markedly reduced proportion of CD8⁺NKG2D⁺ T cells in the treated skin and lymph node (**Fig. 4c**), normalization of the ALADIN transcriptional signature (**Fig. 4d**), reversal of histological markers of disease (**Fig. 4e**) and correction of the GEDI in all treated mice (**Supplementary Fig. 12**). Notably, untreated areas on the abdomen remained alopecic (**Fig. 4a** and **Supplementary Fig. 13**), demonstrating that topical therapy acted locally and that the observed therapeutic effects were not the result of systemic absorption. These effects were visible as early as 2–4 weeks after the onset of treatment (**Supplementary Fig. 14**) and persisted 2–3 months after the cessation of treatment (**Fig. 4a**).

To test the efficacy of JAK inhibitors in human subjects with AA, we treated three patients with moderate to severe disease orally with ruxolitinib, 20 mg twice daily. Ruxolitinib is currently FDA-approved for the treatment of myelofibrosis[24,25], a disease driven by wild-type and mutant JAK2 signaling downstream of hematopoietic growth factor receptors. In addition, small clinical studies using topical ruxolitinib in psoriasis[26] have demonstrated anti-inflammatory activity that may be due to interruption of the IL-17 signaling axis. All three ruxolitinib-treated patients exhibited near-complete hair regrowth within 3 to 5 months of oral treatment (**Fig. 4f** and **Supplementary Figs. 15** and **16**). Comparison of biopsies obtained at baseline and after 12 weeks of treatment demonstrated reduced perifollicular T cell infiltration, reduced follicular expression of human leukocyte antigen class I and class II expression (**Fig. 4g**) and normalization of the ALADIN inflammatory and hair keratin signatures following treatment (**Fig. 4h,i**).

Taken together, our data suggest CD8⁺NKG2D⁺ T cells promote AA pathogenesis, acting as cytolytic effectors responsible for autoimmune attack of the hair follicle (**Supplementary Fig. 17**). We postulate that IFN-γ produced by CD8 T cells leads to the collapse of immune privilege in the hair follicle[27], inducing further production of IL-15 (ref. 28) (**Supplementary Figs. 5** and **6**) and a feed-forward loop that promotes type I cellular autoimmunity. The clinical response

of a small number of patients with AA to treatment with the JAK1/2 inhibitor ruxolitinib suggests future clinical evaluation of this compound or other JAK protein tyrosine kinase inhibitors currently in clinical development is warranted in AA[29].

## METHODS

Methods and any associated references are available in the online version of the paper.

**Accession codes.** Microarray and RNA-seq data were deposited in Gene Expression Omnibus with accession numbers GSE45657, GSE45512, GSE45513, GSE45514, GSE45551 and GSE58573.

*Note: Any Supplementary Information and Source Data files are available in the online version of the paper.*

ACKNOWLEDGMENTS
We thank the National Alopecia Areata Registry, as well as M. Duvic, V. Price, M. Hordinsky and D. Norris, and the National Alopecia Areata Foundation. We thank J. Sundberg, T. Behrens, D. Bickers, J. O'Shea, T. Waldmann, B. Jabri, D. Raulet, L. Lanier, T. Spies, M. Hayden, R. Paus, P. Green, B. Lebwohl, D. Accili and C. Jahoda for stimulating discussions. We are grateful for clinical support from M. Furniss, C. Clark and G. Ulerio and expert technical assistance from M. Zhang, E. Chang, H. Lam and J. Huang. This work was supported in part by US Public Health Service National Institutes of Health NIAMS grants R01AR056016 (to A.M.C.) and R21AR061881 (to A.M.C and R.C.), a Shared Instrumentation Grant for the LSR II Flow Cytometer (S10RR027050) to R.C. and the Columbia University Skin Disease Research Center (P30AR044535), as well as the Locks of Love Foundation and the Alopecia Areata Initiative. J.E.C. is supported by the T32GM082271 Medical Genetics Training Grant (issued to A.M.C.). A.J., C.A.H., S.H. and A.d.J. are recipients of Career Development Awards from the Dermatology Foundation, and A.J. is also supported by the Louis V. Gerstner Jr Scholars Program.

AUTHOR CONTRIBUTIONS
L.X., Z.D. and A.J. were responsible in large part for performing the studies reported herein and participated in the design, execution and interpretation of the data. C.A.H. was responsible for establishing the C3H/HeJ graft model. A.d.J., S.H., G.M.D., L.R. and P.S. were involved in additional molecular and cell biological experiments. W.G. performed immunofluorescence and morphometric studies. L.P. and J.E.C. performed biostatistical analysis of all data sets. L.M.-W. was instrumental in human sample acquisition and analysis. A.M.C. and R.C. were responsible for conception, design, oversight, execution and interpretation of data for this study. All authors contributed to drafts, writing, figure preparation and editing of the final manuscript.

COMPETING FINANCIAL INTERESTS
The authors declare competing financial interests: details are available in the online version of the paper.

Reprints and permissions information is available online at http://www.nature.com/reprints/index.html.

1. Gilhar, A., Etzioni, A. & Paus, R. Alopecia areata. *N. Engl. J. Med.* **366**, 1515–1525 (2012).
2. Petukhova, L. *et al.* Genome-wide association study in alopecia areata implicates both innate and adaptive immunity. *Nature* **466**, 113–117 (2010).
3. Gilhar, A., Ullmann, Y., Berkutzki, T., Assy, B. & Kalish, R.S. Autoimmune hair loss (alopecia areata) transferred by T lymphocytes to human scalp explants on SCID mice. *J. Clin. Invest.* **101**, 62–67 (1998).
4. McElwee, K.J. *et al.* Transfer of CD8⁺ cells induces localized hair loss whereas CD4⁺/CD25⁻ cells promote systemic alopecia areata and CD4⁺/CD25⁺cells blockade disease onset in the C3H/HeJ mouse model. *J. Invest. Dermatol.* **124**, 947–957 (2005).
5. Ito, T. *et al.* Maintenance of hair follicle immune privilege is linked to prevention of NK cell attack. *J. Invest. Dermatol.* **128**, 1196–1206 (2008).
6. Sundberg, J.P., Cordy, W.R. & King, L.E. Jr. Alopecia areata in aging C3H/HeJ mice. *J. Invest. Dermatol.* **102**, 847–856 (1994).
7. McElwee, K.J., Boggess, D., King, L.E. Jr. & Sundberg, J.P. Experimental induction of alopecia areata-like hair loss in C3H/HeJ mice using full-thickness skin grafts. *J. Invest. Dermatol.* **111**, 797–803 (1998).
8. Bertolini, M. *et al.* Abnormal interactions between perifollicular mast cells and CD8⁺ T cells may contribute to the pathogenesis of alopecia areata. *PLoS ONE* **9**, e94260 (2014).

© 2014 Nature America, Inc. All rights reserved.



Incyte Exhibit 1018, Page 6 of 9

Appx2179

9. Best, J.A. *et al.* Transcriptional insights into the CD8+ T cell response to infection and memory T cell formation. *Nat. Immunol.* **14**, 404–412 (2013).

10. Bezman, N.A. *et al.* Molecular definition of the identity and activation of natural killer cells. *Nat. Immunol.* **13**, 1000–1009 (2012).

11. Brajac, I., Gruber, F., Petrovecki, M. & Malnar-Dragojevic, D. Interleukin-2 receptor α-chain expression in patients with alopecia areata. *Acta Dermatovenerol. Croat. ADC* **12**, 154–156 (2004).

12. Fehniger, T.A. & Caligiuri, M.A. Interleukin 15: biology and relevance to human disease. *Blood* **97**, 14–32 (2001).

13. Ye, W., Young, J.D. & Liu, C.C. Interleukin-15 induces the expression of mRNAs of cytolytic mediators and augments cytotoxic activities in primary murine lymphocytes. *Cell. Immunol.* **174**, 54–62 (1996).

14. Meresse, B. *et al.* Reprogramming of CTLs into natural killer-like cells in celiac disease. *J. Exp. Med.* **203**, 1343–1355 (2006).

15. Saikali, P., Antel, J.P., Pittet, C.L., Newcombe, J. & Arbour, N. Contribution of astrocyte-derived IL-15 to CD8 T cell effector functions in multiple sclerosis. *J. Immunol.* **185**, 5693–5703 (2010).

16. Meresse, B. *et al.* Coordinated induction by IL15 of a TCR-independent NKG2D signaling pathway converts CTL into lymphokine-activated killer cells in celiac disease. *Immunity* **21**, 357–366 (2004).

17. Freyschmidt-Paul, P. *et al.* Interferon-γ-deficient mice are resistant to the development of alopecia areata. *Br. J. Dermatol.* **155**, 515–521 (2006).

18. Gilhar, A., Kam, Y., Assy, B. & Kalish, R.S. Alopecia areata induced in C3H/HeJ mice by interferon-γ: evidence for loss of immune privilege. *J. Invest. Dermatol.* **124**, 288–289 (2005).

19. Freyschmidt-Paul, P. *et al.* Reduced expression of interleukin-2 decreases the frequency of alopecia areata onset in C3H/HeJ mice. *J. Invest. Dermatol.* **125**, 945–951 (2005).

20. O'Shea, J.J., Kontzias, A., Yamaoka, K., Tanaka, Y. & Laurence, A. Janus kinase inhibitors in autoimmune diseases. *Ann. Rheum. Dis.* **72** (suppl. 2), ii111–ii115 (2013).

21. Quintás-Cardama, A. *et al.* Preclinical characterization of the selective JAK1/2 inhibitor INCB018424: therapeutic implications for the treatment of myeloproliferative neoplasms. *Blood* **115**, 3109–3117 (2010).

22. Ghoreschi, K. *et al.* Modulation of innate and adaptive immune responses by tofacitinib (CP-690,550). *J. Immunol.* **186**, 4234–4243 (2011).

23. Eichler, G.S., Huang, S. & Ingber, D.E. Gene Expression Dynamics Inspector (GEDI): for integrative analysis of expression profiles. *Bioinformatics* **19**, 2321–2322 (2003).

24. Verstovsek, S. *et al.* Safety and efficacy of INCB018424, a JAK1 and JAK2 inhibitor, in myelofibrosis. *N. Engl. J. Med.* **363**, 1117–1127 (2010).

25. Harrison, C. *et al.* JAK inhibition with ruxolitinib versus best available therapy for myelofibrosis. *N. Engl. J. Med.* **366**, 787–798 (2012).

26. Punwani, N. *et al.* Preliminary clinical activity of a topical JAK1/2 inhibitor in the treatment of psoriasis. *J. Am. Acad. Dermatol.* **67**, 658–664 (2012).

27. Paus, R., Nickoloff, B.J. & Ito, T.A. A 'hairy' privilege. *Trends Immunol.* **26**, 32–40 (2005).

28. Waldmann, T.A. The biology of interleukin-2 and interleukin-15: implications for cancer therapy and vaccine design. *Nat. Rev. Immunol.* **6**, 595–601 (2006).

29. Dolgin, E. Companies hope for kinase inhibitor JAKpot. *Nat. Rev. Drug Discov.* **10**, 717–718 (2011).

© 2014 Nature America, Inc. All rights reserved.



Incyte Exhibit 1018, Page 7 of 9

Appx2180

# ONLINE METHODS

**Mice.** 7- to 10-week-old female C57BL/6 and C3H/HeJ mice (Jackson Laboratories, Bar Harbor, ME) were used and maintained under specific pathogen–free conditions. Experiments were performed in compliance with institutional guidelines as approved by the Institutional Animal Care and Use Committee of Columbia University Medical Center.

**Transfer of alopecia areata using grafted C3H/HeJ skin.** Normal-haired C3H/HeJ mice were grafted at 8 weeks of age (during the second telogen) with skin from a C3H/HeJ mouse that developed AA spontaneously, as described previously[7]. In brief, mice spontaneously affected with AA were euthanized, and full thickness skin grafts of approximately 2 cm in diameter were removed and grafted to normal-haired C3H/HeJ mice. All experiments included 10 grafted mice (5 treated and 5 untreated) and 3 sham grafted mice (mice grafted with autologous grafts). Hair loss typically began at around 4–6 weeks after grafting. No sham grafted mouse developed hair loss.

**Flow cytometric analysis of skin and cutaneous lymph nodes.** To make a single-cell suspension of mouse skin, fat was removed from the overlying skin in cold PBS and then incubated in collagenase type I (2 mg/ml in PBS) at 32 °C for 75 min. After digestion, the skin was minced in RPMI/10% FBS, filtered through a 70-μM cell strainer and centrifuged at 1100g for 5 min. The pellet was resuspended in RPMI/10% FBS, filtered through a 40-μM cell strainer and spun at 400g for 5 min. The pellet was resuspended in FACS buffer (PBS/5% BSA), DAPI to gate on live cells and staining antibodies (listed in **Supplementary Methods**). Cutaneous lymph nodes were pooled, minced in RPMI, filtered through a 40-μM cell strainer, centrifuged at 400g for 5 min, stained and analyzed on a BD LSR II flow cytometer.

**Transfer of T cell populations into recipient C3H/HeJ mice.** For positive selection of T cell populations, lymph node cells were obtained from 5 C3H/HeJ alopecic mice, stained with anti-CD4, anti-CD8 and anti-NKG2D antibodies) and then sorted (BD Influx) to obtain two fractions: CD8+NKG2D+ T cells and CD8+NKG2D− T cells. Antibody dilutions are given in the **Supplementary Methods**. Three to five 7-week-old C3H/HeJ mice per group were injected subcutaneously with two million sorted cells of each population. For negatively selected populations, NKG2D+ cells were depleted by incubating total lymph node cells from 3 alopecic C3H/HeJ mice with biotinylated anti-NKG2D (CX5) and then with streptavidin-conjugated beads (Miltenyi) before removal on a Miltenyi magnetic column. Five million cells (either CD8/NKG2D-depleted or total lymph node cells) were suspended in 100 ul PBS and transferred into each of 5 mice by subcutaneous injection.

**Prevention and treatment studies in mice.** For prevention studies, mice were treated beginning on the day of grafting (n = 5–10 mice per group). For anti-IFN-γ experiments, i.p. injections of hamster isotype control IgG or hamster polyclonal anti-IFN-γ IgG (BioXCell) 300 μg in 100μl PBS were administered ten times weekly for 12 weeks. For anti–IL-2 experiments, i.p. injections of control rat isotype control IgG or simultaneous administration of two anti-IL-2 rat monoclonal antibodies (BioXCell) (250 μg clone S4B6 and 250 μg JES6-1 together in 100 μl PBS) were administered three times weekly for 12 weeks. For anti–IL-15-Rβ experiments, i.p. injections of rat isotype control IgG or anti-IL-15Rβ antibody (Biolegend, clone TM-β1) (200 μg in 100 μl PBS) were administered two times weekly for 12 weeks. For JAK1/2i experiments, mice were administered vehicle (0.5% methylcellulose; Sigma-Aldrich) or vehicle-containing 50 mg/kg of JAK1/2i ruxolitinib (ChemieTek) daily by oral gavage for 12 weeks. For JAK3i experiments, mice were implanted subcutaneously with Alzet osmotic mini-pumps (pumps, model 2004, Durect Corporation) on the back of each mouse to deliver vehicle (poly(ethylene glycol) (PEG)300) or vehicle containing the JAK3i tofacitinib (Abmole) at 15 mg/kg/day for 12 weeks.

For topical treatment studies, grafted mice with long-standing AA (more than 8 weeks) were treated once daily for 12 weeks to affected skin on the dorsal back with vehicle (10% DMSO in Aquaphor) or vehicle containing JAK inhibitors, initially dissolved in DMSO and then diluted 1:10 in Aquaphor, to achieve 0.5% JAKi ointment). Full-thickness skin biopsies were excised from the dorsal

surface of each mouse at interim time points, and skin samples were either snap frozen in liquid nitrogen for RNA extraction or snap frozen in OCT for immunostaining. Hair status was examined twice weekly.

**Human clinical studies.** We initiated a single center, proof-of-concept clinical trial in the Clinical Trials Unit in the Department of Dermatology at the Columbia University Medical Center entitled "An Open-Label Pilot Study to Evaluate the Efficacy of ruxolitinib in Moderate to Severe Alopecia Areata," ClinicalTrials.gov identifier NCT01950780. The protocol for this intervention trial was reviewed and approved by the Institutional Review Board at Columbia University and conducted under the Declaration of Helsinki principles. Informed consent was received before inclusion in the study. Eligibility criteria included >30% hair loss for at least 3 months in duration with no evidence for hair regrowth at the time of enrollment. The first three treated patients are described here. The ruxolitinib dose was 20 mg orally twice daily for 3–6 months. Skin punch biopsies were obtained at baseline and after 12 weeks of treatment. Consent for photography was obtained for the patients shown in **Figure 4** and in the **Supplementary Figures 15** and **16**.

**Immunohistochemistry and immunofluorescence.** 8 μM acetone-fixed frozen mouse skin or human skin sections were air-dried and stained overnight with anti-mouse or anti-human antibodies (see **Supplementary Methods**) at 4 °C in a moist chamber. Human hair follicles were microdissected and embedded in OCT compound before sectioning and staining (see **Supplementary Methods**).

**Primary dermal sheath and lymphokine-activated killer (LAK) cell culture.** Dermal sheath (DS) cells were isolated from microdissected mouse vibrissa follicles and cultured in 20% FBS DMEM with 5 ng/ml murine FGF (Pepro Tech). LAK cells were generated from bulk splenocytes plated at 4 × 10⁶ in 6-well plates with 50 ng/ml murine IL-15 (Pepro Tech), 50 nM JAK3i (tofacitinib) or 50 ng/ml murine IL-15 plus 50 nM JAK3i and incubated at 37 °C in a 5% CO₂ incubator for 96 h.

**In vitro cytotoxicity assays.** Determination of specific killing of target cells was performed using CFSE-labeled DS cells as targets mixed with different ratios of effector cells incubated for 5 h at 37 °C 5% CO₂ with or without neutralizing (at anti-mouse NKG2D antibody (20 ug/ml) (Biolegend, CX5). Specific lysis of DS cells was determined flow cytometrically by measuring cell death of CFSE + DS cells using Annexin V/7-AAD.

**Gene expression sample preparation in human and mouse skin and T cells.** Total RNA was isolated using the miRNeasy Mini Kit (Qiagen Inc., Valencia, CA, USA) with on-column DNA digestion using the RNase-free DNase set (Qiagen, Inc.). For RNA-seq analysis CD3+CD8+CD44+NKG2D+ and CD3+CD8+CD44+NKG2D− cells were flow-sorted from lymph nodes of alopecic C3H/HeJ mice. RNA was extracted as above and prepared for RNA-seq using the TruSeq RNA Sample Prep Kit v2. Samples were sequenced on the HiSeq 2000 sequencer (Illumina, San Diego, CA) for 50 cycles. RNA-seq files were demultiplexed by the Rockefeller University Genomics Core Facility.

For global transcriptional profiling in mouse skin, total extracted RNA was processed using the 3′ IVT Express Kit from Affymetrix. Resulting biotinylated cDNA samples were hybridized to the Mouse Genome 430 2.0 gene chips and subsequently washed, stained with streptavidin-phycoerythrin and scanned on an HP GeneArray Scanner (Hewlett-Packard Company, Palo Alto, CA). For gene expression studies, mice grafted with autologous healthy skin were included as sham-operated controls.

For human AA samples, perilesional punch biopsies from 5 patients with patchy alopecia areata who were not undergoing local or systemic treatments were collected and compared to scalp biopsies from 5 unrelated unaffected individuals. All procedures were performed under Institutional Review Board–approved protocols at Columbia University and conducted under the Declaration of Helsinki principles. Informed consent was received before inclusion in the study. Extracted total RNA was reverse transcribed and amplified using the Ovation RNA Amplification V2 kit (NuGEN Technologies, Inc.,

© 2014 Nature America, Inc. All rights reserved.

doi:10.1038/nm.3645

Incyte Exhibit 1018, Page 8 of 9

Appx2181

San Carlos, CA). Amplified cDNA was biotinylated with the Encore Biotin Module (NuGEN Technologies) and then hybridized to the U133 Plus 2.0 gene chips. RT-PCR confirmations done as described in the **Supplementary Methods**. Primer sequences are given in **Supplementary Tables 4** and **5**.

**Statistical analyses.** Statistical methods for each figure are given in the **Supplementary Methods**. No statistical method was used to predetermine sample size. The investigators were not blinded to allocation during experiments and outcome assessment. The experiments were not randomized.

© 2014 Nature America, Inc. All rights reserved.

npg

doi:10.1038/nm.3645

Incyte Exhibit 1018, Page 9 of 9

Appx2182

## CONTRIBUTING AUTHORS

Chadi G. Abdallah
Panagiota Andreopoulou
Generoso Andria
Ananth Annapragada
Gowthami M. Arepally
Alan Ashworth
Andrea Ballabio
Emilie Banivelli
Richard S. Bockman
William M. Brandler
J. Mark Brown
Soren Buus
Kristen K. Comfort
Steven D. Colan
Thomas Condamine
Nancy J. Cox
Matthew S. Dahabieh
Andrew J. Dannenberg
Uslan Demirci
Ronald S. Duman
Jean-Louis Excler
Vivian I. Franco
Dmitry I. Gabrilovich

Massimo Gadina
Richard M. Goldberg
Michael Goldstein
Pamela J. Goodwin
Alexei A. Grom
Daniel M. Halperin
Stanley L. Hazen
Timothy J. Henrich
Daniel L. Hertz
Clifford A. Hudis
Farih Inci
Neil M. Iyengar
Daniel B. Jernigan
Michael B. Kastan
J.J. Keller
Jerome H. Kim
John H. Krystal
B.J. Kuijper
Matthew H. Kulke
Daniel R. Kuritzkes
Lindsey Leily
Arian Laurence
Ellis R. Levin

Steven E. Lipshultz
Christopher J. Lord
Chrystal U. Louis
Simon Mallal
Iain B. McInnes
Imir Metushi
Nelson L. Michael
Tracie L. Miller
Daniel R. Morales
Andrew D. Morris
Thomas L. Ortel
C. Kent Osborne
John J. O'Shea
David Ostrov
Giancarlo Perendi
Rebecca Pavlos
Bjoern Peters
Elizabeth Phillips
Marina Piccart
James Rae
Indu Ramachandran
Mothaffar F. Kimawi
Stephen E. Sallan

Gerard Sanacora
Rachel Schiff
Grant S. Schulert
Daniella M. Schwartz
Jonathan Sebat
Hadi Shafiee
Jason M. Shohet
Robert Spiera
Vuk Stambolic
Vicente E. Torres
Mahlika Toy
Andrew N.J. Tutt
Volker Vallon
Eric Verdin
Alejandro V. Villarino
ShuQi Wang
Christina Wu
James C. Yao
Je-In Youn
Dimitrios Zardavas
K. Lung Zheng



# Annual Review of Medicine

Volume 66, 2015

Caskey, Klotman, Scardino
*Editors*

www.annualreviews.org

Incyte Exhibit 1020, Page 1 of 25
Appx2196

This material may be protected by Copyright law (Title 17 U.S. Code)

# The JAK-STAT Pathway: Impact on Human Disease and Therapeutic Intervention*

John J. O'Shea, Daniella M. Schwartz,
Alejandro V. Villarino, Massimo Gadina,
Iain B. McInnes, and Arian Laurence

Molecular Immunology and Inflammation Branch, National Institute of Arthritis,
Musculoskeletal and Skin Diseases, National Institutes of Health, Bethesda, Maryland 20892;
email: osheajo@mail.nih.gov

Annu. Rev. Med. 2015. 66:311–28

The *Annual Review of Medicine* is online at
med.annualreviews.org

This article's doi:
10.1146/annurev-med-051113-024537

*This is a work of the U.S. Government and is not
subject to copyright protection in the United
States.

## Keywords

cytokine, autoimmunity, immunodeficiency, cancer, kinase inhibitors

## Abstract

The Janus kinase (JAK)–signal transducer of activators of transcription
(STAT) pathway is now recognized as an evolutionarily conserved signaling
pathway employed by diverse cytokines, interferons, growth factors, and re-
lated molecules. This pathway provides an elegant and remarkably straight-
forward mechanism whereby extracellular factors control gene expression.
It thus serves as a fundamental paradigm for how cells sense environmental
cues and interpret these signals to regulate cell growth and differentiation.
Genetic mutations and polymorphisms are functionally relevant to a variety
of human diseases, especially cancer and immune-related conditions. The
clinical relevance of the pathway has been confirmed by the emergence of a
new class of therapeutics that targets JAKs.

This material was copied
at the NLM and may be
Subject US Copyright Laws

311

Incyte Exhibit 1020, Page 8 of 25
Appx2203

# INTRODUCTION: A MOSTLY SIMPLE
# MEMBRANE-TO-NUCLEUS PATHWAY

Effective communication between cells is central to development, tissue and organism homeostasis, and host defense. Evolution has provided a number of elegant solutions to this problem, but among these the JAK-STAT pathway is one of the architecturally simplest paradigms, allowing direct communication from transmembrane receptors to the nucleus (**Figure 1**). Pioneering work on the control of gene expression by interferons led to the discovery of this pathway; however, it is now recognized that a wide variety of cytokines, colony-stimulating factors, and hormones employ this mode of signal transduction (**Table 1**).

Upon engagement by ligand, receptor-associated Janus kinases (JAKs) become activated and phosphorylate both each other and the intracellular tail of their receptors, thereby creating docking sites for latent, cytoplasmic transcription factors termed signal transducers and activators of transcription (STATs). JAK-mediated phosphorylation activates STATs, which in turn directly bind DNA and regulate gene expression (1, 2). There are four JAKs, named JAK1, JAK2, JAK3, and TYK2, which selectively bind different receptor chains (**Figure 2**). The selective usage of JAKs by different receptors explains their distinct in vivo roles (**Table 1**) and becomes particularly important with the generation of pharmacologic inhibitors when specific or relatively discrete functional outcomes are sought.

Seven mammalian STAT family members have been identified (STAT1, STAT2, STAT3, STAT4, STAT5a, STAT5b, STAT6). Different cytokines have the propensity to activate a



**Figure 1**

(I) When a cytokine engages its receptor, JAKs become activated and phosphorylate each other, as well as the intracellular tail of their receptors. (2) This creates a docking site for STATs, which are now able to bind to the cytoplasmic domain of the receptor. (3) The STATs, in turn, are phosphorylated and activated, which allows them to dimerize. (4) The STAT-STAT dimer translocates to the nucleus, where it can directly bind DNA and regulate gene expression.

This material was copied
at the NLM and may be
Subject US Copyright Laws

Incyte Exhibit 1020, Page 9 of 25

Appx2204

Table 1  JAKs and STATs with associated cytokines and phenotypes

| JAK/STAT | Important for signaling by | Knockout mouse phenotype | Genetic links to human disease |
|---|---|---|---|
| JAK1 | IFNα/β, IFN-γ, IL-2, IL-4, IL-7, IL-9, IL-15, IL-21, IL-6 family cytokines, IL-10 family cytokines | Perinatally lethal | GOF somatic mutations cause ALL, AML, solid-organ malignancies |
| JAK2 | IFNγ, IL-3, IL-5, GM-CSF, EPO, TPO, G-CSF, GH, leptin | Embryonically lethal due to absence of erythropoiesis | GOF mutations cause PV, PMF, ET, hypercoagulable state; somatic mutations associated with acute and chronic hematologic malignancies |
| JAK3 | IL-2, IL-4, IL-7, IL-9, IL-15, IL-21 | Defective T and B cell maturation | LOF mutation causes severe combined immunodeficiency (SCID) |
| TYK2 | IFNα/β, IL-12, IL-23 | Reduced responses to type 1 interferon and IL-12, and defective Stat3 activation | LOF mutation causes primary immunodeficiency |
| STAT1 | All interferons | Impaired responses to type 1 and 2 interferon | LOF mutations confer susceptibility to mycobacterial and viral infections; GOF mutations cause chronic mucocutaneous candidiasis |
| STAT2 | Type I IFNs | Impaired response to type 1 interferon and susceptibility to viral infections | Deficiency causes increased susceptibility to viral mutations |
| STAT3 | IL-6 and other gp130 cytokines | Embryonically lethal | LOF mutations cause AD-HIES; GOF somatic mutations strongly associated with LGL |
| STAT4 | IL-12, IL-23, type 1 interferons | Mutations in mouse inhibit Th1 differentiation | Polymorphisms associated with RA, SLE |
| STAT5a/STAT5b | IL-2, EPO, TPO, GM-CSF, GH, IL-7 | Defective hematopoiesis, other defects | Deficiency causes autoimmunity, bleeding diathesis, immunodeficiency, and dwarfism; somatic mutations associated with LGL |
| STAT6 | IL-4, IL-13 | Mutations in mouse inhibit T helper 2 differentiation | Polymorphisms associated with asthma, atopy, increased levels of IgE |

Abbreviations: AD-HIES, autosomal dominant hyperimmunoglobulin E syndrome; ALL, acute lymphocytic leukemia; AML, acute myeloid leukemia; GOF, gain of function; ET, essential thrombocytosis; LGL, large granular lymphocytic leukemia; LOF, loss of function; PMF, primary myelofibrosis; PV, polycythemia vera; RA, rheumatoid arthritis; SLE, systemic lupus erythematosus.

particular STAT; however, interactive promiscuity between cytokines and any given STAT operates to varying degrees. The mechanisms by which STATs influence gene transcription have been elucidated using a combination of genetic approaches (e.g., use of knockout mice; see **Table 1**) and new technologies that allow genome-wide assessment of gene expression and transcription factor binding. It is now clear that STATs bind tens of thousands of sites in the genome and regulate transcription of thousands of protein-coding genes, along with microRNAs and long noncoding RNAs. STATs also have important impacts on chromatin structure and the distinctive enhancer landscapes of differentiating cells.

Although the aforementioned pathway is critical for the action of many cytokine and hormone receptors, it is important to recognize some inherent complexities. First, pathways other than STATs are activated by cytokines, and other (non-cytokine-mediated) pathways can influence the

This material was copied at the NLM and may be Subject US Copyright Laws

Incyte Exhibit 1020, Page 10 of 25

Appx2205



Figure 2

The four JAKs (JAK1, JAK2, JAK3, TYK2) are selectively bound to and therefore mediate signaling for various cytokine and hormone receptors. Different cytokines also have a propensity to activate certain STATs. Mutations in many of the genes encoding JAKs and STATs (indicated by an asterisk) have been linked to human disease. Details of the mutation and disease phenotype are in Table 1. A large number of medications targeting JAKs and, to a lesser degree, STATs (indicated by a ∘) are being developed and used to treat human disease. Details are in Table 3.

* Mutations linked to human disease (Table 1)
∘ Medication targeting this signaling molecule is FDA approved or in clinical trials (Table 3)

This material was copied at the NLM and may be Subject US Copyright Laws

activation of STATs. Growth factors such as epidermal growth factor can induce STAT tyrosine phosphorylation, whereas other pathways induce STAT serine phosphorylation. Additionally, a number of functions have been ascribed to "unphosphorylated" STATs, and STATs have non-nuclear functions. STAT3 in particular localizes to mitochondria, where it is thought to promote oxidative phosphorylation and membrane permeability. Conversely, JAKs can also have actions in the nucleus independent of STATs, including phosphorylation of histone proteins. In summary, although a straightforward view of the JAK-STAT signaling pathway explains a great deal of cytokine biology, it is equally important to recognize the complexities.

## GENETIC LINKS BETWEEN THE JAK-STAT PATHWAY AND HUMAN DISEASE

Several disorders of primary immunodeficiency, discussed individually below, have been linked to known mutations of JAKs and STATs.

### Severe Combined Immunodeficiency

Perhaps the most dramatic evidence for the criticality of JAKs and STATs comes from patients with mutations in genes encoding these signaling molecules. Severe combined immunodeficiency (SCID) is a devastating primary immunodeficiency in which the combination of nonfunctional T cells and defective immunoglobulin production results in a syndrome of recurrent severe infection, diarrhea, atopic dermatitis, and failure to thrive. An important immunopathologic mystery was solved when mutations of a shared or common cytokine receptor subunit termed the common γ chain or γc were found to underlie X-linked SCID (1). In the absence of this receptor subunit, lymphocytes are unable to respond to IL-2, IL-4, IL-7, IL-9, IL-15, and IL-21 (**Figure 2**), severely impacting the development of T cells and NK cells and the function of B cells. Because JAK3 selectively associates with γc, mutations of *JAK3* have the same consequence.

In its classic presentation, the diagnosis of SCID is not difficult. However, not all cases are clinically obvious, and the ability to test for a specific genetic mutation can be useful in establishing a diagnosis. Moreover, identification of the disease-causing mutations has major therapeutic implications. SCID is considered a pediatric emergency, necessitating rapid hematopoietic stem cell transplantation (HSCT). However, if a compatible donor is not available, gene therapy might be a reasonable alternative. This approach was effective in addressing primary immune deficiency (2, 3), but clinical trials were complicated by leukemia due to insertional oncogenesis (3, 4). Nonetheless, newer technologies hold future promise for this approach.

### Hyperimmunoglobulin E Syndrome

Hyperimmunoglobulin E syndrome (HIES, or Job's syndrome) is a multisystem disorder characterized by recurrent and severe cutaneous and sinopulmonary bacterial infections, chronic dermatitis, elevated serum immunoglobulin E (IgE), and connective tissue abnormalities. Underlying many cases of autosomal dominant HIES are dominant negative mutations of *STAT3* (5, 6). STAT3 mediates signaling through at least six classes of receptors (7) (**Table 1, Figure 2**), explaining the range of immunologic and somatic abnormalities associated with this disorder. Many of the host defense deficits of this disorder can be explained by the criticality of STAT3 for the production of IL-17 by various lymphocytes. IL-17 acts on broadly expressed receptors to increase the production and recruitment of neutrophils to sites of inflammation and is especially important for host defense against *Staphylococcus aureus* and fungal infections (8). It also plays a fundamental role

This material was copied at the NLM and may be Subject US Copyright Laws

Incyte Exhibit 1020, Page 12 of 25

Appx2207

EBioMedicine 2 (2015) 351–355



Contents lists available at ScienceDirect

# EBioMedicine

journal homepage: www.ebiomedicine.com



Original Article

# Reversal of Alopecia Areata Following Treatment With the JAK1/2 Inhibitor Baricitinib



Ali Jabbari [a,1], Zhenpeng Dai [a,1], Luzhou Xing [b,1], Jane E. Cerise [a], Yuval Ramot [c], Yackov Berkun [d], Gina A. Montealegre Sanchez [e], Raphaela Goldbach-Mansky [e], Angela M. Christiano [a,f,*,2], Raphael Clynes [a,b,g,2], Abraham Zlotogorski [c,**,2]

[a] Department of Dermatology, Columbia University, New York, NY, USA
[b] Department of Pathology, Columbia University, New York, NY, USA
[c] Department of Dermatology, Hadassah-Hebrew University Medical Center, Jerusalem, Israel
[d] Department of Pediatrics, Hadassah-Hebrew University Medical Center, Jerusalem, Israel
[e] Translational Autoinflammatory Disease Section, NIAMS, NIH, Bethesda, MD, USA.
[f] Department of Genetics & Development, Columbia University, New York, NY, USA
[g] Department of Medicine, Columbia University, New York, NY, USA

## ARTICLE INFO

Article history:
Received 21 January 2015
Received in revised form 20 February 2015
Accepted 24 February 2015
Available online 26 February 2015

Keywords:
Alopecia areata
Interferon gamma
JAK inhibitor
CANDLE syndrome
Autoimmune disease
Baricitinib
Gene expression profiling
Autoinflammatory

## ABSTRACT

Background: Alopecia areata (AA) is an autoimmune disease resulting in hair loss with devastating psychosocial consequences. Despite its high prevalence, there are no FDA-approved treatments for AA. Prior studies have identified a prominent interferon signature in AA, which signals through JAK molecules.
Methods: A patient with AA was enrolled in a clinical trial to examine the efficacy of baricitinib, a JAK1/2 inhibitor, to treat concomitant CANDLE syndrome. In vivo, preclinical studies were conducted using the C3H/HeJ mouse model to assess the mechanism of clinical improvement by baricitinib.
Findings: The patient exhibited a striking improvement of his AA on baricitinib over several months. In vivo studies using the C3H/HeJ mouse model demonstrated a strong correlation between resolution of the interferon signature and clinical improvement during baricitinib treatment.
Interpretation: Baricitinib may be an effective treatment for AA and warrants further investigation in clinical trials.
© 2015 The Authors. Published by Elsevier B.V. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

## 1. Introduction

Alopecia areata (AA) is a polygenic autoimmune disease that results in hair loss that ranges in presentation from circular patches on the scalp that can often undergo spontaneous resolution to complete hair loss that may persist for life. There are currently no FDA-approved treatments for AA, and treatment regimens for patients with severe disease are empiric and frequently unsatisfactory. Recent work in human subjects has identified several genes underlying AA (Petukhova et al., 2010; Betz et al., 2015), as well as a prominent interferon (IFN)

* Correspondence to: A.M. Christiano, Department of Dermatology, Columbia University, College of Physicians & Surgeons, 1150 St. Nicholas Ave., 3rd Floor, New York, NY 10032, USA.
** Correspondence to: A. Zlotogorski, Department of Dermatology, Hadassah-Hebrew University Medical Center, Jerusalem 9112001, Israel.
E-mail addresses: amc65@columbia.edu (A.M. Christiano), zloto@cc.huji.ac.il (A. Zlotogorski).
[1] These authors contributed equally to this work.
[2] These authors jointly directed this work.

signature in the AA scalp (Xing et al., 2014), inviting trials targeting this pathway for treatment purposes.

Chronic atypical neutrophilic dermatosis with lipodystrophy and elevated temperature (CANDLE) syndrome (OMIM 256040) is a monogenic autoinflammatory syndrome that was initially described in 2010 (Torrelo et al., 2010). Patients present within the first six months of life with recurrent episodes of fever, periocular erythema and edema, annular violaceous plaques (Supplementary Fig. 1) and lipodystrophy (Torrelo et al., 2010; Ramot et al., 2011; Liu et al., 2012). Alopecia is not reported as a part of the CANDLE phenotype or other immunoproteasome-related disorders (Torrelo et al., 2010; Agarwal et al., 2010; Arima et al., 2011). Mutations have been discovered in PSMB8, whose gene product is a component of the immunoproteasome, in some, but not all patients, with CANDLE syndrome (Liu et al., 2012). There are currently no well-established treatments for this rare orphan disease. Whole genome expression analysis of peripheral blood mononuclear cells identified the IFN pathway as being highly dysregulated in these patients (Liu et al., 2012), establishing a possible target for the development of new treatments.

http://dx.doi.org/10.1016/j.ebiom.2015.02.015
2352-3964/© 2015 The Authors. Published by Elsevier B.V. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

Incyte Exhibit 1021, Page 1 of 5

AA and CANDLE syndrome are both characterized by prominent IFN signatures, albeit as a result of different genetic mechanisms. Type I and type II IFNs signal through cell surface receptors that initially activate JAK kinases, specifically JAK1 and either TYK2 or JAK2, respectively. Small molecule JAK inhibitors have been developed and are currently available for myelofibrosis (Verstovsek et al., 2010) and rheumatoid arthritis (RA) (Fleischmann et al., 2012). This class of drugs offers the convenience of being orally bioavailable when compared with biologic inhibitors of IFNs, which require parenteral administration. Here, we describe a patient enrolled in a clinical trial of baricitinib, an oral JAK inhibitor with relative selectivity for JAK1 and JAK2, for CANDLE syndrome who experienced dramatic resolution of his AA.

A 17-year-old man with chronic long-standing AA was enrolled in a clinical trial examining the efficacy of baricitinib for a proposed IFN mediated autoinflammatory syndrome, CANDLE syndrome (NCT01724580). The diagnosis of CANDLE syndrome was based on the typical clinical features of widespread annular violaceous skin lesions and the multisystemic inflammatory characteristics (Ramot et al., 2011) and had been confirmed by finding a homozygous mutation in *PSMB8* (Liu et al., 2012). Prior to the trial, he had been treated for CANDLE syndrome with two courses of intravenous pulses of methylprednisolone and oral methotrexate (10 mg/week). At the time of study initiation, he had been taking oral prednisone at a dose of 12 mg/day.

The patient suffered from a chronic patch-type AA for seven years, which involved mainly his occipital scalp. He had been treated with dithranol cream and minoxidil in the past without improvement of his alopecia. In the time preceding his enrollment in the trial, the patient experienced progression of his disease to an ophiasis pattern, a form of AA that is usually recalcitrant to treatment (Finner, 2011), despite being on an immunosuppressive regimen for CANDLE syndrome.

## 2. Methods

### 2.1. Clinical Studies

Due to the observation that increased STAT-1 phosphorylation and a strong IFN response signature are observed in CANDLE patients (Liu et al., 2012), a treatment trial with the JAK 1/2 inhibitor baricitinib was initiated at the National Institutes of Health (NCT01724580). The patient was enrolled in this study and started to receive once-daily oral baricitinib in September 2012, initially at a dose of 7 mg daily and 6 months later at 7 mg in the morning and 4 mg in the evening, with gradual tapering of oral corticosteroids to 3 mg daily. Informed consent was provided by the patient and his guardians. All forms and protocol were approved by the NIDDK/NIAMS IRB, and the study number on clinicaltrials.gov is NCT01724580.

### 2.2. Animal Studies

We performed three sets of *in vivo* experiments to determine the mechanistic basis for treatment response of AA with baricitinib. Baricitinib was obtained from MedKoo Biosciences (Chapel Hill, NC). The C3H/HeJ graft-recipient mouse model of AA was used for these experiments. C3H/HeJ mice spontaneously develop alopecia at a rate of 10–20% by 6–18 months of age. C3H/HeJ mice that receive skin grafts of alopecic skin from donor alopecic C3H/HeJ mice develop the disease 95–100% of the time by 10 weeks post-transplant. Using the C3H/HeJ grafted mouse model of AA, we first conducted experiments to prevent onset of disease by administering baricitinib at the time of grafting. Briefly, alopecic skin from a C3H/HeJ mouse that spontaneously developed hair loss was grafted onto 8–10 week old C3H/HeJ mice free of disease. At the time of grafting, an osmotic pump (Alzet) that administered approximately 0.7 mg/day of baricitinib or placebo was implanted. Osmotic pumps were changed monthly.

A time-to-event survival analysis for interval censored data was performed. The survival and interval packages in R were used to perform log-rank tests. The hypothesis that the survival distributions are equal in the (n = 10) baricitinib-treated mice and (n = 10) placebo-treated mice is rejected at the 5% level using Sun's score to perform an exact log-rank two-sample test with the p-value of 0.0035.

We then conducted treatment experiments in the setting of established AA in mice, using both systemic delivery and topical delivery of baricitinib. C3H/HeJ recipients of alopecic C3H/HeJ mouse skin were aged at least an additional 12 weeks to allow for near complete alopecia prior to either implantation of osmotic pumps or topical treatment. Osmotic pump administration was conducted in a similar manner as for the prevention experiments. For topical treatment experiments, vehicle control or 0.5% baricitinib was applied topically daily. For these experiments, the R package nparLD was used to test the hypothesis that there exists a treatment by time interaction. A F1–LD–F1 design was employed. The hypothesis of no interaction, *i.e.*, parallel time profiles, is rejected at the 5% level using both the Wald-type statistic and the ANOVA-type statistic with the p-values of $5.80 \times 10^{-22}$ and $3.74 \times 10^{-15}$, respectively, for the baricitinib-treated (n = 8) and placebo-treated (n = 8) groups.

At the indicated time points, skin samples were taken for the purposes of immunohistochemical staining and microscopy, immune infiltrate extraction and flow cytometric analysis, and/or RNA expression studies (see Supplementary Materials and methods). Microarray data were deposited in Gene Expression Omnibus with accession number GSE61555.

## 3. Results

### 3.1. Clinical Response to Baricitinib

Soon after starting baricitinib treatment, there was a remarkable improvement in the patient's AA, regressing to only a single patch of hair loss on his occipital scalp three months after starting baricitinib treatment (Fig. 1). There was a steady regrowth of hair on this single patch, until he had complete resolution of hair loss nine months after starting treatment (Fig. 1). With continued baricitinib treatment, his hair regrowth persisted. Today, under baricitinib treatment, the patient has complete hair growth on his scalp, with no signs of recurrence of AA.

### 3.2. Resolution of the IFN Signature

Intrigued by the rapid improvement in his AA, we evaluated the effect of baricitinib in a mouse model of AA and conducted mechanistic studies to understand the action of baricitinib. We conducted three sets of *in vivo* experiments to investigate the mechanisms of action of baricitinib for AA. C3H/HeJ grafted alopecic mice were treated with systemically administered baricitinib or vehicle/placebo control either prior to (Supplementary Fig. 2) or following the establishment of alopecia (Supplementary Fig. 3). Furthermore, C3H/HeJ grafted alopecic mice were treated with a topical formulation of baricitinib or vehicle control after the mice developed alopecia (Fig. 2). In all three cases, hair growth was consistently observed in baricitinib-treated mice, compared with no clinical evidence of hair regrowth in vehicle control treated mice (Fig. 2 and Supplementary Figs. 2 and 3). Skin biopsies were taken 12 weeks after the start of treatment and assessed for immune cell infiltration and loss of immune privilege. Baricitinib treated mice exhibited substantially reduced inflammation as assessed by H&E staining, reduced CD8 infiltration, and reduced MHC class I and class II expression when compared with vehicle-control treated mice (Fig. 2). CD8$^+$NKG2D$^+$ cells, critical effectors of disease in murine and human AA, were greatly diminished in baricitinib treated mice compared with vehicle control treated mice (Fig. 2).

To define the molecular response to baricitinib, we performed gene expression profiling of treated skin in both the prevention and treatment models. Our previous studies defined an Alopecia Areata Disease Activity Index (ALADIN) biomarker for response to treatment (Xing et al., 2014), which monitors three distinct gene expression signatures, one of which is the IFN response. In all three contexts, we observed

Incyte Exhibit 1021, Page 2 of 5



**Fig. 1.** Clinical response to baricitinib in CANDLE patient with AA. Scalp photos of the CANDLE patient with AA prior to and during treatment with baricitinib. Timeline showing the approximate dates that photographs were taken and period in which the patient was being treated with baricitinib.

**Fig. 2.** Treatment of AA in C3H/HeJ mouse model. C3H/HeJ graft recipient mice were treated with topical baricitinib or vehicle control after disease establishment. A, Photographs were taken at 12 weeks post-treatment. B, Graph of hair regrowth index in each group over time. C, Skin sections were taken at baseline and at 12 weeks post-treatment and stained with H&E or with antibodies to CD8, MHC class I, MHC class II, or ICAM-1. D, Frequency of CD8$^+$NKG2D$^+$ cells in treated skin.

Incyte Exhibit 1021, Page 3 of 5

Appx2223

jamadermatology.com

April 2016
Volume 152, Number 4
Pages 357-500

# JAMA Dermatology

## Research

**Original Investigation**
391 Cutaneous Findings
and Systemic Associations in Women
With Polycystic Ovary Syndrome
TH Schmidt and Coauthors

399 Insulin Resistance and Metabolic
Syndrome in Young Men With Acne
M Nagpal and Coauthors

405 Prevalence of *MITF* p.E318K in Patients
With Melanoma Independent of the
Presence of *CDKN2A* Causative Mutations
M Potrony and Coauthors

413 Total Nevi, Atypical Nevi,
and Melanoma Thickness: An Analysis
of 566 Patients at 2 US Centers
AC Geller and Coauthors

419 Risk Factors for Cutaneous Squamous
Cell Carcinoma Recurrence, Metastasis,
and Disease-Specific Death:
A Systematic Review and Meta-analysis
AK Thompson and Coauthors

429 Risk of Major Adverse Cardiovascular
Events and All-Cause Mortality in Patients
With Hidradenitis Suppurativa
A Egeberg and Coauthors

435 Intrafamily and Interfamilial Phenotype
Variation and Immature Immunity in Patients
With Netherton Syndrome and Finnish
*SPINK5* Founder Mutation
K Hannula-Jouppi and Coauthors

443 Development and Psychometric
Validation of the FACE-Q Skin, Lips,
and Facial Rhytids Appearance Scales
and Adverse Effects Checklists
for Cosmetic Procedures
AF Klassen and Coauthors

**Brief Report**
452 Effects of Combined Treatment
With Arsenic Trioxide and Itraconazole
in Patients With Refractory Metastatic
Basal Cell Carcinoma
MS Ally and Coauthors

## Opinion

**Viewpoint**
371 Should We Leave the Skin Biopsies
to the Dermatologists?
KT Shahwan and AB Kimball

373 Human Migration and Leishmaniasis—
On the Move
LV Stamm

**Editorial**
375 Genetic Testing for Melanoma—
Where Are We With
Moderate-Penetrance Genes?
B Bressac-de Paillerets and Coauthors

377 New Insights Into the Relationship
Between the Skin and Endocrine Disorders
RV Reynolds

**Clinical Review & Education**
JAMA Dermatology Clinicopathological Challenge
461 A 50-Year-Old Woman With Reticulate
Hyperpigmentation
M Ascha and Coauthors

463 A Discordant Cutaneous Eruption
in a Neonatal Twin
WE Damsky and Coauthors

465 A Patient With Blue Ears
K Muttardi and Coauthors

Continuing Medical Education
500 Online Quiz Questions

**LETTERS**
**Research Letter**
470 Repetitive Application of Sunscreen
Containing Titanium Dioxide Nanoparticles
on Human Skin
SG Coelho and Coauthors

472 Ankle Range of Motion, Leg Pain,
and Leg Edema Improvement
in Patients With Venous Leg Ulcers
JD Fox and Coauthors

474 Dirty Dots as a Normal Trichoscopic
Finding in the Elderly Scalp
M Miteva and Coauthors

476 Effect of Microneedle Pretreatment
on Topical Anesthesia:
A Randomized Clinical Trial
J Ornelas and Coauthors

477 Association of Dermatology
Consultation With Accuracy of Cutaneous
Disorder Diagnoses in Hospitalized Patients:
A Multicenter Analysis
D Kroshinsky and Coauthors

480 *FLT3* Inhibitor–Associated
Neutrophilic Dermatoses
N Varadarajan and Coauthors

482 Observation
493 Comment & Response

**HUMANITIES**
**Notable Notes**
372 The Quest for the Ultimate
Skin-Lightening Agent

374 Stereoscopic Cards in Early 20th Century
Dermatologic Education

379 The Bard's Blunder—Debunking the
Myth Around Rhinophyma

398 Dermatologic Ailments in the White House

404 Syphilis, a Disfiguring Disease

428 Dermatologic Etymology: Descriptive
Terms of Color

451 The Emperor's Itch

495 The Purple Dye That Heals

▣ Issue Highlights and Continued Contents
on page 361



A JAMA NETWORK
PUBLICATION



Incyte Exhibit 1027, Page 1 of 5

**4**. Su T-IK, Khanna D, Furst DE, et al. Rapamycin versus methotrexate in early diffuse systemic sclerosis: results from a randomized, single-blind pilot study. *Arthritis Rheum*. 2009;60(12):3821-3830.

**5**. Mitra A, Luna JI, Marusina AI, et al. Dual mTOR inhibition is required to prevent TGF-β-mediated fibrosis: implications for scleroderma. *J Invest Dermatol*. 2015;135(11):2873-2876.

**6**. Wright NA, Mazori DR, Patel M, Merola JF, Femia AN, Vleugels RA. Epidemiology and treatment of eosinophilic fasciitis: an analysis of 63 patients from 3 tertiary care centers. *JAMA Dermatol*. 2016;152(1):97-99.

## Topical Ruxolitinib for the Treatment of Alopecia Universalis

Alopecia areata and variants alopecia totalis and alopecia universalis are common conditions for which treatment options are limited. Oral Janus kinase (JAK) inhibitors have recently been shown to be effective for the treatment of these disorders. There are, however, risks for serious adverse effects with systemic therapy that may be avoided if topical therapy were an option.

**Report of a Case** | A patient in her late teens presented for evaluation and management of alopecia universalis. Treatment with prednisone, intralesional triamcinolone, sulfasalazine, topical squaric acid dibutylester, and topical anthralin had been ineffective. The patient had not had any treatment in the previous 2 years. She was otherwise healthy and took no medications. There was no family history of alopecia areata or other autoimmune disease. Findings from a complete review of systems were negative. On examination, there was complete absence of scalp and arm hair and only sparse hair growth of the right lateral eyebrow (**Figure**, A).

In light of the recent successful treatment of alopecia areata and variants with the JAK inhibitors tofacitinib[1] and ruxolitinib,[2] these were discussed as therapeutic options. Apprehensive of the potential risks of these medications, the patient and her parents decided to pursue a trial of a topical JAK inhibitor. Topical formulations of both tofacitinib and ruxolitinib have been demonstrated to be effective in reversing disease in a murine model of alopecia areata,[2] and topical tofacitinib ointment has been demonstrated to be well tolerated and effective for the treatment of plaque psoriasis.[3] To our knowledge, the use of topical JAK inhibitors has not yet been explored for the treatment of alopecia areata and variants in humans.

Results of baseline laboratory tests, including QuantiFERON-TB Gold (Quest Diagnostics), human immunodeficiency virus, and hepatitis B and C blood tests were negative, and a complete blood cell count and comprehensive metabolic panel were within normal limits, though the white blood cell (WBC) count was borderline low at 4500/μL (normal, 4500/μL-13 000/μL) (to convert WBC to ×10⁹/L, multiply by 0.001).

The patient began treatment with topical ruxolitinib, 0.6%, cream twice daily to the scalp and eyebrow regions. After 12 weeks of treatment, the eyebrows were nearly normal (Figure, B), and there was growth of about 10% of scalp hair with numerous 5- to 10-mm darkly pigmented hairs in

**Figure. Eyebrows Before and After Treatment With Topical Ruxolitinib, 0.6%, Cream**



A  Pretreatment



B  After 12 weeks of treatment

A, At baseline, there is sparse hair growth of the right lateral eyebrow only (eyebrows are drawn in with makeup). B, After 12 weeks of treatment, the right eyebrow is normal, and there has been significant regrowth of the left eyebrow.

arcuate and annular patches distributed over the entire scalp. The patient tolerated the medication without adverse effects. Laboratory monitoring at weeks 4, 8, and 12 demonstrated a small, stable decrease in WBC count at 3800/μL, 4100/μL, and 3800/μL, respectively. Otherwise, there were no abnormalities in complete blood cell count or renal or liver function.

**Discussion** | To our knowledge, this is the first report of successful treatment of alopecia universalis with a topical JAK inhibitor. While additional studies will be needed to confirm the efficacy, further explore the safety and tolerability, and determine optimal concentrations of topical ruxolitinib and other topical JAK inhibitors for alopecia areata and variants, the results in this case are promising. Although uncommon, serious adverse effects including cancer have been reported in patients taking oral JAK inhibitors. In the case of the present patient, the small decrease in WBC count after starting topical ruxolitinib treatment is suggestive of systemic absorption; however, the patient's baseline WBC count was borderline low, and so causality is difficult to assess.

Topical JAK inhibitors represent an exciting new treatment opportunity for an often psychologically devastating condition. Given the likely more favorable safety profile associated with topical administration, their use may be considered in patients for whom the potential for serious adverse effects makes oral administration unattractive, most notably the pediatric population.

Brittany G. Craiglow, MD
Daniel Tavares, PharmD
Brett A. King, MD, PhD

THIS MATERIAL MAY BE PROTECTED
COPYRIGHT LAW (TITLE 17 U.S. CODE)

**Author Affiliations:** Department of Dermatology, Yale University School of Medicine, New Haven, Connecticut (Craiglow, King); Quality Care Drug, Centerbrook, Connecticut (Tavares).

**Corresponding Author:** Brett A. King, MD, PhD, Yale University School of Medicine, PO Box 208059, New Haven, CT 06520 (brett.king@yale.edu).

**Published Online:** December 9, 2015. doi:10.1001/jamadermatol.2015.4445.

Incyte Exhibit 1027, Page 4 of 5

Appx2259

May 8, 2014

Volume 57 • Number 9

pubs.acs.org/jmc

# Journal of
# Medicinal
# Chemistry



ACS Publications
Most Trusted. Most Cited. Most Read.

www.acs.org

Incyte Exhibit 1033, Page 1 of 20

Appx2279

Journal of
# Medicinal Chemistry



Perspective

pubs.acs.org/jmc

# Using Deuterium in Drug Discovery: Leaving the Label in the Drug

Thomas G. Gant*

Recondite Falls Discovery, LLC, Greengarden Blvd, Erie, Pennsylvania 16509 United States

**ABSTRACT:** Deuterium, the stable isotope of hydrogen, is known to medicinal chemists for its utility in mechanistic, spectroscopic, and tracer studies. In fact, well-known applications utilizing deuterium exist within every subdiscipline in pharmaceutical discovery and development. Recent emphasis on incorporation of deuterium into the active pharmaceutical ingredient has come about as a result of inquiries into the potential for substantial benefits of the deuterium kinetic isotope effect on the safety and disposition of the drug substance. This Perspective traces the author's experience in reviving and expanding this potential utility, first suggested many decades prior by the discoverer of this, the simplest of all isotopes.



## ■ A REINTRODUCTION TO DEUTERIUM

Harold Urey, one of the most brilliant chemists of the 20th century, discovered deuterium about a year before the identification of the neutron. Even without a full picture of this isotope, he still understood the importance of what he'd done sufficiently well to predict much of what has happened to science, with respect to deuterium, as a result. This isotope has found its way into tens of thousands of scientific publications. And the pharmaceutical industry is probably second only to the nuclear industry in its appreciation of, and reliance on, deuterium. The next step in this growing relationship will be to actually incorporate the isotope into the final product. A slew of companies are now racing to do just that. But until that final approval by the FDA, the actual incorporation of deuterium into a medicine will continue to be a curiosity to most, something to poke with a stick, not quite admitting that its inevitable acceptance is right around the corner. Several good reviews have been written on the subject,[1] going back to a time before any companies existed for the sole purpose of exploiting deuterium as there are today. So this is not a review but a perspective. And the perspective that follows is based in part on the most common questions that I've gotten from many hundreds of chemists, biologists, clinicians, physicists, venture capitalists, patent lawyers (ex-chemists), and even consultants (retired chemists). Since some readers may find certain sections more to their interest than others, a bit of redundant language is included to allow each topic to stand alone.

## ■ DARING TO USE A NEW NUCLEUS

Introducing a new nucleus to the pharmaceutical world is never easy. It was not so long ago that medicinal chemists who suggested incorporating boron into a protease inhibitor were subjected to a derisive retort at a minimum. Then along came the lightning fast FDA approval of bortezomib, and it has become commonplace to find boron in advanced discovery projects, often even landing in the company pipeline. Bortezomib

(Velcade) is one of the most effective new drugs to hit the oncology world in a generation and would not have happened if not for a fearless champion or two.[2] Boron is a superb "warhead" within certain parameters of application. The only clear negative to its use is the generally high level of synthetic skill needed to generate sufficient analogs for a vigorous drug discovery program.[3] In a similar example, this author made the "bold" move in the 1990s of appending a bromide onto an aromatic group on a tyrosine kinase inhibitor (CP-547632).[4] There were concerns about the overall stability of the active pharmaceutical ingredient (API), since there was only scant precedent to support its consideration. The highly supportive data for the drug itself were not sufficient to allay concerns. On the other hand, the industry-wide acceptance of bromide *ion*, present as salt form counterion in about 4% of all drugs,[5] is largely unquestioned, even in light of this ion's known sedative and other bioactive properties (thus, the vernacular use of the word "bromide" referring to a relaxant) and its extraordinary half-life (~2 weeks), leading to legitimate concerns for the use of this counterion in chronically administered medications. It turns out that this use of a stable *covalent* bromide, as an aryl bromide specifically, is a terrific substitute, a bioisosteric replacement, for a methyl group in tolyl form, in so many regards. It has similar group electronegativity, similar van der Waals volume, and similar hydrophobic binding properties. But it is many-fold more stable to oxidation, both CYP-mediated and autoxidative, relative to an aromatic methyl group. In standard preclinical stability assays, all similar analogs proved to be remarkably stable to the battery of purposefully harsh $h\nu$, and other corrosive, conditions employed to represent the kind of environmental thrashing that commercial products must endure. This particular molecule is still the most stable drug this author has ever made. Consider the conundrum that the primary concern was stability, although

Received: May 29, 2013
Published: December 2, 2013


Incyte Exhibit 1033, Page 4 of 20
Appx2282

**Figure 6.** This logical schematic reveals the fate of the deuterium-substituted quenching agent, information unavailable with the use of protio reagents.

forming bond), potentially weaker van der Waals stabilization, and changes that are difficult to predict including changes in intramolecular volume and transition state volume. And the differences do go on and on. But in an R&D setting, what are the variances that may translate to a clinically relevant difference? Not many. The differences are so small that most eluded detection for decades after deuterium's discovery. Most of these differences are still only detectable in a few highly contrived circumstances. And the physicochemical differences that do exist (Figure 7), readily apparent in the hands of the world's finest

**Figure 7.** Deuterium, a rare and stable isotope, gives rise to altered physicochemical characteristics in compounds where bonding is critical, such as in highly hydrogen bonded compounds.

physicists and physical chemists, are generally undetectable in the clinical setting. The C−D diatomic pair is the one true nonradioactive bioisosteric, bioisotopic, bioisoelectronic replacement for the ubiquitous C−H bond. For contrast, compare the C−D alternative to the most common C−H replacement in medicinal chemistry applications, the C−F switch. One of the most common questions I hear in regard to the D-switch approach is "why wouldn't you just throw a fluorine on that site?" And so the C−F group remains perhaps the most common replacement for an oxidatively labile C−H group in drug discovery. Fluorine substitution, although certainly a proven way to avert oxidation at the specific site of replacement, is massively different in so many properties relative to the hydrogen it is replacing. Fluorine has a van der Waals volume almost 100% larger than hydrogen, is substantially more electronegative (3.98

vs 2.20 on the Pauling scale, respectively), and is capable of acting as a hydrogen bond *acceptor*, to name just a few stark differences. As such, the resulting fluorinated drug is different in every conceivable manner along the entirety of the ∼10-year drug discovery and development timeline. In stark contrast, a deuterated drug is virtually indistinguishable from its medicinal protio predecessor in so many ways, including in vitro pharmacodynamics (PD) and physicochemical properties. In fact it is virtually indistinguishable in *all* of its biological properties with the useful exception of those processes involving bond-breaking at the specific C−H site(s) that are oxidatively labile. The C−D bonds may be substantially more stable to oxidative processes because of the kinetic isotope effect (KIE), more specifically the deuterium kinetic isotope effect (DKIE), separated out from any other isotope effects because of its distinctively higher potential magnitude. As a consequence, ADMET can be altered, in some cases to an astonishing extent.[34] The following is a highly abbreviated list of parameters that may change quite substantially when switching from a C−H bond to a C−F bond, but *will not generally exhibit a clinically measurable change when switching from a C−H bond to a C−D bond:*[35]

- Mechanism of action (in the case of multiple subtype binding)
- Target binding affinity
- Subtype binding
- Cellular activity
- Pharmacology model results
- PK/PD relationship
- Permeability
- Crystallinity
- Polymorph selection
- Salt form selection
- Solubility in all vehicles
- Maximum absorbable dose
- Minimum efficacious plasma concentration
- Efflux susceptibility
- Mechanisms saturate at same concentration
- Protein binding/serum binding
- Immunogenicity understood
- GI tolerability
- CNS tolerability
- BBB penetration
- Volume of distribution
- -S9 Ames assay
- -S9 micronucleus assay

dx.doi.org/10.1021/jm4007998 | J. Med. Chem. 2014, 57, 3595−3611

Incyte Exhibit 1033, Page 8 of 20

Appx2286

- Tox species selection
- Off-target profile
- Pass three species tox
- Pass hERG, QTc assays
- Long-term carc studies
- No reactive metabolites
- Formulation issues
- Delivery options realistic
- Dose-proportionate exposure
- Exposure profile responsible for efficacy (e.g., AUC vs $C_{max}$ effect)
- Phase I clinical trial is devoid of SAEs.

So the C−D switch will give results that are clinically or preclinically identical to the protio predecessor in the aforementioned assays, whereas the C−F analog will give different results, potentially positive differences, but also potentially program-ending results if in a clinical rather than a preclinical setting. And yet the switch to a C−F bond remains standard practice in the face of unwanted C−H oxidation of a drug in a biological system, whether the assay be in vitro (e.g., aldehyde oxidases, cytochrome $P_{450}$, monoamine oxidases, alcohol dehydrogenases), in cellulo (e.g., hepatocytes), or in vivo (e.g., rodent, dog, or primate, including human). The change to C−F changes potentially everything. The switch to C−D changes almost nothing except the chemical route, the rate of oxidation, and perhaps the ratio of metabolites. Quite often, with some creativity, the chemical route has far fewer changes in the case of the deuterium switch, relative to the fluorine switch. The changes to the route for the deuterium switch tend to be inexpensive, especially relative to the fluorine switch. And with deuterium, the rate and profile of drug oxidation will change in a wholly predictable manner without any need for allometry. In fact, it is a simple, logical, and still stunning statement that in vitro oxidative changes measured with human reagents should typically accurately foretell in vivo changes in human without any use for the highly inaccurate practice of allometry. This holds particularly true in the case wherein the clearance mechanisms are understood and are reliant on oxidative mechanisms as the primary contributor to clearance.

### EMPLOYING DEUTERIUM IN THE DESIGN AND STUDY OF NEW MEDICINES

My history includes experience with several hundred classes of deuterated drugs with sufficient metabolic data to build a picture of what does and does not work in this field. But I have only put one such drug into the clinic, so I rely on a scant few historical examples of clinically tested deuterated drugs to build a picture that I am about to convey here. These trials have not been run against the protio version of the drug, with rare exception, so absolutist statements are avoided. Since this is not a review, only a few examples are included to illustrate some principles.

### D₁-HALOTHANE

Several biotechnology companies have sought to specialize in deuterium incorporation in the past decade or so. This followed approximately a half dozen high quality individual attempts to use deuterium to improve a particular medicine. Generally, the weakness of many of these approaches has been the weakness one sees in the industry as a whole: a reticence to tackle the most challenging problems and a disproportionate reliance on the familiar. Consider the case of halothane. This volatile anesthetic is known to cause hepatotoxicity, and there is support for the

theory that an acyl chloride is the reactive intermediate responsible for forming DNA adducts (Figure 8), and likely



**Figure 8.** Halothane, when oxidized, breaks down to a reactive intermediate. Deuterium substitution slows that process.

other adducts, in the liver. A very nice synthesis of D₁-halothane was developed, and a dramatic reduction in DNA adducts was observed.[36] The problem here was certainly not that this work did not represent a significant improvement to the agent at hand. The problem was that this work was published in 1976, a time when safer alternatives to halothane were already known, such as sevoflurane, now itself being replaced to an extent by desflurane. So this beautifully executed deuteration solved a problem that had already been solved elsewhere. If any medicine were to be subjected to the powerful influence of deuterium substitution, why would one choose a drug that, in essence, no longer needed improvement? Well, the very accomplished scientist who carried out this work had been working on halothane for many years; this was his area of expertise. This is representative of what has largely held up a great many innovations: a focus on problems benefitting from accessibility rather than application to problems of greatest need and import. In defense of the very insightful person who carried out what is clearly a beautiful piece of work on halothane, the corporate environment rarely allows even this level of true inquiry and experimentation.

### 2-²H-3-FLUORO-D-ALANINE

The antibiotic 2-²H-3-fluoro-D-alanine, also known as fludalanine is a different manifestation of the same trouble that deuteration approaches have had elsewhere. The example represents a highly successful application of deuteration in the limited sphere of deuteration chemistry, but the example was carried out in the service of a drug that was not to be successful for other reasons. This particular drug failed as an antibiotic because of rapid resistance to the drug, not a trait that deuteration was ever meant to address. The singly deuterated fludalanine did in fact lower oxidative clearance in a primate model, as demonstrated in a primate model, by a factor of about 2.5-fold,[37] the same ratio observed for the kinetic isotope effect in the in vitro assay with the molecular nemesis of the protio drug, namely, D-amino acid oxidase. The oxidase converted the amino acid to 3-fluoropyruvate, and this was followed by reduction to 3-fluorolactate, the metabolite that was to be monitored in patients. This was a very intelligently designed and executed program and may have changed the

Incyte Exhibit 1033, Page 9 of 20

Appx2287



**Figure 11.** In the event that an approved drug acts as the lead molecule, the deuterium substitution approach may utilize roughly 2 billion dollars' worth of information with only the minimal analoging, straightforward human metabolism projections, and metabolite analyses constituting truly new science. The remainder of the pathway ranges from highly predictable to entirely predictable, if it is necessary at all (LADMET = liberation, absorption, distribution, metabolism, excretion, and toxicity).

Nevertheless, language "protecting" deuterated analogs made its way into the boilerplate. Why would this be done? Why make statements that you are claiming the right to deuterated analogs if you have made no attempt whatsoever to enable that claim? The obvious answer is simply that those *not* skilled in the art of reading patents will be shooed away from deuterium-substituted versions of the properly claimed protio composition-of-matter. It is useful to realize that only a select few companies' employees, as a consequence of the corporate culture, have no fear of patents. The corollary is that most companies' employees live in eternal fear of patents and are easily scared away from a valuable, though wholly unprotected, volume of unprotected space. So a few well-placed words can easily protect what is, in reality, entirely unprotected.

### ■ A CRASS BUT NECESSARY TOPIC

A surprising number of questions come in about the cost-of-goods when using this approach. The short answer is that deuterium substitution actually saves a great deal of money at almost every step of the drug discovery and development process. But to convince the reader, let us start with raw material, "the raws". The ultimate source of most reagents for these transformations is the inexpensive, safe, and readily available heavy water ($D_2O$). A recent price for the common reagent $D_2O$

was $88.70 per 100 g. This price drops considerably with a bulk purchase, but considering that our reagent has a molecular weight of just 18 g/mol, this 100 g purchase may just constitute a bulk purchase, since it may well get us through phase I, depending of course on our specific needs. Consider also that the price quoted is for 99.9% deuterium incorporation, and we can save substantially by opting for 99.8% incorporation, usually creating no clinically relevant difference in the performance of the final product. Just as germane is the observation that this approach is frequently applied to a drug whose protio synthesis has been well worked out, so the cost of the deuterio synthesis often benefits from the reduction in overall process development costs. The primary benefit that produces the reduced production costs, however, is clearly in the reduction of drug clearance. Even in most instances where the primary goal is something other than half-life extension, the deuterated analog still improves stability enough to dictate a lower effective dose. Thus, the usual 1−5% increase in cost of materials is more than offset by the ∼10−70% reductions in dose. In assessing the cost-of-goods (COGs), it is instructive to consider the great number of discovery and development activities that may be references in full to the protio version with no alteration and possibly no need for repeating. Even the activities that must be repeated are often guided so effectively by the protio precedent that a single run-through is

Incyte Exhibit 1033, Page 16 of 20

Appx2294

sufficient. A D-switch drug discovery pathway consists most conspicuously of three activities: (1) an analoging effort, (2) metabolism studies using human reagents, and (3) extensive metabolite analyses. Every other typical activity is so utterly predictable that deuteration companies are understandably asking the FDA for exceptions to many of these activities. Consider just one activity that *must* be repeated when transferring from the protio effort to a deuterium-substituted drug: the analoging effort. The original protio effort may easily have required 5—10k analogs to traverse iteratively from hit to lead to the invention of the specific structure found in the approved medicine. A deuterium-substitution follow-on effort (Figure 11) will typically require only 1—10 analogs (a) to prove the viability of the approach (or lack thereof) and (b) to find the ideal substitution pattern.[59] In addition to the analoging effort, the human metabolism studies and the assays for toxic, or otherwise undesirable, metabolites are the primary activities required for the improved drug substance. The analoging effort may, in the ideal scenario, use the protio synthetic route to such an extent that merely purchasing a deuterated reagent allows for no other significant changes to synthesis. In the event that the entire synthesis must be reworked, this still constitutes a minor effort when one considers that frequently the 5—10k analog efforts of typical drug discovery efforts require the de novo syntheses of dozens or even hundreds of unique core structures. A nonchemist may not appreciate the virtually guaranteed weeks-long headaches inherent in synthesizing even one "probe analog" with that extra nitrogen in the aromatic ring, for example. Those efforts do not exist in this synthetically simplified world of the D-switch. Ultimately, when it becomes clear which breaks, if any, are routinely granted by the FDA, one can produce a scalar to estimate full discovery and development costs of a deuterated drug. However, even in the complete absence of any real breaks from the FDA on typical development requirements, the cost of R&D in this space will be far less than half of a typical program because of the near complete absence of the range-finding, wandering-in-the dark trials that must accompany the successful NDA of any other kind of drug.

### POTENTIAL FOR BIOENGINEERING WITH DEUTERIUM

Bioengineering is not just for the production of biologics, despite what your corporate structure may suggest. Techniques for producing small molecules in heavy water culture have been around for decades and are surprisingly amenable to techniques available to most drug discovery teams. Thus, one can envision analog production by way of semisynthesis *from* perdeuterated starting materials rather than the more typical deuterium incorporation *into* protio materials. Some of the more interesting and useful perdeuterated materials produced in this manner include chlorophyll and perdeuteroglucose.[60] All of the species most frequently tapped for biologics production have contributed to this cause, including bacteria, yeast, mammalian culture, and even algae.[61] *E. coli* has been cultured stably in >99% $D_2O$ for more than 1 year, the primary difference being slower growth. Yeast acclimates surprisingly rapidly to >99% $D_2O$; several species have been used with ready success. Most mammalian cultures are limited to moderate deuterium levels; CHO and other mammalian cells typically hit a wall when $D_2O$ concentration exceeds ∼50%,[62] although one variant was produced in >99% $D_2O$, albeit with up-regulation of heat shock proteins. Algae production[63] may be less familiar to the

typical discovery team, but this species has been maintained stably in >99% $D_2O$ for more than 1 year in the production of chlorophyll.[64] In general, cultures grow more slowly in deuterium oxide, although many contravening results have been found including the stimulation of growth in *Mycobacterium tuberculosis* at $D_2O$ levels up to ∼80%.[65] The opportunities for deuterium incorporation into semisynthetic schemes are limited only by the chemists' imagination (and perhaps their knowledge of the biosynthesis and the relevant substitution chemistry, in reverse).



**Perdeuterochlorophyll**
$C_{55}D_{74}MgN_4O_5$

### LURE OF TRITIUM

Deuterium can occasionally net a more stable drug with few clinically relevant changes, so what is the effect of adding yet another neutron to a site anticipated for oxidative attack? Well, the increase in kinetic stability is quite substantial. Unfortunately, stable deuterium has now given way to radioactive tritium. Few medicinal chemists have the training or the facilities to directly work with tritium, but fortunately, it is a suitable approach to simply model tritium with deuterium. Using the simple relationship illustrated in eq 1 (the Swain equation[66]),

$$\frac{k_H}{k_T} = \left(\frac{k_H}{k_D}\right)^{1.442} \tag{1}$$

one can run the necessary in vitro or in vivo experiments with deuterium and have a reasonable expectation as to the outcome of the tot experiment. As an example, a DKIE of 3 is predicted to translate to a tritium KIE (TKIE) of ∼4.9. The most spectacular gains may be in the unpredictable instance where tunneling occurs for the hydrogen substituted species, a phenomenon far less likely with a tritiated analog. This is not a method for the faint of heart but could be envisioned to have applications in oncology applied to particularly lethal suicide inhibitors.

### CONCLUSION

Deuterium incorporation is an easy technique to initiate. And with thoughtful and well-informed decisions along the way, with a properly designed assay strategy, reaching a decision point is characteristically quick and painless. But in the absence of assays for unexpected benefits, it is also very easy to miss important improvements that are so often obtained with this technology. It certainly does not always work the way we might hope, but it pays to keep an open mind and a diligent analytical strategy. The technology is mature in many regards but nascent in others, allowing the solution of a host of otherwise intractable problems while opening up opportunities for novel research. Whether this

Incyte Exhibit 1033, Page 17 of 20

Appx2295



# CoNCERT Pharmaceuticals, Inc.

**Precision Deuterium Chemistry Backgrounder**

**Non-Confidential**

CoNCERT Pharmaceuticals, Inc. | 99 Hayden Avenue, Suite 100 | Lexington, MA 02421 USA
Tel: +1 781.860.0045 | Fax: +1 781.860.8923 | www.concertpharma.com

©2007.  CoNCERT Pharmaceuticals, Inc.  All Rights Reserved.

Incyte Corp., Ex. 1006-p.1

**OVERVIEW: CONCERT PRODUCT PLATFORM**

CoNCERT Pharmaceuticals is the first company dedicated to creating safer, more effective medicines using Precision Deuterium Chemistry.

CoNCERT's proprietary product platform offers:
- Improved, best-in-class compounds derived from existing, validated drugs;
- New Chemical Entities (NCE's) protected by patent applications claiming composition of matter;
- Greatly reduced R&D risk, time and expense; and
- Rapid phase 1 proof-of-concept.

**PRECISION DEUTERIUM CHEMISTRY**
**Subtle changes result in surprising benefits**

Isolated from seawater, deuterium is a naturally-occurring relative of hydrogen that has been used extensively in human metabolic and clinical studies. Deuterium-substituted compounds retain their molecular shape and thus have selectivity and potency comparable to their hydrogen analogs. However, since deuterium is heavier than hydrogen, it forms significantly stronger bonds with carbon resulting in differentiated ADME (Adsorption, Distribution, Metabolism and Excretion). This offers a number of potential clinical benefits (Figure 1):



**Figure 1.** Deuterium substitution has the potential to create NCE's with improved safety, tolerability and efficacy.

Page 2 of 6
CoNCERT Pharmaceuticals, Inc. | 99 Hayden Avenue, Suite 100 | Lexington, MA 02421 USA
Tel: +1 781.860.0045 | Fax: +1 781.860.8923 | www.concertpharma.com

Incyte Corp., Ex. 1006-p.2

Incyte Exhibit 1034, Page 2 of 6

Appx2300

Deuteration provides novel agents with the potential for:

- **Improved safety** by inhibiting the formation of toxic metabolites and reducing drug-drug interactions.

- **Better tolerability** through reduction of overall dose and $C_{max}$.

- **Enhanced efficacy** by increasing bioavailability, AUC and $C_{min}$ with minimal impact on $C_{max}$. Deuteration may also block elimination pathways enhancing the formation of active metabolites.

Since the magnitude and nature of the deuterium benefit cannot be predicted *a priori*, CoNCERT must test multiple compounds in a range of assays to identify those that are differentiated. For novel compounds with meaningful differentiation, CoNCERT expects to have significant patent term, including claims to composition of matter.

CoNCERT compounds are based on drugs with known efficacy and safety that address clinically validated targets. This allows CoNCERT to rapidly create novel, differentiated compounds with substantially reduced R&D risk, time and expense.

CoNCERT has created a deep pipeline with lead programs in vasomotor symptoms, HIV and fibrosis (Figure 2). Human clinical studies on CoNCERT's lead program will be initiated in 2H 2008. In addition, CoNCERT has over 20 on-going discovery-stage programs selected due to their significant clinical differentiation and potential for strong intellectual property protection.

| Product | Indication | Discovery | Preclinical | Phase 1 |
|---|---|---|---|---|
| Non-hormonal 5-HT modulator | Hot flashes | ■ | | CTP-347* |
| Protease inhibitor | HIV | | CTP-518* | |
| Anti-fibrotic | Renal, hepatic | ■ | | |
| NMDA antagonist, σ agonist | Neuropathic pain | ■ | | |
| Antibacterial | MRSA infection | ■ | | |
| Antipsychotic | Schizophrenia | ■ | | |
| PDE5 inhibitor | PAH, BPH | ■ | | |
| Dual Her2/EGFR inhibitor | Multiple tumors | ■ | | |
| Ca²⁺ modulator | Hyperparathyroidism | ■ | | |
| EGFR inhibitor | Multiple tumors | ■ | | |
| CCR5 antagonist | HIV | ■ | | |

**Figure 2.** CoNCERT's product pipeline.

Incyte Exhibit 1034, Page 3 of 6

# D-TORCETRAPIB ILLUSTRATES BENEFITS OF PRECISION DEUTERIUM CHEMISTRY

CoNCERT selected torcetrapib while it was still in development as an exciting new opportunity that had the potential to benefit from Precision Deuterium Chemistry. Oxidative metabolism had been reported for the portions of the molecule highlighted in Figure 3a. This information was used to design a lead series to assess the deuterium structure-activity relationships (SAR). See below figure 3b, analogs A-L.

**Figure 3a.** Metabolic "hotspots" were identified from literature reports of *in vivo* metabolism

**Figure 3b.** A lead series of analogs was developed to assess the deuterium SAR

Human liver microsomes (HLMs) were used to measure the metabolic stability of compounds A-L. Analogs A-F were dramatically stabilized in HLM's while analogs G-L exhibited metabolic rates of degradation similar to that of torcetrapib (Figure 3c

CoNCERT Pharmaceuticals, Inc. | 99 Hayden Avenue, Suite 100 | Lexington, MA 02421 USA
Tel: +1 781.860.0045 | Fax: +1 781.860.8923 | www.concertpharma.com

Incyte Corp., Ex. 1006-p.4

Incyte Exhibit 1034, Page 4 of 6

& 3d). This surprising metabolic stabilization offers the potential to create D-torcetrapib NCE's with more favorable pharmacokinetics for once-a-day dosing. Based on improved metabolic stability, a decrease in $C_{max}$ and an increase in $C_{min}$ could lead to an improved efficacy and side-effect profile respectively.



**Figure 3c.** Metabolism of torcetrapib (Tor) and deuterated compound series A-F, G-I and J-L in human liver microsomes (HLM's) showing compound stability within each series.



**Figure 3d.** SAR of deuterated torcetrapib. Only analogs that contain a fully deuterated ethoxy side chain are stabilized markedly in human liver microsomes

Page 5 of 6
CoNCERT Pharmaceuticals, Inc. | 99 Hayden Avenue, Suite 100 | Lexington, MA 02421 USA
Tel: +1 781.860.0045 | Fax: +1 781.860.8923 | www.concertpharma.com

Incyte Corp., Ex. 1006-p.5

Incyte Exhibit 1034, Page 5 of 6

Appx2303

## INTELLECTUAL PROPERTY

Deuterium substitution results in patentable New Chemical Entities (NCE's). CoNCERT holds over 100 composition-of-matter patent applications addressing a broad range of therapeutic areas of commercial importance to the pharmaceutical industry. The portfolio covers deuterated versions of drugs that have 2012 projected revenues of over $83 billion (Figure 4*)*.



**Figure 4.** CoNCERT patent portfolio by therapeutic class showing estimated revenue of the hydrogen analogs in $billions. Source: EvaluatePharma and industry analysts.

## CONCERT STRATEGY
## Industrialized deuteration platform

CoNCERT is deploying its product technology platform to rapidly assemble a pipeline of valuable new deuterated drugs. CoNCERT's platform supports advancing multiple NCE drug candidates into clinical development each year with an objective of demonstrating clinical proof-of-concept for each program. In this manner, CoNCERT expects that it will provide an unprecedented opportunity for pharmaceutical value creation across multiple important product categories. To fully exploit the commercial opportunity, CoNCERT is interested in identifying partners who are motivated to build substantial value by using CoNCERT NCEs to create or grow key commercial franchises.

## CONTACT INFORMATION

For inquiries, please contact:

Steve Bernitz                                   Tel:    +1 781 674-5224
Chief Business Officer (CBO)          Email: sbernitz@concertpharma.com

Incyte Corp., Ex. 1006-p.6

Incyte Exhibit 1034, Page 6 of 6

Appx2304


Journal of
**Medicinal
Chemistry**
Article

# Aurora Kinase Inhibitors Based on the Imidazo[1,2-*a*]pyrazine Core: Fluorine and Deuterium Incorporation Improve Oral Absorption and Exposure

Angela D. Kerekes,*,† Sara J. Esposite,† Ronald J. Doll,† Jayaram R. Tagat,† Tao Yu,† Yushi Xiao,†
Yonglian Zhang,† Dan B. Prelusky,‡ Seema Tevar,§ Kimberly Gray,§ Gaby A. Terracina,§ Suining Lee,§
Jennifer Jones,§ Ming Liu,§ Andrea D. Basso,§ and Elizabeth B. Smith‖

*Departments of †Chemical Research, ‡DMPK, §Tumor Biology, and ‖Discovery Technologies, Merck Research Laboratories,
2015 Galloping Hill Road, Kenilworth, New Jersey 07033, United States*

*Received August 24, 2010*

Aurora kinases are cell cycle regulated serine/threonine kinases that have been linked to cancer.
Compound **1** was identified as a potent Aurora inhibitor but lacked oral bioavailability. Optimization of
**1** led to the discovery of a series of fluoroamine and deuterated analogues, exemplified by compound **25**,
with an improved pharmacokinetic profile. We found that blocking oxidative metabolism at the
benzylic position and decreasing the basicity of the amine are important to obtaining compounds with
good biological profiles and oral bioavailability.

## Introduction

Aurora kinases (Aurora A, B, C) are cell cycle regulated
serine/threonine kinases that play a key role in regulating
mitosis. Aurora A and B are ubiquitously expressed, while
Aurora C is predominantly expressed in the testes.[1] Aurora A
and B are frequently overexpressed in various human tumors,
including carcinomas of the breast,[2] head and neck,[3] ovary,[4]
prostate,[5] bladder,[6] esopagous,[7] thyroid,[8] brain,[9] and colon.[10]
This overexpression has been shown to correlate with allelic
imbalance, higher clinical grade, tumor invasiness, and poor
prognosis.

Aurora kinases are required for cells to properly proceed
through mitosis. Aurora A regulates mitotic entry, centro-
mere maturation, bipolar spindle assembly, and chromosome
alignment at the metaphase plate. Aurora B regulates chro-
matin remodeling, kinetochore-spindle attachment, and cyto-
kinesis. Aurora B phosphorylates histone H3 at Ser-10.[11] In
turn, inhibition of Aurora results in disruption of the cell cycle
and cell death. Thus, disruption of normal Aurora function is
expected to impair tumor growth and has potential for broad
antitumor activity in a number of cancers.

Published reports demonstrate that single depletion of
Aurora A by siRNA results in lagging chromosomes and
mitotic defects, while ablation of Aurora B results in poly-
ploidy. Cells in which Aurora B is knocked down have defects
in chromosome alignment at metaphase, unequal chromo-
some segregation at anaphase, followed by a failure to under-
go cytokinesis, which results in a cell that is polyploidy
(contains >4N DNA content).[12] Furthermore, the chromo-
somes in the new daughter nuclei are not equally divided; this
phenotype cannot be sustained and is followed by cell death.
Combination depletion of Aurora A and B by siRNA results
in polyploidy, a phenotype identical to single ablation of

Aurora B. It appears that Aurora B function is required for the
checkpoint induced by loss of Aurora A. Importantly,
inhibition of Aurora A does not abrogate or interfere with the
phenotypic consequences of Aurora B inhibition.

In earlier studies, imidazopyrazine (**1**) was identified as a
potent ATP-competitive Aurora kinase inhibitor (Aurora A
IC$_{50}$ ≤ 4 nM and Aurora B IC$_{50}$ ≤ 13 nM).[13,14] The X-ray
structure of **1** bound to Aurora A, solved at 2.4 Å resolution, is
shown in Figure 1.[14] The compound overlaps with the ATP
binding site. The N1 and C8-NH groups bind to the Ala 213 in
the hinge region. The C3-pyrazole NH acts as a H-donor to
Asp 274, and the other pyrazole N acts as a H-bond acceptor
from a water molecule. The 6-position is near a hydrophobic
region, while the 8-position reached the boundary of the
binding cavity and is partially solvent exposed. It was found
that modifications in the solvent-exposed region were impor-
tant for improving the cellular potency. More specifically, a
basic nitrogen in the solvent-exposed region was essential for
the cellular activity of **1**.[14]

Compound **1** had good aqueous solubility and a favorable
profile for intravenous (iv) delivery; however, oral exposures
were not achieved with **1**. Earlier studies indicated that the
poor oral bioavailability of **1** in rats was due to both rapid
metabolism and poor oral absorption. Studies show that 24 h
exposure is needed for optimal cell kill.[13] The PK profile of **1**
did not support this need; a long infusion would be required in
the clinic. Currently, several Aurora inhibitors are being
clinically evaluated, many requiring long infusions (www.
clinicaltrials.gov). Orally bioavailable compounds should be
advantageous. Our goal was to identify orally active Aurora
kinase inhibitors in this structural class. Our initial attempt
was to prepare prodrugs of **1** with the goal of improving oral
absorption.

Both lipophilic and hydrophilic/basic ester prodrugs of **1**
were prepared (Scheme 1). The alcohol moiety of **1** was also
derivatized as carbonate and carbamate prodrugs. The pyr-
azole nitrogen and the C-8 nitrogen were acetylated, and these

*To whom correspondence should be addressed. Phone: 908-740-
3659. Fax: 908-740-7441. E-mail: angela.kerekes@merck.com.

© 2010 American Chemical Society

Published on Web 12/03/2010          pubs.acs.org/jmc

Incyte Exhibit 1035, Page 1 of 10

**Table 3.** Pharmacokinetic Data for Selected Compounds[a]

|  | compd | | | |
|---|---|---|---|---|
| parameter | **10** | **18** | **21** | **22** |
| *Mouse[b,c]* | | | | |
| oral AUC (50 mpk, po) | 1.2 | 9.4 | 7.1[d] | 11.1 |
| bioavailability (%) | 10 | 60 | nt | nt |
| *Rat[c,e]* | | | | |
| oral AUC (30 mpk, po) | 8.0 | 6.9 | 7.1 | 20.5 |
| bioavailability (%) | 21 | 19 | 12 | 22 |
| *Dog[c,e]* | | | | |
| oral AUC (10 mpk, po) | 6.1 | 2.6 | 3.8 | 0.3 |
| bioavailability (%) | 38 | 20 | nt | nt |
| *Monkey[c,e]* | | | | |
| oral AUC (10 mpk, po) | 0.4 | 0.8 | 0.1 | 0.03 |
| bioavailability (%) | 3 | 2 | nt | nt |

[a] nt = not tested. [b] Dosed in 20% HPBCD. [c] AUC$_{(0-24h)}$ in $\mu$M·h. [d] Trifluoroacetate salt. [e] Dosed in 0.4% MC.

**Table 4.** Rat in Vivo Clearance

|  | compd | | | | | |
|---|---|---|---|---|---|---|
|  | **18** | **25** | **9** | **26** | **22** | **27** |
| clearance[a] | 33 | 6.3 | 80 | 35 | 12 | 5.1 |

[a] Plasma clearance [(mL/min)/kg].

All compounds in Table 2 showed good Aurora A and B enzyme inhibition. Most compounds displayed IC$_{50}$ < 100 nM in our cellular assay (phos-HH3), the exceptions being compounds 12, 14, 20. The fluorinated piperidine analogues, 10–13, showed a 5- to 10-fold improvement in rat oral plasma exposures but a 2- to 4-fold loss in cellular potency compared to 9.

Fluorinated pyrrolidine analogues 16–19 were evaluated. The nonfluorinated pyrrolidine 15 showed no oral exposures in rat. The monofluoro enantiomers 16 and 17 had good potencies but still limited rat plasma exposures. The 3,3-difluoropyrrolidine analogue 18 showed moderate improvement in exposure in rat and better overall potency. However, the tetrafluoropyrrolidine 19 had very poor oral PK. Fluorine

**Table 5.** Profile of Deuterated Amine Analogue 25

| compd | Aurora A IC$_{50}$ (nM) | Aurora B IC$_{50}$ (nM) | phos-HH3[a] IC$_{50}$ (nM) | rat oral PK[b] AUC ($\mu$M·h) |
|---|---|---|---|---|
| **25** | ≤4 | ≤13 | 63 | 4.73 |
| **18** | ≤4 | ≤13 | 91 | 1.61 |

[a] phos-HH3 = phosphorylation of histone H3. [b] AUC$_{(0-6h)}$, 10 mpk (20% HPBCD), po.

**Table 6.** Pharmacokinetic Profile of 25 and 18[a]

|  | compd | |
|---|---|---|
| parameter | **25** | **18** |
| *Mouse[b]* | | |
| AUC (3 mpk, iv) | 5.9 | 0.9 |
| clearance [(mL/min)/kg] | 20.3 | 127 |
| AUC (50 mpk,po) | 35.9 | 9.4 |
| bioavailability (%) | 37 | 60 |
| *Rat* | | |
| AUC[b] (10 mpk, iv) | 63.3 | 12.2 |
| clearance [(mL/min)/kg] | 6.3 | 33 |
| AUC[c] (30 mpk, po) | 62.1 | 6.9 |
| bioavailability (%) | 33 | 19 |
| *Dog* | | |
| AUC[b] (iv) | 9.0 (1 mpk) | 0.4 (0.3 mpk) |
| clearance [(mL/min)/kg] | 4.5 | 31 |
| AUC[c] (10 mpk, po) | 3.1 | 2.6 |
| bioavailability (%) | 33 | 20 |
| *Monkey* | | |
| AUC[b] (iv) | 9.5 (1 mpk) | 0.7 (0.3 mpk) |
| clearance [(mL/min)/kg] | 4.2 | 18 |
| AUC[c] (30 mpk, po) | 5.1 | 1.7 |
| bioavailability (%) | 2 | 2 |

[a] PK: AUC$_{(0-24h)}$ $\mu$M·h. [b] Dosed in 20% HPBCD. [c] Dosed in 0.4% MC.

introduction on the pyrrolidine ring did not seem to have a negative effect on cellular potency. The difluoroazetidine analogue 21 had potent cellular activity and a significant increase in plasma exposure following oral dosing to rat (AUC = 12.1 $\mu$M·h). The incorporation of fluorine atoms into noncyclic secondary amines was also explored. The fluorinated secondary amines (22, 23) showed potent cellular activities and reasonable rat oral PK (AUC = 10.88 and 3.42 $\mu$M·h, respectively).

Four compounds (10, 18, 21, and 22) were chosen to further profile in mouse (CD-1), rat (Sprague–Dawley), dog (beagle), and monkey (cynomolgus) oral PK studies and these pharmacokinetic data are shown in Table 3.

Compounds 10, 18, and 21 (Table 3) showed good oral exposure in mouse, rat, and dog. However, all compounds had a poor PK profile in monkey. Azetidine 21 was not evaluated further because of poor chemical stability. The difluoroazetidine ring is susceptible to nucleophilic ring-opening. The secondary fluorinated amine analogue 22 showed good oral exposures in rodents; however, poor oral exposures were observed in dog and monkey. On the basis of the above data, additional modifications of this class of compounds were needed to enhance the overall PK profile.

The in vitro metabolic profile of [3H]-labeled 18 in human and monkey hepatocytes indicated benzylic oxidation (next to the isothiazole ring). In an attempt to block this type of metabolism, the effect of geminal, benzylic deuteration was investigated. Carbon–deuterium bonds are stronger than carbon–hydrogen bonds, and the replacement of hydrogen atoms at metabolically labile sites with deuterium atoms can

Incyte Exhibit 1035, Page 5 of 10

**Vehicle (20% HPBCD)**[a]   **25** (100 mpk, *p.o.*)[a]

**Figure 2.** Compound **25** decreases levels of phos-HH3 in A2780 tumor xenografts. The footnote "a" indicates 2 h postdose at 40× magnification.

**Table 7.** Kinase Selectivity of Fluorine and Deuterium Analogues

| kinase[a] | **1** IC$_{50}$ (nM) | **18** IC$_{50}$ (nM) | **25** IC$_{50}$ (nM) |
|---|---|---|---|
| CHK1 | 13 | 640 | 200 |
| EPHB4 | 100 | 770 | 700 |
| FLT3 | 5 | 76 | 46 |
| IRAK4 | 8 | 1000 | 640 |
| KDR | < 1 | 550 | 340 |
| LCK | < 1 | 2353 | 470 |

[a] Kinases with IC$_{50}$ < 100 nM out of 23 kinases tested. Other kinases tested (IC$_{50}$ > 100 nM): AKT1, CAMK4, CDK2, CSNK1D, EGFR, ERK2, IGF1R, IKKB, JAK2, MET, MST2, NEK2, PKCA, PLK3, ROCK2, RSK2, TSSK2.

result in a slower metabolism due to the kinetic isotope effect.[23] Many of the geminal, benzylic deuterium analogues of the compounds shown in Tables 1 and 2 were prepared and screened. The enzymatic and cellular potencies of the deuterium analogues were comparable to those of their corresponding nondeuterated analogues displayed in Tables 1 and 2. Not all deuterium analogues showed an improvement in rat oral exposures. For the compounds that did show an improvement in oral rat exposures, upon further evaluation, an improvement in the rat in vivo clearance was found. Table 4 shows a comparison of the PK data for some selected deuterated and nondeuterated analogues. A 2- to 5-fold decrease in the clearance rate is observed. This indicated that the incorporation of deuterium atoms at the benzylic site blocked metabolism.

Compound **25**, the deuterated analogue of **18**, had the best overall profile (Table 5 and 6). Compound **25** has improved cellular potency and oral exposure in rats compared to **18** (Table 5).

The deuterated analogue **25** has good exposure and reasonable bioavailability in mouse, rat, and dog (Table 6). There was a 3-fold improvement in the oral monkey exposure of **25** compared to **18**. Additionally, compound **25** shows a 5- to 6-fold reduction of in vivo clearance in all species, compared to **18**.

The pharmacodynamic marker, phosphorylation of histone H3, was used to profile **25** in vivo. In tumor cell lines the compound rapidly inhibited phosphorylation of histone H3 at serine-10, an indication of Aurora B kinase inhibition. In vivo, inhibition of histone H3 phosphorylation by **25** was assessed by analyzing changes in A2780 human ovarian tumor xenografts grown in nude mice (Figure 2). Animals were dosed orally with **25** at 100 mg/kg, and percent inhibition of histone H3 phosphorylation was determined by comparing the levels in tumors between vehicle and compound-treated mice. As a single agent, **25** inhibited phosphorylation of histone H3. Two hours after a single po dose of **25** at 100 mg/kg resulted in inhibition of the biomarker by 83%.

These deuterium and fluoroamine analogues, including **25**, have an improved kinase selectivity profile compared to **1**. When evaluated in a panel of 23 kinases, **1** displayed activity (IC$_{50}$ ≤ 100 nM) against 6 of the 23 kinases (Table 7). Compounds **18** and **25** only inhibited Flt3, a hematopoietic growth factor receptor, out of the 23 kinases tested. Flt3 is also inhibited by several structurally diverse Aurora kinase inhibitors, many that are currently in the clinic.[24]

## Conclusions

The incorporation of fluorine substituents affects metabolism, amine pK$_a$, and physicochemical properties, impacting cell activity, oral absorption, and exposure. Oral exposure, across multiple species, can be achieved by blocking metabolism and by modulating the pK$_a$ of the amine in the solvent-exposed region of the imidazopyrazine class of compounds. Blocking metabolism and modulating the physicochemical properties by incorporating fluorine and deuterium atoms enabled us to obtain oral exposures in multiple species within this structural class of compounds. Deuterium incorporation yielded a reduction in the clearance across all species tested and a 3-fold improvement in oral exposure in monkey. We have identified compound **25** as a potent, orally available Aurora kinase inhibitor with an attractive in vitro and in vivo profile. Through the identification of **25** we have applied this approach to other types of amines, and the effects on oral PK will be reported in due course.

## Experimental Section

**General Methods.** Analytical thin-layer chromatography (TLC) was performed on Analtech precoated silica gel plates. NMR spectra were recorded at 400 MHz for $^1$H and at 125 MHz for $^{13}$C on a Bruker or Varian spectrometer with CD$_3$OD, CDCl$_3$, or DMSO-$d_6$ as solvent. The chemical shifts are given in ppm, referenced to the deuterated solvent signal. Purity of target compounds was determined using LC−MS analysis, performed using an Applied Biosystems API-150 mass spectrometer and Shimadzu SCL-10A LC system (column, Phenomenex Gemini C18, 5 $\mu$m, 50 mm × 4.6 mm i.d.; gradient from 90% water, 10% CH$_3$CN, 0.05% TFA, 5 min, to 5% water, 95% CH$_3$CN, 0.05% TFA in 5 min; UV detection at 254 nm). All target compounds were >95% pure unless otherwise stated. HRMS information was determined using a JEOL Accuo-ToF instrument in positive ESI mode. All compounds are within an error of 1.4 × 10$^{-3}$ ppm for the elemental composition. The preparation of **1**, **2**, **5**, **6**, and **15** has been previously described.[14,20] All commercially available amines were used as received.

**(5-(6-Methyl-3-(1-((2-(trimethylsilyl)ethoxy)methyl)-1$H$-pyrazol-4-yl)imidazo[1,2-$a$]pyrazin-8-ylamino)isothiazol-3-yl)methanol (3).** A flask was charged with lithium aluminum hydride (1.23 g,

Available online at www.sciencedirect.com

SCIENCE @ DIRECT®

Bioorganic &
Medicinal
Chemistry
Letters

Bioorganic & Medicinal Chemistry Letters 16 (2006) 691–694

# Derivatives of tramadol for increased duration of effect

Liming Shao,* Craig Abolin, Michael C. Hewitt, Patrick Koch and Mark Varney

*Sepracor Inc., 84 Waterford Drive, Marlborough, MA 01752, USA*

Received 23 August 2005; revised 6 October 2005; accepted 7 October 2005
Available online 27 October 2005

**Abstract**—Tramadol is a centrally acting opioid analgesic structurally related to codeine and morphine. Analogs of tramadol with deuterium-for-hydrogen replacement at metabolically active sites were prepared and evaluated in vitro and in vivo.
© 2005 Elsevier Ltd. All rights reserved.

Tramadol (±)-*cis* is used for the treatment of moderate to moderately severe pain.[1] Tramadol has a relatively short duration of analgesic effect due to extensive first pass metabolism and as such is dosed as frequently as 100 mg every 4–6 h.[2] The analgesic activity of tramadol is thought to be the result of a dual mechanism—the parent (**1**) acts as an inhibitor of norepinephrine and serotonin reuptake, and the major *O*-desmethyl metabolite (**M1**) is a potent agonist at μ-opioid receptors (Fig. 1).[3]

The opioid antagonist naloxone only partially inhibits the analgesic activity of tramadol in animal tests. Not unlike other opioids, tramadol causes a number of side effects including constipation, nausea, dizziness, and somnolence. A tramadol analog that had a longer half-life (and therefore required less-frequent dosing) and was devoid of opioid side effects would have therapeutic benefit. Herein, we wish to disclose our efforts to

develop an improved tramadol analog with a longer half-life.

Our approach to tramadol analogs took advantage of the primary kinetic isotope effect[4] to slow CYP450-mediated metabolism (Fig. 2). Replacing hydrogen with deuterium at metabolically active sites can result in a slower metabolism due to the reduced rate of cleavage of a C–D bond relative to a C–H bond. This approach has been shown to be effective for a number of pharmacological agents including amphetamine,[5] butethal,[6] and morphine.[7] For tramadol, formation of metabolite **M1** is both the primary route of metabolism and is responsible for its opioid-like effects. By slowing down metabolism of tramadol, it was anticipated that the formation of **M1** would be reduced, providing a longer-acting drug with potentially fewer opioid-related side effects. Toward that end, the hydrogen atoms on the *O*-methyl and *N*-methyl groups were replaced by deuterium as shown in structures **D3**, **D6**, **D9**, and **D6 M1**.

**Figure 1.** (±)-Tramadol **1** and metabolite (±)-**M1**.

**D3** R¹ = CD₃, R² = CH₃
**D6** R¹ = CH₃, R² = CD₃
**D6 M1** R¹ = H, R² = CD₃
**D9** R¹ = CD₃, R² = CD₃

**Dramadol analogs**

**Figure 2.** D-tramadol (dramadol) analogs.

*Keywords*: Tramadol; Metabolic stability; Deuterium isotope effect; Opioids.
* Corresponding author. Tel.: +1 5083577467; fax: +1 5083577467; e-mail: liming.shao@sepracor.com

0960-894X/$ - see front matter © 2005 Elsevier Ltd. All rights reserved.
doi:10.1016/j.bmcl.2005.10.024

Incyte Exhibit 1036, Page 1 of 4

# Contents

Issue 4. 23 February 09.

## In this issue

4    **Leader** Going greener

6    **News** New Manhattan Project for energy independence

7    **News** GM groups claim 2008 successes

8    **News** Patrick Walter reports from the AAAS meeting

10    **News** Nano-emulsion kills CF superbugs

11    **News** China's coatings & plastics under pressure

12    **People/Diary** Wolf: senior industry scientist at Dow

16    **Comment** Should we bail out biotech?

25    **Highlights** Organic chemistry

32    **Supply line**



**Bioplastics go mainstream**
See page 28
Members news



### 14 Return of the bug busters
The fight against 'Superbugs' is now beginning in earnest, writes Emma Dorey. New compounds able to kill these opportunistic invaders are in the pipeline



### 17 Testing times for analysis
Laboratory equipment manufacturers are squaring up to the economic slowdown by focusing on growth areas as they get ready for PittCon in Chicago, reports Jon Evans



### 20 Shining examples
Brilliant synchrotron radiation is shedding new light on some thorny chemical problems, writes Elizabeth Shotton



### 23 Best time to patent
Filing a patent early is helpful in establishing a claim ahead of competitors, but it may not always be the best strategy, advises Lucy Trueman

**Next issue**

**Anticancer therapies**
The global market for cancer therapies was worth $48bn in 2006, with platinum-based drugs and other cytotoxics accounting for a major share. New insights into the mechanisms of action of platinum drugs are helping researchers to design more effective complexes.

**Deuterated drugs**
Drug compounds incorporating the hydrogen isotope deuterium are known often to be more stable than their hydrogen equivalents. Chemists have been exploiting this 'kinetic isotope effect' for years for routine metabolic studies. But now it appears that some deuterated drugs may be usefully developed in their own right.



SCI
where science means business

Incyte Exhibit 1037, Page 1 of 5

Appx2319

This material may be protected by Copyright law (Title 17 U.S. Code)

## Drug discovery

# Heavyweight drugs

Swapping selected hydrogen atoms for deuterium could be a fast route to making safer, longer lasting drugs, Cath O'Driscoll reports

When *C&I* broke the story in 2007 that scientists had significantly extended the lifespan of animals by feeding them natural isotopes (*C&I* 2007, **6**, 7), it sparked a frenzy of interest amongst the national media. Nematode worms fed a diet reinforced with natural isotopes were reported to live 10% longer than animals lacking these isotopes in their diet, according to former Oxford University scientist, Mikhail Shchepinov. And furthermore, Shchepinov speculated that humans might one day benefit from these effects by consuming foods specially reinforced with similar isotopes – 13C, 15N, 18O and 2H – in their diet.

While isotopically enriched foods would be a new diversion, however, scientists have been studying the effects of isotopic substitution for decades in pharmaceuticals. Drug compounds incorporating the hydrogen isotope deuterium are known often to be more stable than their hydrogen equivalents and so are slower to transform to metabolites during digestion by the body's enzymes. Chemists have been exploiting this 'kinetic isotope effect' for years for routine metabolic studies.

But now it appears that some deuterated drugs may be usefully developed in their own right – often with superior properties to their hydrogen equivalents already on the marketplace.

Foodstuffs enriched with deuterium and other isotopes would work along the same principles, says Bob Molinari, ceo of California, US-based Retrotope, the company set up to commercialise Shchepinov's discovery. Once eaten, their constituent proteins and fats would be incorporated in the body tissues where they are expected to be slower to react with damaging free radicals held responsible for many of the processes and diseases of ageing.

The underlying science of isotopic substitution is the same in both cases. 'If you imagine a chemical

### In Brief

- Drug compounds incorporating deuterium isotope are more stable than their hydrogen equivalents

- Some deuterated drugs may be safer, longer lasting or more effective than analogues on the marketplace

- Researchers have been studying this effect for years during routine metabolic studies

- Commercial drugs containing isotopes could be on the marketplace in just four or five years



Elixir of youth: to be found in isotopes?

Incyte Exhibit 1037, Page 3 of 5

Appx2321

> **'Certainly, the implication is you can use a lower dose of SD-254 to achieve the same effect and hopefully as the side effects are dose-related one hopes to see lower incidence of side effects'**
>
> Auspex Pharmaceuticals ceo Mike Grey

bond as the conventional ball and spring model, then swapping one of the two atoms at either end of the bond by its (heavier) isotope changes the frequency at which the bond vibrates,' Molinari explains. 'The heavier the isotope and the more energy that is needed to make the bond vibrate in order to break it.' And the stronger the bond, the more stable the resulting compound.

Commercial drugs containing isotopes could be on the marketplace in just four or five years, researchers in the field claim. US companies Auspex and Concert Pharmaceuticals between them already have two deuterated compounds in Phase I clinical trials, targeted at depression and menopausal hot flashes, with a third compound targeting HIV slated to begin trials later this year. All of these are analogues of drugs currently on the marketplace and are claimed to be safer, longer lasting or more effective.

Aside from their different pharmacokinetics, however, these deuterated compounds are virtually indistinguishable from their hydrogen equivalent drugs, says Auspex Pharmaceuticals ceo Mike Grey. Deuterated drugs are made by the careful substitution of a handful of key hydrogen atoms with the heavier, stable, non-radioactive isotope deuterium. 'The resulting molecules therefore have the same physicochemical properties such as melting point and solubility as the originator drugs – and bind to the target receptor proteins in exactly the same way,' he explains.

This likeness to the original drugs may also allow researchers to bring deuterated analogues to market much faster than conventional drugs as much of the toxicological data are already known. Grey estimates that the initial R&D stage typically takes a few months to identify six or seven deuterated analogues for evaluation as potential leads, for example, while human pharmacokinetic data should be available in under a year.

Further along the development process, researchers are hopeful that it should be feasible to foreshorten some of the conventional clinical trial steps. 'We're in the process of initiating a dialogue with regulators for submissions in the US, but the advice from experts is we may not need to repeat all these studies,' Grey says. 'The question is do we need to repeat all the non-clinical studies, how many clinical studies do we need to do?'

According to Concert Pharmaceuticals ceo Roger Tung: 'Our hope is that we could shave a year or more off the development process. We could be much more aggressive in developing compounds by moving forward into very late stage studies directly after Phase I.'

Both Concert and Auspex have focused their efforts on deuterated molecules that deliver a 'clear medical benefit' over the equivalent hydrogen drugs. Auspex's lead compound is SD-254, an analogue of Wyeth's top-selling depression drug *Effexor*; currently in Phase I trials, initial results show SD-254 is metabolised only half as fast as *Effexor*, Grey says. Moreover, effective levels of drug were maintained after 24 hours, considerably longer than observed with *Effexor*. 'Certainly, the implication is you can use a lower dose of SD-254 to achieve the same effect and hopefully as the side effects are dose-related one hopes to see lower incidence of side effects.'

If successful, Grey adds that SD-254 could be the first drug that combines the effectiveness of the so-called serotonin norepinephrine reuptake inhibitor (SNRI) class of depression drugs but with the improved side effect profile of the selective serotonin reuptake inhibitor (SSRI) class – potentially making it very attractive for first line use.

At Concert, researchers will be concentrating resources this year on developing the HIV protease inhibitor CTP-518, Tung says. The compound holds promise as the first HIV protease inhibitor capable of being administered without an expensive booster agent alongside to raise blood levels. 'What we have done is to create changes in one of the market leading protease inhibitors to stabilise and optimise the drug without boosting agents,' Tung explains. 'It could be the first in class non boosted HIV protease inhibitor and that may improve tolerability too.'

The company's other clinical compound, CTP-347, is targeted against menopausal hot flashes for women unsuitable for hormone replacement therapy, including those with breast cancer. The compound is based on paroxetine, a molecule shown to be effective for treating hot flashes, but which irreversibly inactivates a key cytochrome P450 liver enzyme. With CTP 347, this inhibition reaction is observed to 'shut down altogether' in animal studies and in *in vitro* studies with human liver microsomes, Tung says. 'We are the first group to observe changes in drug-drug interactions in terms of D modification.'

These clear medical benefits with deuterated drugs, the researchers say, should more than offset the estimated 20-30% extra manufacturing costs, particularly as many of them should be useful at lower doses. Costs are also expected to come down as deuterium becomes more readily available. Although not rare – the human body typically contains roughly 2g of D for example – D is currently sourced as $D_2O$ from the distillation of water, a process used by the nuclear industry.



**Model drug: SD-254**

> **'Our hope is that we could shave a year or more off the development process. We could be much more aggressive in developing compounds by moving forward into very late stage studies directly after Phase I'**
>
> Concert Pharmaceuticals ceo Roger Tung

**Same but different!** An overlay of the crystal structures of CTP-347 hydrochloride hemihydrate (in purple) and paroxetine hydrochloride hemihydrate from the Cambridge database (in pale green)

Incyte Exhibit 1037, Page 4 of 5

Appx2322

XP009086953

# Deuterium Isotope Effects in the Metabolism of Drugs and Xenobiotics: Implications for Drug Design

ALLAN B. FOSTER

*Drug Metabolism Team*
*Cancer Research Campaign Laboratory*
*Institute of Cancer Research*
*Sutton, Surrey, England*

| | | |
|---|---|---|
| 1 | Introduction | 2 |
| 2 | Deuteration of Drugs and Xenobiotics | 3 |
| | 2.1 Deuterium Isotope Effects | 4 |
| | 2.2 Control of Metabolism by Deuterium Substitution | 5 |
| 3 | Hydroxylation of Hydrocarbons and Hydrocarbon Moieties | 8 |
| | 3.1 Aliphatic Compounds | 8 |
| | 3.2 Aralkyl Compounds | 11 |
| | 3.3 Control of Drug Lipophilicity | 13 |
| | 3.4 Alicyclic Compounds | 13 |
| 4 | Hydroxylation of Carbon α to Oxygen | 19 |
| | 4.1 O-Dealkylation | 19 |
| | 4.2 Hydroxylation of O-Alkyl Groups | 21 |
| | 4.3 Control of Metabolic O-Dealkylation | 21 |
| 5 | Hydroxylation of Carbon α to Nitrogen | 22 |
| | 5.1 N-Dealkylation | 22 |
| | 5.2 α-C-Hydroxylation | 23 |
| | 5.3 Oxidative Deamination | 25 |
| | 5.4 Nitrosamines | 28 |
| 6 | Miscellaneous Compounds | 31 |
| | 6.1 Anesthetics | 31 |
| | 6.2 Antioxidants | 32 |
| 7 | Intrinsic and Intramolecular Deuterium Isotope Effects | 33 |
| 8 | Conclusions | 35 |
| | References | 36 |

ADVANCES IN DRUG RESEARCH, VOL. 14
0-12-013314-8

Copyright © 1985, by Academic Press Inc. (London) Ltd.
All rights of reproduction in any form reserved.

Incyte Exhibit 1038, Page 1 of 40
Appx2324

XP009086953

2.2 CONTROL OF METABOLISM BY DEUTERIUM SUBSTITUTION

For a DIE of 2 the rate of reaction of the C—D-containing compound will be 50% of that of the C—H analog and for DIEs of >5 the introduction of deuterium will suppress reactivity very substantially. Since DIEs in the range 6–12 associated with metabolic reactions have been reported (see below), interest has been stimulated in the use of this phenomenon to retard certain drug metabolism pathways and to explore the consequences *in vivo*. The attraction of specific deuterium substitution as a parameter in drug design is based on the facts that not only is the replacement of one or a few hydrogens in a drug molecule by deuterium the smallest structural change that can be made but also such a change will have negligible steric consequences or influence on physicochemical properties (providing that the deuterium is not $\alpha$ to nitrogen, see Section 5.1). This is in contrast to the use of groups such as alkyl or fluorine to block metabolism at a particular point in a drug molecule. The introduction of an alkyl group may create new possibilities for metabolism and significantly change lipophilicity and the introduction of fluorine may markedly modify the character of neighboring functional groups or remote ones if there is an intervening conjugated or aromatic system.

Cytochrome P-450-mediated aromatic hydroxylation usually involves initial oxene addition to give an epoxide (arene oxide) which, *inter alia,* can rearrange into a phenol. Although for deuterated aromatic compounds deuterium migration occurs (NIH shift; Daly *et al.*, 1968, 1969), the DIE is negligible for the overall hydroxylation process (e.g., Farmer *et al.*, 1975) when hydroxyl groups are introduced into the o- and p-positions in substituted aromatics. It was inferred that a different mechanism operates for m-hydroxylation *in vitro* and *in vivo* and for which DIEs of 1.3–1.75 have been observed (Tomaszewski *et al.*, 1975).

The biological activity of xenobiotics can sometimes be modified by polydeuteration (see review by Blake *et al.*, 1975) but a remarkable effect of monodeuteration has been reported by Dumont *et al.* (1981). The anticonvulsant potency of diphenylhydantoin (1) was enhanced by pentadeuteration of one phenyl group ($\rightarrow$ 2) and even more so by p-deuteration ($\rightarrow$3). The mechanistic significance of these findings is not clear. p-Hydroxylation of one phenyl group is the main initial metabolism pathway for (1) and Hoskins and Farmer (1982) found no significant DIE for p- and m-hydroxylation of $d_5$-diphenylhydantoin (2) by liver microsomes (PB-induced rats) or in humans. Moreover, Moustafa *et al.* (1983) concluded that m- and p-hydroxylation of diphenylhydantoin (1) proceeded via the 3,4-epoxide. These findings contrast with those of Tomaszewski *et al.* (1975) noted above and suggest that m-hydroxylation could involve a duality of mechanisms.

Progressive replacement of hydrogen in a drug or another xenobiotic molecule with deuterium will progressively change the lipophilicity and the magnitude of

Incyte Exhibit 1038, Page 5 of 40



# Drug Repositioning

## Bringing New Life to Shelved Assets and Existing Drugs

*Edited by*

Michael J. Barratt and Donald E. Frail

**WILEY**

Incyte Exhibit 1043, Page 1 of 90

Appx2393

# Old Drugs Yield New Discoveries: Examples from the Prodrug, Chiral Switch, and Site-Selective Deuteration Strategies

ADAM J. MORGAN, BHAUMIK A. PANDYA, CRAIG E. MASSE, and
SCOTT L. HARBESON

## 10.1. INTRODUCTION

Drug repositioning approaches are flexible, diverse, and dynamic. They can be customized to accommodate the goals and needs of the organizations implementing them. For example, repositioning can provide an approach [1] to capitalize on low risk opportunities by leveraging existing expertise on an in-house or in-licensed entity. In contrast, some biotechnology companies have developed repositioning approaches in the form of new technology platforms applied to generic, in-licensed, or *de novo* entities. Despite the varied applications of drug repositioning as well as the numerous technologies to implement them, a commonality among them is the goal to rapidly extract value from existing agents while improving the odds of successful development.

When applied to previously approved drugs and advanced clinical agents, repositioning approaches typically require less investment, shorter development time, and less risk for late stage clinical failure than typical pharmaceutical research and development (R&D) [2]. Through the examination of individual case studies, three repositioning strategies will be evaluated herein: (1) prodrugs: chemically modified analogs of approved agents which, upon administration, are metabolized *in vivo* into the parent drug molecule; (2) chiral switch: single enantiomer variants of previously approved chiral drug

*Drug Repositioning: Bringing New Life to Shelved Assets and Existing Drugs*, First Edition.
Edited by Michael J. Barratt and Donald E. Frail.
© 2012 John Wiley & Sons, Inc. Published 2012 by John Wiley & Sons, Inc.

Incyte Exhibit 1043, Page 38 of 90

Appx2430



**FIGURE 10.4.** Issued patents and published applications containing "deuterium" or "deuterated" in the claims and "pharmaceutical" in any field for 2005–2010.

The increased level of interest in deuterated drugs by the pharmaceutical industry is also reflected by the number of published patent applications and issued patents over the last five years. A search of the USPTO database covering the years 2005 to 2010 for the terms "deuterium" or "deuterated" in the claims and "pharmaceutical" in all fields of published U.S. patent applications and issued U.S. patents resulted in 761 and 142 hits, respectively. For all years prior to 2005, the total hits were less than 80. Figure 10.4 shows the annual breakdown. There has been a large overall increase in published U.S. applications for 2008 through 2010 with a smaller but steady increase for issued patents over the same period, which shows the continuing patentability of deuterated drugs. The patentability of these new molecular entities is based on a showing of unexpected differences between the deuterated analogs and the prior art all-hydrogen compounds [132]. As more companies explore the potential of deuterated drugs and applications enter prosecution at the USPTO, it will be of great interest to see if the number of issued patents continues to grow.

### 10.4.3. Deuterium Effects upon Pharmacology, Metabolism, and Pharmacokinetics

When deuterium is substituted into molecules in place of hydrogen, in most respects the deuterated compound is quite similar to the all-hydrogen compound. Since the electron clouds of the atoms define the shape of a molecule, deuterated compounds have shapes and sizes that are very similar to their all-hydrogen analogs [133]. Small physical property changes have been detected in partially or fully deuterated compounds, including reduced hydrophobicity [134, 135], decreased acidity of carboxylic acids and phenols [136], and increased basicity of amines [137]. These differences tend to be quite

Incyte Exhibit 1043, Page 68 of 90

1521-009X/42/5/954–962$25.00    http://dx.doi.org/10.1124/dmd.114.057265
DRUG METABOLISM AND DISPOSITION    Drug Metab Dispos 42:954–962, May 2014
Copyright © 2014 by The American Society for Pharmacology and Experimental Therapeutics

# Application of a Deuterium Replacement Strategy to Modulate the Pharmacokinetics of 7-(3,5-dimethyl-1H-1,2,4-triazol-1-yl)-3-(4-methoxy-2-methylphenyl)-2,6-dimethylpyrazolo[5,1-b]oxazole, a Novel CRF₁ Antagonist

Rowan A. Stringer, Gareth Williams, Franck Picard, Bindi Sohal, Olivier Kretz, Jeff McKenna, and Joel A. Krauser

*Novartis Institutes for Biomedical Research, Horsham, West Sussex, UK (R.A.S., G.W., B.S., J.M.); and Novartis Pharma AG, Novartis Institutes for Biomedical Research, Drug Metabolism and Pharmacokinetics, Basel, Switzerland (F.P., O.K., J.A.K.)*

Received January 31, 2014; accepted March 10, 2014

## ABSTRACT

Deuterium isotope effects were evaluated as a strategy to optimize the pharmacokinetics of 7-(3,5-dimethyl-1H-1,2,4-triazol-1-yl)-3-(4-methoxy-2-methylphenyl)-2,6-dimethylpyrazolo[5,1-b]oxazole (NVS-CRF38), a novel corticotropin-releasing factor receptor 1 (CRF₁) antagonist. In an attempt to suppress O-demethylation of NVS-CRF38 without losing activity against the CRF₁ receptor, the protons at the site of metabolism were replaced with deuterium. For in vitro and in vivo studies, intrinsic primary isotope effects ($K_H/K_D$) were determined by the ratio of intrinsic clearance ($CL_{int}$) obtained for NVS-CRF38 and deuterated NVS-CRF38. In vitro kinetic isotope effects ($K_H/K_D$) were more pronounced when $CL_{int}$ values were calculated based on the rate of formation of the O-desmethyl

metabolite ($K_H/K_D$ ~7) compared with the substrate depletion method ($K_H/K_D$ ~2). In vivo isotope effects were measured in rats after intravenous (1 mg/kg) and oral (10 mg/kg) administration. For both administration routes, isotope effects calculated from in vivo $CL_{int}$ corresponding to all biotransformation pathways were lower ($K_H/K_D$ ~2) compared with $CL_{int}$ values calculated from the O-demethylation reaction alone ($K_H/K_D$ ~7). Comparative metabolite identification studies were undertaken using rat and human microsomes to explore the potential for metabolic switching. As expected, a marked reduction of the O-demethylated metabolite was observed for NVS-CRF38; however, levels of NVS-CRF38's other metabolites increased, compensating to some extent for the isotope effect.

## Introduction

For many years, scientists have used the kinetic deuterium isotope effect, whereby C-H bonds are substituted for more stable C-D bonds, to investigate drug metabolism reactions (Parli and McMahon, 1973; Obach, 2001). Potentially, this approach offers an opportunity to modulate the in vivo disposition and pharmacokinetics of molecules while maintaining selectivity and potency for a given target.

Deuterium replacement strategies have been applied to enzyme systems, including cytochrome P450 enzymes (Krauser and Guengerich, 2005; Kim et al., 2006), monoamine oxidase (Belleau et al., 1961; Ottoboni et al., 1989), aldehyde oxidase (Sharma et al., 2012), and alcohol/aldehyde dehydrogenase (Ghanayem et al., 1987). The goal of such strategies includes extension of elimination half-life, optimization of dose and dosing regimen, and mitigation of risks associated with drug-drug interactions (Tanabe et al., 1969; Shao et al., 2006). This strategy has attracted significant commercial interest and has been the subject of recent reviews (Shao and Hewitt, 2010; Guengerich, 2013).

dx.doi.org/10.1124/dmd.114.057265.

Deuterium isotope strategies will not solve pharmacokinetic issues for every compound; the success of this approach depends on several factors, including the enzymology of drug metabolism and elimination mechanisms for a given compound. For some drug metabolism reactions, C-H bond cleavage may not be the rate-limiting step; rate-limited product release has been proposed to account for the lack of isotope effects for cytochrome P450 2E1 catalyzed ethanol oxidation (Bell and Guengerich, 1997). Contribution to drug metabolism by enzyme systems which are not amenable to deuterium isotope effects may confound this approach. This limitation has been exemplified by in vitro and in vivo studies on the aldehyde oxidase substrates carbazeran and zoniporide (Sharma et al., 2012). For these compounds, marked isotope effects were observed in vitro using liver cytosol; however, in hepatocytes and in vivo, these effects were attenuated by the involvement of other enzyme systems or elimination mechanisms. In vivo deuterium replacement strategies may be confounded by metabolic switching. This term describes the situation whereby slowing a specific drug metabolism reaction with deuterium results in metabolism being diverted to other (albeit previously minor) pathways. The challenges associated with metabolic switching are nicely exemplified with in vitro microsomal studies for the antiviral drug boceprevir; for this compound,

**ABBREVIATIONS:** AUC₀–∞, area under the plasma concentration-time curve calculated by the trapezoidal rule and extrapolated to infinity; CL_b, total intravenous blood clearance; CL_int, intrinsic clearance; CRF1, corticotropin-releasing factor receptor 1; DMSO, dimethylsulfoxide; d-NVS-CRF38, [¹³CD₃] NVS-CRF38; fm, fraction of drug systemically available that is converted to a metabolite; K_H/K_D, intrinsic primary isotope effect; LC-MS/MS, liquid chromatography–tandem mass spectrometry; O-desmethyl NVS-CRF38, 4-(7-(3,5-dimethyl-1H-1,2,4-triazol-1-yl)-2,6-dimethyl-pyrazolo[5,1,-b]oxazol-3-yl)-3-methylphenol; P450, cytochrome P450; V_ss, steady-state volume of distribution.

Downloaded from dmd.aspetjournals.org at ASPET Journals on January 9, 2020

Incyte Exhibit 1044, Page 1 of 9
Appx2483

simultaneous deuteration at five different positions was required to achieve a modest decrease in rat liver microsome intrinsic clearance (Morgan et al., 2011). Isotope replacement strategies have also been used as an approach to minimize the exposure of undesirable metabolites; several examples are provided in the review by Nelson and Trager (2003).

For deuterated drugs, unpredictable translation of isotope effects from in vitro drug metabolism systems to the in vivo situation is a key challenge; often, little change is observed in terms of in vivo clearance. We recently evaluated the preclinical pharmacokinetics and metabolism of 7-(3,5-dimethyl-1H-1,2,4-triazol-1-yl)-3-(4-methoxy-2-methylphenyl)-2,6-dimethylpyrazolo[5,1-b]oxazole (NVS-CRF38), a novel corticotropin-releasing factor receptor 1 (CRF$_1$) antagonist (Fig. 1). The aim of this study was to evaluate the impact of deuteration as a strategy to modulate the pharmacokinetics and disposition of this compound. Previous metabolite identification studies for NVS-CRF38 (R. A. Stringer et al., in press) indicate that O-demethylation is a major biotransformation pathway. Therefore, in an attempt to attenuate this reaction, we synthesized and measured the in vitro and in vivo pharmacokinetic parameters for both the O-CH$_3$ and O-CD$_3$ analogs for this compound. Deuterium isotope effects are explored in terms of both the disposition of the parent compounds and the formation rate of the O-demethylated metabolite common to both compounds. Comparative pharmacokinetic data are complemented with metabolite identification studies to explore the potential for compensatory metabolic pathways.

## Materials and Methods

**Chemicals.** NVS-CRF38 and 4-(7-(3,5-dimethyl-1H-1,2,4-triazol-1-yl)-2,6-dmiethylpyrazolo[5,1,-b]oxazol-3-yl)-3-methylphenol (O-desmethyl NVS-CRF38) were synthesized at the Novartis Institutes for Biomedical Research (Horsham, UK). [$^{13}$CD$_3$] NVS-CRF38 (d-NVS-CRF38) was synthesized at the Novartis Institutes for Biomedical Research (Basel, Switzerland). All other solvents and chemicals were of analytical grade or better.

**Metabolite Identification.** Aliquots of microsomes (0.5 ml) were rapidly thawed in a water bath at 37°C and diluted with an appropriate amount of 100 mM phosphate buffer (pH 7.4) to achieve a protein concentration of 1.6 mg/ml. An appropriate amount of NVS-CRF38 or d-NVS-CRF38 was dissolved into dimethylsulfoxide (DMSO) for a 100 mM stock solution; this was diluted to 1200 µM in 30:70 (v/v) acetonitrile/water and the further diluted 1:4 (v/v) with 100 mM (pH 7.4) potassium phosphate buffer. Three hundred microliters of the microsome preparation was added to a 4-ml glass vial containing 300 µl of

**NVS-CRF38**  **$^{13}$[CD$_3$] NVS-CRF38**

**Fig. 1.** Structure for NVS-CRF38 and [$^{13}$CD$_3$] NVS-CRF38.

reduced NADPH (2 mM) dissolved in 100 mM (pH 7.4) potassium phosphate buffer. The vial was mixed and immersed in a water bath at 37°C for 10 minutes. Reactions were initiated by the addition of 20 µl of NVS-CRF38 (300 µM drug solution). The final assay solvent concentrations were 0.003% DMSO and 0.25% acetonitrile. For the control sample, 1.8 ml of ice-cold acetonitrile was present in the sample prior to reaction initiation by addition of compound. A blank sample was prepared containing all assay reagents to check for endogenous background peaks. After incubation for 20 minutes, microsome samples were precipitated with 1.8 ml of ice-cold acetonitrile and frozen at −80°C. The final microsomal protein concentration was 0.8 mg/ml, and the substrate concentration was 10 µM. On the day of analysis, the frozen precipitated samples were allowed to thaw, and an aliquot of sample (2 ml) was evaporated to dryness, reconstituted with 100 µl of acetonitrile, mixed, and diluted with an equal volume of water. Samples were centrifuged at 2000 (× g) for 15 minutes prior to analysis.

Sample analysis was performed using an LTQ Orbitrap mass spectrometer and Accela LC system (Thermo Scientific, Hemel, UK). NVS-CRF38 was analyzed using an Acquity C18 BEH analytical column (1.7 µm particle size, 150 × 2.1 mm; Waters, Manchester, UK) maintained at 45°C. The mobile phase consisted of solvent A (0.1% formic acid in water) and solvent B (acetonitrile). Initially, the gradient profile was maintained at 5% B for 1 minute, and then a linear gradient was programmed from 5% to 70% B in 90 minutes and maintained at 70% for 10 minutes. To ensure efficient washing of the column, solvent B was increased to 90% in a linear fashion over 10 minutes, maintained for 5 minutes, and then returned to the initial conditions. The flow rate was 0.3 ml/min into the electrospray source. Samples were detected by scanning between 100 and 1300 m/z with ionization in positive mode and normalized collision energy of 35%. Ten microliters of sample was injected into the LC-MS/MS system.

**Microsomal Intrinsic Clearance Determination.** Compound stock solutions (10 mM) were prepared by dissolving an appropriate amount of either NVS-CRF38 or d-NVS-CRF38 in DMSO. This standard solution was diluted to 120 µM with 30% acetonitrile in water and further diluted to 6 µM with 100 mM phosphate buffer at pH 7.4. Five microliters of this solution was added to a total volume of 300 µl of microsomal incubate for a substrate concentration of 100 nM. Aliquots of microsomes (0.5 ml) were rapidly thawed in a water bath at 37°C and diluted with an appropriate amount of 100 mM phosphate buffer (pH 7.4) to achieve a protein concentration of 1.6 mg/ml. One hundred fifty microliters of this microsomal preparation was added to a 96-well plate containing 5 µl of 6 µM drug solution. The plate was mixed and immersed in a shaking water bath at 37°C for 10 minutes. At time point 0 minutes, 25 µl of incubate was quenched with 150 µl of ice-cold acetonitrile and diluted with 25 µl of cofactor solution containing potassium phosphate buffer and NADPH (2 mM). Reactions were initiated by addition of 125 µl of cofactor solution and mixed thoroughly. Final concentrations of the assay components were phosphate buffer (100 mM) and NADPH (1 mM). The final assay solvent concentrations were 0.003% DMSO and 0.08% acetonitrile. At predetermined time points of 5, 15, 30, 45, and 60 minutes, 50 µl of incubate was dispensed into 150 µl of ice-cold acetonitrile. Calibration curves for O-desmethyl NVS-CRF38 were prepared in rat and human microsomes. Twelve microliters of a 10 mM O-desmethyl NVS-CRF38 DMSO stock solution was added to 998 µl of 30% acetonitrile and mixed to form a 120 µM solution, which was diluted 1:4 (v/v) with 100 mM phosphate buffer and mixed. Five microliters was added to 150 µl of either human or rat microsomes (0.8 mg/ml) omitting the cofactor NADPH. After mixing this, 1 µM calibrant was serially diluted 1:3 seven times with microsomal matrix; the calibration range for O-desmethyl NVS-CRF38 in microsomes was 1.4–1000 nM. Fifty-microliter aliquots of calibration standard were dispensed into 150 µl of ice-cold acetonitrile. Prior to LC-MS/MS analysis, samples were centrifuged for 5 minutes at 2000 (× g), and 150 µl of supernatant was removed and diluted with 150 µl of water and 30 µl of internal standard (glyburide 2 µM, in 10% acetonitrile in water).

For calculations of intrinsic clearance (CL$_{int}$), the analyte/internal standard peak area ratios were converted to concentration drug remaining, using T = 0 response as 100%. All data were fitted with a monoexponential decay using eq. 1. The elimination rate constant (k) was used to calculate in vitro CL$_{int}$ (eq. 1).

$$R_{(t)} = R_0 \cdot e^{-kt} \qquad (1)$$

where $R$ is the peak area ratio, $R_0$ is the peak area ratio at zero time, and k is the elimination rate constant (min$^{-1}$). The elimination rate constant was used to

Downloaded from dmd.aspetjournals.org at ASPET Journals on January 9, 2020

calculate the in vitro $CL_{int}$ (units: microliter per minute per milligram of microsomal protein) according to eq. 2:

$$\text{In vitro } CL_{int} = (k \cdot 1/P \cdot 1000) \quad (2)$$

where k is the elimination rate constant and P is the microsomal protein concentration (milligrams per milliliter).

Scaled in vivo $CL_{int}$ (units: milliliter per minute per kilogram) was calculated using eq. 3:

$$\text{In vivo } CL_{int} = \text{In vitro } CL_{int} \cdot MPPGL \cdot LW/1000 \quad (3)$$

where MPPGL is the microsomal recovery factor (45 mg of microsomal protein per gram of liver) and LW is liver weight (40 g/kg).

To estimate $CL_{int}$ values for formation of the metabolite, a pseudo drug depletion curve was determined by subtracting the concentration of O-desmethyl NVS-CRF38 formed at each time point from the initial substrate concentration. This simulated depletion curve was treated as described earlier.

**Enzyme Kinetics in Liver Microsomes.** Saturated solutions of NVS-CRF38 and d-NVS-CRF38 were prepared by mixing 5 mg of compound overnight in 100 mM potassium phosphate buffer at 37°C. The following morning, the samples were filtered using a 0.22-$\mu$m syringe filter. The filtrate was analyzed for dissolved drug substance by high-performance liquid chromatography and UV light detection. Saturated solutions were achieved in buffer at 682 $\mu$M for NVS-CRF38 and 522 $\mu$M for d-NVS-CRF38. Saturated drug solutions were combined with liver microsomes (20 mg/ml, same batches as described previously) and blank 100 mM potassium phosphate buffer (pH 7.4) for a substrate concentration of 210 $\mu$M and microsomal protein concentration of 0.84 mg/ml. Drug-free microsomes at 0.84 mg/ml were prepared by dilution in phosphate buffer. In a 96-well plate, the drug/microsome solution was serially diluted (by 50% each time) with drug-free microsomes (rat and human in duplicate), yielding 12 samples in total ranging from 210 $\mu$M to 100 nM. Reactions were initiated by the addition of 5 $\mu$l of NADPH (21 mM dissolved in 100 mM phosphate buffer). After cofactor addition, the plates were thoroughly mixed and left in a shaking incubator at 37°C for 20 minutes. Reactions were terminated by the addition of 300 $\mu$l of ice-cold acetonitrile and diluted with 300 $\mu$l of water. Sixty microliters of the internal standard glyburide (2 $\mu$M in 10% methanol:90% water) was added to each sample. Samples were mixed and centrifuged at 2000 ($\times$ g) for 15 minutes, and 250 $\mu$l of supernatant was transferred to a sample plate for analysis. Five microliters of sample was injected into the LC-MS/MS system.

**Pharmacokinetic Studies.** Animal procedures were conducted in accordance with the British Home Office regulations (Scientific Procedures) Act of 1986, UK. Pharmacokinetic studies were conducted using male Sprague-Dawley rats with an average weight of 257 g (range 245–269 g). For intravenous dosing, NVS-CRF38 and d-NVS-CRF38 were formulated as a solution in 1:1 (v/v) poly(ethylene glycol) 200 (PEG200):saline (final drug concentration 1 mg/ml). The compounds dissolved completely with vigorous shaking and sonication. Rats ($n = 4$ per group) with a surgically implanted lateral tail vein cannula were administered either compound by bolus injection into the contralateral tail vein; the dose volume was 1 ml/kg. For oral dosing, compounds were formulated as a suspension in 0.5% methylcellulose and 0.5% Tween 80 for a final dose of 10 mg/kg. Rats ($n = 4$ per group) with surgically

implanted lateral tail vein cannulae were administered either NVS-CRF38 or d-NVS-CRF38 by oral gavage; the dose volume was 5 ml/kg.

Serial blood samples (0.15 ml) were taken via the implanted catheter at defined time points to 72 hours. Intravenous blood samples were taken at 0.05, 0.1, 0.25, 0.75, 2, 4, 6, 24, 30, 48, 54, and 72 hours. For the oral studies, blood samples were taken at 0.25, 0.75, 1.5, 3, 6, 24, 30, 48, 54, and 72 hours. Following removal of each blood sample, an equal volume of heparinized saline was injected into the animal via the sampling catheter. Blood samples (50 $\mu$l) were transferred to a microtiter plate, and the plate was frozen (−80°C) until analysis. Pharmacokinetic parameters were calculated by noncompartmental analysis using WinNonlin (Certara, St. Louis MO) version 6.1 (build 6.1.0.173). The $C_{max}$ and time to reach $C_{max}$ were used as the observed data. Total intravenous blood clearance ($CL_b$) was calculated as dose/$AUC_{0-\infty}$, with $AUC_{0-\infty}$ as the area under the blood concentration-time curve calculated by the trapezoidal rule and extrapolated to infinity using the apparent terminal disposition rate constant ($\lambda_z$), determined by regression analysis of the linear terminal portion of the log blood concentration-time curve. The apparent terminal half-life was estimated from the terminal rate constant with half-life = ln 2/$\lambda$z. For intravenous dosing, the steady-state volume of distribution ($V_{ss}$) was calculated as $V_{ss} = MRT \cdot CL_b$, with the mean residence time (MRT) being defined as the area under the first moment curve $AUMC_{0-\infty, iv}$ divided by $AUC_{0-\infty}$. Oral bioavailability (F) was calculated by the ratios of dose-normalized $AUC_{0-\infty}$ after oral and intravenous dosing.

In vivo intrinsic clearance values after intravenous dosing were calculated using the well stirred liver model (eq. 4):

$$\text{In vivo } CL_{int} = Q_H \cdot CL_b/[fu_b(Q_H - CL_b)]. \quad (4)$$

Where $Q_H$ is hepatic blood flow and $fu_b$ is the ratio of unbound and whole drug concentrations available for binding. After oral drug administration, in vivo intrinsic clearance was calculated using eq. 5:

$$\text{In vivo } CL_{int} = Dose/(AUC \cdot fu_b). \quad (5)$$

In vivo $CL_{int}$ corresponding to NVS-CRF38 O-demethylation after either intravenous or oral administration was calculated by eq. 6:

$$\text{In vivo } CL_{int}(\text{NVS-CRF38 O-demethylation}) = \text{total } \textit{in vivo } CL_{int} \cdot fm \quad (6)$$

where in vivo fraction of drug systemically available that is converted to a metabolite (fm) was calculated using eq. 7:

$$fm = AUC_{(m)} \text{ after i.v. drug}/AUC_{(m)} \text{ after i.v. metabolite} \quad (7)$$

where $AUC_{(m)}$ is the area under the curve for the O-desmethyl NVS-CRF38. Kinetic deuterium isotopes effects ($K_H/K_D$) based on either total in vivo $CL_{int}$ or $CL_{int}$ for NVS-CRF38 O-demethylation alone were calculated by eq. 8:

$$\text{In vivo } K_H/K_D = \text{NVS-CRF38 in vivo } CL_{int}/\text{d-NVS-CRF38 in vivo } CL_{int} \quad (8)$$

Bioanalysis of plasma samples was undertaken using a solvent precipitation approach followed by LC-MS/MS. Calibration curve concentration ranges for

TABLE 1

Intrinsic clearance values for NVS-CRF38 and [$^{13}CD_3$]NVS-CRF38 in liver microsomes

Intrinsic clearance values were determined by either substrate depletion or metabolite formation in mixed-gender human or male Sprague-Dawley rat liver microsomes. The initial substrate concentration was 100 nM and the microsomal protein concentration was 0.8 mg/ml. The cofactor NADPH was included to activate cytochrome P450 enzymes. Data are the mean and S.D. of three determinations.

| Substrate | Intrinsic Clearance | | | |
| --- | --- | --- | --- | --- |
| | Depletion | | Formation | |
| | Rat | Human | Rat | Human |
| | *ml/min/kg microsomal protein* | *ml/min/kg microsomal protein* | *ml/min/kg microsomal protein* | *ml/min/kg microsomal protein* |
| NVS-CRF38 | 32.9 ± 3.6 | 17.2 ± 2.8 | 18.2 ± 6.9 | 4.4 ± 1.0 |
| [$^{13}CD_3$] NVS-CRF38 | 15.8 ± 4.7 | 10.7 ± 2.8 | 2.5 ± 0.4 | 0.85 ± 0.34 |
| $K_H/K_D$ | 2.2 ± 0.8 | 1.7 ± 0.5 | 7.1 ± 2.1 | 5.4 ± 0.9 |

Downloaded from dmd.aspetjournals.org at ASPET Journals on January 9, 2020

NVS-CRF38 and d-NVS-CRF38 ranged from 7.6 to 16,668 nM (8-point calibration curve with a 1:3 dilution per point). For d-NVS-CRF38, the calibration curve concentration ranged between 6.9 and 556 nM (5-point calibration curve with a 1:3 dilution per point). For each analyte, the calibration curve was fitted with a quadratic function weighted to 1/x. Calibration samples were extracted alongside study samples. Fifty microliters of either calibrant or study blood sample was precipitated with 150 $\mu$l of acetonitrile and mixed for 5 minutes. After centrifugation at 2000 ($\times$ g) for 10 minutes, 120 $\mu$l of the supernatant was removed and diluted with 120 $\mu$l of water, then 30 $\mu$l of internal standard was added (glyburide at 2 $\mu$M in 10% methanol dissolved in water). LC-MS/MS analysis was performed using a Quattro Premier mass spectrometer and Acquity UPLC system (Waters). Analytes and the internal standard glyburide were analyzed using an Acquity UPLC BEH C18 analytical column (1.7-$\mu$m particle size, 50 $\times$ 2.1 mm; Waters). The mobile phase consisted of solvent A (0.1% formic acid in water) and solvent B (acetonitrile). A linear gradient was programmed from 5% to 95% B in 4.5 minutes; the mobile phase was maintained at 95% B for 1 minute and then returned to the initial conditions. The flow rate was 0.5 ml/min into the electrospray source. Samples were detected using multiple reaction monitoring, and the parent-to-daughter transitions were

352.19→255.08 m/z (cone voltage 45 V and collision energy 25 eV) for NVS-CRF38, 356.29→259.17 m/z (cone voltage 40 V and collision energy 25 eV) for d-NVS-CRF38, 338.19→241.08 m/z (cone voltage 45 V and collision energy 25 eV) for O-desmethyl NVS-CRF38, and 494.16→369.09 m/z (cone voltage 25 V and collision energy 15 eV) for the internal standard glyburide. Five microliters of sample was injected into the LC-MS/MS system.

## Results

The metabolic stability of NVS-CRF38 and d-NVS-CRF38 was measured in rat and human liver microsomes (Table 1); CL$_{int}$ estimates were based on both depletion of the parent drug and formation of the O-desmethyl metabolite. Using the drug depletion method, CL$_{int}$ values for d-NVS-CRF38 were reduced by 40%–50% in both rat and human liver microsomes when compared with unlabeled compound. This reduction in microsomal CL$_{int}$ using the drug depletion method corresponded to a K$_H$/K$_D$ value of ∼2. When CL$_{int}$ values were calculated based on formation of the O-desmethyl metabolite, the isotope effect was more pronounced. Formation of this specific metabolite was reduced by 86% in rat microsomes and 81% in human microsomes, thus K$_H$/K$_D$ values for microsomal CL$_{int}$ based on metabolite formation were in the range of 5.4–7.1.







**Fig. 2.** Hanes-Woolf plots for NVS-CRF38 and [$^{13}$CD$_3$] NVS-CRF38 O-demethylation in rat (A) and human (B) liver microsomes. The microsomal protein concentration is 0.8 mg/ml and incubation time is 20 minutes. Data are the mean and S.D. of three determinations.

**Fig. 3.** Plasma concentration-time profiles for NVS-CRF38 (A) and [$^{13}$CD$_3$] NVS-CRF38 (B) after intravenous administration to male Sprague-Dawley rats. Compounds were formulated as a solution in 1:1 (v/v) poly(ethylene glycol) 200: saline; the dose volume was 1 ml/kg. Data are the mean and S.D. of four rats.

Downloaded from dmd.aspetjournals.org at ASPET Journals on January 9, 2020

Transformed substrate saturation curves comparing rates of NVS-CRF38 O-demethylation in rat and human microsomes are provided in Fig. 2. Substrate saturation curves were transformed using the Hanes-Woolf method. For rats (Fig. 2A), deuteration had no marked effect on the $K_m$ for the O-demethylation reaction; however, a 5-fold reduction in $V_{max}$ (~5-fold) was observed. In human liver microsomes, an isotope was apparent by visual inspection of the data (Fig. 2B); determination of reliable kinetic parameters was not possible using models describing the involvement of either one or two enzymes due to the multiphasic nature of the Hanes-Woolf plot.

After intravenous administration to male rats, blood concentrations for both NVS-CRF38 and d-NVS-CRF38 declined in a biexponential manner (Fig. 3A). Pharmacokinetic parameters are presented in Table 2; both compounds were rapidly distributed to tissues, and volume of distribution values were comparable ($V_{ss}$ = ~3 to 4 l/kg). Blood clearance values were 2-fold higher for unlabeled NVS-CRF38 ($CL_b$ = 21.2 ± 2.0 ml/min/kg) compared with d-NVS-CRF38 ($CL_b$ = 9.7 ± 0.7 ml/min/kg). Consequently, a shorter elimination half-life was observed for the unlabeled compound. For both compounds, the O-desmethyl metabolite was detected in blood samples over the entire intravenous study time course (Fig. 3B); maximum concentrations in blood occurred after ~40 minutes. The $AUC_{0\rightarrow\infty}$ for the O-desmethyl metabolite was 68% lower after administration of d-NVS-CRF38 compared with unlabeled compound (130 ± 69 vs. 402 ± 157 nM·h, respectively). The fraction of dose metabolized to this metabolite was calculated with reference to the i.v. pharmacokinetic parameters for this metabolite ($AUC_{0\rightarrow\infty}$ = 1948 ± 179 nM·h, $CL_b$ = 25 ± 2 ml/min/kg, $V_{ss}$ = 9.7 ± 3.6 l/kg). In vivo fm for the O-desmethyl metabolite common to both compounds was 0.21 ± 0.08 for NVS-CRF38 and 0.07 ± 0.04 for d-NVS-CRF38. In vivo $CL_{int}$ was calculated using the well stirred liver model; both NVS-CRF38 and d-NVS-CRF38 were weakly bound to blood constituents ($fu_b$ = 0.17 ± 0.02 vs. 0.14 ± 0.02, respectively). The total $CL_{int}$ for NVS-CRF38 (corresponding to all biotransformation

pathways) after i.v. dosing was estimated at 203.6 ± 31.0 ml/min/kg; for d-NVS-CRF38 this value decreased to 84.1 ± 7.2 ml/min/kg, yielding an in vivo kinetic isotope effect corresponding to all metabolic pathways of 2.4 ± 0.5. In vivo $CL_{int}$ values for the O-desmethyl metabolite were calculated by multiplying the total in vivo $CL_{int}$ by fm; using this approach, the $CL_{int}$ after administration of NVS-CRF38 was estimated at 42.3 ± 6.5 and was reduced to 5.7 ± 0.5 ml/min/kg after i.v. administration of d-NVS-CRF38. Therefore, when the O-demethylation reaction is considered in isolation, a much higher in vivo kinetic isotope effect is observed ($K_H/K_D$ = 7.6 ± 1.6). After oral administration, both NVS-CRF38 and d-NVS-CRF38 were rapidly absorbed, reaching maximum concentrations ~1 hour post dose; oral bioavailability was complete for both compounds (Fig. 4A; Table 2). Exposure of the O-demethylated metabolite (Fig. 4B) was 2.5-fold lower after administration of d-NVS-CRF38. In vivo $CL_{int}$ estimates generated from oral exposure of parent drug (accounting for all biotransformation routes) indicate a modest kinetic isotope effect ($K_H/K_D$ = 2.1 ± 0.4). The isotope effect was more marked when $CL_{int}$ estimates were based on the O-demethylation reaction alone ($K_H/K_D$ = 6.5 ± 0.3). A summary of $K_H/K_D$ values for d-NVS-CRF38 in rats is provided in Table 3.

Metabolite identification studies were undertaken using rat and human liver microsomes to compare the metabolic pattern for NVS-CRF38 and d-NVS-CRF38. After incubation for 1 hour, the initial peak areas for NVS-CRF38 (initial substrate concentration 10 μM) decreased by ~30% in both rat and human microsomes. The metabolic patterns for these compounds are presented in Fig. 5. In rat microsomes, six metabolites were detected; these included three aromatic oxygen adducts located on the alkoxyaryl ring (M1, M4, M5), one aliphatic oxygen adduct on the same ring system (M3), and an additional aliphatic oxygen adduct (M6) which was located on either the pyrazolo-oxazole core or the 1,3,4-triazole ring. In addition, the demethylated metabolite (M7) was observed.

Downloaded from dmd.aspetjournals.org at ASPET Journals on January 9, 2020

TABLE 2

Pharmacokinetic parameters for NVS-CRF38 and [$^{13}CD_3$] NVS-CRF38 in male Sprague-Dawley rats after intravenous and oral administration

For intravenous administration, the compounds were formulated in 50:50 (v/v) PEG200:saline; the dose volume was 1 ml/kg. For oral administration, compounds were formulated as a suspension in 0.5% methylcellulose containing 0.5% Tween 80 and dosed at 5 ml/kg. Data are the mean and S.D. of four rats.

| Parameters | NVS-CRF38 | | [$^{13}CD_3$] NVS-CRF38 | |
| --- | --- | --- | --- | --- |
| | Parent | Metabolite | Parent | Metabolite |
| **Intravenous** | | | | |
| Dose (mg/kg) | 1 | — | 1 | — |
| $C_{max}$ (nM) | — | 74 ± 20 | — | 9 ± 1** |
| $T_{max}$ (h) | — | 0.8 ± 0.0 | — | 0.6 ± 0.3 |
| $AUC_{0\rightarrow\infty}$ (nM·h) | 2255 ± 211 | 402 ± 157 | 4853 ± 327** | 130 ± 69 |
| $CL_b$ (ml/min/kg) | 21.2 ± 2.0 | — | 9.7 ± 0.7** | — |
| $V_{ss}$ (l/kg) | 3.3 ± 0.7 | — | 3.8 ± 0.6 | — |
| Half-life (h) | 2.7 ± 0.7 | 6.9 ± 1.8 | 5.2 ± 1.4 | 12.8 ± 7.5 |
| MRT (h) | 2.6 ± 0.3 | — | 6.5 ± 1.5* | — |
| fm | — | 0.21 ± 0.08 | — | 0.07 ± 0.04 |
| **Oral** | | | | |
| Dose (mg/kg) | 10 | — | 10 | — |
| $C_{max}$ (nM) | 4111 ± 265 | 674 ± 171 | 6148 ± 1506 | 113 ± 20 |
| $T_{max}$ (h) | 0.8 ± 0.0 | 0.6 ± 0.3 | 1.3 ± 1.0 | 1.0 ± 0.4 |
| $AUC_{0\rightarrow\infty}$ (nM·h) | 23,391 ± 1475 | 4554 ± 1510 | 60,218 ± 14,726* | 1812 ± 631** |
| Oral half-life (h) | 3.5 ± 0.6 | 9.3 ± 2.2 | 5.6 ± 1.1* | 14.6 ± 6.0 |
| F (%) | 104 ± 7 | — | 124 ± 30 | — |
| **Blood distribution** | | | | |
| $fu_b$ | 0.17 ± 0.02 | — | 0.14 ± 0.02 | — |
| BPR | 0.83 ± 0.07 | — | 0.86 ± 0.05 | — |

BPR, blood-to-plasma ratio; MRT, mean residence time; $T_{max}$, time to reach $C_{max}$.
*Significant differences (Student's $t$ test) versus values for NVS-CRF38 at the $P < 0.05$ level.
**Significant differences (Student's $t$ test) versus values for NVS-CRF38 at the $P < 0.01$ level.





**Fig. 4.** Plasma concentration-time profiles for NVS-CRF38 (A) and [$^{13}$CD$_3$] NVS-CRF38 (B) after oral administration to male Sprague-Dawley rats. Compounds were formulated as a suspension in 0.5% methylcellulose and 0.5% Tween 80; the dose volume was 5 ml/kg. Data are the mean and S.D. of four rats.

Peak areas for each metabolite were compared using either NVS-CRF38 or d-NVS-CRF38 as a substrate (Fig. 6). Comparatively, levels of the O-desmethyl metabolite M7 were markedly lower for incubations with d-NVS-CRF38 by 7.5-fold in rat liver microsomes and 3-fold in human liver microsomes. Reduction of M7 formation with d-NVS-CRF38 was associated with a relative increase in formation of the other metabolites (M1, M3, M5, and M6) in rat liver microsomes. In human liver microsomes, metabolic switching was particularly marked with clear increases in peak areas for M1, M3, M4, M5, and M6. In addition,

two further metabolites were observed (M10 and M11) which were not detected with the unlabeled compound. Metabolites for NVS-CRF38 which have been previously observed after incubation with cryopreserved hepatocytes (R. A. Stringer et al., in press), including the carboxylic acid (M2) and conjugated metabolites of M7 including the sulfate (M8) and glucuronide (M9), were not observed in this in vitro study with hepatic microsomes.

## Discussion

Deuterium-for-hydrogen substitution is an attractive way to increase drug exposure by slowing down oxidative metabolism. Often deuteration decreases the rate of biotransformation reactions in vitro; translation between in vitro observations and in vivo isotope effects are somewhat uncertain. Many factors may confound this approach, including the contribution to in vivo metabolism by enzymes which do not rely on C-H bond breakage. No isotope effect was observed after administration of deuterated propofol to mice (Helfenbein et al., 2002); this may be attributed to the fact that glucuronidation accounts for a significant proportion of propofol metabolism (Simons et al., 1988). Contribution to in vivo clearance by nonmetabolic elimination mechanisms (urinary and/or biliary excretion of unchanged drug) may also attenuate in vivo deuterium isotope effects; biliary excretion of zoniporide (~40% of dose) is likely to contribute to the lack of isotope effects observed for this compound in rats (Sharma et al., 2012). The success of the deuterium replacement strategy will also be dependent on physiological factors such as hepatic blood flow; for compounds with CL$_{int}$ values well in excess of hepatic blood flow, isotope effects observed in vitro are unlikely to translate to comparable differences for in vivo clearance (Sharma et al., 2012).

When considering NVS-CRF38 for a deuteration replacement strategy, we carefully considered these potential pitfalls. Previous drug metabolism studies conducted using cryopreserved hepatocytes from rats, dogs, monkeys, and humans indicate that primary metabolic routes are inhibited by the nonselective cytochrome P450 (P450) inhibitor 1-aminobenzotriazole (R.A. Stringer et al., in press), implicating P450 enzymes in primary biotransformation reactions for this compound. We also considered the involvement of other elimination mechanisms which could potentially negate the impact of pharmacokinetic changes mediated by deuterium replacement. Excretion studies in rats indicate that elimination of NVS-CRF38 (at least in the rat) was virtually entirely hepatic metabolic, with very little contribution from either renal or biliary excretion of unchanged drug.

For NVS-CRF38, scaled microsomal intrinsic clearance values were either close to or below hepatic blood flow, suggesting that changes in the CL$_{int}$ of this compound are likely to translate into observable changes in hepatic clearance. Since the extrapolation of in vitro CL$_{int}$ to the in vivo situation also requires consideration of the free fraction in blood, we also considered potential differences in blood distribution

Downloaded from dmd.aspetjournals.org at ASPET Journals on January 9, 2020

TABLE 3

In vivo kinetic isotope effects in male Sprague-Dawley rats after intravenous and oral administration

| Biotransformation Pathway(s) | Route | In Vivo CL$_{int}$ | | K$_H$/K$_D$ |
| --- | --- | --- | --- | --- |
| | | NVS-CRF38 | [$^{13}$CD$_3$] NVS-CRF38 | |
| | | *ml/min/kg* | *ml/min/kg* | |
| Total | i.v. | 203.6 ± 31.0 | 84.1 ± 7.2 | 2.4 ± 0.5 |
| O-demethylation | i.v. | 42.3 ± 6.5 | 5.7 ± 0.5 | 7.6 ± 1.6 |
| Total | PO | 119.7 ± 7.7 | 58.4 ± 12.5 | 2.1 ± 0.4 |
| O-demethylation | PO | 24.9 ± 1.6 | 3.9 ± 0.8 | 6.5 ± 0.3 |

PO, by mouth.

Incyte Exhibit 1044, Page 6 of 9
Appx2488

Stringer et al.

**Fig. 5.** Metabolic patterns for NVS-CRF38 and [$^{13}$CD$_3$] NVS-CRF38 after incubation in human and rat liver microsomes for 20 minutes. The substrate concentration was 5 $\mu$M and microsomal protein concentration was 0.8 mg/ml.

Downloaded from dmd.aspetjournals.org at ASPET Journals on January 9, 2020

for the two compounds. No marked differences were observed between the proto and deutero form in terms of either plasma-protein binding or partition into red blood cells.

NVS-CRF38 has several biotransformation pathways in addition to the O-demethylation reaction; it is quite conceivable that blocking the O-demethylation pathway will simply divert the compound through other biotransformation routes. The success of deuterium replacement (in terms of modulating disposition of the parent compound) is dependent on the relative capacity and catalytic efficiency of these reactions versus O-demethylation.

In terms of primary routes of metabolism, the metabolic pattern for NVS-CRF38 generated in this study was in good agreement with previously published studies using cryopreserved hepatocytes (R. A. Stringer et al., in press). Several secondary metabolites previously observed in hepatocytes, including the carboxylic acid (M2) and conjugated metabolites of M7 (sulfate and glucuronide), were not detected using microsomes. For this study, additional changes were made to the metabolite identification protocol to enable a more accurate

assignment of drug metabolites. Specifically, an evaporation/reconstitution step was incorporated to enrich the concentration of metabolites in the final in vitro sample, thus enabling more precise metabolite identification. In addition, the chromatographic run time was increased to ensure complete separation of drug metabolites. As a result, we were able to identify that, in addition to O-demethylation, NVS-CRF38 undergoes aromatic ring hydroxylation at the three available positions located to the alkoxyaryl ring, aliphatic hydroxylation of the core, and aliphatic hydroxylation on the triazole ring.

For NVS-CRF38, the disparity between $K_H/K_D$ determined based on either all metabolic pathways or O-demethylation alone and the multitude of biotransformation routes for NVS-CRF38 strongly suggest that metabolic switching occurs in vivo. These observations are supported by comparative in vitro metabolite identification studies which demonstrate that, for d-NVS-CRF38 (compared with NVS-CRF38), a reduction in formation of O-desmethyl NVS-CRF38 was associated with an increase in peak areas for the other metabolites. It is important to acknowledge that these metabolite identification studies



**Fig. 6.** Uncorrected peak areas for each of the parent compounds and associated metabolites are expressed as percentage of total peak area for male Sprague-Dawley rat microsomes (A) and pooled human liver microsomes (B) for 20 minutes.

Downloaded from dmd.aspetjournals.org at ASPET Journals on January 9, 2020

For our study, good correlation was observed between isotope effects observed with in vitro drug metabolism systems and those observed in vivo; clearly, that is not always the case, and for many compounds, marked in vitro isotope effects do not translate into in vivo effects of comparable magnitude. A detailed understanding of drug disposition in terms of mechanisms of elimination and enzymology of metabolism is important to identify drug candidates which are most likely to benefit from deuterium substitution. In terms of quantitative translation of in vitro metabolism results, P450 substrates are particularly attractive due to the existence of well characterized scaling procedures that have been developed to scale from in vitro clearance to the in vivo situation (Houston, 1994).

Compared with drug development activities for nonlabeled small-molecule drugs, drug development activities for deuterium-substituted analogs are not foreseen to be significantly different from their nonlabeled counterpart. In a regulatory context, even a deuterium-labeled version of a marketed drug is considered a new molecular entity. This "new molecular entity" approach for deuterium-labeled drugs is consistent with current practices and strategies that leverage on the "uniqueness" of deuterium-labeled drugs. The precedence for intellectual property protection and patents is well established and used for deuterium-labeled drug candidates. Importantly, a deuterium-labeled analog should offer a unique benefit or property for the patient which is an improvement in comparison with the nonlabeled counterpart, or conventional therapies.

Although health authority submissions and subsequent approval would be necessary for deuterium-labeled drugs, the information and knowledge available from the nonlabeled drug might be helpful and beneficial. The available information and data from the nonlabeled drug could help streamline, focus, and shape the drug development process, which could result in a more efficient and shorter path to market.

Cost of goods is also an important consideration for deuterium-labeled drugs, and this would be dependent on the individual characteristics of a given molecule. The broad range of costs and synthetic complexities for deuterium-labeled drugs would be analogous to the marketed nonlabeled drugs. Although cost of goods for a deuterium-labeled version might be somewhat more expensive than a nonlabeled analog, this factor will likely not be prohibitive for every compound. The synthesis of a final deuterium-labeled drug product would be optimized for efficiency and cost in an analogous manner to that of nonlabeled drugs.

One potential consequence of in vivo metabolic switching is that, for deuterated drugs, previously undetected metabolites may be observed. The application of deuteration as a method to minimize the formation of toxic metabolites has been demonstrated in mice with the hepatoxin N-methylformamide (Threadgill et al., 1987). In the 1970s, Merck successfully adopted a deuteration strategy to mitigate the toxicity of 3-fluoropyruvate, a metabolite of fluoro-d-alanine catalyzed by d-amino acid oxidase. This compound, intended as part of a combination therapy for chronic obstructive pulmonary disease, did not reach the market due to non–deuterium-related toxicity (Darland et al., 1986).

Based on our experience with NVS-CRF38, the effectiveness of a deuterium replacement strategy will be highly dependent on the aims. If one wishes to change the pharmacokinetic properties of a drug molecule (for instance, increase elimination half-life, reduce dose and dosing frequency), then in vivo isotope effects are likely to be relatively minor due to compensation by other metabolic pathways. The application of deuteration to minimize specific metabolites is attractive in that it enables one to harness the full magnitude of isotope effects and is not impacted by metabolic switching in vivo. Thorough

were performed using nonradiolabeled compound and are not quantitative in terms of the amounts of metabolites formed. However, we considered this approach suitable for comparing the efficiency of O-demethylation between these two compounds.

Enzyme kinetic studies were undertaken to explore the mechanism behind NVS-CRF38 isotope effects and determine whether isotope effects were attributed to differences in substrate binding to P450 or catalysis. Rat microsomal incubations clearly indicate that the binding affinity ($K_m$) is unchanged for the two compounds; however, a marked reduction in $V_{max}$ is apparent for d-NVS-CRF38, supporting C-H bond breaking as the rate-limiting step for NVS-CRF38 O-demethylation. For the rat, $V_{max}/K_m$ ratios are in good agreement with O-demethylation $CL_{int}$ values determined from substrate depletion studies at a single substrate concentration. The situation with enzyme kinetic studies in human liver microsomes is not so clear due to the curved nature of the transformed kinetic profiles. We speculate that multiple human P450 isoforms contribute to the metabolism of NVS-CRF38, and that each of these isoforms has different enzyme kinetics. We did attempt to fit the human data with models describing the involvement of two enzymes; however, the fit was poor.

knowledge of metabolic patterns for both deuterated and unsubstituted drug candidates and efficacy/safety data pertaining to each metabolite is important to enable an informed decision regarding the suitability of this approach.

**Acknowledgments**

The authors thank the in vivo group for their assistance in animal studies. In addition, the authors thank Dr. David Nettleton for valuable discussions and his review of this manuscript.

**Authorship Contributions**

*Participated in research design:* Stringer, Williams, Picard, Krauser, Sohal, Kretz, McKenna.

*Conducted experiments:* Stringer, Williams, Krauser.

*Performed data analysis:* Stringer, Williams, Krauser.

*Wrote or contributed to the writing of the manuscript:* Stringer, Krauser, Sohal.

**References**

Bell LC and Guengerich FP (1997) Oxidation kinetics of ethanol by human cytochrome P450 2E1. Rate-limiting product release accounts for effects of isotopic hydrogen substitution and cytochrome b5 on steady-state kinetics. *J Biol Chem* **272**:29643–29651.

Belleau B, Burba J, Pindell M, and Reiffenstein J (1961) Effect of deuterium substitution in sympathomimetic amines on adrenergic responses. *Science* **133**:102–104.

Darland GK, Hajdu R, Kropp H, Kahan FM, Walker RW, and Vandenheuvel WJA (1986) Oxidative and defluorinative metabolism of fludalanine, 2-2H-3-fluoro-D-alanine. *Drug Metab Dispos* **14**:668–673.

Ghanayem BI, Burka LT, and Matthews HB (1987) Metabolic basis of ethylene glycol monobutyl ether (2-butoxyethanol) toxicity: role of alcohol and aldehyde dehydrogenases. *J Pharmacol Exp Ther* **242**:222–231.

Guengerich FP (2013) Kinetic deuterium isotope effects in cytochrome P450 oxidation reactions. *J Labelled Comp Radiopharm* **56**:428–431.

Helfenbein J, Lartigue C, Noirault E, Azim E, Legailliard J, Galmier MJ, and Madelmont JC (2002) Isotopic effect study of propofol deuteration on the metabolism, activity, and toxicity of the anesthetic. *J Med Chem* **45**:5806–5808.

Houston JB (1994) Utility of in vitro drug metabolism data in predicting in vivo metabolic clearance. *Biochem Pharmacol* **47**:1469–1479.

Kim KH, Isin EM, Yun CH, Kim DH, and Guengerich FP (2006) Kinetic deuterium isotope effects for 7-alkoxycoumarin O-dealkylation reactions catalyzed by human cytochromes P450 and in liver microsomes. Rate-limiting C-H bond breaking in cytochrome P450 1A2 substrate oxidation. *FEBS J* **273**:2223–2231.

Krauser JA and Guengerich FP (2005) Cytochrome P450 3A4-catalyzed testosterone 6β-hydroxylation stereochemistry, kinetic deuterium isotope effects, and rate-limiting steps. *J Biol Chem* **280**:19496–19506.

Morgan AJ, Nguyen S, Uttamsingh V, Bridson G, Harbeson S, Tung R, and Masse CE (2011) Design and synthesis of deuterated boceprevir analogs with enhanced pharmacokinetic properties. *J Labelled Comp Radiopharm* **54**:613–624.

Nelson SD and Trager WF (2003) The use of deuterium isotope effects to probe the active site properties, mechanism of cytochrome P450-catalyzed reactions, and mechanisms of metabolically dependent toxicity. *Drug Metab Dispos* **31**:1481–1498.

Obach RS (2001) Mechanism of cytochrome P4503A4- and 2D6-catalyzed dehydrogenation of ezlopitant as probed with isotope effects using five deuterated analogs. *Drug Metab Dispos* **29**:1599–1607.

Ottoboni S, Caldera P, Trevor A, and Castagnoli N, Jr (1989) Deuterium isotope effect measurements on the interactions of the neurotoxin 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine with monoamine oxidase B. *J Biol Chem* **264**:13684–13688.

Parli CJ and McMahon RE (1973) The mechanism of microsomal deamination: heavy isotope studies. *Drug Metab Dispos* **1**:337–341.

Shao L, Abolin C, Hewitt MC, Koch P, and Varney M (2006) Derivatives of tramadol for increased duration of effect. *Bioorg Med Chem Lett* **16**:691–694.

Shao L and Hewitt MC (2010) The kinetic isotope effect in the search for deuterated drugs. *Drug News Perspect* **23**:398–404.

Sharma R, Strelevitz TJ, Gao H, Clark AJ, Schildknegt K, Obach RS, Ripp SL, Spracklin DK, Tremaine LM, and Vaz ADN (2012) Deuterium isotope effects on drug pharmacokinetics. I. System-dependent effects of specific deuteration with aldehyde oxidase cleared drugs. *Drug Metab Dispos* **40**:625–634.

Simons PJ, Cockshott ID, Douglas EJ, Gordon EA, Hopkins K, and Rowland M (1988) Disposition in male volunteers of a subanaesthetic intravenous dose of an oil in water emulsion of 14C-propofol. *Xenobiotica* **18**:429–440.

Tanabe M, Yasuda D, LeValley S, and Mitoma C (1969) The pharmacologic effect of deuterium substitution on 5-n-butyl-5-ethylbarbituric acid. *Life Sci* **8**:1123–1128.

Threadgill MD, Axworthy DB, Baillie TA, Farmer PB, Farrow KC, Gescher A, Kestell P, Pearson PG, and Shaw AJ (1987) Metabolism of N-methylformamide in mice: primary kinetic deuterium isotope effect and identification of S-(N-methylcarbamoyl)glutathione as a metabolite. *J Pharmacol Exp Ther* **242**:312–319.

Address correspondence to: Rowan A. Stringer, Novartis Institutes for Biomedical Research, Wimblehurst Road, Horsham, West Sussex, UK. E-mail: rowan.stringer@novartis.com

Downloaded from dmd.aspetjournals.org at ASPET Journals on January 9, 2020



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 27, 2018

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS
OF:

APPLICATION NUMBER: *14/707,912*
FILING DATE: *May 08, 2015*
PATENT NUMBER: *9,249,149*
ISSUE DATE: *February 02, 2016*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer

Incyte Exhibit 1045, Page 1 of 520
Appx2492

## REMARKS

### Request for Interview

In view of the submission of additional data in the Declaration of Dr. Vinita Uttamsingh and the Track One status of this Application, Applicants request that the Examiner contact the undersigned once this submission has been reviewed, but before issuing the next Communication from the Office to discuss any remaining issues.

### Status of the Claims

The claims have not been amended in this paper. Claims 1-21 are pending in the application, of which claims 1-8 and 12-18 are under examination, and claims 9-11 and 19-21 have been withdrawn from consideration as directed to a non-elected invention.

Applicant respectfully requests that the Examiner reconsider this application in view of the following remarks.

### Election of Species

Applicant affirms the election of the claims of Group 1, claims 1-8 and 12-18, for prosecution, and the species of Compound 111. Applicant notes with appreciation the indication that the species election has now been withdrawn.

### Rejection under 35 USC § 103(a)

Claims 1-8 and 12-18 are rejected under 35 USC 103(a) as allegedly being obvious over Rodgers et al. (US 7598257) in view of Dyck et al. (*Journal of Neurochemistry*, 46(2), **1986**, 399-404), Ando et al. (US 6,603,008); Foster (US 6,221,335); Gant et al. (US 2007/0082929); Potyen et al. (US 2007/0197695); Ito et al. (US 7,517,990); Armstrong et al. (US 2005/0107420); Tonn et al. (*Biological Mass Spectrometry*, 22(11), **1993**, 633-642); Haskins et al. (*Biomedical Spectroscopy*, 1982, Vol. 9(7), 269-277); Wolen et al. (*Journal of Clinical Pharmacology*, 26, **1986**, 419-424); Browne et al. (*Journal of Clinical Pharmacology*, 38, **1998**, 213-220); Baillie (Pharmacology Rev.,

2

Incyte Exhibit 1045, Page 375 of 520

Appx2866

1981, 33, 81-132); Keinan et al. (US 6,440,710); Gouyette et al. (*Biomedical and Environmental Mass Spectrometry*, 1988, Vol. 15, 243-247); Cherrah et al. (*Biomedical and Environmental Mass Spectrometry*, 1987, Vol. 14(11), 653-657); Picniaszek et al. (*Journal of Clinical Pharmacology*, 39, 1999, 817-825); and Honma et al. (Drug Metab. Dispos., 1987, 15(4), 551).

According to the Office Action, Rodgers et al. teaches the protio form of ruxolitinib, and the secondary references suggest obviousness with respect to deuteration because "one is motivated to prepare deuterated versions of drugs to obtain a version with better pharmaceutical properties . . . [or] one is motivated to prepare deuterated versions of drugs, which can be used to obtain valuable information about how the non-deuterated drug or closely related drugs act in the body." Thus, the Office Action concludes that the above claims are *prima facie* obvious. Applicants traverse for the following reasons:

1)   The presently claimed compounds have an unexpectedly greater stability to metabolism than ruxolitinib in CYP3A4 supersomes and in human liver microsomes.

2)   None of the cited references support the proposition that deuterium would be expected to increase the overall metabolic stability of a drug.

3)   The cited references relating to the use of deuterated drugs to obtain pharmacokinetic information about non-deuterated drugs teach away from the claimed compounds.

4)   The prior art teaches that the effect of deuteration is not predictable and that deuteration at sites of metabolism often causes metabolic switching, so any change in the overall metabolic stability of a drug is unexpected.

Each of these points is discussed in detail below.

*I.      The Surprising and Unexpected Metabolic Stability of the Claimed Compounds Overcomes Any Assertion of Prima Facie Obviousness.*

Applicant presents herewith a Declaration Under 37 CFR 1.132 of Dr. Vinita Uttamsingh (the "Declaration"). Dr. Uttamsingh is the Director, Clinical Pharmacology, at Concert

3

Incyte Exhibit 1045, Page 376 of 520

Appx2867

Pharmaceuticals, Inc., the assignee of the present application, and previously was the Director, Discovery and Development DMPK at Concert (Declaration, ¶1). As described in the Declaration, several different compounds within the scope of claim 1 were tested either by Dr. Uttamsingh or under her direction in CYP3A4 supersomes (essentially as described in the application), and also in a human liver microsome system ("HLM"), (Declaration, ¶¶4-6 and Exhibits B-E thereto). These compounds are reasonably representative of the full scope of the claimed genus. In the formulae of both independent claim 1 and independent claim 12 (from which each of the remaining claims is dependent), either each $Y^2$ is deuterium, or each $Y^3$ is deuterium, or each $Y^2$ and $Y^3$ is deuterium. Compound **103** is a d4-deuterated species (i.e., each $Y^3$ is deuterium). Compound **107** is a different d4-deuterated species (i.e., each $Y^2$ is deuterium). Compound **111** is a d8-deuterated species (i.e., each $Y^2$ and each $Y^3$ is deuterium). <u>All of the tested compounds</u> demonstrated a substantially longer half-life in both supersomes and HLM as compared to ruxolitinib. As discussed in the Declaration, in the CYP3A4 supersome assay, the degree of increase in stability varied from 23% for Compound **103** to 80% for Compound **111** (Declaration ¶ 7; and Exhibit D thereto). These results for Compounds **103** and **107** are consistent with the results shown in the Application for those compounds. In the HLM assay, the increase in stability varied from 25% for Compound **107** to 75% for Compound **111** (Declaration ¶ 8; and Exhibit D thereto). These results clearly show that these deuterated compounds are substantially more stable metabolically than ruxolitinib in both the CYP3A4 supersome assay and the HLM assay.

As further explained below, there could not have been a reasonable expectation that the claimed compounds would demonstrate increased overall metabolic stability as compared to ruxolitinib. In the attached Declaration ¶ 9, Dr. Uttamsingh states that a majority of the deuterated compounds tested at Concert did not show a substantial change in stability over their non-deuterated counterpart in the stability assay.

*II.     Prior Art That Teaches Using Deuteration to Analyze Pharmacokinetic Properties of the corresponding Non-deuterated Drug Teaches Away from the Claimed Compounds.*

Tonn, Haskins, Wolen, Browne, Baillie, US 6,440,710, Gouyette, Cherrah, Pieniaszek and Honma are each references that relate to the use of deuteration to measure pharmacokinetic

4

B442\121.1

## HIGHLIGHTS OF PRESCRIBING INFORMATION

These highlights do not include all the information needed to use JAKAFI safely and effectively. See full prescribing information for JAKAFI.

JAKAFI™ (ruxolitinib) tablets, for oral use
Initial U.S. Approval: 2011

### INDICATIONS AND USAGE

Jakafi is a kinase inhibitor indicated for treatment of patients with intermediate or high-risk myelofibrosis, including primary myelofibrosis, post-polycythemia vera myelofibrosis and post-essential thrombocythemia myelofibrosis. (1)

### DOSAGE AND ADMINISTRATION

- The starting dose of Jakafi is 20 mg given orally twice daily for patients with a platelet count greater than $200 \times 10^9$/L, and 15 mg twice daily for patients with a platelet count between $100 \times 10^9$/L and $200 \times 10^9$/L. (2.1)
- Perform a complete blood count before initiating therapy with Jakafi. Monitor complete blood counts every 2 to 4 weeks until doses are stabilized, and then as clinically indicated. Modify dose for thrombocytopenia. (2.1) (2.2)
- Increase dose based on response and as recommended to a maximum of 25 mg twice daily. Discontinue after 6 months if no spleen reduction or symptom improvement (2.3)

### DOSAGE FORMS AND STRENGTHS

Tablets: 5 mg, 10 mg, 15 mg, 20 mg and 25 mg. (3)

### CONTRAINDICATIONS

None. (4)

### WARNINGS AND PRECAUTIONS

- Thrombocytopenia, anemia and neutropenia can occur. Manage by dose reduction, or interruption or transfusion. (5.1)
- Assess patients for signs and symptoms of infection and initiate appropriate treatment promptly. Serious infections should have resolved before starting therapy with Jakafi. (5.2)

### ADVERSE REACTIONS

The most common hematologic adverse reactions (incidence > 20%) are thrombocytopenia and anemia. The most common non-hematologic adverse reactions (incidence >10%) are bruising, dizziness and headache. (6.1)

To report SUSPECTED ADVERSE REACTIONS, contact Incyte Corporation at 1-855-463-3463 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.

To report SUSPECTED ADVERSE REACTIONS, contact at or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch

### DRUG INTERACTIONS

- Strong CYP3A4 Inhibitors: Reduce Jakafi starting dose to 10 mg twice daily for patients with a platelet count greater than or equal to $100 \times 10^9$/L and concurrent use of strong CYP3A4 inhibitors. Avoid in patients with platelet counts less than $100 \times 10^9$/L. (2.4) (7.1)

### USE IN SPECIFIC POPULATIONS

- Renal Impairment: Reduce Jakafi starting dose to 10 mg twice daily for patients with moderate (CrCl 30-59 mL/min) or severe renal impairment (CrCl 15-29 mL/min) and a platelet count between $100 \times 10^9$/L and $150 \times 10^9$/L. Avoid in patients with end stage renal disease (CrCl less than 15 mL/min) not requiring dialysis and in patients with moderate or severe renal impairment and a platelet count less than $100 \times 10^9$/L. (2.5) (8.6)
- Hepatic Impairment: Reduce Jakafi starting dose to 10 mg twice daily for patients with any degree of hepatic impairment and a platelet count between $100 \times 10^9$/L and $150 \times 10^9$/L. Avoid in patients with hepatic impairment with platelet counts less than $100 \times 10^9$/L. (2.5) (8.7)
- Nursing Mothers: Discontinue nursing or discontinue the drug taking into account the importance of the drug to the mother. (8.3)

See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling

Revised: 11/2011

## FULL PRESCRIBING INFORMATION: CONTENTS *

1. INDICATIONS AND USAGE
2. DOSAGE AND ADMINISTRATION
   2.1 Recommended Starting Dose
   2.2 Dose Modification Guidelines for Thrombocytopenia
   2.3 Dose Modification Based on Response
   2.4 Dose Adjustment with Concomitant Strong CYP3A4 Inhibitors
   2.5 Organ Impairment
   2.6 Method of Administration
3. DOSAGE FORMS AND STRENGTHS
4. CONTRAINDICATIONS
5. WARNINGS AND PRECAUTIONS
   5.1 Thrombocytopenia, Anemia and Neutropenia
   5.2 Infections
6. ADVERSE REACTIONS
   6.1 Clinical Trials Experience
7. DRUG INTERACTIONS
   7.1 Drugs That Inhibit or Induce Cytochrome P450 Enzymes
8. USE IN SPECIFIC POPULATIONS
   8.1 Pregnancy
   8.3 Nursing Mothers
   8.4 Pediatric Use
   8.5 Geriatric Use
   8.6 Renal Impairment
   8.7 Hepatic Impairment
10. OVERDOSAGE
11. DESCRIPTION
12. CLINICAL PHARMACOLOGY
   12.1 Mechanism of Action
   12.2 Pharmacodynamics
   12.3 Pharmacokinetics
   12.4 Thorough QT Study
13. NONCLINICAL TOXICOLOGY
   13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
14. CLINICAL STUDIES
16. HOW SUPPLIED/STORAGE AND HANDLING
17. PATIENT COUNSELING INFORMATION
   17.1 Thrombocytopenia, Anemia and Neutropenia
   17.2 Infections
   17.3 Drug Interactions
   17.4 Dialysis
   17.5 Compliance

* Sections or subsections omitted from the full prescribing information are not listed

Incyte Exhibit 1045, Page 390 of 520

# FULL PRESCRIBING INFORMATION

## 1. INDICATIONS AND USAGE

Jakafi is indicated for treatment of patients with intermediate or high-risk myelofibrosis, including primary myelofibrosis, post-polycythemia vera myelofibrosis and post-essential thrombocythemia myelofibrosis.

## 2. DOSAGE AND ADMINISTRATION

### 2.1 Recommended Starting Dose

The recommended starting dose of Jakafi is based on platelet count (*Table 1*). A complete blood count (CBC) and platelet count must be performed before initiating therapy, every 2 to 4 weeks until doses are stabilized, and then as clinically indicated [*see Warnings and Precautions (5.1)*]. Doses may be titrated based on safety and efficacy.

Table 1: Proposed Jakafi Starting Doses

| Platelet Count | Starting Dose |
|---|---|
| Greater than 200 X $10^9$/L | 20 mg orally twice daily |
| 100 X $10^9$/L to 200 X $10^9$/L | 15 mg orally twice daily |

### 2.2 Dose Modification Guidelines for Thrombocytopenia

#### Treatment Interruption

Interrupt treatment for platelet counts less than 50 X $10^9$/L. After recovery of platelet counts above this level, dosing may be restarted or increased following recovery of platelet counts to acceptable levels. Table 2 illustrates the maximum allowable dose that may be used in restarting Jakafi after a previous interruption.

Table 2: Maximum Restarting Doses for Jakafi After Safety Interruption*

| Current Platelet Count | Maximum Dose When Restarting Jakafi Treatment * |
|---|---|
| Greater than or equal to 125 X $10^9$/L | 20 mg twice daily |
| 100 to less than 125 X $10^9$/L | 15 mg twice daily |
| 75 to less than 100 X $10^9$/L | 10 mg twice daily for at least 2 weeks; if stable, may increase to 15 mg twice daily |
| 50 to less than 75 X $10^9$/L | 5 mg twice daily for at least 2 weeks; if stable, may increase to 10 mg twice daily |
| Less than 50 X $10^9$/L | Continue hold |
| *Maximum doses are displayed. When restarting, begin with a dose at least 5 mg twice daily below the dose at interruption. | |

#### Dose Reductions

Dose reductions should be considered if the platelet counts decrease as outlined in Table 3 with the goal of avoiding dose interruptions for thrombocytopenia.

Table 3: Dosing Recommendations for Thrombocytopenia

| Platelet Count | Dose at Time of Platelet Decline | | | | |
|---|---|---|---|---|---|
| | 25 mg twice daily | 20 mg twice daily | 15 mg twice daily | 10 mg twice daily | 5 mg twice daily |
| | New Dose | New Dose | New Dose | New Dose | New Dose |
| 100 to less than 125 X $10^9$/L | 20mg twice daily | 15 mg twice daily | No Change | No Change | No Change |
| 75 to less than 100 X $10^9$/L | 10 mg twice daily | 10 mg twice daily | 10 mg twice daily | No Change | No Change |
| 50 to less than 75 X $10^9$/L | 5 mg twice daily | 5 mg twice daily | 5 mg twice daily | 5 mg twice daily | No Change |
| Less than 50 X $10^9$/L | Hold | Hold | Hold | Hold | Hold |

Incyte Exhibit 1045, Page 391 of 520

Appx2882

## 2.3 Dose Modification Based on Response

If efficacy is considered insufficient and platelet and neutrophil counts are adequate, doses may be increased in 5 mg twice daily increments to a maximum of 25 mg twice daily. Doses should not be increased during the first 4 weeks of therapy and not more frequently than every 2 weeks. Discontinue treatment after 6 months if there is no spleen size reduction or symptom improvement since initiation of therapy with Jakafi.

Based on limited clinical data, long-term maintenance at a 5 mg twice daily dose has not shown responses and continued use at this dose should be limited to patients in whom the benefits outweigh the potential risks.

Consider dose increases in patients who meet all of the following conditions:

a. Failure to achieve a reduction from pretreatment baseline in either palpable spleen length of 50% or a 35% reduction in spleen volume as measured by CT or MRI;

b. Platelet count greater than 125 X $10^9$/L at 4 weeks and platelet count never below 100 X $10^9$/L.;

c. ANC levels greater than 0.75 X $10^9$/L.

## 2.4 Dose Adjustment with Concomitant Strong CYP3A4 Inhibitors

On the basis of pharmacokinetic studies in healthy volunteers, when administering Jakafi with strong CYP3A4 inhibitors (such as but not limited to boceprevir, clarithromycin, conivaptan, grapefruit juice, indinavir, itraconazole, ketoconazole, lopinavir/ ritonavir, mibefradil, nefazodone, nelfinavir, posaconazole, ritonavir, saquinavir, telaprevir, telithromycin, voriconazole), the recommended starting dose is 10 mg twice daily for patients with a platelet count greater than or equal to 100 X $10^9$/L. Additional dose modifications should be made with careful monitoring of safety and efficacy.

Concurrent administration of Jakafi with strong CYP3A4 inhibitors should be avoided in patients with platelet counts less than 100 X $10^9$/L [see Drug Interactions (7.1)].

## 2.5 Organ Impairment

**Renal Impairment**

On the basis of pharmacokinetic studies in volunteers with renal impairment, the recommended starting dose is 10 mg twice daily for patients with a platelet count between 100 X $10^9$/L and 150 X $10^9$/L and moderate (CrCl 30-59 mL/min) or severe renal impairment (CrCl 15-29 mL/min). Additional dose modifications should be made with careful monitoring of safety and efficacy.

The recommended starting dose for patients with end stage renal disease on dialysis is 15 mg for patients with a platelet count between 100 X $10^9$/L and 200 X $10^9$/L or 20 mg for patients with a platelet count of greater than 200 X $10^9$/L. Subsequent doses should be administered on dialysis days following each dialysis session. Additional dose modifications should be made with careful monitoring of safety and efficacy.

Jakafi should be avoided in patients with end stage renal disease (CrCl less than 15 mL/min) not requiring dialysis and in patients with moderate or severe renal impairment with platelet counts less than 100 X $10^9$/L [see Use in Specific Populations (8.6)].

**Hepatic Impairment**

On the basis of pharmacokinetic studies in volunteers with hepatic impairment, the recommended starting dose is 10 mg twice daily for patients with a platelet count between 100 X $10^9$/L and 150 X $10^9$/L. Additional dose modifications should be made with careful monitoring of safety and efficacy.

Jakafi should be avoided in patients with hepatic impairment with platelet counts less than 100 X $10^9$/L [see Use in Specific Populations (8.7)].

## 2.6 Method of Administration

Jakafi is dosed orally and can be administered with or without food.

If a dose is missed, the patient should not take an additional dose, but should take the next usual prescribed dose.

When discontinuing Jakafi therapy for reasons other than thrombocytopenia, gradual tapering of the dose of Jakafi may be considered, for example by 5 mg twice daily each week.

For patients unable to ingest tablets, Jakafi can be administered through a nasogastric tube (8 French or greater) as follows:

• Suspend one tablet in approximately 40 mL of water with stirring for approximately 10 minutes.

• Within 6 hours after the tablet has dispersed, the suspension can be administered through a nasogastric tube using an appropriate syringe.

The tube should be rinsed with approximately 75 mL of water. The effect of tube feeding preparations on Jakafi exposure during administration through a nasogastric tube has not been evaluated.

## 3. DOSAGE FORMS AND STRENGTHS

5 mg tablets - round and white with "INCY" on one side and "5" on the other.

Incyte Exhibit 1045, Page 392 of 520

Appx2883

10 mg tablets - round and white with "INCY" on one side and "10" on the other.
15 mg tablets - oval and white with "INCY" on one side and "15" on the other.
20 mg tablets - capsule-shaped and white with "INCY" on one side and "20" on the other.
25 mg tablets - oval and white with "INCY" on one side and "25" on the other.

## 4. CONTRAINDICATIONS
None.

## 5. WARNINGS AND PRECAUTIONS

### 5.1 Thrombocytopenia, Anemia and Neutropenia
Treatment with Jakafi can cause hematologic adverse reactions, including thrombocytopenia, anemia and neutropenia. A complete blood count must be performed before initiating therapy with Jakafi [see Dosage and Administration (2.1)].

Patients with platelet counts of less than 200 X $10^9$/L at the start of therapy are more likely to develop thrombocytopenia during treatment.

Thrombocytopenia was generally reversible and was usually managed by reducing the dose or temporarily withholding Jakafi. If clinically indicated, platelet transfusions may be administered [see Dosage and Administration (2.2), and Adverse Reactions (6.1)]. Patients developing anemia may require blood transfusions. Dose modifications of Jakafi for patients developing anemia may also be considered.

Neutropenia (ANC less than 0.5 X $10^9$/L) was generally reversible and was managed by temporarily withholding Jakafi [see Adverse Reactions (6.1)].

Complete blood counts should be monitored as clinically indicated and dosing adjusted as required [see Dosage and Administration (2.2), and Adverse Reactions (6.1)].

### 5.2 Infections
Patients should be assessed for the risk of developing serious bacterial, mycobacterial, fungal and viral infections. Active serious infections should have resolved before starting therapy with Jakafi. Physicians should carefully observe patients receiving Jakafi for signs and symptoms of infection and initiate appropriate treatment promptly.

*Herpes Zoster*
Physicians should inform patients about early signs and symptoms of herpes zoster and advise patients to seek treatment as early as possible [see Adverse Reactions (6.1)].

## 6. ADVERSE REACTIONS

### 6.1 Clinical Trials Experience
Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

The safety of Jakafi was assessed in 617 patients in six clinical studies with a median duration of follow-up of 10.9 months, including 301 patients with myelofibrosis in two Phase 3 studies.

In these two Phase 3 studies, patients had a median duration of exposure to Jakafi of 9.5 months (range 0.5 to 17 months), with 88.7% of patients treated for more than 6 months and 24.6% treated for more than 12 months. One hundred and eleven (111) patients started treatment at 15 mg twice daily and 190 patients started at 20 mg twice daily.

In a double-blind, randomized, placebo-controlled study of Jakafi, 155 patients were treated with Jakafi. The most frequent adverse drug reactions were thrombocytopenia and anemia [see Table 5]. Thrombocytopenia, anemia and neutropenia are dose related effects. The three most frequent non-hematologic adverse reactions were bruising, dizziness, and headache [see Table 4].

Discontinuation for adverse events, regardless of causality, was observed in 11.0% of patients treated with Jakafi and 10.6% of patients treated with placebo.

Following interruption or discontinuation of Jakafi, symptoms of myelofibrosis generally return to pretreatment levels over a period of approximately 1 week. There have been isolated cases of patients discontinuing Jakafi during acute intercurrent illnesses after which the patient's clinical course continued to worsen; however, it has not been established whether discontinuation of therapy contributed to the clinical course in these patients. When discontinuing therapy for reasons other than thrombocytopenia, gradual tapering of the dose of Jakafi may be considered [see Dosage and Administration (2.6)].

Table 4 presents the most common adverse reactions occurring in patients who received Jakafi in the double-blind, placebo-controlled study during randomized treatment.

Table 4: Adverse Reactions Occurring in Patients on Jakafi in the Double-blind, Placebo-controlled Study During Randomized Treatment

| | Jakafi (N=155) | Placebo (N=151) |
|---|---|---|

Incyte Exhibit 1045, Page 393 of 520

Appx2884

| Adverse Reactions | All Grades[a] (%) | Grade 3 (%) | Grade 4 (%) | All Grades (%) | Grade 3 (%) | Grade 4 (%) |
|---|---|---|---|---|---|---|
| Bruising[b] | 23.2 | 0.6 | 0 | 14.6 | 0 | 0 |
| Dizziness[c] | 18.1 | 0.6 | 0 | 7.3 | 0 | 0 |
| Headache | 14.8 | 0 | 0 | 5.3 | 0 | 0 |
| Urinary Tract Infections[d] | 9.0 | 0 | 0 | 5.3 | 0.7 | 0.7 |
| Weight Gain[e] | 7.1 | 0.6 | 0 | 1.3 | 0.7 | 0 |
| Flatulence | 5.2 | 0 | 0 | 0.7 | 0 | 0 |
| Herpes Zoster[f] | 1.9 | 0 | 0 | 0.7 | 0 | 0 |

[a] National Cancer Institute Common Terminology Criteria for Adverse Events (CTCAE), version 3.0

[b] includes contusion, ecchymosis, hematoma, injection site hematoma, periorbital hematoma, vessel puncture site hematoma, increased tendency to bruise, petechiae, purpura

[c] includes dizziness, postural dizziness, vertigo, balance disorder, Meniere's Disease, labyrinthitis

[d] includes urinary tract infection, cystitis, urosepsis, urinary tract infection bacterial, kidney infection, pyuria, bacteria urine, bacteria urine identified, nitrite urine present

[e] includes weight increased, abnormal weight gain

[f] includes herpes zoster and post-herpetic neuralgia

## Description of Selected Adverse Drug Reactions
### Anemia
In the two Phase 3 clinical studies, median time to onset of first CTCAE Grade 2 or higher anemia was approximately 6 weeks. One patient (0.3%) discontinued treatment because of anemia. In patients receiving Jakafi, mean decreases in hemoglobin reached a nadir of approximately 1.5 to 2.0 g/dL below baseline after 8 to 12 weeks of therapy and then gradually recovered to reach a new steady state that was approximately 1.0 g/dL below baseline. This pattern was observed in patients regardless of whether they had received transfusions during therapy.

In the randomized, placebo-controlled study, 60% of patients treated with Jakafi and 38% of patients receiving placebo received red blood cell transfusions during randomized treatment. Among transfused patients, the median number of units transfused per month was 1.2 in patients treated with Jakafi and 1.7 in placebo treated patients.

### Thrombocytopenia
In the two Phase 3 clinical studies, in patients who developed Grade 3 or 4 thrombocytopenia, the median time to onset was approximately 8 weeks. Thrombocytopenia was generally reversible with dose reduction or dose interruption. The median time to recovery of platelet counts above 50 X $10^9$/L was 14 days. Platelet transfusions were administered to 4.7% of patients receiving Jakafi and to 4.0% of patients receiving control regimens. Discontinuation of treatment because of thrombocytopenia occurred in 0.7% of patients receiving Jakafi and 0.9% of patients receiving control regimens. Patients with a platelet count of 100 X $10^9$/L to 200 X $10^9$/L before starting Jakafi had a higher frequency of Grade 3 or 4 thrombocytopenia compared to patients with a platelet count greater than 200 X $10^9$/L (16.5% versus 7.2%).

### Neutropenia
In the two Phase 3 clinical studies, 1.0% of patients reduced or stopped Jakafi because of neutropenia.

Table 5 provides the frequency and severity of clinical hematology abnormalities reported for patients receiving treatment with Jakafi or placebo in the placebo-controlled study.

Table 5: Worst Hematology Laboratory Abnormalities in the Placebo-controlled Study[a]

| Laboratory Parameter | Jakafi (N=155) | | | Placebo (N=151) | | |
|---|---|---|---|---|---|---|
| | All Grades[b] (%) | Grade 3 (%) | Grade 4 (%) | All Grades (%) | Grade 3 (%) | Grade 4 (%) |
| Thrombocytopenia | 69.7 | 9.0 | 3.9 | 30.5 | 1.3 | 0 |
| Anemia | 96.1 | 34.2 | 11.0 | 86.8 | 15.9 | 3.3 |
| Neutropenia | 18.7 | 5.2 | 1.9 | 4.0 | 0.7 | 1.3 |

Incyte Exhibit 1045, Page 394 of 520

Appx2885

**Additional Data from the Placebo-controlled Study**

25.2% of patients treated with Jakafi and 7.3% of patients treated with placebo developed newly occurring or worsening Grade 1 abnormalities in alanine transaminase (ALT). The incidence of greater than or equal to Grade 2 elevations was 1.9% for Jakafi with 1.3% Grade 3 and no Grade 4 ALT elevations.

17.4% of patients treated with Jakafi and 6.0% of patients treated with placebo developed newly occurring or worsening Grade 1 abnormalities in aspartate transaminase (AST). The incidence of Grade 2 AST elevations was 0.6% for Jakafi with no Grade 3 or 4 AST elevations.

16.8% of patients treated with Jakafi and 0.7% of patients treated with placebo developed newly occurring or worsening Grade 1 elevations in cholesterol. The incidence of Grade 2 cholesterol elevations was 0.6% for Jakafi with no Grade 3 or 4 cholesterol elevations.

## 7. DRUG INTERACTIONS

### 7.1 Drugs That Inhibit or Induce Cytochrome P450 Enzymes

Ruxolitinib is predominantly metabolized by CYP3A4.

**Strong CYP3A4 inhibitors:** The $C_{max}$ and AUC of ruxolitinib increased 33% and 91%, respectively, with Jakafi administration (10 mg single dose) following ketoconazole 200 mg twice daily for four days, compared to receiving Jakafi alone in healthy subjects. The half-life was also prolonged from 3.7 to 6.0 hours with concurrent use of ketoconazole. The change in the pharmacodynamic marker, pSTAT3 inhibition, was consistent with the corresponding ruxolitinib AUC following concurrent administration with ketoconazole. When administering Jakafi with strong CYP3A4 inhibitors a dose reduction is recommended [see Dosage and Administration (2.4)]. Patients should be closely monitored and the dose titrated based on safety and efficacy.

**Mild or moderate CYP3A4 inhibitors:** There was an 8% and 27% increase in the $C_{max}$ and AUC of ruxolitinib, respectively, with Jakafi administration (10 mg single dose) following erythromycin, a moderate CYP3A4 inhibitor, at 500 mg twice daily for 4 days, compared to receiving Jakafi alone in healthy subjects. The change in the pharmacodynamic marker, pSTAT3 inhibition was consistent with the corresponding exposure information.

No dose adjustment is recommended when Jakafi is coadministered with mild or moderate CYP3A4 inhibitors (eg, erythromycin).

**CYP3A4 inducers:** The $C_{max}$ and AUC of ruxolitinib decreased 32% and 61%, respectively, with Jakafi administration (50 mg single dose) following rifampin 600 mg once daily for 10 days, compared to receiving Jakafi alone in healthy subjects. In addition, the relative exposure to ruxolitinib's active metabolites increased approximately 100%. This increase may partially explain the reported disproportionate 10% reduction in the pharmacodynamic marker pSTAT3 inhibition.

No dose adjustment is recommended when Jakafi is coadministered with a CYP3A4 inducer. Patients should be closely monitored and the dose titrated based on safety and efficacy.

## 8. USE IN SPECIFIC POPULATIONS

### 8.1 Pregnancy

**Pregnancy Category C**

There are no adequate and well-controlled studies of Jakafi in pregnant women. In embryofetal toxicity studies, treatment with ruxolitinib resulted in an increase in late resorptions and reduced fetal weights at maternally toxic doses. Jakafi should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

Ruxolitinib was administered orally to pregnant rats or rabbits during the period of organogenesis, at doses of 15, 30 or 60 mg/kg/day in rats and 10, 30 or 60 mg/kg/day in rabbits. There was no evidence of teratogenicity. However, decreases of approximately 9% in fetal weights were noted in rats at the highest and maternally toxic dose of 60 mg/kg/day. This dose results in an exposure (AUC) that is approximately 2 times the clinical exposure at the maximum recommended dose of 25 mg twice daily. In rabbits, lower fetal weights of approximately 8% and increased late resorptions were noted at the highest and maternally toxic dose of 60 mg/kg/day. This dose is approximately 7% the clinical exposure at the maximum recommended dose.

In a pre- and post-natal development study in rats, pregnant animals were dosed with ruxolitinib from implantation through lactation at doses up to 30 mg/kg/day. There were no drug-related adverse findings in pups for fertility indices or for maternal or embryofetal survival, growth and development parameters at the highest dose evaluated (34% the clinical exposure at the maximum recommended dose of 25 mg twice daily).

### 8.3 Nursing Mothers

It is not known whether ruxolitinib is excreted in human milk. Ruxolitinib and/or its metabolites were excreted in the milk of lactating rats with a concentration that was 13-fold the maternal plasma. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from Jakafi, a decision should be made to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

Incyte Exhibit 1045, Page 395 of 520

### 8.4 Pediatric Use

The safety and effectiveness of Jakafi in pediatric patients have not been established.

### 8.5 Geriatric Use

Of the total number of myelofibrosis patients in clinical studies with Jakafi, 51.9% were 65 years of age and older. No overall differences in safety or effectiveness of Jakafi were observed between these patients and younger patients.

### 8.6 Renal Impairment

The safety and pharmacokinetics of single dose Jakafi (25 mg) were evaluated in a study in healthy subjects [CrCl 72-164 mL/min (N=8)] and in subjects with mild [CrCl 53-83 mL/min (N=8)], moderate [CrCl 38-57 mL/min (N=8)], or severe renal impairment [CrCl 15-51 mL/min (N=8)]. Eight (8) additional subjects with end stage renal disease requiring hemodialysis were also enrolled. The pharmacokinetics of ruxolitinib was similar in subjects with various degrees of renal impairment and in those with normal renal function. However, plasma AUC values of ruxolitinib metabolites increased with increasing severity of renal impairment. This was most marked in the subjects with end stage renal disease requiring hemodialysis. The change in the pharmacodynamic marker, pSTAT3 inhibition, was consistent with the corresponding increase in metabolite exposure. Ruxolitinib is not removed by dialysis; however, the removal of some active metabolites by dialysis cannot be ruled out.

When administering Jakafi to patients with moderate (CrCl 30-59 mL/min) or severe renal impairment (CrCl 15-29 mL/min) with a platelet count between $100 \times 10^9$/L and $150 \times 10^9$/L and patients with end stage renal disease on dialysis a dose reduction is recommended [see Dosage and Administration (2.5)].

### 8.7 Hepatic Impairment

The safety and pharmacokinetics of single dose Jakafi (25 mg) were evaluated in a study in healthy subjects (N=8) and in subjects with mild [Child-Pugh A (N=8)], moderate [Child-Pugh B (N=8)], or severe hepatic impairment [Child-Pugh C (N=8)]. The mean AUC for ruxolitinib was increased by 87%, 28% and 65%, respectively, in patients with mild, moderate and severe hepatic impairment compared to patients with normal hepatic function. The terminal elimination half-life was prolonged in patients with hepatic impairment compared to healthy controls (4.1-5.0 hours versus 2.8 hours). The change in the pharmacodynamic marker, pSTAT3 inhibition, was consistent with the corresponding increase in ruxolitinib exposure except in the severe (Child-Pugh C) hepatic impairment cohort where the pharmacodynamic activity was more prolonged in some subjects than expected based on plasma concentrations of ruxolitinib.

When administering Jakafi to patients with any degree of hepatic impairment and with a platelet count between $100 \times 10^9$/L and $150 \times 10^9$/L, a dose reduction is recommended [see Dosage and Administration (2.5)].

## 10. OVERDOSAGE

There is no known antidote for overdoses with Jakafi. Single doses up to 200 mg have been given with acceptable acute tolerability. Higher than recommended repeat doses are associated with increased myelosuppression including leukopenia, anemia and thrombocytopenia. Appropriate supportive treatment should be given.

Hemodialysis is not expected to enhance the elimination of ruxolitinib.

## 11. DESCRIPTION

Ruxolitinib phosphate is a kinase inhibitor with the chemical name $(R)$-3-(4-(7$H$-pyrrolo[2,3-$d$]pyrimidin-4-yl)-1$H$-pyrazol-1-yl)-3-cyclopentylpropanenitrile phosphate and a molecular weight of 404.36. Ruxolitinib phosphate has the following structural formula:



Ruxolitinib phosphate is a white to off-white to light pink powder and is soluble in aqueous buffers across a pH range of 1 to 8. Jakafi (ruxolitinib) Tablets are for oral administration. Each tablet contains ruxolitinib phosphate equivalent to 5 mg, 10 mg, 15 mg, 20 mg and 25 mg of ruxolitinib free base together with microcrystalline cellulose, lactose monohydrate, magnesium stearate, colloidal silicon dioxide, sodium starch glycolate, povidone and hydroxypropyl cellulose.

## 12. CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

Ruxolitinib, a kinase inhibitor, inhibits Janus Associated Kinases (JAKs) JAK1 and JAK2 which mediate the signaling of a number of cytokines and growth factors that are important for hematopoiesis and immune function. JAK signaling involves recruitment of STATs (signal transducers and activators of transcription) to cytokine receptors, activation and subsequent localization of STATs to the nucleus leading to modulation of gene expression.

Myelofibrosis (MF) is a myeloproliferative neoplasm (MPN) known to be associated with dysregulated JAK1 and JAK2 signaling. In a mouse model of JAK2V617F-positive MPN, oral administration of ruxolitinib prevented splenomegaly, preferentially decreased JAK2V617F mutant cells in the spleen and decreased circulating inflammatory cytokines (eg. TNF-α, IL-6).

Incyte Exhibit 1045, Page 396 of 520

Appx2887

## 12.2 Pharmacodynamics

Ruxolitinib inhibits cytokine induced STAT3 phosphorylation in whole blood from healthy subjects and MF patients. Jakafi administration resulted in maximal inhibition of STAT3 phosphorylation 2 hours after dosing which returned to near baseline by 10 hours in both healthy subjects and myelofibrosis patients.

## 12.3 Pharmacokinetics

### Absorption

In clinical studies, ruxolitinib is rapidly absorbed after oral Jakafi administration with maximal plasma concentration ($C_{max}$) achieved within 1 to 2 hours post-dose. Based on a mass balance study in humans, oral absorption of ruxolitinib was estimated to be at least 95%. Mean ruxolitinib $C_{max}$ and total exposure (AUC) increased proportionally over a single dose range of 5 to 200 mg. There were no clinically relevant changes in the pharmacokinetics of ruxolitinib upon administration of Jakafi with a high-fat meal, with the mean $C_{max}$ moderately decreased (24%) and the mean AUC nearly unchanged (4% increase).

### Distribution

The apparent volume of distribution of ruxolitinib at steady-state is 53 to 65 L in myelofibrosis patients. Binding to plasma proteins *in vitro* is approximately 97%, mostly to albumin.

### Metabolism

*In vitro* studies suggest that CYP3A4 is the major enzyme responsible for metabolism of ruxolitinib. Ruxolitinib is the predominant entity in humans representing approximately 60% of the drug-related material in circulation. Two major and active metabolites were identified in plasma of healthy subjects representing 25% and 11% of parent AUC. These two metabolites have one-fifth and one-half of ruxolitinib's pharmacological activity, respectively. The sum total of all active metabolites contributes 18% of the overall pharmacodynamics of ruxolitinib.

### Elimination

Following a single oral dose of [$^{14}$C]-labeled ruxolitinib in healthy adult subjects, elimination was predominately through metabolism with 74% of radioactivity excreted in urine and 22% excretion via feces. Unchanged drug accounted for less than 1% of the excreted total radioactivity. The mean elimination half-life of ruxolitinib is approximately 3 hours and the mean half-life of ruxolitinib + metabolites is approximately 5.8 hours.

### Effects of Age, Gender, or Race

In healthy subjects, no significant differences in ruxolitinib pharmacokinetics were observed with regard to gender and race. In a population pharmacokinetic evaluation in myelofibrosis patients, no relationship was apparent between oral clearance and patient age or race. and in women, clearance was 17.7 L/h and in men, 22.1 L/h with 39% inter-subject variability.

### Drug Interactions

*In vitro*, ruxolitinib and its M18 metabolite are not inhibitors of CYP1A2, CYP2B6, CYP2C8, CYP2C9, CYP2C19, CYP2D6 or CYP3A4. Ruxolitinib is not an inducer of CYP1A2, CYP2B6 or CYP3A4 at clinically relevant concentrations.

*In vitro*, ruxolitinib and its M18 metabolite are not inhibitors of the P-gp, BCRP, OATP1B1, OATP1B3, OCT1, OCT2, OAT1 or OAT3 transport systems at clinically relevant concentrations. Ruxolitinib is not a substrate for the P-gp transporter.

## 12.4 Thorough QT Study

The effect of single dose ruxolitinib 25 mg and 200 mg on QTc interval was evaluated in a randomized, placebo-, and active-controlled (moxifloxacin 400 mg) four-period crossover thorough QT study in 47 healthy subjects. In a study with demonstrated ability to detect small effects, the upper bound of the one-sided 95% confidence interval for the largest placebo adjusted, baseline-corrected QTc based on Fridericia correction method (QTcF) was below 10 ms, the threshold for regulatory concern. The dose of 200 mg is adequate to represent the high exposure clinical scenario.

## 13. NONCLINICAL TOXICOLOGY

### 13.1. Carcinogenesis, Mutagenesis, Impairment of Fertility

Ruxolitinib was not carcinogenic in the 6 month Tg.rasH2 transgenic mouse model. A 2-year carcinogenicity study in the rat is ongoing.

Ruxolitinib was not mutagenic in a bacterial mutagenicity assay (Ames test) or clastogenic in *in vitro* chromosomal aberration assay (cultured human peripheral blood lymphocytes) or *in vivo* in a rat bone marrow micronucleus assay.

In a fertility study, ruxolitinib was administered to male rats prior to and throughout mating and to female rats prior to mating and up to the implantation day (gestation day 7). Ruxolitinib had no effect on fertility or reproductive function in male or female rats at doses of 10, 30 or 60 mg/kg/day. However, in female rats doses of greater than or equal to 30 mg/kg/day resulted in increased post-implantation loss. The exposure (AUC) at the dose of 30 mg/kg/day is approximately 34% the clinical exposure at the maximum recommended dose of 25 mg twice daily.

## 14. CLINICAL STUDIES

Two randomized Phase 3 studies (Studies 1 and 2) were conducted in patients with myelofibrosis (either primary myelofibrosis, post-polycythemia vera myelofibrosis or post-essential thrombocythemia-myelofibrosis). In both studies, patients had palpable

Incyte Exhibit 1045, Page 397 of 520

Appx2888

splenomegaly at least 5 cm below the costal margin and risk category of intermediate 2 (2 prognostic factors) or high risk (3 or more prognostic factors) based on the International Working Group Consensus Criteria (IWG).

The starting dose of Jakafi was based on platelet count. Patients with a platelet count between 100 and 200 X $10^9$/L were started on Jakafi 15 mg twice daily and patients with a platelet count greater than 200 X $10^9$/L were started on Jakafi 20 mg twice daily. Doses were then individualized based upon tolerability and efficacy with maximum doses of 20 mg twice daily for patients with platelet counts between 100 to less than or equal to 125 X $10^9$/L, of 10 mg twice daily for patients with platelet counts between 75 to less than or equal to 100 X $10^9$/L, and of 5 mg twice daily for patients with platelet counts between 50 to less than or equal to 75 X $10^9$/L.

### Study 1

Study 1 was a double-blind, randomized, placebo-controlled study in 309 patients who were refractory to or were not candidates for available therapy. The median age was 68 years (range 40 to 91 years) with 61% of patients older than 65 years and 54% were male. Fifty percent (50%) of patients had primary myelofibrosis, 31% had post-polycythemia vera myelofibrosis and 18% had post-essential thrombocythemia myelofibrosis. Twenty-one percent (21%) of patients had red blood cell transfusions within 8 weeks of enrollment in the study. The median hemoglobin count was 10.5 g/dL and the median platelet count was 251 X $10^9$/L. Patients had a median palpable spleen length of 16 cm below the costal margin, with 81% having a spleen length 10 cm or greater below the costal margin. Patients had a median spleen volume as measured by magnetic resonance imaging (MRI) or computed tomography (CT) of 2595 cm$^3$ (range 478 cm$^3$ to 8881 cm$^3$). (The upper limit of normal is approximately 300 cm$^3$).

Patients were dosed with Jakafi or matching placebo. The primary efficacy endpoint was the proportion of patients achieving greater than or equal to a 35% reduction from baseline in spleen volume at Week 24 as measured by MRI or CT.

Secondary endpoints included duration of a 35% or greater reduction in spleen volume and proportion of patients with a 50% or greater reduction in Total Symptom Score from baseline to Week 24 as measured by the modified Myelofibrosis Symptom Assessment Form (MFSAF) v2.0 diary.

### Study 2

Study 2 was an open-label, randomized study in 219 patients. Patients were randomized 2:1 to Jakafi versus best available therapy. Best available therapy was selected by the investigator on a patient-by-patient basis. In the best available therapy arm, the medications received by more than 10% of patients were hydroxyurea (47%) and glucocorticoids (16%). The median age was 66 years (range 35 to 85 years) with 52% of patients older than 65 years and 57% were male. Fifty-three percent (53%) of patients had primary myelofibrosis, 31% had post-polycythemia vera myelofibrosis and 16% had post-essential thrombocythemia myelofibrosis. Twenty-one percent (21%) of patients had red blood cell transfusions within 8 weeks of enrollment in the study. The median hemoglobin count was 10.4 g/dL and the median platelet count was 236 X $10^9$/L. Patients had a median palpable spleen length of 15 cm below the costal margin, with 70% having a spleen length 10 cm or greater below the costal margin. Patients had a median spleen volume as measured by MRI or CT of 2381 cm$^3$ (range 451 cm$^3$ to 7765 cm$^3$).

The primary efficacy endpoint was the proportion of patients achieving 35% or greater reduction from baseline in spleen volume at Week 48 as measured by MRI or CT.

A secondary endpoint in Study 2 was the proportion of patients achieving a 35% or greater reduction of spleen volume as measured by MRI or CT from baseline to Week 24.

### Study 1 and 2 Efficacy Results

Efficacy analyses of the primary endpoint in Studies 1 and 2 are presented in Table 6 below. A significantly larger proportion of patients in the Jakafi group achieved a 35% or greater reduction in spleen volume from baseline in both studies compared to placebo in Study 1 and best available therapy in Study 2. A similar proportion of patients in the Jakafi group achieved a 50% or greater reduction in palpable spleen length.

Table 6: Percent of Patients with 35% or Greater Reduction from Baseline in Spleen Volume at Week 24 in Study 1 and at Week 48 in Study 2 (Intent to Treat)

|  | Study 1 | | Study 2 | |
| --- | --- | --- | --- | --- |
|  | **Jakafi (N=155)** | **Placebo (N=154)** | **Jakafi (N=146)** | **Best Available Therapy (N=73)** |
| Time Points | Week 24 | | Week 48 | |
| Number (%) of Patients with Spleen Volume Reduction by 35% or More | 65 (41.9) | 1 (0.7) | 41 (28.5) | 0 |
| P-value | < 0.0001 | | < 0.0001 | |

Figure 1 shows the percent change from baseline in spleen volume for each patient at Week 24 (Jakafi N=139, placebo N=106) or the last evaluation prior to Week 24 for patients who did not complete 24 weeks of randomized treatment (Jakafi N=16, placebo N=47). One (1) patient (placebo) with a missing baseline spleen volume is not included.

Incyte Exhibit 1045, Page 398 of 520



Figure 1: Percent Change from Baseline In Spleen Volume at Week 24 or Last Observation for Each Patient (Study 1)

In Study 1, myelofibrosis symptoms were a secondary endpoint and were measured using the modified Myelofibrosis Symptom Assessment Form (MFSAF) v2.0 diary. The modified MFSAF is a daily diary capturing the core symptoms of myelofibrosis (abdominal discomfort, pain under left ribs, night sweats, itching, bone/muscle pain and early satiety). Symptom scores ranged from 0 to 10 with 0 representing symptoms "absent" and 10 representing "worst imaginable" symptoms. These scores were added to create the daily total score, which has a maximum of 60.

Table 7 presents assessments of Total Symptom Score from baseline to Week 24 in Study 1 including the proportion of patients with at least a 50% reduction (ie, improvement in symptoms). At baseline, the mean Total Symptom Score was 18.0 in the Jakafi group and 16.5 in the placebo group. A higher proportion of patients in the Jakafi group had a 50% or greater reduction in Total Symptom Score than in the placebo group, with a median time to response of less than 4 weeks.

Table 7: Improvement in Total Symptom Score

|  | Jakafi (N=148) | Placebo (N=152) |
|---|---|---|
| Number (%) of Patients with 50% or Greater Reduction in Total Symptom Score by Week 24 | 68 (45.9) | 8 (5.3) |
| P-value | < 0.0001 | |

Figure 2 shows the percent change from baseline in Total Symptom Score for each patient at Week 24 (Jakafi N=129, placebo N=103) or the last evaluation on randomized therapy prior to Week 24 for patients who did not complete 24 weeks of randomized treatment (Jakafi N=16, placebo N=42). Results are excluded for 5 patients with a baseline Total Symptom Score of zero, 8 patients with missing baseline and 6 patients with insufficient post-baseline data.




Figure 2: Percent Change from Baseline in Total Symptom Score at Week 24 or Last Observation for Each Patient (Study 1)

Figure 3 displays the proportion of patients with at least a 50% improvement in each of the individual symptoms that comprise the Total Symptom Score indicating that all 6 of the symptoms contributed to the higher Total Symptom Score response rate in the group treated with Jakafi.



Figure 3: Proportion of Patients With 50% or Greater Reduction In Individual Symptom Scores at Week 24

Incyte Exhibit 1045, Page 399 of 520

Appx2890

# 16. HOW SUPPLIED/STORAGE AND HANDLING

Jakafi (ruxolitinib) Tablets are available as follows:

**Jakafi Trade Presentations**

| NDC Number | Strength | Description | Tablets per Bottle |
|---|---|---|---|
| 50881-005-60 | 5 mg | Round tablet with "INCY" on one side and "5" on the other | 60 |
| 50881-010-60 | 10mg | Round tablet with "INCY" on one side and "10" on the other | 60 |
| 50881-015-60 | 15 mg | Oval tablet with "INCY" on one side and "15" on the other | 60 |
| 50881-020-60 | 20mg | Capsule shaped tablet with "INCY" on one side and "20" on the other | 60 |
| 50881-025-60 | 25 mg | Oval tablet with "INCY" on one side and "25" on the other | 60 |

Store at room temperature 20°C to 25°C (68°F to 77°F); excursions permitted between 15°C and 30°C (59°F and 86°F) [see USP Controlled Room Temperature].

## 17. PATIENT COUNSELING INFORMATION

See FDA-approved patient labeling (Patient Information).

Physicians and health care professionals are advised to discuss the following with patients prior to treatment with Jakafi:

### 17.1 Thrombocytopenia, Anemia and Neutropenia

Inform patients that Jakafi is associated with thrombocytopenia, anemia and neutropenia and of the need to monitor complete blood counts before and during treatment.

### 17.2 Infections

Patients should be informed of the signs and symptoms of infection and should report any such signs and symptoms promptly. Patients should be informed of the early signs and symptoms of herpes zoster, advising that treatment should be sought as early as possible.

### 17.3 Drug-drug Interactions

Advise patients to inform their healthcare providers of all medications they are taking, including over-the-counter medications, herbal products and dietary supplements.

### 17.4 Dialysis

Inform patients on dialysis that their dose should not be taken before dialysis but only following dialysis.

### 17.5 Compliance

Patients should be advised to continue taking Jakafi every day for as long as their physician tells them and that this is a long-term treatment. Patients should not change dose or stop taking Jakafi without first consulting their physician. Patients should be aware that after discontinuation of treatment, myelofibrosis signs and symptoms are expected to return.

Manufactured by:
DSM Pharmaceuticals, Inc.
Greenville, NC 27834
Manufactured for:
Incyte Corporation
Wilmington, DE 19880
Jakafi is a trademark of Incyte Corporation. All rights reserved.
U.S. Patent No. 7,598,257
© 2011 Incyte Corporation. All rights reserved.

**Patient Information**
**Jakafi™ (JAK-ah-fye)**
**(ruxolitinib) Tablets**

Read this Patient Information before you start taking Jakafi and each time you get a refill. There may be new information. This information does not take the place of talking to your healthcare provider about your medical condition or treatment.

**What is Jakafi?**

Incyte Exhibit 1045, Page 400 of 520

Appx2891

Jakafi is a prescription medicine used to treat people with intermediate or high-risk myelofibrosis, including primary myelofibrosis, post-polycythemia vera myelofibrosis and post-essential thrombocythemia myelofibrosis.
It is not known if Jakafi is safe or effective in children.

**What should I tell my healthcare provider before taking Jakafi?**
Before taking Jakafi, tell your healthcare provider if you:
• have an infection.

• have or have had liver or kidney problems.

• are on dialysis. Jakafi should be taken after your dialysis.

• have any other medical conditions.

• are pregnant, or plan to become pregnant. It is not known if Jakafi will harm your unborn baby.

• are breast-feeding or plan to breast-feed. It is not known if Jakafi passes into your breast milk. You and your healthcare provider should decide if you will take Jakafi or breast-feed. You should not do both.

Tell your healthcare provider about all the medicines you take including prescription and non-prescription medicines, vitamins and herbal supplements. Taking Jakafi with certain other medicines may affect how Jakafi works.
Especially tell your healthcare provider if you take medicine for:
• Fungal infections

• Bacterial infections

• HIV-AIDS

Ask your healthcare provider or pharmacist if you are not sure if your medicine is one listed above.
Know the medicines you take. Keep a list of them to show your healthcare provider and pharmacist when you get a new medicine.

**How should I take Jakafi?**
• Take Jakafi exactly as your healthcare provider tells you.

• Do not change your dose or stop taking Jakafi without first talking to your healthcare provider.

• You can take Jakafi with or without food.

• Jakafi may also be given through certain nasogastric tubes.
• Tell your healthcare provider if you cannot take Jakafi by mouth. Your healthcare provider will decide if you can take Jakafi through a nasogastric tube.
• Ask your healthcare provider to give you specific instruction on how to properly take Jakafi through a nasogastric tube.

• Do not drink grapefruit juice while taking Jakafi. Grapefruit juice can affect the amount of Jakafi in your blood.

• If you take too much Jakafi call your healthcare provider or go to the nearest hospital emergency room department right away. Take the bottle of Jakafi with you.

• If you miss a dose of Jakafi, take your next dose at your regular time. Do not take 2 doses at the same time.

• You will have regular blood tests during your treatment with Jakafi. Your healthcare provider may change your dose of Jakafi or stop your treatment based on the results of your blood tests.

**What are the possible side effects of Jakafi?**
**Jakafi can cause serious side effects including:**
**Low blood cell counts:** Jakafi may cause low platelet counts (thrombocytopenia), low red blood cell counts (anemia), and low white blood cell counts (neutropenia). Your healthcare provider will do a blood test to check your blood cell counts before you start Jakafi and regularly during your treatment with Jakafi. Tell your healthcare provider right away if you develop any of these symptoms:
• unusual bleeding

• bruising

• fatigue

• shortness of breath

Incyte Exhibit 1045, Page 401 of 520

* fever

**Infection:** You may be at risk for developing a serious infection while taking Jakafi. Tell your healthcare provider if you have:
* chills

* aches

* fever

* nausea

* vomiting

* weakness

* painful skin rash or blisters

**The most common side effects of Jakafi include:**
* dizziness

* headache

Tell your healthcare provider about any side effect that bothers you or that does not go away.

These are not all the possible side effects of Jakafi. Ask your healthcare provider or pharmacist for more information.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store Jakafi?**
* Store Jakafi at room temperature between 68°F and 77°F (20°C and 25°C).

**Keep this and all medicines out of the reach of children.**

**General information about the safe and effective use of Jakafi:**

Medicines are sometimes prescribed for purposes other than those listed in Patient Information. Do not use Jakafi for a condition for which it is not prescribed. Do not give Jakafi to other people, even if they have the same symptoms you have. It may harm them.

This Patient Information leaflet summarizes the most important information about Jakafi. If you would like more information, talk with your healthcare provider. You can ask your healthcare provider or pharmacist for information that is written for healthcare professionals.

For more information call 1-855-463-3463 or go to www.jakafi.com.

**What are the ingredients in Jakafi?**

Active ingredient: ruxolitinib.

Inactive ingredients: microcrystalline cellulose, lactose monohydrate, magnesium stearate, colloidal silicon dioxide, sodium starch glycolate, povidone and hydroxypropyl cellulose.

This Patient Information has been approved by the U.S. Food and Drug Administration.

Jakafi is a trademark of Incyte Corporation. All rights reserved.

U.S. Patent No. 7,598,257

© 2011 Incyte Corporation. All rights reserved.

Issued: November 2011

Package Label - Principal Display Panel – Jakafi (Ruxolitinib) 5mg Tablets - 60 Tablet Bottle Label



Package Label - Principal Display Panel – Jakafi (Ruxolitinib) 10mg Tablets - 60 Tablet Bottle Label

Incyte Exhibit 1045, Page 402 of 520

Appx2893



Package Label - Principal Display Panel – Jakafi (Ruxolitinib) 15mg Tablets - 60 Tablet Bottle Label



Package Label - Principal Display Panel – Jakafi (Ruxolitinib) 20mg Tablets - 60 Tablet Bottle Label



Package Label - Principal Display Panel – Jakafi (Ruxolitinib) 25mg Tablets - 60 Tablet Bottle Label



Revised: 11/2011          Distributed by: Incyte Corporation

Incyte Exhibit 1045, Page 403 of 520

Appx2894

Compound 103

Compound 107

Compound 111

EXHIBIT C

## Determination of Metabolic Stability of D-Ruxolitinib using CYP3A4 Supersomes

**Materials and Methods:**

*Materials:* CYP3A4 supersomes[TM] were obtained from Corning Gentest. β-nicotinamide adenine dinucleotide phosphate, reduced form (NADPH), magnesium chloride ($MgCl_2$), and dimethyl sulfoxide (DMSO) were purchased from Sigma-Aldrich. Deuterated test compounds were supplied by Concert Pharmaceuticals.

*Determination of Metabolic Stability:* 10 mM stock solutions of test compounds were prepared in DMSO. The 7.5 mM stock solutions were diluted to 12.75 μM in acetonitrile (ACN). The CYP3A4 supersomes were diluted in 0.1 M potassium phosphate buffer, pH 7.4, containing 3 mM $MgCl_2$. The diluted supersomes were added to wells of a 96-well deep-well polypropylene plate in triplicate. A 10 μL aliquot of the 12.75 μM test compound was added to the supersomes and the mixture was pre-warmed for 10 minutes. Reactions were initiated by addition of pre-warmed NADPH solution. The final reaction volume was 0.5 mL and contained 50 pmol/mL CYP3A4 supersomes, 0.25 μM test compound, and 2 mM NADPH in 0.1 M potassium phosphate buffer, pH 7.4, and 3 mM $MgCl_2$. The reaction mixtures were incubated at 37°C and 50 μL aliquots were removed at 0, 5, 10, 20, and 30 minutes and added to shallow-well 96-well plates which contained 50 μL of ice-cold ACN with internal standard to stop the reactions. The plates were stored at 4°C for 20 minutes after which 100 μL of water was added to the wells of the plate before centrifugation to pellet precipitated proteins. Supernatants were transferred to another 96-well plate and analyzed for amounts of parent remaining by LC-MS/MS using an Applied Bio-systems mass spectrometer.

*Data analysis:* The *in vitro* $t_{1/2}$s for test compounds were calculated from the slopes of the linear regression of % parent remaining (ln) vs incubation time relationship.

$$\text{in vitro } t_{1/2} = 0.693/k$$

$$k = -[\text{slope of linear regression of \% parent remaining(ln) vs incubation time}]$$

Data analysis was performed using Microsoft Excel Software.

## Determination of Metabolic Stability of D-Ruxolitinib Compounds using Human Liver Microsomes

**Materials and Methods:**

*Materials:* Human liver microsomes (20 mg/mL) were obtained from Xenotech, LLC (Lenexa, KS). β-nicotinamide adenine dinucleotide phosphate, reduced form (NADPH), magnesium chloride (MgCl$_2$), and dimethyl sulfoxide (DMSO) were purchased from Sigma-Aldrich.

*Determination of Metabolic Stability:* 7.5 mM stock solutions of test compounds were prepared in DMSO. The 7.5 mM stock solutions were diluted to12.5 μM in acetonitrile (ACN). The human liver microsomes were diluted in 0.1 M potassium phosphate buffer, pH 7.4, containing 3 mM MgCl$_2$. The diluted microsomes were added to wells of a 96-well deep-well polypropylene plate in triplicate. A 10 μL aliquot of the 12.5 μM test compound was added to the microsomes and the mixture was pre-warmed for 10 minutes. Reactions were initiated by addition of pre-warmed NADPH solution. The final reaction volume was 0.5 mL and contained 5 mg/mL human liver microsomes, 0.25 μM test compound, and 2 mM NADPH in 0.1 M potassium phosphate buffer, pH 7.4, and 3 mM MgCl$_2$. The reaction mixtures were incubated at 37°C, and 50 μL aliquots were removed at 0, 5, 10, 20, and 30 minutes and added to shallow-well 96-well plates which contained 50 μL of ice-cold ACN with internal standard to stop the reactions. The plates were stored at 4°C for 20 minutes after which 100 μL of water was added to the wells of the plate before centrifugation to pellet precipitated proteins. Supernatants were transferred to another 96-well plate and analyzed for amounts of parent remaining by LC-MS/MS using an Applied Bio-systems mass spectrometer.

*Data analysis:* The *in vitro* t$_{1/2}$s for test compounds were calculated from the slopes of the linear regression of % parent remaining (ln) vs incubation time relationship.

$$\text{in vitro t}_{1/2} = 0.693/k$$

$$k = -[\text{slope of linear regression of \% parent remaining(ln) vs incubation time}]$$

Data analysis was performed using Microsoft Excel Software.

EXHIBIT E

Table 1: CYP3A4

| Compound ID | t<sub>1/2</sub> (min) | | | | |
| | EXP# 1 | EXP# 2 | EXP# 3 | EXP# 4 | AVE±SD % Δ |
|---|---|---|---|---|---|
| Ruxolitinib | 19.5 | 18.2 | 19.3 | 18.5 | 18.9±0.6 |
| Compound 103 | 19.5 | 25.2 | 23.5 | 24.4 | 23.2±2.5 **23%** |
| Compound 107 | 20.1 | 29.2 | 25.6 | 22.9 | 24.4±3.9 **29%** |
| Compound 111 | 34.3 | 38.8 | 32.8 | 29.9 | 34.0±3.7 **80%** |

Table 2: HLM

| Compound ID | t<sub>1/2</sub> (min) | | | | |
| | EXP# 1 | EXP# 2 | EXP# 3 | EXP# 4 | AVE±SD % Δ |
|---|---|---|---|---|---|
| Ruxolitinib | 20.2 | 23.6 | 23.3 | 22.6 | 22.4±1.6 |
| Compound 103 | 35.6 | 26.9 | 27.3 | 27.0 | 29.2±4.2 **30%** |
| Compound 107 | 28.1 | 28.3 | 28.1 | 27.6 | 28.0±0.3 **25%** |
| Compound 111 | 40.4 | 37.5 | 37.2 | 41.4 | 39.1±2.1 **75%** |

*J. Med. Chem.* 1991, *34*, 2871–2876

# Determination of the Mechanism of Demethylation of (Methylenedioxy)phenyl Compounds by Cytochrome P450 Using Deuterium Isotope Effects

Jon M. Fukuto, Yoshito Kumagai,[†] and Arthur K. Cho[*]

*Department of Pharmacology, UCLA School of Medicine, Los Angeles, California 90024-1735. Received January 28, 1991*

The mechanism of demethylation of (methylenedioxy)benzene (MDB), (methylenedioxy)amphetamine (MDA), and (methylenedioxy)methamphetamine (MDMA) by purified rabbit liver cytochrome P450IIB4 has been investigated by using deuterium isotope effects. A comparison of the magnitude and direction of the observed kinetic isotope effects indicate that the three compounds are demethylated by different mechanisms. The different mechanisms of demethylation have been proposed on the basis of comparisons of the observed biochemical isotope effects with the isotope effects from purely chemical systems.

## Introduction

The (methylenedioxy)phenyl group is found in several classes of pharmacologically active compounds. Biochemically, the function can be oxidized by cytochrome P450 to an intermediate that binds to the heme and inhibits the monooxygenase.[1] This feature is exploited by insecticide synergists to enhance the toxicity of insecticides by inhibiting their degradation.[2] The drugs of abuse, (methylenedioxy)amphetamine (MDA) and (methylenedioxy)methamphetamine (MDMA), also contain this functionality and are of current interest because of their neurotoxicity.[3–5] In order to study the possible effect of the rate of metabolic demethylation on the neurotoxicity of MDA and MDMA, we prepared deuterium-substituted derivatives (substituted in the methylenedioxy group) with the intent of utilizing isotope-dependent differences in metabolism of the methylenedioxy group in differentiating potential pathways of potential neurotoxicity. However, initial investigations on the in vitro metabolism of the deuterium- and hydrogen-substituted compounds revealed significant and unusual isotope effects, both in magnitude and direction, as a function of substrate and enzyme source. Therefore, before the effect of the demethylation rate on neurotoxicity can be assessed, the basis of these differing isotope effects must be addressed.

This paper describes results of a study investigating the basis for these differences. MDA, MDMA, the unsubstituted analogue, (methylenedioxy)benzene, MDB, and their corresponding deuterated analogues (structures shown in Figure 1) we compare as substrates for cytochrome P450 in microsomal and reconstituted preparations of isozyme IIB4. To assess potential reaction pathways, isotope effects in model chemical reactions representing possible steps in the metabolic demethylation pathway were determined for comparison. The results show that changes in structure can cause significant mechanistic differences in the cytochrome P450 mediated oxidation of the methylenedioxy group.

## Experimental Section

**Materials.** MDB obtained from Aldrich Chemical Co. Inc. (Milwaukee, WI) contained small amounts of catechol, which were removed by washing with 1 N NaOH. MDA and MDMA were obtained from the Research Technology Branch of The National Institute on Drug Abuse (Rockville, MD). (Methylenedioxy)-phenylacetone was synthesized according to the procedure of Shulgin and Jacob.[6] N-Hydroxy-MDA was synthesized by a method described previously.[7] Deuterium-substituted MDB, MDA, and MDMA were synthesized from the corresponding catechols according to the method of Clark et al.[8] Dihydroxyamphetamine (DHA, α-methyldopamine) was donated from Merck Sharp and Dohme Laboratories (West Point, PA). Dihydroxymethamphetamine (DHMA) was synthesized according

to the method of Smissman and Borchardt.[9] Catechol, NADPH, NADP, acetolein, glucose 6-phosphate, glucose-6-phosphate dehydrogenase, horseradish peroxidase, HEPES, hydrogen peroxide, cytochrome c, and dilauroylphosphatidylcholine were obtained from Sigma Chemical Co. (St. Louis, MO). All other chemicals used were of the highest grade available.

**Preparation of Microsomal Cytochrome P450.** Control rabbit liver and lung microsomes were prepared according to the general method of Hiramatsu et al.[8] Phenobarbital-induced microsomes were prepared according to the method of Florence et al.[10] General incubation conditions for all three microsomal preparations have been described previously.[8]

**Purification of Cytochrome P450IIB4 and NADPH-Cytochrome P450 Reductase.** Isozyme IIB4 was purified from liver microsomes of phenobarbital-treated male New Zealand rabbits according to the method of Coon and co-workers,[11] the specific content was 16.5 nmol/mg protein. The concentration of cytochrome P450 was determined by the method of Omura and Sato.[?]

(1) Wilkinson, C. F.; Murray, M.; Marcus, C. B. Interactions of methylenedioxyphenyl compounds with cytochrome P450 and effects on microsomal oxidation. *Rev. Biochem. Toxicol.* 1984, *6*, 27–63.

(2) Hodgson, E.; Philpot, R. M. Interaction of methylenedioxyphenyl (1,3-benzodioxole) compounds with enzymes and their effects on mammals. *Drug Metab. Rev.* 1974, *3*, 231–301.

(3) Ricaurte, G.; Bryan, G.; Strauss, L.; Seiden, L.; Schuster, C. Hallucinogenic amphetamine selection destroys brain serotonin nerve terminals. *Science* 1985, *229*, 986–988.

(4) Schmidt, C. J. Neurotoxicity of the psychedelic amphetamine, methylenedioxymethamphetamine. *J. Pharmacol. Exp. Ther.* 1987, *240*, 1–7.

(5) Hiramatsu, M.; Kumagai, Y.; Unger, S. E.; Cho, A. K. Metabolism of methylenedioxymethamphetamine (MDMA): Formation of dihydroxymethamphetamine and a quinone identified as its glutathione adduct. *J. Pharmacol. Exp. Ther.* 1990, *264*, 521–527.

(6) Shulgin, A. T.; Jacobs, P. Potential misrepresentation of 3,4-methylenedioxyamphetamine (MDA). A toxicological warning. *J. Anal. Toxicol.* 1982, *6*, 71–75.

(7) Brady, J. F.; DiStefano, E. W.; Cho, A. K. Spectral and inhibitory interactions of (±)-3,4-methylenedioxyamphetamine (MDA) and (±)-3,4-methylenedioxymethamphetamine (MDMA) with rat hepatocytes. *Life Sci.* 1986, *39*, 1457–1464.

(8) Clark, J. H.; Holland, H. L.; Miller, J. M. Hydrogen bonding in organic synthesis IV. A simple high-yield method for methylenation of catechols. *Tetrahedron Lett.* 1976, *38*, 3361–3364.

(9) Smissman, E. E.; Borchardt, R. T. Conformational study of catecholamine receptor sites. 7. Synthesis of erythro- and threo-3-amino-2-(3,4-dihydroxyphenyl)-2-butanol hydrochlorides and erythro- and threo-2-amino-3-(3,4-dihydroxyphenyl) butane hydrochlorides. *J. Med. Chem.* 1971, *14*, 702–707.

(10) Florence, V. M.; DiStefano, E. W.; Sum, C. Y.; Cho, A. K. The metabolism of R-(−)-amphetamine by rabbit liver microsomes. Initial products. *Drug Metab. Dispos.* 1982, *10*, 312–315.

(11) Coon, M. J.; Van Der Hoeven, T. A.; Dahl, S. B.; Haugen, D. A. Two forms of liver microsomal cytochrome P-450, P-450 LM₂ and P-450 LM₄ (rabbit liver). *Meth. Enzymol.* 1978, *52*, 109–117.

[*] To whom correspondence should be addressed.
[†] Merck Postdoctoral Fellow (1990–1991).

0022-2623/91/1834-2871$02.50/0 © 1991 American Chemical Society

Incyte Exhibit 1045, Page 408 of 520

Appx2899

Figure 1. Structures of the (methylenedioxy)phenyl compounds and their metabolites. (Methylenedioxy)amphetamine, MDA; (methylenedioxymethamphetamine, MDMA; (methylenedioxy)benzene, MDB; dihydroxyamphetamine, DHA; (methylenedioxy)phenylacetone, MDPA; N-hydroxy(methylenedioxy)amphetamine, NOHMDA; dihydroxymethamphetamine, DHMA; dihydroxybenzene, DHB; (methylenedioxy)phenol, MDP.

NADPH-cytochrome P450 reductase was purified from liver microsomes of phenobarbital-treated rabbits as described previously.[13] The specific activity for the purified preparation was 54.9 units/mg protein, when cytochrome c reductase activity was measured in 0.3 M potassium phosphate buffer, pH 7.7, containing 0.1 mM EDTA, according to the method of Yasukochi and Masters.[14] One unit of NADPH-cytochrome P450 reductase activity was expressed as 1 μmol of cytochrome c reduced/min at 25 °C under the above conditions. A fresh preparation of isozyme HB4 and NADPH-cytochrome P450 reductase showed a single band on SDS-polyacrylamide gel electrophoresis. Protein concentrations were determined by the Bio-Rad protein assay (Bio-Rad Laboratories, Richmond, CA) with bovine serum albumin as standard.

Enzyme Assay. The reconstituted incubation mixture contained purified cytochrome P450IIB4 (0.2 nmol), 1.5 units of NADPH-cytochrome P450 reductase, 30 μg of dilauroylphosphatidylcholine, 1 mM substrate, 1 mM ascorbate (for preventing further oxidation of catechol metabolite formed), and 0.2 mM NADPH, in a total volume of 1.0 mL, unless otherwise noted. The reactions were initiated by addition of the NADPH and terminated by addition of 7.5% perchloric acid (final concentration, 2.5%). Incubations were performed at 37 °C for 2 min (MDB) and 5 min (MDA and MDMA). Under these conditions, the demethylenation activities for MDB, MDA, and MDMA were linear with regard to time and P450 concentration. The quenched reaction mixtures were centrifuged at 1500g for 5 min, and a portion (10 μL) of the supernatant was analyzed by high-performance liquid chromatography with electrochemical detection (HPLC-ECD) conditions described later). The stoichiometry of NADPH consumption, catechol (and other metabolites) formation and hydrogen peroxide production was determined. To monitor NADPH consumption, the incubation components were the same as those described above except that 0.2 mM NADH was used instead of the NADPH-generating system. NADPH consumption was measured by the decrease in absorbance at 340 nm, using an

extinction coefficients of 6.26 mM⁻¹ cm⁻¹, employing a UVIKON 810 spectrophotometer (Kontron Instruments, Hayward, CA) at 37 °C. The hydrogen peroxide generated during oxidation of MDB, MDA, and MDMA was determined by the fluorometric assay of Hildebrandt and Roots[15] with the following modifications. To stop the reaction, 0.5 mL of 50% trichloroacetic acid was added and the mixture centrifuged. The supernatant (1.0 mL) was mixed with 0.05 mL of 2 M triethanolamine buffer, pH 10.3, containing 0.15 M KOH and 25 mM scopoletin. After preincubation for 2 min, a second reaction was initiated by addition of 0.1 mL of horseradish peroxidase (40 units/mL). The incubations were carried out at 25 °C for 2 min. The reaction was terminated by the addition of 2.94 mL of 0.15 M tetraborate buffer, pH 10 and then each sample (50 mL) was quickly diluted 100 times with the tetraborate buffer. The diluted samples were measured at 390 nm (excitation) and 460 nm (emission) on an Aminco-Bowman spectrophotofluorometer (American Instrument Co. Inc. Silver Spring, MD). For the quantitation of non-catechol metabolites, standard curves were generated with [³H₂]MDMA as the internal standard for MDA, and 1-phenyl-2-butanone as the internal standard for N-hydroxy-MDA and (methylenedioxyphenyl)-acetone. After centrifugation, the supernatants were extracted and treated according to the method described previously[16] and assayed by gas chromatography–mass spectroscopy (GC-MS).

Chemical Demethylenation of MDB, MDA, and MDMA by Hydroxyl Radical. Hydroxyl radical mediated cleavage of the methylenedioxy function of MDB, MDA, and MDMA were examined by using a hydroxyl radical generating system containing ascorbate.[17] The reaction mixture consisted of MDB (2 mM), MDA or MDMA (1 mM), 10 μM ferric chloride, 20 μM EDTA, and 30 mM potassium phosphate buffer, pH 7.4, in a final volume of 1.0 mL. The reaction was initiated by the addition of ascorbate (final concentration of 1 mM). Incubations were carried out at 37 °C for 5 min and terminated by addition of 0.5 mL of 7.5% perchloric acid containing 30 mM thiourea (the ascorbic acid system mediated reaction could not be completely stopped by perchloric or trichloroacetic acid only). The reaction mixtures were then assayed for products as described in the enzyme assay.

HPLC. Catechols obtained from the oxidation of MDB, MDA, or MDMA were separated on a Biophase ODS column (4.6 × 250 mm, particle size 5 μm, Bioanalytical Systems, Inc.) using a mobile phase consisting of 0.1 M citrate buffer, pH 3.5, containing 1 mM sodium octyl sulfate/acetonitrile/methanol (8:1:1, by volume) at a flow rate of 0.8 mL/min. The compounds were detected with an electrochemical detector equipped with a glassy carbon working electrode (LC-4, Bioanalytical Systems, Inc.) set at +0.7 V (vs Ag/AgCl reference electrode). Under these conditions, retention times of catechol, dihydroxyamphetamine, and dihydroxymethamphetamine were 9.5, 10.0, and 11.6 min, respectively.

GC-MS. A Hewlett-Packard 5971A GC-MS system was used. The GC was equipped with an HP fused silica capillary column (12.5 m × 0.2 mm i.d.) with cross-linked methylsilicone operating with a temperature program from 70 to 195 °C at a rate of 25 °C/min. Under these conditions, the retention times of MDA, N-hydroxy-MDA, and (methylenedioxy)phenylacetone were 5.59, 5.20, and 4.78 min, respectively.

Determination of the Isotope Effect for the Hydrolysis of Phenyl Formate. Phenyl formate was synthesized according to the method of Van Es and Stevens.[18] The deuterium sub-

(12) Omura, T.; Sato, R. The carbon monoxide-binding pigment of liver microsomes. *J. Biol. Chem.* 1964, *239*, 2370–2378.

(13) Duncan, J. D.; Cho, A. K. N-oxidation of phentermine to N-hydroxyphentermine by a reconstituted cytochrome P450 oxidase system from rabbit liver. *Mol. Pharmacol.* 1982, *22*, 235–238.

(14) Yasukochi, Y.; Masters, B. S. Some properties of a detergent-solubilized NADPH-cytochrome c (cytochrome P450) reductase purified by biospecific affinity chromatography. *J. Biol. Chem.* 1976, *251*, 5337–5344.

(15) Hildebrandt, A. G.; Roots, I. Reduced nicotinamide adenine dinucleotide phosphate (NADPH)-dependent formation and breakdown of hydrogen peroxide during mixed function oxidation reactions in liver microsomes. *Arch. Biochem. Biophys.* 1975, *171*, 385–397.

(16) Cho, A. K.; Hiramatsu, M.; DiStefano, E. W.; Chang, A. S.; Jenden, D. J. Stereochemical differences in the metabolism of 3,4-methylenedioxymethamphetamine in vivo and in vitro: A pharmacokinetic analysis. *Drug Metab. Dispos.* 1991, *19*, 680–681.

(17) Oesterbaum, A. I.; Berl, L. Pyrazole and 4-methyl-pyrazole inhibit oxidation of ethanol and dimethyl sulfoxide by hydroxyl radicals generated from ascorbate, xanthine oxidase, and rat liver microsomes. *Arch. Biochem. Biophys.* 1982, *216*, 580–543.

Incyte Exhibit 1045, Page 409 of 520

Figure 2. Proposed pathway for the metabolic demethylenation of (methylenedioxy)phenyl compounds.

Table I. Stoichiometry of MDB, MDA, and MDMA Oxidation with Reconstituted Rabbit Liver Cytochrome P450IIB4[a]

| | (methylenedioxy)phenyl substrate (nmol/min) | | |
|---|---|---|---|
| species measured | MDB | MDA | MDMA |
| NADPH consumption | −8.76 | −1.5 | −1.41 |
| catechol formation | +8.47 | +0.10 | +0.20 |
| other metabolites[c] | 0 | +0.24[d] | +0.47[d] |
| $H_2O_2$ formation[e] | −2.02 | +0.33 | +1.44 |

[a] These numbers were determined with the cytochrome at the rate-limiting component in the presence of a saturating level of NADPH-cytochrome P450 reductase. In the absence of substrate, the rates of NADPH consumption and $H_2O_2$ production were 4.98 and 3.90 nmol/min, respectively. Each value is the mean of two to four determinations. Incubations were carried out under the conditions described in the Experimental Section. [b] Besides the catechol metabolite, production of (methylenedioxy)phenylacetone (0.15 nmol/min) and N-hydroxy-MDA (0.58 nmol/min) was determined by GC-MS. [c] Besides catechol metabolite, production of (methylenedioxy)phenylacetone (0.09 nmol/min), N-hydroxy-MDA (0.02 nmol/min), and MDA (0.36 nmol/min) was determined by GC-MS. [e] Hydrogen peroxide determinations were performed in the absence of ascorbate in separate experiments. Therefore, $H_2O_2$ levels presented here cannot be stoichiometrically compared to other values in the table.

stituted analogue (deuterium substituted on the butanyl) was synthesized by the same method except that deuterated formic acid (MSD Isotopes, 95% in $D_2O$, 98.8 atom % D) was used. The isotopic purity of the deuterio phenyl formate was determined to be >96% in $^1H$ NMR. A 1 mM solution of the substrate was made up in 0.1 M HEPES buffer, pH 7.5, and the increase in phenol concentration was monitored at 274 nm at 37 °C. The experiment was repeated three times each for the protio and deuterio substrates, and the averages of the pseudo-first-order rate constants were determined. The rate constant for protio phenyl formate was 0.00185 ± 0.00004 s⁻¹, and the rate constant for deuterio phenyl formate was 0.00212 ± 0.00005 s⁻¹.

## Results

The demethylenation of (methylenedioxy)phenyl compounds generates the corresponding catechol and formic acid,[19] presumably according to the pathway shown in Figure 2. For MDB, demethylenation was the major reaction. A small quantity of the ring-hydroxylated product 3,4-(methylenedioxy)phenol was formed with liver microsomes and the purified cytochrome P450IIB4 isozyme (Kumagai et al., unpublished observation). The presence of the 2-aminopropyl side chain on the amphetamine analogues results in additional oxidation products, the nature of which were established by comparison with authentic compounds. The products generated in microsomal and reconstituted preparations are shown in Figure

Table II. Isotope Effects for Demethylenation of (Methylenedioxy)phenyl Compounds[a]

| | demethylenation activity | | |
|---|---|---|---|
| | | MDA (nmol min⁻¹ mg⁻¹ protein) | |
| enzyme source | MDB | | MDMA |
| **1. With Saline-Treated Liver Microsomes** | | | |
| D0 substrate | 3.60 ± 0.14 | 0.62 ± 0.02 | 1.29 ± 0.02 |
| D2 substrate | 3.92 ± 0.10 | 0.65 ± 0.01 | 1.33 ± 0.01 |
| ($k_H/k_D$) | (0.92*)[b] | (0.95**)[b] | (1.96**)[b] |
| **2. With Phenobarbital-Treated Liver Microsomes** | | | |
| D0 substrate | 17.49 ± 0.41 | 0.84 ± 0.02 | 1.17 ± 0.06 |
| D2 substrate | 21.97 ± 0.30 | 0.92 ± 0.02 | 1.33 ± 0.08 |
| ($k_H/k_D$) | (0.80**) | (1.0) | (0.88*) |
| **3. With Saline-Treated Lung Microsomes** | | | |
| D0 substrate | 4.92 ± 0.36 | 0.16 ± 0.02 | 0.18 ± 0.04 |
| D2 substrate | 6.35 ± 0.35 | 0.08 ± 0.02 | 0.35 ± 0.04 |
| ($k_H/k_D$) | (0.92) | (2.00**) | (1.20**) |
| **4. With Cytochrome P450 IIB4[d]** | | | |
| D0 substrate | 30.63 ± 0.95 | 0.22 ± 0.01 | 0.55 ± 0.03 |
| D2 substrate | 34.45 ± 1.52 | 0.13 ± 0.01 | 0.48 ± 0.06 |
| ($k_H/k_D$) | (0.89*) | (3.20**) | (1.15*) |

[a] Each substrate (1 mM) was incubated under the conditions described in the Experimental Section. Each value is the mean ± SD of four determinations. [b] (*) $P < 0.05$. (**) $P < 0.01$. [d] Activities were expressed as nmol min⁻¹ nmol⁻¹ of P450.

1. For the amphetamine compounds, N-hydroxylation, deamination, and N-demethylation of MDMA were observed and the nature and quantity of each compound were established. The quantities of each product formed under the incubation conditions for purified cytochrome P450IIB4 are indicated in Table I (see footnotes).

The nature of the observed variation in isotope effects ($k_H/k_D$) on catechol formation by various enzyme sources is shown in Table II. Microsomes from untreated and phenobarbital-pretreated liver and lungs from rabbits were compared for their activity toward the three substrates. The absolute rates and ratios of $k_H/k_D$ were different for all three substrates. The rate of MDB demethylenation was more rapid than the corresponding rate for either MDA or MDMA and was much greater in liver from rabbits pretreated with phenobarbital. The reconstituted preparation had the highest activity for MDB and the lowest for both amphetamine analogues.

In an effort to clarify these variations in the isotope effect, the demethylenation reaction was studied in further detail with purified and reconstituted cytochrome P450 isozyme IIB4, the major phenobarbital-inducible isozyme,[20] and cytochrome P450 reductase. As shown in Table II, in purified, reconstituted systems MDB was the best overall substrate (most rapid turnover) of the three compounds. Its rate of demethylenation was 50–100 times faster than that of the corresponding MDA or MDMA compounds. The increase in specific activity with phenobarbital induction and in lung microsome preparations and the high specific activity in the reconstituted system indicate that MDB is demethylenated for the most part by cytochrome P450IIB4. The rates of the MDA and MDMA compounds were much lower, and the low specific activities in the reconstituted preparation indicate a dominant participation by other, constitutive isozymes. In the purified cytochrome P450IIB4 preparation, deuterium

(18) Van Es, A.; Stevens, W. Mixed carboxylic anhydrides. VI. Synthesis of aryl formates. Recl. Trav. Chim. Pays-Bas 1965, 84, 1247–1252.

(19) Casida, J. E.; Engel, J. L.; Essac, E. G.; Kamienski, F. X.; Kuwatsuka, S. Methylene-C14-dioxyphenyl compounds: Metabolism in relation to their synergistic action. Science 1966, 153, 1130–1133.

(20) Nebert, D. W.; Nelson, D. R.; Adesnik, M.; Coon, M. J.; Estabrook, R. W.; Gonzalez, F. J.; Guengerich, F. P.; Gunsalus, I. C.; Johnson, E. F.; Kemper, B.; Levin, W.; Phillips, I. R.; Sato, R.; Waterman, M. R. The P450 superfamily: Updated listing of all genes and recommended nomenclature for the chromosomal loci. DNA 1989, 8(1), 1–13.

Incyte Exhibit 1045, Page 410 of 520

for hydrogen substitution on the methylenedioxy group resulted in an increased rate of catechol formation for MDB ($k_H/k_D$ = 0.89) and a decreased rate for both MDA and MDMA. MDA experienced the greatest rate decrease ($k_H/k_D$ = 3.2), while MDMA was demethylenated only slightly slower with deuterium substitution ($k_H/k_D$ = 1.15).

The efficiencies (efficiency of NADPH utilization) of the three compounds as substrates for cytochrome P450IIB4 were also determined (Table I). The rates of catechol formation, NADPH consumption, and hydrogen peroxide production were measured as a function of substrate. MDB was found to be the most efficient substrate (Table II) in that the amount of catechol formed was almost equal to the amount of NADPH consumed and no hydrogen peroxide was produced. In fact, MDB reduced the basal formation of hydrogen peroxide (discussed later). MDA and MDMA were relatively inefficient substrates; the concentrations of catechols and other products were low, and the rate of NADPH consumption was far greater than the rate of product formation. Hydrogen peroxide concentration in the reaction mixtures was greater in the presence of MDA and MDMA than in their absence, indicating that they were uncouplers of cytochrome P450, generating $H_2O_2$ by a NADPH-dependent process. MDMA was the most potent uncoupler of the three substrates, producing hydrogen peroxide at almost 3 times the rate of MDA.

Since hydrogen peroxide is formed as a result of inefficient MDA and MDMA metabolism, the possibility exists that hydrogen peroxide (or rather hydroxyl radical generated from hydrogen peroxide by Fenton reactions) may be at least partially responsible for some of the demethylenation of these two substrates. Therefore, a chemical system for the generation of hydrogen peroxide under Fenton conditions was utilized to obtain reference isotope effects for hydroxyl radical mediated demethylenation. In enzymatic systems, this active oxygen species could be generated through uncoupling of cytochrome P450 to hydrogen peroxide, which could be then converted to hydroxyl radical by $Fe^{II}$ present in trace concentrations or by cytochrome P450 itself.[21] The deuterium isotope effect for the demethylenation of MDB, MDA, and MDMA by hydroxyl radical (produced from the reduction of hydrogen peroxide by $Fe^{II}$; see Experimental Section) was found to be between 1.1 and 1.2 for all three substrates (data not shown). Thus, oxidative demethylenation by hydroxyl radical exhibits a small and positive deuterium isotope effect.

The proposed reaction pathway for demethylenation shown in Figure 2 indicates that the reaction is a multistep process. In order to assess the deuterium isotope effect for the hydrolysis of the formate ester (Figure 2, step 3), another chemical model was examined. The hydrolysis of phenyl formate was examined. Both protio and deuterio phenyl formate (substituted on the carbonyl carbon) were hydrolyzed in 0.1 M HEPES buffer, pH 7.6, at 37 °C. The relative rates of hydrolysis were determined by monitoring the formation of phenol at 274 nm. The kinetic isotope effect ($k_H/k_D$) for this reaction was found to be 0.88 (Figure 3).

It should be noted that the isotope effects reported for the enzymatic reactions are the observed and not the intrinsic effects on $V_{max}$ only. In other words, they represent possible combinations of effects in any rate-determining



**Figure 3.** Pseudo-first-order plots of the aqueous hydrolysis of phenyl formate-H and phenyl [2H]formate. Hydrolysis performed in 0.1 M HEPES buffer, pH 7.6 at 37 °C.

or partially rate determining step. Due to experimental difficulties associated with working with these substrates (inhibitory complex formation, solubility, etc.), intrinsic isotope effects were not obtainable.

## Discussion

The results of this study indicate that the demethylenation of MDB, MDA, and MDMA by cytochrome P450 can occur by processes with different rate-limiting steps that can be distinguished on the basis of the direction and magnitude of deuterium isotope effects in purified systems. Deuterium for hydrogen substitution has been used many times previously as a mechanistic probe for a variety of reactions catalyzed by cytochrome P450. For example, kinetic deuterium isotope effects have been used to study the mechanism of cytochrome P450 catalyzed N-dealkylation[22-24] and O-dealkylation.[25] Deuterium isotope effects have led to an improved understanding of arene[26] and benzylic[27] oxidations performed by cytochrome P450. The magnitude of the deuterium isotope effect has also been used to distinguish between possible oxidative mechanisms for dihydropyridines.[28] Also, in a study on the bioactivation of (methylenedioxyphenyl) compounds utilized as insecticide synergists, deuterium substitution dramatically lowered the effectiveness of the compound.[29]

(21) Ingelmann-Sundberg, M.; Johansson, I. Mechanisms of hydroxyl radical formation and ethanol oxidation by ethanol-inducible and other forms of rabbit liver microsomal cytochromes P-450. *J. Biol. Chem.* 1984, 259, 6447-6458.

(22) Nelson, S. D.; Pohl, L. R.; Trager, W. F. Primary and beta secondary deuterium isotope effects in N-demethylation reactions. *J. Med. Chem.* 1975, 18(11), 1062-1065.

(23) Miwa, G. T.; Garland, W. A.; Hodshon, B. J.; Lu, A. Y. H.; Northrop, D. B. Kinetic isotope effects in cytochrome P450-catalyzed oxidation reactions. *J. Biol. Chem.* 1980, 255(15), 6049-6054.

(24) Miwa, G. T.; Walsh, J. S.; Lu, A. Y. H. Kinetic isotope effects on cytochrome P450-catalyzed oxidation reactions. *J. Biol. Chem.* 1984, 259(5), 3000-3004.

(25) Harada, N.; Miwa, G. T.; Walsh, J. S.; Lu, A. Y. H. Kinetic isotope effects on cytochrome P-450-catalyzed oxidation reactions. *J. Biol. Chem.* 1984, 259(5), 3005-3010.

(26) Korzekwa, K. R.; Swinney, D. C.; Trager, W. F. Isotopically labeled chlorobenzenes as probes for the mechanism of cytochrome P-450 catalyzed aromatic hydroxylation. *Biochemistry* 1989, 28, 9019-9027.

(27) Hanzlik, R. P.; Ling, K. H. J. Active site dynamics of toluene hydroxylation by cytochrome P-450. *J. Org. Chem.* 1990, 55, 3992-3997.

(28) Guengerich, F. P. Low kinetic hydrogen isotope effects in the dehydrogenation of 1,4-dihydro-2,6-dimethyl-4-(2-nitrophenyl)-3,5-pyridinedicarboxylic acid dimethyl ester (nifedipine) by cytochrome P-450 enzymes are consistent with an electron/proton/electron transfer mechanism. *Chem. Res. Toxicol.* 1990, 3, 21-26.

(29) Metcalf, R. L.; Fukuto, T. R.; Wilkinson, C.; Fahmy, M. H.; El-Aziz, S. A.; Metcalf, E. R. Mode of action of carbamate synergists. *J. Agric. Food Chem.* 1966, 14(5), 555-562.

Incyte Exhibit 1045, Page 411 of 520

Presumably this effect was due to decreased reactivity with cytochrome P450. The results presented in this paper indicate that the magnitude and direction of an observed deuterium kinetic isotope effect can be useful information for distinguishing between differing oxidative mechanisms catalyzed by cytochrome P450.

The demethylation of (methylenedioxy)phenyl compounds is thought to occur by a three-step process involving initial oxidation of the methylene carbon, followed by a rearrangement and hydrolysis step (Figure 2). It would be predicted that step 1 would exhibit a normal primary deuterium isotope effect. That is, deuterium for hydrogen substitution would decrease the rate of carbon–hydrogen bond cleavage ($k_H/k_D > 1$). Step 2 does not involve the breaking of a carbon–hydrogen bond but should still exhibit a normal, but small, secondary isotope effect since there is a hybridization change of $sp^3$ to $sp^2$.[30] However, in step 3, deuterium substitution should actually increase the rate of formate ester hydrolysis due to the hybridization change from $sp^2$ to $sp^3$ in the transition state. Thus, step 3 would be expected to exhibit an inverse isotope effect ($k_H/k_D < 1$). The magnitude of this effect was determined by measuring the aqueous hydrolysis of a model compound, phenyl formate, and found to be 0.88. This confirms the predicted inverse isotope effect and is in almost exact agreement with the isotope effect for the cytochrome P450 mediated demethylation of MDB ($k_H/k_D \approx 0.89$). Other workers have also observed inverse isotope effects for the acid- and base-catalyzed hydrolysis of alkyl formates.[31] Since the observed deuterium isotope effect, $k_H/k_D$, for the demethylation of MDB by cytochrome P450IIB4 is inverse and similar to what is observed for the hydrolysis of phenyl formate, step 3 must be the predominant, rate-determining step for the overall reaction sequence.

MDB was also found to be the most efficient substrate in that it not only is rapidly demethylated but, on the basis of NADPH consumption and hydrogen peroxide concentration, did not uncouple cytochrome P450. In fact, addition of MDB to the reaction mixture reduces the basal production of hydrogen peroxide by cytochrome P450IIB4. Cytochrome P450 is capable of producing hydrogen peroxide in the absence of substrate by catalyzing the direct reduction of molecular oxygen by NADPH,[32] and a good substrate will inhibit this process. These data suggest that the rate of carbon oxidation is rapid and not rate limiting for a good substrate for cytochrome P450IIB4 such as MDB, and that the overall rate of catechol formation is at least partially limited by the rate of hydrolysis of the aryl formate intermediate.

MDA, on the other hand, is a relatively poor substrate for cytochrome P450IIB4. It is only slowly oxidized by the purified enzyme system and appears to slightly uncouple the enzyme to generate hydrogen peroxide. The deuterium isotope effect for the demethylation of MDA ($k_H/k_D$), as measured by catechol formation, was determined to be 3.2, a significant normal primary isotope effect. In the case of MDA, the initial oxidation step, which involves carbon–hydrogen bond cleavage (step 1 in Figure 2), must be

(30) Streitwieser, A., Jr.; Jagow, R. H.; Fahey, R. C.; Suzuki, S. Kinetic isotope effects in the acetolyses of deuterated cyclopentyl tosylates. *J. Am. Chem. Soc.* **1958**, *80*, 2326–2332.

(31) Bilkadi, Z.; de Lorimier, R.; Kirsch, J. F. Secondary α-deuterium kinetic isotope effects and transition-state structures for the hydrolysis and hydrazinolysis reactions of formate esters. *J. Am. Chem. Soc.* **1975**, *97*, 4317–4322.

(32) Kuthan, H.; Ullrich, V. Oxidase and oxygenase function of the microsomal cytochrome P450 monooxygenase system. *Eur. J. Biochem.* **1982**, *126*, 583–588.

**Scheme I.** Proposed Mechanism for the Demethylation of MDA, MDMA, and MDB by a Cytochrome P450

at least partially rate limiting. Since hydrogen peroxide is also produced from the apparent uncoupling of the enzyme by MDA, some of the oxidative demethylation of MDA could be a result of hydroxyl radical generation from the reaction of hydrogen peroxide and the reduced form of the iron protein (Fenton-type processes). The contribution of the hydroxyl radical mediated oxidative pathway to the overall oxidation of MDA is likely to be minimal, however, since the isotope effect for the demethylation of MDB, MDA, and MDMA by hydroxyl radical alone was found to be much smaller than that observed in the enzymatic system (approximately 1.2 compared to 3.2). Therefore it appears that MDA is demethylated by a mechanism in which the cytochrome P450IIB4 catalyzed oxidation of the methylene group is at least partially rate determining.

MDMA, like MDA, is also a poor substrate for cytochrome P450IIB4. It is converted to the corresponding catechol only slowly and is the most potent uncoupler of the enzyme of the three substrates tested. It produces hydrogen peroxide at almost 3 times the rate of MDA (Table I). The deuterium isotope effect, $k_H/k_D$, for the demethylation of MDMA, as measured by catechol formation, was found to be 1.15. This effect is significantly smaller than that for MDA and is similar to that found for the hydroxyl radical mediated demethylation of methylenedioxy compounds. However, it is impossible to determine, from this data, whether the observed isotope effect is a result of a hydroxyl radical mediated process or simply a combination of the isotope effects from several steps in the demethylation process. Though hydroxyl radical mediated oxidations catalyzed by cytochrome P450 have been previously reported (see, for example, Persson et al.[33]), we are currently unable to distinguish between this and other possible mechanisms.

It should be mentioned that the cytochrome P450 catalyzed demethylation of MDB, MDA, and MDMA was also performed in the presence of catalase in order to assess the importance of hydrogen peroxide in the respective oxidations (data not shown). Catalase addition had no effect on the rate of MDB oxidation and had only a small inhibitory effect (approximately 7%) on the rate of MDA

(33) Persson, J. O.; Terelius, Y.; Ingelman-Sundberg, M. Cytochrome P-450-dependent formation of reactive oxygen radicals: isozyme-specific inhibition of P-450-mediated reduction of oxygen and carbon tetrachloride. *Xenobiotica* **1990**, *20*, 887–900.

(34) Serabjit-Singh, C. J.; Wolf, C. R.; Philpot, R. M. The rabbit pulmonary monooxygenase system. Immunochemical and biochemical characterization of enzyme components. *J. Biol. Chem.* **1979**, *254*, 9901–9907.

Incyte Exhibit 1045, Page 412 of 520

demethylenation. Catalase did inhibit the rate of oxidation of MDMA more than either MDB and MDA to the extent of only about 10%. This result argues against the participation of hydroxyl radical mediated processes for MDMA hydroxylation. Interpretation of these results must be approached with some caution, however, since it is possible that the hydrogen peroxide responsible for demethylenation of MDMA is generated directly at the active site of the enzyme (where the uncoupler MDMA resides) and performs its chemistry without ever leaving the enzyme and, therefore, cannot be efficiently trapped by catalase.

The general processes possibly involved in the demethylenation of the three substrates MDB, MDA, and MDMA are summarized in Scheme I. MDB, a good substrate for cytochrome P450IIB4, is rapidly oxidized to the hydroxylated acetal (step A), which then rapidly rearranges to the formate ester (step B). The formate ester is then hydrolyzed, in a partially rate determining step, to the catechol and formic acid (step C). MDA is also demethylenated by the same pathway. However, since it is a poorer substrate for cytochrome P450IIB4, the initial hydroxylation (step A) becomes significantly rate determining as evidenced by the relatively large and positive primary observed isotope effect of 3.2. MDMA is also a poor substrate for P450IIB4. The small positive isotope effect may reflect a combination of opposing isotope effects (i.e., steps A, B, and C) or possibly be due to a significant contribution by hydroxyl radical as an oxidant. MDMA is capable of generating significant levels of hydrogen peroxide. The hydrogen peroxide thus formed may be converted to hydroxyl radical by the iron heme protein, step E, and possibly participate in the overall oxidation, step F, by abstracting a hydrogen (deuterium) atom. This step would occur with a small positive isotope effect. The radical intermediate can then react with molecular oxygen and eventually decompose to give the hydroxylated acetal species, steps G and H. The corresponding catechol is then formed by the previously described pathway. The degree of participation by hydroxyl radical to the overall demethylation process is unknown, and though any further speculation is unwise, it must be considered as a mechanistic possibility since hydrogen peroxide is generated in the incubation mixtures. It should be emphasized that these pathways would be available to all the substrates and

that the observed isotope effects may only reflect a change in the contribution of a single step to the overall rate of catechol formation.

The initial results, shown in Table II, can now be accounted for, in part, by the role of the isozyme IIB4 in the oxidation of each substrate. MDB is a highly efficient substrate primarily for the IIB4 isozyme in all enzyme preparations, and its rate of demethylenation reflects the levels of this isozyme in the different microsomal preparations, i.e., very high in lung and phenobarbital liver microsomes.[34] The inverse isotope effect observed in all enzyme preparations for MDB is also consistent with this hypothesis. MDA and MDMA, on the other hand, are poor substrates for the IIB4 isozyme in microsomal preparations, and the contributions of other constitutive isozymes in their demethylenation is more significant. The varied isotope effects for MDA and MDMA as a function of the enzyme source probably reflect the sum of contributions from a variety of isozymes and cannot be easily explained or dissected. In the purified cytochrome P450IIB4 system, however, it is clear that both MDA and MDMA are demethylenated by mechanisms that exhibit different isotope effects. The contribution of the IIB4 isozyme isotope effects for MDA and MDMA to the effects observed in other microsomal preparations is likely to be small since neither is a particularly good substrate for cytochrome P450IIB4. In order to properly evaluate the origin of the various MDA and MDMA isotope effects, studies with other purified isozymes (constitutive enzymes, for example) are needed. The results presented herein, however, indicate that the use of isotope effects is a powerful tool in the dissection and determination of the relevant metabolic pathways of the kind described in this study. Both the magnitude and direction of the effect can be used to discern mechanistic distinctions which may otherwise be inaccessible.

**Acknowledgment.** We thank Mrs. D. A. Schmitz for her excellent contribution to this work. This work was supported by Grant DA 04206-05 and NSF BCS 8807418.

**Registry No.** MDA, 4764-17-4; MDMA, 42542-10-9; MDB, 274-09-9; DHA, 555-64-6; MDPA, 4676-39-5; NOHMDA, 74693-47-8; DHMA, 15398-87-5; DHB, 120-80-9; MDP, 63350-72-2; cytochrome P450, 9035-51-2; NADPH cytochrome P450 reductase, 9039-06-9.

Incyte Exhibit 1045, Page 413 of 520

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant : Silverman et al. | Art Unit : 1624 |
| Serial No. : 14/707912 | Examiner : Susanna Moore |
| Filed : May 8, 2015 | |
| Title : DEUTERATED DERIVATIVES OF RUXOLITINIB | |

### DECLARATION OF VINITA UTTAMSINGH UNDER 37 CFR § 1.132

The undersigned, **Vinita Uttamsingh**, hereby declares as follows:

1.  I am the Director, Clinical Pharmacology, at Concert Pharmaceuticals, Inc., the assignee of the above-referenced application (hereinafter "Concert" or "Company") after serving previously as the Director, Discovery and Development DMPK. I have worked at the Company since December 2007. I received my Ph.D. in pharmacology from the University of Rochester. After obtaining my degree I was a Postdoctoral Trainee at Astra-Zeneca, where I helped develop assays to measure cytochrome P450 (CYP) induction of candidate compounds for development. Prior to my employment by Concert, I was a research scientist in the field of DMPK (or Drug Metabolism and Pharmacokinetics) at Millennium Pharmaceuticals and at Novartis Institutes of Biomedical Research, Inc.

2.  I am familiar with the above-noted Application. In particular, I am familiar with the compounds currently claimed in the Application ("Claimed Compounds"). I understand that in an Office Action issued from the U.S. Patent Office (the "Office Action"), the Examiner has rejected the claims as allegedly obvious over a primary reference that discloses the compound ruxolitinib, in view of several other references. I make this declaration to present the results of *in vitro* metabolic stability experiments performed for Concert under my supervision, on Compounds **103**, **107** and **111** (as disclosed in the Application), and on ruxolitinib. I also make this declaration to show that, based upon those results, Compounds **103**, **107** and **111** are stabilized, metabolically, relative to ruxolitinib in the *in vitro* assays described below.

3.  Concert is a company that focuses on modifying existing compounds to provide

Incyte Exhibit 1045, Page 414 of 520

- 2 -

compounds that have improved pharmacokinetic properties. One way in which Concert modifies compounds is to replace one or more hydrogen atoms with deuterium. One of my primary roles at Concert was to oversee the testing of Concert's modified compounds in *in vitro* systems that mimic human liver metabolism. During my tenure at Concert as the Director, Discovery and Development DMPK, I supervised the testing of over 250 different deuterated compounds and their non-deuterated counterparts in various metabolic stability assays. The deuterated compounds that I have been involved in testing in *in vitro* metabolic stability assays were derived by deuterium modification of over 50 different non-deuterated compounds.

4.      *In vitro* studies by others previously suggested that ruxolitinib is largely metabolized by CYP3A4, *see* Jakafi Prescribing Information, page 8, section 12.3, Metabolism, enclosed as **Exhibit A**. The above-noted Application discloses the results of a study of the *in vitro* metabolism of ruxolitinib and certain compounds disclosed in the Application (including Compounds 103 and 107), in CYP3A4 supersomes. In a further study disclosed herein, we studied the *in vitro* metabolism of ruxolitinib and Claimed Compounds 103, 107 and 111 (see **Exhibit B** for structures), in CYP3A4 supersomes. The *in vitro* CYP3A4 metabolic stability assays were performed as described in the attached protocol at **Exhibit C**. The results of this study are shown in Table 1 of **Exhibit E**. I note that the relative stability increases shown in Table 1 for Compounds 103 and 107 are consistent with the results shown in the Application for those compounds.

5.      We also studied the *in vitro* metabolism of ruxolitinib and Claimed Compounds 103, 107 and 111 in human liver microsomes (HLMs). Whereas supersomes contain a specific cytochrome P450 (CYP) such as CYP3A4, HLMs typically contain a mixture of CYPs that include CYP3A4 as well as other CYPs that can metabolize drugs. Therefore, the *in vitro* metabolism of ruxolitinib may not be expected to be the same in CYP3A4 supersomes as it is in HLMs. We performed the *in vitro* HLM metabolic stability assays as described in the attached protocol at **Exhibit D**. The results of this study are shown in Table 2 of **Exhibit E**.

6.      For both the CYP3A4 supersome studies and the HLM studies, we tested each compound

at a concentration of 0.25 µM in four experiments performed on separate days. The disappearance of each compound was measured over time in each of the four experimental runs. The calculated half-life ($t_{1/2}$) value for each tested compound in each set of experiments is shown in Table 1 of **Exhibit E** for the CYP3A4 supersome studies, and Table 2 of **Exhibit E** for the HLM studies.

7.      The results of the CYP3A4 supersome studies given in Table 1 of **Exhibit E** indicate that Compounds **103, 107** and **111** have a longer *in vitro* half-life ($t_{1/2}$) relative to ruxolitinib. In particular, the table shows that the % increase in $t_{1/2}$ ranges from 23% for Compound 103 to 80% for Compound 111. I believe that the increase in half-life observed in this assay is substantial for Compounds **103, 107** and **111**, and clearly shows that these compounds are metabolically more stable than ruxolitinib in the CYP3A4 supersome assay.

8.      Likewise, the results of the HLM study shown in Table 2 of **Exhibit E** indicate that Compounds **103, 107** and **111** have a longer *in vitro* half-life ($t_{1/2}$) relative to ruxolitinib. In particular, the table shows that the % increase in $t_{1/2}$ ranges from 25% for Compound 107 to 75% for Compound 111. I believe that the increase observed in this assay is substantial for Compounds **103, 107** and **111** and clearly shows that these compounds are metabolically more stable than ruxolitinib in the HLM assay

9.      It is also my opinion that the results described in paragraphs 7 and 8 above could not have been predicted by any person knowledgeable of the DMPK field. My experience based upon overseeing the testing of a large number of compounds at Concert is that the effect of deuteration on the stability of a compound cannot be reasonably predicted. We have tested many drugs where the metabolic pathway of the non-deuterated compound is known to involve hydrogen abstraction. A majority of the over 250 deuterated compounds that we tested did not show a substantial change in stability over their non-deuterated counterpart in the stability assay. The effect of deuteration on metabolic stability is unpredictable even when the deuteration is at known sites of metabolism. In fact, in our testing, a number of the deuterated compounds tested showed a *decrease* in *in vitro* metabolic stability relative to their non-deuterated counterpart, even when deuteration was at a known site of metabolism. I am not aware of any expert within

Incyte Exhibit 1045, Page 416 of 520

Appx2907

- 4 -

Concert or in the DMPK field who can reasonably predict before testing a deuterated compound whether or not an overall effect on stabilization of the compound will occur. The state of the art requires actual testing to determine the effect, if any, of deuterium substitution on metabolism.

10.    I hereby further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further that these statements are made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment or both (18 U.S.C. 1001), and that such willful false statements may jeopardize the validity of the above-identified Application or any patent issued thereon.

Date: 29 JULY 2015

Vinita Uttamsingh

Incyte Exhibit 1045, Page 417 of 520

Appx2908



8046123

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

*May 26, 2020*

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:**

**APPLICATION NUMBER:** *16/098,338*
**FILING DATE:** *November 01, 2018*
**PATENT NUMBER:** *10561659*
**ISSUE DATE:** *February 18, 2020*

Certified by

*Andrew Lawrence*

**Under Secretary of Commerce
for Intellectual Property
and Director of the United States
Patent and Trademark Office**

Incyte Exhibit 1047, Page 1 of 1567

Appx3034



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | |
|---|---|---|
| 25181 | 7590 | 09/06/2019 |

FOLEY HOAG, LLP (General)
PATENT GROUP, SEAPORT WEST
155 SEAPORT BLVD
BOSTON, MA 02210-2600

| EXAMINER |
|---|
| MURRAY, JEFFREY H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1624 | |

DATE MAILED: 09/06/2019

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/098,338 | 11/01/2018 | Amanda T. Wagner | CPQ-14201 | 6923 |

TITLE OF INVENTION: TREATMENT OF HAIR LOSS DISORDERS WITH DEUTERATED JAK INHIBITORS

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $500 | $0.00 | $0.00 | $500 | 12/06/2019 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS.
THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON
PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING
DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD
CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT
FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN
THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST
TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that
entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled
"Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity
fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office
(USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b"
of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a
request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing
the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail
Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980.
It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at
www.uspto.gov/PatentMaintenanceFees.**

PTOL-85 (Rev. 02/11)

Incyte Exhibit 1047, Page 165 of 1567

Appx3198

## Notice of Pre-AIA or AIA Status

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

## DETAILED ACTION

### Status of Claims

This action is in response to a non-provisional patent application filed on November 1, 2018. There are twenty claims pending and twenty claims under consideration. Claims 11-20 and 31 have been cancelled. This is the first action on the merits. The present invention relates to a method of treating in a subject hair loss disorders that are beneficially treated by administering a JAK1 and/or a JAK2 inhibitor. The method comprises administering to the subject an amount in the range of about 4mg to about 50mg of Compound (I), or a pharmaceutically acceptable salt thereof. This invention also provides compositions comprising a Compound (I) and the use of such compositions in the described methods.

### Information Disclosure Statement

No information disclosure statement (IDS) has been submitted by the Applicants.

### Examiner's Statement of Reasons for Allowance

Claims 1-10 and 21-30 are allowed.

Claims 1-10 and 21-30 are free of the prior art. The examiner performed a chemical structure as well as an inventor and classification search to identify any potential prior art. While he non-deuterated compound may be known in the prior art, there is nothing to suggest the present compound would be an obvious variant of the

known compound. The Examiner was unable to identify any prior art which contained the limitations seen in the present application.

### *Conclusion*

Claims 1-10 and 21-30 are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to JEFFREY H MURRAY, whose telephone number is 571-272-9023. The examiner can normally be reached on M-F 8-4.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Mark Shibuya can be reached at 571-272-0806. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Jeffrey H Murray/
Primary Examiner, Art Unit 1624

Incyte Exhibit 1047, Page 171 of 1567

| | Notice of References Cited | Application/Control No. | Applicant(s)/Patent Under |

| | | Application/Control No.<br>16/098,338 | Applicant(s)/Patent Under<br>Reexamination<br>Wagner et al. |
|---|---|---|---|
| *Notice of References Cited* | | Examiner<br>JEFFREY H MURRAY | Art Unit<br>1824 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| | A | | | | | |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | No IDS were cited by the Applicants in this application nor were any prior art documents cited by the Examiner. |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

Incyte Exhibit 1047, Page 172 of 1567

Appx3205

| *Applicant-Initiated Interview Summary* | Application No. 16/098,338 | Applicant(s) Wagner et al. | |
|---|---|---|---|
| | Examiner JEFFREY H MURRAY | Art Unit 1624 | AIA (FITF) Status Yes |

All participants (applicant, applicants representative, PTO personnel):

(1) JEFFREY H. MURRAY.

(3) MARK D. RUSSETT.

(2) SUSAN M. ABELLEIRA.

(4) _____.

Date of Interview: 24 October 2019.

Type: ☑ Telephonic ☐ Video Conference
☐ Personal [copy given to: ☐ applicant ☐ applicant's representative]

Exhibit shown or demonstration conducted: ☐ Yes ☑ No.
If Yes, brief description: _____.

Issues Discussed ☐101 ☐112 ☐102 ☐103 ☑Others
(For each of the checked boxes) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: ALL.

Identification of prior art discussed: NONE.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

Applicants' attorneys and Examiner discussed the claims of the present invention. Due to recent data received from a Phase 2 trial, Applicants plan to file a Request for Continued Examination in the present application and amend the scope of the claims with regards to the dosing seen in the present claims. Additionally, Applicants intend to file an IDS with the RCE which will help further clarify the amendments. The Examiner agreed this was acceptable and will await the filing of the documents which should be seen within a week..

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview.

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

/JEFFREY H MURRAY/
Primary Examiner, Art Unit 1624

Incyte Exhibit 1047, Page 187 of 1567
Appx3220

Used in Lieu of PTO/SB/08A/B
(Based on PTO 09-08 version)

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| | | | |
|---|---|---|---|
| Sheet | 1 | of | 2 |

| Complete if Known | |
|---|---|
| Application Number | 16/098,338-Conf. #6923 |
| Filing Date | November 1, 2018 |
| First Named Inventor | Amanda T. Wagner |
| Art Unit | 1624 |
| Examiner Name | J. H. Murray |
| Attorney Docket Number | CPQ-14201 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number — Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | AA* | US-7,598,257-B | 10-06-2009 | Rodgers et al. | |
| | AB* | US-9,198,911 | 12-01-2015 | Christiano et al. | |
| | AC* | US-9,249,149-B2 | 02-02-2016 | Silverman et al. | |
| | AD* | US-9,662,335 | 05-30-2017 | Rodgers et al. | |
| | AE* | US-10,265,258 | 04-23-2019 | Christiano et al. | |
| | AF* | US-2008/0312258-A1 | 12-18-2008 | Rodgers et al. | |
| | AG* | US-2015/0239896-A1 | 08-27-2015 | Silverman et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document — Country Code³-Number⁴-Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | BA | WO-2012/061537-A2 | 05-10-2012 | The Trustees of Columbia University in the City of New York | | |
| | BB | WO-2013/149194-A1 | 10-03-2013 | The Trustees of Columbia University in the City of New York | | |
| | BC | WO-2014/078486-A1 | 05-22-2014 | Incyte Corp. | | |
| | BD | WO-2015/120110-A2 | 08-13-2015 | Auspex Pharmaceuticals, Inc | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

¹EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ²CITE NO. Those application(s) which are marked with an single asterisk (*) next to the Cite No. are not supplied (under 37 CFR 1.98(a)(2)(iii)) because that application was filed after June 30, 2003 or is available in the IFW. ³Applicant's unique citation designation number (optional). ⁴See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ⁵Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁶For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁷Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁸Applicant is to place a check mark here if English language Translation is attached.

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T² |
|---|---|---|---|
| | CA | Buteau, "Deuterated Drugs: Unexpectedly Nonobvious?," Journal of High Technology Law, Suffolk University Law School, XI: 22-74 (2009). | |
| | CB | Concert Pharmaceuticals Inc. Precision Deuterium Chemistry Backgrounder - Non-Confidential, 2007, pages 1-6. | |
| | CC | Craiglow et al., "Killing Two Birds with One Stone: Oral Tofacitinib Reverses Alopecia Universalis in a Patient with Plaque Psoriasis," J Investig Dermatol 134:2988-2990 (2014). | |
| | CD | Craiglow et al., "Topical Ruxolitinib for the Treatment of Alopecia Universalis," JAMA Dermatol 152(4):490-491 (2016). | |
| | CE | Crispin et al., "Safety and efficacy of the JAK inhibitor tofacitinib citrate in patients with alopecia areata," JCI Insight 1(15):1-10 (September 22, 2016). | |
| | CF | Delamere et al., "Interventions for alopecia areata (Review)," Cochrane Database of Sys Revs 2 (2008). | |
| | CG | Harris et al., "Rapid skin repigmentation on oral ruxolitinib in a patient with coexistent vitiligo and alopecia areata," J Amer Acad Dermatol 74(2):370-371 (February 2016). | |

Incyte Exhibit 1047, Page 1521 of 1567

| | Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|---|
| | **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Application Number | 16/098,338-Conf. #6923 |
| | | | | Filing Date | November 1, 2018 |
| | | | | First Named Inventor | Amanda T. Wagner |
| | | | | Art Unit | 1624 |
| | | | | Examiner Name | J. H. Murray |
| Sheet | 2 | of | 2 | Attorney Docket Number | CPQ-14201 |

| | | | |
|---|---|---|---|
| | CH | Hordinsky, "Treatment of alopecia areata: "What is new on the horizon?" Dermatol Therap 24:364-368 (2011). | |
| | CI | Huang et al., "Autoimmune, Atopic, and Mental Health Comorbid Conditions Associated With Alopecia Areata in the United States," JAMA Dermatol 131(7):789-794 (2013). | |
| | CJ | Hunt et al., "The psychological impact of alopecia," BMJ 331:951-953 (2005). | |
| | CK | International Search Report and Written Opinion for International Application No. PCT/US2017/031142 mailed July 20, 2017. | |
| | CL | Jabbari et al., "Reversal of Alopecia Areata Following Treatment With the JAK1/2 Inhibitor Baricitinib," EBioMed 2:351-355 (2015). | |
| | CM | Jakafi™ (ruxolitinib) Prescribing Information (2011). | |
| | CN | Liu et al., "Tofacitinib for the treatment of severe alopecia areata and variants: A study of 90 patients," J Am Acad Dermatol 76(1):22-28 (2017); published online November 2, 2016, http://dx.doi.org/10.1016/j.jaad.2016.09.007. | |
| | CO | Mackay-Wiggan et al., "Oral ruxolitinib induces hair regrowth in patients with moderate-to-severe alopecia areata," J. Clin. Invest. Insight (September 22, 2016). | |
| | CP | Pieri et al., "Ruxolitinib-induced reversal of alopecia universalis in a patient with essential thrombocythemia," AJH 90(1):82-83 (2015). | |
| | CQ | Pilot Study to Evaluate the Efficacy of Ruxolitinib in Alopecia Areata, ClinicalTrials.gov Identifier: NCT01950780 (2013) <https://clinicaltrials.gov/ct2/show/NCT01950780?term=NCT01950780&rank=1> [Date Accessed: 9/27/2018]. | |
| | CR | Press Release "Concert Pharmaceuticals Announces CTP-543 Positive Top-Line Phase 1 Results," December 14, 2016. | |
| | CS | Prosecution history of U.S. Pat. No. 9,249,149. | |
| | CT | Shi et al., "The Effect of CYP3A4 Inhibition or Induction on the Pharmacokinetics and Pharmacodynamics of Orally Administered Ruxolitinib (INCB018424 Phosphate) in Healthy Volunteers," J Clin Pharmacol 52:809-818 (2012). | |
| | CU | Shi et al., "The pharmacokinetics, pharmacodynamics and safety of orally dosed INC18424 phosphate in healthy volunteers," J. Clin. Pharmacol, 51:1644-1654 (2011). | |
| | CV | Shilling et al., "Metabolism, Excretion, and Pharmacokinetics of [¹⁴C]INCB018424, A Selective Janus Tyrosine Kinase 1/2 Inhibitor, in Humans," *Drug Metabolism and Disposition*, 38(11):2023-2031 (2010). | |
| | CW | The Voice of the Patient: A series of reports from the U.S. Food and Drug Administration's (FDA's) Patient-Focused Drug Development Initiative, Alopecia Areata (2018). | |
| | CX | Vandiver et al., "Two cases of alopecia areata treated with ruxolitinib: a discussion of ideal dosing and laboratory monitoring," Int J Dermatol 56:833-835 (2017). | |
| | CY | Xing et al., "Alopecia areata is driven by cytotoxic T lymphocytes and is reversed by JAK inhibition," Nature Med. 20: 1043-49 (2014). | |
| | CZ | Final Written Decision (04-08-2019) in IPR 2017-01256 (U.S. Patent No. 9,249,149). | |
| | CA1 | Notice of Appeal from the Final Written Decision in IPR 2017-01256 to the United States Court of Appeal for the Federal Circuit (June 7, 2019). | |
| | CB1 | Press Release "Concert Pharmaceuticals Reports Positive CTP-543 Results from Phase 2 Alopecia Areata Trial," September 3, 2019. [Date Accessed: 10/17/2019]. | |
| | CC1 | CTP-543 Phase 2 Results in Patients with Moderate-to-Severe Alopecia Areata. Concert Pharmaceuticals Inc. Presentation on September 3, 2019. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

\*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
¹Applicant's unique citation designation number (optional). ²Applicant is to place a check mark here if English language Translation is attached.

Incyte Exhibit 1047, Page 1522 of 1567

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Amanda T. Wagner *et al.*

Application No.: 16/098,338        Confirmation No.: 6923

Filed: November 1, 2018        Art Unit: 1624

For: TREATMENT OF HAIR LOSS DISORDERS    Examiner: J. H. Murray
       WITH DEUTERATED JAK INHIBITORS

## INFORMATION DISCLOSURE STATEMENT (IDS)

Mail Stop RCE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Pursuant to 37 C.F.R. §§ 1.56, 1.97, and 1.98, the attention of the United States Patent and Trademark Office is hereby directed to the references listed on the attached PTO/SB/08. It is respectfully requested that the information be expressly considered during the prosecution of the above-identified application, and that the references be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

This Information Disclosure Statement, pursuant to 37 C.F.R. § 1.114(c), accompanies the Request for Continued Examination (37 C.F.R. § 1.114) submitted herewith.

In accordance with 37 C.F.R. § 1.98(a)(2)(ii), copies of U.S. patents and U.S. patent application publications are not submitted. Submitted herewith are copies of foreign patents and non-patent literature in accordance with 37 C.F.R. § 1.98(a)(2).

Incyte Exhibit 1047, Page 1523 of 1567

In accordance with 37 C.F.R. § 1.97(g), the filing of this Information Disclosure Statement shall not be construed as a representation that a search has been made. In accordance with 37 C.F.R. § 1.97(h), the filing of this Information Disclosure Statement shall not be construed to be an admission that the information cited in this Information Disclosure Statement is, or is considered to be, material to patentability as defined in 37 C.F.R. § 1.56(b).

It is submitted that the Information Disclosure Statement is in compliance with 37 C.F.R. § 1.98, and the Examiner is respectfully requested to consider the listed references.

Dated: **October 29, 2019**          Respectfully submitted,

Electronic signature: **/Susan M. Abelleira, Reg. No. 42252/**
Susan M. Abelleira
Registration No.: 42,252
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
(617) 832-1104
Attorney For Applicant

## Notice of Pre-AIA or AIA Status

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

## DETAILED ACTION

### Status of Claims

Claims 1, 2, 5-10, 23-26 and 32-40 are pending in this application. Claims 3, 4, 11-22 and 27-31 have been cancelled. Claims 32-40 are new. This action is in response to the applicants' filing of a Request for Continued Examination on October 29, 2019.

### Withdrawn Rejections/Objections

Applicant is notified that any outstanding rejection/objection that is not expressly maintained in this office action been withdrawn or rendered moot in view of applicant's amendments and/or remarks.

### Information Disclosure Statement

The information disclosure statement (IDS) submitted on October 29, 2019 is in compliance with the provisions of 37 CFR 1.97. Accordingly, the information disclosure statement is being considered by the examiner.

### Examiner's Statement of Reasons for Allowance

Claims 1, 2, 5-10, 23-26 and 32-40 are allowed.

Claims 1, 2, 5-10, 23-26 and 32-40 are free of the prior art. The examiner performed a chemical structure as well as an inventor and classification search to identify any potential prior art. The Examiner was unable to identify any prior art which contained the limitations seen in the present application.

Incyte Exhibit 1047, Page 1544 of 1567

### Conclusion

Claims 1, 2, 5-10, 23-26 and 32-40 are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to JEFFREY H MURRAY, whose telephone number is 571-272-9023. The examiner can normally be reached on M-F 8-4.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Mark Shibuya can be reached at 571-272-0806. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Jeffrey H Murray/
Primary Examiner, Art Unit 1624

**Research Article**

Journal of
**Labelled Compounds and Radiopharmaceuticals**

Received 26 January 2015,    Revised 19 March 2015,    Accepted 13 April 2015    Published online 26 May 2015 in Wiley Online Library

(wileyonlinelibrary.com) DOI: 10.1002/jlcr.3299

# Design, synthesis and biological evaluation of deuterated nintedanib for improving pharmacokinetic properties

**Ruixue Xu,[a†] Miao Zhan,[a†] Lingling Peng,[a] Xuehai Pang,[b] Jun Yang,[a] Tao Zhang,[a] Hongxia Jiang,[a] Lifeng Zhao,[a*] and Yuanwei Chen[a,b*]**

**Nintedanib is a novel triple angiokinase inhibitor that inhibits three growth factors simultaneously. Deuterated derivatives of nintedanib at certain metabolically active sites were prepared and evaluated _in vitro_ and _in vivo_. In particular, deuterated compound SKLB-C2202 had significantly improved pharmacokinetic properties compared with nintedanib. These efforts lay the foundation for further investigating the druggability of SKLB-C2202.**

**Keywords:** Nintedanib; triple angiokinase inhibitor; deuterium isotope effect; antitumor activity

## Introduction

Nintedanib, also known as BIBF 1120, a potent indolinone derivative, is a small molecule triple angiokinase inhibitor that simultaneously inhibits three growth factors: vascular endothelial growth factor receptor (VEGFR), platelet derived growth factor receptor (PDGFR), and fibroblast growth factor receptor (FGFR).[1,2] Angiogenesis is a crucial endogenous pathway in both healthy and diseased tissues. In a healthy human body, it can help in wound-healing, but in excess in diseased tissues, it also can create many new blood vessels to supply diseased tissues with oxygen and nutrients.[3] So angiogenesis can be a therapeutic target.[4] VEGF plays a key role in multiple signaling pathways that control survival, mitogenesis, migration, and differentiation of endothelial cells and create blood vessels. An over-expression of VEGF generally has been seen as associated with tumor progression.[5] VEGF-receptor inhibitors have been developed by many companies,[6] and several entities have already been approved, such as sorafenib,[7] sunitinib,[8] vandetanib,[9] axitinib,[10] regorafenib,[11] cabozantinib,[12] and ponatinib.[13] PDGFR[14] and FGFR[15] both control the migration and adherence of cells and provide support and stability to vessel walls. All three growth factors are crucially involved in the formation of blood vessels, and suppression of them can play an important role in the prevention of tumor growth and spread.

Nintedanib is currently being investigated in a number of indications including advanced non-small cell lung cancer, small cell lung cancer, prostate cancer, breast cancer, ovarian cancer, cervix cancer, endometrial cancer, thyroid cancer, liver cancer, acute myeloid leukemia, and just recently, it was approved by the Food and Drug Administration (FDA) for the treatment of idiopathic pulmonary fibrosis.[16]

Nintedanib, an orally administered drug,[17] has a distinct pharmacodynamic feature in _in vitro_ tests. This is a sustained pathway inhibition, suggesting slow receptor off-kinetics, but it is rapidly metabolized by methylester cleavage _in vivo_, leading to a short mean half-life.[1] In healthy humans, the major metabolite

$M_1$ is achieved by methyl ester cleavage, $M_2$ is formed by oxidative _N_-demethylation on the piperazine ring, $M_3$ is generated by double demethylation as previously mentioned, and $M_4$ by oxidation of the piperazine moiety and conjugation (Figure 1).[18]

On the basis of this information, we considered whether the metabolism rate could be slowed down to get a longer mean half-life by blockade of metabolically active sites. We hypothesized that the goal could be achieved through minimal structure modification, keeping the advantages of nintedanib and overcoming its drawbacks at the same time. Accordingly, the hydrogen atoms at the metabolically active sites were substituted for deuterium.

Deuterium is a stable naturally-occurring, non-radioactive isotope of hydrogen. Due to the different atomic properties of deuterium the C-D, the C-D bond is stronger than the C-H bond.[19] Exchanging hydrogen with deuterium in functional groups can result in many benefits. First, the metabolic shunting may reduce the formation of undesirable metabolites or increase the formation of desired active metabolites. Second, deuteration can reduce the rate of systemic clearance resulting in a longer half-life. It can even maintain similar systemic exposure with decreased peak levels and increased trough levels. Finally, decreased pre-systemic metabolism results in higher

[a]_State Key Laboratory of Biotherapy and Cancer Center, West China Hospital, Sichuan University, and Collaborative Innovation Center for Biotherapy, Chengdu, 610041, China_

[b]_Hinova Pharmaceuticals Inc, Suite 801, Building C1, #88 South KeYuan Road, Chengdu Tianfu Life Science Park, Chengdu, 610041, China_

*Correspondence to: Yuanwei Chen and Lifeng Zhao, State Key Laboratory of Biotherapy and Cancer Center, West China Hospital, Sichuan University, and Collaborative Innovation Center for Biotherapy, Chengdu, 610041, China. E-mail: ywchen@scu.edu.cn; lifengzhao@scu.edu.cn

[†] These authors contributed equally

Copyright © 2015 John Wiley & Sons, Ltd.

Incyte Exhibit 1053, Page 1 of 5

Appx4798

**Figure 1.** The major metabolic pathways of nintedanib. This figure is available in colour online at wileyonlinelibrary.com/journal/jlcr

bioavailability of unmetabolized drug, which means a smaller dosage can achieve the same exposure.[20,21] Many studies have already reported several deuterium-labeled entities,[22–28] and some of these have entered clinical trials including CTP-354,[20] CTP-449,[29] SD-254, and[21] SD-809.[19] The Auspex drug, SD-809, significantly reduced the incidence of uncontrolled movements in patients with Huntington's disease compared with a placebo, according to results from a phase III study announced recently, and it is expected to seek US approval for SD-809 in the middle of this year.[19]

Our approach was based on the primary kinetic isotope effect.[30,31] As nintedanib's major metabolic pathways are methyl ester cleavage and oxidative N-demethylation, we therefore replaced the hydrogen atoms at the active sites with deuterium as shown in Table 1. (SKLB-C2201, SKLB-C2202 and SKLB-C2203).

## Experimental

### General methods

All commercial reagents and anhydrous solvents were obtained from commercial sources and were used without further purification, unless otherwise specified. Reactions were monitored by thin layer chromatography (TLC) on glass plates coated with silica gel containing fluorescence indicator reagents. [1]H NMR and [2]H NMR spectra were recorded on Bruker Avance III 400 (400 MHz for [1]H NMR and 61.4 MHz for [2]H NMR). Chemical shifts (δ) are expressed in ppm and are internally referenced ([1]H NMR: 0.00 ppm for TMS in $CDCl_3$, 4.70 ppm for DSS in $D_2O$. [2]H NMR: 7.26 ppm for $CDCl_3$ in $CHCl_3$, 8.32 ppm for $CDCl_3$ in DMSO). Deuterium content was determined by comparison with the integration of both deuterated and non-deuterated position. Deuterium incorporation was assigned by [2]H NMR. The mass spectrometry (MS) systems used were the Quattro Premier XE mass spectrometer and a Q-TOF premier mass spectrometer (Waters Micromass, Milford, Massachusetts, USA), which were used for LC/MS analysis and accurate mass detection, respectively. Both were equipped with a standard ESI source.

Details of synthesis and biological assays are described in the Supporting Information.

## Results and discussion

The deuterated analogs of nintedanib were synthesized starting from the corresponding indolinones and aromatic amines as building blocks. As depicted in Scheme 1, **11a** and **11b** were obtained by a six-step procedure consisting of an esterification of 3-nitrobenzoic acid, followed by a nucleophilic substitution using **4a** or **4b**, then one-step hydrogenation-intramolecular amidation, condensation with trimethyl orthobenzoate after protecting with chloracetyl, and finally deprotection of the protecting group.

As described in Scheme 2, aromatic amines, **16a** and **16b**, were obtained by a three-step procedure. Acylation of N-methyl-4-nitroaniline **12** with chloroacetic anhydride **7** afforded compound **13**, followed by nucleophilic substitution with 1-methyl piperazine **14a** or 1-methyl-d3-piperazine **14b** to give compounds **15a** and **15b**, which were reduced to afford the title compound.

**Table 1.** VEGFR-2, FGFR-1, and PDGFR-α inhibition of nintedanib and its derivatives

| Compound | $R_1$ | $R_4$ | IC50 (nM) | | |
|---|---|---|---|---|---|
| | | | VEGFR-2 | FGFR-1 | PDGFR-α |
| Nintedanib | $CH_3$ | $CH_3$ | 3.1 | 81 | 5.5 |
| SKLB-C2201 | $CD_3$ | $CH_3$ | 3.1 | 75 | 5.5 |
| SKLB-C2202 | $CH_3$ | $CD_3$ | 2.9 | 67 | 5.5 |
| SKLB-C2203 | $CD_3$ | $CD_3$ | 4.3 | 79 | 4.4 |

VEGFR, vascular endothelial growth factor receptor; PDGFR, platelet derived growth factor receptor; FGFR, fibroblast growth factor receptor.

Incyte Exhibit 1053, Page 2 of 5

Appx4799



**Scheme 1.** Synthesis of intermediates **11a** and **11b**. Reagents and conditions: (a) conc. sulfuric acid; (b) Potassium tert-butylate, DMF; (c) Pd/C, acetic acid; (d) Toluene, reflux; (e) Acetic anhydride, toluene, 90–120 °C; and (f) KOH, methyl alcohol. This figure is available in colour online at wileyonlinelibrary.com/journal/jlcr

**Scheme 2.** Synthesis of intermediates **16a**, **16b**. Reagents and conditions: (a) Ethyl acetate, reflux; (b) Toluene, 30–50 °C; and (c) H₂, Pd/C. This figure is available in colour online at wileyonlinelibrary.com/journal/jlcr

**Scheme 3.** Synthesis of nintedanib analogs. Reagents and conditions: (a) Methanol, reflux.

**Table 2.** The *in vivo* pharmacokinetic parameters of nintedanib and deuterated analogs

| Compound | $T_{1/2}$ (h) | $T_{max}$ (h) | $C_{max}$ (ng/ml) | $AUC_{0-t}$ (mg/L*h) | $AUC_{0-\infty}$ (mg/L*h) |
|---|---|---|---|---|---|
| Nintedanib | 2.03 | 2.00 | 232 | 843 | 1036 |
| SKLB-C2201 | 2.90 | 2.00 | 132 | 556 | 785 |
| SKLB-C2202 | 3.05 | 2.00 | 556 | 1339 | 1564 |
| SKLB-C2203 | 1.58 | 2.00 | 211 | 650 | 735 |

**Figure 2.** Plasma concentration of nintedanib analogs after oral administration (50 mg/kg).

As shown in Scheme 3, deuterium-labeled analogs SKLB-C2201, SKLB-C2202, and SKLB-C2203 were obtained by condensation of indolinones 11a and 11b with amines **16a** and **16b**.

The compounds were screened using a set of kinase selective assays and all derivatives tested inhibited VEGFR-2, FGFR-1 and PDGFR-α *in vitro*. The results are summarized in Table 1. As

expected, the deuterated analogs of nintedanib remain in an almost equal inhibitory activity against the three kinases tested compared with its parent drug. All compounds tested show a

Incyte Exhibit 1053, Page 3 of 5
Appx4800



**Figure 3.** SKLB-C2202 inhibits human tumor xenograft growth in a model of a human head and neck SCC (FaDu) growth (left). Body weight changes of mice (right); Vehicle is control group of 0.5% hydroxyethyl cellulose.

single-digit inhibition activity against VEGFR-2 and PDGFR-α and a double-digit activity against FGFR-1. This may be attributable to the similar size of hydrogen and deuterium atom and hence the maintenance of similar activity.

The *in vivo* pharmacokinetic profiles of the deuterated materials were tested in healthy Balb/c mice. Nintedanib and its analogs were administered orally at a dose of 50 mg/kg. Blood samples were taken at 0.5, 1.0, 2.0, 4.0, and 24 h, and then drug plasma concentrations were quantified by LC-MS/MS. The pharmacokinetic parameters are shown in Table 2, and the plasma concentration is shown in Figure 2.

The major metabolic route of nintedanib results from methyl ester cleavage and the minor metabolic route from oxidative of the *N*-methylpiperidine ring, [1,18] We predicted that deuteration at both the methyl ester and the *N*-methyl on piperidine (SKLB-C2203) would slow down the hydrolysis and oxidation rate and therefore improve pharmacokinetic properties. However, our result showed that SKLB-C2203 had an almost identical pharmacokinetic profile to nintedanib with $AUC_{0-t}$ 650 and 843 (mg/L*h) and $C_{max}$ 211 vs. 232 ng/ml, respectively. The deuteration of methyl ester alone (SKLB-C2201) resulted in a slightly worse AUC0-t than nintedanib. However, compound SKLB-C2202, the deutertion of *N*-methyl on piperidine has significantly better pharmacokinetic properties than nintedanib, with $C_{max}$ of 2.39 times of nintedanib, $AUC_{0-∞}$ of 1.51 times of nintedanib and improved $T_{1/2}$ (3.05 vs. 2.03 h). Better $C_{max}$ indicated that SKLB-C2202 has good absorption. SKLB-C2202 has much better enhancement for PK profile, which indicated that the *N*-demethyl metabolite formation could be a significant overall factor in the pharmacokinetics.[18] Encouraged by the improved exposure, compound SKLB-C2202 was chosen for further antitumor activity studies *in vivo*. An animal model of human head and neck small cell carcinoma (FaDu) tumor xenografts in Balb/c mice was established. After 15 days inoculation, the average tumor volume reached 100–150 mm³, the mice were randomly assigned to one vehicle control group, three SKLB-C2202 groups (50, 25, 12.5 mg/kg), and a nintedanib group (25 mg/kg). Each group contained seven mice. During a period of 28 days, the drug was administered per os at a frequency of once a day, and the tumor volume was measured every 3 days. As shown in Figure 3, SKLB-C2202 resulted in inhibition of tumor growth in three doses and shows dose proportionality. At a dosage of 50 mg/kg, the inhibition activity increased to 85.1% (treated versus control (T/C) values). At 25 mg/kg, the inhibitory activity is 74.9%, while with the same dose, its parent drug nintedanib has an antitumor activity of

72.0%. Although deuterated SKLB-C2202 has 50.9% better $AUC_{0-∞}$ compared with parent nintedanib, the *in vivo* antitumor activity was not improved.

We also measured animal body weight change. As also shown in Figure 3, all groups are well tolerated during the treatment period. Even in the high-dose group (50 mg/kg), no significant weight loss was observed.

## Conclusion

In conclusion, the substitution in deuterium for hydrogen in nintedanib did not adversely affect the binding affinity *in vitro*. Better pharmacokinetic properties *in vivo*, the deutrated analog SKLB-C2202 show significantly better properties than nintedanib and had a better plasma concentration which could prolong its half-life and improve the potency with a lower dosage. Finally, antitumor activity studies *in vivo*, SKLB-C2202 showed a better inhibition than nintedanib at the same dosage (25 mg/kg). When dosage was up to 50 mg/kg, the tumor-inhibitory rate went to 85.1%, with good animal tolerance. Further research more relevant to druggability is under investigation.

## Acknowledgements

This work was supported by the National Natural Science Foundation of China (No. 81472418).

## Conflict of Interest

The authors did not report any conflict of interest.

## References

[1] F. Hilberg, G. J. Roth, M. Krssak, S. Kautschitsch, W. Sommergruber, U. Tontsch-Grunt, P. Garin-Chesa, G. Bader, A. Zoephel, J. Quant, A. Heckel, W. J. Rettig, *Cancer Res.* **2008**, *68*, 4774.
[2] G. J. Roth, A. Heckel, F. Colbatzky, S. Handschuh, J. Kley, T. Lehmann-Lintz, R. Lotz, U. Tontsch-Grunt, R. Walter, F. J. Hilberg, *Med. Chem.* **2009**, *52*, 4466.
[3] P. Carmeliet, *Nat. Med.* **2003**, *9*, 653.
[4] N. Ferrara, R. S. Kerbel, *Nature* **2005**, *438*, 967.
[5] D. J. Hicklin, L. M. J. Ellis, *Clin. Oncol.* **2005**, *23*, 1011.
[6] K. Sanderson, *Nature* **2009**, *458*, 269.
[7] S. Wilhelm, C. Carter, M. Lynch, T. Lowinger, J. Dumas, R. A. Smith, B. Schwartz, R. Simantov, S. Kelley, *Nat. Rev. Drug Discov.* **2006**, *5*, 835.
[8] L. Q. M. Chow, S. G. J. Eckhardt, *Clin. Oncol.* **2007**, *25*, 884.
[9] M. Massicotte, I. Borget, S. Broutin, V. E. Baracos, S. Leboulleux, E. Baudin, A. Paci, A. Deroussent, M. Schlumxerger, S. Antoun, *J. Clin. Endocrinol. Metab.* **2013**, *98*, 2401.

**311**

Incyte Exhibit 1053, Page 4 of 5

Appx4801

[10] R. Lacovelli, E. Verzoni, F. M. D. Braud, G. Procopio, *Cancer Biol. Ther.* **2014**, *15*, 486.

[11] A. Grothey, E. V. Cutsem, A. Sobrero, S. Siena, A. Falcone, M. Ychou, Y. Humblet, O. Bouché, L. Mineur, C. Barone, A. Adenis, J. Tabernero, T. Yoshion, H. Lenz, R. M. Goldberg, D. J. Sargent, F. Cihon, L. Cupit, A. Wagner, D. Laurent, *Lancet* **2013**, *381*, 303.

[12] R. J. Lee, M. R. Smith, *Clin. Cancer Res.* **2014**, *20*, 525.

[13] J. E. Cortes, H. Kantarjian, N. P. Shah, D. Bixby, M. J. Mauro, L. Flinn, T. O'Hare, S. Hu, N. L. Narasimhan, V. M. Rivera, T. Clackson, C. D. Turner, F. G. Haluska, B. J. Druker, M. W. N. Deininger, M. Talpaz, *New Engl. J. Med.* **2012**, *367*, 2075.

[14] J. Andrae, R. Gallini, C. Betsholtz, *Genes Dev.* **2008**, *22*, 1276.

[15] M. Presta, P. Dell'Era, S. Mitola, E. Moroni, R. Ronca, M. Rusnati, *Cytokine Growth Factor Rev.* **2005**, *16*, 159.

[16] J. G. Roth, R. Binder, F. Colbatzky, C. Dallinger, R. Schlenker-Herceg, F. Hilberg, S. L. Wollin, R. Kaiser, *J. Med. Chem.* **2015**, *58*, 1053.

[17] L. Richeldi, R. M. Bois, G. Raghu, A. Azuma, K. K. Brown, U. Costabel, V. Cottin, K. R. Flaherty, D. M. Hansell, Y. Inoue, D. S. Kim, M. Kolb, A. G. Nicholson, P. W. Noble, M. Selman, H. Taniguchi, M. Brun, F. L. Maulf, M. Girard, S. Stowasser, R. Schlenker-Herceg, B. Disse, H. R. Collard, *New Engl. J. Med.* **2014**, *370*, 2071.

[18] P. Stopfer, K. Rathgen, D. Bischoff, S. Lüdtke, K. Marzin, R. Kaiser, K. Wagner, T. Ebner, *Xenobiotica* **2011**, *41*, 297.

[19] A. Katsnelson, *Nat. Med.* **2013**, *19*, 656.

[20] S. L. Harbeson, R. D. Tung, *Medchem News* **2014**, *2*, 8.

[21] T. G. Gant, *J. Med. Chem.* **2014**, *57*, 3595.

[22] F. Maltais, Y. C. Jung, M. Chen, J. Tanoury, R. B. Perni, N. Mani, L. Laitinen, H. Huang, S. Liao, H. Gao, H. Tsao, E. Block, C. Ma, R. S. Shawgo, C. Town, C. L. Brummel, D. Howe, S. Pazhanisamy, S. Raybuck, M. Namchuk, Y. L. Bennani, *J. Med. Chem.* **2009**, *52*, 7993.

[23] C. Ling, G. Chen, G. Chen, Z. Zhang, B. Cao, K. Han, J. Yin, A. Chu, Y. Zhao, X. Mao, *Int. J. Cancer* **2012**, *131*, 2411.

[24] P. W. Manley, F. Blasco, J. Mestan, R. Aichholz, *Bioorg. Med. Chem.* **2013**, *21*, 3231.

[25] G. Xu, B. Lv, J. Y. Roberge, B. Xu, J. Du, J. Dong, Y. Chen, K. Peng, L. Zhang, X. Tang, Y. Feng, M. Xu, W. Fu, W. Zhang, L. Zhu, Z. Deng, Z. Sheng, A. Welihinda, X. Sun, *J. Med. Chem.* **2014**, *57*, 1236.

[26] L. Shao, C. Abolin, M. C. Hewitt, P. Koch, M. Varney, *Bioorg. Med. Chem. Lett.* **2006**, *16*, 691.

[27] Y. Zhu, J. Zhou, B. Jiao, *Med. Chem. Lett.* **2013**, *4*, 349.

[28] A. D. Kerekes, S. J. Esposite, R. J. Doll, J. R. Tagat, T. Yu, Y. Xiao, Y. Zhang, D. B. Prelusky, S. Tevar, K. Gray, G. A. Terracina, S. Lee, J. Jones, M. Liu, A. D. Basso, E. B. Smith, *J. Med. Chem.* **2011**, *54*, 201.

[29] X. Tang, G. Bridson, J. Ke, L. Wu, H. Erol, P. Graham, C. H. Lin, V. Braman, H. Zhao, J. F. Liu, Z. Lin, C. Cheng, *J. Chromatogr. B* **2014**, *963*, 1.

[30] F. H. Westheimer, *Chem. Rev.* **1961**, *61*, 265.

[31] R. Sharma, T. J. Strelevitz, H. Gao, A. J. Clark, K. Schildknegt, R. S. Obach, S. L. Ripp, D. K. Spracklin, L. M. Tremaine, A. D. N. Vaz, *Drug Metab. Dispos.* **2012**, *40*, 625.

## Supporting Information

Additional supporting information may be found in the online version of this article at the publisher's web-site.

Copyright © 2015 John Wiley & Sons, Ltd.

Incyte Exhibit 1053, Page 5 of 5

Appx4802

0090-9556/10/3811-2023–2031$20.00
DRUG METABOLISM AND DISPOSITION
Copyright © 2010 by The American Society for Pharmacology and Experimental Therapeutics
DMD 38:2023–2031, 2010

Vol. 38, No. 11
33787/3634025
*Printed in U.S.A.*

# Metabolism, Excretion, and Pharmacokinetics of [¹⁴C]INCB018424, a Selective Janus Tyrosine Kinase 1/2 Inhibitor, in Humans

Adam D. Shilling, Frank M. Nedza, Thomas Emm, Sharon Diamond, Edward McKeever, Naresh Punwani, William Williams, Argyrios Arvanitis, Laurine G. Galya, Mei Li, Stacey Shepard, James Rodgers, Tai-Yuen Yue, and Swamy Yeleswaram

*Departments of Drug Metabolism and Biopharmaceutics (A.D.S., F.M.N., T.E., S.D., S.Y.), Clinical Development (E.M., N.P., W.W.), and Chemistry (A.A., L.G.G., M.L., S.S., J.R., T.-Y.Y.), Incyte Corporation, Wilmington, Delaware*

Received April 2, 2010; accepted August 10, 2010

## ABSTRACT:

The metabolism, excretion, and pharmacokinetics of 3-(4-(7*H*-pyrrolo[2,3-*d*]pyrimidin-4-yl)-1*H*-pyrazol-1-yl)-3-cyclopentylpropanenitrile (INCB018424), a potent, selective inhibitor of Janus tyrosine kinase1/2 and the first investigational drug of its class in phase III studies for the treatment of myelofibrosis, were investigated in healthy human subjects given a single oral 25-mg dose of [¹⁴C]INCB018424 as an oral solution. INCB018424 and total radioactivity were absorbed rapidly (mean time to reach the maximal drug concentration <1 h), declining in a monophasic or biphasic fashion (mean $t_{1/2}$ of 2.32 and 5.81 h, respectively). Recovery of administered radioactivity was fairly rapid (>70% within 24 h postdose) with 74 and 22% recovered in urine and feces, respectively. Parent compound was the predominant entity in the circulation, representing 58 to 74% of the total radioactivity up to 6 h postdose, indicating that the overall circulating metabolite burden was low

(<50% of parent). Two metabolite peaks in plasma (M18 and a peak containing M16/M27, both hydroxylations on the cyclopentyl moiety) were identified as major (30 and 14% of parent based on area under the curve from 0 to 24 h). The exposures of other circulating INCB018424-related peaks were <10% of parent, consisting of mono- and dihydroxylated metabolites. The profiles in urine and feces consisted of hydroxyl and oxo metabolites and subsequent glucuronide conjugates with parent drug accounting for <1% of the excreted dose, strongly suggesting that after an oral dose, INCB018424 was >95% absorbed. In healthy subjects administered daily oral doses of unlabeled INCB018424, there were minimal differences in parent and metabolite concentrations between day 1 and day 10, indicating a lack of accumulation of parent or metabolites between single and multiple dosing.

## Introduction

The Janus kinase family of protein tyrosine kinases (JAKs) plays an important role in the signaling of a number of cytokines and hematopoietic growth factors (Ghoreschi et al., 2009). Multiple cytokines, including those in the interleukin-2 and interleukin-6 family, signal via JAK1 and JAK3 enzymes to exert profound effects on lymphocyte differentiation, survival, and function (Nelson and Willerford, 1998; Vainchenker et al., 2008). In addition, JAK2 plays a central role in the signal transduction of erythropoietin and thrombopoietin (Neubauer et al., 1998; Parganas et al., 1998) and has been shown to play a critical role in erythropoiesis and thrombopoiesis in humans. 3-(4-(7*H*-Pyrrolo[2,3-*d*]pyrimidin-4-yl)-1*H*-pyrazol-1-yl)-3-cyclopentylpropanenitrile (INCB018424) is an orally active and potent inhibitor of JAKs with greater than 100-fold selectivity against a panel of 26 non-JAK kinases and is in development for the treatment of myeloproliferative neoplasms (Lin et al., 2009; Quintás-Cardama et al., 2010). INCB018424 has demonstrated efficacy in myelofibrosis, the most

serious of the chronic myeloproliferative neoplasms for which there is no approved therapy (Verstovsek et al., 2009a). Data from ongoing studies in myelofibrosis demonstrate marked reductions in spleen size and improvements in constitutional symptoms, which are maintained over many months in subjects with continuous therapy with oral administration of 10 to 25 mg b.i.d. INCB018424 (Mesa and Tefferi, 2009; Verstovsek et al., 2009b).

INCB018424 exhibits rapid oral absorption and dose proportional systemic exposures. A manuscript submitted for publication (J. Shi, X. Chen, T. Emm, P. Scherle, R. McGee, R. Landman, Y. Lo, E. McKeever, N. Punwani, W. Williams, et al.) demonstrated that INCB018424 had moderate clearance and volume of distribution, with an approximate 3-h terminal-phase elimination half-life in plasma. Accumulation of INCB018424 after multiple dose administration was negligible. Nonclinical metabolism studies in mice, rats, and dogs administered oral doses of [¹⁴C]INCB018424 indicated rapid excretion of drug-derived radioactivity by both urinary and fecal routes with unchanged parent accounting for <20% of the excreted dose, indicating extensive metabolism (A. Shilling and F. Nedza, unpublished data). Species differences were minor with circulating and excreted metabolites mainly consisting of hydroxylation(s), oxo, and

Article, publication date, and citation information can be found at http://dmd.aspetjournals.org.

doi:10.1124/dmd.110.033787.

**ABBREVIATIONS:** JAK, Janus tyrosine kinase; INCB018424, 3-(4-(7*H*-pyrrolo[2,3-*d*]pyrimidin-4-yl)-1*H*-pyrazol-1-yl)-3-cyclopentylpropanenitrile; HPLC, high-performance liquid chromatography; SPE, solid-phase extraction; LSC, liquid scintillation counting; LC, liquid chromatography; MS/MS, tandem mass spectrometry; MRM, multiple reaction monitoring; AUC, area under the plasma concentration-time curve.

Appx4817          Incyte Exhibit 1055, Page 1 of 9

in some cases, subsequent *O*-glucuronides. In this study, the excretion, mass balance, metabolism, and pharmacokinetics of [$^{14}$C]INCB018424 after a single oral 25 mg (90 $\mu$Ci) dose were evaluated in healthy human subjects. The metabolite profiles in plasma, urine, and feces were determined to identify and quantitate metabolites as well as the routes of excretion for INCB018424 and its metabolites. The data generated from these studies can be used to support the safety evaluation of INCB018424 and its metabolites by a comparison with the corresponding data generated in nonclinical species. It is essential to ensure that the nonclinical species used in toxicological assessments have been exposed to major human metabolites at concentrations that approach or exceed those observed in humans at the highest proposed clinical dose.

## Materials and Methods

**Chemicals.** [$^{14}$C]INCB018424 was synthesized as the phosphate salt by PerkinElmer Life and Analytical Sciences (Waltham, MA) with a specific activity for the stock powder of 59.98 mCi/mmol and stored at $-70$°C until use. The radiolabeled material was then added to bottles containing INCB018424 phosphate drug substance to achieve a concentration of approximately 25 mg (90 $\mu$Ci) and stored ambient at 15 to 30°C (59–86°F). INCB018424 phosphate drug substance has been shown to be stable for at least 6 months at accelerated conditions of 40°C/75% relative humidity and 9 months at 25°C/60% relative humidity. The radiochemical purity as determined by high-performance liquid chromatography (HPLC) was 99.18%. The internal standard was a stable isotopically labeled INCB018424 containing four $^{13}$C on the pyrrolopyrimidine. The metabolite reference standards (M7, M8, M9, M11, M16, M18, M27, and M49) were synthesized at Incyte Corporation (Wilmington, DE) and characterized by NMR. Control plasma used to prepare the calibration standards, quality control samples, and blank samples and to perform dilutions containing potassium EDTA as an anticoagulant with 0.02% ascorbic acid were purchased from Bioreclamation (Hicksville, NY). All other chemicals were of reagent grade or better.

**Clinical Study Conduct.** The single-dose $^{14}$C study (protocol INCB 18424-134) and a 10-day multiple dose study with unlabeled compound (protocol INCB 18424-132) were conducted at Quintiles Phase I Services (Overland Park, KS). Both studies were conducted in full accordance with the guidelines of Declaration of Helsinki, Good Clinical Practice, and local laws regarding the protection of the rights and welfare of human participants in biomedical research. The clinical study protocol, amendments, informed consent documents(s), and any other appropriate study-related documents were reviewed and approved by an independent ethics committee/institutional review board. Informed consent for all participants was obtained before the conduct of any study-related procedures.

**Subjects, Dose Preparation, Administration, and Sample Processing for Single-Dose Study with [$^{14}$C]INCB018424.** For the $^{14}$C study, subjects were admitted to the facility the day before dosing and remained in the clinic for 5 days or until less than 1% of the dose was recovered in two subsequent urine/fecal samples or ≥90% of the radiolabeled dose was recovered. Subjects were assessed for continued study eligibility, which included review of prior medications, intercurrent illness assessment, targeted physical examination, measurement of vital signs, 12-lead ECG, and collection of samples for clinical laboratory assessments (hematology, serum chemistry, urinalysis, and drug screen including alcohol). Subjects remained confined to the clinic and fasted overnight for at least 10 h. Six healthy adult male volunteers, ages 19 to 37 years, and weighing 57 to 89 kg with a body mass index between 20 and 29 kg/m$^2$, were given a single oral dose of approximately 25 mg (90 $\mu$Ci) of [$^{14}$C]INCB018424 as an oral solution. All subjects who participated in the study received daily doses of FiberCon (active ingredient 625 mg of calcium polycarbophil, equivalent to 500 mg of polycarbophil) in the evening beginning on day 1 as prophylaxis. On days 2 through 5 and before discharge, study procedures included the measurement of vital signs every 24 h, targeted physical examinations, collection of samples for clinical laboratory assessments (hematology, serum chemistry, and urinalysis) on day 4, review of concomitant medications, and adverse event assessments. There were no subjects who received treatment for adverse events and no other reported

previous or concomitant medications. [$^{14}$C]INCB018424 drug substance was reconstituted in sterile water to make a solution before dosing. Subjects received a single dose of 25 mg (90 $\mu$Ci) of [$^{14}$C]INCB018424 as an oral solution in purified water (59 ml) on day 1 followed by 240 ml of water after an overnight fast of 10 h. A 1-ml aliquot of the dosing solution for each subject was collected to determine the radioactivity concentration by liquid scintillation counting (LSC) and assess radiopurity and chemical purity of the dosing solution before and after dosing using HPLC in-line radiodetection. The radiochemical purity of the dose solutions was >98.7% for all aliquots and similar for predose and postdose samples (mean of 99.0 and 99.2%, respectively). Subjects remained fasting for 1 h postdose at which time a standard, dietician approved meal, was served.

Blood samples were collected into Vacutainer evacuated collection tubes containing potassium EDTA at designated time points [pharmacokinetics (4 ml): 0, 0.25, 0.5, 1, 1.5, 2, 3, 4, 6, 8, 12, 16, 24, and 36 h; metabolite profiling (20 ml): 0, 1, 2, 6, 12, 24, and 36 h]. Blood samples were gently mixed by slowly inverting the collection tube several times and centrifuged at approximately 2000$g$ for 15 min at approximately 5°C. For urine, individual voiding samples for each subject were pooled into containers (polypropylene or polyethylene) for the designated time intervals and stored at 5°C during the collection period. At the end of each collection time interval, samples were thoroughly mixed by vortexing. Feces samples were collected at 5°C, put into containers for designated time intervals, and homogenized with approximately two times their weight of water. Plasma, blood cells, urine, and feces were stored at $-20$ to $-80$°C.

**Subjects, Dose Preparation, Administration, and Sample Processing for Multiple Dose (10-Day) Study with Unlabeled INCB018424.** Study INCB 18424-132 was a randomized, double-blind, placebo-controlled, rising multiple-dose tolerability and pharmacokinetic study. In brief, nine healthy subjects (seven male and two female) were administered 50 mg of unlabeled INCB018424 (two 25-mg capsules; size 0, crystalline, no excipients) orally every 12 h (morning and evening) for 10 days beginning with the morning dose on day 1 through the morning dose on day 10. All morning doses were preceded by at least an 8-h fast from food and a 1-h fast from water and were followed by a fast from food and water for at least 1 h postdose. All evening doses were preceded by at least a 3-h fast from food and a 1-h fast from water and were followed by a fast from food and water for at least 1 h postdose. Venous blood samples (4 ml) were collected 0, 0.25, 0.5, 1, 1.5, 2, 3, 4, 6, 8, and 12 h after the first dose on day 1 and at these time points in addition to samples at 16, 24, 36, and 48 h after the last dose (morning) on day 10 to measure plasma concentrations of INCB018424. Daily study procedures included the measurement of vital signs, targeted physical examinations, collection of samples for clinical laboratory assessments (hematology, serum chemistry, and urinalysis), review of concomitant medications, and adverse event assessments.

**Determination of Radioactivity.** Plasma radioactivity was determined by direct liquid scintillation counting, and blood cell radioactivity was determined in duplicate by combustion with the resulting $^{14}$CO$_2$ assayed by LSC. Blank plasma and blank blood cells purchased from Bioreclamation, Inc. were used as background subtraction in the radioanalysis as well as for matrix radioactivity recovery checking during the radioanalysis. For urine, duplicate aliquots were taken to determine the total radioactivity by direct LSC. A predose urine sample prepared as a pool from all six subjects' predose urine samples was used as a blank matrix for background subtraction and blank matrix radioactivity recovery determination. The radioactivity of fecal homogenate samples (0.5 g) was determined in duplicate by combustion with the resulting $^{14}$CO$_2$ assayed by LSC. A pooled predose fecal homogenate sample prepared by taking predose fecal homogenate samples from three subjects (002, 004, and 005) was used as blank matrix for background subtraction and matrix radioactivity recovery tests.

**Metabolite Profiling and Characterization.** For the $^{14}$C study, plasma samples were pooled equally by time point for the six subjects at predose, 1, 2, 6, 12, 24, and 36 h and by subject (approximately 1.5 ml/time point). For sample preparation and analyses, an aliquot of each pooled plasma sample was taken for LSC to determine the initial radioactivity. To each pooled plasma sample, 18 ml of 1% formic acid in acetonitrile was added and centrifuged at 2000$g$ at 4°C for 10 min. The supernatant was harvested and passed through a preconditioned C-18 SPE column (Sep-Pak, 6 ml; Waters, Milford, MA).

Formic acid (1%) in acetonitrile was added to the pellet, vortexed, and centrifuged at 2000$g$ and 4°C for 10 min. The supernatant was passed through the SPE column. The extraction was repeated two more times with 1% formic acid in acetonitrile-H$_2$O (v/v, 90:10), and the SPE column was rinsed with formic acid in methanol. The elute was concentrated under an N$_2$ stream at 30°C using a Zymark concentrator and centrifuged at 18,000$g$ for 20 min. Duplicate 25-$\mu$l aliquots were taken to determine the radioactivity in the final extract and to assess the final recovery of radioactivity from the extracted radioactivity concentration procedure. Subsamples of equal amounts of urine from each of the six subjects were pooled within time intervals 0 to 8 h, 8 to 24 h, and 24 to 48 h, and each pooled urine sample was centrifuged at 2000$g$ for 10 min. Subsamples of fecal homogenates from 24 to 48 h, 48 to 72 h, and 72 to 96 h collection from at least three of the six subjects were pooled for each of these collection intervals for metabolite profiling, vortexed, and centrifuged at 2000$g$ and 4°C for 10 min. The supernatant was harvested and passed through a preconditioned C-18 SPE column, and the pellet was extracted as described for plasma.

Samples were assayed using electrospray ionization in the positive scan mode with an API 4000 Qtrap LC-MS/MS system (Applied Biosystems, Foster City, CA) at room temperature. The mass spectrometer was coupled with an Agilent 1100 series pump (Agilent Technologies, Santa Clara, CA) and LEAP CTC-PAL autosampler (LEAP Technologies, Carrboro, NC) using a Symmetry C-18 HPLC column (4.6 × 250 mm; Waters). Mobile phase A consisted of 0.1% formic acid in water and mobile phase B of 1:1 methanol-acetonitrile with a flow rate of 1.0 ml/min. The gradient started as 10% B from 0 to 45 min, 20% B from 45 to 50 min, 50% B from 50 to 55 min, 90% B from 55 to 57.1 min, and 10% B from 57.1 to 65 min. For selected samples, an extended gradient was used for plasma (10% B from 0 to 45 min, 20% B from 45 to 90 min, 40% B from 90 to 92 min, 90% B from 92 to 92.1 min, and 10% B from 92.1 to 97 min) and urine and feces (10% B from 0 to 45 min, 20% B from 45 to 90 min, 40% B from 90 to 92 min, 90% B from 92 to 97.1 min, and 10% B from 97.1 to 102 min). The high-performance liquid chromatograph was coupled to a Ramona-90 radiochemical detector (Raytest, Straubenhardt, Germany) with a 500-$\mu$l liquid scintillation cell using Ultima Gold scintillation fluid. For metabolite identification, selected samples were assayed using electrospray ionization in the positive ion scan mode using multiple reaction monitoring (MRM) and MS/MS fragmentation with an API 4000 Qtrap LC-MS/MS system coupled to an Agilent 1100 series pump and LEAP CTC-PAL autosampler using the same column and under HPLC conditions similar to those described for metabolite profiling. Product ion scans to confirm the MS/MS fragmentation of metabolites compared with reference standards was also performed when applicable.

For the unlabeled 10-day multiple dose study (50 mg b.i.d.), residual plasma samples for each subject were pooled according to the Hamilton pooling method (Hamilton et al., 1981) for predose, day 1, and day 10. Aliquots of the pooled plasma samples (150 $\mu$l) were precipitated with 2 volumes of acetonitrile, vortex-mixed, and centrifuged. The supernatants were analyzed using electrospray ionization LC-mass spectrometry with a Thermo Finnigan LCQ Deca-XP Plus ion-trap mass spectrometer (Thermo-Fisher Scientific, Waltham, MA) in positive ionization mode. The mass spectrometer was coupled to a Shimadzu Sil HT-C combined autosampler/controller linked to with a Shimadzu LC-10A binary gradient pump system (Shimadzu Scientific Instruments, Columbia, MD). Separation of INCB018424 and its metabolites was achieved using a Zorbax XDB C-18 HPLC column (3.0 × 150 mm, 3.5 $\mu$m; Agilent Technologies). Mobile phase A consisted of 5 mM ammonium formate in Millipore water adjusted to pH 3.2 with formic acid, and mobile phase B consisted of 90% acetonitrile-10% methanol with a flow rate of 300 $\mu$l/min. Gradient started as 10% B from 0 to 45 min, 40% B from 45 to 50 min, 90% B from 50 to 54.1 min, and 10% B from 54.1 to 60 min.

**Quantitation of INCB018424 by LC-MS/MS.** For quantitation of INCB018424 for pharmacokinetics determination from both clinical studies, the plasma samples were assayed by a validated LC-MS/MS method in compliance with the US Food and Drug Administration Good Laboratory Practice regulations, 21 CFR 58, with a linear range of 1 to 1000 nM. For each sample, 50 $\mu$l of plasma was extracted by liquid-liquid extraction using methyl $t$-butyl ether with the internal standard (stable isotopically labeled INCB018424 containing four $^{13}$C on the pyrrolopyrimidine). The extract was injected onto a HPLC system consisting of Agilent 1100 series pumps and a

LEAP HTC PAL autosampler. INCB018424 and the internal standard were chromatographed on a Synergi Polar-RP 80A column (30 × 2.0 mm, 4 $\mu$; Phenomenex, Torrance, CA) under isocratic conditions containing 55% acetonitrile and 45% 2 mM ammonium acetate with a flow rate of 300 $\mu$l/min. The HPLC effluent was monitored on a API-4000 liquid chromatography-tandem mass spectrometer (Applied Biosystems) with TurboIonSpray ionization (electrospray) in positive ion mode and MRM detection. Positive ions were detected by MRM with precursor→product ion pairs of 307.3→186.3 atomic mass units for INCB018424 and of 311.3→190.3 atomic mass units for the internal standard. The peak areas of analyte and internal standard and concentration of the analyte were calculated by Analyst (version 1.4.1; Applied Biosystems). The calibration curves were obtained by a weighted ($1/x^2$) least-squares linear regression analysis. The concentration of INCB018424 (nanomolar) for each sample was interpolated using the measured peak area ratios of analyte to internal standard.

**Pharmacokinetic Analysis.** All blood samples were collected within 10 min of the scheduled time (within 5 min for all time points between 0 and 12 h postdose), and therefore the schedule times relative to the time of dose administration were used for all pharmacokinetic analyses. Standard noncompartmental pharmacokinetic methods were used to analyze the INCB018424 and total radioactivity plasma concentration data using WinNonlin (version 5.0.1; Pharsight Corporation, Mountain View, CA). The maximal drug plasma concentration ($C_{max}$) and time to reach the maximal drug concentration ($T_{max}$) values were taken directly from the observed plasma concentration data. The terminal-phase disposition rate constant ($\lambda_z$) was estimated using a log-linear regression of the concentration data in the terminal disposition phase, and $t_{1/2}$ was estimated to be $\ln(2)/\lambda_z$. The plasma AUC$_{0-t}$ was estimated using the linear trapezoidal rule for increasing concentrations and the log-trapezoidal rule for decreasing concentrations, and the total AUC$_{0-\infty}$ was calculated as AUC$_{0-t}$ + $C_t/\lambda_z$.

## Results

**Pharmacokinetics.** The pharmacokinetics of total radioactivity and INCB018424 in plasma of healthy subjects after a single oral dose of 25 mg (90 $\mu$Ci) of [$^{14}$C]INCB018424 are shown in Table 1. The corresponding plasma concentration-time curves are shown in Fig. 1. INCB018424-derived radioactivity was rapidly absorbed in blood cells and plasma, attaining peak plasma concentrations within 2 h after administration. The mean $C_{max}$ and AUC$_{0-\infty}$ values for total radioactivity were 1355 and 6631 nM Eq · h, respectively, with a range for the six subjects of 910 to 2874 and 5660 to 10,629 nM Eq · h, respectively. The parent drug plasma concentration profile also showed a rapid absorption phase, attaining peak concentrations within 1 h after administration and declining in a monophasic or biphasic fashion with a mean observed terminal half-life of 2.32 h. The mean $C_{max}$ and AUC$_{0-\infty}$ values for INCB018424 were 1093 nM and 3200 nM · h, respectively, with a range for the six subjects of 609 to 2387 nM and 2206 to 5911 nM · h, respectively. The mean ratio of AUC$_{0-\infty}$ for INCB018424 compared with total radioactivity was 0.47 (range of 0.39–0.56), suggesting that INCB018424 represented approximately half of the INCB018424-related equivalents in plasma.

**Excretion of Radioactivity.** The excretion of INCB018424-derived radioactivity in urine and feces of healthy human subjects administered an oral dose of [$^{14}$C]INCB018424 [25 mg (90 $\mu$Ci)] is shown in Table 2. The total mean recovery of the administered radioactivity was 96% with a mean of 74 and 22% in urine and feces, respectively, indicating that urine was the major route of excretion for INCB018424-derived radioactivity. In general, the excretion patterns were similar between individual subjects with greater than 70% of dosed radioactivity excreted within 24 h, except for subject 002 whose recovery was 50%. Subject 002 had a lower amount of urine from 0 to 8 h (159 g) compared with that for subjects 001, 003, 004, 005, and 006 (446, 999, 584, 522, and 993 g, respectively; data not shown) due to loss of an unspecified amount of urine in a shower drain. This

Incyte Exhibit 1055, Page 3 of 9

TABLE 1

*Pharmacokinetics for INCB018424 and total radioactivity in plasma from individual subjects administered an oral dose of [$^{14}C$]INCB018424*

Six healthy male human subjects were administered a single oral 25-mg (90 $\mu$Ci) dose of [$^{14}C$]INCB018424. Plasma was collected predose and at several time points between 0.25 and 36 h postdose. INCB018424 concentrations were determined using a validated LC-MS/MS method. Total radioactivity was determined by LSC. Standard noncompartmental pharmacokinetic methods were used to analyze the INCB018424 and total radioactivity plasma concentration data.

| | Subject | | | | | | Mean ± S.D. |
|---|---|---|---|---|---|---|---|
| | 001 | 002 | 003 | 004 | 005 | 006 | |
| INCB018424 | | | | | | | |
| $C_{max}$ (nM) | 811 | 796 | 609 | 2387 | 1062 | 892 | 1093 ± 651 |
| $T_{max}$ (h) | 0.25 | 0.50 | 1.0 | 0.50 | 0.50 | 1.0 | 0.63 ± 0.31 |
| $AUC_{0-t}$ (nM · h) | 2397 | 2200 | 2856 | 5894 | 2924 | 2866 | 3189 ± 1357 |
| $AUC_{0-\infty}$ (nM · h) | 2401 | 2206 | 2866 | 5911 | 2937 | 2877 | 3200 ± 1361 |
| $t_{1/2}$ (h) | 2.45 | 2.74 | 2.73 | 1.92 | 2.10 | 1.96 | 2.32 ± 0.37 |
| Radioactivity | | | | | | | |
| $C_{max}$ (nM) | 1063 | 918 | 910 | 2874 | 1145 | 1217 | 1355 ± 754 |
| $T_{max}$ (h) | 0.50 | 0.50 | 1.0 | 0.50 | 0.50 | 2.0 | 0.83 ± 0.61 |
| $AUC_{0-t}$ (nM · h) | 5761 | 5598 | 5680 | 10576 | 5789 | 6045 | 6575 ± 1966 |
| $AUC_{0-\infty}$ (nM · h) | 5813 | 5660 | 5737 | 10629 | 5855 | 6091 | 6631 ± 1964 |
| $t_{1/2}$ (h) | 4.83 | 5.29 | 6.08 | 5.89 | 7.02 | 5.73 | 5.81 ± 0.75 |
| $AUC_{0-\infty}$ INCB018424$/AUC_{0-\infty}$ radioactivity | 0.41 | 0.39 | 0.50 | 0.56 | 0.50 | 0.47 | 0.47 ± 0.06 |

resulted in a lower total recovery for subject 002 (86%) compared with those for the other five subjects for whom total recovery was ≥94%. An additional 3 to 21 and 0.8 to 13% was excreted within 24 to 48 h and 48 to 72 h postdose, respectively. The average total excretion was <8% beyond 72 h postdose.

**Metabolite Profiling in Plasma.** The metabolic profiles in plasma determined in healthy human subjects administered a single oral 25 mg (90 $\mu$Ci) dose of [$^{14}C$]INCB018424 are shown in Tables 3 and 4. The chemical structures of INCB018424-derived metabolites and proposed metabolic pathways are shown in Fig. 2. Representative radiochromatograms for plasma are shown in Fig. 3. Plasma profiles were similar qualitatively and quantitatively for samples pooled by time point (Table 3) or by subject (Table 4). For plasma pooled by time point, a total of 10 peaks were identified, accounting for 97% of the total radioactivity in plasma. INCB018424 ($m/z$ 307) was the predominant peak present in plasma representing 74, 66, and 58% of the total radioactivity 1, 2, and 6 h postdose, respectively. The largest metabolite peak was M18 ($m/z$ 323), corresponding to a 2-hydroxylation on the cyclopentyl moiety, which represented 7.3, 9.1, and 14% of the radioactivity at 1, 2, and 6 h postdose. At 12 h, parent drug represented a smaller proportion of the total radioactivity compared with M18 (25 and 52%, respectively), albeit the total radioactivity was ~10% of $C_{max}$. Individual peaks could not be characterized in plasma samples beyond 12 h postdose because of low radioactivity. Based on the extrapolated area under the curve from 0 to 24 h ($AUC_{0-24}$), there



FIG. 1. Mean concentration profiles of INCB018424 (●) and total radioactivity (○) in plasma of healthy human subjects after an oral dose of [$^{14}C$]INCB018424. Six healthy subjects were administered a single oral 25-mg (90 $\mu$Ci) dose of [$^{14}C$]INCB018424. Plasma was collected predose and at several time points between 0.25 and 36 h postdose.

were two major metabolite peaks in human plasma, M18 (2-hydroxycyclopentyl) and a coeluting peak consisting of two stereoisomers, M16 and M27 (3-hydroxycyclopentyl). The $AUC_{0-24}$ values in plasma for these two peaks were 17 and 8.3%, respectively, of the total radioactivity and 30 and 14%, respectively, of the $AUC_{0-24}$ for INCB018424. Seven other peaks observed in plasma listed in descending order each had $AUC_{0-24}$ values that were <10% of INCB018424 levels: M8 ($m/z$ 323; 3-hydroxylation of cyclopentyl moiety), M11 ($m/z$ 321; 3-oxocyclopentyl), M7 ($m/z$ 323; 3-hydroxycyclopentyl), M38 ($m/z$ 339; bishydroxycyclopentylpyrrolopyrimidine), M49 ($m/z$ 339; a keto alcohol on the pyrrolopyrimidine moiety, M9 ($m/z$ 321; 3-oxocyclopentyl), and M27 ($m/z$ 323; 3-hydroxycyclopentyl).

For samples pooled by subject, the metabolite profiles showed only minor interindividual differences and in all six subjects INCB018424 was the predominant peak representing a mean of 63% of the total radioactivity (range 52–67%). M18 was the only metabolite that represented >10% of the radioactivity in plasma (mean 12%; range 7–17%). The mean radioactivity for all other metabolites observed in plasma, listed in descending order (M16/M27, M8, M11, M7, M49, M9, and M38) were <5% of total. Some of these minor metabolites were not observed in all subjects.

In the multiple dose study with unlabeled compound, the metabolites observed, peak area ratios of these metabolites, and the relative percentage of metabolites compared with INCB018424 did not change between day 1 and day 10 (Table 5). The terminal half-life for INCB018424 was similar on day 1 and day 10 of this study (3.1 and 3.2 h, respectively). M18 was the only metabolite that was >10% of parent (16.5 and 12.6% of INCB018424 on day 1 and day 10, respectively, compared with 30% based on data from the $^{14}C$ study). There did not appear to be a gender difference although the sample size was too small (seven males and two females) to draw any definitive conclusions.

**Metabolite Profiling in Urine and Feces.** The metabolic profiles in urine and feces collected between 0 to 48 h and 24 to 96 h, respectively, are shown in Table 6. Radioactivity in urine samples beyond 48 h postdose and in feces samples at 0 to 24 h and beyond 96 h postdose were too low to identify any individual peaks. Unchanged parent represented <1% of the administered dose in urine and feces, indicating the primary elimination pathway for INCB018424 after oral dosing is by metabolic clearance. Representative radiochromatograms for urine and feces are shown in Fig. 3. In

Incyte Exhibit 1055, Page 4 of 9

TABLE 2

*Excretion of radioactivity in urine and feces after an oral dose of [$^{14}$C]INCB018424*

Urinary radioactivity was determined by direct LSC. Fecal radioactivity was determined by combustion with the resulting $^{14}CO_2$ assayed by LSC. Intervals when a sample was not collected are denoted as "N.S." and were assigned a value of 0 for calculations.

| Collection Interval | $^{14}$C Dose Recovered by Subject | | | | | | Total (Mean ± S.D.) | Cumulative (Mean) |
| | 001 | 002 | 003 | 004 | 005 | 006 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | % | | | | |
| **Urine** | | | | | | | | |
| 0–8 h | 50 | 19[a] | 51 | 59 | 43 | 49 | 45 ± 14 | 45 |
| 8–24 h | 23 | 31 | 24 | 17 | 29 | 24 | 25 ± 4.9 | 70 |
| 24–48 h | 2.6 | 2.7 | 3.0 | 5.0 | 2.9 | 2.2 | 3.1 ± 1.0 | 73 |
| 48–72 h | 0.4 | 0.4 | 0.5 | 0.2 | 0.8 | 0.2 | 0.4 ± 0.2 | 73 |
| 72–192 h[b] | 0.1 | 0.1 | 0.2 | 0.1 | 0.8 | 0.1 | 0.2 ± 0.3 | 74 |
| 0–192 h | 76 | 53 | 79 | 82 | 76 | 75 | 74 ± 10 | 74 |
| **Feces** | | | | | | | | |
| 0–24 h | 0.1 | 0.1 | N.S. | N.S. | N.S. | 2.9 | 0.5 ± 1.2 | 0.5 |
| 24–48 h | 5.6 | 17 | 3.4 | 11 | 0.1 | 19 | 9.4 ± 7.7 | 9.9 |
| 48–72 h | 13 | 13 | 4.8 | 5.3 | N.S. | 1.3 | 6.2 ± 5.6 | 16 |
| 72–192 h[b] | 4.1 | 0.9 | 10 | 0.5 | 18 | 0.1 | 5.8 ± 11 | 22 |
| 0–192 h | 22 | 33 | 18 | 17 | 18 | 24 | 22 ± 6.0 | 22 |
| Urine + feces | 99 | 86 | 97 | 99 | 94 | 99 | 96 ± 4.9 | 96 |

[a] Unspecified volume of urine loss for sample.
[b] Subjects 001, 003, 004, and 006 discharged on day 6, subject 005 on day 7, and subject 002 on day 8.

TABLE 3

*Quantitation of INCB018424 and metabolites in pooled plasma for each time point after an oral dose of [$^{14}$C]INCB018424*

The identities of M7, M8, M9, M11, M16, M27, and M49 were confirmed by NMR. Other identified metabolites are putative based on retention time and mass spectra. Plasma samples from all six subjects were pooled equally by subject. The $AUC_{0–24}$ values were calculated for each metabolite (nanomolar concentration per hour) with time points that had below detectable concentrations denoted as not detectable and assigned a value of 0. The $AUC_{0–24}$ values for each analyte were calculated as the percentage of total radioactivity in plasma and as the percentage of parent (INCB018424).

| Metabolite | % Radioactivity in Plasma | | | | | $AUC_{0–24}$ of Metabolite as | |
| | 1 h | 2 h | 6 h | 12 h | 24 h | %Total Radioactivity | %Parent |
|---|---|---|---|---|---|---|---|
| M7 (m/z 323) | 3.8 | 4.9 | N.D. | N.D. | N.D. | 2.4 | 4.2 |
| M8 (m/z 323) | 3.6 | 3.8 | 10 | N.D. | N.D. | 4.9 | 8.7 |
| M9 (m/z 321) | N.D. | N.D. | 3.9 | N.D. | N.D. | 1.1 | 2.0 |
| M11 (m/z 321) | 3.7 | 7.1 | N.D. | N.D. | N.D. | 3.1 | 5.6 |
| M16/M27 (m/z 323)[a] | 3.6 | 5.3 | 8.1 | 22 | N.D. | 8.3 | 14 |
| M18 (m/z 323) | 7.3 | 9.1 | 14 | 52 | N.D. | 17 | 30 |
| M38 (m/z 339) | 1.6 | 2.0 | 4.1 | N.D. | N.D. | 2.2 | 3.8 |
| M49 (m/z 339) | 2.2 | 2.0 | 1.8 | 0.8 | N.D. | 1.7 | 3.0 |
| Parent (m/z 307) | 74 | 66 | 58 | 25 | N.D. | 57 | 100 |

N.D., not detectable.
[a] Coeluting stereoisomers.

TABLE 4

*Quantitation of INCB018424 and metabolites in pooled plasma for individual subjects after an oral dose of [$^{14}$C]INCB018424*

The identities of M7, M8, M9, M11, M16, M27, and M49 were confirmed by NMR. Other identified metabolites are putative based on retention time and mass spectra. Plasma samples were pooled equally by time point for the six subjects at predose and 1, 2, 6, 12, 24, and 36 h postdose. Metabolites not observed in a given subject were denoted as not detectable and assigned a value of 0 for calculations.

| Metabolite | %Radioactivity in Plasma for Subjects | | | | | | Mean ± S.D. |
| | 001 | 002 | 003 | 004 | 005 | 006 | |
|---|---|---|---|---|---|---|---|
| M7 (m/z 323) | N.D. | 7.8 | 3.8 | 6.0 | 3.7 | N.D. | 3.6 ± 3.1 |
| M8 (m/z 323) | N.D. | 3.7 | 8.5 | 6.3 | 4.2 | 5.8 | 4.8 ± 2.9 |
| M9 (m/z 321) | N.D. | N.D. | N.D. | 1.9 | 6.8 | 2.3 | 1.8 ± 2.7 |
| M11 (m/z 321) | 4.8 | N.D. | 5.4 | 5.9 | 4.6 | 6.8 | 4.6 ± 2.4 |
| M16/M27 (m/z 323)[a] | 11 | 12 | 4.4 | 6.0 | 5.0 | 8.5 | 7.7 ± 4.7 |
| M18 (m/z 323) | 16 | 17 | 12 | 7.7 | 11 | 8.0 | 12 ± 4.0 |
| M38 (m/z 339) | N.D. | N.D. | N.D. | 2.2 | N.D. | N.D. | 0.4 ± 0.9 |
| M49 (m/z 339) | 2.0 | 1.6 | 1.9 | 1.9 | 1.9 | 2.0 | 1.9 ± 0.2 |
| Parent (m/z 307) | 67 | 52 | 64 | 62 | 63 | 67 | 63 ± 5.5 |

N.D., not detectable.
[a] Coeluting stereoisomers.

urine, the two largest peaks contained M16/M27, representing approximately 19, 25, and 25% of the radioactivity (by radio-HPLC) at 0 to 8 h, 8 to 24 h, and 24 to 48 h postdose, respectively, and M11, representing 24 and 20% of the radioactivity at 0 to 8 h and 8 to 24 h postdose (not observed after 24 h). These metabolites each accounted for 15 to 16% of the administered dose between 0 and 48 h. M7, M8, and M49 each contributed 11 to 18% of radioactivity and 8.0 to 11.0% of the dose. All other peaks, consisting of mono- and dihydroxylations (m/z 323 and 339, respectively) as well as O-glucuronides (m/z 499), represented <7% of the radioactivity and <3% of the administered dose.

FIG. 2. Proposed metabolic pathways for INCB018424 in humans. For INCB018424, * indicates site of the [14]C label. Metabolite structures were elucidated by LC-MS/MS using pooled plasma samples from healthy human subjects administered [[14]C]INCB018424. Product ion scans to confirm the MS/MS fragmentation of metabolites compared with reference standards was also performed when applicable. In some cases, structures with multiple designations represent stereoisomers (2-hydroxycyclopentyl, 3-hydroxycyclopentyl, and 3-oxocyclopentyl). The 2-hydroxycyclopentyl metabolites (M18 and M31) and 3-hydroxycyclopentyl metabolites (M7, M8, M16, and M27) may also be metabolized to form M37 and/or M38 (arrow not shown for viewing purposes).

In feces, M8 was the largest INCB018424-related component, representing approximately 22, 24, and 29% of the radioactivity by HPLC in the samples at 24 to 48 h, 48 to 72 h, and 72 to 96 h postdose, respectively, accounting for approximately 2% of the administered dose at each time interval. M7, M16/M27, and M49 were also significant metabolites, each representing between 10 and 16% of the radioactivity and approximately 2.3 to 4.6% of the administered dose between 24 and 96 h postdose. Other peaks in feces, which each represented <10% of the radioactivity and <2% of the administered dose were M43 (m/z 339) and M45 (m/z 339), both dihydroxylations of the cyclopentylpropanenitrile moiety, and M18 and M31 (m/z 323), both hydroxylations on the 2-position of the cyclopentyl moiety.

## Discussion

The mass balance excretion of INCB018424 after a single dose and the metabolism of INCB018424 after single and multiple dosing was characterized in humans. After a single oral dose of [[14]C]INCB018424 to healthy human subjects, excretion of total radioactivity was fairly rapid with a mean of >70% of the dose recovered by 24 h postdose. The primary route of excretion for total radioactivity was urine with a smaller proportion recovered in feces. INCB018424 was extensively metabolized in humans (<1% eliminated as parent drug), whereas the primary component in circulation was unchanged parent, which accounted for approximately half of the total INCB018424-related material in plasma.

Understanding the biopharmaceutical characteristics of a new chemical entity is an integral part of drug development. Amidon et al. (1995) have proposed a biopharmaceutical classification system that bins drugs into four classes based on solubility and dissolution and permeability and absorption. The requirement for demonstrated bioequivalence for the marketed product to that used in registrational studies can be waived for compounds with high solubility and high permeability (considered class I). Although solubility can be readily documented using conventional saturation solubility studies, demonstration of high permeability requires extensive in vitro characterization including validation of the assay system used and other factors. An alternative is the extent of absorption estimated from human pharmacokinetic studies. According to the Food and Drug Administration Guidance for Industry (Waiver of In Vivo Bioavailability and Bioequivalence Studies for Immediate-Release Solid Oral Dosage Forms Based on a Biopharmaceutics Classification System 2000; http://www.fda.gov/cder/guidance/index.htm), a drug substance is considered highly permeable when the extent of absorption in humans is determined to be 90% or more of an administered dose based on mass balance determination. In the case of INCB018424, the drug substance is considered highly soluble because the highest dosage strength (25 mg) was soluble in water at a volume less than 250 ml over the pH range of 1.0 to 7.5. In the current study, total recovery of administered radioactivity was 96% (74% in urine and 22% in feces) with <1% of the recovered dose excreted as parent drug, indicating that >99% of the administered dose was metabolized. Because metabolites of a compound that is stable in intestinal fluids must originate from absorbed drug (as indicated by Benet et al., 2008), results from this study strongly suggest that after an oral



Fig. 3. Representative HPLC radiochromatogram for plasma, urine, and feces. The plasma chromatogram (top panel) was generated from a pooled plasma sample of the six subjects collected 1 h postdose. The urine chromatogram (middle panel) was generated from a pool of six subjects collected between 0 and 8 h postdose. The feces chromatogram (bottom panel) was generated from a pool of six subjects collected between 24 and 48 h postdose.

dose, INCB018424 was >95% absorbed (>99% of 96% recovered). Hence, these results provide crucial evidence toward class I status for INCB018424.

In human plasma after oral dosing with [$^{14}$C]INCB018424, parent and identified metabolites accounted for 97% of the total radioactivity in circulation, indicating that there was a negligible

TABLE 5

*Mean relative percentage of INCB018424 and metabolites in plasma compared with INCB018424 after single and multiple dosing*

Nine subjects (seven male and two female) were administered 50 mg of unlabeled INCB018424 every 12 h for 10 days. Plasma was collected predose and at several time points between 0.25 and 48 h postdose and pooled according to the Hamilton pooling method (Hamilton et al., 1981) for predose, day 1, and day 10. The identities of M7, M8, M9, M11, M16, M27, and M49 were confirmed by NMR. Other identified metabolites are putative based on retention time and mass spectra.

| Metabolite | Mean % Relative to INCB018424 | |
| --- | --- | --- |
| | Day 1 | Day 10 |
| M7 ($m/z$ 323) | 4.3 | 3.1 |
| M8 ($m/z$ 323) | 2.6 | 2.2 |
| M9 ($m/z$ 321) | 0.9 | 0.8 |
| M11 ($m/z$ 321) | 5.0 | 4.6 |
| M16/M27 ($m/z$ 323)[a] | 6.4 | 5.5 |
| M18 ($m/z$ 323) | 16.5 | 12.6 |
| M38 ($m/z$ 339) | N.D. | N.D. |
| M49 ($m/z$ 339) | 3.5 | 2.8 |
| $AUC_{0-t}$ (nM · h) for parent | 8390 ± 2940 | 8513 ± 2660 |

N.D., not detectable.
[a] Coeluting stereoisomers.

amount of unidentified drug-related material. The primary metabolic pathways for INCB018424 in humans consisted of oxidation to single and multiple hydroxylated products as well as corresponding oxo metabolites, mainly occurring on the cyclopentyl moiety. A small percentage of these oxidative metabolites were subject further to $O$-glucuronidation. These results in humans were consistent with those of nonclinical species in which the route and extent of elimination were similarly rapid (≥80% of the dose excreted within 24 h after dosing) and unchanged drug constituted <20% of the radioactivity, indicating extensive metabolism (A. Shilling and F. Nedza, unpublished data).

The metabolite profiles between individuals were generally similar with the percentage of parent and the most abundant metabolite, M18 (2-hydroxycyclopentyl INCB018424), being consistent for the six subjects. Minor qualitative differences were observed among the stereoisomers of the 3-hydroxycyclopentyl and 3-oxo-cyclopentyl metabolites. In fact, the sum of parent and metabolites containing oxidation on the 2- or 3-position of the cyclopentyl

moiety accounted for >90% of the circulating drug-related material. The clearance of metabolites appeared to be extended slightly compared with that for parent as indicated by the half-lives of radioactivity, although individual metabolites were undetectable by 24 h postdose, suggesting that accumulation of metabolites after multiple dosing is unlikely. This finding is supported by data from the multiple dose study in which the metabolite profiles were qualitatively and quantitatively similar on day 1 and day 10 with no apparent accumulation of parent or metabolites.

During the course of drug development, it is critical to demonstrate that the exposure of major metabolites in humans does not exceed that observed in nonclinical species during toxicology assessments (Baillie et al., 2002; Hastings et al., 2003). One metabolite, M18 (2-hydroxycyclopentyl INCB018424), constituted 17% of the radioactivity in plasma and would be defined as major in humans based on the current International Conference on Harmonization [M3(R2): Guidance on the Nonclinical Safety Studies for the Conduct of Human Clinical Trials and Marketing Authorization for Pharmaceuticals, 2009; http://www.ich.org/cache/compo/502-272-1.html#M3] (>10% of drug-related exposure). With use of the Food and Drug Administration Guidance for Industry: Safety Testing of Drug Metabolites, 2008; http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/ucm079266.pdf), which defines a major human metabolite as 10% of parent exposure in plasma (based on AUC), two metabolites, M18 (30% of parent AUC) and a second peak containing two stereoisomers, M16 and M27 (3-hydroxycyclopentyl INCB018424), which constituted 8.7% of the drug-related material in human plasma (but plasma AUC was 14% of parent), would be considered major. This difference can be critical because toxicological evaluation of a human metabolite(s) is only warranted when a metabolite(s) meets this criterion and is observed at greater levels in humans than in animals in toxicity studies. The corresponding exposures (AUC) of these two metabolites in circulation after therapeutic doses of INCB018424 will be compared with plasma concentrations from oral studies in species used in toxicology studies at doses equal to or below the no-adverse-effect levels. These data will be essential for assessing whether metabolite exposures in animals approach human

TABLE 6

*Quantitation of INCB018424 and metabolites in urine and feces after an oral dose of [$^{14}C$]INCB018424 in healthy human subjects*

The identities of INCB018424, M7, M8, M9, M11, M16, M27, M31 and M49 were confirmed by NMR. Other identified metabolites are putative based on retention time and mass spectra. For urine, equal amounts from each of the six subjects were pooled within time intervals. For fecal homogenates, collection from at least three subjects were pooled within collection intervals. Radioactivity in urine samples beyond 48 h postdose was too low for metabolite profiling. Radioactivity in feces samples at 0 to 24 h and beyond 96 h postdose were too low for metabolite profiling. Metabolites not observed in a given time interval were denoted as not detectable.

| Metabolite | % of Total Dose | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Urine | | | Feces | | |
| | 0–8 h | 8–24 h | 24–48 h | 24–48 h | 48–72 h | 72–96 h |
| M7 ($m/z$ 323) | 6.4 | 3.1 | <0.1 | 1.0 | 1.0 | 0.7 |
| M8 ($m/z$ 323) | 8.0 | 3.0 | <0.1 | 2.2 | 2.1 | 1.8 |
| M11 ($m/z$ 321) | 11 | 4.9 | <0.1 | <0.1 | <0.1 | <0.1 |
| M16/M27 ($m/z$ 323)[a] | 10.9 | 6.1 | 0.7 | 1.8 | 0.7 | 0.2 |
| M18 ($m/z$ 323) | N.D. | N.D. | N.D. | 0.6 | 0.2 | <0.1 |
| M28 ($m/z$ 499) | 0.6 | <0.1 | <0.1 | N.D. | N.D. | N.D. |
| M31 ($m/z$ 323) | N.D. | N.D. | N.D. | 0.4 | 0.5 | 0.6 |
| M37 ($m/z$ 339) | 0.6 | 0.7 | <0.1 | N.D. | N.D. | N.D. |
| M43 ($m/z$ 339) | N.D. | N.D. | N.D. | 0.6 | 0.5 | 0.6 |
| M44 ($m/z$ 323) | 1.4 | 1.5 | <0.1 | N.D. | N.D. | N.D. |
| M45 ($m/z$ 339) | N.D. | N.D. | N.D. | 0.2 | 0.3 | <0.1 |
| M49 ($m/z$ 339) | 5.0 | 2.9 | 0.5 | 1.5 | 2.0 | 1.0 |
| M51 ($m/z$ 499) | 0.8 | 0.6 | <0.1 | N.D. | N.D. | N.D. |
| Parent ($m/z$ 307) | 0.2 | 0.1 | <0.1 | 0.1 | 0.2 | <0.1 |

N.D., not detectable.
[a] Coeluting stereoisomers.

exposure, which would alleviate the need for further toxicity testing of the individual metabolite(s).

## References

Amidon GL, Lennernäs H, Shah VP, and Crison JR (1995) A theoretical basis for a biopharmaceutic drug classification: the correlation of in vitro drug product dissolution and in vivo bioavailability. *Pharm Res* **12:**413–420.

Baillie TA, Cayen MN, Fouda H, Gerson RJ, Green JD, Grossman SJ, Klunk LJ, LeBlanc B, Perkins DG, and Shipley LA (2002) Drug metabolites in safety testing. *Toxicol Appl Pharmacol* **182:**188–196.

Benet LZ, Amidon GL, Barends DM, Lennernäs H, Polli JE, Shah VP, Stavchansky SA, and Yu LX (2008) The use of BDDCS in classifying the permeability of marketed drugs. *Pharm Res* **25:**483–488.

Ghoreschi K, Laurence A, and O'Shea JJ (2009) Janus kinases in immune cell signaling. *Immunol Rev* **228:**273–287.

Hamilton RA, Garnett WR, and Kline BJ (1981) Determination of mean valproic acid serum level by assay of a single pooled sample. *Clin Pharmacol Ther* **29:**408–413.

Hastings KL, El-Hage J, Jacobs A, Leighton J, Morse D, and Osterberg RE (2003) Drug metabolites in safety testing. *Toxicol Appl Pharmacol* **190:**91–92.

Lin Q, Meloni D, Pan Y, Xia M, Rodgers J, Shepard S, Li M, Galya L, Metcalf B, Yue TY, et al. (2009) Enantioselective synthesis of Janus kinase inhibitor INCB018424 via an organo-catalytic aza-Michael reaction. *Org Lett* **11:**1999–2002.

Mesa RA and Tefferi A (2009) Emerging drugs for the therapy of primary and post essential thrombocythemia, post polycythemia vera myelofibrosis. *Expert Opin Emerg Drugs* **14:**471–479.

Nelson BH and Willerford DM (1998) Biology of the interleukin-2 receptor. *Adv Immunol* **70:**1–81.

Neubauer H, Cumano A, Müller M, Wu H, Huffstadt U, and Pfeffer K (1998) Jak2 deficiency defines an essential developmental checkpoint in definitive hematopoiesis. *Cell* **93:**397–409.

Parganas E, Wang D, Stravopodis D, Topham DJ, Marine JC, Teglund S, Vanin EF, Bodner S, Colamonici OR, van Deursen JM, et al. (1998) Jak2 is essential for signaling through a variety of cytokine receptors. *Cell* **93:**385–395.

Quintás-Cardama A, Vaddi K, Liu P, Manshouri T, Li J, Scherle PA, Caulder E, Wen X, Li Y, Waeltz P, et al. (2010) Preclinical characterization of the selective JAK1/2 inhibitor INCB018424: therapeutic implications for the treatment of myeloproliferative neoplasms. *Blood* **115:**3109–3117.

Vainchenker W, Dusa A, and Constantinescu SN (2008) JAKs in pathology: role of Janus kinases in hematopoietic malignancies and immunodeficiencies. *Semin Cell Dev Biol* **19:**385–393.

Verstovsek S, Kantarjian H, Mesa RA, Cortes-Franco J, Pardanani AD, Thomas DA, Estrov Z, Bradley EC, Erickson-Viitanen S, Vaddi K, et al. (2009a) Long-term follow-up and optimized dosing regimen of INCB018424 in patients with myelofibrosis: durable clinical, functional and symptomatic responses with improved hematological safety (Abstract). *Blood* **114:**756.

Verstovsek S, Passamonti F, Rambaldi A, Barosi G, Rosen P, Levy R, Bradley EC, Schacter L, Garret WM, Vaddi K, et al. (2009b) A phase 2 study of INCB018424, an oral selective JAK1JAK2 inhibitor, in patients with advanced polycythemia vera (PV) and essential thrombocythemia (ET) refractory to hydroxyurea (Abstract). *Blood* **114:**311.

**Address correspondence to:** Dr. Adam D. Shilling, Incyte Corporation, Route 141 and Henry Clay Road, Wilmington, DE 19880. E-mail: ashilling@incyte.com

# The Pharmacokinetics, Pharmacodynamics, and Safety of Orally Dosed INCB018424 Phosphate in Healthy Volunteers

*Jack G. Shi, PhD, Xuejun Chen, PhD, Ryan F. McGee, BS,*
*Robert R. Landman, BS, Thomas Emm, BS, Yvonne Lo, MS,*
*Peggy A. Scherle, PhD, Naresh G. Punwani, PhD,*
*William V. Williams, MD, and Swamy Yeleswaram, PhD*

*INCB018424 phosphate, a potent inhibitor of JAK enzymes with selectivity for JAK1&2, is in development for the treatment of myelofibrosis (MF). The oral dose pharmacokinetics, pharmacodynamics, safety, and tolerability of INCB018424 were evaluated in healthy volunteers in 2 double-blind, randomized, and placebo-controlled studies. The first study evaluated single ascending doses of 5 to 200 mg INCB018424 and the effect of food, whereas the second study evaluated multiple ascending doses, including both once- and twice-daily dosing for 10 days. As a Biopharmaceutical Classification System class I drug, INCB018424 exhibited good oral bioavailability and dose-proportional systemic exposures. INCB018424 showed low oral dose clearance and a small volume of distribution, with an approximate 3-hour plasma half-life and insignificant accumulation following repeat dosing. A high-fat meal reduced INCB018424 $C_{max}$ by 24% but had little effect on INCB018424 AUC. INCB018424 was cleared primarily by metabolism with negligible renal excretion. The pharmacodynamics of INCB018424, evaluated by the inhibition of phosphorylated STAT3 following cytokine stimulation in whole blood, showed good correlation with INCB018424 plasma concentrations. INCB018424 was generally safe and well tolerated, with 25 mg bid and 100 mg qd established as the maximum tolerated doses in healthy volunteers.*

*Keywords: INCB018424; JAK; myelofibrosis (MF); pharmacokinetics; pharmacodynamics*

***Journal of Clinical Pharmacology, 2011;51:1644-1654***
**© 2011 The Author(s)**

Myelofibrosis (MF) is characterized by progressive anemia, marked splenomegaly, severe constitutional symptoms, and premature death due to progressive marrow failure.[1,2] Currently available drug therapies (eg, interferon-α, hydroxyurea, thalidomide, and danazol) are palliative in nature, have limited effectiveness in improving splenomegaly and constitutional symptoms, and have not been specifically approved for treatment of MF. Hence, targeted therapies are being developed for this unmet medical need.

The Janus kinase family of protein tyrosine kinases (JAKs) plays an important role in the signaling of a number of cytokines and hematopoietic growth factors.[3] The clonal mutation, *JAK2*V617F, which renders the tyrosine kinase, JAK2, constitutively active, has been identified in approximately 50% of patients with MF.[4-8] Even in patients lacking a JAK2V617F mutation, activation of STAT (signal transducers and activators of transcription) has been observed, suggesting dysregulated JAK activity.[9,10] Also, regardless of the mutational status of JAK2, high circulating levels of JAK activating cytokines such as interleukin (IL)–2 and IL-6 occur in MF patients, suggesting potential benefit from inhibition of JAKs.[11]

INCB018424 is a novel, potent, and selective small-molecule inhibitor of JAK1/2 enzymes.[12] In a phase II clinical study in MF patients, INCB018424 was well tolerated and demonstrated significant and sustained clinical benefits, including decreased spleen size, resolution of constitutional symptoms, reduction in inflammatory cytokines, and improvement in body weight and overall daily activity.[10,13]

From Incyte Corporation, Wilmington, Delaware. Submitted for publication June 8, 2010; revised version accepted September 25, 2010. Address for correspondence: Jack G. Shi, PhD, Experimental Station, Building E400, Rt 141 & Henry Clay Road, Wilmington, DE 19880; e-mail: jshi@incyte.com.
DOI:10.1177/0091270010389469

Appx4851    Incyte Exhibit 1059, Page 1 of 11

<div align="center">

**Table II**  Baseline Demographic Characteristics of the Study Population
</div>

| | Single-Dose Study | | Multiple-Dose Study |
|---|---|---|---|
| | Part 1 (n = 23) | Part 2 (n = 12)[a] | (n = 71) |
| Sex, n (%) | | | |
| Male | 20 (87.0) | 10 (83.3) | 55 (77.5) |
| Female | 3 (13.0) | 2 (16.7) | 16 (22.5) |
| Race, n (%) | | | |
| White | 13 (56.5) | 7 (58.3) | 51 (71.8) |
| Black | 10 (43.5) | 5 (41.7) | 16 (22.5) |
| Hispanic | — | — | 3 (4.2) |
| Asian/Pacific Islander | — | — | 1 (1.4) |
| Mean age, y (range) | 26.4 (19-45) | 27.6 (19-45) | 29.0 (18-54) |
| Mean weight, kg (range) | 79.4 (60.9-98.9) | 79.2 (61.7-93.9) | 75.1 (51.1-98.5) |
| Mean BMI, kg/m² (range) | 25.1 (20.3-29.4) | 25.3 (20.3-29.4) | 24.8 (19.8-29.6) |

BMI, body mass index.

[a]The participants in part 2 form a subset population from part 1 of the single-dose study.

## Statistical Evaluation

For the rising single-dose study, the log-transformed pharmacokinetic parameters were compared among the dose groups using a 2-factor analysis of variance (ANOVA) with factors for subject and dose. For the multiple-dose study, the log-transformed pharmacokinetic parameters were compared among the dose groups using a 1-factor ANOVA with the factor for dose. The dose proportionality of INCB018424 $C_{max}$ and AUC was evaluated by using a power function regression (eg, $AUC_{0-\infty} = \alpha \cdot Dose^{\beta}$). Dose-dependent parameters ($C_{max}$, $C_{min}$, $AUC_{0-\infty}$, and $AUC_{0-t}$) were dose normalized before statistical comparisons were made. For the food effect study, the log-transformed pharmacokinetic parameters were compared between the treatments using an ANOVA for a crossover study design with fixed effects for sequence, treatment, and period and a random effect for subject nested within sequence. In addition, the geometric mean relative bioavailability and 90% confidence intervals (CIs) for $C_{max}$, $AUC_{0-t}$, and $AUC_{0-\infty}$ were calculated based on the adjusted means (least square means) from the ANOVA. All statistical analyses were performed using SAS version 9.1 (SAS Institute, Inc, Cary, North Carolina). Pharmacodynamic variables were summarized using descriptive statistics and graphics.

## RESULTS

### Study Population and Safety Analysis

The baseline demographics of the study participants are summarized in Table II.

In the rising single-dose study, 1 participant withdrew consent, 1 participant was lost to follow-up, and 3 participants withdrew prematurely because of adverse events, including the 1 case of a serious adverse event of hyponatremia following dosing with 5 mg INCB018424 in a participant with a history of low sodium levels, judged unrelated to study drug; 1 case of nonsustained ventricular tachycardia (7-beat run) following placebo dosing; and 1 case of nonsustained ventricular tachycardia (4-beat run) following dosing with 5 mg INCB018424. All these 5 participants were replaced. There was no dose dependency for the frequency of adverse events as a whole or of any particular adverse event. The most frequent adverse events were headache (13.0% overall incidence) occurring in participants receiving placebo, 5 mg INCB018424, or 100 mg INCB018424; diarrhea (13.0% overall incidence), occurring in participants receiving placebo, 5 mg INCB018424, or 100 mg INCB018424; and blood sampling catheter site hemorrhage (13.0% overall incidence) occurring in participants receiving placebo, 50 mg INCB018424, or 100 mg INCB018424.

In the rising multiple-dose study, adverse events at least possibly related to study medication and occurring in more than 1 INCB018424-treated participant were restricted to neutropenia, which occurred in 3 participants receiving 50 mg bid (2 were of grade 2 severity and 1 was grade 4). Three participants discontinued the study: 1 participant receiving 50 mg bid was discontinued from the study because of grade 4 neutropenia. Another participant, who received placebo, was discontinued for mild rhabdomyolysis, assessed by the blinded

Appx4855    Incyte Exhibit 1059, Page 5 of 11

**Table III**  INCB018424 Single-Dose Pharmacokinetic Parameters in Healthy Participants

| Dose, m | n | $C_{max}$, nM | $t_{max}$, h | $t_{1/2}$, h | $AUC_{last}$, nM·h | $AUC_{0-\infty}$, nM·h | CL/F, L/h | Vz/F, L |
|---|---|---|---|---|---|---|---|---|
| 5 | 12 | 195 (35.4) | 2.0 (0.50-3.0) | 2.6 (40) | 811 (32.0) | 823 (31.7) | 19.8 (31.2) | 75.1 (48.2) |
| 10 | 6 | 368 (29.9) | 1.8 (0.50-4.0) | 3.4 (41) | 1720 (22.2) | 1759 (22.2) | 18.6 (20.4) | 90.8 (36.3) |
| 25 | 6 | 934 (55.9) | 2.0 (0.50-6.0) | 3.0 (22) | 4100 (34.0) | 4110 (34.1) | 19.9 (37.7) | 85.7 (23.7) |
| 50 | 6 | 1700 (29.2) | 1.0 (0.50-2.0) | 2.7 (21) | 6920 (27.2) | 6940 (27.2) | 23.5 (29.2) | 90.5 (43.2) |
| 100 | 6 | 4390 (29.8) | 1.3 (1.0-3.0) | 2.7 (19) | 16 400 (27.8) | 16 400 (27.8) | 19.9 (27.6) | 77.9 (17.5) |
| 200 | 6 | 7010 (19.0) | 1.3 (1.0-4.0) | 4.7 (40) | 30 600 (8.58) | 30 600 (8.60) | 21.3 (8.31) | 146 (41.7) |

Parameter values are geometric mean (percent coefficient of variation [CV%]), except that median (range) is reported for $t_{max}$.

investigator as probably related to study medication. A third participant withdrew consent after 4 days of dosing with 50 mg bid INCB018424. Neutropenia of any severity grade was observed in 22.2% of placebo participants, 11.1% of participants at 50 mg qd, 66.6% of participants at 100 mg qd, 12.5% of participants at 15 mg bid, 33.3% of participants at 25 mg bid, and 66.6% of participants at 50 mg bid. These were generally transient and rapidly normalized following the last dose of study medication. In both the single- and multiple-dose studies, adverse events were, in general, mild to moderate in intensity and resolved quickly. The 1 episode of grade 4 neutropenia in the participant who received 50 mg bid was considered a dose-limiting toxicity. The maximum tolerated dose was considered to be 25 mg when administered q12h and 100 mg when administered once daily.

### INCB018424 Pharmacokinetics and Pharmacodynamics Following Single Oral Dose Administration

Following fasting, oral, single-dose administration of INCB018424 capsules, INCB018424 was absorbed rapidly, typically attaining peak plasma concentrations within 2 hours after administration for all doses. After attaining the $C_{max}$, the INCB018424 plasma concentrations declined in a multiphasic fashion with a mean terminal-phase disposition $t_{1/2}$ of approximately 3 hours for the 5 lowest doses. The mean terminal-phase disposition $t_{1/2}$ was slightly higher at 5 hours for the highest dose of 200 mg. The oral dose clearance (CL/F) of INCB018424 was low (~20 L/h) and dose independent ($P = .895$). The apparent volume of distribution at the terminal phase ($V_z/F$) was moderate (79-97 L) for INCB018424 following oral administration of doses up to 100 mg. A summary of INCB018424 pharmacokinetic parameters following the single-dose administrations is provided in Table III.

The mean INCB018424 $C_{max}$ and AUC increased in a linear, proportional manner to dose for the entire dose range. The power function regression analysis produced dose-proportionality equations of $C_{max} = 38.8 \cdot Dose^{0.992}$ ($P = .837$ for $\beta = 1$) and $AUC_{0-\infty} = 174 \cdot Dose^{0.974}$ ($P = .409$ for $\beta = 1$). The exponent, $\beta$, of the power function (or equivalently the slope of the log-transformed equation) was not statistically significantly different from 1 for $C_{max}$ or $AUC_{0-\infty}$.

The intersubject variability (percent coefficient of variation [CV%]) for INCB018424 systemic exposures observed in this study ranged from 19.0% (200 mg) to 55.9% (25 mg) for $C_{max}$ and from 8.6% (200 mg) to 34.1% (25 mg) for $AUC_{0-\infty}$.

Following fasting, oral, single-dose administration, INCB018424 demonstrated dose- and time-dependent inhibition of cytokine-induced pSTAT3 with maximal inhibition occurring 1 to 2 hours after administration for all doses, coincident with the $C_{max}$. Maximal mean inhibition of pSTAT3 ranged from approximately 40% at the lowest dose (5 mg) to greater than 90% inhibition at the highest dose (200 mg). Levels of pSTAT3 returned to control levels by 24 hours in all treatments examined. Similar levels of inhibition were observed using either IL-6 or thrombopoietin as the cytokine stimulus. A sigmoid $I_{max}/IC_{50}$ curve (Figure 2) may be fitted to the PK-PD data ($R^2 = 0.689$), with the best-fit values (mean ± SD) for $IC_{50}$ and Hill coefficient as 254 ± 314 nM and 1.00 ± 1.29, respectively (the 95% CI ranges for $IC_{50}$ and Hill coefficient were 214-301 nM and 0.82-1.18, respectively).

### The Effect of Food on INCB018424 Pharmacokinetics

The effect of food on INCB018424 pharmacokinetics was evaluated in healthy participants who were administered a single tablet of 25 mg INCB018424 while fasting or immediately after a standardized high-fat, high-calorie meal. The comparative INCB018424

**Appx4856**   Incyte Exhibit 1059, Page 6 of 11

# The Effect of CYP3A4 Inhibition or Induction on the Pharmacokinetics and Pharmacodynamics of Orally Administered Ruxolitinib (INCB018424 Phosphate) in Healthy Volunteers

*Jack G. Shi, PhD, Xuejun Chen, PhD, Thomas Emm, BS, Peggy A. Scherle, PhD, Ryan F. McGee, BS, Yvonne Lo, MS, Robert R. Landman, BS, Edward G. McKeever Jr., BS, Naresh G. Punwani, PhD, William V. Williams, MD, and Swamy Yeleswaram, PhD*

*Ruxolitinib, a selective Janus kinase (JAK) 1&2 inhibitor in development for the treatment of myeloproliferative neoplasms, is primarily metabolized by CYP3A4. The effects of inhibition or induction of CYP3A4 on single oral dose ruxolitinib pharmacokinetics (PK) and pharmacodynamics (PD) were evaluated in healthy volunteers. Coadministration of ketoconazole (a potent CYP3A4 inhibitor) and erythromycin (a moderate CYP3A4 inhibitor) increased total ruxolitinib plasma exposure (AUC$_{0-\infty}$) by 91% and 27%, respectively, and ruxolitinib PD, as measured by the inhibition of interleukin (IL)–6–stimulated STAT3 phosphorylation in whole blood, was generally consistent with the PK observed. Pretreatment with rifampin, a potent CYP3A4 inducer, decreased ruxolitinib AUC$_{0-\infty}$ by 71% while resulting in only a 10% decrease in the overall PD activity. This apparent PK/PD discrepancy may be explained, in part, by an increase in the relative abundance of ruxolitinib active metabolites with the rifampin coadministration. The collective PK/PD data suggest that starting doses of ruxolitinib should be reduced by 50% if coadministered with a potent CYP3A4 inhibitor, whereas adjustments in ruxolitinib starting doses may not be needed when coadministered with inducers or mild/ moderate inhibitors of CYP3A4. All study doses of ruxolitinib were generally safe and well tolerated when given alone and in combination with ketoconazole, erythromycin, or rifampin.*

***Keywords:*** *ruxolitinib; INCB018424; JAK; drug interaction; pharmacokinetics*

***Journal of Clinical Pharmacology, 2012;52:809-818***
***© 2012 The Authors***

The Janus kinase family of protein tyrosine kinases (JAKs) activates a number of downstream pathways implicated in proliferation and survival of cells, including the STATs (signal transducers and activators of transcription), a family of latent transcription factors.[1] Dysregulated JAK-STAT activity has been identified in patients with myeloproliferative neoplasms,[2,3] a group of diseases of bone marrow without specifically approved treatment. Ruxolitinib (INCB018424 phosphate) is a potent and selective small-molecule inhibitor of JAK1&2[4] that is first in its class undergoing pivotal phase 3 trials for treatments of myelofibrosis (MF) and advanced polycythemia vera (PV), after demonstrating safety and efficacy in patients with MF and PV in 2 phase 2 trials.[5,6]

In 2 prior clinical studies conducted to evaluate single- and multiple-dose pharmacokinetics in healthy adult volunteers,[7] ruxolitinib demonstrated good oral bioavailability with rapid absorption, typically attaining peak plasma concentrations within 2 hours postdose. Ruxolitinib exhibited a low oral dose clearance (~19 L/h) that was dose independent over the range of 5 to 200 mg, as well as a small apparent oral dose volume of distribution (~80 L). Minimal drug accumulation was observed following multiple bid dosing of ruxolitinib, consistent with the relatively short elimination

From the Incyte Corporation, Wilmington, Delaware. Submitted for publication December 7, 2010; revised version accepted January 25, 2011. Address for correspondence: Jack G. Shi, PhD, Incyte Corporation, Experimental Station, Building E400, Wilmington, DE 19880; e-mail: jshi@incyte.com. DOI: 10.1177/0091270011405663

Incyte Exhibit 1060, Page 1 of 10
Appx4862

## 276

**Reduction of cardiovascular disease-associated proteins in blood of psoriasis patients after 1-month treatment with tofacitinib or etanercept**

J Kim[1], J Correa-da Rosa[1], J Lee[2], L Tomalin[1,3], MA Lowes[1,4], L Fitz[2], G Berstein[2], H Valdez[2], R Wolk[2], M Suarez-Farinas[1,3] and JG Krueger[1] 1 Rockefeller University, New York, NY, 2 Pfizer Inc., Cambridge, MA, 3 Icahn School of Medicine at Mount Sinai, New York, NY, 4 Albert Einstein College of Medicine, Bronx, NY and 5 Pfizer Inc., New York, NY

Severe psoriasis is associated with an increase in cardiovascular mortality. Cardiovascular disease has a strong inflammatory pathophysiology, so agents used to treat psoriasis skin disease might have beneficial effects on systemic inflammatory pathways that are associated with increased risk of cardiovascular diseases. Tofacitinib is an oral JAK inhibitor that is being investigated for psoriasis. To understand the influence of psoriasis medications on systemic inflammation, we studied proteins related to cardiovascular disease in blood archived from a phase 3 clinical trial of tofacitinib and etanercept in adults with moderate-to-severe psoriasis. 156 proteins were quantified by a proximity extension assay from blood of 269 patients at baseline and week 4. Protein changes in blood after 1 month of treatment were compared between tofacitinib (10 mg BID) vs. etanercept (50 mg BIW), and by response status at week 12. Differentially expressed proteins were detected by empirical Bayes methods. Ingenuity Pathway Analysis showed that cardiovascular proteins were enriched within proteins that decreased upon treatment. 20 cardiovascular proteins decreased after tofacitinib treatment in PASI75 responders, while only 1 cardiovascular protein decreased in non-responders. In contrast, 6 proteins were reduced in both responders and non-responders upon etanercept treatment, with little overlap between the two groups. Furthermore, all 6 affected proteins in etanercept responders were cytokines and chemokines, whereas those reduced in tofacitinib responders included proteins involved angiogenesis and metabolism. Our study suggests the possibility that the broad cytokine signaling modulation caused by tofacitinib might have a beneficial effect on cardiovascular pathophysiology in psoriasis.

## 277

**An open label pilot clinical trial of the JAK inhibitor tofacitinib for alopecia areata**

A Jabbari, J Cerise, JC Chen, G Ulerio, J Borbon, S Sidharthan, R Clynes, AM Christiano and J Mackay-Wiggan Columbia University, New York, NY

Alopecia areata (AA) is one of the most common autoimmune diseases, with a lifetime risk of approximately 2%. In AA, the target of immune attack is the hair follicle, resulting in clinical hair loss. The prognosis of AA is unpredictable, and currently there is no definitive treatment. Our previous work used whole genome expression studies to identify active immune circuits in AA lesions, including common gamma chain cytokine pathways as well as the IFN pathway. Since receptors for both of these pathways signal through JAK kinases, this work invited clinical exploration of small molecule JAK inhibitors such as ruxolitinib and tofacitinib. Tofacitinib is a small molecule tyrosine kinase inhibitor that was approved by the US Food and Drug Administration in 2013 for use in patients with rheumatoid arthritis who failed treatment with methotrexate monotherapy. Tofacitinib has relative selectivity for JAK3 and JAK1, thereby inhibiting both common gamma chain cytokine receptor- and IFN receptor-pathways. In preclinical trials in the mouse model of AA, tofacitinib was able to prevent the development of AA and successfully reversed established disease. We therefore initiated an open-label trial of tofacitinib in 12 patients with moderate to severe AA using an adaptive design. Eleven of twelve patients completed a full course of treatment, and laboratory surveillance revealed minimal adverse events. Due to limited response to the initial dose of 5mg BID, the does was escalated to 10mg BID for the study group. Eight of eleven patients demonstrated at least 50% improvement to date. Skin gene expression profiles and Alopecia Areata Disease Activity Index (ALADIN) scores, previously developed by our group, were ascertained and correlated with clinical response, similar to our previous results in patients treated with ruxolitinib. Our open label studies of both ruxolitinib and tofacitinib have shown dramatic clinical responses in moderate-to-severe AA, and provide a strong rationale for larger clinical trials using JAK inhibitors in AA.

## 278

**Ablative non-sequential fractional ultrapulsed CO$_2$ laser pretreatment improves conventional photodynamic therapy with methyl aminolevulinate in a novel human in vitro 3D actinic keratosis skin model**

S Huth[1], Y Marquardt[1], PM Amann[1], M Leverkus[1], P Gerber[2] and JM Baron[1] 1 Dept of Dermatology, RWTH Aachen University, Aachen, Germany and 2 Dept of Dermatology, Medical Faculty, Heinrich-Heine-University, Düsseldorf, Germany

Photodynamic therapy (PDT) with methyl aminolaevulinate (MAL) is a standard treatment for field-cancerized skin but application of MAL is limited by topical drug uptake. The purpose of our study was to test whether ablative fractional laser treatment (AFXL) could improve the epidermal uptake of MAL and to establish an in vitro 3D actinic keratosis (AK) skin model for standardized evaluation of laser assisted drug delivery (LADD) and PDT. Therefore human full-thickness 3D skin equivalents comprising squamous-cell carcinoma (SCC-13) cells were established and irradiated with a non-sequential fractional ultrapulsed CO$_2$ laser (100 mJ per pulse) prior to topical application of MAL containing cream for 12 h. Fluorescence microscopy was performed to evaluate MAL-induced porphyrin distribution within the 3D skin models. In addition, AFXL-assisted PDT-efficacy was evaluated by measuring cell viability of treated skin models with MTT assay and histology. Therefore, MAL containing cream was topically applied on 3D skin models with and without laser pretreatment for 12 h and subsequently illuminated with heat-free visible red light at a peak wavelength of 630 nm at 37 J/cm$^2$ to initiate cytotoxic reactions. Our results exhibited that AFXL pretreatment facilitates the uptake of MAL and enhances the accumulation of protoporphyrin IX (PpIX) in human 3D skin equivalents. In addition, AFXL-assisted PDT showed a higher efficacy in terms of cytotoxic effects than conventional PDT. In conclusion, 3D skin models are a suitable tool to demonstrate that laser-assisted PDT is more effective than conventional PDT. These 3D AK model systems may be applied in future to optimize treatment parameters prior to clinical PDT studies or to compare the efficacy of various laser systems in LADD of MAL and other topical agents used in the management of field-cancerized skin.

## 279

**Reduced pruritus and signs of atopic dermatitis in phase 3 trials with a nonsteroidal topical phosphodiesterase inhibitor, crisaborole**

AA Hebert[1], L Eichenfield[2,5], MG Lebwohl[4], AS Paller[3], EL Simpson[6], WL Tom[2,3] and LT Zane[7] 1 Univ. of Texas Health Science Center Houston, Houston, TX, 2 Rady Children's Hospital San Diego, San Diego, CA, 3 Univ. of California, San Diego, La Jolla, CA, 4 Icahn School of Medicine at Mount Sinai, New York, NY, 5 Northwestern Univ. Feinberg School of Medicine, Chicago, IL, 6 Oregon Health & Science Univ., Portland, OR and 7 Anacor Pharmaceuticals, Inc., Palo Alto, CA

Atopic dermatitis (AD) is an inflammatory skin disease with intense pruritus and eczematous lesions. Crisaborole Topical Ointment, 2%, is an investigational, nonsteroidal, topical anti-inflammatory, phosphodiesterase 4 inhibitor for the treatment of AD. Supportive efficacy endpoints evaluated crisaborole's impact on pruritus and signs of AD in 2 multicenter, double-blind, vehicle-controlled, identically designed Phase 3 studies (301, 302). Patients ≥2 years old with mild-to-moderate AD were randomized 2:1 for treatment with crisaborole or vehicle twice daily for 28 days. Severity of signs of AD was assessed weekly and pruritus twice daily on a 4-point scale with Improvement defined as "None/0" or "Mild/1" with ≥1-grade reduction from baseline. Improvement in Pruritus was achieved earlier by crisaborole-treated patients vs vehicle (pooled: 1.37 vs 1.70 days; P = .001). A greater proportion of crisaborole-treated patients demonstrated Improvement in Pruritus as early as Day 8 (D8) (pooled: 57.5 vs 42.4), which was maintained (D29, pooled: 62.7 vs 52.7). A greater proportion of crisaborole-treated patients achieved improvement for all clinical signs of AD by D29 (301, 302; Erythema: 62.8 vs 46.1, 54.9 vs 33.9; Induration/Population: 57.7 vs 54.8, 51.9 vs 40.2; Exudation: 41.0 vs 33.3, 38.1 vs 27.2; Excoriation: 63.0 vs 51.8, 57.2 vs 44.2; Lichenification: 51.7 vs 46.5, 51.4 vs 35.3). Crisaborole-treated patients achieved greater mean reductions in the severity of signs of AD. Crisaborole demonstrated improvement in all measured signs of AD and early relief of pruritus and may represent a safe and efficacious treatment for patients ≥2 years old with mild-to-moderate AD.

## 280

**Long-term safety of crisaborole topical ointment, 2%, in atopic dermatitis**

L Eichenfield[1,2], RS Call[3], D Forsha[3], J Fowler[3], AA Hebert[3], M Spellman[3], LF Stein Gold[3], M Van Syoc[3], LT Zane[3] and EH Tschen[3] 1 Rady Children's Hospital, San Diego, CA, 2 University of California, San Diego, La Jolla, CA, 3 South Valley Dermatology, West Jordan, UT, 4 Dermatology Specialists Research LLC, Louisville, KY, 5 University of Texas Health Science Center Houston, Houston, TX, 6 Anacor Pharmaceuticals, Inc., Palo Alto, CA, 7 Henry Ford Health System, Detroit, MI, 8 Academic Dermatology Associates, Albuquerque, NM and 9 Clinical Research Partners, LLC, Henrico, VA

Long-term topical treatment is often required for atopic dermatitis (AD), a chronic inflammatory skin disease. Crisaborole Topical Ointment, 2%, a novel nonsteroidal, topical, anti-inflammatory phosphodiesterase 4 (PDE4) inhibitor, is currently being investigated for the treatment of AD. Herein, we present the long-term safety results from a multicenter, open-label, 48-week safety study on patients (N = 517) ≥2 years of age with mild-to-moderate AD who continued treatment after completing a 28-day Phase 3 pivotal study. Patients were assessed for AD severity every 4 weeks and treated with 4-week cycles of crisaborole as needed (Investigator's Static Global Assessment ≥2 [Mild]). During the open-label extension and the pivotal studies, 65% of patients reported at least 1 treatment-emergent adverse event (TEAE), most of which were mild (51.2%) or moderate (44.6%) in severity and considered unrelated to treatment (93.1%). Analysis of the frequency and severity of TEAEs over time (four 12-week treatment periods) was well balanced, indicating a favorable safety profile for long-term treatment of crisaborole. Overall, treatment-related AEs occurred in 10.2% of patients; the most frequently reported events were atopic dermatitis (3.1%), application site pain (2.3%), and application site infection (1.2%). None of the 7 treatment-emergent serious AEs that occurred in the extension study were considered treatment related. During the long-term study, only 9 patients (1.7%) discontinued the study because of TEAEs. Crisaborole Topical Ointment, 2%, has a favorable safety profile for the long-term treatment of patients with AD.

## 281

**Doxycycline modified release (MR) capsules improve rosacea clinical outcomes by modifying antimicrobial peptide metabolism: Results of a multicenter, randomized, double blind, placebo controlled study of 170 adults with papulopustular rosacea**

A Di Nardo[1], A Holmes[1], Y Muto[1], E Huang[1], N Preston[1], W Winkelman[1] and RL Gallo[2] 1 Galderma Laboratories, L.P., Fort Worth, TX, 2 Dermatology, UC San Diego, La Jolla, CA and 3 Therapeutics Clinical Research, San Diego, CA

Patients with rosacea have increased amounts of cathelicidin and protease activity but their value as disease biomarkers is unclear. To evaluate the effect of treatment with doxycycline 40 mg capsules on cathelicidin expression, protease activity and clinical response in rosacea a multicenter, randomized, double-blind, placebo-controlled study of 170 adults with papulo-pustular rosacea treated for 12 weeks with doxycycline or placebo was established. Clinical response, cathelicidin and protease activity was measured in stratum corneum samples obtained by tape-strip and in skin biopsies obtained from a random subset of subjects. Treatment with doxycycline significantly reduced inflammatory lesions and improved IGA scores compared to placebo, including subpopulations with mild and recently diagnosed rosacea. Cathelicidin expression and protein levels decreased over the course of 12 weeks in subjects treated with doxycycline. Low levels of protease activity and cathelicidin expression at 12 weeks correlated with treatment success. Low protease activity at baseline was a predictor of improvement in response in the doxycycline treatment group. Reduction of rosacea-associated biomarkers was associated with successful doxycycline treatment in rosacea subjects, affirming the etiological role of the cathelicidin activation pathway in rosacea and the mechanism of doxycycline in its treatment.

Incyte Exhibit 1068, Page 1 of 1

Appx4988



Journal of

# Medicinal Chemistry

pubs.acs.org/jmc

# Discovery and Development of Janus Kinase (JAK) Inhibitors for Inflammatory Diseases

Miniperspective

James D. Clark,[†] Mark E. Flanagan,[*,‡] and Jean-Baptiste Telliez[†]

[†]Pfizer Immunosciences, 200 CambridgePark, Cambridge, Massachusetts 02140, United States
[‡]Center for Chemistry Innovation and Excellence, Pfizer, Inc., Eastern Point Road, Groton, Connecticut 06340, United States

**ABSTRACT:** The Janus kinases (JAKs) are a family of intracellular tyrosine kinases that play an essential role in the signaling of numerous cytokines that have been implicated in the pathogenesis of inflammatory diseases. As a consequence, the JAKs have received significant attention in recent years from the pharmaceutical and biotechnology industries as therapeutic targets. Here, we provide a review of the JAK pathways, the structure, function, and activation of the JAK enzymes followed by a detailed look at the JAK inhibitors currently in the clinic or approved for these indications. Finally, a perspective is provided on what the past decade of research with JAK inhibitors for inflammatory indications has taught along with thoughts on what the future may hold in terms of addressing the opportunities and challenges that remain.



Downloaded via Kelley Hayes Greenhill on December 31, 2019 at 19:36:47 (UTC).
See https://pubs.acs.org/sharingguidelines for options on how to legitimately share published articles.

## ■ INTRODUCTION

The Janus kinases or JAKs are a family of intracellular tyrosine kinases that function as hubs in the signaling process of many cytokine receptors.[1] The JAKs play a critical role in both innate and adaptive immunity as well as hematopoiesis, making them attractive targets for a number of therapeutic indications.[2] Consequently, since their discovery in the early 1990s, the JAKs have steadily garnered interest as targets for new medicines.[3] There are now multiple chemical entities in the clinic across various indications including myeloproliferative diseases and various inflammatory diseases. Because of the volume of clinical activity in recent years, this review will focus on the inhibition of the JAK enzymes for the treatment of inflammatory diseases.

The etiology of many inflammatory and autoimmune diseases is not fully understood but involves a combination of genetic predispositions and environmental and lifestyle triggers. The pathogenic inflammatory state often involves a break in T- and B-cell tolerance against self-antigens leading to undesirable autoimmune responses. When antigens from affected tissues are presented on antigen presenting cells (APCs) to naive T-helper cells (Th0) along with co-stimulatory factors, cytokines, which are low molecular weight (~30 kDa) protein or glycoprotein signaling molecules, are secreted leading to activation, differentiation and expansion of Th0 cells to distinct T-helper phenotypes (e.g., Th1, Th2, Th17). These activated T-cells themselves secrete cytokines that activate other cells of the immune system, such as macrophages, NK cells, and neutrophils that infiltrate the targeted tissue, causing the damage associated with these diseases. Therefore, by orchestrating the intercellular communication in this process, cytokines play a central role in the inflammatory response.

Cytokines signal through a variety of receptor superfamilies (Figure 1).[4] By binding to the extracellular domain of the receptor, the cytokine induces changes that are detected at the intracellular domain, triggering signal transduction events ultimately leading to changes in gene expression.[5] Protein kinases are key players in signal transduction pathways for these receptor superfamilies. As a consequence, many of these kinases have been targeted in an effort to modulate the inflammatory response. However, because of the complex network of these signal transduction pathways, which can be redundant, some of these kinases make better drug targets than others.

The JAKs associate with the intracellular domain of receptor subunits of the class I and class II receptor superfamily.[1a] The class I receptors all bind ligands with a common four helical structure and share a common WSXWS motif extracellularly and, although divergent intracellularly, have a conserved membrane proximal region for associating with JAKs. The class II receptors bind interferons and the IL-10 family and are structurally related to the class I receptors.[6] The activation step occurs when a cytokine binds to its receptor, inducing a multimerization (dimerization or higher order complexes) of receptor subunits. This brings the JAKs associated with each subunit proximal to one another, triggering a series of phosphorylation events ultimately resulting in the phosphorylation and activation of signal transducers and activators of transcription (STAT) proteins. A phosphorylated STAT dimer then translocates to the nucleus of the cell where it binds to target genes modulating their expression (Figure 2).[5]

Received: September 25, 2013
Published: January 13, 2014


Incyte Exhibit 1071, Page 1 of 16

Appx5039



**Figure 3.** Biological significance of signaling through different JAK combinations. Cytokine signaling is mediated by specific JAK and STAT combinations due to preferential binding to the intracellular domains of the individual cytokine receptor chains. For example, JAK3 only associates with the γ-common chain and therefore only mediates IL-2, -4, -7, -9, -15, and -21 signaling, whereas JAK1 plays a broader role in cytokine signaling.

There are four members of the JAK family: JAK1, JAK2, JAK3, and TYK2. The four JAKs possess two kinase domains, a true kinase domain, and a likely inactive pseudo-kinase domain. Thus, they get their name from Janus, the two-faced Roman god of doors and new beginnings. An important element of JAK function is the pairing of the JAK kinases, which are associated with the intracellular domains of different subunits of the receptor. The biological significance of signaling through different JAK combinations is illustrated in Figure 3.[12] The pairing of the JAKs with a given cytokine receptor is determined by their association with specific receptor chains. For example, JAK3, being coupled to the γ-common chain, is always paired with JAK1 and in this arrangement controls the signaling for the six known γ-common cytokines IL-2, IL-4, IL-7, IL-9, IL-15, and IL-21 primarily associated with adaptive immune functions.[13] JAK1, however, also pairs with JAK2 and TYK2, regulating the signaling through a wide array of cytokine receptors and therefore affecting several proinflammatory cytokines associated with the innate immune response, such as IL-6 and the type I interferons. JAK2 is the only member of the JAK family that pairs with itself. In this combination JAK2 controls the signaling of various cytokines and growth factors, such as IL-3, IL-5, granulocyte macrophage colony-stimulating factor (GM-CSF), erythropoietin (EPO), and thrombopoietin (TPO). Consequently, since specific cytokines may be implicated in the pathogenesis of certain diseases, while modulation of others may result in undesired side effects, striking the appropriate selectivity balance for inhibition within the JAK family continues to represent both an opportunity and a challenge for drug development.

JAK3 was among the first of the JAKs targeted for therapeutic intervention in this regard.[14] This is due to strong validation following characterization of human JAK3 deficiencies.[15] Inactivating mutations in JAK3 confer a severe combined immune deficient (SCID) phenotype in humans that is phenotypically indistinguishable from the γ-common chain deficiency, demonstrating the link between this receptor chain and JAK3.[16] In patients with two mutated JAK3 alleles, enzymatic activity is completely abrogated, disrupting the signaling of multiple cytokines that would ordinarily signal through this pathway and that are important for T-cell and NK cell activation, development, and homeostasis. While these patients have a profoundly impaired immune system, they are otherwise normal and can be rescued by bone marrow transplantation, providing good genetic validation for JAK3 as a therapeutic target for selective immune modulation limited to the hematopoietic system. Heterozygous parents of the SCID patients did not exhibit an immunocompromised phenotype, suggesting that partial inhibition could be used to modulate the immune response. This has important implications in a number of clinical settings, such as prevention of transplant rejection and treatment of various autoimmune disorders. Importantly, while complete inhibition of JAK3 and/or JAK1 would result in immunodeficiency, clinical experience has taught that partial and reversible inhibition of multiple JAKs, including JAK3, during the course of a day can provide safe and effective treatment in a number of therapeutic settings.

The homology within the JAK family combined with the fact that JAK family crystal structures have only recently become available made it challenging to target JAK3 selectively. As a consequence, early JAK clinical candidates, such as CP-690,550 (1), now known as tofacitinib, inhibit a combination of JAK enzymes, the implications of which will be discussed in subsequent sections.[17] To date, there is no evidence of human deficiencies in JAK1 and JAK2. This is consistent with perinatal and embryonic lethality in phenotypes of JAK1 and JAK2 KO mice, respectively.[18] JAK2 activity is essential for hematopoiesis, and JAK1 signaling is required across many of the type I and type II cytokine receptors.[19] Type I receptors contain conserved Cys residues and a WSXWS extracellular motif. Type

Incyte Exhibit 1071, Page 3 of 16

10/23/2020 10:50AM https://www.concertpharma.com/wp-content/uploads/2019/10/EADV-Late-Breaker-CTP543-Presentation-FINAL-12OCT2019.pdf

European Academy of Dermatology and Venereology Annual Congress
October 12, 2019

# CTP-543, an Oral JAK Inhibitor, Achieves Primary Endpoint in Phase 2 Randomized, Placebo-Controlled Dose-Ranging Trial in Patients with Moderate-to-Severe Alopecia Areata

James Cassella[1], Colleen Hamilton[1], Jana von Hehn[1], Virginia Braman[1]
[1]Concert Pharmaceuticals, Inc.

ClinicalTrials.gov Identifier: NCT03137381

10/23/2020 10:50AM https://www.concertpharma.com/wp-content/uploads/2019/10/EADV-Late-Breaker-CTP543-Presentation-FINAL-12OCT2019.pdf

Incyte Exhibit 1089, Page 1 of 20

10/23/2020 10:50AM https://www.concertpharma.com/wp-content/uploads/2019/10/EADV-Late-Breaker-CTP543-Presentation-FINAL-12OCT2019.pdf

# Conclusion

- The primary efficacy endpoint was met for 8 mg BID and 12 mg BID

- Dose-related improvements for 8 mg BID and 12 mg BID across all efficacy assessments

  – 8 mg BID and 12 mg BID significantly different from placebo on all SALT measures and Patient Global Impression of Improvement (PGI-I)

    • PGI-I: 78% of patients in the 12 mg BID cohort reported "Much Improved" or "Very Much Improved" at Week 24

  – 12 mg BID numerically superior and generally produced faster onset and greater magnitude of effect compared to 8 mg BID

- CTP-543 treatment generally well-tolerated

  – Majority of patients from 12 mg BID cohort rolled into long-term open label extension study

- Results support advancement of CTP-543 into Phase 3 Trials

19

Incyte Exhibit 1089, Page 19 of 20

Appx5324

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL
BOARD

INCYTE CORPORATION,
Petitioner

v.

CONCERT PHARMACEUTICALS, INC.,
Patent Owner

Case PGR2021-00006
Patent No. 10,561,659

**Declaration of Frederick Peter Guengerich, Ph. D.**

I declare that all statements made herein of my knowledge are true, that all
statements made herein on information and belief are believed to be true, and that
these statements were made with the knowledge that willful false statements and
the like so made are punishable by fine or imprisonment, or both, under Section
1001 of Title 18 of the United States Code.

By: /_Frederick Peter Guengerich_         Date: 5 November 2021

41.     Similarly, the claims of the '659 Patent are directed to treating hair

loss disorders.  EX1001, claims 1–21.  Concert's DDI study was performed in

healthy individuals.  EX2095, 10 ("Use of the intended patient population allows

the researcher to study pharmacodynamic endpoints that cannot be studied in

healthy subjects.").

42.     Moreover, the claims require "at least 95% incorporation of

deuterium" (EX1001, claim 1) or "at least 97% incorporation of deuterium"

(EX1001, claim 13).  Nothing in Concert's DDI tests, however, shows the level of

deuterium incorporation in the tested compound.

## V.     Deuterium Modification of Known Pharmaceuticals

### A.     Deuterated drugs are nearly identical to their parent compounds

43.     Dr. Ortiz de Montellano seeks to distinguish Compound (I) from

ruxolitinib (*e.g.*, EX2068 §§V, VII, X) but generally ignores the fundamental

principle that compared to its hydrogen parent a "deuterated drug is… ***virtually***

***indistinguishable in all of its biological properties*** with the useful exception of

those processes involving bond-breaking at the specific C−H site(s) that are

oxidatively labile."  EX1033, 8–9.  Based on this expectation, a POSA would have

been motivated with an expectation of success to use Compound (I) (octa-

deuterated ruxolitinib) or any of the other deuterated ruxolitinib species in

22

*Silverman* for any indication beneficially treated by ruxolitinib. *See also* EX1002, 20:57−61.

44.    As Dr. Patterson explained (and as I have previously explained), deuterated compounds retain their molecular shape and their basic electronic properties, and therefore, have selectivity and potency comparable to their hydrogen analogs. EX1007 ¶¶49–50; EX2075 ¶¶55–62. This was well known in the art.

45.    For example, in the 1980s Dr. Foster explained that "[t]he attraction of specific deuterium substitution as a parameter in drug design is based on the facts that not only is the ***replacement of one or a few hydrogens in a drug molecule by deuterium the smallest structural change that can be made*** but also such a change will have negligible steric consequences or influence on physicochemical properties…." EX1038, 5.

46.    Similarly, Concert's CEO stated that "[a]t Concert, 'we've never seen any biologically relevant differences in target selectivity or potency of a drug when we deuterate it." EX1011, 5.

47.    A 2014 article by Dr. Gant disclosed a "highly abbreviated list of parameters" that "***will not generally exhibit a clinically measurable change*** *when switching from a C−H bond to a C−D bond*." EX1033, 8. This "highly abbreviated list" is reproduced below in Figure 2.

23

- Mechanism of action (in the case of multiple subtype binding)
- Target binding affinity
- Subtype binding
- Cellular activity
- Pharmacology model results
- PK/PD relationship
- Permeability
- Crystallinity
- Polymorph selection
- Salt form selection
- Solubility in all vehicles
- Maximum absorbable dose
- Minimum efficacious plasma concentration
- Efflux susceptibility
- Mechanisms saturate at same concentration
- Protein binding/serum binding
- Immunogenicity understood
- GI tolerability
- CNS tolerability
- BBB penetration
- Volume of distribution
- -S9 Ames assay
- -S9 micronucleus assay

- Tox species selection
- Off-target profile
- Pass three species tox
- Pass hERG, QTc assays
- Long-term carc studies
- No reactive metabolites
- Formulation issues
- Delivery options realistic
- Dose-proportionate exposure
- Exposure profile responsible for efficacy (e.g., AUC vs $C_{max}$ effect)
- Phase I clinical trial is devoid of SAEs.

Figure 2 (EX1033, 8–9)

48.     What can differ between deuterated drugs and their protio analog is the rate of metabolism. *E.g.*, EX1007 ¶¶47–51; EX1054, 10 ("These molecules have similar physical, chemical, and pharmacological properties; however, deuterium modification has been shown to stabilize the compound in vivo and as a result may enhance its antifibrotic and anti-inflammatory effects."). As explained further below, (§ V(B)) the expectation was that for hydroxylated metabolism at a methylene, as with ruxolitinib, the deuterated drug will almost always be metabolized more slowly than the parent compound. *E.g.*, EX2075 ¶¶49–54.

49.     The deuteration of known pharmaceuticals is driven by this expectation that the drug's beneficial properties (e.g., potency at the target receptor) will not change but that it's metabolic properties can potentially be improved by the reduced metabolism imparted by deuteration.

24

50.     For example, several companies—including Concert, DeuteRx, and Auspex (EX1041, 2)—rely on the premise that modifying known compounds with deuterium will produce drugs that are, at worst, equally as efficacious as their FDA-approved parent compound.  EX1007 ¶¶51–52; EX1011, 3; EX1041, 1–3.  "[B]ecause known drugs are used as the starting point for the deuterium-for-hydrogen switch, efficacy and safety have already been established and the risk of failure is much lower."  EX1137, 4.  As Concert's CEO has explained, "the easiest way to find a drug is to start with one."  EX1011, 5.

51.     Dr. Ortiz de Montellano attempts to reframe the issue by comparing the development of Compound (I) with that of novel drug discovery, asserting, e.g., "Dr. Patterson also seemingly ignores the potential for differences between Compound (I) and ruxolitinib."  EX2068 ¶41.  Unlike novel drug discovery, all of the fundamental science has been done for the parent drug.  *E.g.*, EX1033, 16–17.  Aside from the slowing of metabolism, there are no differences between Compound (I) and ruxolitinib.

52.     Indeed, the ability to leverage the vast amount of data generated for the original drug is a central to deuterium-modification strategy.  EX1007 ¶¶54–55; EX2075 ¶¶56–62; EX1033, 16–17; EX1044, 8.  Concert has explicitly stated:

> In our drug discovery and development processes, ***we build on the significant existing information regarding the corresponding non-***

*deuterated compound.* This allows us to efficiently identify lead compounds and, in some cases, shorten the amount of time necessary to initiate clinical trials as compared to conventional small molecule drug research and development.

EX1138, 5; *see also* EX1034, 2.

53.    Thus, to the extent that a POSA would have been motivated to use ruxolitinib for alopecia areata, one would have been motivated to use any of the compounds disclosed in *Silverman* because *at worst* a POSA would expect them to have the same clinical effect as ruxolitinib.

### B.    Compound (I)

54.    I also disagree with Dr. Ortiz de Montellano's contention that "[a] POSA would have had no basis to select an octa-deuterated version of ruxolitinib from just the structure of ruxolitinib."  EX2068 ¶55.  To the contrary, the metabolic hot spots for ruxolitinib and the practice of deuterating at these positions was explicitly taught by *Silverman*, were known in the art, and would have motivated a POSA towards Compound (I) in particular.  That is, while all of the compounds in *Silverman* would have been expected to work as ruxolitinib substitutes, the potential for gains in metabolic stability offered by Compound (I) based on deuteration of ruxolitinib's known metabolic hot spots would have motivated a POSA towards its use specifically.

26

55.     As Dr. Patterson explained, Compound (I) "stood out from the other deuterated analogs in *Silverman* as it was deuterated at ruxolitinib's primary sites of metabolism, i.e., its 'metabolic hotspots.'"  EX1007 ¶153.  As a POSA would have readily understood, deuterium substitution specifically targets these locations to achieve the greatest kinetic isotope effect ("KIE").  EX1007 ¶153.  Compound (I) is simply ruxolitinib deuterated at these metabolic hot spots.

56.     *Silverman* specifically identifies the metabolic hot spots of ruxolitinib as the 2- and 3- positions on its cyclopentyl ring.  EX1002, 3:7–14.  In particular, *Silverman* explained that

> Three metabolites [of ruxolitinib] in humans have been identified as
> active, that resulting from hydroxylation at the 2-position on the
> cyclopentyl moiety, that resulting from hydroxylation at the 3-position
> on the cyclopentyl moiety and the ketone resulting from further
> oxidation at the 3-position on the cyclopentyl moiety.

EX1002, 3:7–14.  *Silverman* supports this point by directing the reader to *Shilling* (EX1055) and the ruxolitinib prescribing information (EX1004).  EX1002, 3:7–14.

57.     *Shilling* (EX1055) further shows the 2- and 3- positions on ruxolitinib's cyclopentyl ring as its metabolic "hotspots."

Incyte Exhibit 1120 - Page 29 of 45
Incyte v. Concert - PGR2021-00006
Appx6921



Figure 3 (EX1055, 6 (highlights added))

58. *Shilling* explained that "the sum of parent and metabolites containing oxidation on the 2- or 3-position of the cyclopentyl moiety accounted for >90% of the circulating drug-related material." EX1055, 8. *I.e.*, the vast majority of the metabolism of ruxolitinib occurs at these positions.

59. This express guidance from *Silverman* to deuterate at ruxolitinib's metabolic hotspots—leading to Compound (I)—was reinforced by the art as a whole, which was replete with references directing a POSA to deuterate at the metabolic hot spots. EX1035, 5–6 ("[T]he replacement of hydrogen atoms ***at***

28

*metabolically labile sites* with deuterium atoms can result in a slower metabolism due to the kinetic isotope effect."); EX1036, 1 ("Our approach to tramadol analogs took advantage of the primary kinetic isotope effect to slow CYP450-mediated metabolism…. Replacing hydrogen with deuterium *at metabolically active sites*"); EX1053, 2 ("Our approach was based on the primary kinetic isotope effect. As nintedanib's major metabolic pathways are methyl ester cleavage and oxidative N-demethylation, we *therefore replaced the hydrogen atoms at the active sites with deuterium*…."); *see also* EX2075 ¶¶71–82; EX1034, 4–5.

60.     Moreover, while unnecessary to select Compound (I), *Silverman* further explicitly calls out the compounds deuterated at ruxolitinib's hot spots via its three exemplary syntheses—all of which disclose methods of synthesizing compounds deuterated at the 2 and 3 positions of the cyclopentyl ring. EX1002, 12:43–15:45, 23:1–34:20. And claim 7—the only claim to specific species in the *Silverman* patent—recites three compounds, including Compound (I), deuterated at the hot spots. EX1002, claim 7; EX1007 ¶152.

61.     Thus, I disagree with Dr. Ortiz de Montellano's contention that without the metabolic data in *Silverman* and the 2015 Uttamsingh Declaration (EX1045, 407, 416) "there is nothing left in the Silverman reference that would lead a POSA to select the octa-deuterated Compound 111/Compound (I)." EX2068 ¶57. As Dr. Ortiz de Montellano explains, "[w]ith deuterated compounds,

29

the most promising candidate is the one that has the greatest increase in metabolic

stability." EX2068 ¶58. Based on the express teachings of *Silverman*, a POSA

would have expected that deuteration at ruxolitinib's metabolic hotspots would

provide the greatest potential increases in stability relative to ruxolitinib.

62.     I also disagree with Dr. Ortiz de Montellano's opinion (EX2068 ¶47)

that the metabolic stability data disclosed in *Silverman* and the 2015 Uttamsingh

Declaration (EX1045, 407, 416) do not point to Compound (I). These data would

have pointed a POSA to Compound (I) as they confirm that, as expected,

deuteration at ruxolitinib's known metabolic hotspots increased its metabolic

stability.

63.     First, contrary to Dr. Ortiz de Montellano's assertion (EX2068 ¶¶56–

57), the data in *Silverman* further supported the selection of Compound (I). These

data show that partial deuteration of ruxolitinib's known metabolic hotspots in

Compounds 103 and 107 produced metabolic stability gains of 17% and 23%

while Compound 127, deuterated at all of the hot spots (plus one additional

location that was not a metabolic hotspot), produced an even larger gain of 121%.

EX1002, 25:5–20. A POSA would have expected that Compound (I), also

deuterated at all of the hotspots, would produce gains in stability similar to those of

Compound 127.

Incyte Exhibit 1120 - Page 32 of 45
Incyte v. Concert - PGR2021-00006
Appx6924

Drug News & Perspectives 2010, 23(6): 398-404

PERSPECTIVE

# THE KINETIC ISOTOPE EFFECT IN THE SEARCH FOR DEUTERATED DRUGS*

There can be no doubt that the deuterium-for-hydrogen switch is an intuitively satisfying approach to the development of drugs.

*by Liming Shao and Michael C. Hewitt*

## ISOTOPE AND KINETIC ISOTOPE EFFECT

Isotope, a Greek term for "at same place" was first used by Frederick Soddy (1877–1956, English radiochemist, Nobel laureate for Chemistry 1921) based on a suggestion by Margaret Todd. Initially, Soddy used the word for the radioactive (unstable) atoms. Later, Sir Joseph John "J.J." Thomson (1856–1940, British physicist and Nobel laureate for Physics 1906) demonstrated that nonradioactive (stable) atoms could also have multiple isotopes (1).

Isotopes of the atoms have the same number of protons (atomic number) but different numbers of neutrons (different mass number, protons + neutrons). For example, hydrogen has three naturally occurring isotopes, protium ($^1H$), deuterium ($^2H$) and tritium ($^3H$), with mass numbers 1, 2 and 3, respectively. Hydrogen has atomic number 1 so each of its isotopes has 1 proton. The number of neutrons in each of these isotopes is therefore 0, 1 and 2, respectively (Fig. 1).

Deuterium ($^2H$) is a nonradioactive (stable) isotope of hydrogen and has 0.015% natural abundance. Water ($H_2O$) contains 11.11% hydrogen, which means that a 500-mL bottle of water contains 55.55 g of hydrogen and ~8 mg of deuterium (Table I). A human body contains 15 mg/kg of deuterium, of which 0.23 mg/kg is taken in with food and 6.7 mg/kg taken in with water (2).

The biological consequences of enriched stable deuterium usage have been well studied; deuterium-related toxicity can only be produced if deuterium becomes >15% of body water, which gives a large safety window for using deuterium (3-5).

Isotopic labeling of compounds has been used by both chemists and biologists to probe reaction mechanisms and understand biological pathways. Organic chemists have long exploited the kinetic isotope effect (KIE), where substitution of a carbon–deuterium bond for a carbon–hydrogen bond affects the rate of a chemical reaction, but not the intrinsic chemical reactivity. A primary KIE is observed when the bond to the isotopically substituted atom is broken in the rate-determining step of the reaction, and is said to exist when $K_H/K_D$ is greater than 2 (6). The origin of the KIE lies in the lower zero point energy of C–D bonds versus C–H bonds due to the lower vibrational frequency of a C–D bond. This lowers the energy of a C–D bond relative to a C–H bond and increases the energy required to reach the transition state for bond cleavage (Fig. 2).

Chemical reactions are slower with deuterated analogues when the rate-limiting step involves breaking a C–D bond. The rate change with any isotopically labeled substrate is related to the reduction in vibrational frequency of the affected bond and is greatest when the relative mass change is greatest. Changing from hydrogen to deuterium is a 100% increase in mass, while changing from $^{12}C$ to $^{13}C$ is only an 8% increase in mass. For this reason, deuterium KIE gives the largest effect on reaction rate (Table II) (7).

Correspondence: L. Shao, liming.shao@sepracor.com.
*This paper is dedicated to the memory of Dr. Ludmila (Lily) Birladeanu.

## SUMMARY

The kinetic isotope effect has long been exploited by physical organic chemists to study reaction mechanisms due to its effect on reaction rates when cleavage of a C-isotope bond is rate determining. Medicinal chemists have also used the deuterium kinetic isotope effect to slow the cytochrome P450 metabolism of the deuterated versions of drug candidates, with the first in vitro microsome studies of deuterated morphine appearing in the literature in the 1960s, and a deuterated alanine compound from Merck going all the way to phase IIb in the 1970s. The recent emergence of companies such as Concert Pharmaceuticals and Auspex Pharmaceuticals, based solely on the idea of deuterium-for-hydrogen versions of existing drugs, has reinvigorated the backers of the deuterium camp, and established the strategy as a viable low-risk approach to drug development. A history of the deuterium kinetic isotope effect is presented, along with examples of deuterated drugs that span 50 years, from 1960 to present day. Specific examples of compounds from the Concert and Auspex pipelines are also analyzed and the pros and cons of their approach are discussed.

## HISTORY OF USING KIE FOR PHARMACEUTICAL DISCOVERY RESEARCH

The deuterium KIE has been exploited in biological systems by medicinal chemists for

Copyright © 2010 Prous Science, S.A.U. or its licensors. All rights reserved. CCC: 0214-0934/2010. DOI: 10.1358/dnp.2010.23.6.1426648

Incyte Exhibit 1137 - Page 1 of 7
Incyte v. Concert - PGR2021-00006

Appx7542

**Figure 4.** Examples of deuterated analgesics and D3-methsuximide

**Figure 5.** MK-0641, 2-deutero-3-fluoro-D-alanine.

diagnosing and monitoring insulin resistance, and as an improvement over the standard OGTT used in clinical medicine that utilizes nonlabeled glucose (21).

The term "metabolic switching" was coined by Horning et al. in 1976 (22) to describe the change in in vivo metabolism of antipyrine upon replacement of a C3-methyl group with a C3-deuteromethyl group. The major urinary metabolite switched from oxidation of the C3-methyl group to N-demethylation, which had previously been a minor metabolic pathway (23). A pronounced switching effect was also observed in vitro with deuterated antipyrine compounds using homogenized rat liver, with metabolism seen at the site (either C3 or nitrogen) that was not deuteromethylated. The switching effect has also been studied in detail for the oxidation reaction of deuterated testosterone derivatives and CYP450-3A4, where the authors concluded that switching did occur due to deuterium substitution at the 6β position (24). In addition, the authors stated that substrate interactions in the large active site of 3A4 and oxygen activation steps had as much to do with overall rates of reaction (i.e., metabolism) as did the chemical lability of the substrates. What this means for drug designers seeking to exploit the deuterium-for-hydrogen pathway to a more stable drug is that the path might be a bit rockier than expected. Blocking a site of in vitro metabolism with a deuterium atom may not improve half-life because the metabolic profile may be different in vivo, or metabolic switching might shunt metabolism toward a (previously) minor pathway. A review from 2006 sought to highlight this fact by pointing out the complexities involved with blocking CYP-mediated metabolism, and predicted that metabolic blocking would not be an effective strategy for development of new drugs, except in highly specialized circumstances (25). The founders of Concert and Auspex Pharmaceuticals may have found just the circumstances (and drugs) necessary to make the deuterium-for-hydrogen approach work as a novel business model.

## DEVELOPMENT OF DEUTERATED DRUGS—A NEW BUSINESS MODEL

The discovery and development of new drugs is a difficult proposition due to the high failure rate and intrinsically high costs. The widely quoted figure of ~ USD 800 million (26) to develop a new drug over a time frame of 10–15 years will only rise in the future as clinical trials become larger to more accurately assess risk of drugs targeting new mechanisms. The vast majority of preclinical compounds synthesized en route to a new drug are discarded for scientific reasons such as lack of effect, toxicity or poor pharmacokinetics. Even compounds advancing as far as phase III clinical trials have no guarantee of approval, and can be easily abandoned for lack of efficacy, toxicity or both. This panorama has led many scientists and companies to examine routes to new drugs that have a higher probability of success through a short-circuiting of the tra-

ditional drug discovery process, so-called modified-risk approaches. Although traditionally viewed in a negative light by large pharma researchers, whose work is most often used as the template for the modified-risk approaches, the success of the approach in shaving time off the process is beyond question. A number of modified-risk approaches have been developed over the years, including patent busting, salt switches, chiral switches and deuterium-for-hydrogen exchange.

Probably the most well-known company involved in the chiral switching business was Sepracor, founded in 1984 by Timothy Barberich. The basis for the Sepracor business model initially was to file patents on single isomers of marketed racemic drugs and eventually license the rights for the single enantiomer back to the inventor companies, thus creating royalty income. Sepracor also gained exclusive rights for several compounds not sold in the U.S. and built a pharmaceutical business with > USD 1 billion in revenue selling the compounds *Lunesta®* (eszopiclone), *Xopenex®* (levalbuterol hydrochloride) and *Brovana®* (arformoterol tartrate). In almost a direct copy of the Sepracor approach, Concert Pharmaceuticals filed patents on deuterated versions of marketed drugs, which was previously uncharted territory in the patent landscape.

### Concert Pharmaceuticals

Concert Pharmaceuticals was cofounded by Richard Aldrich, Roger Tung and Christopher Westphal in April 2006 (http://www.concertpharma.com/). Concert is one of few rapidly growing companies during the recent economic downturn. The company is led by an experienced management team and has raised over USD 110 million since its inception. Dr. Roger Tung, cofounder and CEO, was named as 2009 Mass High Tech All-star.

As a business strategy, rapid and broad intellectual property coverage was also executed effectively. Concert filed more than 100 patent applications for new drug candidates covering a broad range of therapeutic areas since it was started (Table III). Concert's first patents were granted by the U.S. Patent and Trademark Office in 2009. Their research and development programs target HIV, infection, immune system deficiencies and CNS disorders.

Incyte Exhibit 1137 - Page 3 of 7
Incyte v. Concert - PGR2021-00006

Appx7544

**Table III.** Concert Pharmaceuticals pipeline (based on information from Concert Pharmaceuticals' website, November 2009).

| Compound | Indication | Mechanism | Partner | Phase |
|---|---|---|---|---|
| CTP-518 | HIV | Protease inhibitor | GlaxoSmithKline | Phase Ib |
| CTP-347 | Hot flashes | Selective serotonin reuptake inhibitor | Internal | Phase I completed |
| C-21246 | Chronic kidney disease | Anti-inflammatory | GlaxoSmithKline | Preclinical |
| C-20081 | Infection | MRSA infection | Internal | Preclinical |
| | Gastrointestinal motility | 5-HT$_4$ partial agonist | | Research |
| | Pain/anxiety | GABA modulator | | Research |
| | PAH | Oral prostanoids | | Research |
| | Hepatitis C virus | Protease inhibitor | | Research |
| | Epilepsy | Sigma agonist | | Research |

The essence of the Concert approach is the replacement of deuterium for hydrogen at select sites in known drugs to explore if the deuterium analogues have an altered pharmacokinetic profile and give improvements in efficacy and safety. In addition, because known drugs are used as the starting point for the deuterium-for-hydrogen switch, efficacy and safety have already been established and the risk of failure is much lower.

Large pharmaceutical companies have taken notice of the Concert approach, and in June 2009, Concert announced a strategic partnership with GlaxoSmithKline to develop and commercialize deuterium-containing drugs, including CTP-518, a protease inhibitor for the treatment of HIV (27). CTP-518 is a deuterated version of the HIV protease inhibitor atazanavir, developed and sold by Bristol-Myers Squibb. While the exact structure of CTP-518 has not been disclosed, WO 2008156632 disclosed a number of deuterated analogues of atazanavir, including Compound 120 (Fig. 6) (28). Pharmacokinetic studies in chimpanzees with codosing of Compound 120 and atazanavir showed higher levels of Compound 120 compared to atazanavir, which indicated a slower rate of metabolism of the deuterated analogue, and a longer $t_{1/2}$ for Compound 120 compared to atazanavir. The compounds disclosed in WO 2008156632 were also tested for their ability to kill CEM-SS cells infected with the HIV-1 virus; the deuterated compounds of the invention had EC$_{50}$s similar to that of atazanavir (below 1 nM) and similar serum shifts (2- to 3-fold).

In November 2009, Concert announced the initiation of a phase Ib trial of CTP-518 to determine if the compound could maintain acceptable blood concentrations to suppress HIV replication without a boosting agent such as ritonavir, when used as part of a standard three-drug regimen (29). Current standard HIV therapy calls for all



Atazanavir

Compound 120 from WO 2008156632

**Figure 6.** Structures of atazanavir and Compound 120 from Concert Pharmaceuticals patent publication WO 2008156632 (28).

Incyte Exhibit 1137 - Page 4 of 7
Incyte v. Concert - PGR2021-00006

Appx7545

10-K 1 d678994d10k.htm 10-K

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM 10-K

**(Mark One)**

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended: December 31, 2013

or

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number: 001-36310

# CONCERT PHARMACEUTICALS, INC.

### (Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **20-4839882** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**99 Hayden Avenue, Suite 500**
**Lexington, Massachusetts 02421**
**(Address of principal executive offices) (Zip Code)**

Registrant's telephone number, including area code: (781) 860-0045

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, par value $0.001 per share | The NASDAQ Global Market |

Securities registered pursuant to Section 12(g) of the Act:

None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☐   No ☒

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☐   No ☒

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒  (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |

Incyte Exhibit 1138 - Page 1 of 172
Incyte v. Concert - PGR2021-00006
Appx7549

Table of Contents

PART 1

ITEM 1.   **Business**

**OVERVIEW**

We are a clinical stage biopharmaceutical company applying our extensive knowledge of deuterium chemistry to discover and develop novel small molecule drugs. Our approach starts with approved drugs, advanced clinical candidates or previously studied compounds that we believe can be improved with deuterium substitution to provide better pharmacokinetic or metabolic properties and thereby enhance clinical safety, tolerability or efficacy. We believe our approach may enable drug discovery and clinical development that is more efficient and less expensive than conventional small molecule drug research and development.

We have a robust pipeline, including three clinical-stage candidates and a number of preclinical compounds that we are actively developing. Our clinical programs are CTP-354 for spasticity associated with multiple sclerosis and spinal cord injury, CTP-499 for diabetic kidney disease and AVP-786 for neurologic and psychiatric disorders under our collaboration with Avanir. We also have ongoing collaborations with Celgene, for deuterated compounds including CTP-730, which is in preclinical development for inflammatory diseases, and with Jazz Pharmaceuticals, for JZP-386, a deuterated analog of sodium oxybate, the active ingredient in its marketed drug Xyrem®, which is in preclinical development for narcolepsy. Between our wholly owned and collaboration programs, we expect to have up to five product candidates in clinical development by the end of 2014, including at least two product candidates in Phase 2 clinical trials.

We believe we are the leader in applying deuterium chemistry in drug discovery and development. Deuterium is similar to hydrogen in size and shape. However, deuterium differs from hydrogen in one pharmaceutically important respect—deuterium forms a more stable chemical bond with carbon. This increased stability has the potential, through the selective substitution of deuterium for hydrogen, to improve pharmacokinetic and metabolic properties without changing a compound's intrinsic biological activity. We believe that our application of deuterium chemistry, which we refer to as deuteration, is an efficient way to build on existing knowledge to create important new medicines.

We have built a deuterated chemical entity platform, which we refer to as our DCE Platform®. Our platform comprises the proprietary know-how, techniques and information that we have accumulated since our inception in 2006. Our DCE Platform allows us to efficiently identify compounds for deuteration and to design, evaluate, develop and manufacture deuterated compounds.

In our drug discovery and development processes, we build on the significant existing information regarding the corresponding non-deuterated compound. This allows us to efficiently identify lead compounds and, in some cases, shorten the amount of time necessary to initiate clinical trials as compared to conventional small molecule drug research and development. In clinical development, we believe that the Food and Drug Administration, or FDA, and comparable foreign regulatory authorities may allow some of our compounds that are deuterated analogs of approved products, or of compounds for which approval is pending, to follow an expedited development pathway by relying on previous clinical and preclinical data related to the non-deuterated compound. For example, in June 2013, Avanir reported that the FDA agreed to an expedited development pathway for AVP-786, permitting Avanir to reference data from its development of dextromethorphan and quinidine in its investigational new drug application, or IND, and any future New Drug Application, or NDA, for AVP-786.

We are utilizing our DCE Platform to discover and develop product candidates for a variety of indications. CTP-354, CTP-499 and AVP-786 are advancing in clinical trials and we have multiple preclinical candidates, two of which we expect to move into clinical trials in 2014. Our priority programs include:

- CTP-354, a novel, potentially first-in-class, non-sedating treatment for spasticity that we are initially developing for use in patients with multiple sclerosis and patients with spinal cord injury to address a

2

Incyte Exhibit 1138 - Page 5 of 172
Incyte v. Concert - PGR2021-00006

Appx7553

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL
BOARD

INCYTE CORPORATION,
Petitioner

v.

CONCERT PHARMACEUTICALS, INC.,
Patent Owner

Case PGR2020-00006
Patent No. 10,561,659

## Declaration of Dr. William Damsky, MD, Ph.D

I declare that all statements made herein of my knowledge are true, that all statements made herein on information and belief are believed to be true, and that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

By: /  ~~William Damsky~~  /          Date: 11/12/2021

Incyte Exhibit 1161 - Page 1 of 51
Incyte v. Concert - PGR2021-00006

## IV.   A POSA would have been motivated to treat AA patients with ruxolitinib

### A.   Preclinical Work by Xing and Christiano Provided a Scientific Foundation That Was Relied Upon for the Clinical Use of Ruxolitinib to Treat AA

26.     Dr. Ko's assertion that "as of May 4, 2016, the pathogenesis of AA was still unknown, yet was thought to involve a complex pathway involving many different biological components, any number of which could have been considered a potential therapeutic target for AA" (EX2059 ¶32) as a basis to argue that "the prior art would not have indicated to a skilled artisan whether JAK inhibitors in general—or ruxolitinib in particular—could be used successfully to treat AA" (EX2059 ¶38) is not an accurate depiction of the state of the art.

27.     At least by May 4, 2016, the mechanistic underpinnings of AA had been firmly established in the widely cited report from Xing and colleagues[1] ("*Xing*," EX1003) in the prominent publication *Nature Medicine*, focusing the alopecia community on JAK inhibitors and leading to their use in both clinical trials and practice.  Indeed, *Xing*'s title "Alopecia areata is driven by cytotoxic T lymphocytes and is reversed by JAK inhibition"—directly addresses and refutes both points raised by Dr. Ko.

---

[1] Much of the work discussed in *Xing* was contained in an earlier filed patent *Christiano* (EX1005) from the same group in 2012.

28.     *Xing* demonstrated in 2014 that cytotoxic CD8+ (NKG2D+) T cells are responsible for hair follicle attack and resulting hair loss in AA using the C3H/HeJ mouse model.[2]  EX1003, 5.  In particular, *Xing* showed that CD8+ T cells were both necessary and sufficient for AA development.  EX1003, 5.  Demonstrating necessity and sufficiency meets the highest standard of scientific rigor in establishing a disease mechanism.

29.     *Xing* further demonstrated that IFN-γ, IL-2, and IL-15 cytokines are the primary mediators of the CD8+ T cell response in AA patients.  EX1003, 5.

30.     Specifically, *Xing* reported that analysis of AA tissue from both humans and mice (C3H/HeJ) revealed an IFN-γ activation signature (EX1003, 5) and that administration of IFN-γ neutralizing antibodies to mice with AA prevented development of hair loss and abrogated CD8+NKG2D+ infiltration into the skin.  EX1003, 8.  This observation was consistent with the well-established requirement for IFN-γ in effective cytotoxic CD8 T cell responses.  EX1003, 8.  ("The role of IFN-γ in AA was previously investigated using both knockout studies and administration of IFN-γ, where IFN-γ-deficient mice were resistant and

---

[2] The C3H/HeJ mouse model was considered the gold-standard preclinical model for AA.

Incyte Exhibit 1161 - Page 13 of 51
Incyte v. Concert - PGR2021-00006
Appx7969

exogenous IFN-γ precipitated disease.").  IFN-γ requires the activity of JAK1/2 to exert its effect.  EX1003, 9.

31.     *Xing* also identified increased IL-2 and IL-15 activity in both the mouse and human AA skin.  EX1003, 5.  Blockade of either IL-2 or IL-15 activity (the latter via IL-15Rβ blockade) was shown to prevent hair loss in the C3H/HeJ model.  EX1003, 7–8.  IL-2 and IL-15 also require activity of the JAK-STAT pathway in order to transmit their effects (in particular both utilize and require JAK1 and JAK3).  EX1003, 8–9.

32.     Thus, *Xing* identified inhibition of JAK proteins as the key treatment target in AA given that they regulate the downstream effects of these cytokines (including IFN-γ, IL-2, and IL-15).  EX1003, 5.  In particular, *Xing,* identified inhibition of JAK1/2 (IFN-γ) or JAK1/3 (IL-2 and IL-15) as an approach to treat AA.  EX1003, 5.

33.     To test this, *Xing* performed *in vitro* experiments which demonstrated that ruxolitinib (a JAK1/2 inhibitor) and tofacitinib (a JAK1/3>2 inhibitor, or pan-JAK inhibitor) both inhibited JAK-STAT pathway activation in both hair follicles and T cells.  EX1003, 9.  Administration of tofacitinib or ruxolitinib "prevented the development of AA and the expansion of CD8+NKG2D+ T cells in all grafted recipients."  EX1003, 10.  Consistent with these results, topical application of both

14

ruxolitinib and tofacitinib was found to reverse established AA in CH3/HeJ mice.[3] EX1003, 8 (Fig. 3).

34.    Taking these results together, *Xing* demonstrated that inhibition of JAK proteins with either ruxolitinib or tofacitinib could block IFN-γ, IL-2, and IL-15 activity, and reverse established AA—i.e., regrow hair.[4]  EX1088, 13 ("Recently, Xing et al demonstrated the role of cytotoxic T lymphocytes in

---

[3] Dr. Ko repeatedly suggests that reported clinical efficacy of ruxolitinib and other JAK inhibitors could be due to spontaneous remissions in the absence of a controlled, randomized clinical trial.  *E.g.*, EX2059 ¶27.  While not a human clinical trial, *Xing* directly established that treatment with ruxolitinib was a drug effect (not spontaneous remission) in another mammal by comparing treated and untreated areas of skin in individual mice.  *E.g.*, EX1003, 10 ("A full coat of hair emerged in the ruxolitinib- or tofacitinib-treated mice by 7 weeks of treatment (data not shown), and we observed complete hair regrowth within 12 weeks following topical therapy (Fig. 4a,b )…. Notably, untreated areas on the abdomen remained alopecic…."); EX1003, 9 (Fig. 4).

[4] Subsequent experiments in CH3/HeJ mice similar to those preformed in *Xing* demonstrated that baricitinib, another JAK1/2 inhibitor, had the same effect of downregulating IFN activity.  EX1021, 1.

Incyte Exhibit 1161 - Page 15 of 51
Incyte v. Concert - PGR2021-00006
Appx7971

alopecia areata (AA) and provided important mechanistic information on the

pathogenic T-cell inflammatory pathways in patients with this autoimmune

condition.").

35.     The effect of blocking JAK1 demonstrated by *Xing* to treat AA is

summarized below in Figure 1.  Blocking JAK1 (and/or JAK2) with ruxolitinib or

tofacitinib inhibits phosphorylation of STAT1 (p-STAT1), a marker of JAK-STAT

pathway activation downstream of IFN-γ.  Similarly, blocking JAK1 (and/or

JAK3) with ruxolitinib or tofacitinib inhibits phosphorylation of STAT5 (p-

STAT5), a marker of JAK-STAT pathway activation downstream of IL-15.  The

effect of blocking JAK1 (and/or JAK3) with ruxolitinib or tofacitinib on signaling

downstream of IL-2 is not pictured, but also occurs.  As a result, the ability of

CD8+ T cells to attack the hair follicle and ultimately cause hair loss in AA

patients is reduced.

16



**Figure 2** (EX1014, 2)

36.    *Xing* was extensively cited by those in the field and is widely credited

as the impetus for the use of JAK inhibitors to treat AA.  EX2019, 5, 12; EX2037,

1; EX2040, 5, 18; EX2041, 1; EX1013, 1; EX1014, 1; EX1015, 12, 15; EX1016, 1,

11; EX1020, 18, 25; EX1021, 1; EX1022, 8, 11; EX1031, 9, 10; EX1050, 2;

EX1088, 13; EX1139, 1; EX1140, 3.

37.    For instance, *Blue-Peytavi* explained that "Xing et al., 2014

demonstrated that the interferon γ (IFNγ) signaling pathway is upregulated in AA

lesional skin, and that the use of JAK inhibitors was able to reverse symptoms of

the disorder in mice and in three humans with AA."  EX2037, 1.  The authors note

that "***today it is assumed*** that CD8 + NKG2D+ T effector memory cells mediate

alopecia areata in part through Janus kinase (JAK) signaling and that alopecia

areata might be treated with JAK inhibitors" and that "[t]his assumption has been

17

supported by clinical use of JAK inhibitors within a clinical study setting (Xing et al., 2014)." EX2037, 1.

38.     Similarly, a 2015 review explained that "[t]he efficacy of ruxolitinib for treatment of AA in this study by Xing *et al.* is ***striking***" and further noted "the [Xing] authors' elegant synergy of genetic data from GWAS, of human and mouse data, and new *in vivo* and *in vitro* studies dissecting the mechanism of disease have led to this very promising path for therapy." EX1014, 2. Elsewhere, *Pieri* describes *Xing* as the "seminal report" that made "***clear*** that the remission of alopecia universalis was a highly desirable 'side effect' of therapy in our patient receiving ruxolitinib for other reasons." EX1012, 7.

39.     Further, contrary to Dr. Ko's suggestions (EX2059 ¶39), lack of a *complete* understanding of how JAK inhibitors worked for AA would not have— and did not prevent—their use for the treatment of AA. As discussed in the following section, by May 2016, JAK inhibitors including ruxolitinib had already been used to successfully treat AA patients.

40.     Moreover, many common AA treatments are routinely used despite an incomplete understanding of their mechanism of action. For instance, minoxidil has been used for many years to treat AA yet even today "[t]he mechanism of action through which minoxidil stimulates the hair follicle has not been fully clarified." EX1141, 5. Likewise, Dr. Ko asserts that "[r]uxolitinib's efficacy in

18

treating the blood cancers is not known," (EX2059 ¶37) yet ruxolitinib has been

FDA approved for treating blood cancer (myelofibrosis). EX1004, 4 ("Initial U.S.

Approval:- 2011").

### B. Clinical Success of JAK Inhibitors for AA Had Been Demonstrated

41. I disagree with Dr. Ko's opinion regarding how a POSA would have

viewed the numerous case reports disclosing efficacious treatment of AA with

ruxolitinib—such as EX1012, EX1031, and EX1088—including his opinion that

"none of these case reports would have motivated a POSA to administer ruxolitinib

to treat AA." EX2059 ¶68; *see also* EX1009 ¶¶22–25. To the contrary, these case

reports demonstrate that a POSA would have been—and was in fact—further

motivated to administer ruxolitinib to treat AA based on the scientific foundation

established by *Xing* and *Christiano* and the case reports that put their teachings into

practice.

### 1. Ruxolitinib's reported clinical efficacy in AA would have been relied upon

42. Dr. Ko's opinion's that a POSA would not have relied on case reports

reporting AA treatment efficacy with ruxolitinib in the absence of confirmatory

19

clinical trial data[5] ignores that by May 2016, ruxolitinib was already being used for the treatment of AA and its efficacy was corroborated by clinical trials.

43. The first clinical trial of ruxolitinib for AA, NCT01950780 "An Open-Label Pilot Study to Evaluate the Efficacy of ruxolitinib in Moderate to Severe Alopecia Areata," was conducted by the group of researchers at Columbia University that authored *Xing* and *Christiano* and is shown on Clinicaltrials.gov with a posting date of September 25, 2013. EX1142, 1. In its online version, *Xing* identifies NCT01950780 as the human clinical study the authors initiated as "a single center, proof-of-concept clinical trial" and that *Xing* describes the first three treated patients from that study. EX1018, 8. Early returns from this trial reported "[a]ll three ruxolitinib treated patients exhibited near-complete hair regrowth." EX1003, 10; EX1018, 8 ("The first three treated patients [NCT01950780] are described here.").

---

[5] *E.g.*, EX2059 ¶68 ("A POSA would have been particularly hesitant to assign a great deal of significance to these anecdotal reports because the POSA would have been aware of other drugs that had seemed promising in early case reports but ultimately did not prove to be safe and efficacious in clinical trials.").

20

Incyte Exhibit 1161 - Page 20 of 51
Incyte v. Concert - PGR2021-00006

44.    *Xing* demonstrates that ruxolitinib was already being successfully used to treat AA based on the motivation and expectation of success from the extensive preclinical work:

> To test whether inhibition of these signaling pathways would be therapeutically effective *in vivo*, we systemically administered ruxolitinib [to mice]….  We next asked whether systemic tofacitinib treatment could reverse established disease by initiating therapy 7 weeks after grafting, a time point at which all mice had developed extensive AA….  To test the efficacy of JAK inhibitors in human subjects with AA, we treated three patients with moderate to severe disease orally with ruxolitinib, 20 mg twice daily….  All three ruxolitinib treated patients exhibited near-complete hair regrowth within 3 to 5 months of oral treatment.

EX1003, 10.

45.    The same group from Columbia reported results from 12 patients treated with the same 20 mg BID oral ruxolitinib dose; findings that were presented at the 2015 Society for Investigative Dermatology meeting and published in a 2015 issue of the Journal of Investigative Dermatology.  Here, the authors reported that "[n]ine of twelve patients demonstrated a remarkable response" to ruxolitinib and "safety parameters including complete blood count and differential, liver function and lipids remained within normal limits and no serious adverse effects have been reported."  EX1143, 20.

21

46.     Those results were also presented in 2015 at the Ninth World Congress of Hair Research.  The group reported that "[o]ral ruxolitinib showed high efficacy in 9 out of 12 patients, with significant hair regrowth by week 20."  EX1144, 8.[6] These data made clear that the motivation and expectation of success for using ruxolitinib for AA were based on the "evidence-based targeting of immune cells" that "provided rationale to expand clinical trials to include other JAK inhibitors and larger patient cohorts."  EX1144, 8.

47.     These clinical trial results and their discussion in the literature demonstrate that Dr. Ko's opinion that "[t]he prior art would not have motivated a skilled artisan to treat AA with ruxolitinib" does not accurately reflect the state of the art as of May 2016.  EX2059 ¶35.  To the contrary, they show that prior art provided both motivation and expectation of success for the use of ruxolitinib and other JAK inhibitors to treat AA.

### 2.     Reported clinical efficacy of other JAK inhibitors in AA would have been relied upon as supporting the use of ruxolitinib

48.     The reported efficacy of ruxolitinib in treating AA was consistent with and reinforced by case studies reporting the successful use of tofacitinib and

---

[6] The results of this study were more fully described in a later publication. EX1049, 1.

22

Incyte Exhibit 1171 - Page 1 of 167
Incyte v. Concert - PGR2021-00006
Appx8292

```
1           UNITED STATES PATENT AND TRADEMARK OFFICE

2              ------------------------------

3           BEFORE THE PATENT TRIAL AND APPEAL BOARD

4              ------------------------------

5                   INCYTE CORPORATION,

6                       Petitioner,

7                          v.

8           CONCERT PHARMACEUTICALS, INC.,

9                     Patent Owner.

10             ------------------------------

11                 Case PGR2021-00006

12                 Patent No. 10,561,659

13             ------------------------------

14             Videotaped Deposition of

15          PAUL ORTIZ DE MONTELLANO, Ph.D.

16                Conducted Virtually

17             Friday, October 22, 2021

18                  11:05 a.m. EST

19

20   Reported by:

21   MARY F. BOWMAN, RPR, CRR

22   JOB NO. 404799
```

1

2

3

4                    October 22, 2021

5                    11:05 a.m.

6

7

8          Remote deposition of PAUL ORTIZ DE

9    MONTELLANO, Ph.D., held before Mary F. Bowman, a

10   Registered Professional Reporter, Certified

11   Realtime Reporter, and Notary Public of the State

12   of New Jersey.

13

14

15

16

17

18

19

20

21

22

Incyte Exhibit 1171 - Page 2 of 167
Incyte v. Concert - PGR2021-00006

Appx8293

1          APPEARANCES: (BY VIDEOCONFERENCE)

2

3    FINNEGAN HENDERSON, LLP

4    Attorneys for Petitioner

5          901 New York Avenue, NW

6          Washington, DC 20001-4413

7    BY:  MARK FELDSTEIN, ESQ.

8          DREW CHRISTI, ESQ.

9

10

11   GOODWIN PROCTER, LLP

12   Attorneys for Patent Owner

13         100 Northern Avenue

14         Boston, MA 02210

15   BY:  DARYL WIESEN, ESQ.

16

17   Also Present:

18         Frederick Guengerich, Vanderbilt University

19         Charlie Bowman, PD Videographer

20         Brian Krieger, PD Document Technician

21

22

Incyte Exhibit 1171 - Page 3 of 167
Incyte v. Concert - PGR2021-00006

| 1  | in the art would have been concerned that              | 11:53:30 |
| 2  | deuterating ruxolitinib, a metabolic hot spot, with    | 11:53:31 |
| 3  | the intention of slowing the ruxolitinib's             | 11:53:35 |
| 4  | metabolism would have the effect of increasing a       | 11:53:38 |
| 5  | patient's exposure to the drug in a way that would     | 11:53:41 |
| 6  | exacerbate the known toxicities associated with        | 11:53:44 |
| 7  | it."                                                   | 11:53:51 |
| 8  | Q.    And why would a person be concerned              | 11:53:52 |
| 9  | that deuterating a metabolic hot spot could            | 11:53:55 |
| 10 | increase a patient's exposure?                         | 11:54:00 |
| 11 | MR. WIESEN:  Objection to form.                        | 11:54:03 |
| 12 | A.    If a drug's action is terminated by              | 11:54:09 |
| 13 | metabolism at that particular hot spot, then           | 11:54:11 |
| 14 | decreasing the rate of that metabolism would lead      | 11:54:15 |
| 15 | to an increase in the concentration of the active      | 11:54:17 |
| 16 | drug.  And deuteration has a potential of slowing       | 11:54:20 |
| 17 | down the metabolism.                                   | 11:54:29 |
| 18 | Q.    What about deuteration at a non-hot              | 11:54:31 |
| 19 | spot, is there a concern that that would increase      | 11:54:33 |
| 20 | the patient's exposure to the drug?                    | 11:54:36 |
| 21 | MR. WIESEN:  Objection to form.                        | 11:54:39 |
| 22 | A.    Well, hot spots are a loose                      | 11:54:43 |

Incyte Exhibit 1171 - Page 40 of 167
Incyte v. Concert - PGR2021-00006

Appx8331

| 1  | definition.  Any site that's metabolized in a | 11:54:48 |
| 2  | sense, or could be metabolized, is a "hot spot." | 11:54:51 |
| 3  | If it is a position ---but if this is a position | 11:54:54 |
| 4  | totally unrelated to the metabolism, then that | 11:55:00 |
| 5  | would probably not be relevant. | 11:55:03 |
| 6  | Q.    And if there is only minor metabolism | 11:55:06 |
| 7  | at the location, would a person be concerned that | 11:55:08 |
| 8  | deuteration at that location would have an impact | 11:55:11 |
| 9  | on increasing patients' exposure in a potentially | 11:55:16 |
| 10 | dangerous way? | 11:55:21 |
| 11 | MR. WIESEN:  Objection to form. | 11:55:23 |
| 12 | A.    Well, it certainly could have a | 11:55:23 |
| 13 | potential of increasing exposure.  Whether it's a | 11:55:25 |
| 14 | dangerous way would depend on the situation. | 11:55:29 |
| 15 | Q.    Can we turn to Silverman '149 patent | 11:55:36 |
| 16 | which is Exhibit 1002 and it should be in your | 11:55:39 |
| 17 | materials. | 11:55:44 |
| 18 | A.    Yes, I have it. | 11:55:49 |
| 19 | Q.    Can you turn to column 3. | 11:55:54 |
| 20 | A.    OK. | 11:56:03 |
| 21 | Q.    Could you read the paragraph that | 11:56:06 |
| 22 | begins line 7 into the record, please. | 11:56:10 |

Incyte Exhibit 1171 - Page 41 of 167
Incyte v. Concert - PGR2021-00006

Appx8332

| | | |
|---|---|---|
| 1 | A. Yes, that's correct. | 11:59:49 |
| 2 | Q. If you deuterate the 2 and 3 positions | 11:59:51 |
| 3 | on formula A of Silverman, that is compound 1 for | 11:59:56 |
| 4 | the '659 patent, correct? | 12:00:02 |
| 5 | MR. WIESEN: Objection. | 12:00:05 |
| 6 | A. Those are the deuterated positions, | 12:00:07 |
| 7 | yes. | 12:00:10 |
| 8 | Q. Right. I want to be clear for the | 12:00:12 |
| 9 | record, if you deuterate the 2 and 3 positions of | 12:00:14 |
| 10 | Silverman formula A, that is what is called | 12:00:22 |
| 11 | compound 1 in the '659 patent, correct? | 12:00:28 |
| 12 | A. Yes. | 12:00:31 |
| 13 | Q. Now, in paragraph 41, of your prior | 12:00:56 |
| 14 | declaration, Exhibit 1119, where we just were a | 12:01:04 |
| 15 | moment ago, you addressed dose dependent side | 12:01:09 |
| 16 | effects, correct? | 12:01:19 |
| 17 | A. Paragraph 41? | 12:01:22 |
| 18 | Q. Correct. | 12:01:24 |
| 19 | A. So it basically says that if you slow | 12:01:33 |
| 20 | down the metabolism of ruxolitinib by deuterating | 12:01:36 |
| 21 | it, you will have potentially an increased | 12:01:41 |
| 22 | exposure to toxicity from the drug. | 12:01:44 |

UNITED STATES PATENT AND TRADEMARK OFFICE

————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

————————

INCYTE CORPORATION,
Petitioner,

v.

CONCERT PHARMACEUTICALS, INC.,
Patent Owner.

————————

Case IPR2017-01256
Patent 9,249,149 B2

————————

Before ERICA A. FRANKLIN, TINA E. HULSE, and RICHARD J.
SMITH, *Administrative Patent Judges*.

FRANKLIN, *Administrative Patent Judge*.

FINAL WRITTEN DECISION
*35 U.S.C. § 318(a) and 37 C.F.R. § 42.73*

## I.   INTRODUCTION

Incyte Corporation ("Petitioner") filed a Petition requesting an *inter partes* review of claims 1–15 of U.S. Patent No. 9,249,149 B2 (Ex. 1001, "the '149 patent").  Paper 1 ("Pet.").  Concert Pharmaceuticals, Inc. ("Patent Owner") filed a Preliminary Response to the Petition.  Paper 8 ("Prelim. Resp.").  Initially, the Board denied institution of an *inter partes* review of those claims based upon all grounds asserted in the Petition, i.e., one anticipation and two obviousness grounds.  Paper 9.  Thereafter, Petitioner filed a Request for Rehearing relating to the two obviousness grounds asserted.  Paper 12.  The rehearing request was granted.  Paper 13.  On April 9, 2018, the Board instituted an *inter partes* review of claims 1–15 based upon one of the asserted obviousness grounds.  Paper 14 ("Inst. Dec.").

On May 9, 2018, in view of *SAS Institute, Inc. v. Iancu*, 138 S. Ct. 1348 (2018), the Board modified the institution decision to include all of the challenged claims and all of the grounds asserted in the Petition.  Paper 19. Subsequently, with Board authorization, the parties filed a Joint Motion to Limit the Petition, requesting that the Petition and *inter partes* review be limited to the two obviousness grounds asserted.  Paper 20.  The Board granted the joint motion and, thereby, removed the anticipation ground from this proceeding.  Paper 21.

Thereafter, Patent Owner filed a Patent Owner Response to the Petition.  Paper 27 ("PO Resp.").  Petitioner filed a Reply to the Patent Owner Response.  Paper 62 (sealed), Paper 70 (public), (collectively "Reply").[1]  Patent Owner filed an Amended Sur-Reply to Petitioner's Reply

---

[1] The Board previously granted Patent Owner's Unopposed Motion for Entry of a modified version of the Default Standard Protective Order.

Incyte Exhibit 1176 - Page 2 of 53
Incyte v. Concert - PGR2021-00006

to Patent Owner's Response. Paper 85. Petitioner filed a Sur-Sur-Reply to Patent Owner's Amended Sur-Reply. Paper 89.

Patent Owner filed a Contingent Motion to Amend. Paper 44 ("Amend Mot."). Petitioner filed an Opposition to the Contingent Motion to Amend. Paper 63 (sealed), Paper 71 (public), (collectively, "Amend Opp."). Patent Owner filed an Amended Reply to Petitioner's Opposition to the Motion to Amend. Paper 84. Petitioner filed a Sur-Reply to Patent Owner's Reply to Opposition to Motion to Amend. Paper 93 (sealed), Paper 100 (public).

Petitioner filed a Motion for Additional Discovery. Paper 31. Patent Owner filed an Opposition to the Motion for Additional Discovery. Paper 33. Petitioner filed a Reply to the Opposition. Paper 42. We granted the motion, in part. Paper 54.

Petitioner also filed a Motion to Exclude. Paper 94 ("Exclude Mot."). Patent Owner filed an Opposition to the Motion to Exclude. Paper 102 ("Exclude Opp."). Petitioner filed a Reply to Patent Owner's Opposition. Paper 103.

Patent Owner filed a Motion to Submit Supplemental Information. Paper 105. Petitioner filed an Opposition to Patent Owner's Motion to Submit Supplemental Information. Paper 109 (sealed). We denied the motion. Paper 118.

---

Paper 16. The parties have filed a number of motions to seal, many of which are contested. The Board has addressed each of those motions. Papers 101 and 117.

Incyte Exhibit 1176 - Page 3 of 53
Incyte v. Concert - PGR2021-00006

On January 25, 2019, the parties presented arguments at an oral hearing. Paper 98. The hearing transcript has been entered in the record. Paper 113 ("Tr.").

We issue this Final Written Decision pursuant to 35 U.S.C. § 318(a) and 37 C.F.R. § 42.73. Having considered the record before us, we determine that Petitioner has shown by a preponderance of the evidence that claims 1–15 of the '149 patent are unpatentable. *See* 35 U.S.C. § 316(e). Additionally, we deny the Contingent Motion to Amend. We also decide the Motion to Exclude in this Final Written Decision.

## A. Related Proceedings

The parties identify pending U.S. Patent Application No. 14/570,954 as a related matter to this proceeding. Pet. 1; Paper 5, 1. The '149 patent is a continuation of that application.

## B. The '149 Patent

The '149 patent is entitled "Deuterated Derivatives of Ruxolitinib," and issued on February 2, 2016. Ex. 1001, [54], [45]. According to the '149 patent, many current medicines suffer from poor adsorption, distribution, metabolism, and/or excretion ("ADME") properties that limit their use for certain indications. *Id.* at 1:20–23. For example, rapid metabolism can cause drugs to be cleared too rapidly from the body, decreasing the drugs' efficacy in treating a disease. *Id.* at 1:28–31. Another ADME limitation is the formation of toxic or biologically reactive metabolites. *Id.* at 1:39–40.

The cytochrome P450 enzyme ("CYP") is typically responsible for hepatic metabolism of drugs. *Id.* at 1:52–54. As such, the '149 patent identifies deuterium modification as a "potentially attractive strategy for improving a drug's metabolic properties." *Id.* at 2:5–6.

Incyte Exhibit 1176 - Page 4 of 53
Incyte v. Concert - PGR2021-00006
Appx8627

Deuterium modification involves replacing one or more hydrogen atoms of a drug with deuterium atoms in an attempt to slow the CYP-mediated metabolism of a drug or to reduce the formation of undesirable metabolites. *Id.* at 2:6–10. Because deuterium forms stronger bonds with carbon than hydrogen, in certain cases, that stronger bond strength can positively impact the ADME properties of a drug, resulting in the potential for improved drug efficacy, safety, and/or tolerability. *Id.* at 2:11–15.

According to the '149 patent, however, studies measuring deuterium substitution's effect on overall metabolic stability have reported variable and unpredictable results. *Id.* at 2:32–35. The '149 patent explains that the effects of deuterium modification on a drug's metabolic properties are not predictable "even when deuterium atoms are incorporated at known sites of metabolism." *Id.* at 2:42–44. As such, the Specification states that determining whether and how deuterium modification affects the metabolism rate of a drug requires actually preparing and testing the deuterated drug. *Id.* at 2:44–47. Thus, the '149 patent states that "[t]he site(s) where deuterium substitution is required and the extent of deuteration necessary to see an effect on metabolism, if any, will be different for each drug." *Id.* at 2:49–52.

The Specification describes ruxolitinib phosphate as a heteroaryl-substituted pyrrolo [2,3-d]pyrimidine that inhibits Janus Associated Kinases 1 and 2 ("JAK1" and "JAK2"). Those "kinases mediate the signaling of a number of cytokines and growth factors important for hematopoiesis and immune function." *Id.* at 2:53–61. Ruxolitinib phosphate is an approved drug for treating patients with intermediate or high-risk myelofibrosis. *Id.* at 2:66–67. Other potential applications for the drug include treating essential

5

Incyte Exhibit 1176 - Page 5 of 53
Incyte v. Concert - PGR2021-00006
Appx8628

thrombocytopenia, psoriasis, and various forms of cancer. *Id.* at 3:3–6.

Thus, according to the Specification, "[d]espite the beneficial activities of ruxolitinib, there is a continuing need for new compounds to treat the aforementioned diseases and conditions." *Id.* at 3:19–21.

### C.    Illustrative Claims

Petitioner challenges claims 1–15 of the '149 patent, of which claims 1 and 9 are the only independent claims. Claims 1 and 9 are illustrative and are reproduced below:

1. A compound of Formula A:

Formula A

or a pharmaceutically acceptable salt thereof, wherein:

$Y^1$ is a hydrogen;

each $Y^2$ is selected from hydrogen and deuterium, and each $Y^2$
   is the same;

each $Y^3$ is selected from hydrogen and deuterium, and each $Y^3$
   is the same;

$Y^4$ is selected from hydrogen and deuterium;

each $Y^5$ is the same and is selected from hydrogen and
   deuterium; and

6

Incyte Exhibit 1176 - Page 6 of 53
Incyte v. Concert - PGR2021-00006

$Y^6$, $Y^7$, $Y^8$, $Y^9$, and $Y^{10}$ are each independently selected from hydrogen and deuterium; provided that:

each $Y^2$ is deuterium; or

each $Y^3$ is deuterium; or

each $Y^2$ and each $Y^3$ is deuterium.

Ex. 1001, 36:17–53.

Claim 9 is similar to claim 1, except that it is directed to Formula I, which is reproduced below:

Formula I

Formula I is similar to Formula A, except that $Y^9$ and $Y^{10}$ of Formula A are both hydrogen in Formula I.

Claims 2–7 and 10–14 depend from claim 1 or claim 9 and recite specific deuteration patterns of ruxolitinib. Claims 8 and 15 depend from claim 1 and claim 9, respectively, and recite a pharmaceutical composition of claim 1 or claim 9, and a pharmaceutically acceptable carrier.

Incyte Exhibit 1176 - Page 7 of 53
Incyte v. Concert - PGR2021-00006

Appx8630

D.     *Instituted Grounds of Unpatentability*

Petitioner challenges the patentability of claims 1–15 of the '149

patent on the following two obviousness grounds:

| References | Basis | Claims challenged |
|---|---|---|
| Rodgers,[2] Shilling,[3] and Concert Backgrounder[4] | § 103 | 1–15 |
| Jakafi Label,[5] Shilling, and Concert Backgrounder | § 103 | 1–15 |

Petitioner also relies on the Declarations of F. Peter Guengerich,

Ph.D. (Ex. 1002), Jerry Shapiro, M.D. (Ex. 1117), and Ronald A. Thisted,

Ph.D. (Ex. 1129).  Patent Owner relies on the Declarations of Scott

Harbeson, Ph.D. (Ex. 2001 and Ex. 2071, sealed; Ex. 2079, public), Thomas

B. Baille, Ph.D., D.SC. (Ex. 2002), Julian Mackay-Wiggan, M.D., M.S. (Ex.

2048), Paul Ortiz de Montellano, Ph.D. (Ex. 2057), and Dr. Cameron

Cowden, Ph.D. (Ex. 2122, sealed; Ex. 2123, public).

## II.     ANALYSIS

A.     *Person of Ordinary Skill in the Art*

The level of skill in the art is a factual determination that provides a

primary guarantee of objectivity in an obviousness analysis.  *Al-Site Corp. v.*

---

[2] Rodgers et al., US 7,598,257 B2, issued Oct. 6, 2009 ("Rodgers," Ex. 1007).

[3] Shilling et al., *Metabolism, Excretion, and Pharmacokinetics of [14C]INCB018424, a Selective Janus Tyrosine Kinase ½ Inhibitor, in Humans*, 38 DRUG METABOLISM AND DISPOSITION 2023–31 (2010) ("Shilling," Ex. 1005).

[4] CoNCERT Pharmaceuticals, Inc. PRECISION DEUTERIUM CHEMISTRY BACKGROUNDER ("Concert Backgrounder," Ex. 1006).

[5] Jakafi Prescribing Information (revised 11/2011) ("Jakafi Label," Ex. 1004).

Incyte Exhibit 1176 - Page 8 of 53
Incyte v. Concert - PGR2021-00006
Appx8631

*VSI Int'l Inc.*, 174 F.3d 1308, 1324 (Fed. Cir. 1999) (citing *Graham v. John Deere Co.*, 383 U.S. 1, 17–18 (1966); *Ryko Mfg. Co. v. Nu-Star, Inc.*, 950 F.2d 714, 718 (Fed. Cir. 1991)).

Petitioner asserts that a person of ordinary skill in the art as of June 15, 2012, would have had a "master's degree or a Ph.D. in chemistry, biochemistry, pharmaceutics, pharmaceutical sciences, physical organic chemistry or a related discipline," or a lesser degree with more experience. Pet. 9 (citing Ex. 1002 ¶¶ 15–18). Patent Owner asserts that human drug development experience "is a necessary part of the POSA definition." PO Resp. 40. Accordingly, Patent Owner asserts the following definition for a person of ordinary skill in the art at the time of the invention:

> A person of ordinary skill in the art would typically have had a master's degree or a Ph.D. in chemistry, biochemistry, pharmaceutics, pharmaceutical sciences, physical organic chemistry or a related discipline. Alternatively, the person of ordinary skill in the art may have had a lesser degree in one of those fields, but accompanied by more experience. To the extent necessary, a person of ordinary skill in the art may have collaborated with others of skill in the art, such that the individual and/or team collectively would have had experience in synthesizing and analyzing complex organic compounds, developing drugs for human use, including analyzing human pharmacokinetic, pharmacodynamic, and ADME parameters and conducting and evaluating *in vitro* testing, human *in vivo* testing, and/or treating JAK1 or JAK2-mediated diseases and disorders in humans.

*Id.* at 39–40 (citing Ex. 2048 ¶ 5).

Based on the record as a whole, we determine that an appropriate description of the level of ordinary skill in the art incorporates Petitioner's definition with a portion of Patent Owner's definition, wherein,

A person of ordinary skill in the art would typically have had a master's degree or a Ph.D. in chemistry, biochemistry, pharmaceutics, pharmaceutical sciences, physical organic chemistry or a related discipline. Alternatively, the person of ordinary skill in the art may have had a lesser degree in one of those fields, but accompanied by more experience. To the extent necessary, a person of ordinary skill in the art may have collaborated with others of skill in the art, such that the individual and/or team collectively would have had experience in synthesizing and analyzing complex organic compounds and developing drugs for human use.

We further note that the prior art itself demonstrates the level of skill in the art at the time of the invention. *See Okajima v. Bourdeau*, 261 F.3d 1350, 1355 (Fed. Cir. 2001) (explaining that specific findings regarding ordinary skill level are not required "'where the prior art itself reflects an appropriate level and a need for testimony is not shown'" (quoting *Litton Indus. Prods., Inc. v. Solid State Sys. Corp.*, 755 F.2d 158, 163 (Fed. Cir. 1985))).

### B. Claim Construction

In an *inter partes* review, the Board interprets claim terms in an unexpired patent according to the broadest reasonable construction in light of the Specification of the patent in which they appear. 37 C.F.R. § 42.100(b) (2016); *Cuozzo Speed Techs., LLC v. Lee*, 136 S. Ct. 2131, 2142 (2016) (affirming applicability of broadest reasonable construction standard to *inter partes* review proceedings).[6] Under that standard, and absent any

---

[6] A recent change to the claim construction standard for *inter partes* reviews does not apply here based on the filing date of the Petition. *See* Changes to the Claim Construction Standard for Interpreting Claims in Trial Proceedings Before the Patent Trial and Appeal Board, 83 Fed. Reg. 51,340 (October 11, 2018) (amending 37 C.F.R. § 42.100(b), effective Nov. 13, 2018).

Incyte Exhibit 1176 - Page 10 of 53
Incyte v. Concert - PGR2021-00006

special definitions, we generally give claim terms their ordinary and customary meaning, as would be understood by one of ordinary skill in the art at the time of the invention. *See In re Translogic Tech., Inc.*, 504 F.3d 1249, 1257 (Fed. Cir. 2007). Any special definitions for claim terms must be set forth with reasonable clarity, deliberateness, and precision. *See In re Paulsen*, 30 F.3d 1475, 1480 (Fed. Cir. 1994).

Petitioner asserts that the claim term "'D' or 'deuterium' is defined in the '149 [p]atent as meaning that the position has 'deuterium at an abundance that is at least 3000 times greater than the natural abundance of deuterium, which is 0.015% (i.e., at least 45% incorporation of deuterium).'" Pet. 24 (quoting Ex. 1001, 3:65–43). We recognize that Specification definition and accept it as the broadest reasonable construction for the term.

The parties do not assert that any other claim term requires express construction for purposes of this Decision. We agree. *See Wellman, Inc. v. Eastman Chem. Co.*, 642 F.3d 1355, 1361 (Fed. Cir. 2011) ("[C]laim terms need only be construed 'to the extent necessary to resolve the controversy.'" (quoting *Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 803 (Fed. Cir. 1999)); *see also Nidec Motor Corp. v. Zhongshan Broad Ocean Motor Co.*, 868 F.3d 1013, 1017 (Fed. Cir. 2017) (applying *Vivid Techs.* in the context of an *inter partes* review)).

We note, however, that Petitioner limits its analysis to three compounds that it contends are covered by each of the claims. Specifically, Petitioner asserts that claims 1, 2, 5–7, 9, 10, 13, and 14 each read on the following "octa-deuterated" ruxolitinib analog, which is reproduced below:

Incyte Exhibit 1176 - Page 11 of 53
Incyte v. Concert - PGR2021-00006

Pet. 8. The "octa-deuterated" ruxolitinib analog replaces each $Y^2$ and $Y^3$ hydrogen with deuterium. Petitioner also asserts that claims 1–4, 6, 7, 9–12, and 14 each read on the following "tetra-deuterated" ruxolitinib analogs, which are reproduced below:

*Id.* The "tetra-deuterated" ruxolitinib analogs replace each $Y^2$ or each $Y^3$ hydrogen with deuterium. Patent Owner asserts that "the challenged claims cover variations [of] deuterated compounds," but does not dispute Petitioner's contention that the above-described three compounds are covered by the claims. PO Resp. 39.

Having considered the compounds and the claims, we agree that the challenged claims encompass the three compounds as set forth by Petitioner.

12

Incyte Exhibit 1176 - Page 12 of 53
Incyte v. Concert - PGR2021-00006

C.    *Obviousness over Rodgers, Shilling, and Concert Backgrounder*

Petitioner asserts that claims 1–15 are unpatentable as obvious over the combination of Rodgers, Shilling, and the Concert Backgrounder. Pet. 50–55. Patent Owner disagrees. PO Resp. 46–71.

*1.    Rodgers*

Rodgers is a U.S. Patent directed to heteroaryl substituted pyrrolo[2,3-b]pyridines and heteroaryl substituted pyrrolo[2,3-b]pyrimidines that modulate the activity of Janus kinases and are useful in treating diseases related to the activity of Janus kinases. Ex. 1007, 1:18–22.[7] The compounds of Rodgers's invention have "Formula I," including pharmaceutically acceptable salt forms or prodrugs. *Id*. at 8:17–36. An illustration of Rodgers's Formula I is reproduced below:

*Id.* at 7:20–37. Rodgers's Formula I, reproduced above, includes numerous possibilities for each constituent member. *Id.* at 7:38–11:20. Rodgers states that its invention includes all stereoisomers, such as enantiomers and diastereomers (unless otherwise indicated). *Id.* at 31:32–34. Compounds of

---

[7] We use traditional patent citation for Rodgers and we cite to the original page numbers for Shilling and the Concert Backgrounder, rather than the page numbers assigned by Petitioner.

13

the invention also include "all isotopes of atoms occurring in the intermediates or final compounds. . . . For example, isotopes of hydrogen include tritium and deuterium." *Id.* at 32:13–17. Claims 1–3 recite ruxolitinib and its isomer. *Id.* at 374:12–20 (claims 1–3). Claim 4 recites a "composition comprising the compound of any one of claims 1 to 3 . . . and at least one pharmaceutically acceptable carrier." *Id*. at 374:21–23.

### 2. *Shilling*

Shilling teaches that ruxolitinib (INCB018424) is an orally active and "potent, selective inhibitor of Janus tyrosine kinase 1/2 and the first investigational drug of its class in phase III studies for the treatment of myelofibrosis." Ex. 1005, 2023. Shilling discloses a study of the metabolism, excretion, and pharmacokinetics of ruxolitinib. *Id.* In its study, Shilling identifies two major metabolites of ruxolitinib: M18 (2-hydroxycyclopentyl ruxolitinib) and M16/M27 (3-hydroxycyclopentyl ruxolitinib). *Id.* at 2030.

### 3. *Concert Backgrounder*

The Concert Backgrounder discloses the product platform of "CoNCERT Pharmaceuticals, Inc." Ex. 1006, 2. The Concert Backgrounder explains the potential benefits of deuterium modification, including improved safety, better tolerability, and enhanced efficacy. *Id.* at 3. The Concert Backgrounder states, however, that "the magnitude and nature of the deuterium benefit cannot be predicted *a priori*, [so] CoNCERT must test multiple compounds in a range of assays to identify those that are differentiated." *Id.*

4. *Public Accessibility of the Concert Backgrounder*

As an initial matter, we address Patent Owner's contention that Petitioner has failed to carry its burden of proving that the Concert Backgrounder is a prior art printed publication. PO Resp. 40.

Whether a particular reference qualifies as a printed publication "is a legal determination based on underlying fact issues, and therefore must be approached on a case-by-case basis." *In re Hall*, 781 F.2d 897, 899 (Fed. Cir. 1986). It is Petitioner's burden to prove that a relied upon cited reference is a printed publication. *Medtronic, Inc. v. Barry*, 891 F.3d 1368, 1380 (Fed. Cir. 2018) (citing *Blue Calypso, LLC v. Groupon, Inc.*, 815 F.3d 1331, 1350–51 (Fed. Cir. 2016)); *see also Jazz Pharms., Inc. v. Amneal Pharms., LLC*, 895 F.3d 1347, 1356 (Fed. Cir. 2018) (citation omitted) ("IPR Petitioner [] had the burden to prove that a particular reference is a printed publication.").

The Federal Circuit has explained that "public accessibility" is "the touchstone" in determining whether a reference is a printed publication. *Blue Calypso*, 815 F.3d at 1348 (quoting *Hall*, 781 F.2d at 899). "'A given reference is "'publicly accessible'" upon a satisfactory showing that such document has been disseminated or otherwise made available to the extent that persons interested and ordinarily skilled in the subject matter or art exercising reasonable diligence, can locate it.'" *SRI Int'l, Inc. v. Internet Sec. Sys., Inc.*, 511 F.3d 1186, 1194 (Fed. Cir. 2008) (quoting *Bruckelmyer v. Ground Heaters, Inc.*, 445 F.3d 1374, 1378 (Fed. Cir. 2006)).

In the Petition, Petitioner asserts that the Concert Backgrounder is prior art under at least pre-AIA 35 U.S.C. § 102(b) because it was "publically accessible by at least January 27, 2009, as shown in the cached WebCite®

Incyte Exhibit 1176 - Page 15 of 53
Incyte v. Concert - PGR2021-00006
Appx8638

page (Ex. 1016)[8]." Pet 27.  Petitioner asserts that the cached WebCite® page
was "readily accessible to the public as indicated by the WebCite®
description of its services." *Id*. at 27–28.  As further evidence that the
Concert Backgrounder was publicly accessible via the cached WebCite®,
Petitioner also relies on Exhibit 1018,[9] a law review article published in
2009 that includes the same WebCite® page in the citation for the Concert
Backgrounder. *Id*. at 28.  Additionally, Petitioner asserts that the Concert
Backgrounder was cited in an International Search Report for a Concert PCT
application. *Id*.; Ex. 1021.[10] According to the International Search Report,
the WebCite® Concert Backgrounder page was accessed on May 12, 2011.
Ex. 1021, 3.  In the Institution Decision, the Board made a preliminary
determination that Petitioner's evidence provided a sufficient showing, at
that stage in the proceeding, regarding the public accessibility of the Concert
Backgrounder.  Inst. Dec. 17.

In the Patent Owner Response, Patent Owner asserts that Petitioner
has failed to meet its burden by relying "on a 'cached WebCite® page' to
demonstrate public accessibility," because "availability on the internet alone
is not sufficient to show public accessibility." PO Resp. 41.  Patent Owner
asserts that Petitioner has not provided "evidence that WebCite® was
catalogued or indexed such that POSAs would have been able to access the
Concert Backgrounder on WebCite®, whether through search engine results
or by a search of WebCite® itself." *Id*. at 43.  Patent Owner asserts that

---

[8] WebCite®, page http://www.webcitation.org/5e81SGCnl (Ex. 1016).
[9] Kristen C. Buteau, *Deuterated Drugs: Unexpectedly Nonobvious?*,
J. HIGH TECH. LAW 22–74 (2009) (Ex. 1018).
[10] International Search Report PCT/US2011/025472, published
August 21, 2011 (Ex. 1021).

Incyte Exhibit 1176 - Page 16 of 53
Incyte v. Concert - PGR2021-00006

Petitioner's evidence establishes only that the Concert Backgrounder was available on WebCite® in 2009, and that the author of the law review article and the examiner who completed the International Search Report both "possessed the full WebCite address for the Concert Backgrounder." *Id.* at 44–45.

In response to the discovery requests that we authorized Petitioner to serve on Patent Owner relating to the Concert Backgrounder, Paper 54, Patent Owner admits that the Concert Backgrounder is "a true and correct copy of a document prepared by, or on behalf of, Patent Owner," but asserts that it does not have sufficient information to admit or deny (1) whether that document was prepared in 2007, (2) that the 2007 copyright date on the document is accurate, or (3) that the document was distributed to business partners between 2007 and 2009. Ex. 1139, 3–5. Patent Owner, however, acknowledges that it submitted an Information Disclosure Statement, dated November 7, 2011, which listed the Concert Backgrounder with a 2007 date, and "retrieved from the Internet: URL: http//www.webcitation.org/5e81SGCnl." *Id.* at 6. According to Patent Owner, that action "reflects Concert's practice of submitting to the Patent Office documents cited by an examiner in a European Search Report of a counterpart application." *Id.*

Thus, Petitioner has provided evidence that the specific webcitation.org website containing the Concert Backgrounder was disseminated and accessible to at least patent examiners and an author of a law review article before the critical date because those individuals interested in the art possessed the precise website URL that functioned as a link to the reference. Further, the evidence allows us to infer that Concert

17

Backgrounder was viewed or downloaded by those individuals before the critical date, as they referenced it in their own published documents. Those factors overcome the absence of evidence demonstrating that the website containing the article was indexed or catalogued in a manner that was findable by an internet search engine. As a result, we find Petitioner has demonstrated that the Concert Backgrounder was "'sufficiently accessible to the public interested in the art'" so as to allow a determination that the reference is a printed publication. *Blue Calypso*, 815 F.3d at 1348 (quoting *In re Cronyn*, 880 F.2d 1158, 1160 (Fed. Cir. 1989).

Moreover, as the Federal Circuit has explained, "the presence of a 'research aid' can also establish public accessibility." *Id*. at 1350 (citing *Bruckelmyer*, 445 F.3d at 1379). In the Reply, Petitioner asserts that the same link to access the document that was disseminated to and accessed by the patent examiners and law review article author was subsequently published by those individuals, before the critical date, in a search report, an Information Disclosure Sheet, and a law review article directed to deuterated drugs, allowing others interested and ordinarily skilled in the subject matter exercising reasonable diligence to similarly access the document using the same webcitation.org website. Pet. Reply 62, 23–26.

We have considered Patent Owner's arguments challenging the sufficiency of Petitioner's evidence, *see* PO Sur-Reply 2–4, however, it is apparent that the published items containing the webcitation.org URL would have provided a skilled artisan with a sufficient roadmap to the Concert Backgrounder. *See Blue Calypso*, 815 F.3d at 1350 ("An adequate roadmap . . . should at least provide enough details from which we can determine that an interested party is reasonably certain to arrive at the destination: the

18

Incyte Exhibit 1176 - Page 18 of 53
Incyte v. Concert - PGR2021-00006

potentially invalidating reference."). Indeed, the Federal Circuit has recognized that "a published article with an express citation to the potentially invalidating reference would similarly provide the necessary guidance." *Id.* Such is the case here.

Accordingly, based on the facts in this case, we determine that Petitioner's evidence demonstrating publication of the Concert Backgrounder on the internet, along with the dissemination of the website to patent examiners and an author of a law review article directed to the subject matter of the reference, provides "a satisfactory showing that such document has been disseminated or otherwise made available to the extent that persons interested and ordinarily skilled in the subject matter or art exercising reasonable diligence, can locate it." *SRI Int'l*, 511 F.3d at 1194 (quotation marks and citation omitted).

Moreover, based upon the record as a whole, we find that Petitioner's evidence demonstrates that the patent documents and law review article published by those individuals function as "research aids" because they included as an express citation to the Concert Backgrounder a link to its location on the internet. Thus, we conclude that Petitioner has met its burden of demonstrating that the Concert Backgrounder was publicly accessible prior to the critical date so as to render it a "printed publication" under § 102(b). As a result, we recognize the Concert Backgrounder as prior art.

### 5. *Obviousness Analysis*

A patent claim is unpatentable under 35 U.S.C. § 103(a) if the differences between the claimed subject matter and the prior art are such that the subject matter, as a whole, would have been obvious at the time the

Incyte Exhibit 1176 - Page 19 of 53
Incyte v. Concert - PGR2021-00006
Appx8642

invention was made to a person having ordinary skill in the art to which the subject matter pertains. *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 406 (2007). The question of obviousness is resolved on the basis of underlying factual determinations, including: (1) the scope and content of the prior art; (2) any differences between the claimed subject matter and the prior art; (3) the level of skill in the art; and (4) objective evidence of nonobviousness. *Graham v. John Deere Co.*, 383 U.S. 1, 17–18 (1966).

We generally follow a two-part inquiry to determine whether a new chemical compound would have been obvious over particular prior art compounds. *Otsuka Pharm. Co. v. Sandoz, Inc.*, 678 F.3d 1280, 1291–93 (Fed. Cir. 2012). First, we determine "whether a chemist of ordinary skill would have selected the asserted prior art compounds as lead compounds, or starting points, for further development efforts." *Id.* at 1291. Second, we analyze whether there was a reason to modify a lead compound to make the claimed compound with a reasonable expectation of success. *Id.* at 1292.

### *(a)    Lead Compound*

A lead compound is defined as "'a compound in the prior art that would be most promising to modify in order to improve upon its . . . activity and obtain a compound with better activity.'" *Otsuka*, 678 F.3d at 1291 (quoting *Takeda Chem. Indus., Ltd. v. Alphapharm Pty., Ltd.*, 492 F.3d 1350, 1357 (Fed. Cir. 2007)). Stated another way, "a lead compound is 'a natural choice for further development efforts.'" *Id.* (quoting *Altana Pharma AG v. Teva Pharms. USA, Inc.*, 566 F.3d 999, 1008 (Fed. Cir. 2009)). Importantly, the analysis of whether a person of ordinary skill in the art would have chosen the prior art compound as a lead compound "is guided by evidence of the compound's pertinent properties," including "positive

Incyte Exhibit 1176 - Page 20 of 53
Incyte v. Concert - PGR2021-00006

attributes such as activity and potency," "adverse effects such as toxicity," and "other relevant characteristics in evidence." *Id.* at 1292 (citations omitted).

Based on our review of the record as a whole, we determine that the preponderance of the evidence supports finding that a person of ordinary skill in the art would have chosen ruxolitinib as a lead compound. It is "the possession of promising useful properties in a lead compound that motivates a chemist to make structurally similar compounds." *Otsuka*, 678 F.3d at 1292–93 (quotation marks and citation omitted). As Petitioner notes, Rodgers expressly claims ruxolitinib and its isomers. Pet. 50; Ex. 1007, claims 1–3. Moreover, Shilling states that ruxolitinib is "a potent, selective inhibitor of Janus tyrosine kinase1/2 and the first investigational drug of its class in phase III studies for the treatment of myelofibrosis." Ex. 1005, Abstract.

Thus, we find that the Rodgers and Shilling demonstrate "useful properties" of ruxolitinib that would have led a person of ordinary skill in the art to choose ruxolitinib as a lead compound to make structurally similar compounds. *See Otsuka*, 678 F.3d at 1292–93. Patent Owner does not argue otherwise. Rather, Patent Owner asserts that there would have been a lack of motivation to modify ruxolitinib in the manner proposed by Petitioner, i.e., deuteration, and no reasonable expectation of success in doing so. PO Resp. 46–66. We address those arguments, in turn, below.

*(b)* *Reason to Make the Claimed Compounds/Composition*

Petitioner asserts that Rodgers discloses the compound and isomer that is ruxolitinib and teaches that the compounds of its invention include those in which hydrogen is replaced with deuterium isotopes. Pet. 50 (citing

Incyte Exhibit 1176 - Page 21 of 53
Incyte v. Concert - PGR2021-00006
Appx8644

Ex. 1007, 3[2]:13–17, Claims 1–3; Ex. 1002 ¶¶ 130, 133). According to
Petitioner and its declarant, Dr. Guengerich, the "octa-deuterated" and
"tetra-deuterated" ruxolitinib analogs recited in the challenged claims, *see*
Pet. 25 (asserting which challenged claims read on the octa-deuterated or
tetra-deuterated ruxolitinib analogs), differ only by the deuteration of the
cyclopentyl ring (i.e., different isotopes of the same atom). Pet. 30 (citing
Ex. 1002 ¶ 33). Petitioner asserts that a person of ordinary skill in the art
would have been motivated to modify Rodgers's ruxolitinib compounds to
yield the claimed subject matter based upon the teachings of Shilling and the
Concert Backgrounder. *Id*. at 51.

In particular, Petitioner asserts that Shilling teaches that oxidative
metabolism occurs almost entirely on the cyclopentyl ring of ruxolitinib at
$Y^2$ and $Y^3$. Pet. 50–51 (citing Ex. 1002 ¶¶ 130–134; Ex. 1007, 3:13–17;
Ex. 1005). Petitioner asserts that the Concert Backgrounder explains that
"deuterium substitution has the potential to create new chemical entities with
improved safety, tolerability, and efficacy" and that deuterium compounds
useful for this technique are "based on drugs with known efficacy and safety
that address clinically validated targets." *Id*. at 51–52 (citing Ex. 1006, 2;
Ex. 1002 ¶¶ 71–73, 136). According to Dr. Guengerich, the Concert
Backgrounder also teaches that compounds should be selected that have
known "metabolic 'hot spots'" and should be deuterated at some or all of
these metabolic hot spots. Ex. 1002 ¶ 136. Therefore, according to
Petitioner, a person of ordinary skill in the art "would have been motivated
to apply the techniques disclosed in the Concert Backgrounder to ruxolitinib
and/or the deuterated ruxolitinib of Rodgers because ruxolitinib was a
claimed compound of the invention in Rodgers and ruxolitinib contained

22

well-identified sites of oxidative metabolism in *in vivo* metabolism, as shown in Shilling." Pet. 54 (citing Ex. 1002 ¶¶ 135–136). Additionally, Petitioner asserts that Shilling and the Concert Backgrounder provide a motivation to make the recited tetra- and octa-deuterated ruxolitinib analogs and compositions because those references suggest that such analogs may display superior ADME properties. *Id*. at 31.

Further, Petitioner asserts that the motivation is supplied by the fact that the "claimed and prior art compounds possess a 'sufficiently close relationship . . . to create an expectation,' in light of the totality of the prior art, that the new compound will have 'similar properties' to the old." Pet. 30 (quoting *Aventis Pharma Deutschland GmbH v. Lupin Ltd*., 499 F.3d 1293, 1301 (Fed. Cir. 2007) (citing *In re Dillon*, 919 F.2d 688, 692 (Fed. Cir. 1990)). According to Petitioner, a person of ordinary skill in the art would have known that "deuterium-substituted compounds retain their . . . selectivity and potency comparable to their hydrogen analogs." *Id*. (citing Ex. 1002 ¶ 55); Ex. 1013,[11] 5 ("At Concert, 'we've never seen any biologically relevant differences in target selectivity or potency of a drug when we deuterated it.'").

Based upon our review of the record as a whole, we find that the preponderance of the evidence supports Petitioner's assertion that the combined teachings of Rodgers, Shilling, and the Concert Backgrounder would have provided a person of ordinary skill in the art a reason to deuterate Rodgers's ruxolitinib compounds at their metabolic "hot spots," as identified by Shilling, in the manner taught by the Concert Backgrounder to

---

[11] A. Yarnell, *Heavy-Hydrogen Drugs Turn Heads Again*, 87 CHEM. ENG'G NEWS 36–39 (2009) (Ex. 1013).

Incyte Exhibit 1176 - Page 23 of 53
Incyte v. Concert - PGR2021-00006

achieve the potential benefits that the Concert Backgrounder disclosed, e.g.,
improved safety, tolerability, and efficacy.  We also determine that the
preponderance of the evidence supports Petitioner's assertion that a
motivation to make deuterated ruxolitinib compounds and compositions
exists based upon the structural similarity between those claimed compounds
and the prior art compounds, as evidenced by the testimony of Dr.
Guengerich, Ex. 1002 ¶ 55, and the remarks by a Concert representative in
an article published in the Chemical & Engineering News journal, Ex. 1013,
39.  In reaching those determinations, we considered Patent Owner's
arguments and found them deficient as explained in the following
discussion.

Patent Owner asserts that a person of ordinary skill in the art would
not have been motivated to modify ruxolitinib through deuteration because
"the prior art taught that ruxolitinib had dose-limiting toxic side effects that
could be exacerbated by slowing its metabolism" with a deuterium
substitution.  PO Resp. 47.  In support of this argument, Patent Owner relies
upon the similarly-stated testimony of its declarant, Dr. Ortiz de Montellano,
*see id*. at 48 (citing Ex. 2057 ¶ 41), and upon cases wherein either "evidence
that the chemical modification of [prior art compound] would have been
unattractive to a person of ordinary skill for fear of disturbing the chemical
properties whereby [the compound] function[ed] effectively," *Millennium
Pharms. Inc. v. Sandoz Inc.*, 862 F.3d 1356, 1366 (Fed. Cir. 2017), or "the
prior art's teachings undermine the very reason being proffered as to why a
person of ordinary skill would have combined the known elements," *DePuy
Spine v. Medtronic Sofamor Danek Inc.*, 567 F.3d 1314, 1326 (Fed. Cir.
2009).  PO Resp. 48.  According to Patent Owner, those cases apply here

Incyte Exhibit 1176 - Page 24 of 53
Incyte v. Concert - PGR2021-00006

because "ruxolitinib's dose-dependent toxicity would have dissuaded POSAs from trying to change the metabolic profile via deuteration." *Id*.

Although a person of ordinary skill in the art may have known that ruxolitinib exhibits dose-dependent side effects, Patent Owner and Dr. Ortiz de Montellano have not provided evidence that deuterating Rodgers's compounds would have been "unattractive to a person of ordinary skill for fear of disturbing the chemical properties" of those compounds, or that the skilled artisan would have found doing so would "undermine" the purpose of modifying such compounds, as in the cited cases. Nor have Patent Owner and Dr. Ortiz de Montellano offered other evidence that supports avoiding deuterating the drug based upon known dose-dependent side effects of ruxolitinib. *See* PO Resp. 47–48; Ex. 2057 ¶ 41.

For example, Patent Owner asserts that thrombocytopenia is a dose-dependent side effect of ruxolitinib. PO Resp. 10–11, 47. The journal article relied upon by Patent Owner teaches that such "events rarely led to treatment discontinuation . . . and were generally manageable with dose modifications, transfusions of packed red cells, or both." Ex. 2054, 795. In other words, as the side effect is dependent upon dose, the side effect may be managed by a dose adjustment.

Dr. Ortiz de Montellano acknowledged that teaching when he stated that hematological side effects of ruxolitinib "were known to be dose-dependent, as evidenced by recommendations to lower the dose of ruxolitinib if they occurred." Ex. 2057 ¶ 41 (citing Ex. 2054). Additionally, at his deposition, he responded affirmatively when asked "if you affect first-pass metabolism by deuteration, you can lower the dose of the deuterated drug to get the same area under the curve as the undeuterated drug?" Ex.

25

Incyte Exhibit 1176 - Page 25 of 53
Incyte v. Concert - PGR2021-00006

1088, 66:8–15. In other words, the dose of a deuterated drug may be lowered to achieve the same concentration as the undeuterated drug. In view of those acknowledgments, it is peculiar that Dr. Ortiz de Montellano's declaration testimony does not address whether a person of ordinary skill in the art would have managed side effects of deuterated ruxolitinib in the same manner. Without such consideration, we assign little weight to his conclusion that a person of ordinary skill in the art would have lacked motivation to deuterate ruxolitinib based upon known dose-dependent side effects of the undeuterated drug.

Patent Owner also asserts that, because "[d]euteration is relatively expensive and highly unpredictable," a person of ordinary skill in the art "would have pursued other clinically-validated strategies for increasing a drug's metabolic stability . . . such as the use of extended release dosage forms." PO Resp. 49 (citing Ex. 2057 ¶¶ 39, 43). According to Patent Owner, Petitioner has not shown "why POSAs would have been motivated to modify ruxolitinib's metabolism by deuteration, rather than other available methods for modifying metabolic profile." *Id.* Further, Patent Owner asserts that "the Petition merely sets forth some general reasons why POSAs might have been motivated to deuterate drugs generally, but provides no justification for why POSAs would have been motivated to deuterate ruxolitinib in particular to arrive at the claimed compounds." *Id.* at 49–50.

Insofar as Patent Owner argues that motivation to modify ruxolitinib with deuteration requires Petitioner to establish that a person of ordinary skill in the art would not have instead been motivated to modify the metabolic profile of ruxolitinib by using "other available methods" for doing

Incyte Exhibit 1176 - Page 26 of 53
Incyte v. Concert - PGR2021-00006
Appx8649

so, e.g., "use of extended release dosage forms," PO Resp. 49, we disagree.
If that argument is intended to suggest that some prior art disclosing "other
available methods" teaches away from the claimed invention, the argument
fails as Patent Owner has not shown anything in the prior art describing such
alternatives and criticizing, discrediting, or otherwise discouraging
deuteration. *See In re Fulton*, 391 F.3d 1195, 1201 (Fed. Cir. 2004).

Further, we disagree with Patent Owner's assertion that Petitioner
"provides no justification for why POSAs would have been motivated to
deuterate ruxolitinib in particular to arrive at the claimed compounds." PO
Resp. 49–50. As discussed above, Petitioner has shown persuasively how a
person of ordinary skill in the art would have understood from Shilling that
Rodgers's ruxolitinib compounds feature the metabolic "hot spots" targeted
by the Concert Backgrounder for deuteration, and that the Concert
Backgrounder teaches that such deuteration has the potential to improve the
safety, tolerability, and efficacy of those compounds. *See* Pet. 31, 50–54.

Patent Owner asserts also that Petitioner's asserted motivation to
modify ruxolitinib based upon structural similarities between the prior art
compounds and the claimed compounds is deficient because Petitioner has
not shown that "POSAs would have had 'an expectation,' in light of the
totality of the prior art, that the new compound will have 'similar properties'
to the old." PO Resp. 52 (citing *Aventis*, 499 F.3d at 1301 (quoting *Dillon*,
919 F.2d at 692)). Patent Owner asserts that such similar properties cannot
be assumed based upon similar structures. *Id*. at 54 (citing *Anacor Pharm.,
Inc. v. Iancu*, 889 F.3d 1372, 1385 (Fed. Cir. 2018) ("[T]he chemical arts are
unpredictable and that similar structures do not always result in similar
properties.")). Patent Owner asserts that Dr. Guengerich's reliance on the

Incyte Exhibit 1176 - Page 27 of 53
Incyte v. Concert - PGR2021-00006
Appx8650

Concert Backgrounder is insufficient, as that reference only suggests that deuterated drugs have not exhibited "any biologically relevant differences in target selectivity or potency" from the starting drugs. *Id*. at 56. According to Patent Owner, Dr. Guengerich "does not even assert that POSAs would have expected that *all* the relevant properties would be similar," i.e., pharmacokinetic and ADME properties as well. *Id*.

Petitioner asserts that it has provided sufficient evidence for a person of ordinary skill in the art to expect that deuterated ruxolitinib and Rodgers's ruxolitinib have similar properties. Pet. Reply 12–13. Based on the record as a whole, we agree with Petitioner. Petitioner's declarant, Dr. Guengerich, explains that "deuterium and hydrogen are very similar in size and electronic properties. Thus, deuterium-substituted compounds retain their molecular shape and their basic electronic properties, and therefore, have selectivity and potency comparable to their hydrogen analogs." Ex. 1002 ¶ 55. We find his explanation persuasive as it is based in chemistry and supported by the Concert Backgrounder. Further, we find that such testimony is sufficient to provide a skilled artisan with an expectation that the claimed and prior art compounds would have similar properties, in general. Petitioner further supports its position that those compared compounds would have been expected to have similar properties with the deposition testimony of Patent Owner's declarant, Dr. Harbeson, who explained that at Concert, "our experience has been that replacement of hydrogen with deuterium does not change the intrinsic biologic activity or pharmacology of the molecule. And therefore any deuterated analog of ruxolitinib we would presume to retain the same intrinsic biology and pharmacology." Ex. 1089, 97:4–18.

Incyte Exhibit 1176 - Page 28 of 53
Incyte v. Concert - PGR2021-00006
Appx8651

*(c)     Reasonable Expectation of Success*

According to Petitioner and Dr. Guengerich, synthesizing the claimed octa- and tetra-deuterated ruxolitinib analogs from the known ruxolitinib compounds was well within the skill in the art at the time of the invention. Pet. 32–33 (citing Ex. 1002 ¶¶ 104–105). Additionally, Petitioner asserts that the skilled artisan would have expected those analogs to perform at least as well as ruxolitinib. *Id*. at 33 (citing Ex. 1002 ¶¶ 91–93, 104–105). In addition to Dr. Guengerich's testimony, Petitioner draws support for that assertion from the comments of a Concert representative in a published journal article explaining that he and his colleagues had "never seen any biologically relevant differences in target selectivity or potency of a drug when [they] deuterated it." *Id*. (quoting Ex. 1013, 5).

Petitioner and Dr. Guengerich further contend that an ordinarily skilled artisan would have expected improved metabolic stability over ruxolitinib based on Shilling and Concert Backgrounder. Pet. 33–39; Ex. 1002 ¶¶ 94–108. Petitioner asserts that Shilling's teaching that ruxolitinib metabolism is largely restricted to the cyclopentyl ring would have suggested to a skilled artisan that the compound was an ideal candidate for the deuteration disclosed by the Concert Backgrounder. *Id*. at 34 (citing Ex. 1002 ¶¶ 83–84).

In particular, Concert Backgrounder discloses an example of deuteration with the drug torcetrapib, wherein six of the twelve analogs demonstrated improved metabolic stability. Ex. 1002 ¶¶ 74–77. According to Dr. Guengerich, a person of ordinary skill in the art would have expected those six analogs to show enhanced metabolic stability based on known metabolic pathways of torcetrapib. *Id*. Dr. Guengerich explains that each

metabolite of torcetrapib is metabolized at least at one known position of the compound's structure. *Id*. When that position or "hotspot" is fully deuterated, metabolism is predictably altered. *Id*. ¶ 77. Thus, Dr. Guengerich considers the deuteration strategy disclosed in the Concert Backgrounder to be somewhat predictable. *Id*.

Moreover, Dr. Guengerich explains that a reasonable expectation of success would have been implicitly recognized by a person of ordinary skill in the art by the Concert Backgrounder's statement that deuteration "substantially reduced R&D [research and development] risk, time, and expense," which is due to the "relative ease and predictability of producing deuterated analogs of known pharmacologically-active compounds and suggests to a POSA a reasonable expectation of success." *Id*. ¶ 73.

Patent Owner asserts that Petitioner has not established that a person of ordinary skill in the art would have had a reasonable expectation of successfully making the claimed invention. PO Resp. 57–67. Patent Owner bases that contention not on whether a person of ordinary skill in the art could have reasonably expected to successfully synthesize the claimed octa- and tetra-deuterated ruxolitinib analogs from known ruxolitinib compounds. Indeed, Patent Owner does not contend that such a structural modification would not have been within the skill in the art and routine. Nor does Patent Owner assert that such analogs would not have been expected to remain effective in modulating the activity of Janus kinases or treating diseases related to activity of those kinases, as Rodgers discloses for undeuterated ruxolitinib. *See* PO Resp. 20–23, 66–67 and PO Sur-Reply 12–13 (addressing potential variable pharmacokinetic changes in deuterated ruxolitinib, i.e., potential dosage considerations).

Incyte Exhibit 1176 - Page 30 of 53
Incyte v. Concert - PGR2021-00006
Appx8653

Rather, Patent Owner bases its contention on assertions that a person of ordinary skill in the art would have had no reasonable expectation of achieving either an *in vitro* or *in vivo* kinetic isotope effect (KIE), i.e., metabolic change from deuterating ruxolitinib, PO Resp. 58–66, and would not have been able to predict *a priori* the effect of deuteration on the clinical profile (e.g., half-life) of the drug, *id*. at 66–67. However, as Petitioner correctly asserts, the challenged claims do not recite any of those features. Pet. Reply 15.

A reasonable expectation of success inquiry involves considering whether a person of ordinary skill in the art would have had a reasonable expectation of successfully making the *claimed invention* in light of the prior art. *See Amgen, Inc. v. F. Hoffman–La Roche Ltd.*, 580 F.3d 1340, 1362 (Fed. Cir. 2009) ("An obviousness determination requires that a skilled artisan would have perceived a reasonable expectation of success in making the invention in light of the prior art.") (citing *In re Kubin*, 561 F.3d 1351, 1360 (Fed. Cir. 2009) ("[S]tated in the familiar terms of this court's longstanding case law, the record shows that a skilled artisan would have had a resoundingly 'reasonable expectation of success' in deriving the claimed invention in light of the teachings of the prior art.")).

Based upon our review of the record as a whole, we find that the preponderance of the evidence supports Petitioner's assertion that the combined teachings of Rodgers, Shilling, and the Concert Backgrounder would have provided a person of ordinary skill in the art a reasonable expectation of successfully deuterating Rodgers's ruxolitinib compounds at their metabolic "hot spots," as identified by Shilling, and in the manner taught by the Concert Backgrounder. Insofar as Petitioner's motivation to

Incyte Exhibit 1176 - Page 31 of 53
Incyte v. Concert - PGR2021-00006
Appx8654

do so involved an "expectation that these ruxolitinib analogs *may display* superior ADME properties as compared to non-deuterated ruxolitinib," Pet. 31 (emphasis added), we further find that Petitioner has established by a preponderance of the evidence that a skilled artisan would have had a reasonable expectation that the synthesized ruxolitinib analogs "may display" superior ADME properties, based upon the combined teachings of Shilling and the Concert Backgrounder, as explained above in our discussion of a motivation to combine. Patent Owner's arguments to the contrary attempt to avoid obviousness "by a showing of some degree of unpredictability in the art" despite the reasonable probability of success supplied by the structural similarity between the compounds and the motivation provided by the cited prior art that would have led a skilled artisan to modify known ruxolitinib compounds in the manner disclosed by the Concert Backgrounder. *See Pfizer, Inc. v. Apotex, Inc*., 480 F.3d 1348, 1364 (Fed. Cir. 2007) ("[C]ase law is clear that obviousness cannot be avoided simply by a showing of some degree of unpredictability in the art so long as there was a reasonable probability of success. . . . [T]he expectation of success need only be reasonable, not absolute." (citations omitted)).

Based on the foregoing, we agree with Petitioner that one of ordinary skill in the art would have had a reason to deuterate Rodgers's ruxolitinib compounds, given the combined teachings of Rodgers, Shilling, and the Concert Backgrounder, and that those teachings would have provided a reasonable expectation that doing so would successfully yield the inventions of claims 1–15 of the '149 patent.

Our analysis continues with a discussion of Patent Owner's asserted secondary considerations of nonobviousness. *Transocean Offshore Deepwater Drilling, Inc. v. Maersk Drilling USA, Inc.*, 699 F.3d 1340, 1349 (Fed. Cir. 2012).

### (d)  Secondary Considerations

Patent Owner asserts that the claimed invention yields unexpected results and satisfies a long-felt need. PO Resp. 67.

### (i)  Unexpected Results

According to the Federal Circuit, "[t]o be particularly probative, evidence of unexpected results must establish that there is a difference between the results obtained and those of the closest prior art, and that the difference would not have been expected by one of ordinary skill in the art at the time of the invention." *Bristol-Myers Squibb Co. v. Teva Pharms. USA, Inc.*, 752 F.3d 967, 977 (Fed. Cir. 2014).

Patent Owner asserts that one specific deuterated ruxolitinib compound disclosed by the '149 patent, CTP-543,[12] exhibits "two important and clinically meaningful unexpected advantages." PO Resp. 68. First, Patent Owner asserts that CTP-543 provides an "increased time in the therapeutic window," when compared to prior art ruxolitinib. *Id*. More specifically, Patent Owner states that CTP-543 "has the potential to demonstrate an unexpected clinical benefit by maintaining safe and effective drug levels for a longer period." *Id*. Second, Patent Owner asserts that CTP-543 provides an "increased clinical response at a given dose," when

---

[12] The parties refer to Compound 111 disclosed in the '149 patent, Ex. 1001, 37:28–40, as "Compound 111," "CTP-543," and "octa-deuterated ruxolitinib," interchangeably.

Incyte Exhibit 1176 - Page 33 of 53
Incyte v. Concert - PGR2021-00006

compared to prior art ruxolitinib. *Id.* In particular, Patent Owner asserts that "individuals in Concert's Phase I study with the shortest ruxolitinib $t_{1/2}$ values unexpectedly had the greatest improvement in $t_{1/2}$ values when given CTP-543." *Id.* at 69.

Petitioner asserts that Patent Owner's secondary indicia of nonobviousness are not commensurate in scope with the challenged claims. Pet. Reply 2–3. Petitioner asserts also that Patent Owner's results relating to the "therapeutic window" for CTP-543 and its increased half-life for fast metabolizers would have been expected. *Id.* at 8–12. Additionally, Petitioner asserts that Patent Owner relies upon results demonstrating, at best, "an insignificant difference in degree." *Id.* at 7–8.

As the Federal Circuit has explained, "[u]nexpected results that are probative of nonobviousness are those that are 'different in kind and not merely in degree from the results of the prior art.'" *Galderma Labs., L.P. v. Tolmar, Inc.*, 737 F.3d 731, 739 (Fed. Cir. 2013) (quoting *Iron Grip Barbell Co. v. USA Sports, Inc.*, 392 F.3d 1317, 1322 (Fed. Cir. 2004)).

Having reviewed the arguments and the evidence, we find that Patent Owner's asserted evidence of unexpected results demonstrates, at most, results that differ in degree over the results observed with the closest prior art, rather than in kind. Patent Owner plainly refers to the results as demonstrating an "*increased time* in the therapeutic window," and an "*increased clinical response* at a given dose," when compared to the closest prior art. PO Resp. 68 (emphasis added). Indeed, when describing the increased clinical response, Patent Owner asserts, "[w]here there is an observed KIE, the expectation is that there would be the same relative (percentage) increase in half-life for all metabolizers. . . . However, Concert

34

unexpectedly found that CTP-543 provides a *greater relative (percentage) increase in half-life* for more rapid ruxolitinib metabolizers." Paper 85, 15 (emphasis added). Even if commensurate in scope and taken as true and unexpected, Patent Owner's asserted results for CTP-543 demonstrate an increase in the same clinical activity observed with ruxolitinib, and therefore represent merely a difference in degree and not in kind. *See Galderma Labs., L.P.*, 737 F.3d at 739 (citing "*In re Harris*, 409 F.3d 1339, 1344 (Fed. Cir. 2005) (finding increased efficacy, measured by percentages, to be a difference of degree and not of kind)"). Accordingly, the results asserted to demonstrate an "increased time in the therapeutic window" and an "increased clinical response at a given dose" for CTP-543 as compared to ruxolitinib are not of a "kind" so as to support a finding of nonobviousness of the challenged claims.

*(ii)    Long-Felt Need*

Patent Owner asserts that "[t]here has been a long-felt need for an AA [alopecia areata] treatment that is not only effective, but also safe for prolonged use." PO Resp. 70. According to Patent Owner, "existing treatment options for AA patients in 2012 promised little efficacy and carried potentially significant side effects." *Id*. In particular, Patent Owner recognizes that the prior art ruxolitinib "may have potential use in moderating AA," however, the side effects of that drug include a risk of anemia and thrombocytopenia. *Id*. Patent Owner asserts that "Concert is developing CTP-543 as a first-in-class treatment satisfying the long-felt need for a safe and effective AA treatment." *Id*. Patent Owner submits that CTP-543 is "uniquely suited to meet this need" because deuteration confers a longer half-life and a longer time in the therapeutic window than ruxolitinib.

Incyte Exhibit 1176 - Page 35 of 53
Incyte v. Concert - PGR2021-00006
Appx8658

*Id.* at 71. According to Patent Owner and its declarant, Dr. Mackay-Wiggan, "[t]his increased time in the therapeutic window and potential for greater therapeutic response at a given dose show the promise of CTP-543 to help AA patients while mitigating the risk of undesirable side effects posed by ruxolitinib." *Id.* (citing Ex. 2048 ¶ 38). Additionally, Patent Owner asserts that "[t]he FDA's award of a 'Fast Track' designation to CTP-543 underscores the importance of the need satisfied by the octa-deuterated compound of the '149 patent." *Id.*

Petitioner asserts that Concert has not met the alleged long-felt need because, among other reasons, "CTP-543 is not 'FDA-approved' for anything, let alone AA." Pet. Reply 3.

Based upon our consideration of the arguments and the evidence, we find that Patent Owner's assertion that CTP-543 *has satisfied* a long-felt but unmet need for treating alopecia areata is unsupported. The pronouncement is premature. Indeed, Patent Owner and Dr. Mackay-Wiggan admit as much. Patent Owner describes meeting such long-felt need in terms of CTP-543 providing a "potential" treatment of AA with a lower dose and fewer side effects. PO Resp. 71. Similarly, Dr. Mackay-Wiggan describes Concert's data as "promising regarding the *potential* use of CTP-543 for the treatment of alopecia areata." Ex. 2048 ¶ 38 (emphasis added). At the oral hearing, counsel for Patent Owner candidly agreed that the contention is based upon the "likely efficacy" of CTP-543 to meet a need for treating AA from modeling performed, and that the FDA award of a Fast Track designation to CTP-543 indicates a "likelihood" that CTP-543 "will fulfill the long-felt need and meet the secondary consideration." Tr. 57:17–58:7.

Incyte Exhibit 1176 - Page 36 of 53
Incyte v. Concert - PGR2021-00006

Accordingly, we find that the evidence submitted relating to the "potential" or "likelihood" of CTP-543 treating alopecia areata does not demonstrate that it satisfies a long-felt unmet need so as to support a finding of nonobviousness of the challenged claims.

(e)    *Conclusion as to Obviousness*

We base our final determination regarding obviousness upon an analysis of the foregoing arguments and evidence.  In particular, we have considered the secondary considerations of nonobviousness and accorded them appropriate weight along with all of the *Graham* factors.  *WBIP, LLC v. Kohler Co.*, 829 F. 3d 1317, 1328 (Fed. Cir. 2016).  Accordingly, based upon the preponderance of the evidence, we conclude that the challenged claims are unpatentable as obvious over Rodgers, Shilling, and the Concert Backgrounder.

D.    *Remaining Ground of Obviousness*

In the remaining ground of obviousness, Petitioner asserts that claims 1–15 are unpatentable over the combination of the Jakafi Label, Shilling, and the Concert Backgrounder.  Pet. 26–43.  Because Petitioner challenges the same claims in this ground as we just concluded were unpatentable over a similar combination of references and based upon a similar rationale as relied upon here, we decline to reach this ground.

III.    PETITIONER'S MOTION TO EXCLUDE

Petitioner moves to exclude, in whole or in part, Exhibits 2001, 2002, 2019, 2048, 2057, 2071, 2078, 2079, 2099–2101, 2103, 2104, 2112, 2122, and 2123.  Paper 94 ("Exclude Mot.").  Patent Owner opposes the motion. Paper 102 ("Exclude Opp.").  As the moving party, Petitioner has the burden

of proof to establish that it is entitled to the requested relief. 37 C.F.R.
§ 42.20(c).

A. *Exhibits 2001, 2002, 2019, 2048, 2057, 2071, and 2079*

Exhibit 2019 is referred to by Patent Owner as "Appendices to
Declaration of Scott L. Harbeson, Ph.D (Exhibit 2001)." Ex. 2019, 1.
Petitioner asserts that portions of Appendices 3 and 4 of Exhibit 2019 were
relied upon in the declaration testimony of Patent Owner's declarants,
Dr. Harbeson (Exhibits 2001, 2071, and 2079), Dr. Baille (Ex. 2002),
Dr. Mackay-Wiggan (Exhibit 2048), and Dr. Ortiz de Montellano
(Ex. 2057). Exclude Mot. 7. Petitioner contends that Appendices 3 and 4
are unauthenticated hearsay and should be excluded, along with the
paragraphs in each of the above-mentioned declarations that rely upon those
appendices, under Federal Rules of Evidence ("FRE") 802, 901 and 902. *Id*.
at 1–9.

Patent Owner asserts that Petitioner's motion should be denied
because "Petitioner failed to 'identify the grounds for the objection with
sufficient particularity to allow correction in the form of supplemental
evidence.'" Exclude Opp. 2 (quoting 37 C.F.R. § 42.64(b)(1)). According
to Patent Owner, Petitioner's Objections were directed to Exhibit 2019, as a
whole, which represents seven appendices, whereas its motion is directed to
only two of those appendices. *Id*.

Petitioner responds by noting that its objections specifically raise the
bases for its motion to exclude. Paper 103, 2. We agree with Petitioner that
its objections to Exhibits 2001, 2002, 2019, 2048, 2057, 2071, and 2079
complied with 37 C.F.R. § 42.64(b)(1). For example, the objections
challenged Exhibit 2019 by asserting that it (a) lacks authentication under

FRE 901 and is not self-authenticating as the source of the exhibit, date of its creation, and author(s) are unidentified; (b) represents hearsay under FRE 802 by offering out of court statements of the unidentified author(s) for the truth of the matters asserted "(e.g., that certain experiments were conducted and generated certain results)," as hearsay within hearsay. Paper 18, 4. Further, in the objections of 2001, 2002, 2048, 2057, 2071, and 2079, Petitioner refers to the objection to Exhibit 2019 and sets forth the paragraphs of each challenged exhibit that it seeks to exclude based upon asserted reliance on Exhibit 2019 therein. *See* Paper 18, 1–3; Paper 32, 3–4. Moreover, we agree with Petitioner that the fact that its motion seeks to preserve its objections to those exhibits with regard to only a portion of Exhibit 2019, i.e., Appendices 3 and 4, does not render the objections encompassing those items insufficient, as they too were set forth with "sufficient particularity," as required.

Substantively, Patent Owner asserts that Dr. Harbeson's testimony regarding the source and content of the data in Appendices 3 and 4 is sufficient to authenticate those portions of Exhibit 2019. Exclude Opp. 3–4. Patent Owner characterizes Appendices 3 and 4 as a "summary" of pharmacokinetic data "excerpted from Concert's clinical study reports" relating to CTP-543 and relied upon by Dr. Harbeson in formulating his opinions. *Id*. at 6 n.2. According to Patent Owner, Dr. Harbeson demonstrated his familiarity with the study design, subjects, timing, dosages, sampling, and data acquisition and analysis. *Id*. at 4 (citing Ex. 2001 ¶¶ 2, 11–16). Regarding hearsay, Patent Owner asserts that Appendices 3 and 4 "reflect records of a regularly conducted activity and not hearsay." *Id*. at 7.

Incyte Exhibit 1176 - Page 39 of 53
Incyte v. Concert - PGR2021-00006
Appx8662

Patent Owner contends that if Appendices 3 and 4 are found to be unauthenticated hearsay, "the data and methodology presented in Exhibit 2019 is the sort that an expert would rely on, and as such, Exhibits 2001, 2002, 2048, and 2057 should not be excluded." *Id*. at 10.

Based upon our review of the arguments and evidence, we note that Petitioner demonstrates a strong case for finding that Appendices 3 and 4 of Exhibit 2019 have not been authenticated and likely contain hearsay. *See* Exclude Mot. 1–9 and Paper 103, 1–3. However, we decline to exclude that material. As we recognized in *Argentum Pharmaceuticals LLC v. Research Corp. Technologies, Inc*., Case IPR2016-00204, slip op. 52 (PTAB Mar. 22, 2017) (Paper 85), "under FRE 703, the proponent of an expert opinion may disclose otherwise inadmissible evidence underling that opinion to a jury, if the court determines that the 'probative value in helping the jury evaluate the opinion substantially outweighs [its] prejudicial effect.'" In this case, we conclude that our ability (and that of the declarant(s) for Petitioner) to evaluate the summary and methodology set forth in Appendices 3 and 4 that served as a basis for testimony provided by Patent Owner's declarants outweighs any prejudicial effect posed by those portions of Exhibit 2019. Indeed, when assigning weight, if any, to testimony based on Appendices 3 and 4, we may factor in the reliability of such information presented as a summary of data that was excerpted from clinical study reports.

Accordingly, we deny the Motion to Exclude with respect to Exhibits 2001, 2002, 2019, 2048, 2057, 2071, and 2079.

Incyte Exhibit 1176 - Page 40 of 53
Incyte v. Concert - PGR2021-00006

*B.      Exhibit 2078*

Exhibit 2078 is a journal article titled "Effect of deuteration on metabolism and clearance of Nerispirdine (HP184) and AVE5638." Ex. 2078, 3831. Petitioner asserts that Exhibit 2078 appears to have been published in 2015, long after the 2012 priority date of the '149 patent. Exclude Mot. 9. Therefore, Petitioner asserts that the exhibit is irrelevant under FRE 401 and 402. *Id*.

Patent Owner acknowledges the post-priority date publication of Exhibit 2078 and asserts that such date "does not detract from its relevance" regarding the Patent Owner contentions regarding the unpredictability of effects of deuteration. Exclude Opp. 14. Further, Patent Owner asserts that arguments relating to the relevance of post-filing publication dates concern the weight given to that evidence and not its admissibility. *Id*. at 15.

We agree with Patent Owner that Petitioner's challenge of Exhibit 2078 is not a basis for excluding the exhibit. Rather, the post-filing publication date of a reference relied upon to indicate general knowledge of a person of ordinary skill in the art is a factor that we consider when we weigh the evidence. Further, as the Federal Circuit has explained, the Board may rely on "non-prior art evidence," in a limited capacity, i.e., in a supportive role, "e.g., indicating the level of ordinary skill in the art, what certain terms would mean to one with ordinary skill in the art, and how one with ordinary skill in the art would have understood a prior art disclosure." *Yeda Research v. Mylan Pharms. Inc.*, 906 F.3d 1031, 1041 (Fed. Cir. 2018).

Accordingly, we deny Petitioner's Motion to Exclude with respect to Exhibit 2078.

Incyte Exhibit 1176 - Page 41 of 53
Incyte v. Concert - PGR2021-00006

### C. *Exhibits 2099–2101, 2103, 2104, and 2112*

Exhibits 2099–2101, 2103, 2104, and 2112 were introduced at the deposition of Dr. Shapiro and were subsequently filed. Petitioner asserts that those exhibits have not been referenced in any briefing by Patent Owner. Exclude Mot. 9. According to the Petitioner, each of those exhibits should be excluded as irrelevant under FRE 401 and 402. *Id*. at 9–10. Further, Petitioner asserts that those exhibits should be excluded as untimely and improper new evidence. *Id*. at 10.

Patent Owner states that it "does not oppose exclusion of Exhibits 2099–2101, 2103, 2104, and 2112, which are not cited in any substantive paper." Exclude Opp. 1 n.1. Accordingly, we grant Petitioner's Motion to Exclude with respect to Exhibits 2099–2101, 2103, 2104, and 2112.

### D. *Exhibits 2122 and 2123*

Exhibits 2122 (sealed) and 2123 (public) represent the declaration of Dr. Cowden, a Concert employee, filed with Patent Owner's Reply to Petitioner's Opposition to the Contingent Motion to Amend (Paper 84). Petitioner asserts that Dr. Cowden's testimony relating to tests performed on a sample of CTP-543 obtained by Concert from a third party (Carbogen) lacks foundation under FRE 602 because "Dr. Cowden has not established personal knowledge (1) that Carbogen retained the specific CTP-543 batch, (2) that Carbogen sent to Concert a representative sample of the specific CTP-543 batch, or (3) that the sample tested at Concert was the specific CTP-543 batch in issue." Exclude Mot. 11. Petitioner asserts also that, insofar as Dr. Cowden's testimony relies on quantitative nuclear magnetic resonance ("NMR") analysis, his testimony "constitutes improper lay testimony and/or expert testimony" as he has not been shown to be an expert

42

in quantitative NMR. *Id*. at 11–12. Therefore, Petitioner asserts that paragraphs 6, 8–13, 15–24, and Appendix A of Exhibits 2122 and 2123 should be excluded. *Id*. at 11–14.

Patent Owner asserts that "Dr. Cowden is an expert in NMR interpretation, as it relates to drug development," and that none of his declaration testimony should be excluded as improper expert testimony. Exclude Opp. 10–11. Further, Patent Owner asserts that Dr. Cowden provided sufficient foundation for his testimony regarding his knowledge about the specific CTP-543 batch at issue. *Id*. at 14 (citing Ex. 2122 ¶ 11).

Based upon our review of the declaration testimony and briefing, it appears as though Patent Owner offers the testimony of Dr. Cowden as that of a hybrid fact witness/expert, as he provides testimony regarding the analysis of a sample batch of CTP-543 at Concert, performed under his supervision, and he provides conclusions based upon the data generated from the sample. *See, e.g.*, Ex. 2123 ¶¶ 11, 24. Dr. Cowden begins his declaration by stating that he has "personal knowledge of the facts set forth in this Declaration." *Id.* ¶ 1. He testifies also that he is employed by Concert as the "Senior Director, Chemical Development." *Id*. ¶ 2. In terms of expertise, Dr. Cowden testified that he received his Ph.D. in synthetic organic chemistry, has over 18 years of experience in the field of process chemistry, and has "routinely used nuclear magnetic resonance (NMR) to analyze organic compounds." *Id*. ¶¶ 3–4. Patent Owner refers to Dr. Cowden as an expert in NMR interpretation, and also acknowledges that his testimony is based upon personal knowledge regarding the CTP-543 sample. Exclude Opp. 10–11.

43

In view of those facts, we do not find that Petitioner has met its burden of demonstrating that portions of Dr. Cowden's declaration should be excluded based upon FRE 602, 701, or 702. Petitioner's objections implicate the weight and sufficiency of the testimony, rather than its admissibility. We are in a position to discern whether Dr. Cowden's testimony should be entitled to weight, either as a whole or with regard to specific issues. Further, we note that Petitioner had the opportunity to address any alleged deficiencies regarding Dr. Cowden's personal knowledge or qualifications during a deposition. As Patent Owner has explained, Dr. Cowden was offered for such an examination, however, Petitioner declined. *See* Exclude Opp. 11 n.3.

Accordingly, we deny the Motion to Exclude with respect to Exhibits 2122 and 2123.

## IV. PATENT OWNER'S CONTINGENT MOTION TO AMEND

Having concluded that claims 1–15 are unpatentable under 35 U.S.C. § 103 as obvious over Rodgers, Shilling, and the Concert Backgrounder, we next consider Patent Owner's Contingent Motion to Amend the claims of the '149 patent. Proposed amended claims are set forth in the Motion. Amend Mot. 26–31 (Appendix A). Patent Owner supports its Motion with the declarations of Scott Harbeson, Ph.D. (Ex. 2001 and Ex. 2071, sealed; Ex. 2079, public), Thomas B. Baille, Ph.D., D.SC. (Ex. 2002), Julian Mackay-Wiggan, M.D., M.S. (Ex. 2048), Paul Ortiz de Montellano, Ph.D. (Ex. 2057), and Dr. Cameron Cowden, Ph.D. (Ex. 2122, sealed; Ex. 2123, public), and the original disclosure of the '149 patent (U.S. Appl. No. 14/707,912) (Ex. 2037, 1–66) ("the '912 application"), and the original disclosure of related Provisional Application No. 61/660,428 (Ex. 2073)

("the '428 application"), to which the '912 application claims priority, (collectively, the "Applications").  Amend Mot. 4.

Pursuant to *Aqua Products, Inc. v. Matal*, 872 F.3d 1290 (Fed. Cir. 2017), the Board assesses "the patentability of the proposed substitute claims without placing the burden of persuasion on the patent owner." *Id*. at 1296. The Court explained that the Patent Office may not place the burden of persuasion on a patent owner with respect to the patentability of substitute claims presented in a motion to amend.  *See id*. at 1327; *see Bosch Auto. Serv. Sols. LLC v. Matal*, 878 F.3d 1027, 1040 (Fed. Cir. 2017).

As for procedural requirements regarding motions to amend, the Court stated that "the patent owner must satisfy the Board that the statutory criteria in [35 U.S.C.] § 316(d)(1)(a)–(b) and § 316(d)(3) are met and that any reasonable procedural obligations imposed by the Director are satisfied before the amendment is entered into the IPR." *Aqua Prods.*, 872 F.3d at 1305–06.  In view of *Aqua Products*, the Board has issued guidance explaining,

> [A] patent owner still must meet the requirements for a motion to amend under 37 C.F.R. § 42.121 or § 42.221, as applicable. That is, a motion to amend must set forth written description support and support for the benefit of a filing date in relation to each substitute claim, and respond to grounds of unpatentability involved in the trial.  Likewise, under 37 C.F.R. § 42.11, all parties have a duty of candor, which includes a patent owner's duty to disclose to the Board information that the patent owner is aware of that is material to the patentability of substitute claims, if such information is not already of record in the case.

Incyte Exhibit 1176 - Page 45 of 53
Incyte v. Concert - PGR2021-00006

*See* Memorandum "Guidance on Motions to Amend in view of *Aqua Products*" (Nov. 21, 2017) (https://www.uspto.gov/sites/default/files/ documents/guidance_on_motions_to_amend_11_2017.pdf) ("Memorandum") at 2.

### A. Reasonable Number of Substitute Claims

"A motion to amend may. . . propose a reasonable number of substitute claims. The presumption is that only one substitute claim would be needed to replace each challenged claim, and [that presumption] may be rebutted by a demonstration of need." 37 C.F.R. § 42.121(a)(3).

Patent Owner requests to substitute proposed claims 16–19 (the "Substitute Claims") for original claims 1, 8, 9, and 15. Amend Mot. 1. Specifically, Patent Owner submits proposed claim 16 to substitute original claim 1, proposed claim 17 to substitute original claim 8, proposed claim 18 to substitute original claim 9, and proposed claim 19 to substitute original claim 15. *Id*. Thus, the proposed claims 16–19 represent a one-for-one substitution for original claims 1, 8, 9, and 15, respectively.[13] Accordingly, we determine that Patent Owner has met the requirement of 37 C.F.R. § 42.121(a)(3).

### B. Written Description Support

Pursuant to 37 C.F.R. § 42.121(b), a motion to amend in an *inter partes* review must set forth "[t]he support in the original disclosure of the patent for each claim that is added or amended," and "[t]he support in an

---

[13] Proposed substitute claims 16 and 18 are set forth as independent claims directed to a compound of Formula I. Proposed substitute claim 17 is directed to pharmaceutical composition comprising the compound of claim 16. Similarly, proposed substitute claim 19 is directed to a pharmaceutical composition comprising the compound of claim 18.

46

earlier-filed disclosure for each claim for which benefit of the filing date of the earlier filed disclosure is sought." In particular, the limitations added to the challenged claims must be supported *individually* by the application, from which Patent Owner claims priority, and the substitute claims also must be supported *as a whole* by that application. *Nichia Corp. v. Emcore Corp.*, Case IPR2012-00005, slip op. at 4 (PTAB June 3, 2013) (Paper 27).

The language of the proposed substitute claims does not need to be described *in ipsis verbis* in the original disclosure to support the proposed substitute claims. *Id.*; *Purdue Pharma L.P. v. Faulding Inc.*, 230 F.3d 1320, 1323 (Fed. Cir. 2000); *Fujikawa v. Wattanasin*, 93 F.3d 1559, 1570 (Fed. Cir. 1996). However, if the original disclosure does not use the precise terminology recited in a proposed claim, "mere citation to the original disclosure without any explanation as to why a person of ordinary skill in the art would have recognized that the inventor possessed the claimed subject matter as a whole may be similarly inadequate." *Nichia Corp.*, slip op. at 4. In other words, in such case, the question remains whether the disclosure reasonably would lead persons of ordinary skill in the art to the subject matter recited in the proposed claims. *See Fujikawa*, 93 F.3d at 1570.

Patent Owner asserts that each proposed claim finds written description support in the Applications. Amend Mot. 4–7. Specifically, Patent Owner asserts that the Applications each describe Compound 111, which discloses every limitation of proposed claims 16 and 18. *Id.* at 5. Additionally, Patent Owner asserts that the Applications also describe a pharmaceutical composition and a pharmaceutically acceptable carrier, as further recited in proposed claims 17 and 19. *Id.* at 7–8. We agree.

Incyte Exhibit 1176 - Page 47 of 53
Incyte v. Concert - PGR2021-00006

Appx8670

Petitioner disagrees only in a conditional manner. Amend Opp. 12. According to Petitioner, Concert improperly seeks to read particular "advantageous properties" of *in vitro* and *in vivo* KIE, and clinical profile into claims 16–19 by linking them to the claimed invention and asserting that a person of ordinary skill in the art would not have had a reasonable expectation of success in arriving at the claimed invention. *Id.*. Petitioner states that "[i]f, however, the 'claimed invention' is read to require 'advantageous properties' for the purposes of a reasonable expectation of success, it necessarily follows from this disclaimer that there must be written description and enabling support for these 'advantageous properties.'" *Id*. at 13. We need not address that conditional argument because, as Petitioner correctly asserts, such "advantageous properties" are not recited in the original or proposed substitute claims.

Accordingly, we determine that Patent Owner has met the requirement of 37 C.F.R. § 42.121(b).

> C. *Respond to a Ground of Unpatentability Involved in the Trial*

"A motion to amend may be denied where: (i) The amendment does not respond to a ground of unpatentability involved in the trial . . . ." 37 C.F.R. § 42.121(a)(2)(i).

Patent Owner asserts that the proposed substitute claims respond to the asserted grounds of unpatentability in the *inter partes* proceeding. Amend Mot. 8. Specifically, Patent Owner asserts:

> The Substitute Claims respond to the asserted grounds because as of 2012, (1) there was an affirmative motivation for POSAs not to combine the asserted references to arrive at the Substitute Claims, (2) there was no reasonable expectation of success in combining the asserted references to produce the compound or composition of the Substitute Claims, and (3)

48

> objective indicia support nonobviousness of the Substitute
> Claims. As to objective indicia, Concert's CTP-543 product
> under development has demonstrated unexpected beneficial
> results and a likelihood of satisfying a long-felt need. There is a
> nexus between these unexpected results and the Substitute
> Claims, as CTP-543 has the isotopic purity recited in claim 18
> and is Compound 111 (*see* Ex. 2001, ¶4; Ex. 2079, ¶10), which,
> as explained above (*supra* Section III), is claimed by proposed
> claims 16 and 18.

*Id*. at 8–9. Patent Owner asserts further that "nothing in the asserted grounds addresses the claimed isotopic purity of proposed claims 18 and 19." *Id*. at 9.

Petitioner asserts that Patent Owner's motion to amend should be denied because the proposed substitute claims do not respond to a ground of unpatentability involved in the trial. Amend Opp. 10. Patent Owner asserts that proposed claims 16–19 read on Compound 111, which was shown to have been obvious in the Petition as it was a basis for the obviousness grounds. *Id*. (citing Amend Mot. 5; Pet 8–9, 26–43, 50–55). According to Petitioner, Patent Owner "does not, and cannot, explain how still claiming that obvious compound is responsive to either ground." *Id*.

Petitioner asserts that, in the motion to amend, Patent Owner merely repeats the same arguments that it presented in the Patent Owner Response regarding the challenged original claims, and that, by doing so, Patent Owner reveals that claims 16–19 are not patentably distinct from the original claims. *Id*. at 11 (citing PO Resp. 46–71; Amend Mot. 8–25). Petitioner notes that Patent Owner "neither mentions nor relies upon the added limitations of claims 16–19 anywhere in its arguments on motivation or reasonable expectation of success beyond relying on CTP-543 as an embodiment just as it does in the POR." *Id*. (citing Amend Mot. 9–19; PO

Resp. 30–37, 46–66). Petitioner notes also that Patent Owner relies on the same evidence and arguments regarding secondary considerations in its motion to amend for the proposed substitute claims as it did for the original claims in the Patent Owner Response. *Id*. (citing PO Resp. 36–37; Amend Mot. 22–23). Further, Petitioner asserts that the motion to amend does not address how the added limitation in claims 18 and 19 regarding isotopic purity responds to a ground of unpatentability. *Id*. at 12.

Based upon our review of the arguments and evidence, we agree with Petitioner that the motion to amend does not set forth how the proposed substitute claims respond to the asserted grounds of unpatentability. Insofar as the proposed substitute claims narrow the compounds of the challenged original claims, they have done so in a manner that still covers the compound that we have found to be obvious over the ground involving the combined teachings of Rodgers, Shilling, and the Concert Backgrounder. Patent Owner asserts that the proposed claims are not obvious over that ground for the same reasons asserted in the Patent Owner Response regarding the original claims, without identifying how analysis of the proposed substitute claims would be distinguished. Nor do we see how they could be as the same compound, i.e., Compound 111/CTP-543, is relied upon to represent the original claims and proposed substitute claims. Further, as Petitioner asserts, Patent Owner refers to the additional isotopic purity limitation in proposed claims 18 and 19, i.e., "wherein each position designated specifically as deuterium has at least 95% incorporation of deuterium," without explaining or providing evidence how that additional limitation, also covered by Compound 111/CTP-543, responds to the ground of unpatentability.

Incyte Exhibit 1176 - Page 50 of 53
Incyte v. Concert - PGR2021-00006

Patent Owner explains, in the Reply to Petitioner's Opposition to the Motion to Amend, that the proposed substitute claims respond to the ground because, "to the extent that the Board determines that the unexpected results offered by Concert are not commensurate in scope with the broader, original claims of the '149 Patent, those results are commensurate in scope with the narrower substitute claims 16–19." Paper 84, 11–12. However, our determination that Patent Owner's evidence did not demonstrate unexpected results was not based upon that contention. Rather, we determined that the results represented a difference in degree and not in kind. The proposed substitute claims do not respond to that deficiency.

Accordingly, because we find that Patent Owner has not met the requirement in 37 C.F.R. § 42.121(a)(2)(i) by proposing substitute claims that do not respond to a ground of unpatentability in the trial, the Motion to Amend is denied.

## V. CONCLUSIONS

For the foregoing reasons, we conclude that Petitioner has shown by a preponderance of the evidence that the challenged claims of the '149 patent are unpatentable as obvious over Rodgers, Shilling, and the Concert Backgrounder. Additionally, we conclude that Petitioner has not established that it is entitled to have Exhibits 2001, 2002, 2019, 2048, 2057, 2071, 2078, 2079, 2122, and 2123 excluded. We conclude Petitioner is entitled to exclude Exhibits 2099–2101, 2103, 2104, and 2112. We also conclude that Patent Owner has not met the requirements of 37 C.F.R. § 42.121(a)(2)(i) for amending claims.

Incyte Exhibit 1176 - Page 51 of 53
Incyte v. Concert - PGR2021-00006

ORDER

In consideration of the foregoing, it is hereby:

ORDERED claims 1–15 of the '149 patent are unpatentable under 35 U.S.C. § 103 as obvious over Rodgers, Shilling, and the Concert Backgrounder;

FURTHER ORDERED that Petitioner's Motion to Exclude is *denied* with respect to Exhibits 2001, 2002, 2019, 2048, 2057, 2071, 2078, 2079, 2122, and 2123, and *granted* with respect to Exhibits 2099–2101, 2103, 2104, and 2112;

FURTHER ORDERED that Patent Owner's Contingent Motion to Amend is *denied*; and

FURTHER ORDERED that, because this is a Final Written Decision, parties to the proceeding seeking judicial review of the decision must comply with the notice and service requirements of 37 C.F.R. § 90.2.

Incyte Exhibit 1176 - Page 52 of 53
Incyte v. Concert - PGR2021-00006
Appx8675

PETITIONER:

Thomas L. Irving
Mark J. Feldstein
Michael J. Flibbert
Rachel L. Emsley
Trenton A. Ward
Drew D. Christie
C. Collette Corser
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
tom.irving@finnegan.com
mark.feldstein@finnegan.com
michael.flibbert@finnegan.com
rachel.emsley@finnegan.com
trenton.ward@finnegan.com
drew.christie@finnegan.com
collette.corser@finnegan.com


PATENT OWNER:

Marta E. Delsignore
Sarah J. Fischer
GOODWIN PROCTER LLP
mdelsignore@goodwinprocter.com
sfischer@goodwinlaw.com



Cochrane Database of Systematic Reviews

# Interventions for alopecia areata (Review)

Delamere FM, Sladden MJ, Dobbins HM, Leonardi-Bee J

Delamere FM, Sladden MJ, Dobbins HM, Leonardi-Bee J.
Interventions for alopecia areata.
*Cochrane Database of Systematic Reviews* 2008, Issue 2. Art. No.: CD004413.
DOI: 10.1002/14651858.CD004413.pub2.

**www.cochranelibrary.com**

**Interventions for alopecia areata (Review)**
Copyright © 2010 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

WILEY

CONCERT EX. 2008
INCYTE v. CONCERT
PGR2021-00006

Appx8781

The severity and pattern of hair loss can vary considerably between individuals. Alopecia areata is typically multi-focal, occurring on the scalp or any other hair-bearing region of skin (Sinclair 1999). The bald areas are commonly oval or circular in shape and smooth to the touch. Hair shaped like an exclamation mark can be present around the margins of the patch. The condition can affect the entire scalp (alopecia totalis) or can cause loss of all body and scalp hair (alopecia universalis) (Price 1999). The number of people with alopecia areata who progress to develop alopecia totalis or universalis is not known, but estimates range from 7 to 30% (Muller 1963). Vitiligo and autoimmune thyroid disorders are sometimes associated with alopecia areata (Madani 2000).

## Epidemiology

Alopecia areata is a relatively common condition which occurs all over the world (Madani 2000). It accounts for approximately 2% of new cases attending dermatology outpatient clinics in the UK and USA (Madani 2000). A population-based study in Minnesota, USA, found an overall incidence of alopecia areata was 20.2 per 100,000 person-years (Safavi 1995). The lifetime risk has been estimated at 1.7% (Safavi 1995). The majority of people affected experience only the occasional bald area, which spontaneously resolves within a year, but most will suffer a relapse at some stage in their life. The prognostic factors for a less favourable outcome include: a family history of alopecia areata; childhood onset of alopecia areata; severe hair loss, as in alopecia totalis or universalis; a history of atopic diseases such as eczema, asthma or hay fever; other autoimmune conditions, particularly thyroid disease (Madani 2000).

## Causes

Alopecia areata is an autoimmune disease which affects genetically susceptible individuals (Colombe 1999). The autoimmune response may be triggered by the interaction of genetic and other factors, such as physical stress, trauma or a major life crisis (Madani 2000), but often a specific trigger cannot be identified (Sinclair 1999).

## Impact

Alopecia areata can cause significant psychosocial problems. In an image orientated society, hair loss can be psychologically devastating for people affected and their families. Hair defines individuality and appearance; therefore, alopecia may result in reduced self-esteem and may negatively affect the quality of life (McMichael 1998). The unpredictable nature of the disease and the possibility of long-term, potentially unpleasant, therapy all add to the anxiety experienced when living with this condition.

## Description of the intervention

In alopecia areata the hair follicle is not destroyed and maintains the potential to re-grow hair should the disease go into remission (Price 1999). There is, however, no cure for alopecia areata and no universally proven therapy to induce hair re-growth and sustain remission (Sinclair 1999). It is unclear if any treatment alters the long-term course of the disease (Price 1999). It can be difficult to assess the efficacy of interventions in the absence of a control group because spontaneous recovery can occur, particularly in mild forms of the disease. A range of therapies are available that may promote acceptable hair re-growth, however, clinical outcomes are variable. It is particularly frustrating for the person affected if the therapy induces only temporary hair re-growth, or if new bald areas occur as those being treated improve. Treatment choice depends on two main factors: the extent of hair loss, and the age of the person (Price 1999; Madani 2000). However, treatment decisions may also be influenced by drug availability, anecdote and the personal preference of the individual with hair loss.

Current treatments include: topical corticosteroids; corticosteroids injected directly into the bald patch (not usually used for young children); systemic immunosuppression, e.g. psoralens taken by mouth plus exposure to ultraviolet light A (PUVA); corticosteroids (taken orally or by injection); oral ciclosporin; topical immunotherapy, e.g. diphencyprone (DPCP); anthralin; minoxidil therapy (also used in combination with corticosteroids).
All of the above therapies have documented side effects, some of which can be unpleasant or potentially serious. Treatments such as topical immunotherapy can be very time consuming. Individuals may consider the adverse effects of treatment and the unpredictable outcome unacceptable. When hair loss is extensive, a wig or hairpiece may be worn during treatment, or be a long-term option if the alopecia persists.

## Why it is important to do this review

There is some evidence in the literature to support the use of the above therapies. However, many of the trials include people with different degrees of alopecia or with poorly defined disease. Adverse effects may be an important factor to consider for some of the therapies, such as the systemic agents. Topical immunotherapy is widely used, yet not licensed for such use. This systematic review will help determine the most effective therapies, when and for whom they should be used, the duration of treatment, possible risks and side effects and the level of acceptability for the person affected. It will also enable an assessment of the level and quality of the evidence that is currently available, and will identify areas of uncertainty or gaps in knowledge that require further research.

CONCERT EX. 2008
INCYTE v. CONCERT
PGR2021-00006

Appx8786

(e.g. Kar 2005), but in others it is clear that participants were disheartened by the lack of efficacy (Mancuso 2003). In others the time commitment expected of the participants was considerable in terms of application of treatments and clinic visits (Nelson 1994) and may have lead to drop-outs or non-compliance. Tosti 1991 expressed concern about the poor skin penetration and therefore lack of efficacy of the drug that they were using in their trial.

## Quality of the evidence

Alopecia areata has considerable likelihood of natural remission especially in the early stages of the disease (Madani 2000): this complicates interpretation of a successful response to treatment particularly where numbers of participants in each arm of the trial are so low. Where participants have alopecia areata that involves less than 25% hair loss from the scalp or where they have had the disease for less than a year, up to 50% of successful re-growth may be spontaneous (Mancuso 2003).

Other situations where interpretation of the results may be complicated are where topical treatments for hair growth may have systemic effects, which is especially relevant in within-patient trials. In the Bissonnette 2000 study, hair growth occurred beyond the treatment areas of the scalp. Hair growth may also occur at distant sites e.g. hair growth on face (Price 1987b) or toes (White 1985).

In contrast, other treatments such as topical ciclosporin appeared to be ineffective due to lack of drug penetration (Nelson 1994; Rongioletti 1992; Tosti 1991), it is not clear whether ciclosporin might be of benefit if the drug could be adequately absorbed into the scalp. There are no RCTs which assess systemic use of ciclosporin in treating alopecia areata.

## Potential biases in the review process

The difficulties in determining actual hair growth in clinically significant terms in these studies was due to a lack of any universal measure of successful hair growth. Ideally we were looking for hair growth that was cosmetically acceptable to the participant, but we found no reports of participant evaluation of the treatments. After assessing several of the studies we defined >50% re-growth of the affected area as a measure of clinically significant hair growth. However it was not always possible to extract this information from the studies. Olsen 2004 has tried to address the issue of defining and standardising measurement of hair loss so that results from studies might be more comparable.

Some readers might think that our exclusion of non-randomised controlled studies was a bit harsh, especially for studies of topical diphencyprone where some reports of half scalp application produces a clear half head of hair growth (Monk 1989). Whilst we acknowledge that randomised controlled trials are sometimes not needed for treatments which may have a dramatic and persistent effect (Glasziou 2007), the evidence from trials of topical immunotherapy (including diphencyprone) suggests that response rates vary a lot from dramatic improvement to no regrowth at all. Egger 2003 showed that studies with more positive effects are more likely to be published than those with less conclusive results, or those written in languages other than English. To tackle the problem of publication bias we wrote to authors asking for information, we searched databases of ongoing trials, and we searched the LILACS (Latin American and Carribean Health Science Information) database. Selective reporting of dramatic effects from non-randomised trials without any control group is likely to be very misleading therefore, and randomised controlled trials are needed to explore short and long-term effects across a group of participants of defined disease severity and duration.

## Agreements and disagreements with other studies or reviews

Alopecia areata is a chronic hair loss disease in which it is very difficult to predict whether there will be periods of spontaneous remission or whether the pattern of hair loss will get progressively more severe. The results of our review are in agreement with the comments of Epstein 2001. There is such a lack of consistent response to the therapies that are available, that the Federal Drugs Administration (USA) does not have an approved list for this disease (Olsen 2004).

It is a condition that can cause psychosocial problems and more severe psychological effects on some individuals (Schmidt 2001, Firooz 2005). We agree with the conclusions of MacDonald Hull 2003 that considering the possibility of spontaneous remission and lack of efficacy of treatments the option of not treating with medications may be the best one for many participants. This discussion about choosing no therapy for alopecia areata has been ongoing for some time (Hutchinson 1987).

MacDonald Hull 2003 recommends intralesional corticosteroids for patchy hair loss: we found no evidence to support this because randomised trials have not been performed. We also found little evidence to support the use of contact immunotherapy for more extensive hair loss, and although diphencyprone is frequently used for severe alopecia areata we could find no RCTs, fulfilling our inclusion criteria, assessing its use.

# AUTHORS' CONCLUSIONS

## Implications for practice

Few treatments for alopecia areata have been well evaluated in randomised trials: there is no RCT evidence that steroids, whether topical, intralesional or systemic, are of benefit in treating alopecia

CONCERT EX. 2008
INCYTE v. CONCERT
PGR2021-00006

areata. Systemic steroids have the potential to produce serious side effects. Similarly, there is insufficient evidence on use of topical minoxidil, topical ciclosporin, PDT, hair growth stimulants, or other immunotherapies for the treatment of alopecia areata.

Before starting treatment for alopecia areata, and especially in the early stages of the disease people should be informed of its natural history and the possibility of spontaneous remission and the lack of evidence for different treatments. We found no RCTs on the use of diphencyprone to treat alopecia areata, but it is frequently used and recommended for the treatment of extensive alopecia areata and alopecia totalis/universalis (MacDonald Hull 2003). Similarly although topical steroids and minoxidil are widely prescribed by dermatologists for limited patchy alopecia areata, and appear to be safe, there is no convincing evidence that they are beneficial. MacDonald Hull 2003 concluded that there was poor evidence to support the use of topical steroids and topical minoxidil.

It is clinically challenging when a patient with alopecia areata is desperately seeking treatment, to tell them that the evidence suggests that current treatment confers no long-term benefit. Considering the possibility of spontaneous remission and lack of efficacy of treatments, the option of not treating may be the best option for many patients. For some participants with extensive alopecia areata, wearing a wig might be a reasonable option. Healthcare practitioners can still play an important role in providing psychosocial support and information, and self help groups both online and face-to-face can be beneficial for some people.

## Implications for research

Few treatments for alopecia areata have been well evaluated in randomised trials and we found none that addressed participant-focussed measures of success or measurements of quality of life. Addressing these deficiencies by means of high quality clinical trials has to be a priority and main conclusion from our review.

Future studies need to be much bigger than the current largely inconclusive small studies performed to date, and they should ideally include a placebo or vehicle group given the current uncertainty around whether any treatment works. In order that studies can be comparable there needs to be a clear definition of baseline measures of hair loss as well as success in terms of measuring scalp coverage, measurement of sustained hair re-growth and participant satisfaction. Future research should incorporate outcome measures that are clinically meaningful to participants.

Future trials should be designed to recruit participants who are clinically homogeneous, for example of similar disease severity or duration, or both, so that clinically meaningful outcomes can be used to better direct clinical practice. Similarly, because short-term interventions may not 'cure' alopecia areata or result in long-term benefit, trials should focus on assessing safe and sustainable treatments.

There have been no trials involving the use of good quality wigs or alternative supportive therapies versus pharmaceutical interventions for alopecia areata. Such trials using patient satisfaction outcomes would be invaluable. There seems little point in doing more trials on topical ciclosporin and topical minoxidil. Long-term use of topical corticosteroids, topical tacrolimus and topical immunotherapy with diphencyprone are possible future trial priorities.

Although there are 'new' topical immunomodulating drugs and biologic therapies for the treatment of other immune-mediated inflammatory skin diseases (Price 2003; McMichael 2003), evidence from randomised controlled trials is needed to support their effectiveness in alopecia areata. However, reports of alopecia areata occurring during treatment with biologic agents (Tosti 2006; Garcia Bartels 2006) suggest that their utility will be limited.

If more high quality RCTs were to be conducted comparing the variety of possible interventions for alopecia areata, there might be consensus about which treatment would be most effective at different stages of patchy hair loss and disease severity. A pseudo (non)- randomised study of aromatherapy showed promise but this warrants further study in RCTs (Hay 1998)

## ACKNOWLEDGEMENTS

The editorial base would like to thank the the external peer referees Hugh Rushton, David de Berker and Shirley Manknell

CONCERT EX. 2008
INCYTE v. CONCERT
PGR2021-00006

Appx8798

*Current perspectives*

# The emerging role of Janus kinase inhibitors in the treatment of autoimmune and inflammatory diseases

William Damsky, MD, PhD,[a] Danielle Peterson, MD,[a] Julie Ramseier, MD,[a] Badr Al-Bawardy, MD,[b] Hyung Chun, MD,[c] Deborah Proctor, MD,[b] Vibeke Strand, MD,[d] Richard A. Flavell, PhD,[e,f] and Brett King, MD, PhD[a]     *New Haven, Conn, and Palo Alto, Calif*

Autoimmune and inflammatory diseases are common and diverse, and they can affect nearly any organ system. Much of the pathogenesis of these diseases is related to dysregulated cytokine activity. Historically, autoimmune and inflammatory diseases have been treated with medications that nonspecifically suppress the immune system. mAbs that block the action of pathogenic cytokines emerged 2 decades ago and have become widely useful. More recently, agents that simultaneously block multiple pathogenic cytokines via inhibition of the downstream Janus kinase (JAK)–signal transducer and activator of transcription pathway have emerged and are becoming increasingly important. These small-molecule inhibitors, collectively termed JAK inhibitors, are US Food and Drug Administration–approved in a few autoimmune/inflammatory disorders and are being evaluated in many others. Here, we review the biology of the JAK–signal transducer and activator of transcription pathway and the use of JAK inhibitors to treat autoimmune and inflammatory diseases across medical subspecialties. (J Allergy Clin Immunol 2020;■■■:■■■-■■■.)

*Key words: Autoimmune disease, baricitinib, inflammatory disease, JAK inhibitor, Janus kinase inhibitor, JAK-STAT, ruxolitinib, tofacitinib, upadacitinib, cytokine*

From [a]the Department of Dermatology, [b]the Division of Digestive Diseases, [c]Division of Cardiovascular Medicine, [e]the Department of Immunobiology, and [f]the Howard Hughes Medical Institute, Yale University School of Medicine, New Haven; and [d]the Division of Immunology/Rheumatology, Stanford University School of Medicine, Palo Alto.

W.D. is supported by a Career Development Award form the Dermatology Foundation. B.K. is supported by the Ranjini and Ajay Poddar Fund for Dermatologic Diseases Research. R.A.F. is a Howard Hughes Medical Institute Investigator. The funding sources had no direct involvement in this work.

Disclosure of potential conflict of interest: W. Damsky receives research support from Pfizer, has served as a consultant for Eli Lilly, and receives licensing fees from EMD/Sigma/Millipore in unrelated work. H. Chun receives research support from Pfizer. V. Strand serves as a consultant to AbbVie, Amgen Corporation, Arena, AstraZeneca, Bayer, Blackrock, Bioventus, BMS, Boehringer Ingelheim, Celltrion, Concentric Analgesics, Crescendo/Myriad Genetics, EMD Serono, Equilium, Eupraxia, Flexion, Galapagos, Genentech/Roche, Gilead, GSK, Horizon, Ichnos, Inmedix, Janssen, Kiniksa, Kypha, Lilly, Merck, MiMedx, MyoKardia, Novartis, Pfizer, Regeneron, Samsung, Samumed, Sandoz, Sanofi, Servier, Setpoint, Tonix, and UCB. B. King is an investigator for Concert Pharmaceuticals Inc, Eli Lilly and Company, and Pfizer Inc. In addition, B. King is a consultant to and/or has served on advisory boards for Aclaris Therapeutics, Arena Pharmaceuticals, Bristol-Meyers Squibb, Concert Pharmaceuticals Inc, Dermavant Sciences, Eli Lilly and Company, Pfizer Inc, and VielaBio, and he is on the speaker bureau for Regeneron and Sanofi Genzyme. R. A. Flavell is a consultant for GlaxoSmithKline and Zai Lab Limited. The rest of the authors declare that they have no relevant conflicts of interest.

Received for publication September 5, 2020; revised October 1, 2020; accepted for publication October 5, 2020.

Corresponding authors: William Damsky, MD, PhD, Department of Dermatology, Yale School of Medicine, 333 Cedar St, LCI 501, PO Box 208059, New Haven, CT, 06510. E-mail: william.damsky@yale.edu. Or: Brett King, MD, Department of Dermatology, Yale School of Medicine, 333 Cedar St, LCI 501, PO Box 208059, New Haven, CT, 06510. E-mail: brett.king@yale.edu.

0091-6749/$36.00

© 2020 American Academy of Allergy, Asthma & Immunology

https://doi.org/10.1016/j.jaci.2020.10.022

## AUTOIMMUNE AND INFLAMMATORY DISEASES ARE DIVERSE

The incidence of autoimmune and inflammatory diseases is on the rise. Autoimmune disorders, for example, are currently estimated to affect 3% to 5% of the population in Western countries.[1-3] Autoimmunity and many inflammatory disorders are thought to develop as a result of a complex and incompletely understood interplay among various factors. Host genetics, microbiota, and environmental factors lead to dysregulated T- and/or B-cell activity against the host, causing tissue damage. Rare autoinflammatory syndromes are caused by specific germline mutations. Immune responses also play an important role in atopic diseases, including asthma and atopic dermatitis, and they will also be considered herein. Despite the varied aspects of autoimmune and inflammatory diseases, secreted cytokines are thought to play a central role in these diseases, which in many cases makes them amenable to treatment with overlapping approaches.

## CYTOKINES REGULATE IMMUNE AND OTHER RESPONSES

Cytokines are a group of structurally diverse secreted proteins produced by both immune and other host cells that facilitate cellular communication. Cytokines are best known for their role in regulating immune responses, both protective and autoimmune responses alike. Cytokines act on target cells through specific receptors. For example, IFN-γ produced by a T cell can bind to the IFN-γ receptor on a macrophage and change its behavior. Cytokines can act in an autocrine, paracrine, and occasionally endocrine manner. They are often given the designation *interleukin*, which is abbreviated as *IL* (eg, IL-2). However, not all cytokines follow this nomenclature: TNF-α, IFN-γ, prolactin, and erythropoietin are all cytokines.

CONCERT EX. 2019
INCYTE v. CONCERT
PGR2021-00006

Appx8941

signaling and has important roles in bone and skeletal development,[103] and so long-term studies of the use of JAK inhibitors in the pediatric population will be important.

## Safety

JAK inhibitors have roughly comparable safety to that of TNF-α inhibitors.[104] To date, the JAK inhibitors approved for autoimmune diseases have a black box warning for malignancy, serious infections, and thrombosis. Although ruxolitinib does not have a black box warning, this is likely not because its safety profile is different from that of other JAK inhibitors but rather because it is indicated for diseases that have high morbidity and mortality and affect relatively few people (compared with autoimmune and inflammatory diseases, overall); the relatively small risks of malignancy, infection, and thrombosis associated with JAK inhibitors may be considered differently in these populations. Only currently approved JAK inhibitors will be considered in the remainder of this review; the new JAK2 inhibitor fedracitinib is not discussed. Needless to say, as new JAK inhibitors emerge and this class of medicine becomes increasingly used, the safety profile will become increasingly well understood.

## Malignancy

As with TNF-α blockers, there is a theoretical risk that JAK inhibitors could impair immune surveillance of incipient malignancy (eg, inhibition of IFN-γ activity). There is, however, no clearly increased risk of malignancy for either tofacitinib or baricitinib in RA.[104,105] Although the current data are reassuring, additional long-term monitoring is required before the malignancy signal can be more comprehensively assessed.

## Infections

Rates of serious infections in patients taking JAK inhibitors are relatively low and comparable to those with biologic agents, including TNF-α inhibitors.[106] With tofacitinib, community-acquired pneumonia, urinary tract infection, and skin and soft tissue infections were the most common infections.[107,108] There is an increased risk of herpes zoster in patients taking JAK inhibitors.[109] The incidence of herpes zoster in patients with tofacitinib-treated UC has been shown to be elevated during the maintance period (5.1% in the tofacitinib, 10 mg, twice daily group vs 0.5% in the placebo group) but not during the induction period (0.6% in the tofacitinib, 10 mg, twice daily group vs 0.4% in the placebo group).[110,111]

Patients with latent tuberculosis may undertake treatment with isoniazid during JAK inhibitor therapy, an issue that has been considered in detail elsewhere.[112] Development of opportunistic infections is possible but uncommon.[112] Compared with other therapies such as biologics, JAK inhibitors have short half-lives, and so the immunomodulatory effect can be rapidly reversed when the effect of the drug is temporarily undesirable in the setting of an acute infection (Table II).

## Gastrointestinal perforation

Gastrointestinal perforation has been reported in patients taking JAK inhibitors, in particular in the RA clinical trials; many patients in these trials were treated with concomitant nonsteroidal antiinflammatory drugs and prednisone, which may be a factor. Although the mechanism of this effect is unclear, gastrointestinal perforation has also been observed with IL–6–blocking antibodies (and methotrexate), suggesting that the effect might be IL-6–dependent. This topic has recently been reviewed.[113]

## Thrombosis

The black box warning for baricitinib, tofacitinib, and upadacitinib includes deep vein thrombosis, pulmonary embolism, and arterial thrombosis.[114] Overall, these risks appear to be relatively low and may be disease-specific and dose-dependent. For tofacitinib, in particular, in a post-marketing safety study in RA there was an increased incidence of thrombotic events in patients 50 years of age and older with at least one cardiovascular risk factor and taking high-dose tofacitinib (10 mg twice daily); these patients also had a higher risk of mortality. In a *post hoc* analysis of the pivotal UC clinical trials of tofacitinib, venous thromboembolism occurred in 5 patients, all of whom were taking high-dose tofacitinib (10 mg twice daily) and had risk factors for venous thromboembolism.[115] Additional studies will be needed to more accurately quantify these risks and define the mechanism by which they occur.[116] The issue has been considered in detail by Verden et al.[117]

## Drug-drug interactions

Currently approved JAK inhibitors are metabolized by CYP3A4 enzymes. Therefore, concomitatnt use with strong inducers (eg, rifampin) or inhibitors (eg, ketoconazole) of CYP3A4 should be carefully considered. In general, concomitant use with other immunosuppressants is not advised, with the exception of methotrexate, which was used in combination with JAK inhibitors in the majority of patients in RA clinical trials.

## WHAT IS COMING? THE FUTURE OF JAK INHIBITORS

There are numerous JAK inhibitors in various stages of both preclinical and clinical development. A brief overview of efforts to enhance efficacy and reduce adverse effects is presented here.

## JAK specificity

Some JAK inhibitors inhibit 2 or more JAK enzymes, and others may be more specific, favoring JAK1 or TYK2, for example (Table IV). Less inhibition of JAK2 may relatively spare JAK2-dependent bone marrow processes (eg, erythropoiesis). Although targeting specific JAKs is predicted to reduce the pleiotropy of these drugs and reduce off-target effects, it may also reduce efficacy (and may not limit off-target effects in practice). Yet other possibilities are agents that inhibit JAK proteins as well as other kinases (eg, JAK + spleen tyrosine kinase [eg, cerdulatinib, gusacitinib] and JAK3 + tyrosine kinase expressed in hepatocellular carcinoma family kinases [ritlecitinib]).

## Delivery

In some settings, alternate delivery of JAK inhibitors may improve their efficacy while minimizing potential adverse effects. Furthest along in development are topical JAK inhibitors in dermatology.[36,41,118] Topical ophthalmic preparations

CONCERT EX. 2019
INCYTE v. CONCERT
PGR2021-00006

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Amanda T. Wagner *et al.*

| | |
|---|---|
| Patent No. 10,561,659 | Confirmation No.: 6923 |
| Issue Date: February 18, 2020 | |
| Application No.: 16/098,338 | |
| Filed: November 1, 2018 | Art Unit: 1624 |
| For: TREATMENT OF HAIR LOSS DISORDERS WITH DEUTERATED JAK INHIBITORS | Examiner: Murray, Jeffery H. |

### STATUTORY DISCLAIMER IN A PATENT UNDER 37 C.F.R. § 1.321(a)

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Commissioner:

Enclosed herewith is a Disclaimer under 37 C.F.R. § 1.321(a) of Claim 8 of U.S. Patent No. 10,561,659. By filing the Disclaimer, Applicant only intends to disclaim Claim 8, not any other subject matter claimed in the referenced Patent.

The appropriate fee under 37 CFR 1.20(d) is being filed concurrently. The Director is hereby authorized to charge any additional fees required for this paper or credit any overpayment to Account No. 06-1448.

Respectfully submitted,
By **/Susan M. Abelleira, Reg. No. 42252/**
Susan M. Abelleira
Registration No. 42,252
FOLEY HOAG LLP
155 Seaport Blvd
Boston, Massachusetts 02210
(617) 832-1000

Dated: **February 12, 2021**

B5169549.1

CONCERT EX. 2020
INCYTE v. CONCERT
PGR2021-00006

**Appx8954**

## DISCLAIMER IN PATENT UNDER 37 CFR 1.321(a)

| Name of Patentee<br><br>**Concert Pharmaceuticals, Inc.** | Docket Number (Optional)<br>**CPQ-14201** |
|---|---|
| Patent Number<br><br>**10,561,659** | Date Patent Issued<br><br>**February 18, 2020** |

Title of Invention

**TREATMENT OF HAIR LOSS DISORDERS WITH DEUTERATED JAK INHIBITORS**

I hereby disclaim the following complete claim in the above identified patent:

**Claim 8**

The extent of my interest in said patent is (if assignee of record, state liber and page, or reel and frame, where assignment is recorded):

**Assignee of the entire right, title and interest Reel: 051131   Frame: 0337**

This disclaimer is binding upon the grantee and its successors or assigns.

The fee for this disclaimer is set forth in 37 CFR 1.20(d).

☐ Patentee claims small entity status. See 37 CFR 1.27.

☒ Small entity status has already been established in this case, and is still proper.

☐ A check in the amount of the fee is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☒ The Director is hereby authorized to charge any fees which may be required or credit any overpayment to Deposit Account No. **06-1448**

**This WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

Signed at **Nashua** State of **New Hampshire**
this **12th** day of **February** **2021**

| **/Susan M. Abelleira, Reg. No. 42252/**<br>Signature | **42252**<br>Registration Number, if applicable |
|---|---|
| **Susan M. Abelleira**<br>Typed or printed name of patentee/ attorney or agent of record | **617-832-1104**<br>Telephone Number |
| **155 Seaport Boulevard**<br><div align="center">Address</div> | |
| **Boston, MA  02210**<br>City, State, Zip Code or Foreign Country as applicable | |

B5239084.1

CONCERT EX. 2020
INCYTE v. CONCERT
PGR2021-00006

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use XELJANZ/XELJANZ XR/XELJANZ Oral Solution safely and effectively. See full prescribing information for XELJANZ/XELJANZ XR/XELJANZ Oral Solution.**

**XELJANZ® (tofacitinib) tablets, for oral use**
**XELJANZ® XR (tofacitinib) extended-release tablets, for oral use**
**XELJANZ® (tofacitinib) Oral Solution**
**Initial U.S. Approval: 2012**

---

**WARNING: SERIOUS INFECTIONS, MORTALITY, MALIGNANCY AND THROMBOSIS**
***See full prescribing information for complete boxed warning.***

- **Serious infections leading to hospitalization or death, including tuberculosis and bacterial, invasive fungal, viral, and other opportunistic infections, have occurred. (5.1)**
- **If a serious infection develops, interrupt XELJANZ/XELJANZ XR/XELJANZ Oral Solution until the infection is controlled. (5.1)**
- **Prior to starting XELJANZ/XELJANZ XR/XELJANZ Oral Solution, perform a test for latent tuberculosis; if it is positive, start treatment for tuberculosis prior to starting XELJANZ/XELJANZ XR/XELJANZ Oral Solution. (5.1)**
- **Monitor all patients for active tuberculosis during treatment, even if the initial latent tuberculosis test is negative. (5.1)**
- **Thrombosis, including pulmonary embolism, deep venous thrombosis and arterial thrombosis has occurred in patients treated with XELJANZ and other Janus kinase inhibitors. Rheumatoid arthritis patients with at least one cardiovascular (CV) risk factor had a higher rate of all-cause mortality and thrombosis with XELJANZ 10 mg twice daily vs. 5 mg twice daily or TNF blockers. (5.2, 5.4)**
- **Lymphoma and other malignancies have been observed in patients treated with XELJANZ, including an increased rate of Epstein Barr Virus-associated post-transplant lymphoproliferative disorder. (5.3)**

---

------------------------**RECENT MAJOR CHANGES**------------------------

| | |
|---|---|
| Boxed Warning | 9/2020 |
| Indications and Usage (1) | 9/2020 |
| Dosage and Administration (2.1) | 9/2020 |
| Dosage and Administration (2.2) | 12/2019 |
| Dosage and Administration (2.3) | 12/2019 |
| Dosage and Administration (2.4) | 9/2020 |
| Warnings and Precautions (5.1) | 9/2020 |
| Warnings and Precautions (5.2) | 9/2020 |
| Warnings and Precautions (5.3) | 9/2020 |
| Warnings and Precautions (5.4) | 9/2020 |
| Warnings and Precautions (5.5) | 9/2020 |
| Warnings and Precautions (5.7) | 9/2020 |
| Warnings and Precautions (5.8) | 9/2020 |

------------------------ **INDICATIONS AND USAGE**------------------------
XELJANZ/XELJANZ XR/XELJANZ Oral Solution is a Janus kinase (JAK) inhibitor indicated for:

- Rheumatoid Arthritis: XELJANZ/XELJANZ XR is indicated for the treatment of adult patients with moderately to severely active rheumatoid arthritis who have had an inadequate response or intolerance to methotrexate.
  - *Limitations of Use:* Use of XELJANZ/XELJANZ XR in combination with biologic DMARDs or potent immunosuppressants such as azathioprine and cyclosporine is not recommended. (1)
- Psoriatic Arthritis: XELJANZ/XELJANZ XR is indicated for the treatment of adult patients with active psoriatic arthritis who have had an inadequate response or intolerance to methotrexate or other disease-modifying antirheumatic drugs (DMARDs).
  - *Limitations of Use:* Use of XELJANZ/XELJANZ XR in combination with biologic DMARDs or potent immunosuppressants such as azathioprine and cyclosporine is not recommended. (1)
- Ulcerative Colitis: XELJANZ/XELJANZ XR is indicated for the treatment of adult patients with moderately to severely active ulcerative colitis (UC), who have had an inadequate response or who are intolerant to TNF blockers.
  - *Limitations of Use:* Use of XELJANZ/XELJANZ XR in combination with biological therapies for UC or with potent immunosuppressants such as azathioprine and cyclosporine is not recommended. (1)

- Polyarticular Course Juvenile Idiopathic Arthritis: XELJANZ/XELJANZ Oral Solution is indicated for the treatment of active polyarticular course juvenile idiopathic arthritis (pcJIA) in patients 2 years of age and older.
  - *Limitations of Use:* Use of XELJANZ/XELJANZ Oral Solution in combination with biologic DMARDs or potent immunosuppressants such as azathioprine and cyclosporine is not recommended. (1)

----------------------**DOSAGE AND ADMINISTRATION**----------------------
Administration Instructions
- XELJANZ XR (tofacitinib extended-release tablets) is not interchangeable or substitutable with XELJANZ Oral Solution. (2.1)
- Changes between XELJANZ and XELJANZ XR should be made by the healthcare provider. (2.1)
- Do not initiate XELJANZ XR/XELJANZ Oral Solution if absolute lymphocyte count <500 cells/mm³, an absolute neutrophil count (ANC) <1000 cells/mm³ or hemoglobin <9 g/dL. (2.1)
Recommended Dosage
*Rheumatoid Arthritis*
- XELJANZ 5 mg twice daily or XELJANZ XR 11 mg once daily. (2.2)
- Recommended dosage in patients with moderate and severe renal impairment or moderate hepatic impairment is XELJANZ 5 mg once daily. (2, 8.7, 8.8)
*Psoriatic Arthritis (in combination with nonbiologic DMARDs)*
- XELJANZ 5 mg twice daily or XELJANZ XR 11 mg once daily. (2.2)
- Recommended dosage in patients with moderate and severe renal impairment or moderate hepatic impairment is XELJANZ 5 mg once daily. (2, 8.7, 8.8)
*Ulcerative Colitis*
- Induction: XELJANZ 10 mg twice daily or XELJANZ XR 22 mg once daily for 8 weeks; evaluate patients and transition to maintenance therapy depending on therapeutic response. If needed, continue XELJANZ 10 mg twice daily or XELJANZ XR 22 mg once daily for a maximum of 16 weeks. Discontinue XELJANZ 10 mg twice daily or XELJANZ XR 22 mg once daily after 16 weeks if adequate therapeutic response is not achieved. (2.3)
- Maintenance: XELJANZ 5 mg twice daily or XELJANZ XR 11 mg once daily. For patients with loss of response during maintenance treatment, XELJANZ 10 mg twice daily or XELJANZ XR 22 mg once daily may be considered and limited to the shortest duration, with careful consideration of the benefits and risks for the individual patient. Use the lowest effective dose needed to maintain response. (2.3)
- Dosage adjustment is needed in patients with moderate and severe renal impairment or moderate hepatic impairment: see full prescribing information. (2.3)
*Polyarticular Course Juvenile Idiopathic Arthritis*
- XELJANZ/XELJANZ Oral Solution 5 mg twice daily or weight-based equivalent twice daily. (2.4)
- Dosage adjustment is needed in patients with moderate and severe renal impairment or moderate hepatic impairment: see full prescribing information. (2.4)
Dosage Adjustment
- See the full prescribing information for dosage adjustments by indication for patients receiving CYP2C19 and/or CYP3A4 inhibitors; in patients with moderate or severe renal impairment or moderate hepatic impairment; and patients with lymphopenia, neutropenia, or anemia. (2.2, 2.3, 2.4, 8.7, 8.8)
- Use of XELJANZ/XELJANZ XR/XELJANZ Oral Solution in patients with severe hepatic impairment is not recommended in any patient population. (2.2, 2.3, 2.4, 8.8)

---------------------- **DOSAGE FORMS AND STRENGTHS**---------------------
- XELJANZ Tablets: 5 mg, 10 mg tofacitinib (3)
- XELJANZ XR Tablets: 11 mg, 22 mg tofacitinib (3)
- XELJANZ Oral Solution: 1 mg/mL tofacitinib (3)

------------------------------ **CONTRAINDICATIONS** ------------------------------
None (4)

---------------------- **WARNINGS AND PRECAUTIONS** ----------------------
- Serious Infections: Avoid use of XELJANZ/XELJANZ XR/XELJANZ Oral Solution during an active serious infection, including localized infections. (5.1)
- Thrombosis, including pulmonary, deep venous and arterial, some fatal: Reported more commonly in patients treated with XELJANZ 10 mg twice daily compared to 5 mg twice daily. Avoid use of XELJANZ/XELJANZ XR/XELJANZ Oral Solution in patients at risk. Promptly evaluate

CONCERT EX. 2021
INCYTE v. CONCERT
PGR2021-00006

Appx8956

patients with symptoms of thrombosis and discontinue XELJANZ/XELJANZ XR/XELJANZ Oral Solution. (5.4)

- Gastrointestinal Perforations: Use with caution in patients that may be at increased risk. (5.5)
- Laboratory Monitoring: Recommended due to potential changes in lymphocytes, neutrophils, hemoglobin, liver enzymes and lipids. (5.7)
- Immunizations: Live vaccines: Avoid use with XELJANZ/XELJANZ XR/XELJANZ Oral Solution. (5.8)

-------------------------- ADVERSE REACTIONS---------------------------
Most common adverse reactions are:

- Rheumatoid and Psoriatic Arthritis: Reported during the first 3 months in rheumatoid arthritis controlled clinical trials and occurring in ≥2% of patients treated with XELJANZ monotherapy or in combination with DMARDs: upper respiratory tract infection, nasopharyngitis, diarrhea, and headache. (6.1)
- Ulcerative Colitis: Reported in ≥5% of patients treated with either 5 mg or 10 mg twice daily of XELJANZ and ≥1% greater than reported in patients receiving placebo in either the induction or maintenance clinical trials:

nasopharyngitis, elevated cholesterol levels, headache, upper respiratory tract infection, increased blood creatine phosphokinase, rash, diarrhea, and herpes zoster. (6.1)

- Polyarticular Course Juvenile Idiopathic Arthritis: Consistent with common adverse reactions reported in adult rheumatoid arthritis patients. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Pfizer, Inc. at 1-800-438-1985 or FDA at 1-800-FDA-1088 or *www.fda.gov/medwatch*.**

-------------------------- DRUG INTERACTIONS---------------------------
See full prescribing information for clinically relevant drug interactions. (2, 7)

---------------------- USE IN SPECIFIC POPULATIONS ----------------------
Lactation: Advise not to breastfeed. (8.2)

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

**Revised: 9/2020**

CONCERT EX. 2021
INCYTE v. CONCERT
PGR2021-00006

**Appx8957**

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**WARNING: SERIOUS INFECTIONS, MORTALITY, MALIGNANCY AND THROMBOSIS**
**1   INDICATIONS AND USAGE**
**2   DOSAGE AND ADMINISTRATION**
   2.1   Important Administration Instructions
   2.2   Recommended Dosage in Rheumatoid Arthritis and Psoriatic Arthritis
   2.3   Recommended Dosage in Ulcerative Colitis
   2.4   Recommended Dosage in Polyarticular Course Juvenile Idiopathic Arthritis
**3   DOSAGE FORMS AND STRENGTHS**
**4   CONTRAINDICATIONS**
**5   WARNINGS AND PRECAUTIONS**
   5.1   Serious Infections
   5.2   Mortality
   5.3   Malignancy and Lymphoproliferative Disorders
   5.4   Thrombosis
   5.5   Gastrointestinal Perforations
   5.6   Hypersensitivity
   5.7   Laboratory Abnormalities
   5.8   Vaccinations
   5.9   Risk of Gastrointestinal Obstruction with a Non-Deformable Extended-Release Formulation such as XELJANZ XR
**6   ADVERSE REACTIONS**
   6.1   Clinical Trials Experience
   6.2   Postmarketing Experience
**7   DRUG INTERACTIONS**

**8   USE IN SPECIFIC POPULATIONS**
   8.1   Pregnancy
   8.2   Lactation
   8.3   Females and Males of Reproductive Potential
   8.4   Pediatric Use
   8.5   Geriatric Use
   8.6   Use in Diabetics
   8.7   Renal Impairment
   8.8   Hepatic Impairment
**10  OVERDOSAGE**
**11  DESCRIPTION**
**12  CLINICAL PHARMACOLOGY**
   12.1  Mechanism of Action
   12.2  Pharmacodynamics
   12.3  Pharmacokinetics
**13  NONCLINICAL TOXICOLOGY**
   13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility
**14  CLINICAL STUDIES**
   14.1  Rheumatoid Arthritis
   14.2  Psoriatic Arthritis
   14.3  Ulcerative Colitis
   14.4  Polyarticular Course Juvenile Idiopathic Arthritis
**16  HOW SUPPLIED/STORAGE AND HANDLING**
**17  PATIENT COUNSELING INFORMATION**

\*Sections or subsections omitted from the Full Prescribing Information are not listed.

2

CONCERT EX. 2021
INCYTE v. CONCERT
PGR2021-00006

**Appx8958**

## FULL PRESCRIBING INFORMATION

---

### WARNING: SERIOUS INFECTIONS, MORTALITY, MALIGNANCY AND THROMBOSIS

**SERIOUS INFECTIONS**

**Patients treated with XELJANZ/XELJANZ XR/XELJANZ Oral Solution are at increased risk for developing serious infections that may lead to hospitalization or death *[see Warnings and Precautions (5.1), Adverse Reactions (6.1)]*. Most patients who developed these infections were taking concomitant immunosuppressants such as methotrexate or corticosteroids.**

**If a serious infection develops, interrupt XELJANZ/XELJANZ XR/XELJANZ Oral Solution until the infection is controlled.**

**Reported infections include:**

- **Active tuberculosis, which may present with pulmonary or extrapulmonary disease. Patients should be tested for latent tuberculosis before XELJANZ/XELJANZ XR/XELJANZ Oral Solution use and during therapy. Treatment for latent infection should be initiated prior to XELJANZ/XELJANZ XR/XELJANZ Oral Solution use.**
- **Invasive fungal infections, including cryptococcosis and pneumocystosis. Patients with invasive fungal infections may present with disseminated, rather than localized, disease.**
- **Bacterial, viral, including herpes zoster, and other infections due to opportunistic pathogens.**

**The risks and benefits of treatment with XELJANZ/XELJANZ XR/XELJANZ Oral Solution should be carefully considered prior to initiating therapy in patients with chronic or recurrent infection.**

**Patients should be closely monitored for the development of signs and symptoms of infection during and after treatment with XELJANZ/XELJANZ XR/XELJANZ Oral Solution, including the possible development of tuberculosis in patients who tested negative for latent tuberculosis infection prior to initiating therapy *[see Warnings and Precautions (5.1)]*.**

**MORTALITY**

**Rheumatoid arthritis patients 50 years of age and older with at least one cardiovascular (CV) risk factor treated with XELJANZ 10 mg twice a day had a higher rate of all-cause mortality, including sudden CV death, compared to those treated with XELJANZ 5 mg given twice daily or TNF blockers in a large, ongoing, postmarketing safety study *[see Warnings and Precautions (5.2)]*.**

**MALIGNANCIES**

**Lymphoma and other malignancies have been observed in patients treated with XELJANZ. Epstein Barr Virus-associated post-transplant lymphoproliferative disorder**

---

3

Reference ID: 4676365

CONCERT EX. 2021
INCYTE v. CONCERT
PGR2021-00006

Appx8959

has been observed at an increased rate in renal transplant patients treated with XELJANZ and concomitant immunosuppressive medications *[see Warnings and Precautions (5.3)]*.

**THROMBOSIS**
**Thrombosis, including pulmonary embolism, deep venous thrombosis, and arterial thrombosis have occurred in patients treated with XELJANZ and other Janus kinase inhibitors used to treat inflammatory conditions. Rheumatoid arthritis patients who were 50 years of age and older with at least one CV risk factor treated with XELJANZ 10 mg twice daily compared to XELJANZ 5 mg twice daily or TNF blockers in a large, ongoing postmarketing safety study had an observed increase in incidence of these events. Many of these events were serious and some resulted in death. Avoid XELJANZ/XELJANZ XR/XELJANZ Oral Solution in patients at risk. Discontinue XELJANZ/XELJANZ XR/XELJANZ Oral Solution and promptly evaluate patients with symptoms of thrombosis *[see Warnings and Precautions (5.4)]*.**

**For patients with ulcerative colitis, use XELJANZ at the lowest effective dose and for the shortest duration needed to achieve/maintain therapeutic response *[see Dosage and Administration (2.3)]*.**

## 1 INDICATIONS AND USAGE

Rheumatoid Arthritis
XELJANZ/XELJANZ XR is indicated for the treatment of adult patients with moderately to severely active rheumatoid arthritis (RA) who have had an inadequate response or intolerance to methotrexate.
- Limitations of Use: Use of XELJANZ/XELJANZ XR in combination with biologic disease-modifying antirheumatic drugs (DMARDs) or with potent immunosuppressants such as azathioprine and cyclosporine is not recommended.

Psoriatic Arthritis
XELJANZ/XELJANZ XR is indicated for the treatment of adult patients with active psoriatic arthritis (PsA) who have had an inadequate response or intolerance to methotrexate or other disease-modifying antirheumatic drugs (DMARDs).
- Limitations of Use: Use of XELJANZ/XELJANZ XR in combination with biologic DMARDs or with potent immunosuppressants such as azathioprine and cyclosporine is not recommended.

Ulcerative Colitis
XELJANZ/XELJANZ XR is indicated for the treatment of adult patients with moderately to severely active ulcerative colitis (UC), who have an inadequate response or who are intolerant to TNF blockers.
- Limitations of Use: Use of XELJANZ/XELJANZ XR in combination with biological therapies for UC or with potent immunosuppressants such as azathioprine and cyclosporine is not recommended.

4

CONCERT EX. 2021
INCYTE v. CONCERT
PGR2021-00006

Appx8960

Drugs
DOI 10.1007/s40265-017-0701-9



# JAK–STAT Signaling as a Target for Inflammatory and Autoimmune Diseases: Current and Future Prospects

Shubhasree Banerjee[1] · Ann Biehl[2] · Massimo Gadina[3] · Sarfaraz Hasni[4] ·
Daniella M. Schwartz[5]

© Springer International Publishing Switzerland (outside the USA) 2017

**Abstract** The Janus kinase/signal transduction and activator of transcription (JAK–STAT) signaling pathway is implicated in the pathogenesis of inflammatory and autoimmune diseases including rheumatoid arthritis, psoriasis, and inflammatory bowel disease. Many cytokines involved in the pathogenesis of autoimmune and inflammatory diseases use JAKs and STATs to transduce intracellular signals. Mutations in *JAK* and *STAT* genes cause a number of immunodeficiency syndromes, and polymorphisms in these genes are associated with autoimmune diseases. The success of small-molecule JAK inhibitors (Jakinibs) in the treatment of rheumatologic disease demonstrates that intracellular signaling pathways can be targeted therapeutically to treat autoimmunity. Tofacitinib, the first rheumatologic Jakinib, is US Food and Drug Administration (FDA) approved for rheumatoid arthritis and is currently under investigation for other autoimmune diseases. Many other Jakinibs are in preclinical development or

in various phases of clinical trials. This review describes the JAK–STAT pathway, outlines its role in autoimmunity, and explains the rationale/pre-clinical evidence for targeting JAK–STAT signaling. The safety and clinical efficacy of the Jakinibs are reviewed, starting with the FDA-approved Jakinib tofacitinib, and continuing on to next-generation Jakinibs. Recent and ongoing studies are emphasized, with a focus on emerging indications for JAK inhibition and novel mechanisms of JAK–STAT signaling blockade.

✉ Shubhasree Banerjee
shubhasree.banerjee@nih.gov

1   Rheumatology Fellowship and Training Branch, National Institute of Arthritis Musculoskeletal and Skin Diseases, National Institutes of Health, Bethesda, Maryland, USA

2   Clinical Center, National Institutes of Health, Bethesda, Maryland, USA

3   Translational Immunology Section, National Institute of Arthritis Musculoskeletal and Skin diseases, National Institutes of Health, Bethesda, Maryland, USA

4   Lupus Clinical Research Program, National Institute of Arthritis Musculoskeletal and Skin diseases, National Institutes of Health, Bethesda, Maryland, USA

5   Molecular Immunology and Inflammation Branch, National Institute of Arthritis Musculoskeletal and Skin diseases, National Institutes of Health, Bethesda, Maryland, USA

**Key Points**

The Janus kinase/signal transduction and activator of transcription pathway transduces downstream of multiple cytokines critical to the pathogenesis of immune-mediated disease.

Janus kinase inhibitors are effective treatments for rheumatoid arthritis and are under investigation for many other immune-mediated diseases including psoriasis, systemic lupus erythematosus, inflammatory bowel disease, and rare autoinflammatory diseases with a type 1 interferon signature.

Second-generation Janus kinase inhibitors are more selective than currently approved drugs and are being studied for therapeutic efficacy and side-effect profile.

## 1 Introduction

Cytokines are the soluble messengers that immune cells use to communicate, ultimately modulating protective responses against pathogens [1]. Yet, cytokines may also drive the

Published online: 03 March 2017

Adis

CONCERT EX. 2022
INCYTE v. CONCERT
PGR2021-00006

Appx9028

dysregulated immune responses that characterize autoimmune diseases such as rheumatoid arthritis (RA). Inflammatory cytokines such as tumor necrosis factor (TNF)-α and interleukin (IL)-6 maintain and aggravate inflammation in RA: they induce activation of leukocytes, endothelial cells, and fibroblasts like synoviocytes, promote differentiation of pathogenic immune cells, and promote synthesis of metalloproteinases that erode the joint [2]. The development over the past decade and a half of agents targeting cytokines or their receptors, denoted 'biologics', represents a landmark advancement in the treatment of autoimmune and inflammatory diseases. These agents include monoclonal antibodies and recombinant proteins that target cytokines or cytokine receptors, such as TNF-α, IL-6, and its receptor, IL-1, and others. However, despite the therapeutic success of biologics, it has become evident that targeting a single cytokine does not completely abrogate the pathology of rheumatologic disease for all patients. In addition, many of these agents lose efficacy over time owing to immunogenicity [3] and the intravenous or subcutaneous administration of these agents is an obstacle for some patients.

Over the past 20 years, our knowledge of the intracellular pathways downstream of cytokine receptors has greatly increased, and the inhibition of intracellular enzymes such as receptor-associated kinases represents a novel way to simultaneously inhibit multiple cytokines. Small orally available molecules can be passively transported through the cellular membrane and block the intracellular activity of their targets [3–6].

The type I/II cytokine receptor family is used by several cytokines implicated in the pathogenesis of rheumatologic disease [1, 5]. This family of cytokine receptors employs the Janus kinase-signal transduction and activation of transcription (JAK–STAT) pathway to effect signal transduction [7]. Upon binding of a type I/II cytokine to its cognate receptor, receptor-associated JAKs are activated and phosphorylate STATs, transcription factors critical for the activation of cytokine-specific genetic programs. Given the major role played by JAKs and STATs in the pathogenesis of autoimmunity [8, 9], it is perhaps no surprise that small molecules targeted against JAKs, or Jakinibs, represent an emerging treatment for autoimmune and inflammatory disease. In this review, we have described the JAK–STAT pathway and its role in human diseases, and then we have discussed the efficacy and safety of individual Jakinibs in different diseases. Electronic databases of EMBASE, PubMed, and SCOPUS were searched to identify all reports published in the English language that described 'Janus kinase', 'JAK/STAT pathway', 'role of JAK/STAT pathway in human diseases', and 'JAK inhibitors'. We also searched relevant conferences for abstracts describing Jakinibs or the JAK–STAT pathway, searched Clinicaltrials.gov for individual Jakinibs, and reviewed press releases from Pfizer, Lilly, Galapagos, Incyte, and Abbvie.

## 2 Structure of JAKs and STATs, and Implications for Targeted Therapy

JAKs belong to the family of tyrosine kinases (TYKs). The basic structure of all JAKs consists of four structural domains composed of seven homologous regions [JH1–7] (Fig. 1). JH1 and JH2 denote the kinase and pseudokinase domains: the name Janus is an allusion to the double-faced Roman god of gates and doors owing to the presence of these two kinase domains. JH1 is the active catalytic phosphotransferase domain and the target of the Jakinibs developed so far, which compete with adenosine triphosphate at the catalytic site. Because the JH1 domains of the four JAKs exhibit a high degree of homology not only within the JAKs but also with other TYKs, development of a selective Jakinib has been challenging.

The pseudokinase domain (JH2) was thought to have a regulatory function rather than a catalytic activity [5]: JH2 suppresses ligand-independent kinase activity through direct interactions with JH1 but is also required for ligand-induced JAK activation [10]. Recent work, however, has demonstrated that in JAK2, the JH2 has low-level catalytic activity [11, 12]. JH3 and JH4 are primarily involved in stabilizing the structural conformation of the enzyme whereas the JH5, JH6, and JH7/Four-point-one protein, Ezrin, Radixin, and Moesin domain (FERM) are critical for the association of the JAKs with their cognate receptors [13]. Notably, recent mapping of the FERM domains of receptor-bound JAK1 and TYK2 revealed striking differences in the structure that confers binding specificity, which might be exploited for the generation of selective inhibitors [5, 14–16].

The STAT transcription factors transmit type I/II cytokine signals downstream of the JAKs. STAT proteins contain an amino terminal, a coiled coil, a DNA-binding domain (DBD), a linker, a Src-homology2 (SH2), and a transcriptional activation domain (TAD) [17] (Fig. 1). Inactive cytoplasmic STATs exist primarily as monomers or preformed dimers [18]; upon activation, STAT dimers form a nutcracker-like structure. The highly conserved SH2 domain forms the hinge of this structure and is the target of most patented STAT inhibitors [19]. The linker region and DBD surround the centrally located chromatin like the jaws of the nutcracker, whereas the TAD is located at the C terminus and undergoes serine phosphorylation to recruit additional transcriptional activators and enhance transcriptional activity. These areas display the lowest sequence conservation [20]. Given the involvement of STATs in signaling events downstream of cytokine receptors as well as growth factors, STATs have long been considered as potential therapeutic targets for cancer and autoimmune disease [19]. Therefore, low-sequence

CONCERT EX. 2022
INCYTE v. CONCERT
PGR2021-00006

Appx9029



**Fig. 1** Structure of Janus kinase (JAK) and signal transduction and activation of transcription (STAT) molecules. **a** Linear structure of JAK molecule showing the different domains. JAKs have four functional domains: the kinase, pseudokinase, Four-point-one protein, Ezrin, Radixin and Moesin domain (FERM), and Src Homology 2 (SH2) domains. The kinase domain is the site of catalytic activity and inhibition by JAK inhibitors (Jakinibs). The FERM and pseudokinase domain interact with the kinase domain and primarily have regulatory functions. An alternative nomenclature for the domains based on their amino acid sequence classifies them as seven Janus homology (JH) domains. **b** Simplified three-dimensional image of JAK. The crystal structure of the FERM and SH2 domain was recently described and may contribute to receptor recognition. JH1 and JH2 are the kinase and pseudokinase domains respectively. **c** Linear structure of STAT molecule showing different domains. STAT proteins contain an amino terminal, a coiled coil, a DNA-binding domain (DBD), a linker, an SH2, and a transcriptional activation domain. The TAD domain is located at the C terminus and undergoes serine phosphorylation to recruit additional transcriptional activators. **d** Simplified three-dimensional image of STAT. Activated STAT dimers form a nutcracker-like structure as shown in this figure. The hinge of the nutcracker is formed by highly conserved SH2 domain and is commonly the target of STAT inhibitors. The linker region and DBD surround centrally located chromatin like the jaws of the nutcracker

conservation areas could represent a target for inhibitors, such as DNA-binding decoy oligonucleotides, with increased selectivity [21].

## 3 JAK–STAT Signaling

The JAK–STAT pathway has been used for over 500 million years as a means of intracellular signal transduction in response to cytokines and growth hormones, evolving before the divergence of protostomes from deuterostomes [22]. The canonical signaling cascade is initiated when type I/II cytokines bind to their cognate receptors (Fig. 2). Type I/II receptors are composed of distinct chains, which oligomerize upon binding of the cytokine. Oligomerization causes separation of the intracellular subunits of the cytokine receptor, which moves the receptor-associated JAKs apart from each other, relieving constitutive inhibition and resulting in their activation [1, 7, 23, 24]. The JAKs phosphorylate themselves and the intracellular portion of the receptors, which serve as docking sites for STAT transcription factors [25], which, in turn, are also phosphorylated. When phosphorylated by JAKs, inactive cytosolic STAT monomers undergo a conformational change that allows for the formation of active homodimers, heterodimers, or tetramers. The active STATs can then translocate into the nucleus where they act as transcription factors to regulate gene expression [1, 26, 27].

There are four JAK namely, JAK1, JAK2, JAK3, and TYK2 [5]. Different JAK-dependent cytokine receptors signal through different JAKs. Each receptor is composed of multiple subunits, and each subunit associates with a JAK (Fig. 3). Some receptor chains associate selectively with a specific JAK, whereas some are less selective. Thus, the extent to which a particular type I/II cytokine depends on a specific JAK to transduce signals is determined by the subunits of that cytokine's receptor (Tables 1, 2). For example, the common γ-chain (γc), used by IL-2, IL-4, IL-7, IL-9, IL-15, and IL-21, associates exclusively with JAK3 and is the only receptor subunit that uses JAK3 [28]. Other

∆ Adis



**Fig. 2** Cytokine signaling through the Janus kinase-signal transduction and activation of transcription (JAK–STAT) pathway. Binding of cytokine to the receptor leads to activation and phosphorylation of JAK and phosphorylation of the receptor. This in turn leads to phosphorylation and dimerization of STAT. Activated STAT dimer migrates to the nucleus and binds to specific DNA-binding sites regulating gene transcription. This culminates in alteration of cellular function

receptor chains are able to associate with more than one JAK isoform: for instance, the gp130 subunit can use JAK1, JAK2, and possibly TYK2 [16]. A further layer of specificity is conferred by the pairing of specific receptor chains with each other: thus, the γc pairs exclusively with JAK1-associated receptor subunits. Most type I/II cytokine receptors signal through multiple JAKs as a result of this pairing of distinct JAK-associated subunits. JAK2-associated growth factor and hormone-like cytokine receptors are the exception and their subunits have the unique property of self-pairing [5].

There are seven members of the mammalian STAT family: STAT1, STAT2, STAT3, STAT4, STAT5A, STAT5B, and STAT6. As mentioned above, upon activation of JAK-associated cytokine receptors, cytosolic STATs undergo tyrosine phosphorylation and dimerize. However, it is important to recognize a number of additional non-canonical roles for STATs. For example, STATs act not only as homodimers or heterodimers, but also as tetramers [29]. STATs can be phosphorylated by kinases other than JAKs, including Flt3R and pyruvate kinase [29]. In addition to tyrosine phosphorylation, STATs undergo serine phosphorylation in response to various external stimuli, which can augment transcriptional responses [30]. Serine phosphorylation also appears to be important for the ability of certain STATs to promote oxidative phosphorylation in mitochondria [29]. Finally, non-phosphorylated STATs are capable of dimerizing and acting as

transcriptional regulators [31, 32]. STATs do not physically associate with a specific cytokine receptor but can be phosphorylated on specific tyrosine and serine residues. This results in a certain degree of functional overlap between STATs. Each member of the STAT family can be activated by multiple cytokines and their associated JAKs [33], and, in certain situations, one STAT protein can transmit signals that would normally be transduced by a different STAT.

## 4 Implications of the JAK–STAT Pathway in Inflammatory and Autoimmune Diseases

Mutations and polymorphisms in *JAK* and *STAT* genes have been linked with several human diseases, which is not surprising as a large number of cytokines and soluble factors signal through the JAK–STAT pathway [5]. Hematopoietic growth factors, including erythropoietin and thrombopoietin, signal through JAK2 [25], thus gain-of-function (GOF) mutations in *JAK2* cause hematologic disorders. The most extensively described *JAK2* mutation, V617F, causes polycythemia vera, essential thrombocythemia, and myelofibrosis [34, 35]. Somatic GOF mutations in *JAK1* and *JAK3* are also associated with hematologic malignancies such as T-cell acute lymphoblastic leukemia and solid organ malignancies such as breast cancer [36–38].

JAK1 and JAK2 deficiency phenotypes have not been described in humans, likely because the phenotype is incompatible with life: loss-of-function (LOF) mutations in either JAK is embryonically lethal in mice [39]. LOF *TYK2* mutation causes a milder immunodeficiency characterized by susceptibility to viral infection [40, 41] because cells cannot respond to interferon (IFN)-γ or IFNα/β [42]. LOF mutations in *JAK3* cause autosomal recessive severe combined immunodeficiency, which recapitulates the phenotype observed in patients with mutations in the γc subunit [41, 43]. T-cell and natural killer (NK) cell maturation are profoundly impaired given the importance of γc cytokines such as IL-7 and IL-15 in their development and B-cell functions are also affected. Patients present with severe recurrent infection, failure to thrive, atopic dermatitis, and chronic diarrhea. At this time, the only definitive treatment for this disease is hematopoietic stem cell transplantation. Because JAK3 is highly expressed in immune cells, patients with autosomal recessive severe combined immunodeficiency are spared from extra-immune disease manifestations. This observation formed the basis for interest in JAK3 blockade as a potential immunosuppressive therapy [5] with limited off-target effects.

CONCERT EX. 2022
INCYTE v. CONCERT
PGR2021-00006

Appx9031



**Fig. 3** Physiological significance of Janus kinase (JAK) pathways and mechanism of action of new-generation, small-molecule JAK inhibitors (Jakinibs). Binding of various type I/II cytokines to specific receptor subunits leads to activation of specific JAK pathways. For example, γ-common chain (γc) associates only with JAK3 and mediates signaling of interleukin (IL)-2, IL-4, IL-7, IL-15, and IL-21. However, JAK1 has a broader role in cytokine signaling. Newer generation Jakinibs block specific JAK molecules compared with the first-generation Jakinibs that are non-selective. Thereby, the new-generation Jakinibs should have fewer side effects while maintaining similar efficacy as first-generation Jakinibs. However, some degree of off-target side effects such as cytopenias are seen even with selective Jakinibs such as decernotinib and ABT494. *EPO* erythropoietin, *GH* growth hormone, *GM-CSF* granulocyte macrophage-colony stimulating factor, *IFN* interferon, *TH* T-helper, *TPO* thrombopoietin, *TYK* tyrosine kinase

*STAT1* mutations resulting in either LOF or GOF have been described. Autosomal dominant LOF mutations cause Mendelian predisposition to mycobacterial diseases [33] because responses to IFNγ are impaired [44]: the mutation is dominant negative for type II IFN responses. However, signaling downstream of IFNα/β is unaffected because the mutation is autosomal recessive for type I IFN signaling. Therefore, heterozygous patients are not susceptible to viral infection. Complete biallelic STAT1 deficiency, by contrast, is purely autosomal recessive for type I and II IFN signaling. Affected patients therefore exhibit fatal susceptibility to viral disease in addition to mycobacterial infections [45]. GOF *STAT1* mutations cause chronic mucocutaneous candidiasis because increased signaling downstream of IFNγ inhibits IL-17 production, ultimately causing defective responses to fungal infection. Chronic mucocutaneous candidiasis patients are also predisposed to autoimmunity, and GOF *STAT1* mutations have been reported to cause a number of other autoimmune manifestations [46].

LOF mutation in the *STAT2* gene causes increased susceptibility to viral infection and has also been described as a cause of sepsis-like syndrome following immunization with a live viral vaccine [47, 48]. This is consistent with the role of STAT2 in signaling downstream of type I IFNs, which are critical for immune responses to virus.

STAT3 signals downstream of IL-6 and is critical for the differentiation of T-helper (Th)17 cells, which secrete cytokines such as IL-17 and IL-22 [49, 50], among others. IL-17 is critical for immune responses to extracellular bacteria and fungi, and IL-22 promotes barrier integrity [51, 52]. Dominant-negative *STAT3* mutations cause hyper immunoglobulin E syndrome, also known as Job's syndrome, which is characterized by recurrent sinopulmonary infections, mucocutaneous candidiasis, dermatitis, elevated serum immunoglobulin E levels, and connective tissue abnormalities [53]. Activating mutations in *STAT3*, by contrast, cause early-onset autoimmune disease [54] with neonatal diabetes and autoimmune lymphoproliferative disease [55]. This phenotype is driven by increased STAT3 transcriptional activity, concomitant defective STAT1/5 phosphorylation, and reduced differentiation of regulatory T cells, which are important for immune tolerance [55].

Adis

HIGHLIGHTS OF PRESCRIBING INFORMATION
These highlights do not include all the information needed to use AUSTEDO safely and effectively. See full prescribing information for AUSTEDO.

AUSTEDO® (deutetrabenazine) tablets, for oral use
Initial U.S. Approval: 2017

---

**WARNING: DEPRESSION AND SUICIDALITY IN PATIENTS WITH HUNTINGTON'S DISEASE**
*See full prescribing information for complete boxed warning.*

- Increases the risk of depression and suicidal thoughts and behavior (suicidality) in patients with Huntington's disease (5.1)
- Balance risks of depression and suicidality with the clinical need for treatment of chorea when considering the use of AUSTEDO (5.1)
- Monitor patients for the emergence or worsening of depression, suicidality, or unusual changes in behavior (5.1)
- Inform patients, caregivers, and families of the risk of depression and suicidality and instruct to report behaviors of concern promptly to the treating physician (5.1)
- Exercise caution when treating patients with a history of depression or prior suicide attempts or ideation (5.1)
- AUSTEDO is contraindicated in patients who are suicidal, and in patients with untreated or inadequately treated depression (4, 5.1)

---

─────────────── RECENT MAJOR CHANGES ───────────────

| | |
|---|---|
| Dosage and Administration (2.1) (removal) | 12/2020 |
| Warnings and Precautions (5.3) | 12/2020 |

─────────────── INDICATIONS AND USAGE ───────────────
AUSTEDO is a vesicular monoamine transporter 2 (VMAT2) inhibitor indicated for the treatment of:
- Chorea associated with Huntington's disease (1)
- Tardive dyskinesia in adults (1)

─────────────── DOSAGE AND ADMINISTRATION ───────────────

| | Initial Dose | Recommended Dose | Maximum Dose |
|---|---|---|---|
| Chorea associated with Huntington's disease | 6 mg/day | 6 mg- 48 mg/day | 48 mg/day |
| Tardive dyskinesia | 12 mg/day | 12 mg- 48 mg/day | 48 mg/day |

- Titrate at weekly intervals by 6 mg per day based on reduction of chorea or tardive dyskinesia, and tolerability, up to a maximum recommended daily dosage of 48 mg (24 mg twice daily) (2.1)
- Administer total dosages of 12 mg or above in two divided doses (2.1)
- Administer with food (2.1)

FULL PRESCRIBING INFORMATION: CONTENTS*
WARNING: DEPRESSION AND SUICIDALITY IN PATIENTS WITH HUNTINGTON'S DISEASE

1    INDICATIONS AND USAGE
2    DOSAGE AND ADMINISTRATION
     2.1    Dosing Information
     2.2    Switching Patients from Tetrabenazine (XENAZINE®) to AUSTEDO
     2.3    Dosage Adjustment with Strong CYP2D6 Inhibitors
     2.4    Dosage Adjustment in Poor CYP2D6 Metabolizers
     2.5    Discontinuation and Interruption of Treatment
3    DOSAGE FORMS AND STRENGTHS
4    CONTRAINDICATIONS
5    WARNINGS AND PRECAUTIONS
     5.1    Depression and Suicidality in Patients with Huntington's Disease
     5.2    Clinical Worsening and Adverse Events in Patients with Huntington's Disease
     5.3    QTc Prolongation
     5.4    Neuroleptic Malignant Syndrome (NMS)
     5.5    Akathisia, Agitation, and Restlessness
     5.6    Parkinsonism
     5.7    Sedation and Somnolence
     5.8    Hyperprolactinemia
     5.9    Binding to Melanin-Containing Tissues
6    ADVERSE REACTIONS
     6.1    Clinical Trials Experience
7    DRUG INTERACTIONS
     7.1    Strong CYP2D6 Inhibitors
     7.2    Reserpine
     7.3    Monoamine Oxidase Inhibitors (MAOIs)

AUSTEDO® (deutetrabenazine) tablets

- Swallow tablets whole; do not chew, crush, or break (2.1)
- If switching patients from tetrabenazine, discontinue tetrabenazine and initiate AUSTEDO the following day. See full prescribing information for recommended conversion table (2.2)
- Maximum recommended dosage of AUSTEDO in poor CYP2D6 metabolizers is 36 mg per day (i.e., 18 mg twice daily) (2.4, 8.7)

─────────────── DOSAGE FORMS AND STRENGTHS ───────────────
Tablets: 6 mg, 9 mg, and 12 mg (3)

─────────────── CONTRAINDICATIONS ───────────────
- Suicidal, or untreated/inadequately treated depression in patients with Huntington's disease (4, 5.1)
- Hepatic impairment (4, 8.6, 12.3)
- Taking reserpine, MAOIs, tetrabenazine (XENAZINE®), or valbenazine (4, 7.2, 7.3, 7.6)

─────────────── WARNINGS AND PRECAUTIONS ───────────────
- QT Prolongation: Avoid use in patients with congenital long QT syndrome or with arrhythmias associated with a prolonged QT interval (5.3)
- Neuroleptic Malignant Syndrome (NMS): Discontinue if this occurs (5.4)
- Akathisia, agitation, restlessness, and parkinsonism: Reduce dose or discontinue if this occurs (5.5, 5.6)
- Sedation/somnolence: May impair the patient's ability to drive or operate complex machinery (5.7)

─────────────── ADVERSE REACTIONS ───────────────
Most common adverse reactions (>8% of AUSTEDO-treated patients with Huntington's disease and greater than placebo): somnolence, diarrhea, dry mouth, and fatigue (6.1)

Most common adverse reactions (that occurred in 4% of AUSTEDO-treated patients with tardive dyskinesia and greater than placebo): nasopharyngitis and insomnia (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Teva Pharmaceuticals at 1-888-483-8279 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

─────────────── DRUG INTERACTIONS ───────────────
- Concomitant use of strong CYP2D6 inhibitors: Maximum recommended dose of AUSTEDO is 36 mg per day (18 mg twice daily) (2.3, 7.1)
- Alcohol or other sedating drugs: May have additive sedation and somnolence (7.5)

─────────────── USE IN SPECIFIC POPULATIONS ───────────────
Pregnancy: Based on animal data, may cause fetal harm (8.1)

See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.

**Revised: 12/2020**

     7.4    Neuroleptic Drugs
     7.5    Alcohol or Other Sedating Drugs
     7.6    Concomitant Tetrabenazine or Valbenazine
8    USE IN SPECIFIC POPULATIONS
     8.1    Pregnancy
     8.2    Lactation
     8.4    Pediatric Use
     8.5    Geriatric Use
     8.6    Hepatic Impairment
     8.7    Poor CYP2D6 Metabolizers
10   OVERDOSAGE
11   DESCRIPTION
12   CLINICAL PHARMACOLOGY
     12.1   Mechanism of Action
     12.2   Pharmacodynamics
     12.3   Pharmacokinetics
13   NONCLINICAL TOXICOLOGY
     13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
14   CLINICAL STUDIES
     14.1   Chorea Associated with Huntington's Disease
     14.2   Tardive Dyskinesia
16   HOW SUPPLIED/STORAGE AND HANDLING
     16.1   How Supplied
     16.2   Storage
17   PATIENT COUNSELING INFORMATION

*Sections or subsections omitted from the full prescribing information are not listed.

CONCERT EX. 2023
INCYTE v. CONCERT
PGR2021-00006

Appx9054

If a patient develops parkinsonism during treatment with AUSTEDO, the AUSTEDO dose should be reduced; some patients may require discontinuation of therapy.

### 5.7 Sedation and Somnolence

Sedation is a common dose-limiting adverse reaction of AUSTEDO. In a 12-week, double-blind, placebo-controlled trial examining patients with Huntington's disease, 11% of AUSTEDO-treated patients reported somnolence compared with 4% of patients on placebo and 9% of AUSTEDO-treated patients reported fatigue compared with 4% of placebo-treated patients.

Patients should not perform activities requiring mental alertness to maintain the safety of themselves or others, such as operating a motor vehicle or operating hazardous machinery, until they are on a maintenance dose of AUSTEDO and know how the drug affects them.

### 5.8 Hyperprolactinemia

Serum prolactin levels were not evaluated in the AUSTEDO development program. Tetrabenazine, a closely related VMAT2 inhibitor, elevates serum prolactin concentrations in humans. Following administration of 25 mg of tetrabenazine to healthy volunteers, peak plasma prolactin levels increased 4- to 5-fold.

Tissue culture experiments indicate that approximately one-third of human breast cancers are prolactin-dependent *in vitro*, a factor of potential importance if AUSTEDO is being considered for a patient with previously detected breast cancer. Although amenorrhea, galactorrhea, gynecomastia, and impotence can be caused by elevated serum prolactin concentrations, the clinical significance of elevated serum prolactin concentrations for most patients is unknown. Chronic increase in serum prolactin levels (although not evaluated in the AUSTEDO or tetrabenazine development program) has been associated with low levels of estrogen and increased risk of osteoporosis. If there is a clinical suspicion of symptomatic hyperprolactinemia, appropriate laboratory testing should be done and consideration should be given to discontinuation of AUSTEDO.

### 5.9 Binding to Melanin-Containing Tissues

Since deutetrabenazine or its metabolites bind to melanin-containing tissues, it could accumulate in these tissues over time. This raises the possibility that AUSTEDO may cause toxicity in these tissues after extended use. Neither ophthalmologic nor microscopic examination of the eye has been conducted in the chronic toxicity studies in a pigmented species such as dogs. Ophthalmologic monitoring in humans was inadequate to exclude the possibility of injury occurring after long-term exposure.

The clinical relevance of deutetrabenazine's binding to melanin-containing tissues is unknown. Although there are no specific recommendations for periodic ophthalmologic monitoring, prescribers should be aware of the possibility of long-term ophthalmologic effects *[see Clinical Pharmacology (12.2)]*.

### 6 ADVERSE REACTIONS

The following serious adverse reactions are discussed in greater detail in other sections of the labeling:

- Depression and Suicidality in Patients with Huntington's disease *[see Warnings and Precautions (5.1)]*
- QTc Prolongation *[see Warnings and Precautions (5.3)]*
- Neuroleptic Malignant Syndrome (NMS) *[see Warnings and Precautions (5.4)]*
- Akathisia, Agitation, and Restlessness *[see Warnings and Precautions (5.5)]*
- Parkinsonism *[see Warnings and Precautions (5.6)]*
- Sedation and Somnolence *[see Warnings and Precautions (5.7)]*
- Hyperprolactinemia *[see Warnings and Precautions (5.8)]*
- Binding to Melanin-Containing Tissues *[see Warnings and Precautions (5.9)]*

### 6.1 Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

**Patients with Huntington's Disease**

Study 1 was a randomized, 12-week, placebo-controlled study in patients with chorea associated with Huntington's disease. A total of 45 patients received AUSTEDO, and 45 patients received placebo. Patients ranged in age between 23 and 74 years (mean 54 years); 56% were male, and 92% were Caucasian. The most common adverse reactions occurring in greater than 8% of AUSTEDO-treated patients were somnolence, diarrhea, dry mouth, and fatigue. Adverse reactions occurring in 4% or more of patients treated with AUSTEDO, and with a greater incidence than in patients on placebo, are summarized in Table 2.

**Table 2:  Adverse Reactions in Patients with Huntington's Disease (Study 1) Experienced by at Least 4% of Patients on AUSTEDO and with a Greater Incidence than on Placebo**

| Adverse Reaction | AUSTEDO (N=45) % | Placebo (N=45) % |
|---|---|---|
| Somnolence | 11 | 4 |
| Diarrhea | 9 | 0 |
| Dry mouth | 9 | 7 |
| Fatigue | 9 | 4 |
| Urinary tract infection | 7 | 2 |
| Insomnia | 7 | 4 |
| Anxiety | 4 | 2 |
| Constipation | 4 | 2 |
| Contusion | 4 | 2 |

One or more adverse reactions resulted in a reduction of the dose of study medication in 7% of patients in Study 1. The most common adverse reaction resulting in dose reduction in patients receiving AUSTEDO was dizziness (4%).

Agitation led to discontinuation in 2% of patients treated with AUSTEDO in Study 1.

**Patients with Tardive Dyskinesia**

The data described below reflect 410 tardive dyskinesia patients participating in clinical trials. AUSTEDO was studied primarily in two 12-week, placebo-controlled trials (fixed dose, dose escalation). The population was 18 to 80 years of age, and had tardive dyskinesia and had concurrent diagnoses of mood disorder (33%) or schizophrenia/schizoaffective disorder (63%). In these studies, AUSTEDO was administered in doses ranging from 12-48 mg per day. All patients continued on previous stable regimens of antipsychotics; 71% and 14% respective atypical and typical antipsychotic medications at study entry.

The most common adverse reactions occurring in greater than 3% of AUSTEDO-treated patients and greater than placebo were nasopharyngitis and insomnia. The adverse reactions occurring in >2% or more patients treated with AUSTEDO (12-48 mg per day) and greater than in placebo patients in two double-blind, placebo-controlled studies in patients with tardive dyskinesia (Study 1 and Study 2) are summarized in Table 3.

**Table 3:  Adverse Reactions in 2 Placebo-Controlled Tardive Dyskinesia Studies (Study 1 and Study 2) of 12-week Treatment on AUSTEDO Reported in at Least 2% of Patients and Greater than Placebo**

| Preferred Term | AUSTEDO (N=279) (%) | Placebo (N=131) (%) |
|---|---|---|
| Nasopharyngitis | 4 | 2 |
| Insomnia | 4 | 1 |
| Depression/ Dysthymic disorder | 2 | 1 |
| Akathisia/Agitation/Restlessness | 2 | 1 |

One or more adverse reactions resulted in a reduction of the dose of study medication in 4% of AUSTEDO-treated patients and in 2% of placebo-treated patients.

### 7 DRUG INTERACTIONS

#### 7.1 Strong CYP2D6 Inhibitors

A reduction in AUSTEDO dose may be necessary when adding a strong CYP2D6 inhibitor in patients maintained on a stable dose of AUSTEDO. Concomitant use of strong CYP2D6 inhibitors (e.g., paroxetine, fluoxetine, quinidine, bupropion) has been shown to increase the systemic exposure to the active dihydro-metabolites of deutetrabenazine by approximately 3-fold. The daily dose of AUSTEDO should not exceed 36 mg per day, and the maximum single dose of AUSTEDO should not exceed 18 mg in patients taking strong CYP2D6 inhibitors *[see Dosage and Administration (2.3) and Clinical Pharmacology (12.3)]*.

#### 7.2 Reserpine

Reserpine binds irreversibly to VMAT2 and the duration of its effect is several days. Prescribers should wait for chorea or dyskinesia to reemerge before administering AUSTEDO to help reduce the risk of overdosage and major depletion of serotonin and norepinephrine in the central nervous system. At least 20 days should elapse after stopping reserpine before starting AUSTEDO and reserpine should not be used concomitantly *[see Contraindications (4)]*.

#### 7.3 Monoamine Oxidase Inhibitors (MAOIs)

AUSTEDO is contraindicated in patients taking MAOIs. AUSTEDO should not be used in combination with an MAOI, or within 14 days of discontinuing therapy with an MAOI *[see Contraindications (4)]*.

#### 7.4 Neuroleptic Drugs

The risk of parkinsonism, NMS, and akathisia may be increased by concomitant use of AUSTEDO and dopamine antagonists or antipsychotics.

#### 7.5 Alcohol or Other Sedating Drugs

Concomitant use of alcohol or other sedating drugs may have additive effects and worsen sedation and somnolence *[see Warnings and Precautions (5.7)]*.

#### 7.6 Concomitant Tetrabenazine or Valbenazine

AUSTEDO is contraindicated in patients currently taking tetrabenazine or valbenazine. AUSTEDO may be initiated the day following discontinuation of tetrabenazine *[see Dosage and Administration (2.2)]*.

### 8 USE IN SPECIFIC POPULATIONS

#### 8.1 Pregnancy

**Risk Summary**

There are no adequate data on the developmental risk associated with the use of AUSTEDO in pregnant women. Administration of deutetrabenazine to rats during organogenesis produced no clear adverse effect on embryofetal development. However, administration of tetrabenazine to rats throughout pregnancy and lactation resulted in an increase in stillbirths and postnatal offspring mortality *[see Data]*.

In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively. The background risk of major birth defects and miscarriage for the indicated population is unknown.

**Data**

**Animal Data**

Oral administration of deutetrabenazine (5, 10, or 30 mg/kg/day) or tetrabenazine (30 mg/kg/day) to pregnant rats during organogenesis had no clear effect on embryofetal development. The highest dose tested was 6 times the maximum recommended human dose of 48 mg/day, on a body surface area (mg/m²) basis.

The effects of deutetrabenazine when administered during organogenesis to rabbits or during pregnancy and lactation to rats have not been assessed.

Tetrabenazine had no effects on embryofetal development when administered to pregnant rabbits during the period of organogenesis at oral doses up to 60 mg/kg/day. When tetrabenazine was administered to female rats (doses of 5, 15, and 30 mg/kg/day) from the beginning of organogenesis through the lactation period, an increase in stillbirths and offspring postnatal mortality was observed at 15 and 30 mg/kg/day, and delayed pup maturation was observed at all doses.

CONCERT EX. 2023
INCYTE v. CONCERT
PGR2021-00006

**8.2    Lactation**

*Risk Summary*

There are no data on the presence of deutetrabenazine or its metabolites in human milk, the effects on the breastfed infant, or the effects of the drug on milk production.

The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for AUSTEDO and any potential adverse effects on the breastfed infant from AUSTEDO or from the underlying maternal condition.

**8.4    Pediatric Use**

Safety and effectiveness in pediatric patients have not been established.

**8.5    Geriatric Use**

Clinical studies of AUSTEDO did not include sufficient numbers of subjects aged 65 and over to determine whether they respond differently from younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger patients. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of hepatic, renal, and cardiac dysfunction, and of concomitant disease or other drug therapy.

**8.6    Hepatic Impairment**

The effect of hepatic impairment on the pharmacokinetics of deutetrabenazine and its primary metabolites has not been studied; however, in a clinical study conducted with tetrabenazine, a closely related VMAT2 inhibitor, there was a large increase in exposure to tetrabenazine and its active metabolites in patients with hepatic impairment. The clinical significance of this increased exposure has not been assessed, but because of concerns for a greater risk for serious adverse reactions, the use of AUSTEDO in patients with hepatic impairment is contraindicated *[see Contraindications (4) and Clinical Pharmacology (12.3)]*.

**8.7    Poor CYP2D6 Metabolizers**

Although the pharmacokinetics of deutetrabenazine and its metabolites have not been systematically evaluated in patients who do not express the drug metabolizing enzyme, it is likely that the exposure to $\alpha$-HTBZ and $\beta$-HTBZ would be increased similarly to taking a strong CYP2D6 inhibitor (approximately 3-fold). In patients who are CYP2D6 poor metabolizers, the daily dose of AUSTEDO should not exceed 36 mg (maximum single dose of 18 mg) *[see Dosage and Administration (2.4) and Clinical Pharmacology (12.3)]*.

**10    OVERDOSAGE**

Overdoses ranging from 100 mg to 1 g have been reported in the literature with tetrabenazine, a closely related VMAT2 inhibitor. The following adverse reactions occurred with overdosing: acute dystonia, oculogyric crisis, nausea and vomiting, sweating, sedation, hypotension, confusion, diarrhea, hallucinations, rubor, and tremor.

Treatment should consist of those general measures employed in the management of overdosage with any central nervous system-active drug. General supportive and symptomatic measures are recommended. Cardiac rhythm and vital signs should be monitored. In managing overdosage, the possibility of multiple drug involvement should always be considered. The physician should consider contacting a poison control center on the treatment of any overdose. Telephone numbers for certified poison control centers are listed on the American Association of Poison Control Centers website www.aapcc.org.

**11    DESCRIPTION**

AUSTEDO (deutetrabenazine) is a vesicular monoamine transporter 2 (VMAT2) inhibitor for oral administration. The molecular weight of deutetrabenazine is 323.46; the pKa is 6.31. Deutetrabenazine is a hexahydro-dimethoxybenzoquinolizine derivative and has the following chemical name: (*RR*, *SS*)-1, 3, 4, 6, 7, 11b-hexahydro-9,10-di(methoxy-d$_3$)-3-(2-methylpropyl)-2H-benzo[a]quinolizin-2-one. The molecular formula for deutetrabenazine is C$_{19}$H$_{21}$D$_6$NO$_3$. Deutetrabenazine is a racemic mixture containing the following structures:

*RR*-Deutetrabenazine          *SS*-Deutetrabenazine

Deutetrabenazine is a white to slightly yellow crystalline powder that is sparingly soluble in water and soluble in ethanol.

AUSTEDO tablets contain 6 mg, 9 mg, or 12 mg deutetrabenazine, and the following inactive ingredients: ammonium hydroxide, black iron oxide, n-butyl alcohol, butylated hydroxyanisole, butylated hydroxytoluene, magnesium stearate, mannitol, microcrystalline cellulose, polyethylene glycol, polyethylene oxide, polysorbate 80, polyvinyl alcohol, povidone, propylene glycol, shellac, talc, titanium dioxide, and FD&C blue #2 lake. The 6 mg tablets also contain FD&C red #40 lake. The 12 mg tablets also contain FD&C yellow #6 lake.

**12    CLINICAL PHARMACOLOGY**

**12.1    Mechanism of Action**

The precise mechanism by which deutetrabenazine exerts its effects in the treatment of tardive dyskinesia and chorea in patients with Huntington's disease is unknown but is believed to be related to its effect as a reversible depletor of monoamines (such as dopamine, serotonin, norepinephrine, and histamine) from nerve terminals. The major circulating metabolites ($\alpha$-dihydrotetrabenazine [HTBZ] and $\beta$-HTBZ) of deutetrabenazine, are reversible inhibitors of VMAT2, resulting in decreased uptake of monoamines into synaptic vesicles and depletion of monoamine stores.

**12.2    Pharmacodynamics**

*Cardiac Electrophysiology*

At the maximum recommended dose, AUSTEDO does not prolong the QT interval to any clinically relevant extent. An exposure-response analysis on QTc prolongation from a study in extensive or intermediate (EM) and poor CYP2D6 metabolizers (PM) showed that a clinically-relevant effect can be excluded at exposures following single doses of 24 and 48 mg of AUSTEDO.

*Melanin Binding*

Deutetrabenazine or its metabolites bind to melanin-containing tissues (i.e., eye, skin, fur) in pigmented rats. After a single oral dose of radiolabeled deutetrabenazine, radioactivity was still detected in eye and fur at 35 days following dosing *[see Warnings and Precautions (5.9)]*.

**12.3    Pharmacokinetics**

After oral dosing up to 25 mg, plasma concentrations of deutetrabenazine are generally below the limit of detection because of the extensive hepatic metabolism of deutetrabenazine to the active deuterated dihydro metabolites (HTBZ), $\alpha$-HTBZ and $\beta$-HTBZ. Linear dose dependence of C$_{max}$ and AUC was observed for the active metabolites following single or multiple doses of deutetrabenazine (6 mg to 24 mg and 7.5 mg twice daily to 22.5 mg twice daily).

*Absorption*

Following oral administration of deutetrabenazine, the extent of absorption is at least 80%.

Plasma concentrations of deutetrabenazine are generally below the limit of detection after oral dosing. Peak plasma concentrations (C$_{max}$) of deuterated $\alpha$-HTBZ and $\beta$-HTBZ are reached within 3 to 4 hours after dosing.

*Effect of Food*

The effects of food on the bioavailability of AUSTEDO were studied in subjects administered a single dose with and without food. Food had no effect on the area under the plasma concentration-time curve (AUC) of $\alpha$-HTBZ or $\beta$-HTBZ, although C$_{max}$ was increased by approximately 50% in the presence of food *[see Dosage and Administration (2.1)]*.

*Distribution*

The median volume of distribution (Vc/F) of the $\alpha$-HTBZ, and the $\beta$-HTBZ metabolites of AUSTEDO are approximately 500 L and 730 L, respectively.

Results of PET-scan studies in humans show that following intravenous injection of $^{11}$C-labeled tetrabenazine or $\alpha$-HTBZ, radioactivity is rapidly distributed to the brain, with the highest binding in the striatum and lowest binding in the cortex.

The *in vitro* protein binding of tetrabenazine, $\alpha$-HTBZ, and $\beta$-HTBZ was examined in human plasma for concentrations ranging from 50 to 200 ng/mL. Tetrabenazine binding ranged from 82% to 85%, $\alpha$-HTBZ binding ranged from 60% to 68%, and $\beta$-HTBZ binding ranged from 59% to 63%.

*Elimination*

AUSTEDO is primarily renally eliminated in the form of metabolites.

The half-life of total ($\alpha$+$\beta$)-HTBZ from deutetrabenazine is approximately 9 to 10 hours.

The median clearance values (CL/F) of the $\alpha$-HTBZ, and the $\beta$-HTBZ metabolites of AUSTEDO are approximately 47 L/hour and 70 L/hour, respectively, in the Huntington's disease patient population.

*Metabolism*

*In vitro* experiments in human liver microsomes demonstrate that deutetrabenazine is extensively biotransformed, mainly by carbonyl reductase, to its major active metabolites, $\alpha$-HTBZ and $\beta$-HTBZ, which are subsequently metabolized primarily by CYP2D6, with minor contributions of CYP1A2 and CYP3A4/5, to form several minor metabolites.

*Excretion*

In a mass balance study in 6 healthy subjects, 75% to 86% of the deutetrabenazine dose was excreted in the urine, and fecal recovery accounted for 8% to 11% of the dose. Urinary excretion of the $\alpha$-HTBZ and $\beta$-HTBZ metabolites from deutetrabenazine each accounted for less than 10% of the administered dose. Sulfate and glucuronide conjugates of the $\alpha$-HTBZ and $\beta$-HTBZ metabolites of deutetrabenazine, as well as products of oxidative metabolism, accounted for the majority of metabolites in the urine.

*Specific Populations*

*Male and Female Patients*

There is no apparent effect of gender on the pharmacokinetics of $\alpha$-HTBZ and $\beta$-HTBZ of deutetrabenazine.

*Patients with Renal Impairment*

No clinical studies have been conducted to assess the effect of renal impairment on the PK of AUSTEDO.

*Patients with Hepatic Impairment*

The effect of hepatic impairment on the pharmacokinetics of deutetrabenazine and its primary metabolites has not been studied. However, in a clinical study conducted to assess the effect of hepatic impairment on the pharmacokinetics of tetrabenazine, a closely related VMAT2 inhibitor, the exposure to $\alpha$-HTBZ and $\beta$-HTBZ was up to 40% greater in patients with hepatic impairment, and the mean tetrabenazine C$_{max}$ in patients with hepatic impairment was up to 190-fold higher than in healthy subjects *[see Contraindications (4), Use in Specific Populations (8.6)]*.

*Poor CYP2D6 Metabolizers*

Although the pharmacokinetics of deutetrabenazine and its metabolites have not been systematically evaluated in patients who do not express the drug metabolizing enzyme CYP2D6, it is likely that the exposure to $\alpha$-HTBZ and $\beta$-HTBZ would be increased similarly to taking strong CYP2D6 inhibitors (approximately 3-fold) *[see Dosage and Administration (2.4), Drug Interactions (7.1)]*.

*Drug Interaction Studies*

Deutetrabenazine, $\alpha$-HTBZ, and $\beta$-HTBZ have not been evaluated in *in vitro* studies for induction or inhibition of CYP enzymes or interaction with P-glycoprotein. The results of *in vitro* studies of tetrabenazine do not suggest that tetrabenazine or its $\alpha$-HTBZ or $\beta$-HTBZ metabolites are likely to result in clinically significant inhibition of CYP2D6, CYP1A2, CYP2B6, CYP2C8, CYP2C9, CYP2C19, CYP2E1, or CYP3A. *In vitro* studies suggest that neither tetrabenazine nor its $\alpha$-HTBZ or $\beta$-HTBZ metabolites are likely to result in clinically significant induction of CYP1A2, CYP3A4, CYP2B6, CYP2C8, CYP2C9, or CYP2C19. Neither tetrabenazine nor its $\alpha$-HTBZ metabolites are likely to be a substrate or inhibitor of P-glycoprotein at clinically relevant concentrations *in vivo*. The deutetrabenazine metabolites, 2-methylpropanoic acid of $\beta$-HTBZ (M1) and monohydroxy tetrabenazine (M4), have been evaluated in a panel of *in vitro* drug-drug interaction studies; the results indicate that M1/M4 are not expected to cause clinically relevant drug interactions.

CONCERT EX. 2023
INCYTE v. CONCERT
PGR2021-00006

*CYP2D6 Inhibitors*
*In vitro* studies indicate that the α-HTBZ and β-HTBZ metabolites of deutetrabenazine are substrates for CYP2D6. The effect of CYP2D6 inhibition on the pharmacokinetics of deutetrabenazine and its metabolites was studied in 24 healthy subjects following a single 22.5 mg dose of deutetrabenazine given after 8 days of administration of the strong CYP2D6 inhibitor paroxetine 20 mg daily. In the presence of paroxetine, systemic exposure ($AUC_{inf}$) of α-HTBZ was 1.9-fold higher and β-HTBZ was 6.5-fold higher, resulting in approximately 3-fold increase in $AUC_{inf}$ for total (α+β)-HTBZ. Paroxetine decreased the clearance of α-HTBZ and β-HTBZ metabolites of AUSTEDO with corresponding increases in mean half-life of approximately 1.5-fold and 2.7-fold, respectively. In the presence of paroxetine, $C_{max}$ of α-HTBZ and β-HTBZ metabolites are 1.2-fold and 2.2-fold higher, respectively.

The effect of moderate or weak CYP2D6 inhibitors such as duloxetine, terbinafine, amiodarone, or sertraline on the exposure of deutetrabenazine and its metabolites has not been evaluated.

*Digoxin*
AUSTEDO was not evaluated for interaction with digoxin. Digoxin is a substrate for P-glycoprotein. A study in healthy subjects showed that tetrabenazine (25 mg twice daily for 3 days) did not affect the bioavailability of digoxin, suggesting that at this dose, tetrabenazine does not affect P-glycoprotein in the intestinal tract. *In vitro* studies also do not suggest that tetrabenazine or its metabolites are P-glycoprotein inhibitors.

## 13 NONCLINICAL TOXICOLOGY
### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
*Carcinogenesis*
No carcinogenicity studies were performed with deutetrabenazine.
No increase in tumors was observed in p53⁻ᐟ⁻ transgenic mice treated orally with tetrabenazine at doses of 0, 5, 15, and 30 mg/kg/day for 26 weeks.

*Mutagenesis*
Deutetrabenazine and its deuterated α-HTBZ and β-HTBZ metabolites were negative in *in vitro* (bacterial reverse mutation and chromosome aberration in human peripheral blood lymphocytes) assays in the presence or absence of metabolic activation and in the *in vivo* micronucleus assay in mice.

*Impairment of Fertility*
The effects of deutetrabenazine on fertility have not been evaluated. Oral administration of deutetrabenazine (doses of 5, 10, or 30 mg/kg/day) to female rats for 3 months resulted in estrous cycle disruption at all doses; the lowest dose tested was similar to the maximum recommended human dose (48 mg/day) on a body surface area (mg/m²) basis.

Oral administration of tetrabenazine (doses of 5, 15, or 30 mg/kg/day) to female rats prior to and throughout mating, and continuing through day 7 of gestation, resulted in disrupted estrous cyclicity at doses greater than 5 mg/kg/day. No effects on mating and fertility indices or sperm parameters (motility, count, density) were observed when males were treated orally with tetrabenazine at doses of 5, 15 or 30 mg/kg/day prior to and throughout mating with untreated females.

## 14 CLINICAL STUDIES
### 14.1 Chorea Associated with Huntington's Disease
**Double-Blind, Placebo-Controlled Study**
The efficacy of AUSTEDO as a treatment for chorea associated with Huntington's disease was established primarily in Study 1, a randomized, double-blind, placebo-controlled, multi-center trial conducted in 90 ambulatory patients with manifest chorea associated with Huntington's disease. The diagnosis of Huntington's disease was based on family history, neurological exam, and genetic testing. Treatment duration was 12 weeks, including an 8-week dose titration period and a 4-week maintenance period, followed by a 1-week washout. Patients were not blinded to discontinuation. AUSTEDO was started at 6 mg per day and titrated upward, at weekly intervals, in 6 mg increments until satisfactory treatment of chorea was achieved, intolerable side effects occurred, or until a maximal dose of 48 mg per day was reached. The primary efficacy endpoint was the Total Maximal Chorea Score, an item of the Unified Huntington's Disease Rating Scale (UHDRS). On this scale, chorea is rated from 0 to 4 (with 0 representing no chorea) for 7 different parts of the body. The total score ranges from 0 to 28.

Of the 90 patients enrolled, 87 patients completed the study. The mean age was 54 (range 23 to 74). Patients were 56% male and 92% Caucasian. The mean dose after titration was 40 mg per day. Table 4 and Figure 1 summarize the effects of AUSTEDO on chorea based on the Total Maximal Chorea Score. Total Maximal Chorea Scores for patients receiving AUSTEDO improved by approximately 4.4 units from baseline to the maintenance period (average of Week 9 and Week 12), compared to approximately 1.9 units in the placebo group. The treatment effect of -2.5 units was statistically significant (p=0.0001). The Maintenance Endpoint is the mean of the Total Maximal Chorea Scores for the Week 9 and Week 12 visits. At the Week 13 follow-up visit (1 week after discontinuation of the study medication), the Total Maximal Chorea Scores of patients who had received AUSTEDO returned to baseline (Figure 1).

**Table 4: Change from Baseline to Maintenance Therapy in Total Maximal Chorea (TMC)ᵃ Score in Patients with Huntington's Disease Treated with AUSTEDO in Study 1**

| Motor Endpoint | AUSTEDO N = 45 | Placebo N = 45 | p value |
|---|---|---|---|
| Change in Total Chorea Scoreᵃ from Baseline to Maintenance Therapyᵇ | -4.4 | -1.9 | <0.0001 |

ᵃTMC is a subscale of the Unified Huntington's Disease Rating Scale (UHDRS)
ᵇPrimary efficacy endpoint



**Figure 1: Total Maximal Chorea Score Over Time in Study 1**

| | 0 | 2 | 4 | 6 | 9 | 12 | 13 | Maintenance Endpoint |
|---|---|---|---|---|---|---|---|---|
| AUSTEDO, n: | 45 | 45 | 44 | 44 | | | 45 | 45 |
| Placebo, n: | 45 | 45 | 44 | 45 | | | 43 | 43 |

\*p<0.0001



**Figure 2: Distribution of the Change in Total Maximal Chorea Scores in Study 1**

Figure 2 shows the distribution of values for the change in Total Maximal Chorea Score in Study 1. Negative values indicate a reduction in chorea and positive numbers indicate an increase in chorea.

A patient-rated global impression of change assessed how patients rated their overall Huntington's disease symptoms. Fifty-one percent of patients treated with AUSTEDO rated their symptoms as "Much Improved" or "Very Much Improved" at the end of treatment, compared to 20% of placebo-treated patients.

In a physician-rated clinical global impression of change, physicians rated 42% percent of patients treated with AUSTEDO as "Much Improved" or "Very Much Improved" at the end of treatment compared to 13% of placebo-treated patients.

### 14.2 Tardive Dyskinesia
The efficacy of AUSTEDO in the treatment for tardive dyskinesia was established in two 12-week, randomized, double-blind, placebo-controlled, multi-center trials conducted in 335 adult ambulatory patients with tardive dyskinesia caused by use of dopamine receptor antagonists. Patients had a history of using a dopamine receptor antagonist (antipsychotics, metoclopramide) for at least 3 months (or 1 month in patients 60 years of age and older). Concurrent diagnoses included schizophrenia/schizoaffective disorder (62%) and mood disorder (33%). With respect to concurrent antipsychotic use, 64% of patients were receiving atypical antipsychotics, 12% were receiving typical or combination antipsychotics, and 24% were not receiving antipsychotics. The Abnormal Involuntary Movement Scale (AIMS) was the primary efficacy measure for the assessment of tardive dyskinesia severity. The AIMS is a 12-item scale; items 1 to 7 assess the severity of involuntary movements across body regions and these items were used in this study. Each of the 7 items was scored on a 0 to 4 scale, rated as: 0=not present; 1=minimal, may be extreme normal (abnormal movements occur infrequently and/or are difficult to detect); 2=mild (abnormal movements occur infrequently and are easy to detect); 3=moderate (abnormal movements occur frequently and are easy to detect) or 4 =severe (abnormal movements occur almost continuously and/or of extreme intensity). The AIMS total score (sum of items 1 to 7) could thus range from 0 to 28, with a decrease in score indicating improvement.

In Study 1, a 12-week, placebo-controlled, fixed-dose trial, adults with tardive dyskinesia were randomized 1:1:1:1 to 12 mg AUSTEDO, 24 mg AUSTEDO, 36 mg AUSTEDO, or placebo. Treatment duration included a 4-week dose escalation period and an 8-week maintenance period followed by a 1-week washout. The dose of AUSTEDO was started at 12 mg per day and increased at weekly intervals in 6 mg/day increments to a dose target of 12 mg, 24 mg or 36 mg per day. The population (n= 222) was 21 to 81 years old (mean 57 years), 48% male, and 79% Caucasian. In Study 1, the AIMS total score for patients receiving AUSTEDO demonstrated statistically significant improvement, from baseline to Week 12, of 3.3 and 3.2 units for the 36 mg and 24 mg arms, respectively, compared with 1.4 units in placebo (Study 1 in Table 5). The improvements on the AIMS total score over the course of the study are displayed in Figure 3. Data did not suggest substantial differences in efficacy across various demographic groups. The treatment response rate distribution, based on magnitude of AIMS total score from baseline to week 12 is displayed in Figure 4.

CONCERT EX. 2023
INCYTE v. CONCERT
PGR2021-00006

Appx9058

The mean changes in the AIMS total score by visit are shown in Figure 3.

In Study 2, a 12-week, placebo-controlled, flexible-dose trial, adults with tardive dyskinesia (n=113) received daily doses of placebo or AUSTEDO, starting at 12 mg per day with increases allowed in 6-mg increments at 1-week intervals until satisfactory control of dyskinesia was achieved, until intolerable side effects occurred, or until a maximal dose of 48 mg per day was reached. Treatment duration included a 6-week dose titration period and a 6-week maintenance period followed by a 1-week washout. The population was 25 to 75 years old (mean 55 years), 48% male, and 70% Caucasian. Patients were titrated to an optimal dose over 6 weeks. The average dose of AUSTEDO after treatment was 38.3 mg per day. There was no evidence suggesting substantial differences in efficacy across various demographic groups. In Study 2, AIMS total score for patients receiving AUSTEDO demonstrated statistically significant improvement by 3.0 units from baseline to endpoint (Week 12), compared with 1.6 units in the placebo group with a treatment effect of -1.4 units. Table 5 summarizes the effects of AUSTEDO on tardive dyskinesia based on the AIMS.

**Table 5:    Improvement in AIMS Total Score in Patients Treated with AUSTEDO in Study 1 and Study 2**

| Study | Treatment Group | Primary Efficacy Measure: AIMS Total Score | | |
|---|---|---|---|---|
| | | Mean Baseline Score (SD) | LS Mean Change from Baseline (SE) | Treatment Effect (95% CI) |
| **Study 1** | AUSTEDO 36 mg* (n= 55) | 10.1 (3.21) | -3.3 (0.42) | -1.9 (-3.09, -0.79) |
| | AUSTEDO 24 mg (n= 49) | 9.4 (2.93) | -3.2 (0.45) | -1.8 (-3.00, -0.63) |
| | AUSTEDO 12 mg (n= 60) | 9.6 (2.40) | -2.1 (0.42) | -0.7 (-1.84, 0.42) |
| | Placebo (n= 58) | 9.5 (2.71) | -1.4 (0.41) | |
| **Study 2** | AUSTEDO (12-48 mg/day)* (n= 56) | 9.7 (4.14) | -3.0 (0.45) | -1.4 (-2.6, -0.2) |
| | Placebo (n= 57) | 9.6 (3.78) | -1.6 (0.46) | |

*Dose that was statistically significantly different from placebo after adjusting for multiplicity. LS Mean = least-squares mean; SD = Standard deviation; SE = Standard error; CI = 2-sided 95% confidence interval

**Figure 3:    Least Square Means of Change in AIMS Total Score from Baseline for AUSTEDO Compared to Placebo (Study 1)**



SE = Standard error

**Figure 4:    Percent of Patients with Specified Magnitude of AIMS Total Score Improvement at the End of Week 12 (Study 1)**



## 16    HOW SUPPLIED/STORAGE AND HANDLING
### 16.1    How Supplied
AUSTEDO tablets are available in the following strengths and packages:
6 mg: round, purple-coated tablets, with "SD" over "6" printed in black ink on one side. Bottles of 60 tablets: NDC 68546-170-60.
9 mg: round, blue-coated tablets, with "SD" over "9" printed in black ink on one side. Bottles of 60 tablets: NDC 68546-171-60.

12 mg: round, beige-coated tablets, with "SD" over "12" printed in black ink on one side. Bottles of 60 tablets: NDC 68546-172-60.
### 16.2    Storage
Store at 25°C (77°F); excursions permitted to 15°C to 30°C (59°F to 86°F) *[see USP Controlled Room Temperature]*. Protect from light and moisture.
## 17    PATIENT COUNSELING INFORMATION
Advise the patient or caregiver to read the FDA-approved patient labeling (Medication Guide).
### Administration Instructions
Advise patients to take AUSTEDO with food. AUSTEDO tablets should be swallowed whole and not chewed, crushed, or broken *[see Dosage and Administration (2.1)]*.
### Risk of Depression and Suicide in Patients with Huntington's Disease
Advise patients, their caregivers, and families that AUSTEDO may increase the risk of depression, worsening depression, and suicidality, and to immediately report any symptoms to a healthcare provider *[see Contraindications (4), Warnings and Precautions (5.2)]*.
### Prolongation of the QTc Interval
Inform patients to consult their physician immediately if they feel faint, lose consciousness, or have heart palpitations *[see Warnings and Precautions (5.3)]*. Advise patients to inform physicians that they are taking AUSTEDO before any new drug is taken.
### Parkinsonism
Inform patients that AUSTEDO may cause Parkinson-like symptoms, which could be severe. Advise patients to consult their healthcare provider if they experience slight shaking, body stiffness, trouble moving, trouble keeping their balance, or falls *[see Warnings and Precautions (5.6)]*.
### Risk of Sedation and Somnolence
Advise patients that AUSTEDO may cause sedation and somnolence and may impair the ability to perform tasks that require complex motor and mental skills. Until they know how they respond to a stable dose of AUSTEDO, patients should be careful doing activities that require them to be alert, such as driving a car or operating machinery *[see Warnings and Precautions (5.7)]*.
### Interaction with Alcohol or Other Sedating Drugs
Advise patients that alcohol or other drugs that cause sleepiness will worsen somnolence *[see Drug Interactions (7.5)]*.
### Concomitant Medications
Advise patients to notify their physician of all medications they are taking and to consult with their healthcare provider before starting any new medications because of a potential for interactions *[see Contraindications (4) and Drug Interactions (7.1, 7.4)]*.

Distributed by:
**Teva Pharmaceuticals USA, Inc.**
Parsippany, NJ 07054

©2020 Teva Neuroscience, Inc.

AUS-005

U.S. Patent Nos: 8,524,733; 9,233,959; 9,296,739; 9,550,780

XENAZINE® is a trademark of Valeant Pharmaceuticals Luxembourg S.A.R.L.

CONCERT EX. 2023
INCYTE v. CONCERT
PGR2021-00006

**MEDICATION GUIDE**
AUSTEDO® (*aw-STED-oh*)
(deutetrabenazine)
tablets, for oral use

**What is the most important information I should know about AUSTEDO?**

- AUSTEDO can cause serious side effects in people with Huntington's disease, including:
  - depression
  - suicidal thoughts
  - suicidal actions
- Do not start taking AUSTEDO if you have Huntington's disease and are depressed (have untreated depression or depression that is not well controlled by medicine) **or** have suicidal thoughts.
- Pay close attention to any changes, especially sudden changes, in mood, behaviors, thoughts, or feelings. This is especially important when AUSTEDO is started and when the dose is changed.

**Call your healthcare provider right away if you become depressed or have any of the following symptoms, especially if they are new, worse, or worry you:**

- feel sad or have crying spells
- lose interest in seeing your friends or doing things you used to enjoy
- sleep a lot more or a lot less than usual
- feel unimportant
- feel guilty
- feel hopeless or helpless
- feel more irritable, angry, or aggressive than usual
- feel more or less hungry than usual or notice a big change in your body weight
- have trouble paying attention
- feel tired or sleepy all the time
- have thoughts about hurting yourself or ending your life

**What is AUSTEDO?**

AUSTEDO is a prescription medicine that is used to treat:

- the involuntary movements (chorea) of Huntington's disease. AUSTEDO does not cure the cause of the involuntary movements, and it does not treat other symptoms of Huntington's disease, such as problems with thinking or emotions.
- movements in the face, tongue, or other body parts that cannot be controlled (tardive dyskinesia).

It is not known if AUSTEDO is safe and effective in children.

**Who should not take AUSTEDO?**

**Do not take AUSTEDO if you:**

- have Huntington's disease and are depressed or have thoughts of suicide. See "What is the most important information I should know about AUSTEDO?"
- have liver problems.
- are taking a monoamine oxidase inhibitor (MAOI) medicine. **Do not** take an MAOI within 14 days after you stop taking AUSTEDO. **Do not** start AUSTEDO if you stopped taking an MAOI in the last 14 days. Ask your healthcare provider or pharmacist if you are not sure.
- are taking reserpine. **Do not** take medicines that contain reserpine (such as Serpalan and Renese-R) with AUSTEDO. If your healthcare provider plans to switch you from taking reserpine to AUSTEDO, you must wait at least 20 days after your last dose of reserpine before you start taking AUSTEDO.
- are taking tetrabenazine (Xenazine). If your healthcare provider plans to switch you from tetrabenazine (Xenazine) to AUSTEDO, take your first dose of AUSTEDO on the day after your last dose of tetrabenazine (Xenazine).
- are taking valbenazine (Ingrezza).

**Before taking AUSTEDO, tell your healthcare provider about all of your medical conditions, including if you:**

- have emotional or mental problems (for example, depression, nervousness, anxiety, anger, agitation, psychosis, previous suicidal thoughts or suicide attempts).
- have liver disease.

*continued*

- have an irregular heart rhythm or heartbeat (QT prolongation, cardiac arrhythmia) or a heart problem called congenital long QT syndrome.
- have low levels of potassium or magnesium in your blood (hypokalemia or hypomagnesemia).
- have breast cancer or a history of breast cancer.
- are pregnant or plan to become pregnant. It is not known if AUSTEDO can harm your unborn baby.
- are breastfeeding or plan to breastfeed. It is not known if AUSTEDO passes into breast milk.

**Tell your healthcare provider about all of the medicines you take**, including prescription and over-the-counter medicines, vitamins, and herbal supplements.

Taking AUSTEDO with certain other medicines may cause side effects. Do not start any new medicines while taking AUSTEDO without talking to your healthcare provider first.

**How should I take AUSTEDO?**

- Take AUSTEDO exactly as your healthcare provider tells you to take it.
- Take AUSTEDO by mouth and with food.
- Swallow AUSTEDO tablets whole with water. Do not chew, crush, or break AUSTEDO tablets before swallowing. If you cannot swallow AUSTEDO tablets whole, tell your healthcare provider. You may need a different medicine.
- If your dose of AUSTEDO is 12 mg or more each day, take AUSTEDO tablets 2 times a day in equal doses with food.
- Your healthcare provider will increase your dose of AUSTEDO each week for several weeks, until you and your healthcare provider find the right dose for you.
- Tell your healthcare provider if you stop taking AUSTEDO for more than 1 week. Do not take another dose until you talk to your healthcare provider.

**What should I avoid while taking AUSTEDO?**

Sleepiness (sedation) is a common side effect of AUSTEDO. While taking AUSTEDO, do not drive a car or operate dangerous machinery until you know how AUSTEDO affects you. Drinking alcohol and taking other drugs that may also cause sleepiness while you are taking AUSTEDO may increase any sleepiness caused by AUSTEDO.

**What are the possible side effects of AUSTEDO?**

**AUSTEDO can cause serious side effects, including:**

- **Depression and suicidal thoughts or actions in people with Huntington's disease.** See "What is the most important information I should know about AUSTEDO?"
- **Irregular heartbeat (QT prolongation).** AUSTEDO increases your chance of having certain changes in the electrical activity in your heart. These changes can lead to a dangerous abnormal heartbeat. Taking AUSTEDO with certain medicines may increase this chance.
- **Neuroleptic Malignant Syndrome (NMS).** Call your healthcare provider right away and go to the nearest emergency room if you develop these signs and symptoms that do not have another obvious cause:
  - high fever
  - problems thinking
  - increased sweating
  - stiff muscles
  - very fast or uneven heartbeat
- **Restlessness.** You may get a condition where you feel a strong urge to move. This is called akathisia.
- **Parkinsonism.** Symptoms of parkinsonism include: slight shaking, body stiffness, trouble moving, trouble keeping your balance, or falls.

**The most common side effects of AUSTEDO in people with Huntington's disease include:**

- sleepiness (sedation)
- diarrhea
- tiredness
- dry mouth

*continued*

CONCERT EX. 2023
INCYTE v. CONCERT
PGR2021-00006

**Appx9060**

**The most common side effects of AUSTEDO in people with tardive dyskinesia include:**
- inflammation of the nose and throat (nasopharyngitis)
- problems sleeping (insomnia)

These are not all the possible side effects of AUSTEDO. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store AUSTEDO?**
- Store AUSTEDO tablets at room temperature, between 68°F to 77°F (20°C to 25°C).
- Keep the bottle tightly closed to protect AUSTEDO from light and moisture.

**Keep AUSTEDO tablets and all medications out of reach of children.**

**General information about the safe and effective use of AUSTEDO.**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use AUSTEDO for a condition for which it was not prescribed. Do not give AUSTEDO to other people, even if they have the same symptoms you have. It may harm them. You can ask your pharmacist or healthcare provider for information about AUSTEDO that is written for health professionals.

**What are the ingredients in AUSTEDO?**

**Active ingredient:** deutetrabenazine

**Inactive ingredients:** ammonium hydroxide, black iron oxide, n-butyl alcohol, butylated hydroxyanisole, butylated hydroxytoluene, magnesium stearate, mannitol, microcrystalline cellulose, polyethylene glycol, polyethylene oxide, polysorbate 80, polyvinyl alcohol, povidone, propylene glycol, shellac, talc, titanium dioxide, and FD&C blue #2 lake. The 6 mg tablets also contain FD&C red #40 lake. The 12 mg tablets also contain FD&C yellow #6 lake.

Distributed by:
**Teva Pharmaceuticals USA, Inc.**
Parsippany, NJ 07054

©2020 Teva Neuroscience, Inc.

AUSMG-005

For more information, go to www.AUSTEDO.com or call 1-888-483-8279.

This Medication Guide has been approved by the U.S. Food and Drug Administration.

Revised: December 2020

AUS-42838

8
CONCERT EX. 2023
INCYTE v. CONCERT
PGR2021-00006

# United States Court of Appeals for the Federal Circuit

---

**CONCERT PHARMACEUTICALS, INC.,**
*Appellant*

v.

**INCYTE CORPORATION,**
*Appellee*

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2019-2011

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01256.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered January 24, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

April 16, 2020      /s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court

CONCERT EX. 2025
INCYTE v. CONCERT
PGR2021-00006



## Concert Pharmaceuticals Reports Positive CTP-543 Results from Phase 2 Alopecia Areata Trial

September 3, 2019

*CTP-543 Achieved its Primary Endpoint in the 8 mg and 12 mg Twice-Daily Dosing Cohorts*

*Advancement into Phase 3 Evaluation Planned in 2020*

*Company to Host Investor Conference Call Today at 8:30 a.m. ET*

LEXINGTON, Mass.--(BUSINESS WIRE)--Sep. 3, 2019-- Concert Pharmaceuticals, Inc. (NASDAQ: CNCE) today announced final topline results from its recently completed dose-ranging Phase 2 trial evaluating its investigational medicine CTP-543 in patients with moderate-to-severe alopecia areata, an autoimmune disorder that results in patchy or complete hair loss. Patients treated with either 8 mg twice-daily or 12 mg twice-daily of CTP-543 met the primary efficacy endpoint with statistically significant differences (p <0.001) relative to placebo in the percentage of patients achieving a ≥ 50% relative change from baseline at 24 weeks using the Severity of Alopecia Tool (SALT). The 8 mg twice-daily and 12 mg twice-daily groups were also significantly different from placebo in the number of patients achieving ≥ 75% and ≥ 90% relative change in SALT from baseline at 24 weeks. At Week 24, patients treated with 8 mg twice-daily and 12 mg twice-daily compared to placebo also rated significantly greater improvement in their alopecia areata on the Patient Global Impression of Improvement Scale. Treatment with CTP-543 was generally well tolerated. Complete study results are expected to be presented at a future medical meeting.

"We are very pleased with these clinical results and continue to believe CTP-543 has potential to be a best-in-class treatment for alopecia areata, a chronic dermatological autoimmune disease that currently has no approved therapies," said James V. Cassella, Ph.D., Chief Development Officer of Concert Pharmaceuticals. "We are highly focused on the need for an effective and safe treatment for alopecia areata, and we plan to advance CTP-543 into Phase 3 testing next year."

"These Phase 2 results of CTP-543, a Janus kinase or JAK inhibitor, for the treatment of patients with alopecia areata are highly encouraging," stated Dr. Brett King, Associate Professor of Dermatology at Yale School of Medicine. "There is a growing body of evidence supporting JAKs as a target for the treatment of alopecia areata that is driving enthusiasm in dermatology to address an important unmet need for patients."

The primary efficacy endpoint in the 12 mg twice-daily cohort was met with 58% of patients achieving a ≥ 50% relative reduction in their overall SALT score from baseline compared to 9% for placebo (p <0.001). In the 8 mg twice-daily cohort, 47% of patients achieved the primary endpoint compared to placebo (p <0.001). For the 4 mg cohort, 21% of patients achieved a ≥ 50% relative reduction in their overall SALT score from baseline, however these differences were not significantly different from placebo. In addition, 78% of the patients receiving 12 mg twice-daily and 58% of the patients receiving 8 mg twice-daily rated their alopecia areata as "much improved" or "very much improved" at 24 weeks of dosing, a significant difference from placebo.

The average baseline SALT score across all patients was approximately 88%, where 0% is no scalp hair loss and 100% represents total scalp hair loss. The most common (≥10%) side effects in the 12 mg CTP-543 dose group were headache, nasopharyngitis, upper respiratory tract infection, and acne. One serious adverse event of facial cellulitis was reported as possibly related to treatment; however, after a brief interruption, treatment was continued and this patient completed the trial. No thromboembolic events were reported during the trial.

The Phase 2 trial was a double-blind, randomized, placebo-controlled, sequential dose trial to evaluate the safety and efficacy of CTP-543 in adult patients with moderate-to-severe alopecia areata. A total of 149 patients were randomized to receive one of three doses of CTP-543 (4 mg, 8 mg, or 12 mg) or placebo, administered twice-daily. The primary outcome measure utilized the SALT score after 24 weeks of dosing. All patients who completed 24 weeks of treatment in the 12 mg dosing cohort had the opportunity to continue in a separate extension study to evaluate long-term safety and efficacy of CTP-543.

### About CTP-543 and Alopecia Areata

CTP-543 is an oral selective inhibitor of Janus kinases JAK 1 and JAK 2 for the potential treatment of alopecia areata. The U.S. Food and Drug Administration (FDA) has granted Fast Track designation for CTP-543.

Alopecia areata is an autoimmune disease in which the immune system attacks hair follicles, resulting in partial or complete loss of hair on the scalp and body. Alopecia areata may affect up to 650,000 Americans at any given time[1]. The scalp is the most commonly affected area, but any hair-bearing site can be affected alone or together with the scalp. Onset of the disease can occur throughout life and affects both women and men. Alopecia areata can be associated with serious psychological consequences, including anxiety and depression. There are currently no drugs approved by the FDA for the treatment of alopecia areata.

The FDA selected alopecia areata as one of eight new disease areas that it focused on under its Patient-Focused Drug Development Initiative (PFDDI) in 2016-2017. The goal of the PFDDI is to bring patient perspectives into an earlier stage of product development. Following the FDA's Patient-Focused Drug Development meeting held in September 2017 on alopecia areata, the FDA summarized the input shared by patients and patient representatives in a Voice of the Patient report. Additional information on the PFDDI is available online.

### Conference Call and Webcast

The Company will host a conference call and webcast today at 8:30 a.m. ET to discuss the CTP-543 Phase 2 topline results. To access the conference call, please dial (855) 354-1855 (U.S. and Canada) or (484) 365-2865 (International) five minutes prior to the start time.

A live webcast of Concert's presentation may be accessed in the Investors section of the Company's website at www.concertpharma.com. Please log on to the Concert website approximately 15 minutes prior to the scheduled webcast to ensure adequate time for any software downloads that may be

CONCERT EX. 2026
INCYTE v. CONCERT
PGR2021-00006

required. A replay of the webcast will be available on Concert's website for three months.

A corresponding slide presentation to accompany the conference call is available in the Scientific Presentations section of Company's website.

**About Concert**

Concert Pharmaceuticals is a clinical stage biopharmaceutical company focused on applying its DCE Platform® (deuterated chemical entity platform) to create novel medicines designed to treat serious diseases and address unmet patient needs. The Company's approach starts with previously studied compounds, including approved drugs, in which deuterium substitution has the potential to enhance clinical safety, tolerability or efficacy. Concert's pipeline of innovative medicines targets autoimmune diseases and central nervous systems (CNS) disorders. For more information please visit www.concertpharma.com or follow us on Twitter at @ConcertPharma or on LinkedIn.

**Cautionary Note on Forward Looking Statements**

Any statements in this press release about our future expectations, plans and prospects, including statements about our expectations on the clinical development of CTP-543, and other statements containing the words "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "should," "target," "would," and similar expressions, constitute forward-looking statements within the meaning of The Private Securities Litigation Reform Act of 1995. Actual results may differ materially from those indicated by such forward-looking statements as a result of various important factors, including: the uncertainties inherent in the initiation of future clinical trials, whether preliminary results from a clinical trial will be predictive of the final results of that trial or whether results of early clinical trials will be indicative of the results of later clinical trials, expectations for regulatory approvals and other factors discussed in the "Risk Factors" section of our most recent Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission and in other filings that we make with the Securities and Exchange Commission. In addition, any forward-looking statements included in this press release represent our views only as of the date of this release and should not be relied upon as representing our views as of any subsequent date. We specifically disclaim any obligation to update any forward-looking statements included in this press release.

[1] Fricke M. Epidemiology and Burden of alopecia areata: a systemic review. Clinical, Cosmetic and Investigational Dermatology. 2015; Vol 8. 397-403.

Concert Pharmaceuticals Inc., the CoNCERT Pharmaceuticals Inc. logo and DCE Platform are registered trademarks of Concert Pharmaceuticals, Inc.

View source version on businesswire.com: https://www.businesswire.com/news/home/20190903005232/en/

Source: Concert Pharmaceuticals, Inc.

Justine Koenigsberg (investors)
Concert Pharmaceuticals, Inc.
(781) 674-5284
ir@concertpharma.com

Kathryn Morris (media)
The Yates Network
(914) 204-6412
kathryn@theyatesnetwork.com

CONCERT EX. 2026
INCYTE v. CONCERT
PGR2021-00006

Appx9066

EBioMedicine 2 (2015) 282–283

Contents lists available at ScienceDirect

# EBioMedicine

journal homepage: www.ebiomedicine.com



Commentary

# Translational Positioning of Janus Kinase (JAK) Inhibitors in Alopecia Areata



Ulrike Blume-Peytavi*, Annika Vogt

*Department of Dermatology and Allergy, Clinical Research Center for Hair and Skin Science, Charité-Universitätsmedizin Berlin, Germany*

Alopecia areata (AA) is an autoimmune disease due to T cell attack of the hair follicles and breakdown of their immune privilege resulting in transient non scarring hair loss which may last from weeks to decades and which presents an enormous psychological burden. As so far no FDA approved successful treatments for AA are available, new hope and light arose on the horizon with the recently published genome wide association studies in AA patients revealing new molecular pathways disrupted in AA including autophagy/apoptosis, transforming growth factor beta/Tregs and JAK (Janus family of non receptor protein tyrosine kinase) signaling (Petukhova et al., 2010; Betz et al., 2015). Thus, today it is assumed that CD8 + NKG2D + T effector memory cells mediate alopecia areata in part through Janus kinase (JAK) signaling and that alopecia areata might be treated with JAK inhibitors. This assumption has been supported by clinical use of JAK inhibitors within a clinical study setting (Xing et al., 2014) or observed as a "side effect", when JAK inhibitor treatment of another underlying disease resulted in regrowth of longstanding patchy or universal alopecia areata (Craiglow and King, 2014; Pieri et al., 2015). Xing et al., 2014 demonstrated that the interferon γ (IFNγ) signaling pathway is upregulated in AA lesional skin, and that the use of JAK inhibitors was able to reverse symptoms of the disorder in mice and in three humans with AA. While different groups (Craiglow and King, 2014; Pieri et al., 2015; Higgins et al., 2015) reported successful use of ruxolitinib, a JAK1/2 inhibitor licensed for treating myelofibrosis, others reported successful use of the JAK 1/3 inhibitor tofacitinib in AA while using it for treating psoriasis (Craiglow and King, 2014).

In this issue of EBioMedicine, Jabbari et al. followed up on hair growth observed in a patient under baricitinib therapy, also a JAK1/2 inhibitor and studied JAK inhibitor action in the C3H/HeJ graft recipient mouse model of AA (Jabbari et al., 2015). Under JAK inhibitor treatment, CD8 + cell infiltrates and MHC class I and II expressions were markedly reduced in C3H/HeJ mice grafted with alopecic skin, both in a preventive and a therapeutic setting. In addition, gene expression profiling using the Alopecia Areata Disease Activity Index (ALADIN) biomarker for response to treatment confirmed the assumed normalization of the IFN gamma gene expression signature. The approach of Jabbari et al. represents an excellent model for translational work, where a specific clinical

observation made in a special patient is complemented with mechanistic work, which nicely allows to link macroscopic appearance, immuno histochemistry and gene expression profiles with the current idea of how JAK inhibitors could be beneficial in AA (Jabbari et al., 2015).

However, all euphoria should not let forget that JAK inhibitors inhibit multiple pathogenic pathways simultaneously. A broad spectrum of side effects already limits their use in the different licensed indications. Similarly, clinical studies on response rates in larger groups of patients will have to take into account the heterogeneity among AA patients. Maintenance of hair growth and relapse rates after cessation of therapy will have to be monitored carefully. Also, we have to be very aware of the fact that despite its tremendous psychosocial burden, AA is a benign lifelong genetic predisposition, with one third of AA patients being affected before 30 years of age. Safety aspects will have to be carefully considered especially in this young population. With this regard, the small molecule JAK inhibitors do not only offer advantages for effective oral delivery, but are also highly interesting candidate molecules for topical treatment. While overall penetration rates in skin especially via the transfollicular route should not be a problem, a focus of research should be put on ways to increase follicular penetration and reduce systemic absorption. Incorporation in particle based formulations or even the design of functionalized nanocarriers capable of targeting inflammatory infiltrates along the hair follicle could be one option for future developments in AA management strategies. Such targeted delivery may help increase local drug concentration and efficacy with reduced systemic side effects.

This translational exemplary research may pave the way to further target oriented strategies based on insights in the disease pathogenesis rather than empiric observation, even in such complex autoimmune mediated diseases as alopecia areata.

### Conflict of Interest

The authors declare no conflicts of interest.

### References

Betz, R., Petukhova, L., Ripke, S., Huang, H., Menelaou, A., et al., 2015. Genome-wide meta analysis in alopecia areata resolves HLA associations and reveals two new susceptibility loci. Nat. Commun. 22 (6), 5966.

Craiglow, B.G., King, B.A., 2014. Killing two birds with one stone: oral tofacitinib reverses alopecia universalis in a patient with plaque psoriasis. J. Investig. Dermatol. 134, 2988–2990.

DOI of original article: http://dx.doi.org/10.1016/j.ebiom.2015.02.015.
* Corresponding author.
E-mail address: ulrike.blume-peytavi@charite.de (U. Blume-Peytavi).

http://dx.doi.org/10.1016/j.ebiom.2015.03.022
2352-3964/© 2015 The Authors. Published by Elsevier B.V. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

CONCERT EX. 2037
INCYTE v. CONCERT
PGR2021-00006

Appx9311

Hindawi Publishing Corporation
Journal of Immunology Research
Volume 2014, Article ID 283617, 7 pages
http://dx.doi.org/10.1155/2014/283617



## Review Article

# JAK Inhibitors: Treatment Efficacy and Safety Profile in Patients with Psoriasis

**Leeyen Hsu and April W. Armstrong**

*Department of Dermatology, University of Colorado at Denver, Anschutz Medical Campus, 12801 East 17th Avenue, Mail Stop 8127, Aurora, CO 80045, USA*

Correspondence should be addressed to April W. Armstrong; aprilarmstrong@post.harvard.edu

Received 1 February 2014; Accepted 31 March 2014; Published 5 May 2014

Academic Editor: Henry Wong

Copyright © 2014 L. Hsu and A. W. Armstrong. This is an open access article distributed under the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly cited.

Janus kinase (JAK) pathways are key mediators in the immunopathogenesis of psoriasis. Psoriasis treatment has evolved with the advent of targeted therapies, which inhibit specific components of the psoriasis proinflammatory cascade. JAK inhibitors have been studied in early phase trials for psoriasis patients, and the data are promising for these agents as potential treatment options. Tofacitinib, an oral or topically administered JAK1 and JAK3 inhibitor, and ruxolitinib, a topical JAK1 and JAK2 inhibitor, have been most extensively studied in psoriasis, and both improved clinical symptoms of psoriasis. Additional JAK1 or JAK3 inhibitors are being studied in clinical trials. In phase III trials for rheumatoid arthritis, tofacitinib was efficacious in patients with inadequate responses to tumor necrosis factor inhibitors, methotrexate monotherapy, or disease-modifying antirheumatic drugs. The results of phase III trials are pending for these therapies in psoriasis, and these agents may represent important alternatives for patients with inadequate responses to currently available agents. Further investigations with long-term clinical trials are necessary to verify their utility in psoriasis treatment and assess their safety in this patient population.

## 1. Introduction

Psoriasis is a chronic inflammatory skin disease that affects 3% of the United States population [1]. It manifests as well-demarcated, scaly patches on the skin, and it is associated with psoriatic arthritis and other comorbidities [2–4]. The choice of psoriasis treatment varies depending on the severity and extent of skin involvement. Topical therapies are reserved for mild or localized disease, whereas phototherapy and systemic therapies are used for those with moderate-to-severe disease. Limitations with extended use of traditional oral systemic therapies include suboptimal efficacy, slow onset of therapeutic effect, toxicities, and teratogenicity; these limitations have propelled the use of targeted therapies into the forefront of treatment for chronic inflammatory diseases such as psoriasis, psoriatic arthritis (PsA), and rheumatoid arthritis (RA) [5]. Over the last decade, biologic agents targeting specific components of the tumor necrosis factor (TNF-)α pathway have gained wide adoption for treatment of psoriasis as they achieved rapid clinical improvement with minimal side effects in multiple clinical trials and ongoing studies [6–9]. However, high costs, potential risk for adverse events, and lack of persistent effects in some patients have fueled continued search for alternative therapies that target various components of the psoriasis inflammatory cascade.

The exact mechanism of psoriasis is still not fully understood. Cytokines and growth factors such as interleukin (IL)-1, IL-6, IL-12, IL-17, IL-20, IL-23, interferon (IFN)-γ, and TNF-α within the abnormally upregulated Th1 and Th17 pathways have been implicated as key mediators in the immunopathogenesis of psoriasis by driving the activation and proliferation of epidermal keratinocytes [10–14]. After the identification of increased protein tyrosine kinase activity in immunologic diseases, therapeutic agents targeting the protein tyrosine kinases have been developed, and they are effective and well-tolerated medications [15]. The Janus family of kinases is a subset of the protein tyrosine kinases. Preclinical studies have identified a number of cytokines involved in the psoriasis inflammatory cascade that utilize the Janus family kinase (JAK) signaling pathway [16].

In this paper, we discuss the molecular pathway of the JAK-STAT signaling cascade and the mechanism of action of

CONCERT EX. 2039
INCYTE v. CONCERT
PGR2021-00006

Appx9313

This leads to a dose-dependent decrease in production of IL-17, IL-20, and IL-22. Additionally, the suppression of STAT3 phosphorylation reduces IFN-$\gamma$ expression, which is one of the most potent activators of keratinocyte proinflammatory function. In a study by Fridman et al., topical application of ruxolitinib in murine models reduced lymphocytic infiltration, inhibited acanthosis, and suppressed production of IL-22 induced by intradermal IL-23 [30]. JAK inhibitors act on multiple cell lines that contribute to the clinical manifestations of psoriasis [14, 32].

## 4. Tofacitinib in Psoriasis

Tofacitinib, a JAK1 and JAK3 inhibitor, has undergone the most extensive clinical studies of JAK inhibitors in psoriasis treatment [33–37]. In a phase I dose-escalation trial by Boy et al., a 14-day course of oral tofacitinib 5 mg twice daily b.i.d., 10 mg b.i.d., 20 mg b.i.d., 30 mg b.i.d., 50 mg b.i.d., and 60 mg once daily (q.d.) was administered to 59 patients with mild-to-moderate psoriasis [33]. On day 14, the investigators found that every tofacitinib dosage group except 5 mg b.i.d. had dose-dependent improvement in the least squares mean (LSM) of percentage change in the psoriatic lesion severity sum (PLSS) score compared to the placebo group ($P < 0.01$) [33]. Three of the eight patients receiving tofacitinib 50 mg had PLSS scores of 0 by day 14 from baseline scores of 4–6. On day 14, the physician's global assessment (PGA) score improvement, defined as "almost clear" or "clear" and a ≥2-point PGA score improvement, in patients receiving 50 mg b.i.d. were higher than in the placebo group ($P < 0.05$). Of the skin biopsy samples obtained, marked histological improvements were noted in patients receiving a dosage of 30 mg b.i.d. when compared to their baseline, while lesional biopsies from the placebo group showed minimal or no change compared to baseline. Of the 16 adverse events in 10 patients within this study, headaches ($n = 5$) and nausea ($n = 3$) were most common, and all suspected treatment-related adverse effects were considered mild. One patient had moderate progression of psoriasis. Of the laboratory studies conducted, Boy et al. reported elevated total cholesterol, low-density lipoprotein cholesterol, and triglyceride in the treatment groups when compared to the placebo group [33].

In a 12-week phase IIb study, Papp et al. described the efficacy and safety of oral tofacitinib 2 mg b.i.d., 5 mg b.i.d., or 15 mg b.i.d. in 197 moderate-to-severe psoriasis patients [34]. Papp et al. reported psoriasis area and severity index (PASI) 75 response rates of 25.0% (2 mg; $P < 0.001$), 40.8% (5 mg; $P < 0.0001$), and 66.7% (15 mg; $P < 0.0001$) versus 2.0% in the placebo group at week 12 [34]. More PASI 75 responders were observed in all treatment groups as early as week 4 and maintained through week 12 compared to placebo patients ($P < 0.05$ to $P < 0.001$). Upper respiratory tract infections, nasopharyngitis, and headache were the most common adverse effects reported by the patient cohort. Three patients experienced five serious adverse events including angina pectoris, pyelonephritis, urosepsis, and atrial fibrillation. However, the study did not specify whether these events were treatment related. Discontinuation from the study was

reported in 2.0%, 4.1%, and 6.1% of patients in the 2, 5, and 15 mg b.i.d. groups versus 6.0% of patients in the placebo group. Serum creatinine increased (mean $0.04 \, \text{mg dL}^{-1}$) in the 15 mg b.i.d. group at week 12 when compared to their baseline. One case of alanine aminotransferase elevated greater than 2.5 times the upper limit of normal was documented in the 15 mg b.i.d. group. Tofacitinib treatment was associated with mild, dose-dependent decreases in hemoglobin of 0.15, 0.20, 0.14, and $0.71 \, \text{g dL}^{-1}$ for placebo and tofacitinib 2, 5, and 15 mg b.i.d. groups, respectively, at week 12 [34, 38]. Additionally, mean absolute neutrophil counts decreased at higher doses of tofacitinib with a maximum mean decrease of $0.9 \times 10^3 \, \text{mm}^{-3}$ in patients receiving 15 mg b.i.d. at week 4. However, these values began to return to baseline values from weeks 4 to 8 [34, 38].

In this same study cohort, Mamolo et al. described the patient-reported outcomes of these 197 patients with moderate-to-severe psoriasis through six patient questionnaires [36]. At week 12, the authors reported greater LSM changes from baseline for the dermatology life quality index, itch severity score, and short form-36 questionnaire mental component for all active drug arms versus placebo ($P < 0.05$) [36]. A total of 35.1%, 38.5%, and 74.4% of patients in the 2, 5, and 15 mg groups, respectively, reported "clear" or "almost clear" on the patient global assessment of psoriasis versus 2.9% for the placebo group ($P < 0.0001$ for all doses) [36]. Tofacitinib improved both physician- and patient-reported outcomes.

Tofacitinib has also been utilized as a topical formulation. In a vehicle-controlled phase IIa trial studying a topical tofacitinib ointment formulation, Ports et al. reported the data on 71 mild-to-moderate psoriasis patients treated with tofacitinib 2% ointment 1 b.i.d. versus tofacitinib 2% ointment 2 b.i.d. for 2 weeks to a single, fixed $300 \, \text{cm}^2$ treatment area containing a target plaque [35]. This study noted improvement in the target plaque severity score (TPSS) at week 4 for ointment 1 (LSM-54.4%) versus vehicle 1 (LSM-41.5%; one sided 90% upper confidence limit <0) but not for ointment 2 (LSM-24.2%) versus vehicle 2 (LSM-17.2%; one sided 90% upper confidence limit >0). Systemic concentrations ($>0.100 \, \text{ng mL}^{-1}$) were detected in 12 (60%) of 20 patients receiving ointment 1 for at least one time point compared to 6 (26%) of 23 patients receiving ointment 2. However, these serologic levels were 40-fold lower than the systemic concentration achieved at the lowest oral dose tested (2 mg b.i.d.) [34]. A total of 25 out of 71 patients reported adverse effects; all of them were categorized as mild or moderate. Nasopharyngitis ($n = 4$) and urinary tract infections ($n = 3$) were the most common [35]. Clinical trials testing tofacitinib administered either orally or topically for psoriasis have shown statistically significant symptom improvement in patients with psoriasis when compared to their placebo counterparts.

There are multiple phase III trials (NCT01186744, NCT01276639, NCT01309737, NCT01163253, and NCT01815424) studying the efficacy and safety of tofacitinib in psoriasis patients [39]. One phase III trial (NCT01241591) has compared oral tofacitinib 5 mg or 10 mg b.i.d. versus

CONCERT EX. 2039
INCYTE v. CONCERT
PGR2021-00006



Submitted by CIHR
Déposé par les IRSC

*Expert Rev Clin Immunol.* Author manuscript; available in PMC 2016 December 09.

Published in final edited form as:
*Expert Rev Clin Immunol.* 2015 ; 11(12): 1335–1351. doi:10.1586/1744666X.2015.1085306.

CIHR Author Manuscript

CIHR Author Manuscript

CIHR Author Manuscript

# The Role of Lymphocytes in the Development and Treatment of Alopecia Areata

**Hongwei Guo**[1,2], **Yabin Cheng**[1], **Jerry Shapiro**[1,3], and **Kevin McElwee**[1,4]

[1]Department of Dermatology and Skin Science, University of British Columbia, Vancouver, Canada

[2]Department of Dermatology, Affiliated Hospital of Guangdong Medical College, Zhanjiang, Guangdong, China

[3]Department of Dermatology, New York University, Langone Medical Center, New York, USA

[4]Vancouver Coastal Health Research Institute, Vancouver, British Columbia, Canada

## Summary

Alopecia areata (AA) development is associated with both innate and adaptive immune cell activation, migration to peri-and intra-follicular regions, and hair follicle disruption. Both CD4+ and CD8+ lymphocytes are abundant in AA lesions; however, CD8+ cytotoxic T lymphocytes are more likely to enter inside hair follicles, circumstantially suggesting that they have a significant role to play in AA development. Several rodent models recapitulate important features of the human autoimmune disease and demonstrate that CD8+ cytotoxic T lymphocytes are fundamentally required for AA induction and perpetuation. However, the initiating events, the self-antigens involved, and the molecular signaling pathways, all need further exploration. Studying CD8+ cytotoxic T lymphocytes and their fate decisions in AA development may reveal new and improved treatment approaches.

## Keywords

Alopecia areata; Pathogenesis; Lymphocytes; Hair follicles; Autoimmune inflammation; Treatment

## Introduction

Alopecia areata (AA) is a common, non-scarring hair disorder involving sudden loss of hair with spontaneous remission, reoccurrence, and exacerbation [1]. Human AA typically

CORRESPONDENCE TO: Kevin McElwee. Department of dermatology and Skin Science, University of British Columbia, 835 West 10th Avenue, Vancouver BC, V5Z 4E8, Canada. kmcelwee@mail.ubc.ca.

***Financial and competing interests disclosure***

This work was supported by grants from the North American Hair Research Society (NAHRS) and the Canadian Dermatology Foundation (CDF). K McElwee is a recipient of the Canadian Institutes of Health Research (MSH-95328) and Michael Smith Foundation for Health Research [CI-SCH-00480(06-1)] investigator awards. K McElwee and J Shapiro are founders and shareholders of Replicel Life Sciences Inc. The authors have no other relevant affiliations or financial involvement with any organization or entity with a financial interest in or financial conflict with the subject matter or materials discussed in the manuscript apart from those disclosed.

CONCERT EX. 2040
INCYTE v. CONCERT
PGR2021-00006

## Conclusions

Taken together, a large body of evidence has accumulated supporting a CD8$^+$ T cell mediated attack on hair follicles with CD4$^+$ T cell help as the underlying mechanism of AA. Though the primary targets of lymphocytes have not been confirmed, it seems likely that hair follicle specific autoantigens are the main focus for effector and memory T cells. Future treatments for AA could be immunosuppressive or immunomodulatory to shield selected tissue compartments from autoaggressive immune attack via proper adjuvants, delivery systems, and optimized administration schedules [39,160,221]. Topical or skin localized treatments are a key focus of interest since AA is a relatively organ-restricted autoimmune condition. In the near future, topical therapy with JAK inhibitors shows potential as a first line defense against skin immune cell activity [16].

## Expert commentary

In the last 10 years significant progress has been made in understanding the pathogenesis of alopecia areata. Large scale genome wide association studies have revealed multiple loci associated with susceptibility towards disease onset. Several of the loci have been shown to be associated with other autoimmune diseases, suggesting alopecia areata exhibits some disease features common to other autoimmune conditions. Using rodent models, functional data has identified specific lymphocyte subsets that mediate the disease pathology. While the epitope targets in hair follicles have not yet been identified, almost all evidence confirms alopecia areata is primarily a CD8+ cytotoxic T cell driven autoimmune disease. With our much improved understanding of alopecia areata, there are opportunities to develop new treatments or to adapt treatments developed for other diseases.

## Five-year view

Key issues in alopecia areata will likely be addressed with new research in the near term. Information is severely lacking on environmental inputs; particularly candidate triggers for the onset of alopecia areata. Investigations by several laboratories are already underway to identify the inciting (auto)-antigen epitopes. Further characterization of lymphocyte subsets and other cells types will occur with a specific focus on the nature of the mode of action utilized to disrupt hair follicles and prevent fiber growth. Though characterization of normal hair follicle immune privilege is progressing well, still relatively little is known about the changes that occur in alopecia areata and the true significance of these changes for alopecia areata onset. In the near term, new treatments targeting the JAK-STAT signaling pathway, as topical formulations, are likely to emerge as more effective therapies for alopecia areata.

## Abbreviations

| APC | antigen presenting cell |
|-----|-------------------------|
| DS  | dermal sheath           |
| IFN | interferon              |
| IL  | interleukin             |

*Expert Rev Clin Immunol.* Author manuscript; available in PMC 2016 December 09.

CONCERT EX. 2040
INCYTE v. CONCERT
PGR2021-00006

# Current Treatments for Alopecia Areata

Maria K. Hordinsky[1]

Selection of a therapy for a patient with alopecia areata (AA) is frequently based on the age of the patient, disease extent, perhaps disease duration, patient expectations, cost of therapy in terms of time commitment, and financial resources, as well as the results of screening laboratory studies that rule out the presence of other co-morbidities such as anemia, low iron stores, thyroid abnormalities, low vitamin D, or other autoimmune diseases. Although there is currently no cure for AA and no universally proven therapy that induces and sustains remission, many therapies are available which can be of benefit to both affected children and adults. Before selecting a treatment for patients with extensive long-standing AA, a scalp biopsy may provide useful information about the degree of inflammation and follicle differentiation. Recent clinical and translational research observations with the systemic Janus kinase (JAK) inhibitors and interleukin-2 (IL-2) have excited the clinical and AA patient communities and have led to clinical trials, as well as to the off-label use of these more expensive and targeted systemic therapies.

The Journal of Investigative Dermatology Symposium (2015) 17, 44–46; doi:10.1038/jidsymp.2015.41

## CURRENT TREATMENTS

Most physicians generally prefer topical therapy for AA but current treatment of patchy and extensive AA can include many modalities as summarized in Tables 1 and 2, respectively (Delmere et al., 2008; Hordinsky, 2011; Castela et al., 2014; Craiglow and King, 2014; Xing et al., 2014). However, in a recent analysis of the biomedical literature database, PubMed using the terms "randomized controlled trials" and "alopecia areata" only 29 trials, which strictly met these criteria were found. These studies and treatments (Table 3) were reviewed and analyzed using the American College of Physicians guideline grading system (Hordinsky and Donati, 2014). The assessment was that the majority of these studies were only of moderate quality. At the same time, a number of treatments were found to be effective, e.g., topical and oral corticosteroids and the sensitizing agents diphenylcyclopropenone (DPCP) and dinitrochlorobenzene. Most studies though had major limitations that hindered the

interpretation of study results. Until robust clinical research studies are completed, there will be ongoing debate regarding established therapies, as well as the risks and benefits, cost, and sustainability of new approaches. This is particularly true in the case of children with AA where there has been very little clinical research.

## TREATMENT OF AA IN CHILDREN WITH THERAPIES COMMONLY USED IN ADULTS: TOPICAL, INTRALESIONAL (IL), ORAL, OR INTRAVENOUS STEROIDS, TOPICAL MINOXIDIL, LIGHT AND IMMUNOTHERAPY

Issues with the current pediatric literature for AA are that few studies are controlled and there is no way to prove that treatment is better than placebo/natural course of the disease. Moreover, measuring outcomes is not standardized and often not detailed and many studies include no follow up. As with adults, topical steroids are often the first line approach for limited patchy AA. Lenane et al. (2014) demonstrated that higher potency topical steroids might be most beneficial for pediatric AA patients. Clobetasol propionate 0.05% cream and hydrocortisone 1% cream were compared in 42 patients and the investigators found that the clobetasol group had a statistically significant greater amount of regrowth after 24 weeks. A 2004 case series also showed better responses to high potency steroids. Of 4 patients, 2 were treated with clobetasol and both had complete resolution after about 9 months. Despite widespread use, there still is not much more data in children with AA.

The use of intralesional (IL) steroids is a mainstay of therapy of AA for adults, although the concentration and total dose to be safely delivered continue to be debated. In children, the use of IL steroids is more limited most likely because of fear of injections and pain. There is data though from a 2002 chart review from Singapore which showed that 160/248 (65%) of children had >50% improvement after 12 weeks, 211/248 (85%) with >50% improvement after 24 weeks; however, 32 stopped injections because of pain (Tan et al., 2002). There are also no good studies in children on the use of oral corticosteroids. Interestingly, both trials and chart reviews have been published on the administration of high dose pulse methylprednisolone in children with the key points being that this approach may be useful in acute crises of hair loss but is associated with a high relapse rate and need for careful monitoring (Kiesch et al., 1997; Sharma and Muralidhar 1998; Hubiche et al., 2008).

[1]Department of Dermatology, University of Minnesota, Minneapolis, Minnesota, USA

Correspondence: Maria K. Hordinsky, Department of Dermatology, University of Minnesota, 510 Delaware St. SE, MMC 98, Minnesota 55455, USA. E-mail: hordi001@umn.edu

Abbreviations: AA, Alopecia Areata; DPCP, diphenylcyclopropenone; IL, intralesional; JAK kinase, Janus kinase family protein tyrosine kinase

© 2015 The Society for Investigative Dermatology

CONCERT EX. 2041
INCYTE v. CONCERT
PGR2021-00006

Appx9352

1          UNITED STATES PATENT AND TRADEMARK OFFICE
        BEFORE THE PATENT AND TRIAL APPEAL BOARD
2               CASE NO.  PGR2021-00006
           U.S. PATENT NO. 10,561,659

3

4    _____
                                     )
5    INCYTE CORPORATION,             )
                                     )
6              Petitioner(s),        )
                                     )
7         vs.                        )
                                     )
8    CONCERT PHARMACEUTICALS, INC.,  )
                                     )
9              Patent Owner(s).      )
                                     )
10   _____)

11

12

13

14       VIRTUAL DEPOSITION OF JERRY SHAPIRO M.D.

15            DATE: July 21, 2021

16

17

18

19          The virtual deposition of JERRY SHAPIRO,

20   M.D., called by the Patent Owner for examination,

21   pursuant to Notice, and pursuant to the applicable

22   rules, taken stenographically by Sandra L. Rocca,

23   CSR, CRR, via Zoom, on the 21st of July, 2021, at

24   the hour of 10:00 a.m.

25   Certification No. 084-003435

CONCERT EX. 2054
INCYTE v. CONCERT
PGR2021-00006

```
 1          A P P E A R A N C E S:

 2


 3          FINNEGAN HENDERSON FARABOW
            GARRETT & DONNER LLP
 4          By: MR. MARK J. FELDSTEIN
                MR. DREW D. CHRISTIE
 5          901 New York Avenue NW
            Washington, D.C.  20001-4413
 6          202.408.4000
            mark.feldstein@finnegan.com
 7          drew.christie@finnegan.com

 8              appeared on behalf of the
                Petitioner;
 9


10          GOODWIN PROCTER LLP
11          By:  MR. DANIEL P. MARGOLIS
            The New York Times Building
12          620 Eighth Avenue
            New York, New York  10018
13          212.459.7236
            dmargolis@goodwinlaw.com
14
                -and-
15
            GOODWIN PROCTER LLP
16          By: MR. HARRISON GUNN
            100 Northern Avenue
17          Boston, Massachusetts 02210-1980
            617.570.1000
18          hgunn@goodwinlaw.com

19              appeared on behalf of the
                Patent Owner.
20

21
        Also Present:
22
            Mr. Scott Larsen, Incyte Corporation
23

24

25
```

CONCERT EX. 2054
INCYTE v. CONCERT
PGR2021-00006

Appx9411

10:50:40  1    it helped at 0.6 percent.  I have no idea what

10:50:43  2    percentage to use it as a topical.  And so I saw her

10:50:47  3    paper, so we started using -- or started using it on

10:50:52  4    some patients.

10:50:54  5        Q   Is topical -- is a topical JAK inhibitor

10:51:06  6    preferred from a toxicity perspective to a

10:51:11  7    systemically administered JAK inhibitor?

10:51:14  8            MR. FELDSTEIN:  Objection.

10:51:16  9        A   It depends on whether you're dealing with

10:51:22  10   efficacy or not.  In terms of safety, for sure.

10:51:25  11       Q   Why is that?

10:51:26  12       A   Drugs applied topically are far safer than

10:51:33  13   when one is giving it orally.

10:51:36  14       Q   So all else being equal, you'd prefer -- or

10:51:42  15   a person of skill in the art would prefer to give

10:51:45  16   topical JAK inhibitor rather than a systemically

10:51:51  17   administered or -- strike that.

10:51:54  18           All else being equal, a person of skill in

10:51:56  19   the art would prefer to give a JAK inhibitor

10:52:00  20   topically as opposed to orally, is that correct?

10:52:04  21           MR. FELDSTEIN:  Objection.

10:52:06  22       A   It is preferred, but it depends on efficacy.

10:52:13  23   If the topical has absolutely no benefit, then one

10:52:19  24   does not want to use the topical.

10:52:22  25       Q   So if you assume a topical JAK inhibitor had

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

37 of 203

CONCERT EX. 2054
INCYTE v. CONCERT
PGR2021-00006

Appx9446

| | | |
|---|---|---|
| 10:52:28 | 1 | similar efficacy to an oral JAK inhibitor, would the |
| 10:52:34 | 2 | topical be preferred? |
| 10:52:36 | 3 | MR. FELDSTEIN: Objection. |
| 10:52:37 | 4 | A If there is the same efficacy, a topical |
| 10:52:42 | 5 | would be preferred. |
| 10:52:44 | 6 | Q As of May 4th, 2016, was there any |
| 10:52:50 | 7 | literature comparing the efficacy of topical JAK |
| 10:52:55 | 8 | inhibitors to oral JAK inhibitors? |
| 10:52:58 | 9 | MR. FELDSTEIN: Objection. |
| 10:52:59 | 10 | A There is a paper by Craiglow that did show |
| 10:53:06 | 11 | that topical helped eyebrows and had effect on |
| 10:53:10 | 12 | scalp. |
| 10:53:12 | 13 | Q So as of May 4th, 2016, would a person of |
| 10:53:18 | 14 | ordinary skill in the art have understood a topical |
| 10:53:23 | 15 | JAK inhibitor to be similarly efficacious to an oral |
| 10:53:28 | 16 | JAK inhibitor? |
| 10:53:29 | 17 | MR. FELDSTEIN: Objection. |
| 10:53:30 | 18 | A No. I feel that it simply had an effect. |
| 10:53:40 | 19 | Q So a person of ordinary skill in the art |
| 10:53:42 | 20 | would have had no idea whether a topical JAK |
| 10:53:47 | 21 | inhibitor was more effective, less effective or |
| 10:53:50 | 22 | equally effective to an oral JAK inhibitor, is that |
| 10:53:53 | 23 | correct? |
| 10:53:53 | 24 | MR. FELDSTEIN: Objection. |
| 10:53:55 | 25 | A Because it was published, a POSA would have |

CONCERT EX. 2054
INCYTE v. CONCERT
PGR2021-00006

Appx9447

13:37:31  1       studies will be needed to confirm the efficacy of

13:37:33  2       the treatment, right?

13:37:37  3           A  Yes.

13:37:37  4           Q  And that's because it wasn't a randomized

13:37:41  5       controlled clinical trial, right?

13:37:43  6               MR. FELDSTEIN:  Objection.

13:37:46  7           A  It was not a randomized, controlled study.

13:37:51  8           Q  Now, in Craiglow, ruxolitinib was

13:37:59  9       administered topically as opposed to orally, right?

13:38:03  10          A  Yes.

13:38:04  11          Q  Do you know how many milligrams per day of

13:38:09  12      ruxolitinib was administered in Craiglow?

13:38:12  13          A  I only know the concentration.  It was

13:38:17  14      0.6 percent.

13:38:18  15          Q  But a person of ordinary skill in the art

13:38:20  16      would not know how many milligrams of ruxolitinib

13:38:23  17      that equates to, correct?

13:38:25  18              MR. FELDSTEIN:  Objection.

13:38:29  19          A  It's a topical treatment.  I don't know how

13:38:33  20      many milligrams that equates to.

13:38:39  21          Q  And Craiglow was administering it topically

13:38:47  22      because of -- well, in an attempt to avoid risks for

13:38:54  23      serious adverse effects with systemic therapy,

13:38:57  24      right?

13:38:58  25          A  That's usually the cause for using topical.

CONCERT EX. 2054
INCYTE v. CONCERT
PGR2021-00006

Appx9507

| | | |
|---|---|---|
| 13:39:05 | 1 | Q  So a person of ordinary skill in the art |
| 13:39:07 | 2 | would prefer to use a topical ruxolitinib because it |
| 13:39:10 | 3 | could avoid systemic adverse effects, right? |
| 13:39:15 | 4 | MR. FELDSTEIN:  Objection. |
| 13:39:16 | 5 | A  Topical therapies are less likely to cause |
| 13:39:23 | 6 | adverse events. |
| 13:39:26 | 7 | Q  And therefore, a person of ordinary skill in |
| 13:39:29 | 8 | the art would prefer to use a topical therapy over a |
| 13:39:32 | 9 | systemic therapy like oral administration, right? |
| 13:39:36 | 10 | MR. FELDSTEIN:  Objection. |
| 13:39:36 | 11 | A  It depends on the efficacy. |
| 13:39:46 | 12 | Q  Does Craiglow suggest that topical |
| 13:39:54 | 13 | administration is different in its efficacy from |
| 13:39:59 | 14 | oral administration of ruxolitinib? |
| 13:40:04 | 15 | A  I did not see that she said that. |
| 13:40:09 | 16 | Q  So a person of ordinary skill in the art |
| 13:40:12 | 17 | reading Craiglow would be motivated to administer |
| 13:40:17 | 18 | ruxolitinib topically rather than orally, if at all, |
| 13:40:21 | 19 | correct? |
| 13:40:22 | 20 | MR. FELDSTEIN:  Objection. |
| 13:40:23 | 21 | A  It depends on one's preference for efficacy. |
| 13:40:32 | 22 | If one wants better efficacy, one would go for the |
| 13:40:36 | 23 | oral route. |
| 13:40:40 | 24 | Q  Does Craiglow say that topical ruxolitinib |
| 13:40:44 | 25 | was efficacious? |

CONCERT EX. 2054
INCYTE v. CONCERT
PGR2021-00006

Appx9508

13:40:47  1          A   Well, she shows that it has grown eyebrows

13:40:50  2     and 10 percent of the scalp.

13:40:53  3          Q   Would a person of ordinary skill in the art

13:40:56  4     understand that to have efficacy?

13:41:01  5              MR. FELDSTEIN:  Objection.

13:41:02  6          A   It shows that it helps the problem.

13:41:14  7          Q   Would a person of ordinary skill in the art

13:41:16  8     reading Craiglow expect oral ruxolitinib to work

13:41:22  9     better for treating AA than topical administration?

13:41:25  10         A   A POSA would believe that oral would work

13:41:34  11    better.

13:41:35  12         Q   How much better?

13:41:37  13             MR. FELDSTEIN:  Objection.

13:41:38  14         A   We don't know.

13:41:41  15         Q   You agree that orally administered

13:41:49  16    ruxolitinib would lead to more serious adverse

13:41:53  17    events than topically administered ruxolitinib,

13:41:57  18    right?

13:41:57  19             MR. FELDSTEIN:  Objection.

13:41:59  20         A   That is a general belief for all medicines

13:42:03  21    in dermatology.

13:42:05  22         Q   And that fact would favor topical

13:42:10  23    administration over oral administration, right?

13:42:13  24             MR. FELDSTEIN:  Objection.

13:42:14  25         A   That would apply if the efficacies were the

CONCERT EX. 2054
INCYTE v. CONCERT
PGR2021-00006

Appx9509

1         UNITED STATES PATENT AND TRADEMARK OFFICE
          BEFORE THE PATENT AND TRIAL APPEAL BOARD
2            CASE NO.  PGR2021-00006
           U.S. PATENT NO. 10,561,659
3

4    _____
                    )
5  INCYTE CORPORATION,       )
                    )
6        Petitioner(s),    )
                    )
7     vs.              )
                    )
8  CONCERT PHARMACEUTICALS, INC., )
                    )
9       Patent Owner(s).   )
                    )
10  _____)

11

12

13

14

15     REMOTE DEPOSITION UNDER ORAL EXAMINATION OF

16            DR. STEVEN PATTERSON

17          DATE: July 30, 2021

18

19

20

21

22

23

24

25     REPORTED BY:  MICHAEL FRIEDMAN, CCR

CONCERT EX. 2055
INCYTE v. CONCERT
PGR2021-00006

Appx9613

1

2

3

4

5

6

7          TRANSCRIPT of the remote deposition of

8     the witness, called for Oral Examination in the

9     above-captioned matter, said deposition being taken

10    by and before MICHAEL FRIEDMAN, a Notary Public and

11    Certified Court Reporter of the State of New Jersey,

12    at ZOOM VTC, ALL PARTIES REMOTE, on July 30, 2021,

13    commencing at approximately 9:35 in the morning.

14

15

16

17

18

19

20

21

22

23

24

25

CONCERT EX. 2055
INCYTE v. CONCERT
PGR2021-00006

Appx9614

```
 1      A P P E A R A N C E S :

 2


 3      FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
        901 New York Avenue, NW
 4      Washington, DC  20001
        BY:   MARK J. FELDSTEIN, ESQ.
 5            DREW D. CHRISTIE, ESQ.
        Attorneys for Petitioner, Incyte
 6

 7      GOODWIN PROCTOR
        620 Eighth Avenue
 8      New York, NY  10018
        BY:   EMILY RAPALINO, ESQ.
 9            SARAH J. FISCHER, ESQ.
        Attorneys for Respondent, Concert
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONCERT EX. 2055
INCYTE v. CONCERT
PGR2021-00006

Appx9615

1    They state a path that they will follow.

2        Q    And the reason they're going to

3    follow that path is because they expect that

4    that will improve efficacy while limiting

5    systemic toxicity.  Right?

6            MR. FELDSTEIN:  Objection.

7        A    They state that that should improve

8    efficacy while eliminating systemic toxicity.

9        Q    Were you done?

10       A    Yes.

11       Q    Can you turn to Column 121 in the

12   Christiano patent.

13       A    I see Column 121.

14       Q    Could you read the paragraph that

15   starts at line 25.

16       A    Out loud?

17       Q    You can read it to yourself.

18       A    (Witness reviewing.)

19           Okay.  I have read the paragraph.

20       Q    Okay.  And do you see -- this is

21   under a heading that immediately precedes

22   that paragraph, called "Therapeutic

23   Interventions With Small Molecule Protein

24   Tyrosine Kinase Inhibitor Interventions."

25       A    I'm sorry, the heading?

CONCERT EX. 2055
INCYTE v. CONCERT
PGR2021-00006

Appx9756

1          Q     Just before the paragraph that

2     begins at line 25.

3          A     I don't see a heading there.

4          Q     Okay.  Can you read me what you see

5     at line 23 and 24 in Column 121?

6          A     Okay.  The beginning of page 3,

7     "Clinical Trials"?

8          Q     No.  Maybe we're not looking at the

9     same paragraph.

10               So I'm at Column 121, page 169 of

11    the reference.

12         A     Yes.

13         Q     Okay.  And then if you look at --

14    there's a paragraph that begins at line 25

15    that starts with the words, "Topical

16    delivery."

17         A     Okay.  I see that.

18         Q     Okay.  And just before that, in

19    lines 23 and 24, do you see a heading that

20    says "Therapeutic Interventions With Small

21    Molecule Protein Tyrosine Kinase Inhibitor

22    Interventions"?

23         A     Yeah, I see that now.  Thank you.

24         Q     So, Christiano is talking about

25    small molecules that inhibit the JAK

CONCERT EX. 2055
INCYTE v. CONCERT
PGR2021-00006

Appx9757

1    proteins.  Right?

2              MR. FELDSTEIN:  Objection,

3         misstates the record.

4         A    So I'm not sure I got all of

5    your -- that I remember all of your question.

6              She's discussing advantages of

7    topical delivery in this paragraph.

8         Q    Right.

9              She's talking about advantages of

10   topical delivery with respect to small

11   molecule JAK protein tyrosine kinase

12   inhibitors.  Right?

13        A    Okay.  So you're referring to the

14   third line?  To dose -- the dose-rated small

15   molecule PTKI deliveries?

16        Q    Yes.

17        A    Okay.  I think I forgot your

18   question.

19        Q    Okay.  In this paragraph,

20   Christiano is talking about the advantages of

21   topical delivery of small molecule JAK

22   protein tyrosine kinase inhibitors.  Right?

23        A    (Witness reviewing.)

24             So "The small molecule PTA

25   delivery" -- talk more slowly, yes.

CONCERT EX. 2055
INCYTE v. CONCERT
PGR2021-00006

Appx9758

1          "PTKI delivery can overcome the

2     skin barrier and achieve effective local

3     concentrations in the dermis."

4          See, she's talking about topical

5     delivery.

6          Q    You would agree that Christiano

7     here is expressing advantages of topical

8     delivery.  Right?

9          A    She's -- she's discussing

10    advantages of topical delivery.

11         Q    Both advantages include limiting

12    systemic exposures and toxicities, right?

13         A    Let's see.  Does she -- does she

14    say that here?

15         "Eliminating systemic exposure and

16    local concentrations in the dermis," she said

17    that.

18         Q    Right.

19         And in the first sentence, she

20    said, "It has obvious advantages in limiting

21    systemic exposures and toxicity."

22         Do you see that?

23         A    Yes, I see that.

24         Q    Now, you told me before that you

25    agreed that Christiano uses the name

CONCERT EX. 2055
INCYTE v. CONCERT
PGR2021-00006

Appx9759

1  contrasting topical administration with oral

2  administration, not just systemic

3  administration.  Right?

4      A    They do talk about it as an option,

5  yes.

6      Q    A more attractive option than oral

7  administration from a safety standpoint.

8  Right?

9          MR. FELDSTEIN:  Objection.

10     A    They also list a specific

11  population, so yes, they do discuss it as an

12  option that could be attractive when serious

13  adverse events are a concern.

14     Q    Okay.  I mean, is there some reason

15  that you're resisting the language that the

16  authors use when they say it's likely a more

17  favorable safety profile associated with

18  topical administration as compared to oral?

19         Would you agree that that's what a

20  person of skill in the art would understand

21  in May of 2016?

22         MR. FELDSTEIN:  Objection.

23     A    I didn't -- didn't mean to change

24  the language of the article.  So --

25     Q    You would agree that a person of

CONCERT EX. 2055
INCYTE v. CONCERT
PGR2021-00006

Appx9792

1  skill in the art would understand from this

2  article that topical administration likely

3  has a more favorable safety profile than oral

4  administration of JAK inhibitors?

5          MR. FELDSTEIN:  Objection.

6      A    The authors do state that the

7  safety profile is more likely better for

8  topical application, and I think a person --

9  a POSA would notice that.

10     Q    Okay.  Let's look at -- if you can

11  go to the sealed envelopes that you have and

12  pick up the envelopes that say Exhibit 2040.

13         (Whereupon the above mentioned was

14      marked for Identification.)

15         MR. FELDSTEIN:  It's okay to open

16      this?

17         MS. RAPALINO:  Yes, please go ahead

18      and open it.

19     Q    Do you have the reference in front

20  of you, Dr. Patterson?

21     A    I removed, I think, the contents,

22  yes.

23     Q    Okay.

24     A    I have the -- I have the paper.

25     Q    Okay.  And do you see that this is

CONCERT EX. 2055
INCYTE v. CONCERT
PGR2021-00006

Appx9793

1    a paper published in the journal Expert

2    Reviews in Clinical Immunology in 2015?

3         A    Yes, 2016, December 9.

4         Q    Okay.

5         A    Okay, I see.

6              "Available in PNC," so it's

7    available via that source.

8              But the journal was sometime in

9    2015.

10        Q    Okay.  And one of the authors on

11   this reference is Jerry Shapiro.

12             Do you see that?

13        A    Jerry Shapiro, I see that.

14        Q    Are you familiar with Jerry

15   Shapiro?

16        A    I don't remember reading his

17   papers.

18        Q    Okay.  Have you had any contact

19   with Jerry Shapiro in connection with this

20   matter?

21        A    I don't remember having any contact

22   with Jerry Shapiro.

23        Q    Okay.  You haven't read anything

24   that he's written or any transcripts of his

25   deposition?

CONCERT EX. 2055
INCYTE v. CONCERT
PGR2021-00006

```
1          A    I don't think so.  I don't remember
2     reading it, in any event.
3          Q    Okay.  Now, the title of this paper
4     is "The Role of Lymphocytes in the
5     Development and Treatment of Alopecia
6     Areata."
7               Do you see that?
8          A    I see the title.
9          Q    Could you turn to page 16 of the
10    reference?
11         A    I see page 16.
12         Q    And could you look at the paragraph
13    under the heading "Conclusions" on page 16?
14         A    I see "Conclusions."
15         Q    And could you read the last
16    sentence under "Conclusions"?
17              The last two sentences under
18    "Conclusions," you can read them aloud,
19    actually.
20         A    I can read what?
21         Q    You can read them out loud.
22         A    Out loud?
23         Q    Just go slowly so the court
24    reporter can make sure to take it down.
25         A    The last sentence, correct?
```

CONCERT EX. 2055
INCYTE v. CONCERT
PGR2021-00006

Appx9795

1   Q It's the last two sentences,

2 starting with the word "Topical."

3   A Okay. "Topical or skin localized

4 treatments are a key focus of interest since

5 AA is a relatively organ-restricted

6 autoimmune condition. In the near future,

7 topical therapy with JAK inhibitors shows

8 potential as a first line defense against

9 skin immune cell activity."

10   Q Do you agree that Dr. Shapiro and

11 his co-authors here are suggesting a focus on

12 topical treatment for AA, in particular,

13 topical therapy with JAK inhibitors, as a

14 first line defense?

15     MR. FELDSTEIN: Objection.

16   A They say that the topical therapy

17 with JAK inhibitors shows potential as a

18 first line defense against skin immune cell

19 activity.

20   Q And that's because AA is relatively

21 organ-restricted to the skin. Right?

22   A Yeah, they say that it's

23 organ-restricted, yes, that the topical

24 treatments are a focus, in their opinion, the

25 focus of interest since AA is relatively

CONCERT EX. 2055
INCYTE v. CONCERT
PGR2021-00006

Appx9796

1    organ-restricted, yes.

2        Q    Would a person of ordinary skill in

3    the art, in 2016, would have been aware of

4    this conclusion by Dr. Shapiro and his

5    co-authors?

6        A    It's likely that they would.

7        Q    Could you now pick up another one

8    of those sealed envelopes that's labeled

9    Exhibit 2014 -- I'm sorry, not 2014, 2039.

10       (Whereupon the above mentioned was

11       marked for Identification.)

12       MR. FELDSTEIN:  Could I have one,

13       Doctor?

14       THE WITNESS:  Thank you, there are

15       two.

16       MR. FELDSTEIN:  Thank you.

17    A    Are you ready for us to open it?

18    Q    Yes, go ahead and open it.

19    A    Thank you.

20       Okay, I removed the contents.

21    Q    Do you see this is a Review article

22    from the Journal of Immunology Research from

23    2014?

24    A    Review article, yes.

25    Q    Okay.

CONCERT EX. 2055
INCYTE v. CONCERT
PGR2021-00006

Appx9797

1    ruxolitinib -- would a person skilled in the

2    art expect that ruxolitinib, given topically,

3    would expert its pharmacodynamic effect prior

4    to reaching the systemic metabolism?

5          MR. FELDSTEIN:  Objection.

6      A   So did I hear you right that, with

7    a person of skill expects an improvement in

8    its blood stability prior to becoming

9    systemic?

10         Is that what you said?

11     Q   No.  I said, would a person of

12    skill in the art expect that ruxolitinib,

13    given topically, would expect its

14    pharmacodynamic effect in the skin before

15    reaching systemic metabolism?

16          MR. FELDSTEIN:  Objection,

17      incomplete hypothetical.

18     A   Well, I think a person of skill

19    would expect, if you deuterated ruxolitinib,

20    it would have the same effect topically as

21    ruxolitinib.

22     Q   Okay.  So no increase in in vivo

23    stability from deuterated ruxolitinib given

24    topically.

25         Is that fair?

CONCERT EX. 2055
INCYTE v. CONCERT
PGR2021-00006

Appx9855

1     A    One would not expect liver enzymes

2    to metabolize ruxolitinib, or its deuterated

3    partner, if the compounds were applied to the

4    skin.

5     Q    Okay.

6         MS. RAPALINO:  I have no further

7    questions at this time.

8         MR. FELDSTEIN:  Give us five

9    minutes.  We'll let you know if we have

10    any.

11         MS. RAPALINO:  Great.

12         (Brief recess taken.)

13         MR. FELDSTEIN:  We have no

14    questions, and the deposition is over.

15         Thank you, Doctor.

16         MS. RAPALINO:  Thank you, Doctor,

17    for your time.

18         THE COURT REPORTER:  Recapping

19    orders, The Goodwin firm, we did two

20    realtime hookups, a rough draft,

21    three-day final?

22         MS. RAPALINO:  Yes.

23         THE COURT REPORTER:  The Finnegan

24    firm, one realtime hookup, rough draft,

25    regular delivery?

CONCERT EX. 2055
INCYTE v. CONCERT
PGR2021-00006

Appx9856

Am J Clin Dermatol (2014) 15:231–246
DOI 10.1007/s40257-014-0086-4

EVIDENCE-BASED REVIEW

# Alopecia Areata: An Evidence-Based Treatment Update

Maria Hordinsky · Aline Donati

Published online: 8 July 2014
© Springer International Publishing Switzerland 2014

**Abstract**

*Background* There is no cure for alopecia areata, nor is there any universally proven therapy that induces and sustains remission. Treatment choices are frequently based on disease duration, extent, and activity as well as the age of the patient.

*Objective* Our objective was to review all randomized controlled studies on the treatment of alopecia areata.

*Methods* We performed a search in the biomedical literature database PubMed, and used the terms 'alopecia areata treatment' and article type 'randomized controlled trials'.

*Results* Following this algorithm, we reviewed, analyzed, and reported on 29 trials that examined the efficacy of anthralin, antidepressants, biologics, calcineurin inhibitors, corticosteroids (topical and systemic), minoxidil, prostaglandin analogs, sensitizers, and a miscellaneous group of topical and oral drugs with less scientific evidence (aromatherapy, photodynamic therapy, azelaic acid, garlic gel, bexarotene, triiodothyronine, inosiplex, and total glucosides of paeony).

*Conclusion* Using the American College of Physicians Guideline grading system, our assessment is that the majority of published randomized controlled studies of alopecia areata are only of moderate quality. A number of treatments were found to be effective, for example, topical and oral corticosteroids and the sensitizing agents diphenylcyclopropenone and dinitrochlorobenzene; however, most studies had major limitations that hinder the interpretation of these results.

## 1 Introduction

Alopecia areata affects anagen hair follicles and is considered to be a complex genetic, immune-mediated disease. Alopecia areata can be a chronic relapsing disorder that results in a non-scarring hair loss of which there are three major clinical presentations. Alopecia areata affects children and adults, both males and females, and people of all ages and races. Limited alopecia areata is characterized by round or oval patches of non-scarring hair loss in any hair-bearing area. This may advance to loss of all scalp hair (alopecia totalis) or all body hair (alopecia universalis), but many patients may present anywhere along the spectrum from patchy to total body hair loss. Not all patients may require treatment, as it is estimated that up to 50 % of patients with limited disease of less than 1 year's duration can experience spontaneous hair regrowth [1, 2].

For the patient with alopecia areata, there is currently no universally proven therapy that induces and sustains remission, nor is there a cure for this disease [3]. However, many therapies are available for this disease, and treatment choices are frequently based on disease extent, activity, duration of disease, and age of the patient.

As discussion of all the treatment modalities for alopecia areata is beyond the scope of this article, we elected to focus our attention on randomized controlled studies for the treatment of this disease.

M. Hordinsky (✉)
Department of Dermatology, University of Minnesota,
420 Delaware St. MMC 98, Minneapolis 55455, USA
e-mail: hordi001@umn.edu

A. Donati
Department of Dermatology, University of São Paulo,
Av. Dr. Eneas de Carvalho Aguiar, 255 (3o. andar),
São Paulo, Brazil
e-mail: aline@donati.com.br

△ Adis

CONCERT EX. 2056
INCYTE v. CONCERT
PGR2021-00006

**Table 1** Summary of randomized controlled trials of the treatment of alopecia areata identified by the literature search

| Category | References | Study design | Treatment/control | Duration (weeks) | Total pts enrolled (completed) | Pts on active tx (completed) vs. control (completed) | Improvement definition | Active tx improved | Control improved | p value | Extensive AA | Study population | Conclusion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anthralin | Sasmaz and Arican [14] | RCT | Anthralin 0.5% od vs. azelaic acid 20% bid | 12 | 31 (31) | 16 (16) × 15 (15) | Cosmetically acceptable | 9/16 (56.2%) | 8/15 (53.3%) | >0.05 | 0 | Patchy AA | Equal to azelaic acid |
| Antidepressants | Perini et al. [16] | DB-R-PCT | Imipramine 75 mg od vs. PL | 24 | 13 (13) | 7 (7) × 6 (6) | Any regrowth | 5/7 (71%) | 0/6 (0%) | <0.01 | 7 AU | Only <6 months disease duration | Effective |
| | | | | | | | Complete regrowth | 1/7 (14%) | 0/6 (0%) | NA | 7 AU | Only <6 months disease duration | |
| | Cipriani et al. [15] | DB-R-PCT | Paroxetine 20 mg od vs. PL | 12 | 13 (13) | 8 (8) × 5 (5) | Any regrowth | 6/8 (75%) | 1/5 (20%) | NA | 4 AT/AU | NA | Not effective |
| | | | | | | | Complete regrowth | 2/8 (25%) | 1/5 (20%) | NA | 4 AT/AU | NA | |
| Biologics | Price et al. [24] | DB-R-PCT | Efalizumab 1 mg/kg SC qw vs. PL | 24 | 62 (58) | 37 (33) × 25 (25) | Regrowth >75% | 2/37 (5.4%) | 0/25 (0%) | 0.511 | 4 AT | >3 months, >50% scalp | Not effective |
| | Strober et al. [23] | DB-R-PCT | Alefacept 15 mg IM qw vs. PL | 12 | 45 (40) | 23 (23) × 22 (17) | Regrowth >50% 12 weeks | 2/23 | 2/22 | NA | Excluded | 50-99% patchy, >6 months | Not effective |
| | | | | | | | Regrowth >50% 24 weeks | 1/23 | 3/22 | NA | Excluded | 50-99% patchy, >6 months | |
| | | | | | | | Mean SALT score 12 weeks | | | 0.58 | Excluded | 50-99% patchy, >6 months | |
| | | | | | | | Mean SALT score 24 weeks | | | 0.70 | Excluded | 50-99% patchy, >6 months | |
| Calcineurin inhibitors | Ucak et al. [25] | RCT | Pimecrolimus 1% bid vs. PL | 12 | 50 (30) | 30 (NA) × 20 (NA) | Regrowth score | 3.26 | 3.25 | >0.05 | 0 | Only patchy AA | Not effective |
| | | | | | | | Percentage recovery | 53.73% | 35.5% | >0.05 | 0 | Only patchy AA | |
| | | | | | | | Recovery score | 3.63 | 2.75 | >0.05 | 0 | Only patchy AA | |
| Corticosteroids Systemic | Kar et al. [28] | R-PCT | Oral prednisolone 200 mg qw vs. PL | 12 | 43 (43) | 23 (20) × 20 (16) | Regrowth >30% 3 months | 8/20 (40%) | 0/16 (0%) | 0.03 | NA | Severe AA (≥40% hair loss or >10 patches) | Effective |
| | | | | | | | Regrowth >60% 3 months | 2/20 (10%) | 0/16 (0%) | NA | NA | Severe AA (≥40% hair loss or >10 patches) | |
| | | | | | | | Regrowth >30% 6 months | 6/20 (20%) | 1/16 (6%) | NA | NA | Severe AA (≥40% hair loss or >10 patches) | |
| Corticosteroids Topical | Charuwichitratana et al. [29] | DB-R-PCT | Desoximetasone cream 0.25% bid vs. PL | 12 | 70 (54) | 35 (26) × 35 (28) | Regrowth >75% | 14/26 (54%) | 11/28 (39%) | 0.28 | 0 | Only patchy AA | Effective |
| | | | | | | | Regrowth >25% | 25/26 (96%) | 21/28 (75%) | 0.05 | 0 | Only patchy AA | |
| | Mancuso et al. [31] | IB-RCT bilateral comparison | BMS valerate foam bid vs. BMS dipropionate lotion 0.05% bid | 12 | 61 (57) | 31 (30) × 30 (27) | Regrowth >75% | 19/31 (61%) | 8/30 (27%) | <0.03 | 0 | Only hair loss <26% | Foam > lotion |
| | Tosti et al. [30] | DB-R-PCT bilateral comparison | Clobetasol propionate 0.05% foam 5d/w vs. PL | 12 | 34 (33) | 34 (33) × 34 (33) | Any regrowth | 31/34 (89%) | 3/34 (11%) | 0.0001 | 19 AT/AU | Moderate to severe AA (>11% hair loss) | Effective |

△ Adis

CONCERT EX. 2056
INCYTE v. CONCERT
PGR2021-00006

Appx9902

**Table 1** continued

| Category | References | Study design | Treatment/control | Duration (weeks) | Total pts enrolled (completed) | Pts on active tx (completed) vs. control (completed) | Improvement definition | Active tx improved | Control improved | $p$ value | Extensive AA | Study population | Conclusion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Regrowth >25 % | (42 %) | (13 %) | 0.027 | 19 AT/AU | Moderate to severe AA (>11 % hair loss) | |
| | | | | | | | Regrowth >50 % | 7/34 (20 %) | 1/34 (3 %) | NA | 19 AT/AU | Moderate to severe AA (>11 % hair loss) | |
| | | | | | | | Regrowth >75 % | 1/34 (3 %) | 0/34 (0 %) | NA | 19 AT/AU | Moderate to severe AA (>11 % hair loss) | |
| | Ucuk et al. [25] | RCT | Clobetasol propionate 0.05 % cream bid vs. PL | 12 | 50 (NA) | 30 (NA) × 20 (NA) | Regrowth score | 2.8 | 3.25 | >0.05 | 0 | Only patchy AA | Not effective |
| | | | | | | | Percentage recovery | 47.00 % | 35.5 % | >0.05 | 0 | Only patchy AA | |
| | | | | | | | Recovery score | 3.33 | 2.75 | >0.05 | 0 | Only patchy AA | |
| | Lenane et al. [32] | DB-RCT | Clobetasol propionate 0.05 % cream bid vs. hydrocortisone 1 % cream bid | 24 | 41 (41) | 20 (20) × 21 (21) | % Reduction in hair loss area | 96.5 % | 4.6 % | 0.002 | NA | Children (aged ≥2–16 years), ≥10 % hair loss | Clobetasol > hydrocortisone |
| | | | | | | | ≥50 % Reduction hair loss area | 17/20 (85 %) | 7/21 (33.3 %) | <0.001 | NA | Children (aged 2–16 years). | |
| Minoxidil | Fenton and Wilkinson [33] | DB-R-RCT cross-over | MXD 1 % 0.5 mL or 0.5 g bid vs. PL | 12 | 30 (NA) | 15 (15) × 15 (NA) | Any regrowth 3 months | 11/15 (73 %) | 1/15 (7 %) | <0.01 | 9 AU/AT | "Most" extensive patchy AA, 3 ophiasis, 9 AT/AU | Effective |
| | | | | 24 | 30 (27) | 26 (NA) × 15 (NA) | Any regrowth 6 months | 21/26 (81 %) | 1/19 (5 %) | <0.01 | 8 AU/AT | "Most" extensive patchy AA, 9 AT/AU | |
| | | | | | | | Cosmetically acceptable 6 months | 15/26 (58 %) | 1/19 (5 %) | NA | 8 AU/AT | "Most" extensive patchy AA, 3 ophiasis, 9 AT/AU | |
| | White and Friedmann [37] | DB-R-RCT cross-over | MXD 3 % bid vs. PL | 16 | 15 (NA) | 8 (NA) × 7 (4) | Intermediate hair | 8/12 | 3/15 | NA | All AT | Only AT | Not effective |
| | | | | | | | Moderate to dense new growth of terminal hair | 0/12 | 0/12 | NA | All AT | Only AT | |
| | Vestey and Savin [38] | DB-R-RCT cross-over | MXD 1 % ointment od vs. PL | 8 | 50 (48) | 24 (24) × 24 (24) | Any regrowth | 9/24 (47.5 %) | 9/24 (47.5 %) | 1 | 33 AU/AT | 11 >23 scalp, 6 ophiasis, 33 AT/AU | Not effective |
| | | | | 16 | | 24 (24) × 24 (24) | Any regrowth | 10/39 | 9/39 | >0.05 | 33 AU/AT | 11 >23 scalp, 6 ophiasis, 33 AT/AU | |
| | | | | | | | Cosmetically acceptable | 1/39 | 1/39 | >0.05 | 33 AU/AT | 11 >23 scalp, 6 ophiasis, 33 AT/AU | |

△ Adis

CONCERT EX. 2056
INCYTE v. CONCERT
PGR2021-00006

Appx9903

**Table 1** continued

| Category | References | Study design | Treatment/control | Duration (weeks) | Total pts enrolled (completed) | Pts on active tx (completed) vs. control (completed) | Improvement definition | Active tx improved | Control improved | p value | Extensive AA | Study population | Conclusion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shi [34] | R-PCT | MXD 1 % cream qw vs. PL | 24 | 54 (NA) | 28 (NA) × 26 (NA) | Cosmetically acceptable | 22/28 (78.6 %) | NA | <0.025 | 7 AT | 43 first episode | Effective |
| | Fransway and Muller [39] | DB-R-PCT bilateral comparison | MXD 3 % lotion 0.5 mL bid vs. PL | 32 | 27 (19) | 27 (19) × 27 (19) | Cosmetically acceptable | 0/19 | 0/19 | NA | 19 AT/AU | >65 % scalp | Not effective |
| | | | | 52 | 27 (11) | | Cosmetically acceptable | 0/11 | 0/11 | NA | 19 AT/AU | >65 % scalp | |
| | Olsen et al. [35] | DB-R-PCT | MXD 2 % tid after 6w tapered prednisone vs. PL after 6w tapered prednisone | 14 | 32 (30) | 13 (7) × 13 (6) | Maintain or gain at week 12 from previous responders | 6/7 (86 %) | 1/6 (17 %) | 0.003 | 16 AT/AU | 4 <25 %; 3 = 25–49 %; 5 = 50–74 %; 4 = 75–99 %; 16 AT/AU | Effective |
| | | | | | | 13 (6) × 13 (7) | New gain at week 12 from previous nonresponders | 2/6 | 2/7 | NA | 16 AT/AU | 4 <25 %; 3 = 25–49 %; 5 = 50–74 %; 4 = 75–99 %; 16 AT/AU | |
| | | | | | | 13 (7) × 13 (6) | Maintain or gain at week 20 from previous responders | 3/7 (43 %) | 0/4 | 0.236 | 16 AT/AU | | |
| | | | | | | 13 (6) × 13 (7) | New gain at week 20 from previous nonresponders | 0/4 | 1/3 | 1 | 16 AT/AU | 4 <25 %; 3 = 25–49 %; 5 = 50–74 %; 4 = 75–99 %; 16 AT/AU | |
| | Shapiro et al. [12] | DB-R-PCT | MXD 5 % solution bid + DPCP qw vs. PL + DPCP qw | 24 | 15 (13) | 6 (6) × 7 (7) | Regrowth >75 % | 2/6 | 3/7 | NA | 7 >75 % scalp | >50 % scalp | Not effective |
| | Chowdary et al. [36] | DB-R-PCT | MXD 2 % tid after 6w tapered prednisolone vs. PL after 6w tapered prednisolone | 14 | 30 (NA) | 15 (NA) × 15 (NA) | Regrowth >25 % | 6/15 | 0/15 | NA | 0 | ≥3 patches, ≥10 % scalp | p value not mentioned |
| Prostaglandins | Ross et al. [44] | IB-RCT bilateral comparison | Latanoprost 3 µg od vs. nothing | 12 | 11 (8) | 11 (8) × 11 (8) | Regrowth >75 % | 1/8 | 1/8 | 1 | NA | >50 % bilateral eyebrow loss | Not effective |
| | Roseborough et al. [43] | IB-RCT bilateral comparison | Latanoprost od or bimatoprost eyedrop vs. nothing | 16 | NA (11) | NA (11) × NA (11) | Appreciable eyelash regrowth | 0/11 | 0/11 | 1 | NA | >50 % bilateral eyebrow loss | Not effective |
| Sensitizers | | | | | | | | | | | | | |
| DNCB | Swanson et al. [46] | DB-RCT | DNCB qw vs. croton oil enough to cause dermatitis | 24 | 25 (22) | 12 (11) × 10 (7) | Regrowth >75 % | 7/11 (63.3 %) | 0/7 (0 %) | 0.0069 | 13 AT/AU | "Severe" AA | Effective |

△ Adis

CONCERT EX. 2056
INCYTE v. CONCERT
PGR2021-00006

Appx9904

**Table 1** continued

| Category | References | Study design | Treatment/control | Duration (weeks) | Total pts enrolled (completed) | Pts on active tx (completed) vs. control (completed) | Improvement definition | Active tx improved | Control improved | p value | Extensive AA | Study population | Conclusion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DPCP | Shapiro et al. [12] | RCT bilateral comparison | DPCP qw + MXD or PL vs. nothing | 24 | 15 (13) | 15 (13) × 15 (13) | Regrowth >75 % | 5/13 (38 %) | NA | NA | 7 >75 % scalp | >50 % scalp | Effective |
| *Other systemic* | | | | | | | | | | | | | |
| Inosiplex | Georgala et al. [47] | DB-R-PCT | Inosiplex 50 mg/kg/d in 5 divided doses vs. PL | 12 | 32 (29) | 16 (15) × 16 (14) | Regrowth >50 % | 13/16 (81 %) | 4/14 (29 %) | <0.01 | 2 AT | >12 months, 21 patchy, 9 ophiasis, 2 AT | Effective |
| | | | | | | | Complete regrowth | 5/16 (31 %) | 0/14 (0 %) | NA | 2 AT | >12 months, 21 patchy, 9 ophiasis, 2 AT | |
| Total glucosides of Paeony capsule | Yang et al. [48] | DB-RCT | Total glucosides of Paeony capsule 600 mg tid vs. glycyrrhizin 50 mg tid | 12 | 86 (NA) | 44 (NA) × 42 (NA) | Regrowth >70 % | 30/44 (68 %) | 30/42 (71 %) | 0.281 | 0 | Only ≤SALT 3 | Equal to glycyrrhizin |
| *Other topical* | | | | | | | | | | | | | |
| Aromatherapy | Hay et al. [52] | DB-R-PCT | Essential oils od vs. PL | 28 | 84 (63) | 43 (35) × 41 (28) | Any regrowth | 19/43 (44 %) | 6/41 (15 %) | 0.008 | NA | NA | Effective |
| | | | | | | | Regrowth >80 % | 6/43 | 3/41 | NA | NA | NA | |
| PDT | Bissonnette et al. [54] | DB-R-PCT | PDT-ALA 5, 10 and 20 % 2×/w vs. PL | 10 | 6 (6) | 6 (6) × 6 (6) | Any regrowth | 0/6 | 0/6 | >0.05 | 1 | >75 % scalp | Not effective |
| Azelaic acid | Sasmaz and Arican [14] | RCT | Azelaic acid 20 % bid vs. anthralin 0.5 % od | 12 | 31 (31) | 15 (15) × 16 (16) | Cosmetically acceptable | 8/15 (53.3 %) | 9/16 (56.2 %) | >0.05 | 0 | Patchy AA | Equal to anthralin |
| Garlic gel | Hajheydari et al. [53] | DB-R-PCT | Garlic gel 1 h bid + BVC cream 0.1 % bid vs. PL + BVC cream 0.1 % bid | 12 | 40 (40) | 20 (20) × 20 (20) | Mean patch size | 3.5 cm | 4.6 cm | 0.04 | Excluded | <1 month, <3 patches <10 cm² | Effective associated with BVC |
| | | | | | | | Number of terminal hairs | 23 | 14 | 0.001 | Excluded | <1 month, <3 patches <10 cm² | |
| | | | | | | | Total number of hairs | 20 | 12 | 0.001 | Excluded | <10 cm² | |
| Bexarotene | Talpur et al. [55] | IB-RCT bilateral comparison | Bexarotene gel 1 % bid vs. nothing | 24 | 42 (39) | 43 (39) × 43 (39) | Regrowth >50 % | 5/42 (12 %) | 6/42 (14 %) | NA | 8 AU/AT | 34 patchy, 3 AT, 5 AU | Not effective |
| Triiodothyronine | Nasiri et al. [56] | DB-R-PCT bilateral comparison | Triiodothyronine 3.8 µg bid vs. PL | 12 | 10 (10) | 10 (10) × 10 (10) | Reduction of patch diameter | | | 0.726 | Excluded | Patchy AA | Not effective |
| | | | | | | | Increase in hair number | | | 0.258 | Excluded | Patchy AA | |
| | | | | | | | Increase in terminal hair number | | | 0.260 | Excluded | Patchy AA | |

*AA* alopecia areata, *ALA* aminolevulinic acid, *AT* alopecia totalis, *AU* alopecia universalis, *bid* twice daily, *BMS* betamethasone, *d* day, *DB* double-blind, *DNCB* dinitrochlorobenzene, *DPCP* diphenylcyclopropenone, *h* hour, *IB* investigator-blinded, *IM* intramuscular, *MXD* minoxidil, *NA* not available, *od* once daily, *PL* placebo, *PCT* placebo-controlled trial, *PDT* photodynamic therapy, *pts* patients, *qw* once weekly, *R* randomized, *RCT* randomized controlled trial, *SALT* Severity of Alopecia Tool, *SC* subcutaneous, *tid* three times daily, *tx* treatment, *w* week

△ Adis

CONCERT EX. 2056
INCYTE v. CONCERT
PGR2021-00006

Appx9905

**Table 2** Summary table of the results of studies in alopecia areata and recommendations based on the American College of Physicians criteria [57]

| Category | Study design | Treatment/control | Conclusion | ACP recommendation[a] | | Study limitation |
| | | | | Strength of recommendation | Quality of evidence | |
| --- | --- | --- | --- | --- | --- | --- |
| Anthralin | RCT | Anthralin 0.5 % vs. azelaic acid 20 % | Equal to azelaic acid | Strong | Moderate | Only patchy AA, small number of pts (16) |
| Antidepressants | DB-R-PCT | Imipramine 75 mg od vs. PL | Effective | Insufficient | Insufficient | |
| | DB-R-PCT | Paroxetine 20 mg od vs. PL | Not effective | | | |
| Biologics | DB-R-PCT | Efalizumab 1 mg/kg SC qw vs. PL | Not effective | Weak | High | |
| | DB-R-PCT | Alefacept IM 15 mg qw vs. PL | Not effective | | | |
| Calcineurin inhibitors | RCT | Pimecrolimus 1 % bid vs. PL | Not effective | Weak | Moderate | Only patchy AA |
| Corticosteroids systemic | R-PCT | Oral prednisolone 200 mg qw vs. PL | Effective | Weak | High | |
| Corticosteroids topical | DB-R-PCT | Desoximetasone cream 0.25 % bid vs. PL | Effective | Strong | Moderate | Only patchy AA |
| | IB-R-CT bilateral comparison | BMS valerate foam bid vs. BMS dipropionate lotion 0.05 % bid | Foam > lotion | | Moderate | Only hair loss <26 % |
| | DB-R-PCT bilateral comparison | Clobetasol propionate 0.05 % foam 5d/w vs. PL | Effective | | High | |
| | RCT | Clobetasol propionate 0.05 % cream bid vs. PL | Not effective | | Moderate | Only patchy AA |
| | DB-R-CT | Clobetasol propionate 0.05 % cream bid vs. hydrocortisone 1 % cream bid | Clobetasol > hydrocortisone | | Moderate | Severity not available |
| Minoxidil | DB-R-PCT cross-over | MXD 1 % 0.5 mL or 0.5 g bid vs. PL | Effective | Insufficient | Insufficient | |
| | DB-R-PCT cross-over | MXD 3 % bid vs. PL | Not effective | | | |
| | DB-R-PCT cross-over | MXD 1 % 1 g ointment od vs. PL | Not effective | | | |
| | R-PCT | MXD 1 % cream od vs. PL | Effective | | | |
| | DB-R-PCT bilateral comparison | MXD 3 % lotion 0.5 mL bid vs. PL | Not effective | | | |
| | DB-R-PCT | MXD 2 % tid after 6w tapered prednisone vs. PL after 6w tapered prednisone | Effective | | | |
| | DB-R-PCT | MXD bid + DPCP qw vs. PL + DPCP qw | Not effective | | | |
| | DB-R-PCT | MXD 2 % tid after 6w tapered prednisone vs. PL after 6w tapered prednisone | p value NA | | | |

CONCERT EX. 2056
INCYTE v. CONCERT
PGR2021-00006

Appx9911

**Table 2** continued

| Category | Study design | Treatment/control | Conclusion | ACP recommendation[a] Strength of recommendation | Quality of evidence | Study limitation |
|---|---|---|---|---|---|---|
| Prostaglandins | IB-R-CT bilateral comparison | Latanoprost 3 μg od vs. nothing | Not effective | Weak | Moderate | Small number of pts (11) |
| | IB-R-CT bilateral comparison | Latanoprost or bimatoprost eyedrop vs. nothing | Not effective | | | Primary endpoint not clear |
| *Sensitizers* | | | | | | |
| DNCB | DB-R-CT | DNCB qw vs. croton oil enough to cause dermatitis | Effective | Weak | High | |
| DPCP | RCT bilateral comparison | DPCP qw + MXD bid or PL vs. nothing | Effective | Weak | Moderate | Small number of pts (15), *p* value not mentioned |
| *Other systemic* | | | | | | |
| Inosiplex | DB-R-PCT | Inosiplex 50 mg/kg/d in 5 divided doses vs. PL | Effective | Weak | High | |
| Total glucosides of paeony | DB-R-CT | Total glucosides of paeony capsule 600 mg tid vs. glycyrrhizin 50 mg tid | Equal to glycyrrhizin | Weak | Moderate | Not compared with PL |
| *Other topical* | | | | | | |
| Aromatherapy | DB-R-PCT | Essential oils od vs. PL | Effective | Strong | Moderate | Primary endpoint = any regrowth |
| PDT | DB-R-PCT | PDT-ALA 5, 10 % and 20 % 2×/w vs. PL | Not effective | Weak | Moderate | Small number of pts (6) |
| Azelaic acid | RCT | Azelaic acid 20 % vs. anthralin 0.5 % | Equal to anthralin | Weak | Moderate | Not compared with PL, small number of pts (15) |
| Garlic gel | DB-R-PCT | Garlic gel 1 h bid + BVC 0.1 % bid vs. PL + BVC 0.1 % bid | Effective assoc with BMS | Strong | Moderate | Only <1 month, <3 patches <10 cm² |
| Bexarotene | IB-R-CT bilateral comparison | Bexarotene gel 1 % bid vs. nothing | Not effective | Weak | Moderate | Spontaneous regrowth considered |
| Triiodothyronine | DB-R-PCT bilateral comparison | Triiodothyronine 3.8 μg bid vs. PL | Not effective | Weak | Moderate | Only patchy AA, small number of pts (10) |

[a] Based on the ACP grading system [57]. Strength of recommendation: strong = benefits clearly outweigh risks and burden OR risks and burden clearly outweigh benefits; weak = benefits finely balanced with risks and burden; insufficient = balance of benefits and risks cannot be determined. Quality of evidence: high = RCTs without important limitations or overwhelming evidence from observational studies; moderate = RCTs with important limitations (inconsistent results, methodological flaws, indirect, or imprecise) or exceptionally strong evidence from observational studies; insufficient = evidence is conflicting, poor quality, or lacking

*AA* alopecia areata, *ACP* American College of Physicians, *ALA* aminolevulinic acid, *bid* twice daily, *BMS* betamethasone, *BVC* betamethasone valerate cream, *CT* controlled trial, *d* day, *DB* double-blinded, *DNCB* dinitrochlorobenzene, *DPCP* diphenylcyclopropenone, *h* hour, *IB* investigator-blinded, *IM* intramuscular, *MXD* minoxidil, *NA* not available, *od* once daily, *PCT* placebo-controlled trial, *PDT* photodynamic therapy, *PL* placebo, *qw* once weekly, *R* randomized, *RCT* randomized controlled trial, *SC* subcutaneous, *tid* three times daily, *w* week

△ Adis

CONCERT EX. 2056
INCYTE v. CONCERT
PGR2021-00006

Appx9912



Case Rep Dermatol 2016;8:102–106

DOI: 10.1159/000445182
Published online: April 22, 2016

© 2016 The Author(s)
Published by S. Karger AG, Basel
1662–6567/16/0081–0102$39.50/0
www.karger.com/cde



This article is licensed under the Creative Commons Attribution-NonCommercial 4.0 International License (CC BY-NC) (http://www.karger.com/Services/OpenAccessLicense). Usage and distribution for commercial purposes requires written permission.

# Transient Efficacy of Tofacitinib in Alopecia Areata Universalis

Florian Anzengruber[a]    Julia-Tatjana Maul[a]    Jivko Kamarachev[a]
Ralph M. Trüeb[b]    Lars E. French[a]    Alexander A. Navarini[a]

[a]Department of Dermatology, University Hospital of Zurich, Zurich, and [b]Dermatologische Praxis und Haarcenter, Wallisellen, Switzerland

**Key Words**
Alopecia areata universalis · Tofacitinib · Janus kinase inhibitors

**Abstract**
Alopecia areata is a common autoimmune disorder that targets hair follicles. Swarms of lymphocytes surround the basis of the follicles, inducing loss of pigmented terminal hair and subsequently inhibit further hair growth. Depending on the extent of involvement, alopecia areata can be associated with a dramatic reduction of quality of life. Currently, no targeted treatment option is available, and topical immune therapies or immunosuppressive drugs are typically used with mixed success. Recently, several cases of alopecia areata responding to Janus kinase inhibitors were published. Here, we report on a businessman with alopecia areata universalis who was treated with tofacitinib. We observed initial signs of hair regrowth in the same timeframe as previously reported, but efficacy quickly waned again, leading to renewed effluvium. Thus, even though tofacitinib and ruxolitinib are a promising new treatment option, we have yet to learn more about their potential role in each particular patient's individual treatment strategy.

© 2016 The Author(s)
Published by S. Karger AG, Basel

## Introduction

Alopecia areata (AA), a nonscarring type of hair loss, is the most prevalent autoimmune disease, with a lifetime prevalence of 1.7% [1, 2]. Men and women are equally affected, and onset of the disease can occur at any age; however, most cases start before the age of 30 [3]. Fifty percent of children and adolescents with AA suffer from depression [4]. Autoimmune diseases such as vitiligo, thyroid disease and atopic diseases have been associated with AA [5]. The genetic architecture has also been described [6]. A high concordance rate among

PD Dr. Alexander A. Navarini
Dermatologische Klinik
Universitätsspital Zürich
Gloriastrasse 31, CH–8091 Zurich (Switzerland)
E-Mail alexander.navarini@usz.ch

CONCERT EX. 2058
INCYTE v. CONCERT
PGR2021-00006

Appx9916

UNITED STATES PATENT AND TRADEMARK OFFICE

———————————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

———————————————

Incyte Corporation
*Petitioner*

v.

Concert Pharmaceuticals, Inc.
*Patent Owner*

———————————————

Post Grant Review No. PGR2021-00006
Patent No. 10,561,659

———————————————

**DECLARATION OF JUSTIN KO, M.D., M.B.A.**

I declare that all statements made herein of my knowledge are true, that all statements made herein on information and belief are believed to be true, and that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

By: _____          Date: 8/12/2021 _____

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

and experience. A person of ordinary skill in the art would also have had experience in JAK inhibition, deuteration, and AA formulations, or access to a person with that knowledge and experience.

15. I understand that Incyte has proposed that a POSA would have had:

a Ph.D. in chemistry, pharmaceutical sciences, molecular biology, or a similar field, or an M.D. with similar background. A POSA would also have had at least several years of experience with drug design, drug development, clinical trials, or access to other individuals with that knowledge and experience. Likewise, a POSA would have had knowledge and experience in treating hair loss disorders, or access to a person with that knowledge and experience.

16. In my opinion, Incyte's proposed definition of a skilled artisan is incomplete, because it lacks any requirement for experience, or access to individuals with experience, in JAK inhibition, deuteration, and AA formulations. Nonetheless, I had qualifications consistent with that of a POSA under either definition as of May 4, 2016, and my opinions are the same regardless of which definition of a POSA is applicable.

## IV. STATE OF THE ART

### A. Alopecia Areata and Failed Treatment Efforts

17. Alopecia areata is one of the most prevalent autoimmune diseases in the United States. Ex. 1005 at 1:47-49. While the complex pathogenesis of AA is still not completely understood, generally speaking, an AA patient's immune

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

system attacks hair follicles, resulting in recurrent episodes of hair loss that can be extensive—or even complete—and sometimes permanent. Ex. 1003 at 5; Ex. 1005 at 1:49-54.

18.     The progression of AA is unpredictable, with up to 50% of patients experiencing spontaneous hair regrowth within the first year of appearance. Ex. 2031 at 8; Ex. 2006 at 1. The physical symptoms of AA are not life-threatening, but patients can suffer psychosocial impact and impairment as a result of their disease. Ex. 2037 at 1; Ex. 1005 at 1:56-59. AA is a chronic, lifelong condition, and there is no cure nor FDA-approved treatment for the disease. Ex. 2037 at 1; Ex. 1021 at 1.

19.     Notwithstanding the prevalence of the condition, and recognized need for safe and effective treatments, the knowledge of the pathogenesis of AA remained incomplete as of May 4, 2016, with a number of hypotheses pointing researchers in disparate directions. Ex. 2076 at 6. For example, as illustrated in the following figure, AA was thought to result from a complex immune response mediated by some combination of external stressors, cytokines, chemokines, human leukocyte antigens, major histological complex class I alleles, and cytotoxic CD4+ and CD8+ cells:

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006



*Id.* at Fig. 3.

20.    However, the precise relationship between these various components

in the pathogenesis of AA was unclear, leaving no consensus as to which

therapeutic approaches or strategies would be successful in treating the disease. *Id.*

at 6.

21.    In view of this plethora of potential therapeutic targets, as of May,

2016, there were a number of active clinical trials for AA, including each of the

following candidates:

- Secukinumab (a fully human antibody targeting IL-17A for treatment of

  psoriasis).  Ex. 2122; Ex. 2123.

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

24.     Available evidence supporting effective AA treatments was so lacking, that, in fact, the National Alopecia Areata Foundation, the preeminent patient advocacy group for the disease in the United States, recognized that "[t]here is a strong need for well-controlled clinical trials in alopecia areata, as current treatments fall short in efficacy, standardization, and validity," and facilitated an initiative to develop standardized clinical trial protocol to improve the quality of clinical trials in AA.  Ex. 2105 at 1.

25.     In addition to those drug candidates being evaluated in ongoing clinical trials, there were a wide array of potential AA treatments available to a POSA, each with its own risk/benefit profile, including several that were FDA approved to treat other autoimmune conditions.  Ex. 2056 at Tbls. 1-2; Ex. 2041 at 1 (referring to 29 trials).

26.     Accordingly, by the earliest claimed priority date of the '659 patent, despite repeated efforts to develop a treatment, there were "no effective evidence-based treatment for AA."  Ex. 2058 at 2.  There was "no cure for alopecia areata and no universally proven therapy to induce hair re-growth and sustain remission," and it was "unclear if any treatment alters the long-term course of the disease." Ex. 2008 at 6.

27.     A particularly important factor that made it difficult to identify a successful AA treatment was spontaneous remission.  This phenomenon was well-

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

documented in the prior art. As discussed above, up to 50% of AA patients

spontaneously recover without any treatment. See, *supra*, at ¶ 18. Particularly in

the absence of a controlled, randomized clinical trial, the possibility of spontaneous

remission makes it impossible to conclude that hair regrowth is the result of a

proffered treatment rather than simply naturally occurring hair regrowth. *See, e.g.*,

Ex. 2008 at 6 ("It can be difficult to assess the efficacy of interventions in the

absence of a control group because spontaneous recovery can occur, particularly in

mild forms of the disease."). As of May 4, 2016, the class of compound within

which the '659 patent's Compound I falls, Janus kinase ("JAK") inhibitors, was

one of a plethora of potential AA treatments for which efficacy had not been

established. Ex. 2056 at Tbls. 1-2; Ex. 2041 at 1 (referring to 29 trials).

28. The desire to avoid risk of serious adverse-effects was yet another

factor making it difficult to develop a successful AA treatment. As of May 4,

2016, a prevailing belief among those skilled in the art was that while AA

undeniably has a significant impact on the lives of those who have the condition,

the disease is not life-threatening, and has even been described as "benign"; serious

adverse reactions were therefore considered far less acceptable in an AA

medication than they would be in, e.g., a medication treating a potentially fatal

illness like cancer. *See, e.g.*, Ex. 2037 at 1 ("[D]espite its tremendous psychosocial

burden, AA is a benign lifelong genetic predisposition, with one third of AA

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

patients being affected before 30 years of age. Safety aspects will have to be carefully considered especially in this young population.").

29.     Of particular concern to a clinician treating a relatively young and healthy patient population with a medication likely to require ongoing use to sustain long-term benefit were both the known short term side effects, and the potentially unknown long term side effects. Despite the fact that FDA-approved medications undergo rigorous clinical trials, there can be longer-term and rare side effects that are only discovered after approval during post-marketing surveillance. For example, as relevant to dermatology, in 2009, Genentech voluntarily withdrew the psoriasis drug Raptiva (efalizumab) from the market based on the finding of an association with the use of Raptiva and an increased risk of progressive multifocal leukoencephalopathy (PML), a rare and usually fatal disease of the central nervous system. Ex. 2132.

30.     Critically, a number of potential AA treatments "ha[d] documented side effects, some of which can be unpleasant or potentially serious." Ex. 2008 at 6. Among these, JAK inhibitors were understood to have serious side effect profiles. For example, Craiglow 2016 disclosed that there are "risks for serious adverse events with systemic therapy," and "serious adverse effects including cancer have been reported in patients taking oral JAK inhibitors." Ex. 1027 at 4. Papp 2016 disclosed that 1.4%, 6.3%, and 8.7% of patients on 4, 8, and 10 mg

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

doses developed adverse side-effects involving the blood and lymphatic system when treated with baricitinib. Ex. 1074 at 7. The FDA's denial of Pfizer's request to approve tofacitinib for treatment of psoriasis because of "elevated safety risks" illustrates the practicality of this concern. Ex. 2013. As Delamere 2010 explained, patients "may consider the adverse effects of treatment and the unpredictable outcome unacceptable." Ex. 2008 at 6. The issues with JAK inhibitors, including the lack of FDA approval by 2016 for dermatological conditions due to safety concerns would have given those skilled in the art significant pause.

31. At least because of the side-effects associated with systemic therapies, the prior art taught away from such approaches in favor of localized and directed topical treatment for AA. For example, Craiglow 2016 disclosed that the "risks for serious adverse effects [associated] with systemic therapy . . . may be avoided if topical therapy were an option." Ex. 1027 at 4. Similarly, Hordinsky 2015 disclosed that "[m]ost physicians generally prefer topical therapy for AA" and that "topical steroids are often the first-line approach for limited patchy AA." Ex. 2041 at 1. And Blume-Peytavi 2015 explained that one category of potential AA treatment—JAK inhibitors—comes with "a broad spectrum of side effects," making them "highly interesting candidate molecules for *topical* treatment." Ex. 2037 at 1 (emphasis added); *see also id.* ("[A] focus of research should be put on ways to increase follicular penetration and reduce systemic absorption.").

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

**B.    Ruxolitinib and Janus Kinase Inhibitors**

32.    As discussed above, as of May 4, 2016, the pathogenesis of AA was still unknown, yet was thought to involve a complex pathway involving many different biological components, any number of which could have been considered a potential therapeutic target for AA.  Incyte's petition ignores most of these potential targets, focusing instead on just one class of compounds that targets one specific part of this complex cascade, JAK inhibitors.

33.    JAKs work in conjunction with signaling molecules in a complex molecular pathway, to relay signals that are important to the body's immune response and several other biological functions.  There are four different JAKs, known as JAK1, JAK2, JAK3, and TYK2, one or a combination of which is involved in producing downstream effects associated with a particular signaling molecule.  Ex. 1071 at 1-6.

34.    There are a number of different types of signaling molecules— including families of cytokines, interferons, interleukins, tumor necrosis factors, hematopoietic growth factors, and others—that can bind to receptors on the surface of a cell.  *Id*.  Binding of the signaling molecule to its receptor triggers the JAK(s) associated with that particular receptor to activate a sequence of steps inside the cell that eventually produce downstream biological effects, including activation of STAT proteins.  *Id*.  A hyperactive JAK response can lead to certain autoimmune

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

diseases. Ex. 2022 at 1, 5. While it must be borne in mind that JAK pathways

were a small part of the overall hypothesized complex pathogenesis of AA as of

May 4, 2016, several of the distinct yet interrelated JAK signaling pathways are

depicted in the following figure:



Ex. 1071 at 3.

35. As shown in the figure, above, the effects of each signaling molecule

– in this case, a cytokine – is mediated by a specific combination of JAKs,

resulting in particular biological effects. For example, the cytokine, IFNγ signals

through JAK1 and JAK2, resulting in, *e.g.*, antiviral, inflammation, and anti-

mycobacterial functions. *Id*.

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

36.     JAK inhibitors block the action of certain JAK proteins.  *Id*. at 5-6.

Ruxolitinib is one JAK inhibitor; it inhibits two members of the JAK family: JAK1

and JAK2.  *See* Ex. 1071 at 9; Ex. 1001 at 2:51-57; Ex. 1004 at 7.  Other JAK

inhibitors, like tofacitinib, inhibit JAK1 and JAK3.  Ex. 1071 at 7; Ex. 1068 at 1.

37.     Ruxolitinib is FDA-approved to treat rare and life-threatening bone

marrow/blood cancers such as "intermediate or high-risk myelofibrosis, including

primary myelofibrosis, post-polycythemia vera myelofibrosis and post-essential

thrombocythemia myelofibrosis."  *See* Ex. 1001 at 2:64-3:1; Ex. 1004 at 4.

Ruxolitinib's efficacy in treating the blood cancers is not known, but is thought to

derive from its ability to inhibit dysregulated JAK signaling.

38.     Despite a small number of anecdotal reports to the contrary, as of May

4, 2016, the prior art would not have indicated to a skilled artisan whether JAK

inhibitors in general—or ruxolitinib in particular—could be used successfully to

treat AA.  Anzengruber 2015, for example, noted that the JAK inhibitor tofacitinib

failed to produce a durable response in an AA patient studied with the drug.  *See*

Ex. 2058 at 1 ("We observed initial signs of hair regrowth . . . but efficacy quickly

waned . . . .").  And Palanivel 2015 noted that, "[i]n contrast to the therapeutic

applications existing for haematology and rheumatology, there are no licensed

dermatological indications for JAK or STAT inhibitors."  Ex. 2063 at 3.

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

39.     Furthermore, the nature of the cytokine signaling pathways made it unclear which JAK inhibitors, if any, could be used successfully to treat AA.  The JAK signaling process is complex, with numerous different types of cytokines that can bind to receptors to trigger a JAK signaling pathway.  Ex. 1071 at 3.  There are different JAK proteins that can be involved in the cascade.  *Id*.  And those JAK proteins can trigger different downstream signaling proteins, including at least seven different STAT proteins that translocate to the cell nucleus.  *Id*.; Ex. 1020 at 9-11; *see also, e.g.*, Ex. 2064 (describing the complex nature of the JAK signaling process).  Although some researchers had postulated that certain cytokines, including IFNγ (which signals through JAK1 and JAK2), common gamma cytokines like IL-2, IL-4, and IL-15 (which signal through JAK1 and JAK3), IL-10 (which signals through JAK1 and TYK2), amongst others, might be involved in mediating AA, the prior art had not definitively established which cytokine-JAK-downstream protein combination(s) mediated AA, and would not have pointed a skilled artisan to a particular JAK inhibitor.  Ex. 1071 at 3; Ex. 2076 at 6; Ex. 1003 at 10.

40.     Additionally, in part because of the ubiquitous nature of JAKs in effectuating signaling for various cytokines, JAK inhibitors had the propensity to not only inhibit the targeted cytokine signaling pathway, but other cytokine pathways that signal through the same JAK(s), and therefore were known to

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

frequently result in serious side-effects, including blood-related toxicities such as anemia (low red blood cell count), thrombocytopenia (low blood platelet count), neutropenia (low white blood cell count), and lowered hemoglobin. *See* Ex. 1004 at 6. For example, in one placebo-controlled study, the percentage of individuals who experienced anemia, thrombocytopenia, or neutropenia while taking ruxolitinib was 96.1%, 69.7%, and 18.7%, respectively (compared to 86.8%, 30.5%, and 4.0%, respectively, for patients taking a placebo). *Id.* at 7. These types of reactions were considered serious enough to ultimately warrant a black-box warning in the prescribing information of all JAK inhibitors approved for treatment of autoimmune conditions to highlight their side-effects. Ex. 2019 at 10; *see also* Ex. 2021 at 1, 4-5. While these side-effects may be acceptable when treating blood cancers, they are a much more significant consideration when treating a chronic autoimmune condition such as AA. *See* Ex. 2037 at 1.

41. Another safety concern with JAK inhibitors (including ruxolitinib) relates to drug-drug interactions. For example, the label for ruxolitinib contains a warning to avoid administering ruxolitinib with strong CYP inhibitors, because of the dangers of overexposure to ruxolitinib. *See* Ex. 1004 at 5-8. This interaction limited the use of ruxolitinib when any of several other classes of drugs—known to be CYP inhibitors—needed to be administered concurrently. These safety

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

concerns would have militated against the use of JAK inhibitors as a treatment for AA.

42.    Ruxolitinib, more specifically, would have been a poor candidate for further development.  The only human clinical data on ruxolitinib in AA came from isolated case reports, not controlled, randomized clinical trials.  *See*, *e.g.*, Ex. 1003.  A POSA would have been aware of many other experimental drugs that showed promise in early isolated case reports but ultimately were not proven safe and efficacious in controlled clinical trials.

43.    For example, following reports of purportedly successful AA treatment with alefacept, researchers initially concluded that it "shows the most promise among biologic therapies as a potential treatment for all types of alopecia areata."  Ex. 2101 at 4.  Yet, subsequent attempts to confirm alefacept's efficacy for treating AA through controlled, randomized trials failed, leading researchers to conclude that "AA has a more complex pathophysiologic mechanism" than previously thought, and that "further research into both understanding its pathophysiologic mechanism and the development of effective therapies is needed."  Ex. 2102 at 4.

44.    The prior art similarly demonstrates that one cannot reasonably conclude from case reports of individual AA patients achieving hair regrowth when taking one member of a class of drugs that another member of the same class

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

would be efficacious for treating other AA patients.  For example, although at least

one case report had been published attributing an AA patient's hair regrowth to the

anti-TNF agent, adalimumab, an open-label clinical trial evaluating the efficacy of

a different anti-TNF agent, etanercept, concluded that it was "ineffective in treating

subjects with" AA.  Ex. 2103; Ex. 2104 at 1.

45.     A POSA would have been well aware of this history of failures related

to drugs which appeared from case reports to be potentially efficacious, and would

have been hesitant to put significant weight on such isolated reports.  Indeed, a

review regarding the history and use of case reports highlighted the limitations of

isolated case reports, noting that "[c]ausality cannot be inferred from an

uncontrolled observation.  An association does not imply a cause-effect

relationship." Ex. 2080 at 4.

46.     Moreover, both the JAK1/2 and JAK1/3 pathways were hypothesized

to play a role in AA, and inhibition of the JAK1/2 pathway was considered riskier

from a safety standpoint because that pathway is implicated in a variety of other

important bodily functions.  Ex. 1071 at 3.  A POSA would therefore have

hesitated to pursue a JAK1/2 inhibitor like ruxolitinib, when a JAK1/3 inhibitor

could be administered instead.  Lack of response to ruxolitinib, but not to other

JAK inhibitors like tofacitinib, had also been reported.  Ex. 2064 at 6.

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

47. Ruxolitinib was also only FDA-approved for cancer indications, making it the only FDA-approved JAK inhibitor not approved for immune-mediated skin and joint diseases, like rheumatoid arthritis and psoriasis. Ex. 1004 at 4. A POSA considering a JAK inhibitor to treat AA as of the priority date would have been more inclined towards JAK inhibitors approved for similar immune-mediated diseases, rather than ruxolitinib.

48. I further note that to the extent JAK inhibitors were considered for treating AA, the art pointed towards topical, rather than systemic administration. *See, e.g.*, Ex. 2037 at 1 (suggesting that, to the extent JAK inhibitors showed promise, it was for topical treatments); *see also* Ex. 1027 at 4 (identifying "*[t]opical* JAK inhibitors" as an opportunity for development); Ex. 1050 at 2 ("Given the potential for serious adverse effects from oral JAK inhibitors, it would be particularly useful to explore the use of topical formulations for these disorders"). A POSA would also have been aware that for non-cancer indications, ruxolitinib was being pursued in topical form, with phase II clinical trials for topical ruxolitinib to treat AA underway in January of 2016. Ex. 2130 at 7.

49. Developments since the priority date confirm that a skilled artisan in 2016 would not have successfully pursued a systemically administered JAK inhibitor in general—or ruxolitinib in particular—as an AA treatment. To date, *no* JAK inhibitors have received approval for the treatment of AA, and skilled artisans

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

caution that there remain concerns with JAK inhibitors in the treatment of AA. Ex. 2065 at 4 ("[A]t this time point, affordability of the JAK inhibitors for long-term treatment, sustainability of treatment result, long-term safety, and liability of the physician prescribing the drug off label are major issues with regard to the treatment of AA with JAK inhibitors…"). The art has continued to pursue topical, rather than systemic ruxolitinib treatment for skin conditions. *See, e.g.*, Ex. 2066 (noting that a topical ruxolitinib cream is in phase III trials for the treatment of vitiligo, a skin disease that is believed to be immune-mediated with shared pathogenic underpinnings as alopecia areata); *Id.* (noting that Incyte is close to FDA approval for ruxolitinib cream for atopic dermatitis).

## V. CONCERT'S INVENTION OF CTP-543 FOR AA AND THE '659 PATENT

50.     Concert developed novel methods of treating hair-loss disorders, including AA, by administering specific doses of a compound known as CTP-543, referred to as Compound (I) in the '659 patent. Ex. 1001 at 3:7-66. Concert invented CTP-543 by modifying the drug ruxolitinib with deuterium atoms at eight key locations. *Id.* Concert discovered that CTP-543 allowed lower doses that would be both safe and effective for treating AA. Ex. 1001 at 23:18-50. CTP-543 is currently in clinical trials for the treatment of AA, where it has shown promising activity at twice-daily doses of 8 mg and 12 mg. Ex. 2026.

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

51.     Claim 1 of the '659 Patent is directed to a method of treating a hair-loss disorder with either 16 mg per day or 24 mg per day of Compound (I)—where each position in the compound designated specifically as deuterium has at least 95% incorporation of deuterium:

Compound (I)

52.     Claim 9 is similar to claim 1, but requires that the dose is 8 mg of Compound (I) twice a day.  As in claim 1, each position in Compound (I) designated specifically as deuterium has at least 95% incorporation of deuterium.  Independent claim 11 specifies 12 mg of Compound (I) given twice a day, but is otherwise the same as claim 9.

53.     The remaining claims are dependent claims.  Claims 2-7, 13, 14, and 21 depend from claim 1; claims 10 and 15-17 depend from claim 9; and claims 12

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

and 18-20 depend from claim 11.  These dependent claims are directed to particular dosing schedules, formulations, and methods of treating AA.

54.    I understand that claim 8 is not at issue in this proceeding.

## VI.    THE CLAIMS OF THE '659 PATENT WOULD NOT HAVE BEEN OBVIOUS TO A POSA

### A.    The prior art would not have motivated a skilled artisan to treat AA with ruxolitinib.

55.    As of the priority date, there was "no effective evidence-based treatment for AA."  Ex. 2058 at 2; *see supra*, at ¶¶ 22-23, 26.  A significant portion of AA patients experience spontaneous hair regrowth.  *See* Ex. 2006 at 1; Ex. 2008 at 6.  And, as a condition that is not life-threatening, POSAs would have hesitated in considering treating AA patients with a drug that could cause serious side effects or with unproven long-term safety.  *See* Ex. 2037 at 1.  And, the prior art disclosed repeated failures for those therapies that had been evaluated as potentially useful AA treatments.  *See supra*, at ¶¶ 22-23, 26; *see*, *e.g.*, Ex. 2102; Ex. 2104.

56.    Furthermore, to the extent the prior art did point toward any treatments for AA, it was not towards JAK inhibitors generally, or ruxolitinib specifically.  As discussed above, a POSA would have been aware that numerous different types of cytokines and several different JAK proteins are potentially involved in any given signaling cascade.  *See supra*, at ¶¶ 19, 34-35.  In view of the enormous complexity of these pathways, a skilled artisan would not have known

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

spheres," *id.*, Harel also taught that "topical treatment with JAK inhibitors resulted in more robust hair growth than did systemic treatment in AA." *Id.* Along similar lines, Craiglow 2014 reported the use of tofacitinib to treat AA in a patient with plaque psoriasis. The report called the results "provocative," but stressed the need for "a clinical trial [to] more fully and systematically address the safety and efficacy of tofacitinib and other JAK inhibitors in the treatment of AA and its variants." Ex. 1050 at 2. As discussed above, a POSA would have preferred a JAK1/3 inhibitor like tofacitinib over ruxolitinib. *See supra* at ¶¶ 46, 58.

**B. The asserted references would not have motivated a skilled artisan to substitute Compound (I) for ruxolitinib because the art taught a preference for topical treatments for AA.**

73. Even if a skilled artisan would nevertheless have been motivated to pursue ruxolitinib or another JAK inhibitor as an AA treatment, the prior art discouraged the use of oral or other systemic formulations in favor of topical formulations. *See*, *e.g.*, Ex. 1050 at 2. With such direction towards topical formulations, a POSA would not have been motivated to use a deuterated compound like Compound (I) to treat AA, because the potential benefits of deuteration (e.g., improved metabolic stability) are typically irrelevant to topically administered drugs. Ex. 2074 at 5-6; Ex. 2068 at ¶¶ 14-19.

74. As discussed above, the prior art taught away from systemic therapies in favor of topical therapies for the treatment of AA. Craiglow 2016, for example,

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

noted "risks for serious adverse effects [associated] with systemic therapy" and explained that those risks "may be avoided if topical therapy were an option." Ex. 1027 at 4; *see also id.* ("Given the likely more favorable safety profile associated with topical administration, their use may be considered in patients for whom the potential for serious adverse effects makes oral administration unattractive, most notably the pediatric population."). Hordinsky 2015 observed that "[m]ost physicians generally prefer topical therapy for AA" and that "topical steroids are often the first-line approach for limited patchy AA." Ex. 2041 at 1. And Blume-Peytavi 2015 explained that one category of potential systemic treatment—Janus kinase inhibitors—comes with "a broad spectrum of side effects," making them "highly interesting candidate molecules for *topical* treatment." Ex. 2037 at 1 (emphasis added); *see also id.* ("[A] focus of research should be put on ways to increase follicular penetration and reduce systemic absorption."); Ex. 2076 at 6 ("[T]opical administration of ruxolitinib and tofacitinib markedly reduced CD8+NKG2D+ cells in treated skin."); Ex. 2077 at 2 ("Given the potential for serious adverse effects from oral JAK inhibitors, it would be particularly useful to explore the use of topical formulations for these disorders."); Ex. 2056 at 8 ("Topical formulations have the advantage of fewer side effects than oral formulations, and different vehicles may be used (solutions, lotions, foam, creams, and ointments), with direct influence on drug penetration and perhaps patient

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

compliance."); Ex. 2039 at 4 ("Studies have reported that ruxolitinib is an efficacious topical therapy with limited systemic exposure.").  Topical therapies were also preferred because they deliver the drug directly to the affected organ, and superior efficacy through the topical route as compared to the systemic route had been reported, as had a lack of predictability in oral therapies.  Ex. 2040 at 16 ("Topical or skin localized treatments are a key focus of interest since AA is a relatively organ-restricted autoimmune condition. In the near future, topical therapy with JAK inhibitors shows potential as a first line defense against skin immune cell activity."); Ex. 1016 at 8 ("We observed that topical treatment with JAK inhibitors resulted in more robust hair growth than did systemic treatment in AA, likely because it increases the local concentration of drug in the HF microenvironment, allowing both actions to occur.").

75.    A POSA – to the extent they would have been interested in JAK inhibitors at all – would therefore have been motivated to pursue topical formulations, and would have been discouraged from systemically acting oral formulations.

76.    I understand that Incyte asserts that one would have been motivated to administer Compound (I) instead of ruxolitinib because deuteration can improve the pharmacokinetics of ruxolitinib by slowing its metabolism in the liver.  *See* Paper 1 at 38-40.  However, if a drug is given topically, there is no metabolism in

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

### E. Secondary Considerations Support a Finding of Nonobviousness.

#### 1. CTP-543 demonstrates unexpected results.

99. The claimed method of treatment demonstrates an unexpected ability to treat AA in two distinct ways.

100. First, CTP-543 demonstrated an unexpectedly superior efficacy/safety profile in a phase II study for the treatment of AA. Researchers typically use the Severity of Alopecia Tool, or "SALT," to measure the degree of a patient's scalp hair loss, with a SALT score of 0 and 100 reflecting no hair loss and total hair loss, respectively. Ex. 1001 at 11:4-20. In the phase II study, CTP-543 produced unexpectedly marked improvement in patients' "SALT" scores.

101. I understand that Concert sponsored a Phase II clinical study to evaluate its JAK inhibitor, CTP-543, which is referred to as Compound I in the '659 patent. Ex. 2118 at ¶¶ 2-3. The study involved administering 12 mg CTP-543 to 63 different AA patients twice per day. Ex. 2083. After 24 weeks of treatment, 41% of the patients (26 out of 63 patients) had achieved a SALT score of 20 or less, and were therefore deemed responders. *Id.* By week 36, four additional patients had achieved a SALT score of 20 or less, for a total of 48% responders based on the number of patients initially enrolled in the study (30 out of 63). *Id.* However, no SALT scores were reported for ten of the patients at week 36, and so 57% of patients

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

for whom a SALT score was reported at week 36% were deemed responders (30 out of 53). *Id*.

102.  This reduction in SALT scores was unexpectedly not accompanied by the high rate of significant side-effects that typically comes with the administration of ruxolitinib. *See supra*, at ¶¶ 40-41, 46, 58; Ex. 2026 at 1 ("Treatment with CTP-543 was generally well tolerated."). This favorable efficacy/safety profile was unexpected. It was not predictable that CTP-5434 (Compound (I)) could both maintain therapeutic efficacy and have limited blood-related side effects.

103.  The unexpected nature of CTP-543's ability to improve SALT scores is underscored by its favorable comparison to Lilly's recent phase III study of baricitinib in the treatment of AA. According to its press release, Lilly conducted two Phase III clinical studies involving administration of baractinib at different doses to AA patients, and measured the percentage of patients achieving 80% or more scalp coverage (*i.e.*, a SALT score of 20 or less). Ex. 2081. Even at 36 weeks, within the most responsive group of patients, only 35% achieved such a low SALT score. *Id*. As discussed above, CTP-543 had already surpassed those figures by 24 weeks, and far exceeded these results by 36 weeks. Although one must exercise caution when comparing results of different clinical trials, I note that the inclusion/exclusion criteria for the Concert studies and the Lilly studies did not differ

CONCERT EX. 2059
INCYTE v. CONCERT
PGR2021-00006

significantly.  Ex. 2107; Ex. 2108; Ex. 2109.  Notably, all three studies required the

patients to have a baseline SALT score of at least 50%.  *Id*.

104.    Dr. Shapiro reaches the opposite conclusion by comparing clinical data

for CTP-543 with the data from a small phase II study of ruxolitinib, concluding that

the safety and efficacy results for the two drugs were comparable.  Ex. 1009 at ¶¶

52-63.  But, this comparison is demonstrably inappropriate because of differences,

or absence of details about relevant factors between the inclusion/exclusion criteria

and conduct/protocol of the studies.  By way of example, it is well-known that a

patient's baseline SALT score impacts the likelihood that an AA treatment will be

successful, with more severe cases of AA, as reflected by a higher SALT score, being

more difficult to treat.  The patients in the phase II ruxolitinib study had an average

baseline SALT score of 65.6, while those in Concert's phase II study of CTP-543

had a much higher average baseline SALT score of nearly 90.  Ex. 1049; Ex. 1089.

This significant difference in initial baseline SALT scores means that the patients in

the CTP-543 study would have had a lower likelihood of being successfully treated

than the patients in the ruxolitinib study, rendering the comparison between these

two groups – and, therefore, the clinical data of these studies – improper.

105.    Second, CTP-543 eliminates much of the risk of drug-drug interaction

inherent in ruxolitinib.  Patients taking ruxolitinib and a CYP inhibitor face a

significant risk of harmful drug-drug interactions. Ex. 1004 at 5-8.  The ruxolitinib



# Ruxolitinib cream for the treatment of patients with alopecia areata: A 2-part, double-blind, randomized, vehicle-controlled phase 2 study

Elise A. Olsen, MD,[a] Deanna Kornacki, PhD,[b] Kang Sun, PhD,[b] and Maria K. Hordinsky, MD[c]

*Durham, North Carolina; Wilmington, Delaware; and Minneapolis, Minnesota*

**Background:** There are currently no treatments for alopecia areata (AA) that are universally effective or approved by the US Food and Drug Administration. Oral ruxolitinib has shown efficacy in extensive AA. Ruxolitinib cream would potentially avoid systemic adverse effects.

**Objective:** To assess the efficacy and safety of 1.5% ruxolitinib cream in patients with AA who had at least 25% hair loss by Severity of Alopecia Tool score.

**Methods:** This was a 2-part study. Part A was an open-label, 24-week study of 1.5% ruxolitinib cream in patients with 25% to 99% hair loss followed by a 24-week extension period. Part B was a double-blind, vehicle-controlled, 24-week study of 1.5% ruxolitinib cream in patients with 25% to 100% hair loss, followed by a crossover to ruxolitinib cream in the vehicle group for 24 weeks and additional treatment time for the ruxolitinib cream group.

**Results:** Although Part A results suggested potential efficacy of 1.5% ruxolitinib cream, there was no significant difference in hair regrowth based on 50% improvement in Severity of Alopecia Tool scores between patients receiving 1.5% ruxolitinib cream and vehicle in part B. There were no significant safety issues with 1.5% ruxolitinib cream.

**Limitations:** Single strength of ruxolitinib cream.

**Conclusions:** The 1.5% ruxolitinib cream did not have a significant effect in patients with AA. ( J Am Acad Dermatol 2020;82:412-9.)

*Key words:* alopecia areata; clinical trial; ruxolitinib cream.

Alopecia areata (AA) is a common condition, with a prevalence of 0.1% to 0.2% in the United States[1] and a lifetime incidence of 2.1%.[2] The hair loss in AA is potentially reversible, and although primarily involving the scalp, it may affect any body area.[3] Hair loss may present as

patches across the scalp (most common) or restricted to the perimeter of the scalp (ophiasis), or it may present as a diffuse decrease in hair density, total hair loss on the scalp (alopecia totalis [AT]), or total hair loss on the scalp and body (alopecia universalis [AU]). There is potential for spontaneous remission

From the Department of Dermatology and Medicine, Duke University Medical Center, Durham[a]; Incyte Corporation, Wilmington[b]; and Department of Dermatology, University of Minnesota, Minneapolis.[c]

Funding sources: Supported by Incyte Corporation.

Disclosure: Dr Olsen has served as a consultant and investigator for Aclaris and as a consultant for Bioniz, Incyte, Lilly, and Pfizer. She did not receive any compensation from Incyte in writing this article. Drs Kornacki and Sun are employees and stockholders of Incyte Corporation. Dr Hordinsky has served as a consultant for Incyte, Concert, and Bioniz and as an investigator for Incyte, Aclaris, Lilly, and Pfizer.

IRB approval status: Protocol approved by the IRB or independent ethics committee at each study site; informed consent forms were obtained from each study participant.

Accepted for publication October 2, 2019.

Reprints not available from the authors.

Correspondence to: Deanna Kornacki, PhD, Incyte Corporation, 1801 Augustine Cutoff, Wilmington, DE 19803. E-mail: dkornacki@incyte.com.

Published online October 14, 2019.

0190-9622/$36.00

© 2019 by the American Academy of Dermatology, Inc.

https://doi.org/10.1016/j.jaad.2019.10.016

**412**

CONCERT EX. 2062
INCYTE v. CONCERT
PGR2021-00006

**Table III.** Safety*

| Safety | Part A: Open label | Part A: Extension | Part B: Double blind | | Part B: Extension | |
|---|---|---|---|---|---|---|
| | Ruxolitinib cream (n = 12) | Ruxolitinib cream (n = 9) | Vehicle (n = 38) | Ruxolitinib cream (n = 39) | Originally vehicle (n = 32) | Originally ruxolitinib cream (n = 31) |
| TEAE | 9 (75.0) | 7 (77.8) | 28 (73.7) | 23 (59.0) | 23 (71.9) | 22 (71.0) |
| TRAE | 2 (16.7) | 1 (11.1) | 7 (18.4) | 7 (17.9) | 2 (6.3) | 8 (25.8) |
| Serious AE | 1 (8.3) | 1 (11.1) | 0 | 1 (2.6) | 1 (3.1) | 1 (3.2) |
| Grade 3 or higher AE | 2 (16.7) | 1 (11.1) | 1 (2.6) | 1 (2.6) | 1 (3.1) | 1 (3.2) |
| TEAE leading to interruption | 1 (8.3) | 0 | 1 (2.6) | 2 (5.1) | 1 (3.1) | 3 (9.7) |
| TEAE leading to discontinuation | 0 | 0 | 1 (2.6) | 0 | 0 | 0 |
| Fatal AE | 0 | 0 | 0 | 0 | 0 | 0 |

AE, Adverse event; TEAE, treatment-emergent adverse event; TRAE, treatment-related adverse event.
*Values are presented as n (%).

whether areas assessed at each visit were present at baseline and not responding to treatment or were new areas. Prohibition of applying medication to new hair loss areas until the next clinic visit also could have adversely affected the outcome.

Pharmacokinetic results provided information on systemic absorption that seemed to track the amount of scalp to which treatment was directly applied. Measurable concentrations in plasma indicate that ruxolitinib cream traverses the dermis and subcutaneous fat. The relative systemic bioavailability of ruxolitinib cream was markedly (approximately 90%) lower than that for oral ruxolitinib.[23,24] Ruxolitinib cream and vehicle were well tolerated, and adverse reactions were primarily local, with only 1 adverse reaction of pruritus from vehicle leading to withdrawal.

## CONCLUSION

AA is an autoimmune type of hair loss characterized pathologically by a $CD8^+$/natural killer group 2D (NKG2D) lymphocytic infiltrate surrounding the hair bulb[17] before a transition from a robust anagen hair to an affected hair trapped in a prolonged telogen or early anagen phase. Mechanistically, the hair loss may involve upregulation of IL-15 and interferon gamma, which are decreased by inhibitors of the JAK/signal transducer and activator of transcription pathway. Animal models of AA have shown regrowth with topical JAK inhibitors,[13] and 0.6% ruxolitinib cream in patients with AU showed nearly full eyebrow and 10% scalp regrowth after 12 weeks of twice-daily treatment.[25] Our current study did not show a significant effect of 1.5% ruxolitinib cream in AA. This is reminiscent of topical tacrolimus, which exhibited promising efficacy in Dundee experimental bald rats but did not induce terminal hair regrowth in patients with AA, possibly due to insufficient penetration.[26,27] A topical formulation remains the ideal treatment for otherwise healthy AA patients ranging from young children to vulnerable elderly patients.

The authors thank the patients and their families, investigators, coinvestigators, and clinical site staff involved in this study. Investigators included Wilma Bergfeld, MD, Cleveland Clinic, Cleveland, OH; Suzanne Bruce, MD, Suzanne Bruce and Associates, PA, Katy, TX; Janet C. Dubois, MD, DermResearch, Inc, Austin, TX; Boni Elewski, MD, University of Alabama, Birmingham, AL; David S. Greenstein, MD, ActivMed Practices & Research, Inc, Beverly, MA; Fasahat H. Hamzavi, MD, Hamzavi Dermatology, Fort Gratiot, MI; Maria K. Hordinsky, MD, University of Minnesota, Minneapolis, MN; Steven E. Kempers, MD, Minnesota Clinical Study Center, Fridley, MN; Brett King, MD, PhD, Church Street Research Unit, New Haven, CT; Amy J. McMichael, MD, Wake Forest University Health Sciences, Winston Salem, NC; Joseph Merola, MD, MMSc, Brigham and Women's Hospital, Boston, MA; Jeremy E. Moss, MD, PhD, New England Research Associates, LLC, Trumbull, CT; Janet Roberts, MD, Northwest Dermatology and Research Center, LLC, Portland, OR; David Rosmarin, MD, Tufts Medical Center, Boston, MA; Daniel Mitchel Stewart, DO, Michigan Center for Skin Care Research, Clinton Township, MI; Dowling B. Stough, MD, Burke Pharmaceutical Research, Hot Springs, AR; and Antonella Tosti, MD, University of Miami Hospital, Miami, FL. We also thank Dr Rich Leff for his contributions to the planning, facilitation, and analysis of this study. Editorial assistance was provided by Tania Iqbal, PhD, at Complete Healthcare Communications, LLC, an ICON plc company (North Wales, PA), whose work was funded by Incyte Corporation (Wilmington, DE).

### REFERENCES

1. Safavi K. Prevalence of alopecia areata in the First National Health and Nutrition Examination Survey. *Arch Dermatol.* 1992; 128:702.
2. Mirzoyev SA, Schrum AG, Davis MDP, Torgerson RR. Lifetime incidence risk of alopecia areata estimated at 2.1% by Rochester Epidemiology Project, 1990-2009. *J Invest Dermatol.* 2014;134:1141-1142.

CONCERT EX. 2062
INCYTE v. CONCERT
PGR2021-00006

Appx9981

UNITED STATES PATENT AND TRADEMARK OFFICE

————————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

————————————

Incyte Corporation
*Petitioner*

v.

Concert Pharmaceuticals, Inc.
*Patent Owner*

————————————

Post Grant Review No. PGR2021-00006
Patent No. 10,561,659

————————————

## DECLARATION OF PAUL ORTIZ DE MONTELLANO

I declare that all statements made herein of my knowledge are true, that all statements made herein on information and belief are believed to be true, and that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

By: *[signature]*                    Date: 08-11-21

CONCERT EX. 2068
INCYTE v. CONCERT
PGR2021-00006

ruxolitinib – which is not what is claimed in the '659 patent. Dr. Patterson states, without citation, that "[g]iven that the POSA would have reasonably expected that Compound (I) would have the same biological effects as ruxolitinib, the POSA would likewise have reasonably expected ~21–23 mg of Compound (I) to provide at least 'remarkable improvement' in AA." Ex. 1007 at ¶ 192. Without the PK and PD data in the prior art for Compound (I), even using Dr. Patterson's own methodology, flawed as it is, there is simply no way to calculate the equivalent dose of Compound (I). Further, even if Dr. Patterson's calculations were correct, his calculations in no way suggest the 16 mg daily dose required by claims 9, 10, and 15-17.

42. Deuteration is inherently unpredictable, and just because there is in vitro data in the prior art for Compound (I) showing an extension in half-life as compared to ruxolitinib does not mean that a POSA would simply assume that a dose calculated for ruxolitinib would be the same as a dose for Compound (I). To the contrary, the impact of an in vitro extension of half-life on the in vivo pharmacokinetics of Compound (I) would be impossible to predict without in vivo studies. And, as discussed above, the pharmacokinetic-pharmacodynamic relationship is complex and disease dependent. That is particularly true here, where the beneficial effects, i.e. hair regrowth, are the result of a different pathway

CONCERT EX. 2068
INCYTE v. CONCERT
PGR2021-00006

than the potential side effect, i.e. anemia and other hematological conditions. Ex. 1014 at 2; Ex. 1071 at 3.

## VIII. ANALYSIS OF DR. UTTAMSINGH'S DISCLOSURES

43.     I have been asked to review the quarterly meeting presentation prepared by Dr. Uttamsingh and her group and to determine which disclosures in Silverman are the same as those disclosures. That comparison is presented below:

| Quarterly Meeting Presentation (Ex. 2073) | Silverman Patent (Ex. 1002) |
|---|---|
| The structures of Compounds 103, 107, and 127 are disclosed in the Quarterly Meeting Presentation. Ex. 2073 at 12. | The structures of Compounds 103, 107, and 127 are disclosed in tabular format in Silverman. Ex. 1002 at Formula I and Table 1. |
| | |

CONCERT EX. 2068
INCYTE v. CONCERT
PGR2021-00006

TABLE 1

Exemplary Embodiments of Formula I

| Cmpd | Y¹ | Each Y² | Each Y³ | Y⁴ | each Y⁵ |
|---|---|---|---|---|---|
| 100 | H | H | H | D | H |
| 101 | H | H | H | H | D |
| 102 | H | H | H | D | D |
| 103 | H | H | D | H | H |
| 104 | H | H | D | D | H |
| 105 | H | H | D | H | D |
| 106 | H | H | D | D | D |
| 107 | H | D | H | H | H |
| 108 | H | D | H | D | H |
| 109 | H | D | H | H | D |
| 110 | H | D | H | D | D |
| 111 | H | D | D | H | H |
| 112 | H | D | D | D | H |
| 113 | H | D | D | H | D |
| 114 | H | D | D | D | D |
| 115 | D | H | H | H | H |
| 116 | D | H | H | D | H |
| 117 | D | H | H | H | D |
| 118 | D | H | H | D | D |
| 119 | D | H | D | H | H |
| 120 | D | H | D | D | H |
| 121 | D | H | D | H | D |
| 122 | D | H | D | D | D |
| 123 | D | D | H | H | H |
| 124 | D | D | H | D | H |
| 125 | D | D | H | H | D |
| 126 | D | D | H | D | D |
| 127 | D | D | D | H | H |
| 128 | D | D | D | D | H |
| 129 | D | D | D | H | D |
| 130 | D | D | D | D | D |

Synthesis of Compound 127 is explicitly disclosed in the Quarterly Meeting Presentation. Ex. 2073 at 14-15.



Silverman discloses the same synthesis of Compound 127. Ex. 1002 at Example 3.

CONCERT EX. 2068
INCYTE v. CONCERT
PGR2021-00006

Appx10038

| In vitro, Supersome data for Compounds 103, 107, and 127 is disclosed in the Quarterly Meeting Presentation. Ex. 2073 at 16. | The only in vitro data presented in Silverman is that same Supersome data. Ex. 1002 at Example 4. |
|---|---|

Left table:

| Compound ID | t$_{1/2}$ (min) EXP# 1564 | EXP# 1570 | AVE± SD % Δ |
|---|---|---|---|
| Ruxolitinib (*R* D0) | 14.5 | 14.5 | 14.5±00 |
| C-21468 (*R* D4) | 17.5 | 16.3 | 16.9±0.9 *17% |
| C-21469 (*R* D4) | 18.4 | 17.0 | 17.9±1.0 *23% |
| C-21470 (*R* D9) | 31.4 | 32.1 | 32.0±0.5 *121% |

Right table:

TABLE 3

Metabolic Stability of Compounds 103, 107 and 127 versus Ruxolitinib in Human CYP3A4 Supersomes ™

| Compound | Experiment 1 | Experiment 2 | Ave ± SD |
|---|---|---|---|
| | | t$_{1/2}$ (minutes) | |
| Ruxolitinib | 14.5 | 14.5 | 14.5 ± 00 |
| Compound 103 | 17.5 | 16.3 | 16.9 ± 0.9 (17%*) |
| Compound 107 | 18.4 | 17.0 | 17.9 ± 1.0 (23%*) |
| Compound 127 | 31.4 | 32.1 | 32.0 ± 0.5 (121%*) |

**% Δ = [(deuterated species) − (nondeuterated species)](100)/(nondeuterated species)

Table 1.

44.　　The Quarterly Meeting Presentation provides three key disclosures that are the same as those in Silverman. First, it provides the specific disclosures of the chemical compounds 103, 107, and 127. Compounds 103 and 107 each have 4 deuterium atoms substituted on the cyclopentyl ring of the compound. Compound 127 has 9 deuterium atoms substituted on the cyclopentyl ring of the compound. Second, it provides the synthesis of Compound 127. Finally, it provides in vitro Supersome data, which is the key disclosure that shows the potential for improved biological activity. A Supersome assay is an in vitro assay in which a compound is incubated with a recombinantly expressed single enzyme to measure the effect of that enzyme on the rate and extent of metabolism of the test compound. In the assay conducted by Dr. Uttamsingh, Compound 103 showed a 17% increase in metabolic half-life as compared to ruxolitinib, Compound 107

CONCERT EX. 2068
INCYTE v. CONCERT
PGR2021-00006

showed a 23% increase in metabolic half-life compared to ruxolitinib, and

Compound 127 showed a 121% increase in metabolic half-life compared to

ruxolitinib. The same assay and same results are reported in Silverman.

45. I have also been asked to review the 2015 Uttamsingh Declaration and

determine which disclosures in Silverman are the same as those disclosures. That

comparison is presented below:

| 2015 Uttamsingh Declaration (Ex. 1045) | Silverman Patent (Ex. 1002) |
|---|---|
| The structures of Compounds 103, 107, and 111 are disclosed in the 2015 Uttamsingh Declaration. Ex. 1045 at 404. | The structures of Compounds 103, 107, and 111 are disclosed in tabular format in Silverman. Ex. 1002 at Formula I and Table 1. |

CONCERT EX. 2068
INCYTE v. CONCERT
PGR2021-00006



Compound 103



Compound 107



Compound 111

## TABLE 1

Exemplary Embodiments of Formula I

| Cmpd | Y¹ | Each Y² | Each Y³ | Y⁴ | each Y⁵ |
|------|-----|---------|---------|-----|---------|
| 100 | H | H | H | H | H |
| 101 | H | H | H | H | D |
| 102 | H | H | H | D | H |
| 103 | H | H | D | H | H |
| 104 | H | H | D | D | H |
| 105 | H | H | H | H | D |
| 106 | H | H | D | D | D |
| 107 | H | D | H | H | H |
| 108 | H | D | H | H | D |
| 109 | H | D | H | H | D |
| 110 | H | D | H | D | H |
| 111 | H | D | D | H | H |
| 112 | H | D | D | D | H |
| 113 | H | D | D | H | D |
| 114 | H | D | D | D | D |
| 115 | D | H | H | H | H |
| 116 | D | H | H | H | H |
| 117 | D | H | H | H | D |
| 118 | D | H | H | D | D |
| 119 | D | H | D | H | H |
| 120 | D | H | D | D | H |
| 121 | D | H | H | D | D |
| 122 | D | H | H | D | D |
| 123 | D | D | H | H | H |
| 124 | D | D | H | H | H |
| 125 | D | D | H | H | D |
| 126 | D | D | H | D | D |
| 127 | D | D | D | H | H |
| 128 | D | D | D | D | H |
| 129 | D | D | D | H | D |
| 130 | D | D | D | D | D |

Supersome data for Compounds 103, 107, and 111. Ex. 1045 at 407.

Table 1: CYP3A4

| Compound ID | t₁/₂ (min) | | | | |
| | EXP# 1 | EXP# 2 | EXP# 3 | EXP# 4 | AVE±SD % Δ |
|-------------|-------|-------|-------|-------|--------|
| Ruxolitinib | 19.5 | 18.2 | 19.3 | 18.5 | 18.9±0.6 |
| Compound 103 | 19.5 | 25.2 | 23.5 | 24.4 | 23.2±2.5 **23%** |
| Compound 107 | 20.1 | 29.2 | 25.6 | 22.9 | 24.4±3.9 **29%** |
| Compound 111 | 34.3 | 38.8 | 32.8 | 29.9 | 34.0±3.7 **80%** |

The only in vitro data presented in Silverman is similar Supersome data. Ex. 1002 at Example 4. There is no disclosure in Silverman of any data for Compound 111.

TABLE 3

Metabolic Stability of Compounds 103, 107 and 127 versus Ruxolitinib in Human CYP3A4 Supersomes ™

| Compound | t₁/₂ (minutes) | | |
| | Experiment 1 | Experiment 2 | Ave ± SD |
|----------|--------------|--------------|----------|
| Ruxolitinib | 14.5 | 14.5 | 14.5 ± 00 |
| Compound 103 | 17.5 | 16.3 | 16.9 ± 0.9 (17%*) |
| Compound 107 | 18.4 | 17.0 | 17.9 ± 1.0 (23%*) |
| Compound 127 | 31.4 | 32.1 | 32.0 ± 0.5 (121%*) |

*% Δ = [(deuterated species) − (nondeuterated species)](100)/(nondeuterated species)

| The methodology for conducting metabolic stability studies using Human Liver Microsomes. Ex. 1045 at 406. | The methodology for determining metabolic stability is disclosed in Silverman. Ex. 1002 at Example 5. |
|---|---|
| **Determination of Metabolic Stability of D-Ruxolitinib Compounds using Human Liver Microsomes** | Evaluation of Metabolic Stability in Human Liver Microsomes |
| **Materials and Methods:** | |
| *Materials:* Human liver microsomes (20 mg/mL) were obtained from Xenotech, LLC (Lenexa, KS). β-nicotinamide adenine dinucleotide phosphate, reduced form (NADPH), magnesium chloride (MgCl₂), and dimethyl sulfoxide (DMSO) were purchased from Sigma-Aldrich. | Microsomal Assay: Human liver microsomes (20 mg/mL) are obtained from Xenotech, LLC (Lenexa, Kans.). β-nicotinamide adenine dinucleotide phosphate, reduced form (NADPH), magnesium chloride (MgCl₂), and dimethyl sulfoxide (DMSO) are purchased from Sigma-Aldrich. |
| *Determination of Metabolic Stability:* 7.5 mM stock solutions of test compounds were prepared in DMSO. The 7.5 mM stock solutions were diluted to 12.5 μM in acetonitrile (ACN). The human liver microsomes were diluted in 0.1 M potassium phosphate buffer, pH 7.4, containing 3 mM MgCl₂. The diluted microsomes were added to wells of a 96-well deep-well polypropylene plate in triplicate. A 10 μL aliquot of the 12.5 μM test compound was added to the microsomes and the mixture was pre-warmed for 10 minutes. Reactions were initiated by addition of pre-warmed NADPH solution. The final reaction volume was 0.5 mL and contained 5 mg/mL human liver microsomes, 0.25 μM test compound, and 2 mM NADPH in 0.1 M potassium phosphate buffer, pH 7.4, and 3 mM MgCl₂. The reaction mixtures were incubated at 37°C, and 50 μL aliquots were removed at 0, 5, 10, 20, and 30 minutes and added to shallow-well 96-well plates which contained 50 μL of ice-cold ACN with internal standard to stop the reactions. The plates were stored at 4°C for 20 minutes after which 100 μL of water was added to the wells of the plate before centrifugation to pellet precipitated proteins. Supernatants were transferred to another 96-well plate and analyzed for amounts of parent remaining by LC-MS/MS using an Applied Bio-systems mass spectrometer. | Determination of Metabolic Stability: 7.5 mM stock solutions of test compounds are prepared in DMSO. The 7.5 mM stock solutions are diluted to 12.5-50 μM in acetonitrile (ACN). The 20 mg/mL human liver microsomes are diluted to 0.625 mg/mL in 0.1 M potassium phosphate buffer, pH 7.4, containing 3 mM MgCl₂. The diluted microsomes are added to wells of a 96-well deep-well polypropylene plate in triplicate. A 10 μL aliquot of the 12.5-50 μM test compound is added to the microsomes and the mixture is pre-warmed for 10 minutes. Reactions are initiated by addition of pre-warmed NADPH solution. The final reaction volume is 0.5 mL and contains 0.5 mg/mL human liver microsomes, 0.25-1.0 μM test compound, and 2 mM NADPH in 0.1 M potassium phosphate buffer, pH 7.4, and 3 mM MgCl₂. The reaction mixtures are incubated at 37° C., and 50 μL aliquots are removed at 0, 5, 10, 20, and 30 minutes and added to shallow-well 96-well plates which contain 50 μL of ice-cold ACN with internal standard to stop the reactions. The plates are stored at 4° C. for 20 minutes after which 100 μL of water is added to the wells of the plate before centrifugation to pellet precipitated proteins. Supernatants are transferred to another 96-well plate and analyzed for amounts of parent remaining by LC-MS/MS using an Applied Bio-systems API 4000 mass spectrometer. The same procedure is followed for the non-deuterated counterpart of the compound of Formula 1 or Formula A and the positive control, 7-ethoxycoumarin (1 μM). Testing is done in triplicate. |
| *Data analysis:* The *in vitro* t₁/₂s for test compounds were calculated from the slopes of the linear regression of % parent remaining (ln) vs incubation time relationship. | Data analysis: The in vitro t₁/₂s for test compounds are calculated from the slopes of the linear regression of % parent remaining (ln) vs incubation time relationship. |
| $in\ vitro\ t_{1/2} = 0.693/k$ | $in\ vitro\ t_{1/2} = 0.693/k$ |
| $k = -[slope\ of\ linear\ regression\ of\ \%\ parent\ remaining(ln)\ vs\ incubation\ time]$ | $k = -[slope\ of\ linear\ regression\ of\ \%\ parent\ remaining\ (ln)\ vs\ incubation\ time]$ |
| Data analysis was performed using Microsoft Excel Software. | |

Table 2.

    46. The 2015 Uttamsingh Declaration provides three key disclosures that are the same as disclosures in the Silverman reference. First, it provides the specific disclosure of the Compounds 103 and 107 (which Dr. Uttamsingh had already disclosed at the QUM meeting discussed above), but this declaration also

CONCERT EX. 2068
INCYTE v. CONCERT
PGR2021-00006

Appx10042

discloses the structure of Compound 111, which is Compound (I) of the '659 patent. Second, it provides in vitro Supersome data for Compounds 103, 107, and 111. Because this assay is a new assay using two of the same compounds Dr. Uttamsingh had previously tested in connection with the QUM meeting (Compounds 103 and 107), the data for those compounds is similar but not identical to the Supersome data in Silverman for Compounds 103 and 107. Dr. Uttamsingh also tested Compound 111 and reported Supersome data for that compound, the compound of Claim 5 of Silverman. Finally, it provides a methodology for conducting Human Liver Microsome analysis to determine the metabolic stability of a deuterated compound, which would provide additional support for the utility of Silverman.

47. Once the overlapping disclosures from Silverman and the Quarterly Meeting Presentation and the 2015 Uttamsingh Declaration are removed, the Silverman patent is essentially gutted of its central disclosures. The specific disclosures of Compounds 103, 107, 111, and 127 from Silverman as well as all of the in vitro data in the Silverman patent are effectively eliminated. Without any disclosure of Compound 111, and without any disclosure of any in vitro data (or any data) in Silverman, the patent provides merely a drawing of a hypothetical genus of deuterated compounds with some isolated members of that species, but with no data to support any potential utility of the compounds. Without these

CONCERT EX. 2068
INCYTE v. CONCERT
PGR2021-00006

disclosures, there is nothing left in the Silverman reference that would lead a POSA to select the octa-deuterated Compound 111/Compound (I) over any other species disclosed in the lengthy list of species or in the broad genus of Silverman. Further, without any data, there would be no disclosure of the metabolic stability of any compounds in in vitro assays. Without this in vitro data, a POSA would have no reason to pick Compound (I). Further, removing these disclosures from Silverman would remove the disclosures covered by Claims 2-4 and 6-8.

48.     As such, a POSA would have no understanding based on the disclosures of Silverman whether any species had any beneficial in vitro stability, and if so, which ones would be worth further evaluation.

## IX.     THE NI REFERENCE WOULD NOT HAVE PROVIDED A MOTIVATION TO DEUTERATE RUXOLITINIB FOR TREATMENT OF AA WITH A REASONABLE EXPECTATION OF SUCCESS

49.     Dr. Patterson relies on Ni for the proposition that "there [was] a need for new and improved formulations of ruxolitinib that not only mitigate adverse side-effects in patients, but still achieve therapeutic efficacy, and also facilitate administration of the drug such as by reducing the number of doses required to achieve a therapeutic effect." Ex. 1007 at ¶ 133 (quoting Ex. 1006 at [0005]). He goes on to say that Ni taught that modifying ruxolitinib's pharmacokinetic parameters "the same as taught in the art. . . for deuterium" resulted in a clinically effective ruxolitinib with an improved side effect profile. Ex. 1007 at ¶ 134.

CONCERT EX. 2068
INCYTE v. CONCERT
PGR2021-00006

50.     Dr. Patterson's comparison of Ni to Concert's deuterated ruxolitinib is a false equivalence.  While Ni does identify the need in the art for improving the side effects, that could sometimes be serious, with ruxolitinib, Ni addresses that problem using conventional sustained release formulations.  Ex. 1006 at [0005].  Nothing in Ni would direct a skilled artisan to deuterate ruxolitinib to arrive at a safe and efficacious treatment for AA for several reasons.

51.     First, nothing in Ni references deuteration – it teaches a conventional sustained release formulation.[8]  In contrast, as of May 2016, there were no approved deuterated drugs.  Deuteration was not yet a validated method for improving the pharmacokinetic profile of clinically used drugs and, unlike sustained release formulations, did not guarantee a lower overall $C_{max}$.  Ni's suggestion of using conventional sustained release technology to make a formulation for a known drug, ruxolitinib, would not suggest to a POSA that use of

---

[8] The methods described in Ni are conventional and would have been known to a POSA in 2016.  Sustained-release[8] technology has existed for many years.  It was first developed in the 1940s and 1950s.  Ex. 2094 at 5.  Sustained-release formulations are best used for drugs, like ruxolitinib, that have neither very short (less than two hours) nor very long half-lives.  *Id.* at 6.  They are also ideal for drugs to treat chronic conditions.  *Id.*  As of 2016, numerous sustained-release drugs were on the market and being used clinically in patients, using a wide variety of technologies.  *Id.* at 13.  These techniques provided a routine, reliable way of extending the time the drug remains at a therapeutically effective level, while lowering the overall $C_{max}$ (and thereby, $C_{max}$-driven side effects), and provided a clinically validated pathway for modifying an existing drug or drug candidate to change its metabolic properties.

CONCERT EX. 2068
INCYTE v. CONCERT
PGR2021-00006

an entirely different technology that had, at that time, been unproven in FDA-approved products, to make a new molecule, would be a successful approach.

52.     Second, Dr. Patterson incorrectly asserts that a POSA would believe that deuteration would have the same or similar effects on pharmacokinetics as a sustained release formulation. A POSA would know that deuteration is inherently unpredictable. Deuteration can result in a positive, negative, or neutral effect on pharmacokinetics, and the magnitude of any such change cannot be determined without testing. Without clinical testing of Compound (I) to assess its pharmacokinetics, it is impossible to know what effect (positive, negative, or neutral) deuteration will have, and what the magnitude of any such effect would be. *See* supra ¶¶ 16, 34, 42.

53.     Finally, even if a POSA would have believed that deuteration would have had a similar effect on ruxolitinib as a sustained release formulation (and he or she would not), the only data in Ni relates to the treatment of myelofibrosis – not AA. *See* Ex. 1006 at Example 3 ("A Phase 2 clinical trial was carried out in patients with myelofibrosis (MF).") As discussed above, a POSA would know that the PK-PD relationship is disease dependent, so even if this data suggests that the formulation in Ni was successful in the treatment of myelofibrosis, that does not mean it would necessarily be safe and effective in the treatment of AA. And a POSA would have no reason to believe that data on sustained release ruxolitinib in

CONCERT EX. 2068
INCYTE v. CONCERT
PGR2021-00006

the treatment of myelofibrosis was in any way indicative of whether Compound (I)/111 would be safe and effective in the treatment of AA. Indeed, even the Ni patent itself which lists several diseases that could potentially be treated with the sustained release formulation it discloses, does not include AA on that list. Ex. 1006 at [0090]-[0096].

54. Furthermore, even the data on treatment of MF with the sustained release formulation of ruxolitinib administered once a day (QD) shows that it was *not as effective* as immediate release ruxolitinib administered twice a day (BID). Ex. 1006 at Tables 5a and 5b (showing mean reduction in spleen volume of 32% for immediate release ruxolitinib compared to a mean reduction in spleen volume of only 22.3% for sustained release); *see also* Ex. 2119 (showing less efficacy in QD dosing of SR formulation of ruxolitinib compared to BID dosing of IR formulation of ruxolitinib).

## X.    A POSA WOULD NOT HAVE SELECTED COMPOUND (I)/111

### A.    A POSA Would Not Have Selected Compound (I)/111 Without the Disclosures in Silverman

55. As an initial matter, Incyte has provided no evidence that a POSA would have selected Compound (I)/111 without the disclosures in Silverman. A POSA would have had no basis to select an octa-deuterated version of ruxolitinib from just the structure of ruxolitinib, because a POSA would have no idea whether deuteration would cause a positive, negative, or neutral effect on the

CONCERT EX. 2068
INCYTE v. CONCERT
PGR2021-00006

pharmacokinetic properties of the compound. Further, a POSA would have no reasonable expectation that Compound (I)/111 would be a safe and efficacious treatment for AA, as the magnitude of any potential effect from deuteration would not be known.

**B. A POSA Would Not Have Selected Compound (I)/111 Based on the Disclosures in Silverman Alone**

56. A POSA, looking at the disclosures in Silverman, would not have selected Compound (I)/111 for development. Silverman discloses a broad genus and a number of specific species, but only has in vitro data for three compounds: Compounds 103, 107, and 127. Ex. 1002 at Table 3; Example 4. The data shows the metabolic stability of these compounds compared to ruxolitinib using Human 3A4 Supersomes:

TABLE 3

Metabolic Stability of Compounds 103, 107 and 127 versus
Ruxolitinib in Human CYP3A4 Supersomes ™

| | $t_{1/2}$ (minutes) | | |
| Compound | Experiment 1 | Experiment 2 | Ave ± SD |
|---|---|---|---|
| Ruxolitinib | 14.5 | 14.5 | 14.5 ± 00 |
| Compound 103 | 17.5 | 16.3 | 16.9 ± 0.9 (17%*) |
| Compound 107 | 18.4 | 17.0 | 17.9 ± 1.0 (23%*) |
| Compound 127 | 31.4 | 32.1 | 32.0 ± 0.5 (121%*) |

*% Δ = [(deuterated species) − (nondeuterated species)](100)/(nondeuterated species)

Ex. 1002 at Table 3; Example 4.

CONCERT EX. 2068
INCYTE v. CONCERT
PGR2021-00006

57.    Given the unpredictable nature of deuteration, a POSA would not have selected Compound (I)/111 over Compounds 103, 107, and 127.  Compounds 103, 107, and 127 all showed beneficial in vitro properties, which is a necessary first step in the development of the therapeutic target, while there is no disclosure of activity for Compound (I)/111.  Based solely on the disclosures in Silverman, Compound (I)/111 is nothing more than an entry on a table, offering a structure without anything more.  A POSA would have no motivation to select a compound without any knowledge of its in vitro properties, particularly over other compounds with known beneficial in vitro characteristics.  A POSA would also have no reasonable expectation of success in creating a treatment for AA based on the disclosures of Silverman, because there is not any evidence to suggest beneficial properties.

## C.    A POSA Would Not Have Selected Compound (I)/111 Based on the Disclosures of Silverman and the 2015 Uttamsingh Declaration

58.    If a POSA were to consider the disclosures of Silverman in conjunction with the disclosures in the 2015 Uttamsingh Declaration, the POSA would still not have selected Compound (I)/111 for development.  A POSA would use the available in vitro data to select the most promising compound for future development.  With deuterated compounds, the most promising candidate is the one that has the greatest increase in metabolic stability as compared to the

CONCERT EX. 2068
INCYTE v. CONCERT
PGR2021-00006

protonated compound. Both Silverman and the 2015 Uttamsingh Declaration provide information about relative metabolic stability compared to ruxolitinib in an in vitro assay using Human 3A4. Ex. 1002 at Table 3, Example 4; Ex. 1045 at 407.

59. As discussed above, Silverman provides data for Compounds 103, 107, and 127, while the 2015 Uttamsingh Declaration provided information for Compounds 103, 107, and 111. The table below summarizes the percent change as compared to ruxolitinib:

|  | Silverman | 2015 Uttamsingh Decl. |
|---|---|---|
| Compound 103 | 17% | 23% |
| Compound 107 | 23% | 29% |
| Compound 111 | NA | 80% |
| Compound 127 | 121% | NA |

Ex. 1002 at Table 3, Example 4; Ex. 1045 at 407.

60. A POSA, looking at this data, would have selected Compound 127 over Compound 111, because Compound 127 has significantly better metabolic stability. Although the data for these two compounds come from assays conducted at different times, the similar data for Compounds 103 and 107 across both assays suggests the two assays are comparable.

CONCERT EX. 2068
INCYTE v. CONCERT
PGR2021-00006

### D. There Is No Reasonable Expectation of Success that Compound (I)/111 Would Be Safe and Efficacious

61. A POSA would not have had a reasonable expectation of success in developing a safe and efficacious treatment of AA using Compound (I)/111 because even if a POSA would have believed that deuteration would improve metabolic stability—and therefore positively impact efficacy—the POSA would not know what impact deuteration would have on safety. When the metabolic exposure of a drug is increased, there can be positive impacts on the efficacy of drug, but there can also be negative impacts on safety due to increased side effects.

62. Dr. Patterson's assertion that a POSA would simply lower the dose to overcome safety concerns ignores the fact that achieving just the right balance of efficacy and safety—that is, determining whether or not there is a therapeutic window[9] at any dose, and if so, what that dose is—is highly unpredictable. Dr. Patterson suggests that even if side effects were a concern with Compound (I), the POSA could simply lower the dose. This approach does not solve the problem—first, if deuteration provides beneficial effect, but requires further dose reduction because of side effects, there may be no net benefit from deuteration, but more

---

[9] A therapeutic window is the range where a drug has beneficial effect without having an adverse response. It is drug and disease state dependent. For some drug candidates, there could be no therapeutic window, because dose limiting side effects could occur at doses lower than that needed for beneficial effect. Therapeutic windows can only be determined based on clinical trials in human patients.

CONCERT EX. 2068
INCYTE v. CONCERT
PGR2021-00006

importantly, there is simply no way to predict whether Compound (I) would be

safe and effective *at any dose* without in vivo and human testing.

CONCERT EX. 2068
INCYTE v. CONCERT
PGR2021-00006

UNITED STATES PATENT AND TRADEMARK OFFICE
_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD
_____

INCYTE CORPORATION,

Petitioner,

v.

CONCERT PHARMACEUTICALS, INC.,

Patent Owner.


_____

Case IPR <u>Unassigned</u>
Patent 9,249,149
_____


**DECLARATION OF F. PETER GUENGERICH, Ph. D. IN SUPPORT OF
PETITION FOR *INTER PARTES* REVIEW OF
CLAIMS 1 – 15 OF U.S. PATENT NO. 9,249,149**

1

Incyte Corp., Ex. 1002-p.1

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

"Human Cytochrome P450s: The Work of Frederick Peter Guengerich," *The Journal of Biological Chemistry*, 287:19, pp. 15798-800 (2012)(Ex. 1023).

47.     A very common hepatic metabolism mechanism facilitated by cytochrome P450 enzymes is the oxidation of a C–H group in a molecule to form a C–OH group, which in many cases, allows the body to eliminate the compound more efficiently.  See, e.g., Ex. 1008; Ex. 2022.  A simplified schematic to illustrate this process is as follows:



48.     Many drugs show C–H bond breaking during their metabolism. Usually (>95%) of the C–H bond breaking reactions are catalyzed by enzymes in the P450 family. Rendic, S., and Guengerich, F. P. Contributions of human enzymes in carcinogen metabolism. *Chemical research in toxicology* **25**, pp. 1316-1383 (2012) (Ex. 2024)(reviewing the state of the art prior to 2012).  Thus, replacing protium hydrogen (H, or $^1$H) in a C–H bond with a bond that is less labile is an attractive strategy for reducing the metabolism of a compound.  See, e.g., Exs. 1006; 1008; 1010; 1013.

**B.      Deuterated Analogs of Known Active Compounds**

49.     It has been understood for many decades that a common process in drug metabolism is the oxidation of a C–H group in a molecule to form a C–OH

Incyte Corp., Ex. 1002-p.25

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

group, so there is potential benefit to strengthening a C–H to make it more difficult to break or oxidize, if one desires to slow drug metabolism. Foster, A. B., et al, "Isotope effects in *O*- and *N*-demethylations mediated by rat liver microsomes: an application of direct insertion electron impact mass spectrometry," *Chem Biol Interact* **9**, 327-340 (1974) (Ex. 1025)

50. One general basis for placing a deuterium ("D") atom in a drug molecule is to slow the metabolism and therefore the clearance of the drug. See, e.g., Exs. 1006, 1008, 1013. Since deuterium is heavier than hydrogen, it forms significantly stronger bonds with carbon resulting in differentiated ADME (Adsorption, Distribution, Metabolism and Excretion). This offers a number of potential clinical benefits, including (i) improved safety by inhibiting the formation of toxic metabolites and reducing drug-drug interactions, (ii) better tolerability through reduction of overall dose and $C_{max}$ (maximum plasma concentration of drug achieved), and (iii) enhanced efficacy by increasing bioavailability, AUC (area under the curve for drug ), and $C_{min}$ with minimal impact on $C_{max}$. Exs. 1006; 1008; 1013. Deuteration may also block elimination pathways enhancing the formation of active metabolites or toxic products. Nelson, S. D., and Trager, W. F. "The use of deuterium isotope effects to probe the active site properties, mechanism of cytochrome P450-catalyzed reactions, and mechanisms of

Incyte Corp., Ex. 1002-p.26

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

metabolically dependent toxicity," *Drug Metabolism and Disposition* **31**, 1481-1498 (2003) (Ex. 1026) (and references cited therein).

51.    The underlying basis of this is the concept of a kinetic isotope effect ("KIE").  The concept of the KIE has been well known for a number of decades.  It was predicted in 1932/1933 immediately after the discovery of deuterium, and "The Deuterium Isotope Effect" was extensively reviewed by Wiberg in 1955.  See Exs. 1008; 1013 (discussing history of deuterium isotope effect).  The first application to P450 drug metabolism was that of Elison et al. 1961 on the N-demethylation of morphine, which is recognized today as a cytochrome P450 reaction. *Id.*

52.    Replacing protium hydrogen (H, or $^1$H) in a C–H bond with D (*i.e.*, $^2$H) to form a C–D bond makes a nine-times stronger bond and gives rise to what is termed a kinetic (deuterium) isotope effect.  *Id.*  That is, if the rate of the breaking of a C–H bond is at least partially "rate-limiting" in the overall process of drug metabolism/elimination, then a drug will be cleared more slowly from the body when the protium hydrogen is substituted with deuterium due to the stronger C–D bond, which is more difficult to break. See, e.g., Exs. 1008; 1010; 1013.  This KIE has been applied to biological or pharmaceutical compounds since at least the 1960s. Ex. 1009, p. 2 (citing attempts to block enzymatic oxidation of morphine by deuteration in "*Science* **1961**, 234 1078.").

Incyte Corp., Ex. 1002-p.27

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

53.     In my opinion, a POSA at the relevant time period would have understood that with known hydroxylated metabolism at a methylene, there is _almost always_ at least some deuterium isotope effect (e.g., the C-H bond-breaking step is at least partially rate limiting in the overall process of drug metabolism/elimination). This conclusion can be gleaned from the whole of the art available to a POSA around June of 2012. For example, I authored a review article published in 2013 – citing almost entirely references from before June, 2012 – that came to this very conclusion. See Guengerich, F. Peter. "Kinetic deuterium isotope effects in cytochrome P450 oxidation reactions." _Journal of Labelled Compounds and Radiopharmaceuticals_ 428-431 (2013) (Ex. 1012), citing:

- Guengerich, F.P., Krauser, J.A., and Johnson, W.W. (**2004**) _Biochemistry 43,_ 10775-10788. "Rate-Limiting Steps in Oxidations Catalyzed by Rabbit Cytochrome P450 1A2."

- Yun, C.-H., Kim, K-H., Calcutt, M.W. and Guengerich, F.P. (**2005**) _J. Biol. Chem. 280,_ 12279-12291. "Kinetic Analysis of Oxidation of Coumarins by Human Cytochrome P450 2A6."

- Krauser, J.A., and Guengerich, F.P. (**2005**) _J. Biol. Chem. 280,_ 19496-19506. "Cytochrome P450 3A4-Catalyzed Testosterone 6$\beta$-Hydroxylation: Stereochemistry, Kinetic Deuterium Isotope Effects, and Rate-limiting Steps."

- Guengerich, F. P., Miller, G.P., Hanna, I.H., Sato, H., and Martin, M.V. (**2002**) _J. Biol. Chem. 277,_ 33711-33719. "Oxidations of

Incyte Corp., Ex. 1002-p.28

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

Methoxyphenethylamines by Cytochrome P450 2D6. Analysis of Rate-limiting Steps."

- Yun, C-H., Miller, G.P., and Guengerich, F.P. (**2000**) *Biochemistry 39,* 11319-11329. "Rate-determining Steps in Phenacetin Oxidations by Human Cytochrome P450 1A2 and Selected Mutants."

- Bell, L.C., and Guengerich, F.P. (**1997**) *J. Biol. Chem. 272*, 29643-29651. "Oxidation Kinetics of Ethanol by Human Cytochrome P450 2E1. Rate-limiting Product Release Accounts for Effects of Isotopic Hydrogen Substitution and Cytochrome $b_5$ on Steady-state Kinetics."

- Bell-Parikh, L.C., and Guengerich, F.P. (**1999**) *J. Biol. Chem. 274*, 23833-23840. "Kinetics of Cytochrome P450 2E1-Catalyzed Oxidation of Ethanol to Acetic Acid via Acetaldehyde."

- Chowdhury, G., Calcutt, M.W., Nagy, L.D., and Guengerich, F.P. (**2012**) *Biochemistry 51,* 9995-10007. "Oxidation of Methyl and Ethyl Nitrosamines by Cytochromes P450 2E1 and 2B1."

- Chowdhury, G., Calcutt, M.W., and Guengerich, F.P. (**2010**) *J. Biol. Chem. 285,* 8031-8044. "Oxidation of *N*-Nitrosodimethylamine and *N*-Nitrosodiethylamine by Human Cytochrome P450 2A6: Sequential Oxidation to Aldehydes and Carboxylic Acids and Analysis of Reaction Steps."

- Shinkyo, R., and Guengerich, F.P. (**2011**) *J. Biol. Chem. 286*, 4632-4643. "Cytochrome P450 7A1 Cholesterol 7$\alpha$-Hydroxylation. Individual Reaction Steps in the Catalytic Cycle and Rate-limiting Ferric Iron Reduction."

Incyte Corp., Ex. 1002-p.29

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

- The one reaction where we could *not* detect a KIE was cholesterol 7α-hydroxylation, and we showed that this was because the reduction step was rate limiting. Shinkyo, R., and Guengerich, F.P. (**2011**) *J. Biol. Chem. 286*, 4632-4643. "Cytochrome P450 7A1 Cholesterol 7α-Hydroxylation. Individual Reaction Steps in the Catalytic Cycle and Rate-limiting Ferric Iron Reduction."

54.     The basic effect of a KIE (due to deuterium substitution) is to slow a hydroxylation reaction, catalyzed by an enzyme such as cytochrome P450, monoamine oxidase, or aldehyde oxidase. Exs. 1006, 1008, 1013. A basic representation of this effect is shown in the following figure. As can be seen, the bond between a carbon and deuterium is stronger than a carbon hydrogen bond (represented by the thicker line). This results in a slower formation of drug metabolite where the drug is oxidized to contain a C–OH group.



Incyte Corp., Ex. 1002-p.30

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

**Appx10118**

55.     Deuteration offers a further benefit in that deuterium and hydrogen are very similar in size and electronic properties.  Thus, deuterium-substituted compounds retain their molecular shape and their basic electronic properties, and therefore, have selectivity and potency comparable to their hydrogen analogs.  See, e.g., Concert Precision Deuterium Chemistry Backgrounder (Ex. 1006).

56.     As of 2012, it was well understood that deuterated analogs of known drugs were serious targets for the pharmaceutical industry.  In fact, at least three pharmaceutical companies – Auspex, Protia, and Concert – had been established with a business model on synthesizing deuterated analogs of known pharmaceutical compounds.  In 2009, a popular trade journal – Chemical & Engineering News (see above) – highlighted deuteration strategy as the "latest retro rage in the pharmaceutical world."  *See* A. Yarnell, "Heavy-Hydrogen Drugs Turn Heads, Again," *Chem. Eng. News, 87*(25):36-39 (2009) (Ex. 1013). As the CEO of Auspex is quoted as saying, "The easiest way to find a drug is to start with one." *Id*. at 5.

57.     In addition to increased interest, there were a number of purported "successes" in deuteration strategy in the years immediately preceding the earliest possible priority date of the '149 Patent.  For example, in 2009 Concert agreed to license a deuterated version of Bristol-Myers Squibb's ("BMS") HIV protease inhibitor Reyataz® to BMS for $35 million up front and up to $1 billion in

Incyte Corp., Ex. 1002-p.31

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

milestone payments in addition to double-digit royalty percentages if a marketed product resulted. *Id.* at 3.

58. Further, each of Auspex, Protia, and Concert reported successful deuteration results for a number of other known pharmaceutical compounds prior to the earliest possible priority date of the '149 Patent, including the following:

| Patent No. | Title | Earliest Priority Date | Exemplary publication | Known Compound deuterated and then claimed and/or described by Concert |
|---|---|---|---|---|
| 7,514,068 | Biphenyl-pyrazolecarboxamide compounds | Nov 8, 2005 | Mar 22, 2007 US 2007/0066657 A1 | Compound 1 (rimonabant also known as N-(piperidin-1-yl)-5-(4-chlorophenyl)-1-(2,4-dichlorophenyl)-4-methyl-1H-- pyrazole-3-carboxamide); U.S. Pat. No. 6,344,474; and<br><br>Compound 1A (Surinabant also known as 5-(4-bromophenyl)-1-(2,4-dichlorophenyl)-4-ethyl-N-(1-piperidinyl)-1H-pyrazole-3-carboxamide); WO 2005/046689 |
| 7,678,914<br><br>8,450,492 | Deuterated benzo[D][1,3]-dioxol derivatives | Jul 29, 2005 | Aug 16, 2007 US 2007/0191432 A1<br><br>Sep 2, 2010 US 2010/0222589 A1 | Compound 1 (paroxetine (Paxil®)) |
| 7,863,274 | Deuterium | Jul 29, | Aug 16, | Tadalafil |

Incyte Corp., Ex. 1002-p.32

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

| Patent No. | Title | Earliest Priority Date | Exemplary publication | Known Compound deuterated and then claimed and/or described by Concert |
|---|---|---|---|---|
| | enriched analogues of tadalafil as PDE5 inhibitors | 2005 | 2007 US 2007/0191381 A1 | |
| 8,343,950 | Quinazoline derivatives and methods of treatment | Dec 15, 2006 | Jul 10, 2008 US 2008/0166358 A1 | Erlotinib |
| 8,552,008 | Deuterated 3-(dihydro-1*H*-pyrazolo[4,3-D]pyrimidin-5-yl)-4-propoxybenzenesulfonamide derivatives and methods of use | Oct 20, 2006 | Aug 7, 2008 US 2008/0188496 A1 | Udenafil |
| 8,759,383 9,233,938 | Inhibitors of cholesterol ester transfer protein | Mar. 16, 2007 | Oct 2, 2008 US 2008/0242711 A1 | Anacetrapib |
| 8,198,305 | 1,2-Benzisoxazol-3-yl compounds | Apr 13, 2007 | Oct 16, 2008 US 2008/0255194 A1 | Iloperidone |
| 7,528,131 | Substituted morpholinyl | Apr 19, 2007 | Oct 23, 2008 | Mosapride, known as Gasmotin® |

Incyte Corp., Ex. 1002-p.33

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

| Patent No. | Title | Earliest Priority Date | Exemplary publication | Known Compound deuterated and then claimed and/or described by Concert |
|---|---|---|---|---|
| | compounds | | US 2008/0261983 A1 | |
| 7,820,666 | Tetrahydrot riazolo-pyrazine derivatives and uses thereof | May 8, 2007 | Nov 13, 2008 US 2008/0280913 A1 | Sitagliptin |
| 7,608,737 | Naphthyl(et hyl) Acetamides | May 1, 2007 | Nov 13, 2008 US 2008/0280908 A1 | Agomelatine |
| 7,973,049 8,188,110 8,541,436 8,710,072 9,314,440 9,072,711 | Morphinan compounds | May 1, 2007 | Nov 13, 2008 US 2008/0280936 A1<br><br>Dec 15, 2011 US 2011/0306627 A1<br><br>Oct 20, 2011 US 2011/0257214 A1 | Dextromethorphan, marketed as Zenvia® and Neurodex® |
| 7,943,620 | Anti-anginal compounds | Mar 7, 2007 | Dec 25, 2008 US 2008/0318969 A1 | Ranolazine |

Incyte Corp., Ex. 1002-p.34

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

| Patent No. | Title | Earliest Priority Date | Exemplary publication | Known Compound deuterated and then claimed and/or described by Concert |
|---|---|---|---|---|
| 8,071,596 8,080,549 | Endothelin receptor antagonists | Jan 12, 2007 | Jan 1, 2009 US 2009/0005394 A1 | Bosentan |
| 8,013,007 | Alpha 1A-adrenoceptor antagonists | Feb 26, 2007 | Jan 8, 2009 US 2009/0012112 A1 | Silodosin |
| 7,687,509 | Pyrimidinecarboxamide derivatives | Jul 9, 2007 | Feb 5, 2009 US 2009/0035324 A1 | Raltegravir |
| 8,796,267 | Oxazolidinone derivatives and methods of use | Oct 23, 2006 | Apr 9, 2009 US 2009/0093422 A1 | Linezolid |
| 8,410,124 | Deuterated etravirine | Oct 18, 2007 | Apr 23, 2009 US 2009/0105147 A1 | Etravirine |
| 7,985,750 | Substituted oxazolidinone derivatives | Aug 14, 2007 | May 28, 2009 US 2009/0137535 A1 | Rivaroxaban |
| 7,994,194 | 4-Oxoquinoline derivatives | Sep 12, 2007 | Jun 4, 2009 US 2009/0143427 A1 | Elvitegravir |
| 8,338,425 | Heterocyclic kinase inhibitors | Dec 10, 2007 | Jun 11, 2009 US | Dasatinib |

35

Incyte Corp., Ex. 1002-p.35

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

| Patent No. | Title | Earliest Priority Date | Exemplary publication | Known Compound deuterated and then claimed and/or described by Concert |
|---|---|---|---|---|
| | | | 2009/014939 9 A1 | |
| 7,855,204 9,133,137 | Derivatives of gefitinib | Jan 22, 2008 | Jul 23, 2009 US 2009/018599 9 A1<br><br>Mar 10, 2011 US 2011/005904 6 A1 | Gefitinib |
| 8,084,464 | Tetrahydroi soquinoline derivatives | Dec 18, 2007 | Jul 30, 2009 US 2009/019218 8 A1 | Almorexant |
| 8,367,674 | Piperazine derivatives | Apr 17, 2008 | Oct 29, 2009 US 2009/027033 6 A1 | Vicriviroc |
| 8,592,487 | Deuterated darunavir | Oct 26, 2007 | May 6, 2010 US 2010/011358 9 A1 | Darunavir |
| 8,318,754 9,107,922 | Pyrimidinec arboxamide derivatives | Jul 9, 2007 | Jun 17, 2010 US 2010/015221 4 A1 | Raltegravir |
| 8,349,817 8,357,674 8,765,723 | Analogues of cilostazol | Apr 25, 2007 | Sep 30, 2010 US 2010/02490 | Cilostazol |

Incyte Corp., Ex. 1002-p.36

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

| Patent No. | Title | Earliest Priority Date | Exemplary publication | Known Compound deuterated and then claimed and/or described by Concert |
|---|---|---|---|---|
| | | | 79 A1 | |
| 8,158,805 8,258,309 | Azapeptide derivatives | Jun 12, 2007 | Jan 13, 2011 US 2011/0009355 A1 | Atazanavir |
| 8,952,016 9,035,050 9,492,457 9,493,463 | Substituted xanthine derivatives | Feb 29, 2008 | Mar 10, 2011 US 2011/0059995 A1 | pentoxifylline and its metabolites |
| 8,501,738 | Substituted triazolo-pyridazine derivatives | Jun 23, 2009 | Mar 17, 2011 US 2011/0065711 A1 | TPA-023 |
| 8,609,673 | Vandetanib derivatives | Jan 22, 2008 | May 19, 2011 | Vandetanib |
| 8,278,460 | Substituted benzimidazoles | Oct 15, 2009 | Jul 14, 2011 US 2011/0172280 A1 | NS11394 |
| 8,513,434 8,575,361 9,273,009 | Tetrahydronaphthalene derivatives | Mar 2, 2010 | Sep 29, 2011 US 2011/0237635 A1 | Mibefradil |
| 8,704,001 9,108,902 | Deuterated 2-amino-3-hydroxypropanoic acid derivatives | Sep 16, 2008 | Oct 13, 2011 US 2011/0251131 A1 | Lacosamide |
| 8,575,221 | Derivatives of | Mar 17, 2010 | Oct 20, 2011 | Dimethylcurcumin |

Incyte Corp., Ex. 1002-p.37

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

| Patent No. | Title | Earliest Priority Date | Exemplary publication | Known Compound deuterated and then claimed and/or described by Concert |
|---|---|---|---|---|
| | dimethylcurcumin | | US 2011/025771 A1 | |
| 8,227,464 | Substituted oxazolidinone derivatives | Aug 14, 2007 | Nov 17, 2011 US 2011/0281828 A1 | Rivaroxaban |
| 9,045,453 | Substituted dioxopiperidinyl phthalimide derivatives | Nov 14, 2008 | Nov 24, 2011 US 2011/0288126 A1 | Lenalidomide |
| 8,461,197 9,051,261 9,309,182 | 4-Hydroxybutyric acid analogs | Apr 23, 2009 | May 17, 2012 US 2012/0122952 A1 | sodium oxybate marketed as Xyrem® |
| 8,563,554 9,199,986 9,206,179 | Deuterated pyrazino[2,1-*a*]isoquinolines for the treatment of diseases and/or conditions | Mar. 17, 2009 | Jun 14, 2012 US 2012/0149709 A1 | Praziquantel |
| 8,410,082 | Fluorinated diaryl urea derivatives | May 22, 2009 | Sep 20, 2012 US 2012/0237474 A1 | Sorafenib |
| 8,404,737 9,296,689 | Substituted isoindoline-1,3-dione | Jun 18, 2009 | Oct 4, 2012 US 2012/025280 | Apremilast |

Incyte Corp., Ex. 1002-p.38

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

Appx10126

| Patent No. | Title | Earliest Priority Date | Exemplary publication | Known Compound deuterated and then claimed and/or described by Concert |
|---|---|---|---|---|
| | derivatives | | 64 A1 | |

While I have not reviewed each of these patent publications, I believe they are relevant on the aggregate to show that a POSA would have been aware of the activity (and breadth of activity) in this field. The large number of filings on a diverse group of known pharmaceutical compounds would have suggested to a POSA that the Concert deuteration strategy had broad applicability.

59. Indeed the renewed interest in deuterated analogs of known pharmacologically active compounds can be seen in a figure from a textbook published in 2010, which provided context of the increased interest in terms of new patent application filings:

Incyte Corp., Ex. 1002-p.39

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006



**FIGURE 10.4.** Issued patents and published applications containing "deuterium" or "deuterated" in the claims and "pharmaceutical" in any field for 2005–2010. (Ex. 1008).

60.    I note that in many instances, the patents that included deuterated analogs of known pharmacologically active compounds relied on the novelty of the pharmacologically active compound, and so the chart does not suggest that deuterated analogs were *per se* novel over the art purely based on deuteration.

61.    Thus, it is my view that statement in Ex. 1008 – "site-selective deuteration is poised to become a standard strategic approach for both drug repositioning and discovery" – had actually occurred by 2012, and  site-selective deuteration *was* a standard strategic approach for both drug repositioning and discovery in 2012.  *See* Ex. 1008.

62.    Based on all of this activity between about 2007 and 2012, a POSA would have understood that site-selective deuteration of known compounds was a

Incyte Corp., Ex. 1002-p.40

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

popular and potentially lucrative area of the pharmaceutical industry that offered reduced research and development risk. See, e.g., Ex. 1013 (discussing the "latest retro rage," potential billion dollar deals); *see also* Harbeson, et al., Deuterium in Drug Discovery and Development, *Annual Report Med. Chem.*, vol. 46, pp. 403-417 (Ex. 1027)("In contrast to earlier reviews that were pessimistic about deuterium as an effective strategy for creating new drugs, recent reports suggest the opposite. More scientists in the pharmaceutical industry are now using deuterium as a tool to improve drug properties. With more deuterium-containing compounds entering clinical evaluation, it appears increasingly likely that the approach will succeed in producing important new medicines if preclinical indications of improvements in safety, tolerability, and/or efficacy are recapitulated in humans.").

### C.  Ruxolitinib

63.  At the earliest possible priority date of the '149 Patent, ruxolitinib was a well-established, pharmaceutical drug, which was first approved by the FDA in 2011 under the tradename Jakafi®. Ex. 1004. Ruxolitinib was recognized as a kinase inhibitor indicated for treatment of patients with intermediate or high-risk myelofibrosis, including primary myelofibrosis, post-polycythemia vera myelofibrosis, and post-essential thrombocythemia myelofibrosis. *Id.*

Incyte Corp., Ex. 1002-p.41

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

64. Ruxolitinib was also recognized as being active against alopecia. Indeed, a physician at Columbia University was developing ruxolitinib for the treatment of alopecia and had shown success in rodent models. *See* WO 2012/061537 (Ex. 1014) , published May 10, 2012 (Example 6, paragraph [00358], page 130, discloses *in vivo* preclinical studies using ruxolitinib (also referred to as INCB018424) in a mouse model for disease. I note that "INCB018424" was clearly understood as ruxolitinib, as shown by Shilling, et al. (Ex. 1005).

65. It is my understanding that, although the claims of the '149 Patent do not recite a specific use, Concert is developing deuterated ruxolitinib for the treatment of alopecia. See, e.g., Press Release "Concert Pharmaceuticals Announces CTP-543 Positive Top-Line Phase 1 Results," December 14, 2016 (Ex. 1015).

## VI. Claims 1-15 of the '149 Patent are Invalid as Obvious Over Jakafi® (ruxolitinib) Prescribing Information, Schilling and the Concert Backgrounder

66. As I explain below, it is my opinion that the subject matter of each claim in the '149 Patent would have been obvious to a POSA as of the earliest possible priority date in view of Jakafi® (ruxolitinib) Prescribing Information, Schilling, and the Concert Backgrounder.

Incyte Corp., Ex. 1002-p.42

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

### A. Teachings of Jakafi® (ruxolitinib) Prescribing Information, Shilling, and Concert Backgrounder

#### i. Jakafi® (ruxolitinib) Prescribing Information

67.    Jakafi® (ruxolitinib) Prescribing Information, which was first approved by the FDA in 2011. Thus, a POSA would have had access to this prescribing information as of 2011 and would have understood that ruxolitinib was a known FDA-approved drug with a known efficacy and safety that addressed a clinically validated target. (Ex. 1004.) The Jakafi® (ruxolitinib) Prescribing Information does not specifically disclose a deuterated form of ruxolitinib.

#### ii. Shilling

68.    Shilling, et al., *Drug Metabolism and Disposition*, *38*(11)2023-2031 (2010) (Ex. 1005) discloses known *in vivo* metabolites of ruxolitinib. For instance, Shilling discloses the following proposed metabolic pathways for ruxolitinib:

Incyte Corp., Ex. 1002-p.43

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006



Ex. 1005, p. 6.

69.    Examination of the tables in Shilling indicates that M18 is the dominant metabolite in the plasma and M16/27 is the dominant urinary product. Overall, the metabolites formed by hydroxylation of the cyclopentyl ring are dominant, and the alternate product M49, with oxidation on the azapurine C7 position, is only a minor product in all *in vivo* samples (e.g., ≤ 3%). Shilling at 5. Even if metabolic switching (addressed later) were to occur as a result of

Incyte Corp., Ex. 1002-p.44
CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

deuterium substitution, the increase would have to be enormous to "switch" completely to M49, in that M49 accounted for only 3% of the parent molecule. I am not aware of a situation where this type of metabolic switching has occurred, and even if it has in one or two instances, it would have been exceedingly rare.

70.     Thus, Shilling teaches a POSA that the oxidative metabolism "hotspot" on ruxolitinib is the cyclopentyl ring, and this hotspot is not prone to switching to a different portion of the molecule.

### iii.     Concert Precision Deuterium Chemistry Backgrounder

71.     Concert's "Precision Deuterium Chemistry Backgrounder" (2007) ("Concert Backgrounder") (Ex. 1006) provides Concert's own description of its so-called "Precision Deuterium Chemistry" platform. In effect, Concert explains to a POSA that "Precision Deuterium Chemistry" is applicable to drugs with known efficacy and safety that address clinically validated targets where metabolic "hotspots" have been identified from literature reports.

72.     The Concert Backgrounder indicates that the magnitude and nature of the deuterium benefit cannot be predicted *a priori*, and that Concert must test multiple compounds in a range of assays to identify those that are differentiated, but the publication goes on to say that this approach allows Concert to "rapidly create novel, differentiated compounds with substantially reduced R&D risk, time and expense."

Incyte Corp., Ex. 1002-p.45

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

73.     It is my view that this "substantially reduced R&D risk, time and expense" is a result of the relative ease and predictability of producing deuterated analogs of known pharmacologically-active compounds and suggests to a POSA a reasonable expectation of success – even if, as Concert alleges, *a priori* predictability is not present.

74.     In effect, Concert is doing nothing more than routine optimization by deuterating at known metabolic hotspots.  In fact, the Concert Backgrounder specifically instructs one to look at compounds with "[m]etabolic 'hotspots' []" identified from literature reports of *in vivo* metabolism."  Ex. 1006, p. 4.  The Concert Backgrounder illustrates the benefits of "Precision Deuterium Chemistry" for the known pharmaceutical compound torcetrapib.  The Concert Backgrounder shows 12 deuterated analogs of torcetrapib (A-L) and provides *in vitro* metabolic stability results for these analogs in a human liver microsome ("HLM") assay.  Concert's conclusion is that the metabolic stability of certain deuterated analogs is surprising.  However, a POSA would have found nothing surprising about these results based on the known metabolic hotspots.

75.     The results from the Concert Backgrounder are in line with what a POSA would have expected, despite Concert's statement that the results were surprising because the prior art literature suggests that analogs that contain a fully deuterated ethoxy side chain would be the stabilized analogs.  Specifically, the

Incyte Corp., Ex. 1002-p.46

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

reports of *in vivo* and *in vitro* HLM metabolism of torcetrapib (Dalvie *et al.*, Ex.
1020) discloses several major and minor metabolites of torcetrapib, which are
illustrated in the following table:

| Metabolite | Structure |
|---|---|
| M2 | |
| M3 | |
| M4 | |
| M5A and M5B | |
| M6A and M6B | |
| M7 | |

Incyte Corp., Ex. 1002-p.47

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

| Metabolite | Structure |
|---|---|
| M11A, M11B, M11C, and M11D | |
| M12 | |
| M13 | |
| M22 | |
| M24 | |

Incyte Corp., Ex. 1002-p.48

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

**Appx10136**

| Metabolite | Structure |
|---|---|
| M25 | |

76.    As is evident from the above list, <u>every single metabolite</u> of torceptrapib depicted in Dalvie undergoes initial oxidative decarbamoylation at the 1-position, which is at the ethoxycarbamoyl group on the tetrahydroquinoline ring, followed by extensive further oxidation and modification at the 2-ehtyl and methoxycarbamoyl group.  While the Concert Backgrounder shows deuterated analogs A to L of torcetrapib in Figure 3b, the studies reported by Dalvie show that the metabolism overwhelmingly <u>first</u> takes place *via* CYP 3A4-mediated oxidative decarbamoylation at the position circled in the following figure:

77.    In fact, when the circled position is fully deuterated (analogs A to F), metabolism is altered, but when this position is not fully deuterated (analogs G to

Incyte Corp., Ex. 1002-p.49

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

L), metabolism is not altered. *See* Figure 3c of the Concert Backgrounder. This suggests that this deuteration strategy is <u>even more predictable</u> than it appears from the Concert Backgrounder because analogs G to L would have been expected not to block metabolism. Thus, of the 12 deuterated torcetrapib analogs depicted in the Concert Backgrounder, six would have been expected to block metabolism at the circled position and, not unexpectedly, those six analogs were the ones that achieved metabolic stabilization.

78.    I am also aware that Concert has previously submitted several declarations in support of the surprising and unexpected *in vivo* or *in vitro* kinetic isotope effects for various deuterated compounds. For example, in a declaration signed by Concert Pharma expert Vinita Uttamsingh, filed August 16, 2011 (Ex.1028), kinetic isotope effects are reported for cilostazol, which is primarily metabolized by CYP3A4 to 3,4-dehydrocilostazol and by CYP3A5/CYP2C19 to 4-*trans*-hydroxycilostazol.

Incyte Corp., Ex. 1002-p.50

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006



79.     The Concert declaration describes a HLM assay for determining the *in vitro* half-life ($t_{1/2}$) for 9 compounds, including the un-deuterated cilostazol and dehydrocilostazol.  The results demonstrate that all of the tested deuterated compounds showed an increase in $t_{1/2}$ over the corresponding un-deuterated form.  Thus, *in vitro* testing using human liver microsomes expectedly resulted in an increase in the overall metabolic stability for the deuterated metabolites.  Further, both cilostazol and dehydrocilostazol—having a fully deuterated cyclohexyl ring— demonstrated an increase in $t_{1/2}$ over the un-deuterated cilostazol, whereas the compounds that lacked a per-deuterated cyclohexyl ring demonstrated a either similar or decreased $t_{1/2}$ over cilostazol.  Thus, kinetic isotope effects are observed as a result of the complete deuteration of the aliphatic cyclohexyl ring in cilostazol.

Incyte Corp., Ex. 1002-p.51

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

cilostazol

Compound 100

Compound 101

Compound 106

Compound 107

Compound 112

dehydrocilostazol

Compound 110

Compound 113

80. Among the "tinib" group of drugs, Concert Pharma has submitted declarations to corroborate the surprising and unexpected kinetic isotopic effects of deuterated forms of erlotinib (Ex.1028, August 5, 2009). Erlotinib is extensively metabolized predominantly by CYP3A4 via three pathways, namely, *O*-demethylation of the side chains followed by oxidation to a carboxylic acid, oxidation of the acetylene moiety to a carboxylic acid, and hydroxylation of the aromatic ring. The declaration submitted by Concert (Ex.1028) reported kinetic isotope effects (40% increase in $t_{1/2}$ in HLM, 30% increase in $t_{1/2}$ in MLM, 35% increase in $C_{max}$, 43% increase in $AUC_{INF}$, and 51% increase in $AUC_{last}$) for the

Incyte Corp., Ex. 1002-p.52

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

fully deuterated 2-methoxyethyoxy side chain containing compound compared to erlotinib.

**Erlotinib**

81. The declarations submitted by Concert to the USPTO are predictably based on the same concept as that outlined in the Concert Backgrounder, which is, routine optimization by deuteration of compounds at the known metabolic "hotspots," identified from literature reports. In view of the above prior assertions by Concert, the kinetic isotope effects reported in the declaration of Vinita Uttamsingh, filed July 30, 2015 ("Uttamsingh Declaration") (Prosecution History of U. S. Pat. No. 9,249,149, Exhibit E, Tables 1 and 2)(Ex. 1009) are neither surprising nor unexpected or unpredictable.

82. I note that my opinion that Concert was doing nothing more than routine optimization by deuteration at metabolic hotspots is further supported by Concert's own contemporaneous statements, such as in a poster from 2012 for deuterated analogs of ivacaftor, where Concert stated that the known "metabolic properties made ivacaftor a promising candidate for <u>optimization</u> via our deuterium

Incyte Corp., Ex. 1002-p.53

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

Appx10141

technology." Morgan, et al., Design and Synthesis of Deuterated Analogs of Ivacaftor With Enhanced Pharmacokinetic Properties (Ex 1029).

### B. Motivation to Combine

83.     The Concert Backgrounder provides a POSA with motivation to apply "Precision Deuterium Chemistry" to ruxolitinib given the known metabolic "hotspots" on the cyclopentyl, as shown in Shilling (Ex. 1005), and given the known efficacy and safety that address a clinically validated target.

84.     In fact, given this information, ruxolitinib was an ideal candidate for the procedure outlined in the Concert Backgrounder.  The results on metabolism presented by Shilling in 2010 indicate that the metabolism is largely restricted to the cyclopentyl ring.  Hydroxylations occur and then there is some glucuronidation of the resulting secondary alcohols.  The extent of *in vivo* oxidation at other parts of the molecule (deazapurine ring system) is minimal (<5%).  The cyclopentyl sites are sp3-hybridized and very capable of producing kinetic isotope effects upon deuteration.  The very low fraction of oxidation at other sites (e.g. M18, corresponding to C-7 oxidation) suggests that metabolic switching will be minimal (see discussion below).

85.     Furthermore, a POSA would have deuterated at the site corresponding to $Y^2$ and/or $Y^3$ in Formula A or Formula I of the claims of the '149 Patent.  In each instance, one would have deuterated at <u>every</u> $Y^2$ and/or <u>every</u> $Y^3$.  This is

Incyte Corp., Ex. 1002-p.54

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

because the number of deuterated compounds that a POSA would prepare to test is not large, especially in light of the information in Shilling describing the known metabolites of ruxolitinib. It would make no scientific sense to deuterate selectively only some of one of the sites of the cyclopentyl ring (i.e., <u>some</u> of $Y^2$ or <u>some of</u> $Y^3$) because Shilling explains that metabolism occurs at <u>each</u> of the four secondary methylenes of the cyclopentyl ring. Furthermore, deuterating at only some of $Y^2$ or $Y^3$ would result in the formation of unwanted diastereomers and would leave C-H bonds at that same position (i.e., $Y^2$ or $Y^3$) that would still be prone to metabolism. Thus, given the known metabolic "hotspots" on the cyclopentyl moiety of ruxolitinib, the most reasonable deuterated analogs would have been the derivatives of claim 7:

, and .

86.    In particular, the octa-deuterated compound (i.e., the compound with 8 deuterium moieties) would have been expected to produce the largest KIE because it blocked metabolism at all four of the secondary methylenes of the cyclopentyl ring. However, the tetra-deuterated compounds (i.e., the compound

Incyte Corp., Ex. 1002-p.55

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

with four deuterium moieties on two methylenes) would have been expected to produce at least some KIE because they block metabolism at some of the primary sites of metabolism. However, the tetra-deuterated compounds leave open some of the sites of metabolism on the cyclopentyl ring, and thus, would not offer as complete of a block to the known metabolic pathways for ruxolitinib.

87. I note that each claim in the '149 Patent includes at least one of the above three analogs.

88. Furthermore, the pharmaceutical composition claims would have been evident from the information in, e.g., the Jakafi® (ruxolitinib) Prescribing Information (Ex. 1004), which shows FDA-approved pharmaceutical composition of un-deuterated ruxolitinib. Also, Shilling indicates that ruxolitinib was in Phase III trials as of 2010, and this would also teach a pharmaceutical composition. Ex. 1005, p.1. Given the similarities in activity of deuterated analogs in general, it would have been obvious to use the deuterated ruxolitinib analogs in a pharmaceutical composition and expect at least the same efficacy as ruxolitinib. See, e.g. Ex. 1013, p. 5 ("we've never seen any biologically relevant differences in target selectivity or potency of a drug when we deuterate it.").

C.     **Reasonable Expectation of Success**

89. It is clear from the prosecution history of the '149 Patent, and Concert's other publications, that the company has endeavored to create an

Incyte Corp., Ex. 1002-p.56

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

impression that there would have been no reasonable expectation of success in deuterating ruxolitinib or any number of other compounds. However, when the various publications and prosecution histories are reviewed, as a whole, there would have been a reasonable expectation of success in the case of ruxolitinib.

90. With respect to ruxolitinib, at the earliest possible priority date of the '149 Patent, it is my opinion that a reasonable expectation of success existed.

### i. Deuterated analogs of ruxolitinib would be expected to have at least the same potency as ruxolitinib

91. As an initial matter, I note that deuterated analogs of drugs were known generally in the art to perform *at least* as well as their undertreated counterparts. In fact, Concert's own CEO had stated as such, stating that Concert had "never seen any biologically relevant differences in target selectivity or potency of a drug when [they] deuterate it." Ex. 1013, p. 5.

92. Given the known efficacy and safety of ruxolitinib, the deuterated analogs claimed in the '149 Patent would have been expected to possess at least a similar efficacy and safety profile to that of ruxolitinib. While there may be some instances in the art where particular deuteration patterns channeled metabolism of a compound towards a toxic metabolite, no such situation exists for ruxolitinib. Concert's own later studies back up that their deuterated analog of ruxolitinib has a similar *in vivo* half-life comparable to the reported exposure for ruxolitinib. Ex. 1015

Incyte Corp., Ex. 1002-p.57

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

93.     It is my option, however, that a POSA would have had a reasonable expectation that at least the octa- and tetra-deuterated ruxolitinib analogs would have provided <u>improved</u> metabolic stability over ruxolitinib based on Schilling and the Concert Backgrounder.

### ii.     Deuteration on cyclopentyl ring would be expected to produce at least some KIE and stability to metabolism

94.     As an initial matter, I note that in the vast majority of cases, deuterium analogs do not adversely affect efficacy.  See, e.g., Exs. 1008; 1027.  As pointed out elsewhere (e.g., Ex. 1012 and the pre-2012 date papers cited therein) with a known hydroxylated metabolism at a methylene, there is *almost always* at least some deuterium isotope effect, and this conclusion can be gleaned from the whole of the art available to a POSA around June of 2012.

95.     To expand on this, there are some general predictions that can be made about the tendency for P450 reactions to show kinetic deuterium isotope effects.  For instance, amine *N*-dealkylation and aromatic hydroxylation reactions have low KIEs for mechanistic reasons and are generally not good candidates for application of deuterium isotope effects.  Okazaki, O., and Guengerich, F. P., "Evidence for specific base catalysis in N-dealkylation reactions catalyzed by cytochrome P450 and chloroperoxidase. Differences in rates of deprotonation of aminium radicals as an explanation for high kinetic hydrogen isotope effects observed with peroxidases." *The Journal of Biological Chemistry* **268**, 1546-1552

Incyte Corp., Ex. 1002-p.58
CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

(1993)(Ex. 1030). On the other hand, alkyl groups, such as methylenes in the cyclopentyl group of ruxolitinib, are possibilities for the successful application of deuterium isotope effects depending on what is rate-limiting in the particular P450 reaction. In my experience, and as seen throughout the art, with known hydroxylated metabolism at a methylene, there is almost always at least some deuterium isotope effect (e.g., the C-H bond breaking step is at least partially rate limiting). Guengerich, F. P., "Low kinetic hydrogen isotope effects in the dehydrogenation of 1,4-dihydro-2,6-dimethyl-4-(2-nitrophenyl)-3,5-pyridinedicarboxylic acid dimethyl ester (nifedipine) by cytochrome P-450 enzymes are consistent with an electron/proton/electron transfer mechanism," *Chemical Research in Toxicology* **3**, 21-26 (1990) (Ex. 1031); Guengerich, et al., "Rate-Limiting Steps in Oxidations Catalyzed by Rabbit Cytochrome P450 1A2" *Biochemistry 43,* 10775-10788 (**2004**)(Ex. 1032); Ex. 1030.

96. While I am aware of at least one paper (Fisher et al., *Curr. Opinion in Drug Discovery & Dev.*, 9:101-109 (2006)), which states that the C-H bond breaking step is generally not rate-limiting, I disagree with this conclusion because it is not in accord with the vast number of deuterated analogs that actually show some KIE, and thus, imply that the C-H bond breaking step is at least partially rate-limiting.

Incyte Corp., Ex. 1002-p.59

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

97. Aliphatic (alkyl) C–H bonds are oxidized by an oxidized form of P450, usually termed 'Compound I,' depicted as $FeO^{3+}$, illustrated in Scheme 1. This entity abstracts a hydrogen atom from the C–H bond, creating the two entities $Fe^{3+}$–OH and •C. The OH 'rebounds' to the carbon atom to form the alcohol product (C–OH).

Scheme 1

98. KIE values of 7, 8, or more are not unusual for *in vitro* experiments with *alkyl* C–H cleavage Ex. 1032; Ex, 1012 (and references cited therein). Thus, the substitution of deuterium for protium could have a KIE of ~ 10-fold in slowing rates of drug clearance, at least for alkyl groups, if the difference is expressed *in vivo*. On the other hand, with deuterium substitution on aryl rings, there is only precedent for a very minor KIE.

99. Aryl C–H bonds are broken in a related but different way. At least four mechanisms have been considered (Bush and Trager, 1982; Tomaszewski et al., 1975; Hanzlik et al., 1984; Darbyshire et al, 1996; Korzekwa et al., 1989; Ortiz de Montellano, 1995; Ortiz de Montellano and De Voss, 2005) but today there is general agreement on the mechanism as illustrated in Scheme 2 (Ortiz de Montellano and De Voss, 2005). The same form of P450 (the Compound I form, again depicted as $FeO^{3+}$) attaches to the phenyl ring to form an intermediate

Incyte Corp., Ex. 1002-p.60

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

complex. This is the only step catalyzed by the enzyme. The ketone product (third

structure from left in Scheme 2) now contains both H and D attached to the same

carbon, but this entity is unstable and rearranges to the alcohol (phenol) (C–OH)

(the major and minor structures in Scheme 2). The C–H bond is weaker and easier

to break than the C–D bond, so the products are alcohols with the C–H and C–D

bonds present. This transfer (of D to the neighboring carbon) is termed the 'NIH

Shift,' after the scientists at the National Institutes of Health (NIH) who first

reported it (Guroff et al., 1967).

Scheme 2

100.    For an alkyl C–H bond, the P450 enzyme is directly involved in its

oxidation, and increasing the bond strength (to C–D) has an effect on the rate of

oxidation. For an aryl C–H bond, the enzyme does an addition but does not break

the C–H/C–D bond. Therefore, one expects to see KIEs due to deuterium

substitution in alkyl groups but not aryl groups. In this regard, Tomaszewski et al.

(1975) state: "Comparison of rates of isomerization to phenols between suitably

deuterated arene oxides and their normal hydrogen congeners has shown this

reaction sequence to proceed without detectable isotope effects (Kasperek et al.,

Incyte Corp., Ex. 1002-p.61

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

1972). Furthermore, formation of an arene oxide from deuterated aromatic substrates should proceed without a significant isotope effect since carbon-hydrogen bonds are not broken in the oxidation. The general lack of isotope effects in formation of phenols from aromatic [aryl] substrates (Guroff and Daly, 1967; Daly and Jerina, 1969; Tanabe et al., 1967; Perel et al., 1967) is, therefore, compatible with the formation of arene oxide intermediates."

101. Thus, there was a strong expectation that a deuterated analog of ruxolitinib would have at least the same pharmacological effect as non-deuterated ruxolitinib. Indeed, this strong expectation is recognized by Concert as a "substantially reduced R&D risk." Ex. 1006. Indeed, Concert had admitted that they had "never seen any biologically relevant differences in target selectivity or potency of a drug when [they] deuterate it." Ex. 1013, p. 5.

102. Furthermore, there is a strong expectation that a deuterated analog of ruxolitinib would exhibit at least some KIE, especially deuteration at sites of known metabolism like the cyclopentyl ring. As mentioned above, almost every deuterated analog of a compound hydroxylated by P450s (at a particular site that has then been deuterated) shows at least some KIE. This would have been known by a POSA before the earliest possible priority date of the '149 Patent. For instance, see Ex. 1012, Fig. 2, and the references used in preparing this documents, which were all published before 2012.

Incyte Corp., Ex. 1002-p.62

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

103. The above information suggests that C-H bond breakage is at least in part a rate-limiting step. The basic premise of kinetic isotope effects is that a significant primary isotope effect is indicative of at least some contribution of C–H bond breaking as a rate-limiting step in the overall reaction (in the case of the cytochrome P450 reactions, the hydroxylation or equivalent oxidation step).

### iii. Synthesis of the octa- and tetra-deuterated ruxolitinib analogs was well within the abilities of a POSA.

104. I have reviewed the synthetic means outlined in the '149 Patent. Each of the octa- and tetra-deuterated ruxolitinib analogs were synthesized through well-known, standard synthetic procedures. Furthermore, the deuterated starting materials used by Concert were readily publically available. For instance, the only deuterated precursor necessary to prepare octa-deuterated ruxolitinib is 1,4-dibromobutane-$d_8$, which is listed on p. 919 of the 2009-2010 Aldrich catalog, (98 atom % D). Ex. 1031. Using well-established chemical procedures, a POSA could have synthesized octa-deuterated ruxolitinib using, e.g., a synthetic procedure similar to that outlined in the '149 Patent, p. 30, Scheme 5, Example 3. There is no real novelty in the synthesis of the deuterated precursor, nor in the straight forward synthetic procedures required to make octa-deuterated ruxolitinib. The same Aldrich catalog lists 2,2,3,3-$d_4$ 1,4,-dibromobutane for sale, which could have been used by a POSA to make tetra-deuterated ruxolitinib in a similar manner to the octa-deuterated ruxolitinib analog.

Incyte Corp., Ex. 1002-p.63

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

Appx10151

105.     Thus, there is nothing novel or difficult about the synthesis of the octa- and tetra-deuterated ruxolitinib analogs, and these compounds could have easily been synthesized by a POSA.

### iv.     Metabolic switching would not have been expected to ameliorate the expected KIE

106.     A POSA would not have expected "metabolic switching" to ameliorate the KIE in the octa- and tetra-deuterated ruxolitinib analogs.  As taught by Shilling, the amount of ruxolitinib that is metabolized only at a position other than the cyclopentyl ring is less than 5%.  A POSA would have understood that, *even if* metabolic switching were to occur as a result of deuterium substitution, the increase would have to be <u>enormous</u> to "switch" completely to M49, in that M49 accounted for only 3% of the parent molecule.  While there are examples of metabolic switching from a major metabolite to a minor metabolite, the minor metabolite is generally present in a much larger amount than less than 5%.  For example, see Harada, et al., "Kinetic isotope effects on cytochrome P-450-catalyzed oxidation reactions.  Evidence for the irreversible formation of an activated oxygen intermediate of cytochrome P-448." *J. Biol. Chem.* 259, pp. 3005-3010 (1984)(Ex. 1033) Table IV, where deuteration and metabolic switching occurred but the deuteration only resulted in 80% of total product recovery.  In our work with phenacetin and P450 1A2, the decrease in conversion of phenacetin to acetaminophen (due to deuteration of the methylene group) was only partially

Incyte Corp., Ex. 1002-p.64

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

compensated for by the increase in the production of the alternate acetol product. Yun, C.-H., et al., "Rate-determining Steps in Phenacetin Oxidations by Human Cytochrome P450 1A2 and Selected Mutants," *Biochemistry 39,* 11319-11329 (2000) (Ex. 1034). In our own work on the oxidation of testosterone by P450 3A4 (Krauser, J.A., and Guengerich, F.P., "Cytochrome P450 3A4-Catalyzed Testosterone 6$\beta$-Hydroxylation: Stereochemistry, Kinetic Deuterium Isotope Effects, and Rate-limiting Steps," *J. Biol. Chem. 280,* 19496-19506 (2005)(Ex. 1035) (Table I)), deuteration at the 6-position (both hydrogens) lowered the rate of production of 6$\beta$-hydroxytesteterone (3.2-fold) but did not increase the rate of formation of the alternate product 2$\beta$-hydroxytestosterone. Adding deuterium to that compound at the 2 position, however, increased the rate of 6$\beta$-hydroxylation (2-fold).

### v. The carbon-hydrogen bond breaking step in ruxolitinib metabolism would have been at least a partially rate-limiting step

107. The major metabolites of ruxolitinib are formed at the methylene carbons of the cyclopentyl ring. Ex. 1005. As mentioned earlier, this is the type of reaction most likely to yield at least some KIE (i.e. as opposed to an aryl ring or an *N*-dealkylation). These reactions (almost always catalyzed by P450 enzymes) are likely to show KIEs, with few exceptions, such as that of cholesterol 7-hydroxylation (Shinkyo and Guengerich, 2011) being attributed to the very high

Incyte Corp., Ex. 1002-p.65

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

rate of the reaction and the rate-limiting nature of electron transfer from NAPH-cytochrome P450 reductase. Shinkyo, R., and Guengerich, F.P., "Cytochrome P450 7A1 Cholesterol 7α-Hydroxylation. Individual Reaction Steps in the Catalytic Cycle and Rate-limiting Ferric Iron Reduction." *J. Biol. Chem. 286*, 4632-4643 (2011) (Ex. 1036)).

108.   The extent of the KIE is not necessarily relevant to the "success" of a deuterated analog; in that what is rate limiting *in vivo* may differ from the *in vitro* results. For instance, blood flow may limit the clearance of a drug, negating any effect of slowing the metabolism. See, e.g., Obach, R. Scott, et al. *Journal of Pharmacology and Experimental Therapeutics* 283.1: 46-58 (1997) (Ex. 1037)(using typical blood flow in the liver as a variable to estimate *in vivo* clearance.)

### vi.   The evidence presented during prosecution was not indicative of a lack of a reasonable expectation from the art

109.   Concert provided a declaration and submitted evidentiary publications suggesting that the prior art did not present a reasonable expectation of success. In fact, the prior art as a whole does not suggest unpredictability, but rather provides a reasonable expectation of success.

110.   Concert highlighted three publications in particular during prosecution that it alleged provided evidence of unpredictability.

Incyte Corp., Ex. 1002-p.66

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

111.    First, Concert cited Fukuto et al., *J. Med. Chem.*, *34*:2871-2876 (1991).  See Ex. 1009, p. 258; Ex. 1038.  This reference, however, was a mechanistic study relating to single type of P450 that is not suitable for each compound studied.  This paper does not suggest the unpredictability of affecting metabolism with deuterated analogs so much as it is focused on the study of the different mechanisms by which this particular rabbit P450 oxidizes related methylenedioxyphenyl compounds and the potential relevance to the neurotoxicity.  The comparison between the three compounds is largely as to whether they are good substrates for the enzyme.  Ex. 1038.

112.    Second, Concert cited Foster, A.B., *Advances in Drug Research*, 14:1-40 (1985).  Ex. 1009, p. 259; Ex. 1041.  This paper was cited for its 30-year old conclusion on pp. 35-36 that deuterated analogs were not likely to be used in drug design; however, the Foster reference explained that the reason KIE might have been limited was cost and FDA issues, not necessarily effect.  Overall, a conclusion one can reach from reading Foster is that most of the reactions examined _do_ have significant kinetic isotope effects.  In a review article published the previous year (1984—Trends Pharmacol.  Sci. 524-527), the same author (Foster) concludes (last sentence) that "Two promising areas involve the accentuation of the metabolism pathways which generate the active metabolites for prodrugs and, where overall metabolism cannot be retarded, the deflection of

Incyte Corp., Ex. 1002-p.67

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

metabolism away from pathways leading to metabolites with toxic properties or other undesirable biological activity towards innocuous pathways." Foster, A.B., "Deuterium isotope effects in studies of drug metabolism," *Trends in Pharmacological Sciences*, *5*, pp. 524-527 (1984); Ex. 1039. Further, in the intervening 27 years, a number of Concert's own publications indicate that deuterated analogs of known drugs are attractive targets for drug design. *See, e.g.,* Ex. 1006; Ex. 1008; Ex. 1027.

113. Third, Concert cited Fisher et al., *Curr. Opinion in Drug Discovery & Dev.*, 9:101-109 (2006). Ex. 1009, p. 259; Ex. 1040. In fact, the conclusions in this paper were made prior to Concert and others demonstrating that deuterated analogs of known drugs are attractive targets for drug design. See, e.g., Ex. 1006; Ex. 1008; Ex. 1027. Furthermore, a closer analysis of the Fisher article reveals that the section on deuterium isotope effects is rather short. Ex. 1040. A considerable portion deals with the point that there must be a "branch" for the enzyme available to observe an isotope effect when a C–H bond is broken. The paper discusses water formation as an "alternative branch," which is always true for P450 reactions (pp 103-104). However, water formation can only be measured indirectly and probably occurs in many cases. Although the paper cites ref. 39 (Gorsky 1984) as support for water formation not being a major pathway, this is not generally true—see Yun, C-H. et al. (2005) J. Biol. Chem. 280, 12279-12291.

Incyte Corp., Ex. 1002-p.68

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

Also, in Fisher 2006, the statement is made (p. 102, right col., para. 2) that "[for CYPs] the rate-limiting step in the enzymatic reaction likely occurs prior to the actual bond-breaking step" and cites refs 28 and 29. However, both of these papers are about a bacterial P450, $P450_{cam}$ (P450 101A1), and not any mammalian P450s. Further, ref. 29 is not even about kinetics. Ex. 1040.

114. The paragraph on "Deuterium studies" is rather short (Ex. 1040, p. 104, right col.). Examples of significant isotope effects are mentioned (refs. 11, 40, 41, 42). Fisher 2006 cites Nelson and Trager 2003 (Nelson 2003). That paper, however, has an extended discussion of some of the basics underlying kinetic isotope effects, and it included a number of cases of observed kinetic isotope effects for P450 reactions. Most notably included are several cases in which large kinetic isotope effects had been observed in cell culture or in vivo in animals, including procarbazine, tamoxifen, *N*-nitrosodimethylamine, pulegone, methylene chloride, chloroform, ethylene dibromide, *N*-methylformamide, 3,3′-iminodiproprionitrile, N-(3,5-dichlorophenyl)succinimide, 3-methylcholanthrene, butylated hydroxytoluene, phenacetin, and 3-methylindole, and these are all related to altered biological effects such as toxicity. Ex. 1040

115. Based on this closer review, it is my opinion that the conclusions drawn in Fisher are dubious, and should not outweigh the later evidence, such as the Concert Backgrounder and the multiple successes of deuteration already

Incyte Corp., Ex. 1002-p.69

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

achieved by the filing date of the earliest priority application, and as outlined elsewhere in this declaration.

116. Indeed, a more complete view of the prior art shows that deuteration was rapidly becoming a predictable tool in the medicinal chemist's arsenal. See, e.g., Exs. 1006; 1008; 1027.

117. In fact, almost every deuterated analog of a compound hydroxylated by P450s (at a particular site that has then been deuterated) shows at least some KIE. Further, the deuteration is not expected to hurt the efficacy of the compound. This would have been known by a POSA before the earliest possible priority date of the '149 Patent.

### D. The evidence presented during prosecution was not indicative of unexpected results

118. Concert also provided experimental evidence purporting to show unexpected results during prosecution. It is my opinion that these results were not probative of unexpected results because (1) a POSA would have expected at least some *in vitro* effect from deuterating at the cyclopentyl metabolic "hot spot" of ruxolitinib; (2) the experimental parameters were not probative of how the tested analogs would actually perform *in vivo*; (3) the magnitude of KIE in the *in vitro* tests was not unexpectedly superior based on the KIEs shown in the art; and (4) the experiments were not commensurate with the scope of the claims. I expand on each of these in the following paragraphs.

Incyte Corp., Ex. 1002-p.70

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

119.    *In vitro* testing using CYP3A4 supersomes and human liver microsomes would have expectedly resulted in some KIE or "increase the overall metabolic stability of ruxolitinib." The observation that deuteration of ruxolitinib at the sites known to be hydroxylated by P450 3A4 showed a kinetic isotope effect is not surprising, in either the P450 3A4 "Supersomes" system or in human liver microsomes.  First of all, the deuterium was placed at the sites that were known to be hydroxylated during metabolism, as any POSA would do.  Exs. 1005; 1006; 1008; 1027.  Even if some kinetic isotope effect was observed, this is not surprising because many P450 reactions show some primary isotope effect, even if small (Ex. 1012, and references cited therein).  The P450 3A4 metabolic pathway commonly shows significant kinetic isotope effects.  For instance, kinetic deuterium isotope effects were seen for 6$\beta$- and 2$\beta$-hydroxylation of the P450 3A4 classic substrate testosterone and, while metabolic switching was seen, it was not sufficient to maintain the total level of testosterone oxidation seen with un-deuterated material.  Krauser, and Guengerich, "Cytochrome P450 3A4-catalyzed testosterone 6β-hydroxylation stereochemistry, kinetic deuterium isotope effects, and rate-limiting steps," *Journal of Biological Chemistry* 280, 19496-19506 (2005)(Ex. 1035).  A model substrate, 7-benzoylquinoline, also showed a significant kinetic isotope effect (8.6).  *Id.*  In fact, prior Concert Pharma Prosecution Declarations included compounds that are P450 3A4 substrates, such

Incyte Corp., Ex. 1002-p.71

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

as anacetrapib (Krishna 2012), apremilast (Liu 2001), and atazanavir (Barratt and Frail 2012). Even morphine *N*-demethylation, the first P450 drug oxidation shown to exhibit a kinetic isotope effect (Ex. 1013) is a P450 3A4 reaction (Projean 2003). Thus would not have been surprising if a modest kinetic isotope effect was seen for another P450 such as ruxolitnib.

120. The observation that similar and modest kinetic isotope effects were observed with human liver microsomes is not surprising in light of the P450 3A4 Superesome results and that it was established that P450 3A4 was the major enzyme system involved in the metabolism of ruxolitinib (Exs. 1004; 1005).

121. The kinetic isotope effects reported in the declaration of Vinita Uttamsingh, filed July 30, 2015 ("Uttamsingh Declaration") (Prosecution History of U. S. Pat. No. 9,249,149, Exhibit E, Tables 1 and 2) are relatively low (< 2) in view of some of the other kinetic isotope effects reported for P450 3A4 reactions (Krauser and Guengerich 2005; Ex. 1035)) and some other human P450 reactions (reviewed in Ex. 1012).

122. Moreover, the assays in the Uttamsingh Declaration are simple assays (only a few data points measured, at only a single low substrate concentration), and are not done in a more complete manner, that in my experience, are required for publication in peer-reviewed literature, e.g., for determination of deuterium isotope effects on the parameters $k_{cat}$ and $K_m$ (Northrop, D. B., Deuterium and tritium

Incyte Corp., Ex. 1002-p.72

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

kinetic isotopic effects on initial rates, Methods in Enzymology 87, 607-625, 1982) or the intrinsic kinetic isotope effect.

123.     Nevertheless, *even if* one accepts the *in vitro* half-life ($t_{1/2}$) reported in Table 2 of the Uttamsingh Declaration at face value as accurate half-life measurements for the listed compounds, this measurement alone provides one of ordinary skill with little value, and it is not probative to compare this raw *in vitro* half-life data to reach conclusions on the properties of the compounds.  This is because the raw *in vitro* half-life data (used to report percent increase in *in vitro* half-life ($t_{1/2}$)) in the Uttamsingh Declaration is misleading due, in part, to the fact that it does not show a standardized half-life that is independent of protein concentration.  I note that there is a difference in the protein concentration in the two experiments disclosed in the Uttamsingh Declaration (0.5 vs. 5.0 mg/mL). The increase in protein concentration would result in faster metabolism, which may arbitrarily skew the data to create the appearance of a greater difference in metabolic half-life and/or clearance.

124.     The ruxolitinib $t_{1/2}$ is given only in the experiment with a 5 mg/mL concentration of microsomal protein (Exhibit E, Table 2).  This relatively high protein concentration that should be corrected to standardize the data before conducting any reasonable comparison.  Furthermore, the comparison of *in vitro* half-life ($t_{1/2}$) is not particularly probative of how the compound might function in

Incyte Corp., Ex. 1002-p.73

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

Appx10161

vivo. Rather, the data should be converted to a theoretical systemic clearance ($CL_s$).

125. One art-accepted way to standardize the data and convert *in vitro* half-life data to intrinsic clearance ($CL'_{int}$) is outlined in Obach, R. Scott, et al. *Journal of Pharmacology and Experimental Therapeutics* 283.1: 46-58 (1997) (Ex. 1037). Essentially, the reported human liver microsomal (HLM) *in vitro* half-life ($t_{1/2}$) reported in Table 2 of the Uttamsingh Declaration should be standardized for certain variables such as protein concentration and then converted to approximate for a human *in vivo* response. From Obach, the formula is as follows:

$$CL'_{int} = \frac{0.693 \cdot \text{liver weight}}{\text{in vitro } t_{1/2} \cdot \text{liver in incubation} \cdot f_{u(inc)}}$$

where *in vitro* $t_{1/2}$ is in minutes, liver weight is in g/kg of body weight, liver in incubation refers to the g of liver/ml in the incubation, resulting in units of ml/min/kg for $CL'_{int}$ and $f_{u,inc}$ is the fraction of drug unbound (in the incubation; assumed to be 1). For microsomes, this scale-up factor is 45 mg/g of liver; an average human liver weight is 1800 g, and the average weight of a human is 70 kg. The $CL'_{int}$ can be converted to theoretical systemic clearance ($CL_s$) by dividing the $CL'_{int}$ by the $CL'_{int}$ plus a typical blood flow in the liver (21 ml/min/kg) and converting to standard units of L/h/kg. *Id.*

Incyte Corp., Ex. 1002-p.74

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

126.    By performing the above steps of the raw data provided in the Uttamsingh Declaration, the following theoretical systemic clearance is obtained:

| Compound | half-life ($t_{1/2}$) (min) | $CL'_{int}$ (ml/min/kg) | $CL_s$ (L/h/kg) |
|---|---|---|---|
| ruxolitinib | 22.4 | 7.16 | 0.32 |
| compound 103 | 29.2 | 5.49 | 0.29 |
| compound 107 | 28.0 | 5.73 | 0.27 |
| compound 111 | 39.1 | 4.10 | 0.21 |

127.    The difference in theoretical systemic clearance between ruxolitinib and compound 111 is 0.11, which would not be expected to impart a large difference on *in vivo* clearance of the drug. In fact, this small difference is in accord with the statements by Concert that the Phase I trials showed a "half-life of CTP-543 … similar to that reported for non-deuterated ruxolitinib." Ex. 1015. Further, with these actual *in vivo* results in hand, the results of the *in vitro* tests provided during prosecution are of even less significance because they are, at best, a model to predict what *in vivo* results might be.

128.    Further, the test for three compounds in the Uttamsingh Declaration could not be expanded to other compounds within the general formulas in claims 1 and 9. Kinetic isotope effects are very specific to the reactions and therefore to the individual labeled atoms. The general concept is that a C–H bond is being broken and, if this is the limiting (slowest) step in the overall reaction sequence, then a stronger bond energy (C–D vs. C–H) will slow the entire reaction down. Therefore

Incyte Corp., Ex. 1002-p.75

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

only the C–H bonds that are being broken (during the reaction) will be relevant. There is something termed a secondary isotope effect, in which C–D bonds adjacent (either *gem* (same carbon) or *vicinal* (neighboring carbon)) to the one being broken can have an effect, but as mentioned above these effects are < 1.4. If deuterium substitutions are not at sites at which C–H bonds are being broken, they should not have any relevance aside from the above point about secondary isotope effects. In this case essentially of the metabolism is on the cyclopentyl ring, not the dezapurine or other sites.

129. In sum, the *in vitro* results say little to nothing about the deuterated ruxolitinib derivatives having an unexpected property, let alone an unexpectedly superior property compared to ruxolitinib. The experimental evidence purporting to show unexpected results during prosecution is not convincing because a POSA would have expected at least some *in vitro* effect from deuterating at the cyclopentyl metabolic "hot spot" of ruxolitinib, and the experimental evidence did not show a significant difference between ruxolitinib and its deuterated analogs for the three identified analogs, not to mention across the entire scope of the claims.

## VII. Claims 1-15 of the '149 Patent are Anticipated by Rodgers

130. U.S. Pat. No. 7,598,257 (the "Rodgers") is an Orange Book listed patent for Jakafi® (ruxolitinib). Rodgers discloses 3-cyclopentyl-3-[4-(7*H*-pyrrolo[2,3-*d*]pyrimidin-4-yl)-1*H*-pyrazol-1-yl]propanenitrile or a pharmaceutically

Incyte Corp., Ex. 1002-p.76

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

metabolism occurs at these positions. Note also the previous discussion of the commercial availability of $d_8$-1,4-dibromobutane (para. 99), which would allow the person of skill in the art to cover multiple sites in one reaction.

### B. Motivation to Combine

135. The Concert Backgrounder provides motivation to apply "Precision Deuterium Chemistry" to 3-cyclopentyl-3-[4-(7*H*-pyrrolo[2,3-*d*]pyrimidin-4-yl)-l*H*-pyrazol-1-yl]propanenitrile or a pharmaceutically acceptable salt thereof, and specific enantiomers of 3-cyclopentyl-3-[4-(7*H*-pyrrolo[2,3-*d*]pyrimidin-4-yl)-l*H*-pyrazol-1-yl]propanenitrile given the known metabolic "hotspots" on the cyclopentyl ring, as shown in Shilling (Ex 1005). See rationale previously stated in this Declaration.

136. The Concert Backgrounder also provides a motivation to deuterate at the sites at the cyclopentyl ring ($Y^2$ and $Y^3$), and it provides a reasonable expectation of success. Specifically, the Concert Backgrounder explains that deuteration at metabolic "hot spots" is an efficient way to quickly evaluate and develop effective deuterated analogs of known compounds with improved safety, tolerability, and efficacy. I incorporate my previous rationales for reasonable expectation for success into this Ground 3 as well.

Incyte Corp., Ex. 1002-p.82

CONCERT EX. 2075
INCYTE v. CONCERT
PGR2021-00006

# The NEW ENGLAND JOURNAL of MEDICINE

ESTABLISHED IN 1812     AUGUST 9, 2012     VOL. 367 NO. 6

## Placebo-Controlled Trial of Tofacitinib Monotherapy in Rheumatoid Arthritis

Roy Fleischmann, M.D., Joel Kremer, M.D., John Cush, M.D., Hendrik Schulze-Koops, M.D., Ph.D.,
Carol A. Connell, Ph.D., John D. Bradley, M.D., David Gruben, Ph.D., Gene V. Wallenstein, Ph.D.,
Samuel H. Zwillich, M.D., and Keith S. Kanik, M.D., for the ORAL Solo Investigators*

### ABSTRACT

**BACKGROUND**

Tofacitinib (CP-690,550) is a novel oral Janus kinase inhibitor that is being investigated as a targeted immunomodulator and disease-modifying therapy for rheumatoid arthritis.

**METHODS**

In this phase 3, double-blind, placebo-controlled, parallel-group, 6-month study, 611 patients were randomly assigned, in a 4:4:1:1 ratio, to 5 mg of tofacitinib twice daily, 10 mg of tofacitinib twice daily, placebo for 3 months followed by 5 mg of tofacitinib twice daily, or placebo for 3 months followed by 10 mg of tofacitinib twice daily. The primary end points, assessed at month 3, were the percentage of patients with at least a 20% improvement in the American College of Rheumatology scale (ACR 20), the change from baseline in Health Assessment Questionnaire–Disability Index (HAQ-DI) scores (which range from 0 to 3, with higher scores indicating greater disability), and the percentage of patients with a Disease Activity Score for 28-joint counts based on the erythrocyte sedimentation rate (DAS28-4[ESR]) of less than 2.6 (with scores ranging from 0 to 9.4 and higher scores indicating more disease activity).

**RESULTS**

At month 3, a higher percentage of patients in the tofacitinib groups than in the placebo groups met the criteria for an ACR 20 response (59.8% in the 5-mg tofacitinib group and 65.7% in the 10-mg tofacitinib group vs. 26.7% in the combined placebo groups, P<0.001 for both comparisons). The reductions from baseline in HAQ-DI scores were greater in the 5-mg and 10-mg tofacitinib groups than in the placebo groups (−0.50 and −0.57 points, respectively, vs. −0.19 points; P<0.001). The percentage of patients with a DAS28-4(ESR) of less than 2.6 was not significantly higher with tofacitinib than with placebo (5.6% and 8.7% in the 5-mg and 10-mg tofacitinib groups, respectively, and 4.4% with placebo; P=0.62 and P=0.10 for the two comparisons). Serious infections developed in six patients who were receiving tofacitinib. Common adverse events were headache and upper respiratory tract infection. Tofacitinib treatment was associated with elevations in low-density lipoprotein cholesterol levels and reductions in neutrophil counts.

**CONCLUSIONS**

In patients with active rheumatoid arthritis, tofacitinib monotherapy was associated with reductions in signs and symptoms of rheumatoid arthritis and improvement in physical function. (Funded by Pfizer; ORAL Solo ClinicalTrials.gov number, NCT00814307.)

From the Metroplex Clinical Research Center (R.F.) and Baylor Research Institute (J.C.) — both in Dallas; the Center for Rheumatology, Albany Medical College, Albany, NY (J.K.); the Division of Rheumatology, Medizinische Klinik und Poliklinik IV, University of Munich, Munich, Germany (H.S.-K.); and Pfizer, Groton, CT (C.A.C., J.D.B., D.G., G.V.W., S.H.Z., K.S.K.). Address reprint requests to Dr. Fleischmann at the Metroplex Clinical Research Center, 8144 Walnut Hill Lane, Dallas, TX 75231, or at rfleischmann@arthdocs.com.

*The ORAL Solo investigators are listed in the Supplementary Appendix, available at NEJM.org.

N Engl J Med 2012;367:495-507.
DOI: 10.1056/NEJMoa1109071
Copyright © 2012 Massachusetts Medical Society

The New England Journal of Medicine
Downloaded from nejm.org on September 27, 2018. For personal use only. No other uses without permission.
Copyright © 2012 Massachusetts Medical Society. All rights reserved.

CONCERT EX. 2120
INCYTE v. CONCERT
PGR2021-00006

Appx10582

the 5-mg tofacitinib group and 55.7% in the 10-mg tofacitinib group, as compared with 31.7% in the two placebo groups combined, had reductions in the HAQ-DI score (indicating improvement of physical function) of at least 0.30 points at month 3 (P<0.001 for both comparisons). Patients who switched from placebo to tofacitinib at month 3 had ACR response rates and HAQ-DI scores by month 6 that were similar to the responses seen in patients who received tofacitinib in the first 3 months.

We did not observe significant benefits of tofacitinib over placebo for the third primary outcome measure. At month 3, the percentage of patients with a DAS28-4(ESR) of less than 2.6 was 5.6% with the 5-mg dose of tofacitinib and 8.7% with the 10-mg dose of tofacitinib, as compared with 4.4% with placebo (P=0.62 and P=0.10, respectively) (Fig. 1); at month 6, the percentages in the 5-mg and 10-mg tofacitinib groups had increased to 9.8% and 14.2%, respectively. There were significant differences at month 3 between each of the tofacitinib groups and the combined placebo groups with respect to least-squares mean changes from baseline in DAS28-4(ESR) (P<0.001 for both comparisons) (Fig. 3S in the Supplementary Appendix). A total of 12.5% of the patients in the 5-mg tofacitinib group and 17.0% in the 10-mg tofacitinib group, as compared with 5.3% in the combined placebo groups, had a DAS28-4(ESR) of 3.2 or less by month 3 (P=0.02 for the comparison of the 5-mg group with the placebo group and P<0.001 for the comparison of the 10-mg dose with the placebo group). The least-squares mean changes from baseline in the C-reactive protein level, DAS28-3(CRP), erythrocyte sedimentation rate, and DAS28-4(ESR) and the percentage of patients with DAS28-4(ESR) and DAS28-3(CRP) of less than 2.6 and of 3.2 or less at months 3 and 6 are shown in Table 2S in the Supplementary Appendix.

Changes of 3 to 4 points in the FACIT–fatigue score are considered to be clinically meaningful.[13] The least-squares mean changes from baseline at month 3 in FACIT–fatigue scores were 6.7 points with the 5-mg of tofacitinib and 8.0 points with the 10-mg dose, as compared with 2.8 points with placebo (P<0.001).

### Post Hoc Subgroup Analyses

Age, sex, and seropositivity status were not associated with meaningful differences in the ACR 20 results, with the 5-mg and 10-mg doses of tofacitinib having similar efficacy (Fig. 4S in the Supplementary Appendix). Among patients who had previously had an inadequate response to tumor necrosis factor (TNF) inhibitors or other biologic agents, 42.9% in the 5-mg tofacitinib group and 62.5% in the 10-mg tofacitinib group, as compared with 17.7% in the combined placebo groups, met the criteria for ACR 20 at month 3 (P=0.06 and P<0.001 for the comparison of the two doses, respectively, with placebo). Significant effects on the rate of ACR 20 response with tofacitinib as compared with placebo were seen in all geographic regions at month 3 (United States: P<0.001 for the comparison of both doses with placebo; Latin America: P=0.002 and P<0.001 for the comparison of the 5-mg dose and the 10-mg dose, respectively, with placebo; Europe: P=0.002 and P=0.005 for the two comparisons; rest of world, P=0.01 and P=0.003, for the two comparisons). The scores for the core components of the ACR assessment are presented in Table 3S in the Supplementary Appendix.

### ADVERSE EVENTS

There was an increased rate of serious infections with tofacitinib as compared with placebo. There were seven events involving serious infections in six patients (one case of cellulitis in the 5-mg group; one case each of liver abscess, bronchitis, tuberculous pleural effusion, and pyelonephritis in the 10-mg group; and two cases of cellulitis in one patient in the placebo group, one of which occurred after the switch to 5 mg of tofacitinib at 3 months). The tuberculous pleural effusion occurred in a 47-year-old man from India (see the Supplementary Appendix); a diagnosis of tuberculosis was not confirmed by culture of the pleural fluid (or biopsy).

In months 0 to 3, a total of 330 patients (54.1%) had 701 adverse events, with similar frequencies across the groups (Table 2). The most common of these adverse events were upper respiratory tract infection, headache, and diarrhea (Table 4S in the Supplementary Appendix). Twelve patients (2.0%) discontinued the study drug owing to adverse events in months 0 to 3, with similar frequencies across the groups (Table 2). In months 3 to 6, a total of 244 patients (40.0%) had 471 adverse events. The most common events were upper respiratory tract infection and headache (Table 4S in the Supplementary Appendix). Six

The New England Journal of Medicine
Downloaded from nejm.org on September 27, 2018. For personal use only. No other uses without permission.
Copyright © 2012 Massachusetts Medical Society. All rights reserved.

CONCERT EX. 2120
INCYTE v. CONCERT
PGR2021-00006

**Appx10588**

**Table 2. Safety and Laboratory Data.***

| Variable | Months 0–3 | | | Months 3–6 | | | |
|---|---|---|---|---|---|---|---|
| | Placebo | Tofacitinib, 5 mg | Tofacitinib, 10 mg | Tofacitinib, 5 mg, Switched from Placebo | Tofacitinib, 10 mg, Switched from Placebo | Tofacitinib, 5 mg | Tofacitinib, 10 mg |
| | (N=122) | (N=243) | (N=245) | (N=61) | (N=61) | (N=243) | (N=245) |
| Adverse events — no. | 127 | 279 | 295 | 40 | 54 | 170 | 207 |
| Patients with adverse events — no. (%) | 67 (54.9) | 124 (54.9) | 139 (56.7) | 22 (36.1) | 24 (39.3) | 97 (39.9) | 101 (41.2) |
| Patients with serious adverse events — no. (%) | 6 (4.9) | 1 (0.4) | 5 (2.0) | 1 (1.6) | 0 | 5 (2.1) | 6 (2.4) |
| Patients with serious infection events — no. (%)† | 0 | 0 | 1 (0.4) | 1 (1.6) | 0 | 1 (0.4) | 3 (1.2) |
| Discontinuation of study drug due to adverse event — no. (%)‡ | 5 (4.1) | 2 (0.8) | 6 (2.4) | 0 | 0 | 1 (0.4) | 5 (2.0) |
| | **Month 3, Mean Change from Baseline** | | | **Month 6, Mean Change from Baseline** | | | |
| | (N=122) | (N=243) | (N=245) | (N=61) | (N=61) | (N=243) | (N=245) |
| Neutrophil count — 10³/mm³ | −0.06±0.17 | −0.83±0.11§ | −1.35±0.12¶ | −0.90±0.24 | −1.18±0.26 | −0.78±0.12 | −1.15±0.12 |
| Hemoglobin — g/dl | −0.12±0.76 | 0.28±0.88 | 0.03±0.97 | 0.21±0.97 | −0.22±1.05 | 0.25±0.96 | 0.15±0.94 |
| Cholesterol — % | | | | | | | |
| Low-density lipoprotein | 3.5±2.28 | 13.6±1.56§ | 19.1±1.60¶ | 16.9±3.29 | 16.8±3.36 | 12.8±1.60 | 19.1±1.65 |
| High-density lipoprotein | −0.76±1.93 | 12.24±1.31§ | 14.98±1.34¶ | 11.31±2.81 | 11.02±2.89 | 10.39±1.37 | 16.57±1.41 |
| Serum creatinine — mg/dl | 0±0.02 | 0.04±0.01 | 0.05±0.01 | 0.06±0.03 | 0.08±0.03 | 0.06±0.01 | 0.08±0.01 |
| | **Month 3 Visit** | | | **Month 6 Visit** | | | |
| | (N=122) | (N=231) | (N=227) | (N=57) | (N=55) | (N=231) | (N=227) |
| Neutropenia — % | | | | | | | |
| Mild, 1500–1999 cells/mm³ | <1.0 | 3.1 | 3.7 | 3.8 | 0 | 2.2 | 3.8 |
| Moderate, 1000–1499 cells/mm³ | 0 | 1.3 | 0 | 1.9 | 0 | <1.0 | <1.0 |
| Severe, 500–999 cells/mm³ | 0 | 0 | <1.0 | 0 | 0 | 0 | <1.0 |
| Potentially life-threatening, <500 cells/mm³ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Decreased hemoglobin, −1.0 to −3.0 g/dl — % | 14.6 | 5.8 | 14.4 | 9.4 | 12.0 | 8.0 | 10.5 |

The New England Journal of Medicine
Downloaded from nejm.org on September 27, 2018. For personal use only. No other uses without permission.
Copyright © 2012 Massachusetts Medical Society. All rights reserved.

8 of 13

CONCERT EX. 2120
INCYTE v. CONCERT
PGR2021-00006

Appx10589

| | Months 0–3 | | | Months 3–6 | | | |
|---|---|---|---|---|---|---|---|
| | Placebo (N=122) | Tofacitinib, 5 mg (N=242) | Tofacitinib, 10 mg (N=245) | Tofacitinib, 5 mg, Switched from Placebo (N=57) | Tofacitinib, 10 mg, Switched from Placebo (N=52) | Tofacitinib, 5 mg (N=239) | Tofacitinib, 10 mg (N=232) |
| AST >3×ULN — %¶ | <1.0 | <1.0 | 0 | 1.8 | 0 | <1.0 | 0 |
| ALT >3×ULN — %¶ | <1.0 | <1.0 | 0 | 1.8 | 0 | <1.0 | <1.0 |

| | Months 0–6 | | | |
|---|---|---|---|---|
| | Placebo followed by Tofacitinib, 5 mg (N=61) | Placebo followed by Tofacitinib, 10 mg (N=61) | Tofacitinib, 5 mg (N=243) | Tofacitinib, 10 mg (N=245) |
| Serum creatinine — % | | | | |
| ≥33% increase from baseline‖ | 4.9 | 8.2 | 3.3 | 10.6 |
| >50% increase from baseline** | 0 | 0 | <1.0 | <1.0 |

* Plus–minus values are least-squares means ±SE, with the exception of the values for hemoglobin, which are means ±SD. To convert the values for creatinine to micromoles per liter, multiply by 88.4. ALT denotes alanine aminotransferase, AST aspartate aminotransferase, and ULN upper limit of the normal range.
† The incidence rates per 100 patient-years to month 6 were 0 in the placebo group, 0.85 (95% confidence interval [CI], 0.12 to 6.06) in the 5-mg tofacitinib group, and 3.52 (95% CI, 1.32 to 9.37) in the 10-mg tofacitinib group.
‡ For months 3 to 6, data were available for 56 participants in the group that switched from placebo to 5 mg of tofacitinib, 53 in the group that switched from placebo to 10 mg of tofacitinib, 238 in the group that received 5 mg of tofacitinib for all 6 months, and 229 in the group that received 10 mg of tofacitinib for all 6 months.
§ The incidence is shown for participants who had normal values at baseline.
‖ The increase from baseline was calculated from the serum creatinine level obtained at the end of the study or at the time of the patient's discontinuation visit.
** Included are participants who had increases from baseline of more than 50% at two or more consecutive visits. In the 5-mg tofacitinib group, two participants met this criterion: one was a 73-year-old man with a baseline serum creatinine level of 0.7 mg per deciliter and a level of 1.1 mg per deciliter at days 120 and 151; the other was a 62-year-old woman with a baseline level of 0.5 mg per deciliter and levels that ranged from 0.4 to 0.8 mg per deciliter throughout the study. In the 10-mg tofacitinib group, one participant met this criterion: a 47-year-old woman with a baseline level of 0.4 mg per deciliter and a level of 0.7 mg per deciliter at days 151 and 179.

The New England Journal of Medicine
Downloaded from nejm.org on September 27, 2018. For personal use only. No other uses without permission.
Copyright © 2012 Massachusetts Medical Society. All rights reserved.

9 of 13

CONCERT EX. 2120
INCYTE v. CONCERT
PGR2021-00006

Appx10590

**Table 3. Serious Adverse Events over the Course of 6 Months.***

| MedDRA System Organ Class | Placebo Followed by Tofacitinib, 5 mg (N=61)† | Placebo Followed by Tofacitinib, 10 mg (N=61)† | Tofacitinib, 5 mg (N=243) | Tofacitinib, 10 mg (N=245) |
|---|---|---|---|---|
| Blood and lymphatic system disorders | | | Thrombocytopenia | |
| Cardiac disorders | | | | Atrial fibrillation; cardiac arrest; cardiac failure congestive;‡ myocardial infarction§ |
| Ear and labyrinth disorders | | | | Vertigo |
| Gastrointestinal disorders | | | | Vomiting |
| General disorders and administrative site conditions | | | | Asthenia; multiorgan failure |
| Hepatobiliary disorders | | | | Cholecystitis |
| Infections and infestations | Cellulitis§ | | Cellulitis | Bronchitis; liver abscess; pleural effusion; pyelonephritis, chronic |
| Injury, poisoning, and procedural complications | | | Lower limb fracture, humerus fracture, patella fracture | |
| Metabolic and nutrition disorders | | | Hypoglycemia | Diabetes mellitus, hyponatremia, hyperkalemia |
| Musculoskeletal and connective tissue disorders | Rheumatoid arthritis¶ | | | |
| Neoplasm benign, malignant, and unspecified (including cysts and polyps) | | Uterine leiomyoma§ | | Non–small-cell lung cancer |
| Nervous system disorders | Grand mal convulsion, transient ischemic attack | | | |
| Reproductive system and breast disorders | | Uterine polyp§ | | |
| Respiratory, thoracic, and mediastinal disorders | Pulmonary embolism | Sleep apnea syndrome | COPD | COPD,‖ pulmonary fibrosis |
| Surgical and medical procedures | | | | Abdominoplasty, breast prosthesis user |
| Vascular disorders | Deep-vein thrombosis | | | |

* Events are listed according to the system organ classes and "preferred terms" in the *Medical Dictionary for Regulatory Activities* (MedDRA), version 13.0. COPD denotes chronic obstructive pulmonary disease.
† All the events in these groups occurred before the switch from placebo to tofacitinib (i.e., during months 0 to 3), except for one instance each of cellulitis, uterine leiomyoma, and uterine polyp, which occurred during months 3 to 6.
‡ There was a total of four events of cardiac failure congestive in three patients.
§ This event refers to worsening rheumatoid arthritis.
¶ In each case, two instances occurred in one patient.
‖ There was a total of three events of COPD in three patients.

The New England Journal of Medicine
Downloaded from nejm.org on September 27, 2018. For personal use only. No other uses without permission.
Copyright © 2012 Massachusetts Medical Society. All rights reserved.

10 of 13

CONCERT EX. 2120
INCYTE v. CONCERT
PGR2021-00006

Appx10591

patients (1.0%) discontinued the study drug owing to adverse events in months 3 to 6.

A total of 24 patients (3.9%) had 32 serious adverse events (Table 3). Two patients in the 10-mg tofacitinib group had congestive heart failure: a 59-year-old woman had two episodes (on day 140 and day 158) and recovered, and a 79-year-old woman with a history of cardiovascular disease and diabetes had diarrhea followed by renal failure and congestive heart failure, hyperkalemia, and, finally, asystole that resulted in her death on day 107.

Changes in laboratory test results are shown in Table 2 and Figure 2, and in Figure 5S in the Supplementary Appendix. During months 0 to 3, mean low-density lipoprotein (LDL) cholesterol levels increased by 3.5% with placebo (an increase of 1.8 mg per deciliter [0.05 mmol per liter]), as compared with 13.6% with the 5-mg dose of tofacitinib (an increase of 11.4 mg per deciliter [0.29 mmol per liter]) and 19.1% with the 10-mg dose (an increase of 17.2 mg per deciliter [0.44 mmol per liter]). Elevations of aspartate aminotransferase or alanine aminotransferase levels occurred infrequently. Neutrophil counts declined in the tofacitinib groups, and neutropenia occurred more frequently among patients receiving tofacitinib than among those receiving placebo. No serious infections were reported in patients with moderate-to-severe neutropenia. The mean increases from baseline to month 6 in serum creatinine levels were 0.08 mg per deciliter (7.1 μmol per liter) or less in all groups. Two patients in the 5-mg tofacitinib group and one in the 10-mg group had a confirmed increase in serum creatinine levels of 50% or more from baseline; in all three patients, the highest creatinine level was within the normal range.



**Figure 2. Changes from Baseline in Laboratory Values.**
The least-squares mean changes in neutrophil counts are shown in Panel A, and the least-squares mean percent changes in low-density lipoprotein (LDL) cholesterol levels are shown in Panel B. In Panel A, P<0.001 for the changes from baseline values in both tofacitinib groups at months 1, 2, and 3 and in all four groups at months 4, 5, and 6. In Panel B, P<0.001 for the changes from baseline values in both tofacitinib groups at months 1 and 3 and in all four groups at month 6. I bars indicate standard errors.

## DISCUSSION

Although the outcome for patients with rheumatoid arthritis has improved in recent years, owing to earlier and more aggressive use of nonbiologic disease-modifying drugs and the introduction of biologic therapies, unmet needs remain. Parenteral biologic therapies represent a considerable contribution to our therapeutic armamentarium, but only approximately half of patients who receive these therapies meet the criteria for low disease activity (≤3.2 on the DAS28-4[ESR]) or remission (<2.6 on the DAS28-4[ESR]), and there

are unacceptable risks in certain patient populations.[16] In addition, many biologic therapies are routinely administered in combination with nonbiologic disease-modifying drugs, especially methotrexate, which have their own side-effect profiles. There is an unmet need for an oral agent that can be used as monotherapy and that acts as rapidly as a TNF inhibitor.

This phase 3 study showed that tofacitinib monotherapy, as compared with placebo, had efficacy in reducing signs and symptoms of rheumatoid arthritis and in improving physical

The New England Journal of Medicine
Downloaded from nejm.org on September 27, 2018. For personal use only. No other uses without permission.
Copyright © 2012 Massachusetts Medical Society. All rights reserved.

CONCERT EX. 2120
INCYTE v. CONCERT
PGR2021-00006

Appx10592

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10 -K

(mark one)

☒    ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2015

or

☐    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from     to    

Commission File Number: 0 –27488

# INCYTE CORPORATION
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **94 -3136539** |
| (State of other jurisdiction of incorporation or organization) | (IRS Employer Identification No.) |
| **1801 Augustine Cut-Off** | **19803** |
| **Wilmington, DE** | (zip code) |
| (Address of principal executives offices) | |
| | **(302) 498 -6700** |
| | (Registrant's telephone number, including area code) |

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of exchange on which registered |
|---|---|
| Common Stock, $.001 par value per share | The NASDAQ Stock Market LLC |

Securities registered pursuant to Section 12(g) of the Act:

**None**

Indicate by check mark if the registrant is a well -known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15 (d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S –T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S –K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10 –K or any amendment to this Form 10 -K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non -accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer", "accelerated filer" and "smaller reporting company" in Rule 12b -2 of the Exchange Act. (check one)

Large accelerated filer ☒     Accelerated filer ☐     Non -accelerated filer ☐ (Do not check if a smaller reporting company)     Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b –2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of Common Stock held by non –affiliates (based on the closing sale price on The NASDAQ Global Select Market on June 30, 2015) was approximately $17.1 billion.

As of February 5, 2016 there were 187,199,761 shares of Common Stock, $.001 par value per share, outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Items 10 (as to directors and Section 16(a) Beneficial Ownership Reporting Compliance), 11, 12, 13 and 14 of Part III incorporate by reference information from the registrant's proxy statement to be filed with the Securities and Exchange Commission in connection with the solicitation of proxies for the registrant's 2016 Annual Meeting of Stockholders to be held on May 27, 2016 .

CONCERT EX. 2130
INCYTE v. CONCERT
PGR2021-00006

Appx10728

patients with MF in the United States. Based on the modern prognostic scoring systems referred to as International Prognostic Scoring System and Dynamic International Prognostic Scoring System, we believe intermediate and high -risk patients represent 80% to 90% of all patients with MF in the United States and encompass patients over the age of 65, or patients who have or have ever had any of the following: anemia, constitutional symptoms, elevated white blood cell or blast counts, or platelet counts less than 100,000 per microliter of blood.

Most MF patients have enlarged spleens and many suffer from debilitating symptoms, including abdominal discomfort, pruritus (itching), night sweats and cachexia (involuntary weight loss). There were no FDA approved therapies for MF until the approval of JAKAFI.

The FDA approval was based on results from two randomized Phase III trials (COMFORT -I and COMFORT -II), which demonstrated that patients treated with JAKAFI experienced significant reductions in splenomegaly (enlarged spleen). COMFORT -I also demonstrated improvements in symptoms. The most common hematologic adverse reactions in both trials were thrombocytopenia and anemia. These events rarely led to discontinuation of JAKAFI treatment. The most common non -hematologic adverse reactions were bruising, dizziness and headache.

In August 2014, the FDA approved supplemental labeling for JAKAFI to include Kaplan -Meier overall survival curves as well as additional safety and dosing information. The overall survival information is based on three -year data from COMFORT -I and II, and shows that at three years the probability of survival for patients treated with JAKAFI in COMFORT -I was 70% and for those patients originally randomized to placebo it was 61%. In COMFORT -II, at three years the probability of survival for patients treated with Jakafi was 79% and for patients originally randomized to best available therapy it was 59%.

*Polycythemia Vera.* PV is a myeloproliferative neoplasm typically characterized by elevated hematocrit, the volume percentage of red blood cells in whole blood, which can lead to a thickening of the blood and an increased risk of blood clots, as well as an elevated white blood cell and platelet count. When phlebotomy can no longer control PV, chemotherapy such as hydroxyurea, or interferon, is utilized. Approximately 25,000 patients with PV in the United States are considered uncontrolled because they have an inadequate response to or are intolerant of hydroxyurea, the most commonly used chemotherapeutic agent for the treatment of PV.

In December 2014, the FDA approved JAKAFI for the treatment of patients with PV who have had an inadequate response to or are intolerant of hydroxyurea. The approval of JAKAFI for PV was based on data from the pivotal Phase III RESPONSE trial. In this trial, patients treated with JAKAFI demonstrated superior hematocrit control and reductions in spleen volume compared to best available therapy. In addition, a greater proportion of patients treated with JAKAFI achieved complete hematologic remission—which was defined as achieving hematocrit control, and lowering platelet and white blood cell counts. In the RESPONSE trial, the most common hematologic adverse reactions (incidence > 20%) were thrombocytopenia and anemia. The most common non -hematologic adverse events (incidence >10%) were headache, abdominal pain, diarrhea, dizziness, fatigue, pruritus, dyspnea and muscle spasms.

We have retained all development and commercialization rights to JAKAFI in the United States and are eligible to receive development and commercial milestones as well as royalties from product sales outside the United States. We hold patents that cover the composition of matter and use of ruxolitinib through late 2026, which patents have been granted extensions through late 2027. We believe ruxolitinib may have potential as a treatment for other cancers.

**Clinical Programs**

*JAK1/JAK2 Programs for Inflammation*

*Alopecia Areata.* In October 2015, we initiated a Phase II trial of ruxolitinib cream for the topical treatment of alopecia areata. This new study builds on published data showing efficacy of oral JAK inhibitors, including ruxolitinib, in alopecia areata. Alopecia areata is an autoimmune skin disease resulting in the loss of hair on the scalp and elsewhere on the body. Alopecia areata occurs in males and females of all ages, but onset often occurs in childhood. We estimate that over 6.6 million people in the United States and 147 million people worldwide have, had or will develop alopecia areata at some point in their lives.

6

CONCERT EX. 2130
INCYTE v. CONCERT
PGR2021-00006

Appx10734

IN THE

# UNITED STATES COURT OF APPEALS
### FOR THE FEDERAL CIRCUIT

INCYTE CORPORATION

*Appellant,*

v.

SUN PHARMACEUTICAL INDUSTRIES, INC.,

*Appellee.*

**Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board, No. PGR2021-00006**

DECLARATION OF JIM LEE, M.D., Ph.D.

## Documents Cited Declaration

| Exhibit | Description |
|---|---|
| Appx11382-11402 | Wouters et al., *Estimated Research and Development Investment Needed to Bring a New Medicine to Market, 2009-2018*, JAMA 323(9):844-853 (2020) |
| Appx11403-11445 | Congressional Budget Office, "Research and Development in the Pharmaceutical Industry" (Apr. 2021), available at https://www.cbo.gov/publication/57126 |
| Appx11446-11457 | Smith et al., *Developing a JAK Inhibitor for Targeted Local Delivery: Ruxolitinib Cream*, PHARMACEUTICS 13:1044 (2021) |
| Appx1607-1851 | U.S. Patent No. 9,198,911 to Christiano et al. |
| Appx1586-1596 | Xing et al., *Alopecia areata is driven by cytotoxic T lymphocytes and is reversed by JAK inhibition*, NAT. MED. 20(9):1043–1049 (2014) |
| Appx11458-11464 | Clinical Trials.Gov "A Study With Ruxolitinib Phosphate Cream Applied Topically to Subjects With Alopecia Areata (AA)" (2015), available at https://clinicaltrials.gov/ct2/show/NCT02553330 |
| Appx11465-11472 | Olsen et al., *Ruxolitinib cream for the treatment of patients with alopecia areata: A 2-part, double-blind, randomized, vehicle-controlled phase 2 study,* J. AM. ACAD. DERMATOL. 82, 412–419 (2020) |

I, Jim Lee, make the following declaration based on my own personal knowledge or belief following a reasonable investigation:

1.      I am the head of Incyte Corporation's ("Incyte") Inflammation and Autoimmunity Group. In that role, I lead the development of novel pharmaceuticals for the treatment of autoimmune disorders, including, amongst others, atopic dermatitis, vitiligo, and alopecia areata ("AA"). My responsibilities include

1

developing strategy for and overseeing the clinical development projects within the Inflammation and Autoimmunity therapeutic area.

2.    I hold a Bachelor of Arts in biochemistry from Carleton College and an M.D. and a Ph.D. in Biochemistry and Molecular Biology from the University of Illinois.

3.    Incyte is an innovator pharmaceutical company focused on developing novel treatments across oncology, inflammation, and autoimmunity. Since its founding in 2002, Janus Kinase inhibitors ("JAK inhibitors") have been a pillar of Incyte's drug development programs. Incyte's flagship product Jakafi® (ruxolitinib) was the first Food and Drug Administration ("FDA")-approved treatment for myelofibrosis, polycythemia vera, and graft-versus-host disease, is approved as a topical treatment for atopic dermatitis and non-segmental vitiligo, and is in development for a number of other disorders, including prurigo nodularis, lichen sclerosis, lichen planus, and AA.

4.    Developing drugs such as ruxolitinib requires Incyte devote an enormous amount of time and resources to research and development. Bringing a drug candidate from initial discovery to FDA approval takes, on average in the industry, more than ten years and an investment of over 1.3 billion dollars. Appx11382-11402 at 11; Appx11403-11445 at 23.

2

5.     The first step of this process is drug discovery, where multidisciplinary teams of researchers identify and validate a target, screen tens of thousands of potential compounds, and develop specific assays for further screening of the most promising candidates before ultimately selecting and optimizing a handful of lead compounds for further development. These lead compounds are then advanced to the pre-clinical stage, where animal models are used to further screen and refine the most promising compounds and formulators work to develop a vehicle for drug delivery (e.g., oral or topical formulation). Together, drug discovery and pre-clinical development take an average of nearly three years at an average cost of \$474 million per approved new drug. Appx11403-11445 at 23.[1]

6.     Only after these discovery and pre-clinical stages does a drug candidate enter clinical trials. Clinical trials comprise initial Phase I studies in healthy individuals to evaluate safety, followed by larger-scale Phase II and III trials to assess a drug's efficacy in the target indication. On average, these clinical trials take

---

[1] Appx11403-11445 at 23 ("According to one estimate using data provided by large pharmaceutical firms, preclinical development accounted for an average of 31 percent of a company's total expenditures on drug R&D, or \$474 million per approved new drug. When capital costs were taken into account, the share of R&D spending in the preclinical phase rose to 43 percent.").

3

another seven to eight years and additional hundreds of millions of dollars to complete. Appx11403-11445 at 23–25.[2]

7. As of November 30, ▉▉▉, Incyte had made concrete plans to develop, and launch commercially upon successful FDA approval, deuterated ruxolitinib to treat AA.

8. Incyte's development of ruxolitinib dates to 2004, when the program initially focused on Myeloproliferative Neoplasms ("MPN"). Following years of work identifying promising compounds and modifying different scaffolds to obtain a desirable balance of pharmacokinetic and physicochemical properties, Incyte selected ruxolitinib (then known as INCB018424) for further development in 2006. Ruxolitinib first entered clinical trials in 2007, and in 2011 it became the first FDA-approved JAK inhibitor and the first FDA-approved treatment for myelofibrosis, a rare form of blood cancer.[3]

9. Early in the development of ruxolitinib, Incyte also recognized the potential utility of JAK inhibitors for treating autoimmune disorders. Appx11446-11457 at 2–3. In 2008, parallel with its MPN program, Incyte began clinical trials

---

[2] Appx11403-11445 at 24–25 ("In the sample just described, companies spent an average of about $1,065 million in clinical trials per approved new drug (more than twice the amount spent in the preclinical research phase).

[3] In 2014, ruxolitinib was approved for polycythemia vera and in 2020 it gained approval for graft-versus-host disease. Ruxolitinib has also been examined in clinical trials for essential thrombocythemia, pancreatic cancer, prostate cancer, breast cancer, leukemia, non-Hodgkin's lymphoma, and multiple myeloma.

4

of ruxolitinib in autoimmune diseases, including rheumatoid arthritis with the oral ruxolitinib, and plaque psoriasis with a cream formulation.

10.     Based on its experience in these indications and contemporaneous work by a group from Columbia University, by at least February 21, 2013, Incyte was considering development of ruxolitinib for the treatment of AA. Appx1607-1851 at 1, 109. Further spurred by the successful demonstration of ruxolitinib's efficacy in AA patients, by at least ███████████, Incyte made the decision to develop a topical ruxolitinib formulation for the treatment of AA. Appx1586-1596 at 5.

11.     On May 5, 2015, Incyte submitted an Investigational New Drug Application ("IND") for topical ruxolitinib in AA.[4]  On October 19, 2015, Incyte began recruiting for its Phase II study of topical ruxolitinib administered twice daily ("BID"), internally designated INCB18424-204.     Appx11458-11464 at 2; Appx11465-11472 at 2.     The last participant of INCB18424-204 completed treatment on October 3, 2017, and a Clinical Study Report summarizing the trial was submitted to the FDA on September 24, 2018. Appx11458-11464 at 2; Appx11465-11472 at 2.

12.     Analysis of the results of INCB18424-204 showed that while topical ruxolitinib appeared to show signs of efficacy for AA, the delivery of the drug into

---

[4] In 2015, a non-compete agreement barred Incyte from developing and commercializing ████████ in ████████████, including ██. These bars will expire prior to the anticipated commercial launch of ████████.

5

the hair bulb was not likely adequate with the cream formulation, suggesting that the cream was not an ideal presentation for scalp delivery. Appx11465-11472 at 7. Given the necessity of reformulating the topical vehicle for AA, a decision was made to put the program on hold to focus on developing the cream formulation in skin conditions such as psoriasis, atopic dermatitis, and vitiligo.

13. In December 2020 Incyte submitted its New Drug Application for ruxolitinib cream (Opzelura®)[5] for atopic dermatitis, spurring a resumption of Incyte's ███████. Then, by at least April ███, Incyte began development of a ███████ for ███████. In November ███, Incyte allocated an ███████ ███████ to the AA ███████ for development of ███████ and ███████ ███████, known internally as ███████.[6]

14. As shown below, ███████ except for that it substitutes deuterium for hydrogen at the -2 and -3 positions of ruxolitinib's cyclopentyl ring. The deuterium at each of those -2 and -3 positions ███████ is greater than 95% incorporated.

---

[5] The FDA approved this application on September 21, 2021. Opzelura® has also received FDA approval for the treatment of vitiligo.
[6] The generic nonproprietary name for ███████



15.    As of the present date, the AA program has completed the ███████

███████ and is in the midst of ███████. In parallel, the program is

also further developing new ███████ for ███████ and ███████.

The development of the ███████ is on track to be completed

by the ███████, with bridging and toxicology work slated to begin in ███.

16.    The ███████ and ███████ formulations will be evaluated

in a pair of ███ studies slated to begin in the fourth quarter of ███. The first,



███████ will compare different ███ of

███████ and ███████ in subjects with ███ AA over a 36-week double-

blinded period followed by a 36-week open label extension study. Incyte anticipates

7

the ███████████ will have to deliver the equivalent of ██████████████

███████. The primary endpoint is the proportion of ██████████████████

████████████████████████████████ with secondary endpoints of participants

achieving a ████████████ and a ████████████████.

    17.   The second ███████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████ will evaluate the

efficacy of ████████████ in ████████████ with ████████████. The study has

three arms: (1) ████████████; (2) ████████████████████████ at ████████ as

████████████; and (3) ████████████████████ with ████████████████████████

at ████████ and ████████████.[7] The planned study period and endpoints are

similar to those of the ████████████.

    18.   Incyte is confident that these ████████████████████████████

████████████ into ████████████, slated to begin in ████████, and ultimately through

regulatory approval and to market. The current AA program is somewhat unique in

this regard as Incyte's own work and that of numerous other research groups has

already demonstrated the efficacy of ████████████ and ████████████ for the treatment

---

[7] Incyte anticipates that based on the results of this ██████████████████████
████████████████████████ product for AA will include instructions for
administering ████████████ in ████████████ with ████████████ administered
████████ at ████████.

████ . Thus, Incyte views the risk of failure of the current AA program as significantly lower than a typical development program. On FDA approval, Incyte intends to market its AA product(s) in the United States.

19. Since the ruxolitinib program's inception, Incyte has spent more than ████████ on the ████████████████ . Of this, at least ████████████ has been devoted to research and development of the ████████ for ████████████ . As of November ████ , Incyte had allocated ████████ for ████████████ of ████████ in ████ and in total will spend an estimated ████████████████ formulating, testing, and gaining regulatory approval for it between ████ and the projected completion date.

9

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 22, 2023

10

IN THE

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

INCYTE CORPORATION

*Appellant*,

v.

SUN PHARMACEUTICAL INDUSTRIES, INC.,

*Appellee*.

**Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board, No. PGR2021-00006**

DECLARATION OF KEITH MIKKELSON, Pharm.D., MBA

## TABLE OF CONTENTS

I.   Documents Cited Declaration ....................................................................... 1

I.   Incyte's Deuterated Ruxolitinib Program and the '659 Patent........................ 2

II.  Competitive Harm and Economic Loss......................................................... 10

i

## I. Documents Cited Declaration

| Exhibit | Description |
|---|---|
| Appx2279-2298 | Thomas G. Gant, *Using Deuterium in Drug Discovery: Leaving the Label in the Drug*, 57 J. MED. CHEM.3595–611 (2014). |
| Appx2299-2304 | CONCERT PHARMACEUTICALS, INC., PRECISION DEUTERIUM CHEMISTRY BACKGROUNDER |
| Appx1607-1851 | U.S. Patent No. 9,198,911 (inventors Christiano et al.). |
| Appx1586-1596 | Luzhou Xing et al., *Alopecia Areata Is Driven by Cytotoxic T Lymphocytes and Is Reversed by JAK Inhibition*, 20 NATURE MED. 1043–49 (2014). |
| Appx11356-11366 | Declaration of Jim Lee. |
| Appx171-190 | U.S. Patent No. 10,561,659 (inventors Wagner et al.). |
| Appx11685-11690 | *First FDA Approved Alopecia Areata Treatment*, VIAL, https://vial.com/blog/articles/first-fda-approved-alopecia-areata-treatment/ (last visited May 18, 2023). |
| Appx11698-11699 | Gabriella Masson, *Concert Joins Sun Pharma's Symphony for $576M with Aim of Bringing Alopecia Treatment to Market*, FIERCE BIOTECH (Jan. 19, 2023), https://www.fiercebiotech.com/. |
| 11700-11701 | Madeleine Armstrong & Amy Brown, *Sun Hopes to Make Concert's Alopecia Project Shine*, EVALUATE (Jan. 19, 2023), https://www.evaluate.com/vantage/articles/news/deals-snippets/sun-hopes-make-concerts-alopecia-project-shine. |
| 11859-12058 | U.S. Patent No. 9,662,335 (inventors Janes D. Rodgers & Stacey Shepard). |

1

I, Keith Mikkelson, make the following declaration based on my own personal knowledge or belief following a reasonable investigation:

1.    I am the head of Business Development and Licensing at Incyte Corporation ("Incyte"). I have worked for Incyte for over 20 years and am familiar with the discovery, development, and business aspects of Incyte's ruxolitinib program.

2.    My primary role at Incyte is (and has been) finding and evaluating new opportunities for in-licensing and out-licensing intellectual property. As part of that role, my responsibilities include overseeing assessment of the value proposition in potential partnerships and leading contract negotiations with potential partners.

3.    I hold a Bachelor of Science in Pharmaceutical Sciences and Chemistry from North Dakota State University, an MBA from the University of Minnesota, and a Doctor of Pharmacy from North Dakota State University.

## I.    Incyte's Deuterated Ruxolitinib Program and the '659 Patent

4.    Incyte Corporation ("Incyte") is an innovator pharmaceutical company focused on oncology, inflammation, and autoimmune disorders. To date, Incyte has discovered thousands of novel molecules, including at least twenty molecules that have been studied in human clinical trials, and developed and gained approval from the Food and Drug Administration ("FDA") for at least eight novel therapeutics. Between 2016 and 2022, Incyte spent nearly eight billion dollars on research and

2

development and consistently ranks as one of the top innovators in the pharmaceutical industry, as measured by R&D cost as a percentage of total revenues.

5.    Concert Pharmaceuticals, Inc. ("Concert") was a company devoted exclusively to modifying known, FDA-approved drugs with deuterium, a stable isotope of hydrogen.[1] The fundamental premise of this strategy is that it has the potential to improve the pharmacokinetics while retaining all of the other desirable properties of the parent compound (e.g., potency and selectivity at the target).

6.    Central to the business model of deuterium modification is the ability to leverage and exploit the enormous time, effort, and resources expended by innovator companies in developing the parent compound, while at the same time minimizing the risk taken and resources deployed by Concert to gain approval of the modified compound. Appx2279-2298 at 16-17. Concert expressly touted that its "compounds are based on drugs with known efficacy and safety that address clinically validated targets," which allows Concert to "substantially reduce R&D risk, time and expense." Appx2299-2304 at 3.

---

[1] Concert was recently acquired by Sun Pharmaceuticals, a company that manufactures and sells generic pharmaceuticals. Appx11698-11699 at 1.

3

7.     As part of this strategy, Concert filed hundreds of patent applications directed to deuterated analogs of novel treatments invented by other pharmaceutical companies. Appx2299-2304 at 6.[2]

8.     Concert's pursuit of deuterated ruxolitinib for alopecia areata ("AA") exemplifies this strategy. Concert did not invent ruxolitinib, deuterated ruxolitinib, or the use of these compounds for treating AA. Nonetheless, Concert has filed and obtained patents that improperly impede Incyte's development of its ruxolitinib portfolio.

9.     Concert did not invent either ruxolitinib or deuterated ruxolitinib. Incyte spent over ███████████ discovering and developing ruxolitinib and deuterated ruxolitinib. Incyte's U.S. Patent No. 9,662,335 ("'335 patent"), which has a priority date of December 13, 2005, covers deuterated ruxolitinib. 11859-12058 at cover, 366:14-34. In 2018, the Patent Trials and Appeals Board ("PTAB") denied institution of Concert's petition for post-grant review of the '335 patent. *Concert Pharms., Inc. v. Incyte Corp.*, PGR2017-00034, Paper 9 (P.T.A.B. Jan. 11, 2018).

---

[2] Concert's marketing materials explain "Deuterium substitution results in patentable New Chemical Entities (NCE's). CoNCERT holds over 100 composition-of-matter patent applications addressing a broad range of therapeutic areas of commercial importance to the pharmaceutical industry." Appx2299-2304 at 6.

4

10. In 2012 Concert filed a patent application claiming deuterated ruxolitinib, which granted as U.S. Patent No. 9,249,149 ("'149 patent"). Recognizing this impediment to further development, Incyte petitioned for *inter partes* review of the '149 patent in 2017. On April 8, 2019, the PTAB held all claims of the '149 patent obvious over, among other things, Incyte's own patent covering ruxolitinib. *Incyte Corp. v. Concert Pharms., Inc.*, IPR2017-01256, Paper 119 (P.T.A.B. Apr. 8, 2019) (Appx8624-8676).

11. Concert also did not discover the use of ruxolitinib for AA. Researchers from Columbia University filed a patent disclosing the use of ruxolitinib for AA in 2012 and in 2014 published a seminal paper demonstrating its efficacy in humans. Appx1607-1851; Appx1586-1596. And by at least 2014 Incyte had begun its development of ruxolitinib for AA. Appx11356-11366 at ¶10.

12. Years later, in 2016 Concert filed a patent application claiming the use of deuruxolitinib for AA, which granted as U.S. Patent No. 10,561,659 (the "'659 patent"). In October 2020, Incyte petitioned for post-grant review of the '659 patent and the PTAB granted institution in May 2021. *Incyte Corp. v. Concert Pharms., Inc.*, PGR2021-00006, Paper 20 (P.T.A.B. May 12, 2021). On May 11, 2022, the

5

PTAB found the method of treatment claims not unpatentable.[3] *Incyte Corp. v. Concert Pharms., Inc.*, PGR2021-00006, Paper 68 (P.T.A.B. May 12, 2021).

13. Incyte has expended considerable resources in these challenges, yet still faces significant uncertainty in further developing its own compound for the treatment of AA. While Incyte continues to believe that the '659 patent is invalid, given the substantial overlap between Incyte's AA program and the claims of the '659; the competitive market for AA treatments; and evidence of willingness to assert what it believes is its *bona fide* intellectual property rights, Incyte believes there is a significant risk that, if Incyte were to market deuterated ruxolitinib in the U.S., Sun Pharmaceuticals ("Sun"), which recently acquired Concert, would sue for infringement of the '659 patent.

14. Incyte's development of deuterated ruxolitinib for the treatment of AA overlaps with the claims of the '659 Patent. Independent claim 1 of the '659 patent is directed to methods of treating AA with 16 mg or 24 mg of deuterated ruxolitinib (Compound I), wherein the hydrogen at each of the -2 and -3 positions of

---

[3] In response to Incyte's petition, Concert statutorily disclaimed '659 patent's composition of matter claim to deuruxolitinib.

6

ruxolitinib's cyclopentyl ring are replaced with 95% incorporated deuterium.[4] Appx171-190 at 19.

15.     As of at least November ▮▮▮, Incyte has been developing deuruxolitinib (known internally at Incyte as ▮▮▮▮▮▮), for the treatment of AA. ▮▮▮▮▮▮ is ▮▮▮▮▮▮▮▮ except substitution of hydrogen for deuterium at the -2 and -3 positions of ruxolitinib's cyclopentyl ring. At each of those eight positions of ▮▮▮▮▮▮, the deuterium is greater than 95% incorporated.

---

[4] The active ingredient in Concert's deuterated ruxolitinib product, CTP-543, is "Compound I" in Concert's '659 Patent. The generic nonproprietary name for this compound and ▮▮▮▮▮ is ▮▮▮▮▮▮



16.     Incyte's program includes a Phase II study of ███████████ administered to ████████. Incyte believes that to achieve a commercially viable level of efficacy, ████████████ will need to be delivered at an amount equivalent to at least ████████████. Appx11356-11366 at ¶16.

17.     Incyte's program also comprises a Phase II study of ███████████ ███ in ████████ with ████████████ administered at doses of ██████ for the ████████████. Appx11356-11366 at ¶17. Incyte anticipates the label for its ████████████ product will ████████████ of ████████████ in ████████████ with ████████████ administered at ████████████ to ██ ████████.

18.     If clinical development is sufficiently successful, upon FDA approval, Incyte intends to market the use of ████████████ to treat AA in the United States. If

8

'659 Patent remains in force it will not expire until 2037, well after the ███████

███████████████ into the U.S. market.

19. Sun, which recently acquired Concert, has significant incentives to sue Incyte to prevent the entry of ████████. The market for AA treatments is already crowded; Sun's newly acquired CTP-543 is expected to be the third JAK inhibitor to gain FDA approval for AA, following Eli Lilly's Olumiant® (baricitinib), which was discovered by Incyte and subsequently licensed from Incyte to Lilly and is currently marketed for AA, and Pfizer's ritlecitinib, which is expected to enter the U.S. market in 2024. Appx11700-11701. Were Incyte to market ████████, it would compete directly with Sun's CTP-543, significantly reducing Sun's revenues.

20. Consistent with these market incentives, Sun's predecessor-in-interest, Concert, has evidenced its intent to enforce its deuterated ruxolitinib patents. For instance, in November 2017, Concert's CEO Roger Tung explained that the "intellectual property covering CTP-543... is a very important asset to us.... *we think that there is a substantial amount of value in owning that compound and being able to exclude others*." Appx11474-11479 at 4 (emphasis added).

21. Sun's acquisition of Concert, for which it paid over $500 million, only increases the likelihood of an infringement suit based on the '659 patent as Sun looks to protect its substantial investment in Concert. Appx11698-11699. As one commentator explained:

9

Sun could be hedging its bets against the outcome of an intellectual property dispute that could see royalties owed to Incyte .... Sun might also be cautious about its chances against Lilly, whose Olumiant is approved in alopecia, and Pfizer, which is due an FDA decision on its Jak 3/Tec inhibitor ritlecitinib next quarter. Under the CVR [contingent value right], Concert shareholders will receive $1 and $2.50 per share if deuruxolitinib hits annual sales of $100m and $500m respectively; current sell side consensus sees 2028 revenues of $370m.

Appx11700-11701.

22.     Given the lengthy timeline for bringing a novel treatment to market, Incyte must commit to a development program years before an infringement suit could be filed. Due to these enormous up-front research and development costs, Incyte cannot afford to wait and see if Sun will sue—it must assume that it will. A finding that the claims of the '659 patent are invalid would eliminate the risk that Incyte could be sued for making, using, and selling its deuterated ruxolitinib product under that patent.

## II.     Competitive Harm and Economic Loss

23.     In addition to the imminent harm from a potential infringement suit, Incyte is harmed by the existence of the '659 patent as a direct competitor to Sun.

24.     First, CTP-543 will compete with Incyte's own ▮▮▮▮▮▮ in the market for ▮▮▮▮▮▮ for the alopecia areata. The continued validity of the '659

10

patent increases the likelihood that CTP-543 will come to market and reduce Incyte's share of the market for ▉▉▉▉▉▉▉. The '659 patent further allows Sun to license other interested market entrants under this technology.

25.    Second, CTP-543 will directly compete with Incyte's Olumiant® (baricitinib), for which Incyte is the inventor and licensor. Incyte discovered and developed baricitinib in conjunction with the JAK inhibitor program that produced ruxolitinib. Incyte licensed the patents covering baricitinib and the right to commercialize the drug to Eli Lilly in ▉▉▉. Appx11685-11690 at 2. As part of this licensing agreement, Incyte receives a double digit royalty on all U.S. sales of baricitinib. Appx11685-11690 at 2.

26.    Baricitinib is the only JAK inhibitor to receive FDA approval for the treatment of AA. If CTP-543 is approved, it will compete directly with baricitinib in the AA market. This new entry into the AA will reduce the sales of baricitinib and, in turn, reduce the revenue Incyte derives as a licensor of the baricitinib patent estate.

27.    Finally, if CTP-543 could also be prescribed off-label for indications that ruxolitinib is marketed for, e.g., myelofibrosis, polycythemia vera, and graft-versus-host-disease—a two billion dollar U.S. market in which ruxolitinib was the first JAK inhibitor approved is the current standard of care. Here too, Incyte would

11

be harmed from lost sales of ruxolitinib caused by the continued existence of the '659 patent.

12

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 22, 2023

13



JAMA. 2020 Mar 3; 323(9): 844–853.
Published online 2020 Mar 3. doi: 10.1001/jama.2020.1166: 10.1001/jama.2020.1166

PMCID: PMC7054832
PMID: 32125404

# Estimated Research and Development Investment Needed to Bring a New Medicine to Market, 2009-2018

Olivier J. Wouters, PhD,⊠1 Martin McKee, MD, DSc,2 and Jeroen Luyten, PhD3

1Department of Health Policy, London School of Economics and Political Science, London, United Kingdom
2Department of Health Services Research and Policy, London School of Hygiene and Tropical Medicine, London, United Kingdom
3Leuven Institute for Healthcare Policy, Department of Public Health and Primary Care, KU Leuven, Belgium
⊠Corresponding author.
Article Information
Corresponding Author: Olivier J. Wouters, PhD, Department of Health Policy, London School of Economics and Political Science, Houghton Street, London WC2A 2AE, United Kingdom (o.j.wouters@lse.ac.uk).

Accepted for Publication: January 28, 2020.

**Author Contributions:** Dr Wouters had full access to all of the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis.

*Concept and design:* Wouters.

*Acquisition, analysis, or interpretation of data:* All authors.

*Drafting of the manuscript:* Wouters.

*Critical revision of the manuscript for important intellectual content:* All authors.

*Statistical analysis:* Wouters.

*Administrative, technical, or material support:* All authors.

*Supervision:* Wouters.

**Conflict of Interest Disclosures:** Dr McKee reported receipt of grants from the Wellcome Trust, European Commission, and United Kingdom Research and Innovation outside the submitted work. No other disclosures were reported.

Appx11382

## Discussion

Based on data for 63 therapeutic agents developed by 47 companies between 2009 and 2018, the median research and development investment required to bring a new drug to market was estimated to be $985 million, and the mean was estimated to be $1336 million. Estimates differed across therapeutic areas, with costs of developing cancer drugs the highest. The results included costs of failed clinical trials and varied in sensitivity analyses using different estimates of trial success, preclinical expenditures, and cost of capital.

These figures were higher than the median capitalized research and development cost of $780 million (in 2018 US dollars) reported by Prasad and Mailankody for oncology drugs.[12] This may be because adjustments based on clinical trial success rates were applied in the present study to account for costs of failures, whereas Prasad and Mailankody restricted their analysis to companies bringing their first drug to market and then summed the total research and development expenditures of each company during the development periods of the drugs in their sample. Most of the companies included in their study appeared to be more successful than the average company.[25,26,27] Moreover, their analysis was based on data for 10 oncology drugs, which limits the comparability of their results with the present study.

The mean estimate of $1.3 billion in the present study was lower than the $2.8 billion (in 2018 US dollars) reported by DiMasi et al, which was based on data for 106 products developed by 10 large firms.[4] The estimate by DiMasi et al used confidential data on costs voluntarily submitted by anonymous companies without independent verification, making them difficult to validate.[12,28,29,30] The higher estimate of DiMasi et al seems to reflect a combination of higher clinical costs incurred by larger drug developers, lower estimates of trial success for each stage of development compared to the more recent data presented by Wong et al, and different assumptions about preclinical expenditures as their data set did not permit allocating these expenditures to specific agents.

The results of the present study varied widely when subject to sensitivity analyses, especially using different success rates. The methods employed by Wong et al to handle missing data were an improvement on earlier studies of trial success rates, and their study was based on a larger sample.[18] Wong et al also noted that the most cited studies of success rates[19,20,31] originated from researchers with ties to the pharmaceutical industry, and elaborated that "previous estimates of drug development success rates [relied] on relatively small samples from databases curated by the pharmaceutical industry and [were] subject to potential selection biases."[18] Also, compared with these earlier studies of success rates,[19,20,31] the timing of the work by Wong et al[18] more closely aligned with that of the present study, thereby improving its internal validity.

There are challenges in isolating preclinical investments by drug companies. It is especially difficult to identify the exact date from which costs should start being allocated to individual agents during the early stages of preclinical research. The base case scenario in this study relied on preclinical costs reported by firms in SEC filings, which were likely underestimated since many companies did not attribute costs during the drug discovery stages to individual candidates. DiMasi et al estimated that preclinical costs accounted, on average, for 42.9% of total capitalized costs,

Appx11392

# Figures and Tables

## Table 1.

**Clinical Trial Success Rates by Phase (on Aggregate and by Therapeutic Area)[a]**

| Source | Phase 1 to Approval, %[b] | Phase 2 to Approval, %[c] | Phase 3 to Approval, %[d] | FDA Submission to Approval, %[e] |
|---|---|---|---|---|
| Aggregate rates | | | | |
| Wong et al[18] | 13.8 | 35.1 | 59.0 | 83.2 |
| Thomas et al[19] | 9.6 | 15.3 | 49.6 | 85.3 |
| Hay et al[20] | 10.4 | 16.2 | 50.0 | 83.2 |
| Therapeutic-area–specific rates[18] | | | | |
| Oncology | 3.4 | 6.7 | 35.5 | 81.7 |
| Metabolism and endocrinology | 19.6 | 24.1 | 51.6 | 80.4 |
| Cardiovascular | 25.5 | 32.3 | 62.2 | 84.5 |
| Central nervous system | 15.0 | 19.5 | 51.1 | 82.2 |
| Autoimmune and inflammation | 15.1 | 21.2 | 63.7 | 80.3 |
| Ophthalmology[f] | 32.6 | 33.6 | 74.9 | 80.4 |
| Infectious disease | 25.2 | 35.1 | 75.3 | 84.9 |
| Other[g] | 20.9 | 27.3 | 63.6 | 80.4 |

Abbreviation: FDA, US Food and Drug Administration.

[a]Rates across all indications for individual therapeutic agents (as opposed to rates for lead indications, which were higher in all phases). Only the success rates used in this analysis were reported.

[b]Phase 1 trials, which usually include as many as 100 healthy volunteers and may take several months to conduct, are primarily used to assess the tolerability and safety of a therapeutic agent in different doses; these are sometimes referred to as first-in-human trials.

[c]Phase 2 trials, which can involve as many as a few hundred patients with a disease or condition and take several months to 2 years to complete, are typically used to gather data on the efficacy and safety of a therapeutic agent in different doses.

[d]Phase 3 trials, which can involve several thousand participants with a disease or condition and may take 1 to 4 years to run, are generally used to confirm the efficacy and safety of the dose of the therapeutic agent believed to provide the best risk-benefit ratio.[23]

[e]Indicates the proportion of new drug applications and biologics license applications approved by the FDA. Wong et al[18] reported aggregate and therapeutic-area–specific rates through phase 3. These data were supplemented with estimates of FDA submission to approval rates from Hay et al; if a particular category from the study by Wong et al was not reported by Hay et al, the category *Other* was used.[20]

Appx11397


Congressional Budget Office
Nonpartisan Analysis for the U.S. Congress

April 2021

# Research and Development in the Pharmaceutical Industry



Report's Home Page
Data and Supplemental Information
Related Publications
Download Document

Appx11403

were small-molecule drugs based on chemical compounds. Even while they were under patent, those drugs had lower prices than recent specialty drugs have. Information about the kinds of drugs in current clinical trials indicates that much of the industry's innovative activity is focused on specialty drugs that would provide new cancer therapies and treatments for nervous-system disorders, such as Alzheimer's disease and Parkinson's disease.

## What Factors Influence Spending for R&D?

Drug companies' R&D spending decisions depend on three main factors:

- Anticipated lifetime global revenues from a new drug,

- Expected costs to develop a new drug, and

- Policies and programs that influence the supply of and demand for prescription drugs.

Various considerations inform companies' expectations about a drug's revenue stream, including the anticipated prices it could command in different markets around the world and the expected global sales volume at those prices (given the number of people who might use the drug). The prices and sales volumes of existing drugs provide information about consumers' and insurance plans' willingness to pay for drug treatments. Importantly, when drug companies set the prices of a new drug, they do so to maximize *future* revenues net of manufacturing and distribution costs. A drug's sunk R&D costs—that is, the costs already incurred in developing that drug—do not influence its price.

Developing new drugs is a costly and uncertain process, and many potential drugs never make it to market. Only about 12 percent of drugs entering clinical trials are ultimately approved for introduction by the FDA. In recent studies, estimates of the average R&D cost per new drug range from less than $1 billion to more than $2 billion per drug. Those estimates include the costs of both laboratory research and clinical trials of successful new drugs as well as expenditures on drugs that do not make it past the laboratory-development stage, that enter clinical trials but fail in those trials or are withdrawn by the drugmaker for business reasons, or that are not approved by the FDA. Those estimates also include the company's capital costs—the value of other forgone investments—incurred during the R&D process. Such costs can make up a substantial share of the average total cost of developing a new drug. The development process often takes a decade or more, and during that time the company does not receive a financial return on its investment in developing that drug.

4

**Revenues as Source of Funding for R&D.** In the pharmaceutical industry, revenues have traditionally been an important source of R&D financing for established companies with brand-name drugs to sell. Brand-name drugs can generate large volumes of cash because their manufacturing and distribution costs are typically very low relative to their sales revenues. Established companies appear to prefer to finance their R&D with current revenues whenever possible rather than to rely on outside funding sources such as venture capital.[10] Outside financing involves transactions costs as well as other implicit costs, such as compensation for risks borne by outside investors who cannot perfectly monitor a firm's efforts and skills.[11]

The share of R&D funded directly by revenues has declined in recent years because an increasing amount of R&D is now conducted by research-oriented drug companies with few or no products on the market. Over the past decade, small or emerging drug companies have developed a rising share of new drugs. Those companies have relatively little revenue (some have none at all), and most of them must seek outside financing, such as venture capital, and collaborative agreements with larger drug companies. Although venture capital still only finances a small share of the drug industry's R&D spending in total, it supports a much larger share of the R&D spending of smaller firms than of large established companies.

Drug development also occurs in university research labs. In addition to grants funded by the National Institutes of Health (NIH) that many universities receive for performing basic biomedical research, universities may collaborate with (and be funded by) private drug companies to perform applied research toward the development of new drugs.[12] The funding for that R&D may come predominantly from revenues, as the collaborations typically involve established pharmaceutical companies.[13]

## R&D Costs of a New Drug

R&D spending is also influenced by the expected costs of developing a new drug, including those incurred in the preclinical research phase and in clinical trials. In addition to those out-of-pocket expenses, drug companies incur capital costs that result from tying up funds in the drug-development process for years before they generate earnings from those investments. Those capital costs reflect the returns that the funds could have earned if they had been invested in other ways.

Development of a drug that will eventually reach the market often entails a decade or more of R&D expenditures. Each successive phase of clinical trials requires increasing amounts of spending. Drug developers can reassess their commitment at each stage, and a drug's expected value may change as more is learned in clinical trials or as market conditions change—that is, there is an option value to

continuing. Companies will not necessarily cancel a drug project even if its likely future costs exceed its likely value when that assessment is made, because the expected value might rise with additional information about the drug or its market.

Pharmaceutical research is inherently risky and canceled or failed projects are a normal part of any drug development program. Companies initiate drug projects knowing that most of them will not yield a marketable drug. Some drugs developed in the preclinical phase never enter clinical trials, and of those that do, only about 12 percent reach the market (recent estimates range from 10 percent to 14 percent).[14]

Estimates, from multiple sources, of average R&D expenditures per new drug range from less than $1 billion to more than $2 billion. Those estimates all include capital costs as well as expenditures on drugs that did not make it to market. The different estimates are averages over different samples of companies and drugs— that is, they depend on analytical and sampling choices made by the researchers producing those estimates and are best interpreted as illustrative of the general conclusion that developing new drugs is expensive and subject to high rates of failure.

**Preclinical Phase.** Although drugs spend much less time in preclinical development than they do in clinical trials, a company's total preclinical R&D expenditures typically constitute a considerable share of its total R&D spending. That is because companies typically develop many potential drugs in the preclinical phase that never enter or complete clinical trials. According to one estimate using data provided by large pharmaceutical firms, preclinical development accounted for an average of 31 percent of a company's total expenditures on drug R&D, or $474 million per approved new drug.[15]

When capital costs were taken into account, the share of R&D spending in the preclinical phase rose to 43 percent. Any return on R&D spending on early, preclinical drug development must await successful completion of both the preclinical phase and the clinical trials that follow. As a result, the lag between investment and return is longer for R&D spending that occurs in the preclinical phase than for spending in clinical trials. (For drugs that do not reach the market, no return is realized, although lessons learned from those efforts may aid the development of other drugs.) According to one study, the preclinical phase takes an average of about 31 months, followed by around 95 months, on average, for clinical trials—or about 10.5 years from start to finish.[16] Other estimates differ; in a sample of 10 cancer drugs, for example, one study found that the median time from discovery to approval was 7.3 years.[17] Those numbers are measures of central tendency: Some drugs are brought to market in less time.[18]

23

phase). Spending averaged $28 million in phase I, $65 million in phase II, and $282 million in phase III.[21] For each drug that completed the first three phases of clinical trials, the average total cost of those trials was about $375 million. The remaining $690 million (of the $1,065 million in average total spending on clinical trials) reflects companies' contemporaneous spending on drugs that failed in clinical trials or were otherwise set aside.

**Capital Costs of R&D.** In addition to the cost of preclinical research and clinical trials, drug companies incur costs by forgoing other opportunities for investment with money spent on clinical trials. Because drug companies' R&D spending on a drug occurs over many years, those capital costs are substantial and can approach the value of actual R&D expenditures to develop a new drug.

**Estimates of Total R&D Costs.** Three recent studies have estimated the average R&D cost per new drug. They all measure R&D costs the same way: They add up all of the R&D spending by each company in their sample—not only its spending on the sampled new drug but the company's spending on other drugs that were being developed at the same time but that did not reach the market. The studies also all apply a cost-of-capital adjustment to each company's R&D spending to reflect the lag between investment and return on investment.[22] Despite their methodological similarities, the studies' estimates range from $0.8 billion to $2.3 billion of R&D spending per new drug.

Differences in sample selection and data sources appear to be important sources of variation in those estimates. The largest estimate, $2.3 billion (from a 2016 study, expressed here in 2019 dollars), includes around $900 million in preclinical research spending and $1.4 billion for clinical trials.[23] Those estimates are based on a sample of 106 randomly selected drugs from 10 large pharmaceutical firms, 5 of which are ranked among the industry's top 10 by sales revenues, with an additional 3 ranked in the top 50 but outside the top 25.[24] That widely cited study is the latest in a series of similar studies the authors have published over the past three decades. Because the R&D expenditures reported by the sampled firms are not publicly available, it is difficult to evaluate the extent to which the results of those studies are affected by the selection of the sample and other aspects of the method of collecting data.[25] An independent effort to replicate an earlier iteration of the study found similar results, however.[26]

The second study, which was conducted in part to provide an alternative to those 2016 estimates, found an average R&D cost of $1.2 billion (expressed here in 2019 dollars), with expenditures for individual drugs ranging from $137 million to $5.8 billion.[27] That upper bound, based on one outlier drug accounting for $2.2 billion in actual R&D outlays and $3.6 billion in capital costs, skews the average estimate upward. The *median* R&D cost, unaffected by the outlier, is $0.9 billion.

25

The sample in that study consisted of 63 drugs (developed by 47 different companies) out of the 355 drugs that the FDA approved between 2009 and 2018. R&D expenditure data for those 63 drugs are publicly available (unlike the data used in the 2016 study). The sample skews toward smaller firms—although the same is now true of drug development generally—and the authors caution that their sample may overrepresent drugs approved between 2014 and 2018 and those in certain therapeutic areas, first-in-class drugs, orphan drugs, and therapeutic agents that received accelerated approval. The R&D data include the companies' spending on drugs that did not reach the market.

In the third study, researchers limited their sample to new cancer drugs from companies with no previously approved products. They found an average cost of $0.9 billion per approved drug (expressed here in 2019 dollars).[28] Notably, that study excluded R&D spending by firms that had not developed any approved drugs, and thus the study underestimates R&D spending on failed drugs and, by extension, expected costs per new drug. Median observed R&D costs in that sample were about $0.8 billion per new drug, with estimates for individual drugs ranging from about $212 million to $2.7 billion including capital costs. Those estimates include the developers' total R&D spending while the approved drugs were under development, including that on failed drugs.

**Trends in R&D Costs.** R&D costs have increased by about 8.5 percent per year over roughly the past decade.[29] The increase in average R&D costs might reflect changes in the kinds of drugs being developed or in the number of drugs in costly clinical trials. If success rates for new biologic drugs were lower than for traditional, small-molecule drugs, or if R&D spending on failed drugs was higher for biologics, that would also contribute to higher average R&D costs.

Some evidence suggests that average success rates may indeed have declined. The 2016 study found that fewer than 12 percent of the drugs entering phase I clinical trials ultimately reached the market, but it reported success rates in excess of 20 percent for drugs developed in the 1980s and 1990s.[30] However, other evidence suggests that the overall success rate of clinical trials has not declined.[31]

Another possible factor in rising R&D costs is that it has become harder to recruit candidate patients into some kinds of clinical trials.[32] For example, prospective patients might be less interested in taking a chance on untested treatments in clinical trials when approved treatment options are relatively effective already. And, in some therapeutic classes, it has become more difficult to demonstrate that a new drug would improve on the existing standard of care. For example, advances in oncology treatments have extended cancer patients' expected lifespans. As a result, clinical trials on potential cancer drugs have had to be expanded or extended so that the treatment effect on the lifespans of patients can be estimated

26




*Review*

# Developing a JAK Inhibitor for Targeted Local Delivery: Ruxolitinib Cream

Paul Smith [1,*], Wenqing Yao [2], Stacey Shepard [1], Maryanne Covington [1], Jim Lee [2], Jennifer Lofland [2], Ahmad Naim [2], Trupti Sheth [2], Bhavnish Parikh [2] and Swamy Yeleswaram [1]

[1] Incyte Research Institute, 1801 Augustine Cut-Off, Wilmington, DE 19803, USA; shepard@incyte.com (S.S.); MCovington@incyte.com (M.C.); yeleswaram@incyte.com (S.Y.)
[2] Incyte Corporation, 1801 Augustine Cut-Off, Wilmington, DE 19803, USA; WYao@incyte.com (W.Y.); jilee@incyte.com (J.L.); jlofland@incyte.com (J.L.); anaim@incyte.com (A.N.); tsheth@incyte.com (T.S.); bparikh@incyte.com (B.P.)
* Correspondence: psmith@incyte.com; Tel.: +1-302-498-5690

**Abstract:** Named after the two-faced Roman god of doorways, Janus kinases (JAKs) represent a class of tyrosine kinases. The JAK signaling pathway is pivotal for the downstream signaling of inflammatory cytokines, including interleukins, interferons, and multiple growth factors. This article provides an overview of the JAK pathway and signaling, its significance in immune-mediated dermatologic diseases and the development of a targeted, localized option of a selective JAK inhibitor, ruxolitinib cream. In the early 1990s, various discovery and clinical development programs were initiated to explore pharmaceutical inhibition of the JAK-STAT pathway. Incyte Corporation launched a strategy to identify molecules suitable for both topical as well as oral delivery. Ruxolitinib was designed as a molecule with low nanomolar potency selective for JAK1 and 2 enzymes, but without significant inhibition of non-JAK kinases, as well as physicochemical properties for both topical and oral administration. An oil-in-water emulsified ruxolitinib cream formulation was developed for topical application and was studied in multiple immune-mediated dermatologic diseases including psoriasis, alopecia areata, atopic dermatitis and vitiligo. Ruxolitinib cream represents a novel, JAK1/2 selective therapy that can be delivered directly to the skin to treat a number of cytokine-driven, inflammatory dermatoses.

**Keywords:** Janus kinase; inflammation; atopic dermatitis; vitiligo; topical



**Citation:** Smith, P.; Yao, W.; Shepard, S.; Covington, M.; Lee, J.; Lofland, J.; Naim, A.; Sheth, T.; Parikh, B.; Yeleswaram, S. Developing a JAK Inhibitor for Targeted Local Delivery: Ruxolitinib Cream. *Pharmaceutics* **2021**, *13*, 1044. https://doi.org/10.3390/pharmaceutics13071044

Academic Editor: Renata Fonseca Vianna Lopez

Received: 28 May 2021
Accepted: 6 July 2021
Published: 8 July 2021

**Publisher's Note:** MDPI stays neutral with regard to jurisdictional claims in published maps and institutional affiliations.



**Copyright:** © 2021 by the authors. Licensee MDPI, Basel, Switzerland. This article is an open access article distributed under the terms and conditions of the Creative Commons Attribution (CC BY) license (https://creativecommons.org/licenses/by/4.0/).

## 1. Overview of the JAK-STAT Pathway

Named after the two-faced Roman god of doorways, Janus kinases (JAKs) represent a class of tyrosine kinases that contain two near-identical phosphate-transferring domains: a catalytic domain and a second autoregulatory domain. The JAK family includes JAK1, JAK2, JAK3 and TYK2 (tyrosine kinase 2) [1]. Ligand-mediated receptor binding and dimerization brings two JAKs into close proximity allowing transphosphorylation and activation. Activated JAKs subsequently phosphorylate and activate signal transducers and activators of transcription (STATs). The mammalian STATs family consists of seven members (STAT1, STAT2, STAT3, STAT4, STAT5A, STAT5B and STAT6). Following phosphorylation, STATs are translocated to the nucleus, and dimerize and bind specific regulatory sequences to activate or repress transcription of target genes [2]. Thus, the JAK-STAT cascade provides a direct mechanism to translate an extracellular signal into a transcriptional response. The JAK-STAT-mediated signaling pathway is ubiquitous among vertebrates and found in many other metazoans [3,4]. The JAK-STAT pathway is pivotal for the downstream signaling of inflammatory cytokines, including interleukins (ILs), interferons (IFNs) and multiple growth factors [5]. Overall, the selective use of JAKs by different receptors coupled to downstream STAT signal transduction results in an elegant mechanism to achieve exquisite in vivo specificity for more than 60 cytokines and growth factors [5].

## 2. JAK-Mediated Inflammation

An overwhelming body of evidence has established that JAK-dependent cytokines are major contributors to immunopathology and that blocking such cytokines can be beneficial in immune-mediated diseases [6]. For instance, IL-6 is a prototypic proinflammatory cytokine commonly overexpressed in many autoimmune and inflammatory diseases [7] and is a driver of acute-phase responses including induction of C-reactive protein and serum amyloid A leading to acute and chronic inflammation [8]. The efficacy of monoclonal antibodies that target IL-6 or its receptor in rheumatologic diseases confirms the criticality of this cytokine in immunopathogenesis [7].

Similarly, there are extensive data to support the pathogenic role of IL-12 and IL-23 in inflammatory bowel disease and psoriasis; the efficacy of ustekinumab, a monoclonal antibody targeting the p40 subunit of both cytokines, strongly supports this conclusion [9]. The overexpression of IL-4, IL-5 and IL-13 in allergic disease and the success of drugs that target these cytokines [10–12] provide a rationale for the potential utility of interfering with type I/II cytokine signaling in disorders such as asthma and atopic dermatitis (AD). Many other JAK-dependent cytokines have been shown, in various settings, to contribute to inflammatory diseases. These include but are not limited to IL-15, IL-21, IFN, granulocyte colony-stimulating factor and granulocyte-macrophage colony-stimulating factor [13].

It is well-established that type I/II cytokine receptors require JAKs to exert their effects, and that other receptor super families do not. The dependence of type I and type II cytokines on JAKs was established in a variety of genetic models, from mutagenized cell lines and knockout mice to humans with mutations [13–15]. Polymorphisms in JAK and STAT genes are associated with autoimmunity, and loss-of-function mutations cause immunodeficiency due to the inability of type I/II cytokines to transmit signals through their receptors [13–15]. More recent phosphoproteomic analysis established that for the IL-2 receptor, at least 90% of signaling is JAK dependent [16]. The criticality of this pathway to type I/II cytokine signaling was further evidence that interfering with the activity of JAKs could lead to a new class of immunomodulatory drugs [17,18], and uncovered some potential adverse effects of JAK blockade.

## 3. Development of JAK Inhibitors

The therapeutic potential of the JAK-STAT pathway led to the development of targeted inhibitors of JAK enzymes. In the early 1990s, Merck published a patent (WO 03/011285) for a JAK inhibitor; however, no clinical candidates were reported [19]. In addition, Pfizer disclosed CP-690,550 (subsequently named tofacitinib) as a JAK inhibitor clinical candidate for solid organ transplantation in 2003 and shifted its focus to rheumatoid arthritis in 2005 [20]. In addition, more companies, including Incyte Corporation and Cytopia, initiated discovery programs to identify JAK inhibitors. The discovery of the JAK2 V617F mutation in 2005 thrust the JAK family into the limelight. The V617F mutation in JAK2 is strongly associated with myeloproliferative neoplasms (MPNs), including myelofibrosis, polycythemia vera and essential thrombocythemia, occurring in nearly 100% of patients with polycythemia vera and over 75% of patients with essential thrombocythemia [21]. Soon after the discovery of the mutation, numerous biopharmaceutical companies announced leads and/or clinical candidates. Large pharmaceutical companies also joined the fray with AstraZeneca, Bristol Myers Squibb, Novartis and Eli Lilly and Company entering early-phase clinical development. Most of the programs were focused on JAK2 with an eye on MPN, with the sole exception of Pfizer, which was continuing to focus on rheumatoid arthritis.

From the outset, Incyte was active in progressing selective JAK inhibitors from a research aspiration into a clinical reality [22–25]. Incyte had seeded a discovery program in oncology. The initial focus was on multiple myeloma but with the discovery of V617F mutation in JAK2, attention shifted to MPN and myelofibrosis in particular. Yet, the utility of JAK inhibitors in the treatment of autoimmune diseases was recognized and a decision was made to seek one molecule for MPN and another molecule to be dedicated

for autoimmune diseases. Further, it was felt that dermatologic diseases such as plaque psoriasis would benefit from topical application and that mild to moderate psoriasis, in particular, would demand a high therapeutic index, which is better served with local rather than systemic delivery. This early recognition led to a two-pronged strategy—to identify a molecule with a longer half-life and lower clearance for oral administration in MPN and another molecule with a shorter half-life and higher clearance for local delivery.

Incyte's Medicinal Chemistry group, composed of chemists with decades of collective experience in identifying and developing selective high-quality molecules against challenging targets across multiple target classes, was well supported by biologists who performed appropriate primary, secondary, and tertiary assays for biological activity and pharmaceutical properties. After extensive efforts the team was able to identify attractive molecules. Multiple structural series (scaffolds) were evaluated in parallel. The first series yielded potent molecules but suffered from poor pharmaceutical properties. Specific structural modifications were made to improve solubility and other pharmacokinetic properties, which resulted in structurally distinct, azepine-based analogs. This series, however, suffered from weak potency in whole-blood assays owing to high protein binding. Through structure–activity relationship (SAR) studies on these early series, structural elements that imparted a desirable JAK1/2 selectivity profile were discovered. The extensive experience of the medicinal chemistry team was then leveraged in the design of new scaffolds that combined selectivity-conferring features with hinge-binding pharmacophores in an arrangement more likely to possess favorable physicochemical properties. Molecular docking was utilized in the evaluation of the designed scaffolds, and this was followed by SAR-guided lead-seeking efforts. Throughout the lead-seeking phase, selectivity against non-JAK kinases was given the highest priority. Rapid and iterative feedback from the biology and absorption, distribution, metabolism, and excretion (ADME) teams enabled the chemists to quickly discover improvements to the potency and pharmaceutical parameters of the new series. The pyrazole-substituted pyrrolo[2,3-d]pyrimidine series emerged as an attractive scaffold, and it provided molecules with excellent potency in biochemical, cell-based, and whole-blood assays as well as good selectivity and pharmacokinetic profiles.

Two molecules were identified from this series: a molecule with lower clearance and longer half-life for oral administration in MPN, and another molecule, INCB018424 (subsequently named ruxolitinib), that exhibited excellent permeability and solubility but a shorter half-life in animal models, which was selected for local delivery. However, the molecule selected for MPN had a suboptimal nonclinical toxicology profile and was, therefore, discontinued. Ruxolitinib, on the other hand, had cleared nonclinical toxicology studies, and a decision was made to develop ruxolitinib for both oral and local delivery.

## 4. Targeted Application to the Skin

Skin, the largest organ, serves as a physiological barrier to environmental agents including bacteria, fungi and chemicals while preventing the loss of fluids and solutes from the internal environment. The stratum corneum is the outermost layer of the epidermis (Figure 1) [26] and is about 20 μm thick, highly keratinized and provides a first line of barrier function. The layer below, the living epidermis, is five- to six-fold thicker than the stratum corneum and hydrophobic in nature. Sitting beneath the epidermis, the dermis region of the skin comprises roughly half the total skin thickness, is made up of connective tissue and is well vascularized. The hypodermis, or the layer beneath the dermis, is made up of adipocytes and plays a role in energy homeostasis.

For distribution into the dermis following topical administration, the drug should possess (a) adequate solubility to achieve high enough concentrations to drive the first-order diffusion across the keratinized stratum corneum as well as (b) adequate permeability to rapidly establish a dynamic equilibrium. Besides permeability and solubility, the molecule needs to have the right hydrophilic-lipophilic balance to partition out of the hydrophobic epidermis and into the hydrophilic dermis. These three physicochemical properties—aqueous solubility, permeability and hydrophilic-lipophilic balance—are criti-

 **We're building a better ClinicalTrials.gov. Check it out and tell us what you think!**



Find Studies ▼
About Studies ▼
Submit Studies ▼
Resources ▼
About Site ▼
PRS Login

# A Study With Ruxolitinib Phosphate Cream Applied Topically to Subjects With Alopecia Areata (AA)

 The safety and scientific validity of this study is the responsibility of the study sponsor and investigators. Listing a study does not mean it has been evaluated by the U.S. Federal Government. Read our disclaimer for details.

ClinicalTrials.gov Identifier: NCT02553330

Recruitment Status ❶ : Terminated (The study was terminated early based on the results of a planned interim analysis.)
First Posted ❶ : September 17, 2015
Results First Posted ❶ : December 16, 2020
Last Update Posted ❶ : December 16, 2020

View this study on Beta.ClinicalTrials.gov

**Sponsor:**
　　Incyte Corporation

**Information provided by (Responsible Party):**
　　Incyte Corporation

| **Study Details** | **Tabular View** | **Study Results** | Disclaimer |  How to Read a Study Record |

## Study Description                    Go to ▼

Brief Summary:

A phase 2 study to find out if the drug ruxolitinib Phosphate Cream is safe and has beneficial effects in people who have alopecia areata (partial or complete hair loss) when applied to the skin.

| Condition or disease ⓘ | Intervention/treatment ⓘ | Phase ⓘ |
|---|---|---|
| Alopecia Areata | Drug: Placebo Cream<br><br>Drug: Ruxolitinib Phosphate Cream | Phase 2 |

## Study Design

Go to 

Study Type ⓘ :  Interventional  (Clinical Trial)
Actual Enrollment ⓘ :  90 participants
Allocation:  Randomized
Intervention Model:  Parallel Assignment
Masking:  Quadruple (Participant, Care Provider, Investigator, Outcomes Assessor)
Primary Purpose:  Treatment
Official Title:  An Open-Label (Part A) and a Double-Blind, Randomized, Placebo Controlled (Part B) Study, With an Open-Label Extension, of Ruxolitinib Phosphate Cream Applied Topically to Subjects With Alopecia Areata
Actual Study Start Date ⓘ :  November 18, 2015
Actual Primary Completion Date ⓘ :  October 3, 2017
Actual Study Completion Date ⓘ :  October 3, 2017

---

**Resource links provided by the National Library of Medicine**  

MedlinePlus Genetics related topics:   Alopecia areata

Drug Information available for:   Phosphate ion   Ruxolitinib   Ruxolitinib phosphate

Genetic and Rare Diseases Information Center resources:   Alopecia Totalis   Alopecia Universalis

U.S. FDA Resources

---

## Arms and Interventions

Go to 

| Arm ⓘ | Intervention/treatment ⓘ |
|---|---|
| Experimental: Ruxolitinib Phosphate Cream<br>   Part A: Open-label treatment is 24 weeks, an optional open-label treatment extension is 24 weeks if eligible, and follow-up is an additional 12 weeks; | Drug: Ruxolitinib Phosphate Cream<br>   Other Name: INCB018424 |

# Ruxolitinib cream for the treatment of patients with alopecia areata: A 2-part, double-blind, randomized, vehicle-controlled phase 2 study



Elise A. Olsen, MD,[a] Deanna Kornacki, PhD,[b] Kang Sun, PhD,[b] and Maria K. Hordinsky, MD[c]

Durham, North Carolina; Wilmington, Delaware; and Minneapolis, Minnesota

**Background:** There are currently no treatments for alopecia areata (AA) that are universally effective or approved by the US Food and Drug Administration. Oral ruxolitinib has shown efficacy in extensive AA. Ruxolitinib cream would potentially avoid systemic adverse effects.

**Objective:** To assess the efficacy and safety of 1.5% ruxolitinib cream in patients with AA who had at least 25% hair loss by Severity of Alopecia Tool score.

**Methods:** This was a 2-part study. Part A was an open-label, 24-week study of 1.5% ruxolitinib cream in patients with 25% to 99% hair loss followed by a 24-week extension period. Part B was a double-blind, vehicle-controlled, 24-week study of 1.5% ruxolitinib cream in patients with 25% to 100% hair loss, followed by a crossover to ruxolitinib cream in the vehicle group for 24 weeks and additional treatment time for the ruxolitinib cream group.

**Results:** Although Part A results suggested potential efficacy of 1.5% ruxolitinib cream, there was no significant difference in hair regrowth based on 50% improvement in Severity of Alopecia Tool scores between patients receiving 1.5% ruxolitinib cream and vehicle in part B. There were no significant safety issues with 1.5% ruxolitinib cream.

**Limitations:** Single strength of ruxolitinib cream.

**Conclusions:** The 1.5% ruxolitinib cream did not have a significant effect in patients with AA. ( J Am Acad Dermatol 2020;82:412-9.)

*Key words:* alopecia areata; clinical trial; ruxolitinib cream.

Alopecia areata (AA) is a common condition, with a prevalence of 0.1% to 0.2% in the United States[1] and a lifetime incidence of 2.1%.[2] The hair loss in AA is potentially reversible, and although primarily involving the scalp, it may affect any body area.[3] Hair loss may present as patches across the scalp (most common) or restricted to the perimeter of the scalp (ophiasis), or it may present as a diffuse decrease in hair density, total hair loss on the scalp (alopecia totalis [AT]), or total hair loss on the scalp and body (alopecia universalis [AU]). There is potential for spontaneous remission

From the Department of Dermatology and Medicine, Duke University Medical Center, Durham[a]; Incyte Corporation, Wilmington[b]; and Department of Dermatology, University of Minnesota, Minneapolis.[c]

Funding sources: Supported by Incyte Corporation.

Disclosure: Dr Olsen has served as a consultant and investigator for Aclaris and as a consultant for Bioniz, Incyte, Lilly, and Pfizer. She did not receive any compensation from Incyte in writing this article. Drs Kornacki and Sun are employees and stockholders of Incyte Corporation. Dr Hordinsky has served as a consultant for Incyte, Concert, and Bioniz and as an investigator for Incyte, Aclaris, Lilly, and Pfizer.

IRB approval status: Protocol approved by the IRB or independent ethics committee at each study site; informed consent forms were obtained from each study participant.

Accepted for publication October 2, 2019.

Reprints not available from the authors.

Correspondence to: Deanna Kornacki, PhD, Incyte Corporation, 1801 Augustine Cutoff, Wilmington, DE 19803. E-mail: dkornacki@incyte.com.

Published online October 14, 2019.

0190-9622/$36.00

© 2019 by the American Academy of Dermatology, Inc.

https://doi.org/10.1016/j.jaad.2019.10.016

even with extensive loss,[4] but this decreases with hair loss episode duration (defined as the onset of hair loss to complete regrowth)[5,6] and presence of AT/AU.[3] Multiple episodes of hair loss may occur over a lifetime, with some patients having continuous hair growth/loss over several decades.[3] The concurrent presence of atopy,[7] nail involvement,[8,9] and family history of AA[10] are considered negative prognostic factors for regrowth. A genetic abnormality in AA is suggested by findings of family members with AA[11] and recent genome-wide association studies in AA showing several risk loci in common with other forms of autoimmunity, in particular *CTLA-4, IL-2/IL-21, IL-2RA,* and genes critical to regulatory T-cell maintenance.[12] Although hair loss initiation involves upregulation of interleukin (IL) 15 and interferon gamma, Janus kinase (JAK)/signal transducer and activator of transcription pathway inhibitors decrease this activity.[13]

Although currently there are no treatments for AA approved by the US Food and Drug Administration, treatments known to induce hair regrowth in patchy AA are less effective for AU or AT. Recently, independent reports of hair growth in patients with longstanding AU or AT in response to an oral JAK inhibitor (ruxolitinib or tofacitinib) approved by the US Food and Drug Administration for other medical conditions suggests JAK inhibitors as a potential new class of medications for AA.[14-18] Oral JAK inhibitors have associated risks, including the potential for transient cytopenias and infections.[19,20] AA occurs in otherwise healthy patients and is common in children, and long-term treatment may be needed to sustain regrowth. An effective topical JAK inhibitor with fewer potential adverse effects than systemic preparations would fill a crucial need, especially for children with AA. The current study evaluates 1.5% ruxolitinib cream—a novel, potent (half maximal inhibitory concentration, <5 nm), and select JAK1/JAK2 inhibitor—for the treatment of AA.

## METHODS

This 2-part study was conducted in adults with AA across 17 US centers. Recruitment began October 19, 2015; study completion was October 3, 2017. The study was terminated after analysis of the primary

**CAPSULE SUMMARY**

- Systemic ruxolitinib and other oral Janus kinase inhibitors have efficacy in alopecia areata.

- Although the open-label study showed potential efficacy, the vehicle-controlled study of ruxolitinib 1.5% cream showed no significant difference in $SALT_{50}$ scores.

- Any treatment for alopecia areata should be tested in a vehicle-controlled study before use is widely adopted.

endpoint at week 24 showed no clinical difference between treatment arms. All patients signed an institutional review board–approved informed consent form. Interactive Response Technology was used for study management, including patient study number assignment, visit tracking, randomization, and maintenance of blinding.

### Part A

**Study design and treatment.** In part A, patients aged 18 through 70 years with a Severity of Alopecia Tool (SALT) score[21] at baseline of 25% to 99% scalp hair loss and either a positive hair pull test or presence of exclamation mark hairs were eligible to participate in a 24-week, open-label study. The washout periods for all agents used to treat AA was 7 days before baseline for over-the-counter, nonprescription medications and 14 days for any prescription medications. Key exclusion criteria included AT, AU, or exclusively ophiasis; less than 12 months of 25% to less than 50% hair loss and less than 6 months of 50% to 99% hair loss; evidence of diffuse, spontaneous terminal hair regrowth; history of spontaneous remission in the previous 2 years; and cytopenias at screening. Preliminary findings indicated that a sample size of 10 patients would provide sufficient data for part B enrollment.

The study drug was supplied as 1.5% ruxolitinib cream. Patients washed treatment areas with mild soap or shampoo and patted dry before application of the study drug to affected areas and up to 1 inch into the surrounding scalp in the morning and at least 1 hour before bedtime. If new lesions of AA developed after baseline, patients were not to apply treatment until after assessment of SALT score at the next study visit.

Eligible patients with baseline and week 24 SALT scores, adequate laboratory parameters (ie, entry criteria regarding cytopenias and liver assessments), and, in the opinion of the investigator, no precluding safety concerns were invited to participate in an open-label extension study with the same treatment guidelines.

**Assessments.** Demographic data and a complete medical history were collected at screening. Terminal hair growth was assessed with SALT.[21] Study endpoints were determined at each study visit.





# Concert Pharmaceuticals' (CNCE) CEO Roger Tung on Q3 2017 Results - Earnings Call Transcript

Nov. 09, 2017 11:49 AM ET | **Concert Pharmaceuticals, Inc. (CNCE)**



**SA Transcripts**
133.44K Followers

## Q3: 2017-11-09 Earnings Summary

 10-Q

EPS of $5.44 misses by $0.17 | Revenue of $143.84M (553,146.15% Y/Y) misses by $1.68M

---

Concert Pharmaceuticals, Inc. (NASDAQ:CNCE) Q3 2017 Earnings Conference Call November 9, 2017 8:30 AM ET

**Executives**

Justine Koenigsberg - Vice President, Investor Relations and Cooperate Communications

Roger Tung - President and Chief Executive Officer

Nancy Stuart - Chief Operating Officer

**Analysts**

Jeff Hung - UBS

Difei Yang - Mizuho

Neil Carnahan - Stifel

Edwin Zhang - Stifel

**Operator**

Good day, ladies and gentlemen, and welcome to the Concert Pharmaceuticals' Third Quarter 2017 Financial Results Conference Call. At this time, all participants are in a listen-only mode. Later, we will conduct a question-and-answer session and instructions will follow at that time. [Operator Instructions] As a reminder, this call may be recorded.

I would like to introduce your host for today's conference Mr. Justine Koenigsberg. Ma'am you may begin.

**Justine Koenigsberg**

Thank you. Good morning, and welcome to Concert Pharmaceuticals' third quarter 2017 investor update. Our press release announcing our financial results was issued earlier this morning and an electronic copy of our press releases is also available on our website at concertpharma.com.

In addition, during the third quarter, we officially launched our twitter handle and you can now follow us at @ConcertPharma. Joining me this morning with prepared remarks are Roger Tung, our President and CEO; and Nancy Stuart, our Chief Operating Officer. After our prepared remarks, we will open the call to questions where we will also be joined by Jim Cassella, our Chief Development Officer.

Appx11474

**Jeff Hung**

And then, how important is the PGR to you versus the IPR? Like what will happen if the PTAB grows and Incyte stay around the PGR, maybe procedurally and then anything else that you could add to that?

**Roger Tung**

Well procedurally we would have to analyze. If they chose to institute, of course then it will go into a court proceeding and that will have its own, just processes and over the course of the year, the PTAB will come to a determination about the validity or invalidity of the Incyte's IP. If they choose not to institute then we will really have to see the rationale for their doing so and analyze based on the facts as they present themselves at that time.

We think that the IPR was a big deal frankly. We think that coming out of that, we have great confidence that our intellectual property covering CTP-543 has a novel new molecular entity with its own protection, is a very important asset to us. And independent of the PGR, we think that there is a substantial amount of value in owning that compound and being able to exclude others.

**Jeff Hung**

Okay, thank you.

**Roger Tung**

Thank you.

**Operator**

Our next question comes from Difei Yang with Mizuho. Your line is now open.

**Difei Yang**

Hi good morning and thanks for taking my question. So, Roger with regards to this new neurology candidate, would you comment on when you could be in the position to give us a little bit more information on the specific indication and the molecule? Thank you.

**Roger Tung**

Hi Difei, thanks very much for the question. So, we will have more to say about that in the - early in the New Year.

**Difei Yang**

Okay, thank you. Then coming just to circle back on CTP-543, would you remind us there appears different mechanism even within the JAK inhibitors cost, so would you talk to us about the differences of approaches and why you feel CTP-543 may have the best shot?

**Roger Tung**

Sure. So, with respect to CTP-543, really one way or analyzing it is to look at the JK subtype inhibition, but frankly we're driven mostly by the clinical success of ruxolitinib that we feel demonstrates very clearly that a compound with the same mechanisms of actions shared by 543 can be a highly effective in the treatment of alopecia areata with what appear to be a very tolerable side effect profile coming out of the initial Columbia studies.

So that's really what gives us the most comfort with 543. I know there has been a lot of discussion of subtype mechanisms and one of the things that I'll point out is that JAK3 inhibition, well it may be effective in the treatment of the disease is also historically been associated with immunosuppressive effects, and in fact lesions in the JAK3 are the most common cause of severe combined immunodeficiency. So, there is very clear evidence that disrupting the JAK3 mechanism can have severe immune compromising effects.

**Difei Yang**

Okay, thank you Roger. So, my final question on the Columbia study, would you remind us what was the maximum dose that was tested in the trial?

**Roger Tung**

Appx11477





# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

# FORM 10-K

---

**(Mark One)**

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

#### For the fiscal year ended December 31, 2020

or

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

#### For the transition period from _____ to _____

#### Commission file number: 001-36310

---

# CONCERT PHARMACEUTICALS, INC.

#### (Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **20-4839882** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **65 Hayden Avenue, Suite 3000N** **Lexington, Massachusetts** | **02421** |
| **(Address of principal executive offices)** | **(Zip code)** |

#### (781) 860-0045
#### (Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.001 par value per share | CNCE | Nasdaq Global Market |

Securities registered pursuant to Section 12(g) of the Act: **None**

against our '149 patent by Incyte. The '149 patent covers the composition of matter of deuterated analogs of ruxolitinib, including CTP-543. In April 2019, the PTAB issued a final written decision in connection with the IPR that held that the claims of the '149 patent were unpatentable as obvious. In January 2020, the Federal Circuit granted our motion to vacate and remand the PTAB final written decision in light of the Federal Circuit ruling on the Constitution's Appointments Clause in *Arthrex, Inc. v. Smith & Nephew, Inc.,* 941 F.3d 1320 (Fed. Cir. 2019). As a result, the IPR was remanded for reconsideration by a new panel of PTAB judges. However, the reconsideration is currently on hold while the Supreme Court considers certain questions raised by *Arthrex*. The '149 patent remains valid and enforceable while the IPR is being

35

**Appx11544**

Healthcare    On the Move



# Concert Pharma surges as U.S. patent office upholds key patent

May 12, 2022 2:40 PM ET | **Concert Pharmaceuticals, Inc. (CNCE)** | INCY | By: Dulan Lokuwithana, SA News Editor

![PATENTS](oonal/iStock via Getty Images)

oonal/iStock via Getty Images

The clinical-stage biotech Concert Pharmaceuticals (NASDAQ:CNCE) announced on Thursday that the U.S. patent office upheld the validity of a key patent related to its lead product candidate CTP-543 following a petition filed by rival biotech Incyte Corporation (INCY).

Concert (CNCE) shares recorded the biggest intraday gain in over six months following the disclosure.

Appx11691

On Wednesday, the Patent Trial and Appeal Board (PTAB) of the U.S. Patent and Trademark Office issued its final written decision upholding the validity of the disputed claims of the U.S. Patent No. 10,561,659, Concert (CNCE) said in a regulatory filing.

The ruling follows a post-grant review of the patent conducted by the PTAB based on a petition filed by the Incyte Corporation (INCY).

The 659 Patent expiring in 2037 covers the methods of treating the hair loss with certain doses of the company's lead candidate CTP-543, including the doses tested in its Phase 3 clinical trial for the candidate in alopecia areata.

In a previous decision, PTAB ruled in favor of Incyte (INCY) in connection with Concert's (CNCE) U.S. Patent No. 9,249,149, related to the composition of CTP-543. The company is planning to appeal the decision to a federal appeals court.

**Will your portfolio rise or fall this earnings season?**

Earnings season can spark serious volatility. Last quarter, META plunged 20% on its weak growth outlook and Bed Bath & Beyond has just warned of a potential bankruptcy.

**Protect your portfolio from volatility** - and make the best buy, hold and sell decisions.

With Seeking Alpha, you'll get our Top Stocks, as well as **world-class investing insights**. That's alongside up-to-the-minute articles on earnings reports, 100s of earnings transcripts, and quality stock ratings.

Empower your investing with Premium - **now at 50% off for your first year!**

Go Premium now »

Seeking Alpha$^{\alpha}$ Premium

- **Now Read:** Concert Pharmaceuticals rises on Sun Pharma's acquisition announcement

# Comments

Sort by    Newest ▼    ⋮

Appx11692



## Concert Pharmaceuticals Announces Proposed Public Offering of Common Stock

May 31, 2022

LEXINGTON, Mass.--(BUSINESS WIRE)--May 31, 2022-- Concert Pharmaceuticals, Inc. (NASDAQ: CNCE) today announced that it intends to offer and sell 10,000,000 shares of its common stock in an underwritten registered public offering. All of the shares in the offering are to be sold by Concert. The offering is subject to market and other conditions, and there can be no assurance as to whether or when the offering may be completed, or as to the actual size or terms of the offering.

Jefferies and Truist Securities are acting as joint book-running managers for the proposed offering. Concert intends to grant the underwriters a 30-day option to purchase up to an additional 1,500,000 shares of common stock sold in the offering on the same terms and conditions.

The offering is being made only by means of a written prospectus supplement and prospectus forming part of a shelf registration statement previously filed with the Securities and Exchange Commission (SEC) and declared effective on November 16, 2020.

A preliminary prospectus supplement and accompanying prospectus relating to the offering will be filed with the SEC. Copies of the preliminary prospectus supplement and accompanying prospectus may be obtained, when available, at the SEC's website at www.sec.gov, or by request at Jefferies LLC, Attention: Equity Syndicate Prospectus Department, 520 Madison Avenue, New York, New York 10022, by telephone at (877) 821-7388, or by email at Prospectus_Department@Jefferies.com or Truist Securities, Inc., Attention: Prospectus Department, 3333 Peachtree Road NE, 9th floor, Atlanta, Georgia 30326, by telephone at (800) 685-4786, email: TruistSecurities.prospectus@Truist.com.

This press release shall not constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sale of, these securities in any state or other jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such state or other jurisdiction.

### About Concert

Concert Pharmaceuticals is a clinical stage biopharmaceutical company that is developing small molecule drugs that it discovered through the application of its DCE Platform® (deuterated chemical entity platform). Selective incorporation of deuterium into known molecules has the potential, on a case-by-case basis, to provide better pharmacokinetic or metabolic properties, thereby enhancing their clinical safety, tolerability or efficacy. Concert's lead product candidate is in late-stage development for the treatment of alopecia areata, a serious autoimmune dermatological condition. Concert is also assessing a number of earlier-stage pipeline candidates.

### Cautionary Note on Forward Looking Statements

Any statements in this press release about the anticipated final terms, timing and completion of the proposed offering and other statements containing the words "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "should," "target," "would" and similar expressions, constitute forward-looking statements within the meaning of The Private Securities Litigation Reform Act of 1995. Actual results may differ materially from those indicated by such forward-looking statements as a result of various important factors, including: whether or not Concert will be able to raise capital through the sale of common stock, the financial terms of the proposed offering, Concert's ability to satisfy customary closing conditions related to the proposed offering, market and other conditions, and other factors discussed in the "Risk Factors" section of our most recent Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission, in the preliminary prospectus supplement related to the proposed offering filed with the Securities and Exchange Commission on or about the date hereof and in other filings that we make with the Securities and Exchange Commission. In addition, any forward-looking statements included in this press release represent our views only as of the date of this release and should not be relied upon as representing our views as of any subsequent date. We specifically disclaim any obligation to update any forward-looking statements included in this press release.


View source version on businesswire.com: https://www.businesswire.com/news/home/20220531005975/en/

Justine E. Koenigsberg (Investors)
Concert Pharmaceuticals, Inc.
(781) 674-5284
ir@concertpharma.com

Kathryn Morris (media)
The Yates Network
(914) 204-6412
kathryn@theyatesnetwork.com

Source: Concert Pharmaceuticals, Inc.

**bt Business Today** Magazine

Search News, Stock and Company

News / INDUSTRY / Pharma / How acquiring Concert Pharmaceuticals can boost Sun Pharma's speciality pipeline

✏️ Feedback

# How acquiring Concert Pharmaceuticals can boost Sun Pharma's speciality pipeline

The acquisition, Sun Pharma said, is aimed at accessing Concert's experimental drug—Deuruxolitinib--a potential treatment of Alopecia Areata, a skin disease causing partial or complete loss of hair on the scalp and body.

**Neetu Chandra Sharma**
Updated Jan 20, 2023, 4:50 PM IST

Global pharma major Sun Pharmaceutical Industries Limited's specialty pipeline is expected to get another boost with acquisition of US-based Concert Pharmaceuticals for $576 million in cash.

The acquisition, Sun Pharma said, is aimed at accessing Concert's experimental drug—Deuruxolitinib--a potential treatment of Alopecia Areata, a skin disease causing partial or complete loss of hair on the scalp and body.

Deuruxolitinib is Concert Pharmaceuticals' lead product candidate, which is in late-stage development with clinical trials ongoing in North America and Europe. Concert has a plan to submit a New Drug Application (NDA) to the U.S. Food and Drug Administration (FDA) in the first half of 2023.

While Alopecia Areata affects around 2.5 per cent of the United States and global population during their lifetime, currently there are limited treatment options available for the medical condition. Sun Pharma already has a strong specialty business in the US. Following its strategy of inorganic growth, the move will strengthen Sun Pharma's global dermatology franchise by adding a late-stage product in an area with significant unmet need.

SPOTLIGHT



Female influencer creates AI-powered 'virtual girlfriend' that...

SBI, Canara Bank, PNB, BOI, BOB shares: What Morgan Stanley says...

Three Adani firms weigh raising up to Rs 40,000 cr: Report

## Get exclusive access to BT Multiverse.

Sign Up Now

"Sun Pharma has added a potential product to its specialty pipeline through the Concert acquisition. Sun Pharma is already tracking $ 200m per quarter sales from its specialty portfolio. In addition to its own portfolio under

Appx11695

In last ten years, Sun Pharma has entered into at least 20 mergers and acquisitions. For instance, to access the dermatology generics portfolio through the manufacturing facilities at Israel and Canada, Sun acquired Taro Pharmaceutical Industries Ltd in 2010. The company in 2012 acquired DUSA Pharma to access to specialty drug-device combination in dermatology segment in the US.

Also read: Cipla expands diagnostics portfolio, launches point-of-care testing device

Also read: Sun Pharma to acquire US-based Concert for $576 mn

*Published on: Jan 20, 2023, 4:50 PM IST*                                                    *Posted by: Tarab Zaidi, Jan 20, 2023, 4:45 PM IST*

**IN THIS STORY**

#Sun Pharma   #concert pharmaceuticals

   

POST A COMMENT

--be the first to Comment--

**Business Today.in**



| Economy | Trending | Infra | Stocks | Education |
| Corporate | Magazine | Pharma | Auto | Jobs |
| Markets | COVID-19 | Real Estate | World | Lifestyle |

About us     Contact us     Advertise with us     Privacy Policy     Terms and Conditions     Partners     Press Releases

Copyright©2023 Living Media India Limited. For reprint rights: Syndications Today

Appx11697

BIOTECH

# Concert joins Sun Pharma's symphony for $576M with aim of bringing alopecia treatment to market

By **Gabrielle Masson** • Jan 19, 2023 11:30am

( Concert Pharmaceuticals )  ( Sun Pharmaceutical )  ( M&A )  ( alopecia )



The acquisition comes as the industry awaits to see if M&A picks up this year after 2022's frozen over market (cagkansayin/GettyImages)

If there's been a theme to 2023 so far, it's mid-size companies taking the plunge and making an offer on their biotech peers. The latest example is Sun Pharmaceutical, which has put down $576 million to acquire Concert Pharmaceuticals and its JAK inhibitor that could give Eli Lilly's approved alopecia treatment a run for its money.

The deal (https://www.businesswire.com/news/home/20230119005447/en/Sun-Pharma-to-Acquire-Concert-Pharmaceuticals-Advancing-the-Potential-Treatment-of-Alopecia-Areata) will see Sun Pharma acquire all outstanding shares of Concert for $8 apiece, representing a 33% premium to Concert's 30-day weighted average share price. The transaction is expected to close in the first quarter of this year, with Concert shareholders also in line to receive up to an additional $3.50 per share should the biotech's lead candidate, dubbed deuruxolitinib, make it to market and hit certain sales milestones.

Deuruxolitinib is an oral JAK1/2 inhibitor designed to treat alopecia areata, an autoimmune disease that causes hair loss and has limited treatment options. Concert has completed a phase 3 (https://www.fiercebiotech.com/biotech/chasing-lilly-and-pfizer-concerts-jak-inhibitor-hits-high-notes-phase-3-alopecia-trial) evaluation of the efficacy and safety of the therapy in adults with moderate to severe alopecia and found 41.5% of people had at least 80% scalp hair coverage after taking a high dose. Concert has also been conducting two long-term extension studies of deuruxolitinib in North America and Europe, while assessing the candidate in other indications.

Sun Pharma's immediate focus will be to submit a new drug application to the FDA for deuruxolitinib in the first half of this year, CEO for North America Abhay Gandhi said in a Jan. 19 release, adding that the company is "well positioned to successfully bring this product to market globally."

The India-headquartered pharma clearly had money to burn on a suitable acquisition—as of the end of September, the company had $1.6 billion net cash on hand.

That heavy bank balance stood in contrast to Concert, which at the same point last year reported $29,000 in total revenue and a net loss of $90.6 million. The biotech blamed R&D expenses for making up $75.7 million of the shortfall. Still, the company had a not insignificant $148.9 million in cash and equivalents to fall back on if needed.

Though there are limited options available for treating alopecia, Sun Pharma will be up against Lilly's and Incyte's Olumiant, an oral JAK inhibitor for adults with severe alopecia that received FDA approval (https://investor.lilly.com/news-releases/news-release-details/fda-approves-lilly-and-incytes-olumiantr-baricitinib-first-and) in June 2022—the agency's first green light for a systematic treatment of the autoimmune disorder. Sun Pharma also has potential competition in Pfizer's ritlecitinib

(https://www.fiercebiotech.com/biotech/pfizer-s-ritlecitinib-hits-goal-alopecia-phase-3-setting-up-showdown-lilly), which is currently under FDA review (https://www.pfizer.com/news/press-release/press-release-detail/fda-and-ema-accept-regulatory-submission-pfizers) for patients 12 years and up with alopecia.

The acquisition comes as the industry waits to see if M&A picks up this year following 2022's frozen-over market. After relatively few biotech deals were announced at this year's annual J.P. Morgan Healthcare Conference, several small-scale mergers (https://www.fiercebiotech.com/biotech/trio-post-jpm-biotech-deals-shows-how-future-financing-may-be-merger-equals) have cropped up in the days following the event.

Biotech   Eli Lilly   Incyte   Pfizer



©2023 Questex LLC All rights reserved.



Search articles    

Home  »  Vantage  »  Articles  »  News  »  Sun Hopes Make Concerts Alopecia Project Shine

 January 19, 2023

# Sun hopes to make Concert's alopecia project shine

**Madeleine Armstrong**

   

**Amy Brown**

   

Last year Concert unveiled pivotal data suggesting that it had an alopecia contender in its Jak inhibitor deuruxolitinib – but that it perhaps lacked the resources to make this a success. Step forward India's Sun Pharma, which today acquired Concert for $576m up front. Although this looks like a result for Concert, which only had cash until the next quarter, the modest 33% premium, plus the contingent payments agreed, suggest that the buyer was in the driving seat – similarly to other acquisitions this year. Sun could be

Appx11700

hedging its bets against the outcome of an intellectual property dispute that could see royalties owed to Incyte; deuruxolitinib (CTP-543) is a deuterated version of ruxolitinib, the active ingredient of that group's Jakafi. Sun might also be cautious about its chances against Lilly, whose Olumiant is approved in alopecia, and Pfizer, which is due an FDA decision on its Jak 3/Tec inhibitor ritlecitinib next quarter. Under the CVR, Concert shareholders will receive $1 and $2.50 per share if deuruxolitinib hits annual sales of $100m and $500m respectively; current sellside consensus sees 2028 revenues of $370m. The deal is notable for being a rare US foray by an Indian group, outside the unbranded generics space.

| Not just generics: selected buyouts by Indian groups of US companies | | | |
|---|---|---|---|
| **Date** | **Acquiring company** | **Target company** | **Area** |
| Jan 2023 | Sun Pharmaceutical Industries | Concert Pharmaceuticals | Autoimmune |
| Nov 2018 | Cipla | Avenue Therapeutics | Speciality pain |
| Oct 2017 | Lupin | Symbiomix Therapeutics | Women's health |
| Jan 2017 | Zydus Lifesciences | Sentynl Therapeutics | Speciality pain |
| Sep 2015 | Sun Pharmaceutical Industries | Insite Vision | Ophthalmology |
| *Source: Evaluate Pharma.* | | | |



## Related Companies

Concert Medical | Eli Lilly | Incyte | Pfizer | Sun Pharmaceutical Industries

## Related Topics

Appx11701

Sun Pharmaceutical Industries Limited
SUN HOUSE, CTS No. 201 B/1,
Western Express Highway, Goregaon (E),
Mumbai 400063, India
Tel.: (91-22) 4324 4324 Fax.: (91-22) 4324 4343
CIN: L24230GJ1993PLC019050
www.sunpharma.com



**FOR IMMEDIATE RELEASE**

# Sun Pharma Completes Acquisition of Concert Pharmaceuticals

- *Acquisition Adds Deuruxolitinib, a Potential Best-in-Class Oral JAK Inhibitor for the Treatment of alopecia areata, to Sun Pharma's Global Dermatology Portfolio*

Mumbai, India and Princeton, N.J., March 6, 2023 – Sun Pharmaceutical Industries Limited (Reuters: SUN.BO, Bloomberg: SUNP IN, NSE: SUNPHARMA, BSE: 524715 (together with its subsidiaries and/or associated companies, "Sun Pharma")) today announced the successful completion of its acquisition of Concert Pharmaceuticals, Inc., a late-stage clinical biopharmaceutical company that is developing deuruxolitinib, a novel, deuterated, oral JAK1/2 inhibitor, for the potential treatment of adult patients with moderate to severe alopecia areata.

"We are excited to add deuruxolitinib, a late-stage, potential best-in-class treatment for alopecia areata, to our growing global dermatology portfolio and expand our presence in the Boston biotech hub," said Abhay Gandhi, CEO North America, Sun Pharma. "By bringing together Concert's talented team with Sun Pharma's global reach and commercial capabilities, this acquisition is an opportunity to bring deuruxolitinib to market globally and make a meaningful difference to alopecia areata patients around the world."

Sun Pharma's tender offer to acquire all outstanding shares of Concert's common stock for (i) $8.00 per share in cash, subject to any applicable withholding of taxes and without interest (the "Common Cash Amount"), plus (ii) one non-transferable contingent value right (each, a "CVR") per share (the "Common CVR Amount" and together with the Common Cash Amount, the "Offer Price"), subject to any applicable withholding of taxes and without interest, which represents the contractual right to receive contingent payments of up to $3.50 per share, in cash, in the aggregate, subject to any applicable withholding of taxes and without interest, upon the achievement of certain milestones described below prior to December 31, 2029, expired one minute after 11:59 p.m. New York City time on Friday, March 3, 2023. The depository for the tender offer has advised that, as of the expiration of the tender offer, a total of 48,220,511 shares of Concert's common stock were validly tendered and not withdrawn in the tender offer, which represent approximately 75.2% of the total number of shares of Concert's outstanding common stock.

Following the acceptance of the tendered shares, Sun Pharma completed the acquisition of Concert through the merger of a wholly owned subsidiary of Sun Pharma with and into Concert in which (i) each share of Concert's common stock not tendered into the offer (other than shares (a) held in Concert's treasury, (b) owned by Sun Pharma, any subsidiary of Sun Pharma or any subsidiary of Concert or (c) shares held by Concert stockholders who properly demanded appraisal for their shares under Delaware law) was converted into the right to receive the Offer Price and (ii) each share of Concert's Series X1

Registered Office: SPARC, Tandalja, Vadodara – 390 012, Gujarat, INDIA.

Reaching People. Touching Lives.

Appx11702



TechTarget | PHARMANEWS INTELLIGENCE
xtelligent HEALTHCARE MEDIA
(https://pharmanewsintel.com)

Topic ˅

## MERGERS & ACQUISITIONS NEWS

# Sun Pharmaceutical Industries Acquires Concert Pharma for $576M

India's top pharmaceutical company will acquire Massachusetts-based Concert Pharmaceuticals and its experimental drug for alopecia.



Source: Getty Images

n-pharmaceutical-industries-acquires-concert-pharma-for-
n%20for%20%24576M) 🐦 (https://twitter.com/intent/tweet?
=https%3A%2F%2Fpharmanewsintel.com%2Fnews%2Fsun-
arma-for-576m) 💼 (https://www.linkedin.com/shareArticle?
n-pharmaceutical-industries-acquires-concert-pharma-for-
%20Acquires%20Concert%20Pharma%20for%20%24576M)

 By Hayden Schmidt (mailto:hschmidt@xtelligentmedia.com)

February 16, 2023 - Last month, **Sun Pharma** (https://www.reuters.com/markets/deals/indias-sun-pharma-acquire-us-based-concert-576-mln-2023-01-19/) announced that it would pay $8 per share to acquire Concert for a total of $576 million in cash.

During the first three quarters of 2022, **Concert (https://sunpharma.com/wp-content/uploads/2023/01/Press-Release-Sun-Pharma-to-Acquire-Concert-Pharmaceuticals-Advancing-the-Potential-Treatment-of-Alopecia-Areata.pdf)** recorded a net loss of nearly $90 million, with $75.7 million in research and development expenses. According to Sun Pharma's announcement, Concert maintains at least $148 million in cash, cash equivalents, and investments, while the new parent company had net cash of $1.6 billion.

Appx11709

regarding information relevant to my professional
interests. I may unsubscribe at any time.

sign up

## Most Read Stories

Fundamentals of the Pharmaceutical Supply
Chain
(https://pharmanewsintel.com/news/fundamentals-
of-the-pharmaceutical-supply-chain)

FDA Announces Recall of Frozen Fruit from Costco,
Aldi, Trader Joe's
(https://pharmanewsintel.com/news/fda-
announces-recall-of-frozen-fruit-from-costco-aldi-
trader-joes)

FDA Adds Two Eye Drops to Its Recall List Due to
Supply Chain Issues
(https://pharmanewsintel.com/news/fda-adds-
two-eye-drops-to-its-recall-list-due-to-supply-
chain-issues)

Comparing Small Molecule and Biologics Drug
Development Challenges
(https://pharmanewsintel.com/news/key-
differences-in-small-molecule-biologics-drug-
development)

About Us (https://pharmanewsintel.com/about-us)

Contact Us (https://www.xtelligentmedia.com/contact)

Advertise on PharmaNewsIntel (https://xtelligentmedia.com/contact)

Privacy Policy (https://www.techtarget.com/privacy-policy/)

DMCA Policy (https://www.xtelligentmedia.com/dmca-policy)

Terms & Conditions (https://www.techtarget.com/terms-of-use/)

Sitemap (https://pharmanewsintel.com/sitemap.html)



(https://www.xtelligentmedia.com)

EHRIntelligence (https://ehrintelligence.com)

HealthITSecurity (https://healthitsecurity.com)

HealthITAnalytics (https://healthitanalytics.com)

RevCycleIntelligence (https://revcycleintelligence.com)

mHealthIntelligence (https://mhealthintelligence.com)

HealthPayerIntelligence (https://healthpayerintelligence.com)

HITInfrastructure (https://hitinfrastructure.com)

PatientEngagementHIT (https://patientengagementhit.com)

HealthCareExecIntelligence (https://healthcareexecintelligence.healthitanalytics.com)

LifeSciencesIntelligence (https://lifesciencesintelligence.com)

Do Not Sell or Share My Personal Information (https://techtarget.zendesk.com/hc/en-us/requests/new?ticket_form_id=360004852434)

©2012-2023 TechTarget, Inc. Xtelligent Healthcare Media is a division of TechTarget. All rights reserved. HealthITAnalytics.com is published by Xtelligent Healthcare Media a division of TechTarget.

Appx11712

Home (/)    >    Our Company (HTTPS://WWW.INCYTE.COM/WHO-WE-ARE/BIOPHARMACEUTICAL-RESEARCH)



# Incyte is a Biopharmaceutical Company on a Mission to *Solve On.*

---

## 2,000+
Employee operations in North America, Europe and Asia

## 800+
Research and clinical development employees

---

## 8
Approved products and ongoing clinical trials in dozens of disease areas

## 4
Consecutive years on the *Science* Magazine top employers list

EX-10.22 5 a2196849zex-10_22.htm EXHIBIT 10.22

**Exhibit 10.22**

<u>Confidential Treatment Requested.  Confidential portions of this document have been redacted and have been separately filed with the Commission.</u>

## LICENSE, DEVELOPMENT AND COMMERCIALIZATION AGREEMENT

by and between

**Incyte Corporation**
Experimental Station, Route 141 & Henry Clay Road
Wilmington, Delaware

and

**Eli Lilly and Company**
Lilly Corporate Center
Indianapolis, Indiana 46285

---

## TABLE OF CONTENTS

| | | |
|---|---|---|
| ARTICLE I Definitions | | 1 |
| | | |
| ARTICLE II Licenses | | 13 |
| 2.1 | Rights Granted by Incyte to Lilly | 13 |
| 2.2 | Sublicense Rights | 13 |
| 2.3 | Section 365(n) of The Bankruptcy Code | 14 |
| 2.4 | Field Expansion | 14 |
| 2.5 | Retained Rights | 15 |
| 2.6 | Non-Compete | 15 |
| | | |
| ARTICLE III Governance | | 17 |
| 3.1 | Joint Development Committee. | 17 |
| 3.2 | Subcommittees | 18 |
| 3.3 | Committee Meetings | 18 |
| 3.4 | Authority | 18 |
| 3.5 | Decisions. | 18 |
| 3.6 | Committee Membership. | 19 |
| 3.7 | Future Adjustments in Governance | 19 |
| | | |
| ARTICLE IV Development; Regulatory Matters; Supply | | 20 |
| 4.1 | Initial Transfer | 20 |
| 4.2 | Conduct of Development Activities | 20 |
| 4.3 | Development Reports | 23 |
| 4.4 | Licensed Product Co-Development Option | 23 |
| 4.5 | Regulatory Matters Related to Licensed Products | 25 |
| 4.6 | Manufacture and Supply | 26 |
| | | |
| ARTICLE V Commercialization | | 26 |
| 5.1 | Commercialization Diligence | 26 |
| 5.2 | Marketing Responsibilities For Licensed Products | 28 |
| 5.3 | Trademarks. | 28 |

Appx11716

289.9    Unspecified diseases of blood and blood-forming organs
        Blood dyscrasia NOS
        Erythroid hyperplasia

73

*** Confidential material redacted and filed separately with the Commission.

Schedule 1.43

***

***

2

*** Confidential material redacted and filed separately with the Commission.

***

3

*** Confidential material redacted and filed separately with the Commission.

***

4

*** Confidential material redacted and filed separately with the Commission.

***

5

*** Confidential material redacted and filed separately with the Commission.

Schedule 1.48

Initial Licensed Back-Up Compounds

***
***
***
***

6

**Appx11842**